AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF DELAWARE _____

JAMES M. BAKER,

        V.

MBNA CORP., BRUCE L. HAMMONDS,
KENNETH A. VECCHIONE, RICHARD
K. STRUTHERS, CHARLES C. KRULAK,
JOHN R. COCHRAN, III, MICHAEL G.
RHODES, LANCE L. WEAVER and
JOHN W. SCHEFLEN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05-272

TO: (Name and address of defendant)

MBNA CORPORATION
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross &
 Goddess, P.A.
P. O. Box 1070
Wilmington, DE  19899-1070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

_Brian T. Mace_ (signature)

(BY) DEPUTY CLERK

MAY 0 6 2005

DATE

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 5-6-05 |
|---|---|
| NAME OF SERVER (PRINT) Carl J Frederick | TITLE Currier |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served MBNA Corp. on May 6 2005 @ 12:20 PM by serving its registered agent, The Corperation Trust Co., 1209 Orange St. Wilmington DE. Brian Penrod accepted service.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-6-05
             Date

Signature of Server: Carl J. Frederick

Address of Server: 800 N. King St. Wilmington DE 19801

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.