IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES M. BAKER, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05-CV-272 (GMS) |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | ) ) ) ) ) ) ) ) | **E-FILE** |
| Defendants. | ) | |
| ROCHELLE PHILLIPS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05-CV-277 (GMS) |
| MBNA CORP., BRUCE L. HAMMONDS, and KENNETH VECCHIONE, | ) ) ) ) | |
| Defendants. | ) | |

[Captions continued on next page]

**NOTICE OF MOTION TO CONSOLIDATE ACTIONS,
TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| ROBERT WILKINS, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C. )<br>KRULAK, JOHN R. COCHRAN, III, )<br>MICHAEL G. RHODES, LANCE L. )<br>WEAVER, and JOHN W. SCHEFLEN, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-287 (GMS) |
| LEONARD BRONSTEIN, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C. )<br>KRULAK, JOHN R. COCHRAN, III, )<br>MICHAEL G. RHODES, LANCE L. )<br>WEAVER, and JOHN W. SCHEFLEN, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-289 (GMS) |

[Captions continued on next page]

| | |
|---|---|
| GREG PENN, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, JOHN R. )<br>COCHRAN, III, RICHARD K. )<br>STRUTHERS, and LANCE L. WEAVER, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-293 (GMS) |
| CLIFFORD W. JONES, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>and KENNETH VECCHIONE, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-316 (GMS) |
| MICHAEL D. BLUM, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, JOHN R. )<br>COCHRAN, III, RICHARD K. )<br>STRUTHERS, and LANCE L. WEAVER, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-372 (GMS) |

[Captions continued on next page]

| | |
|---|---|
| JAMES M. BAKER, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C. )<br>KRULAK, JOHN R. COCHRAN, III, )<br>MICHAEL G. RHODES, LANCE L. )<br>WEAVER, and JOHN W. SCHEFLEN, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-389 (GMS) |

PLEASE TAKE NOTICE that class member ARCA S.G.R. S.p.A. ("ARCA"), by its counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating for all purposes the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a); (ii) appointing ARCA as lead plaintiff; (iii) approving ARCA's selection of the law firm of Schiffrin & Barroway, LLP to serve as Lead Counsel; (iv) approving ARCA's selection of the law firm of Frank, Rosen, Snyder & Moss, L.L.P. to serve as Liaison Counsel; and (v) granting such other and further relief as the Court may deem just and proper. In support of this motion, ARCA submits herewith a Memorandum of Law and Declaration of Marc H. Snyder.

Dated: July 5, 2005.

Respectfully submitted,

**FRANK, ROSEN, SNYDER & MOSS, L.L.P.**

By: /s *Marc H. Snyder (#3791)*
Marc H. Snyder (#3791)
1813 Marsh Road, Suite D
Wilmington, DE 19810
Telephone: (302) 475-8060
Facsimile: (302) 475-8182

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Stuart L. Berman
Sean M. Handler
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**Proposed Lead Counsel**