**TABLE OF CONTENTS**

    **Page**

PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

PROCEDURAL BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

I.   THE RELATED ACTIONS SHOULD BE CONSOLIDATED . . . . . . . . . . . . . . . . . . . . 4

II.   ARCA SHOULD BE APPOINTED LEAD PLAINTIFF . . . . . . . . . . . . . . . . . . . . . . . 4

    A.   The Procedural Requirements Pursuant to the PSLRA . . . . . . . . . . . . . . . . . . . . . . . 4

    B.   ARCA Is The "Most Adequate Plaintiff" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

        1.   ARCA Has Made A Motion
            For Its Appointment As Lead Plaintiff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

        2.   ARCA Has The Largest Financial Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

        3.   ARCA Otherwise Satisfies Rule 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

            a.   ARCA Fulfills The Typicality Requirement . . . . . . . . . . . . . . . . . . . . . . . . . 8

            b.   ARCA Fulfills The Adequacy Requirement . . . . . . . . . . . . . . . . . . . . . . . . . 9

III.   THE COURT SHOULD APPROVE ARCA'S CHOICE OF COUNSEL . . . . . . . . . . . 10

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

# TABLE OF AUTHORITIES

**Cases**                                                                                                     **Page(s)**

*Eisenberg v. Gagnon,* 766 F.2d 770 (3d Cir. 1985),
   *cert denied*, 474 U.S. 946 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Fields v. Biomatrix, Inc.*,
   198 F.R.D. 451 (D.N.J. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Greebel v. FTP Software, Inc.*,
   939 F. Supp. 57 (D. Mass. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*In re Cendant Corp. Litig.*,
   264 F.3d 201 (3d Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 7, 9

*In re Donkenny, Inc. Sec. Litig.*,
   171 F.R.D. 156 (S.D.N.Y. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*In re Lucent Techs.*,
   221 F. Supp. 2d 472 (D.N.J. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*In re Milestone Scientific*,
   183 F.R.D. 404 (D.N.J. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*In re Nice Systems Sec. Litig.*,
   188 F.R.D. 206 (D.N.J. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

*In re Party City Sec. Litig.*,
   189 F.R.D. 91 (D.N.J. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**Statutes, Rules & Regulations**

Fed. R. Civ. P. 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Fed. R. Civ. P. 42 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

15 U.S.C. § 78u-4, *et seq.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

**Miscellaneous**

Statement of Managers --
    The "Private Securities Litigation Reform Act of 1995,"
    House Conference Report No. 104-369, 104th Cong. 1st Sess. (1995) . . . . . . . . . . . . . . . 10

Statement of Managers --
    The "Private Securities Litigation Reform Act of 1995,"
    Senate Report No. 104-98, 104th Cong. 1st Sess. (1995) . . . . . . . . . . . . . . . . . . . . . . . . 10