# EXHIBIT E

# Frank, Rosen, Snyder & Moss, L.L.P.

## Welcome

Welcome to the Frank, Rosen, Snyder, & Moss Web site. Our goal is to provide you with useful information about our firm that we hope makes it easier for you to do business with us.

Frank, Rosen, Snyder & Moss, L.L.P. (and its predecessor firms) have been serving clients since 1985.

At this site, you will discover all about us, our attorneys, as well as our courteous and resourceful staff.

Feel free to browse around this site. If you have comments or questions about our services, or simply need more information and want to contact us, click on the contact button on any page within this site.

Thanks for visiting and we look forward to serving you.

Contact us:  Info@FrankandRosenLaw.com

[Home] [About Us] [Services] [News] [Attorneys] [Staff] [Forms]

# Frank, Rosen, Snyder & Moss, L.L.P.

## About Us

Frank, Rosen, Snyder & Moss, L.L.P (and it's predecessor firms) has been providing professional legal services since our founding in January 1985. We presently employ 14 lawyers, and a professional staff of another 18 individuals. It is our mission to provide superior, professional and caring legal services to our clients. To that end, we have assembled a team of bright, dedicated attorneys and staff, many of whom are recognized experts in their field.

The firm is rated AV (Preeminent and highly Ethical) by Martindale-Hubble, a national rating service for lawyers.

**P artners:**

| | | |
|---|---|---|
| Alan L. Frank | See Bio | Send E-mail |
| Lance S. Rosen | See Bio | Send E-mail |
| Marc H. Snyder | See Bio | Send E-mail |
| Daniel L. Moss | See Bio | Send E-mail |

Contact us: Info@FrankandRosenLaw.com

[Home] [About Us] [Services] [News] [Attorneys] [Staff] [Forms]

# Frank, Rosen, Snyder & Moss, L.L.P.

## Location

Our main office is conveniently located in suburban Philadelphia, Elkins Park, Montgomery County. If coming from the north or south, take route 611 to route 73. We are in the Breyer Office Park on the southwest corner of Old York Road (route 611) and Township Line Road (route 73). We also have offices in Cherry Hill, NJ; Wilmington, DE; Southampton, PA; and Bristol, PA

Free off street Parking is available.

We are open 9 am to 5pm, Monday through Friday, and emergency contact service is provided 24 hrs per day, seven days per week.

Phone: 215-935-1000

Fax: 215-935-1110

E-mail Address: Info@FrankandRosenLaw.com


Contact us:  Info@FrankandRosenLaw.com

[Home] [About Us] [Services] [News] [Attorneys] [Staff] [Forms]

# Frank, Rosen, Snyder ◆ Moss, L.L.P.

ATTORNEYS AT LAW

## Services

Welcome to the Frank, Rosen, Snyder & Moss, L.L.P service information page. Our goal is to provide our clients the most professional legal services.

Below is a list of the services we offer:

| | |
|---|---|
| Bankruptcy | Business Law |
| Business Litigation | Business Transactions |
| Civil Litigation | Civil Rights |
| Commercial Litigation | Commercial Transactions |
| Corporate Law | Criminal Defense |
| Criminal Law | Employment Law |
| Estate Planning | General Corporate |
| Litigation | Medical Negligence |
| Negligence | Personal Injury |
| Plaintiffs Personal Injury | Probate |
| Products Liability | Real Estate |
| Securities Litigation | Social Security |
| Tax | Taxation |
| Transactional | Trusts and Estates |
| Wills | Worker's Compensation |
| Wrongful Termination | |

For more information or to schedule a complimentary consultation, please contact us either via E-mail by clicking on the contact button on this page or at Info@FrankandRosenLaw.com. You may also call us at 215-935-1000.

We look forward to serving you.

Contact us: Info@FrankandRosenLaw.com

[Home] [About Us] [Services] [News] [Attorneys] [Staff] [Forms]

# Frank, Rosen, Snyder & Moss, L.L.P.

## Marc H. Snyder



(Member Of Firm) born Philadelphia, Pennsylvania, September 25, 1961; admitted to bar, 1997, New Jersey; 1998 Pennsylvania and Delaware

**Education:**   Pennsylvania State University (Q.B.A., 1983)
Widener University (JD., 1997)

**Member:**   American Bar Association

Contact us:  Info@FrankandRosenLaw.com

[Home] [About Us] [Services] [News] [Attorneys] [Staff] [Forms]