IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated, : Case No. 1:05-cv-00272-GMS
:
                Plaintiff, : CLASS ACTION
:
   vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
                Defendants. :
:
---------------------------------------------------------------x
:
ROCHELLE PHILLIPS, On behalf of herself and :
all others similarly situated, : Case No. 1:05-cv-00277-GMS
:
                Plaintiff, : CLASS ACTION
:
   vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and :
KENNETH . VECCHIONE, :
:
                Defendants. :
:
---------------------------------------------------------------x

**(Additional Captions Set Forth Below)**

**DECLARATION OF RALPH SIANNI IN SUPPORT OF THE MOTION OF ACTIVEST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

```
─────────────────────────────────────────x
                                         :
ROBERT WILKINS, Individually and on behalf :
of all others similarly situated,        :   Case No. 1:05-cv-00287-GMS
                                         :
              Plaintiff,                 :   CLASS ACTION
                                         :
       vs.                               :
                                         :
MBNA CORP., BRUCE L. HAMMONDS,           :
KENNETH A. VECCHIONE, RICHARD K.         :
STRUTHERS, CHARLES C. KRULAK, JOHN       :
R. COCHRAN, III, MICHAEL G. RHODES,      :
LANCE L. WEAVER, and JOHN W.             :
SCHEFLEN,                                :
                                         :
              Defendants.                :
                                         :
─────────────────────────────────────────x
                                         :
LEONARD BRONSTEIN, On behalf of himself  :
and all others similarly situated,       :   Case No. 1:05-cv-00289-GMS
                                         :
              Plaintiff,                 :   CLASS ACTION
                                         :
       vs.                               :
                                         :
MBNA CORP., BRUCE L. HAMMONDS,           :
KENNETH A. VECCHIONE, RICHARD K.         :
STRUTHERS, CHARLES C. KRULAK, JOHN       :
R. COCHRAN, III, MICHAEL G. RHODES,      :
LANCE L. WEAVER, and JOHN W.             :
SCHEFLEN,                                :
                                         :
              Defendants.                :
                                         :
─────────────────────────────────────────x
```

```
─────────────────────────────────x
                                 :
GREG PENN, On behalf of himself  :
and all others similarly situated,:  Case No. 1:05-cv-00293-GMS
                                 :
                   Plaintiff,    :  CLASS ACTION
                                 :
       vs.                       :
                                 :
MBNA CORP., BRUCE L. HAMMONDS,   :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, and LANCE L. WEAVER,  :
                                 :
                   Defendants.   :
                                 :
─────────────────────────────────x
                                 :
CLIFFORD W. JONES, On behalf of  :
himself and all others similarly :  Case No. 1:05-cv-00316-GMS
situated,                        :
                                 :  CLASS ACTION
                   Plaintiff,    :
                                 :
       vs.                       :
                                 :
MBNA CORP., BRUCE L. HAMMONDS,   :
and KENNETH A. VECCHIONE,        :
                                 :
                   Defendants.   :
                                 :
─────────────────────────────────x
                                 :
MICHAEL D. BLUM, On behalf of    :
himself and all others similarly :  Case No. 1:05-cv-00372-GMS
situated,                        :
                                 :  CLASS ACTION
                   Plaintiff,    :
                                 :
       vs.                       :
                                 :
MBNA CORP., BRUCE L. HAMMONDS,   :
KENNETH A. VECCHIONE, JOHN R.    :
COCRAN, III, RICHARD K. STRUTHERS,:
and LANCE L. WEAVER,             :
                                 :
                   Defendants.   :
                                 :
─────────────────────────────────x
```

```
─────────────────────────────────────x
THOMAS J. CUSSEN, On behalf of himself and   :
all others similarly situated,                :   Case No. 1:05-cv-00389-GMS
                                              :
                    Plaintiff,                :   CLASS ACTION
                                              :
     vs.                                      :
                                              :
MBNA CORP., BRUCE L. HAMMONDS,                :
KENNETH A. VECCHIONE, RICHARD K.              :
STRUTHERS, CHARLES C. KRULAK, JOHN            :
R. COCRAN, III, MICHAEL G. RHODES,            :
LANCE L. WEAVER and JOHN W. SCHEFLEN,         :
                                              :
                    Defendants.               :
                                              :
─────────────────────────────────────x
```

RALPH SIANNI, of full age, hereby declares under penalties of perjury:

1. I am associated with the law firm of Milberg Weiss Bershad & Schulman LLP. I submit this Declaration in Support of the Motion of Activest for Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection Of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the PSLRA notice published by counsel for plaintiff in the first-filed action on *Business Wire* on May 5, 2005.

3. Attached hereto as Exhibit B is a true and accurate copy of the PSLRA certification of Activest.

4. Attached hereto as Exhibit C is a chart analyzing Activest's financial interest in the litigation.

5. Attached hereto as Exhibit D is the firm resume of Milberg Weiss Bershad & Schulman LLP.

Dated: July 5, 2005                /s/ Ralph Sianni
                                   Ralph Sianni