# EXHIBIT A

*Business Wire May 5, 2005 Thursday*

Copyright 2005 Business Wire, Inc.
Business Wire

May 5, 2005 Thursday 9:45 PM GMT

**DISTRIBUTION:** Business Editors; Financial Analysts

**LENGTH:** 963 words

**HEADLINE:** Lerach Coughlin Stoia Geller Rudman & Robbins LLP Files **Class Action** Suit Against **MBNA** Corp.

**DATELINE:** SAN DIEGO May 5, 2005

**BODY:**

Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") (http://www.lerachlaw.com/cases/mbna/) today announced that a **class action** has been commenced in the United States District Court for the District of Delaware on behalf of purchasers of **MBNA** Corp. ("**MBNA**") (NYSE:KRB) publicly traded securities during the period between January 20, 2005 and April 21, 2005 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, William Lerach or Darren Robbins of Lerach Coughlin at 800/449-4900 or 619/231-1058, or via e-mail at wsl@lerachlaw.com. If you are a member of this class, you can view a copy of the complaint as filed or join this **class action** online at http://www.lerachlaw.com/cases/mbna/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges **MBNA** and certain of its officers and directors with violations of the Securities Exchange Act of 1934. **MBNA** is an international financial services company providing lending, deposit, and credit insurance products and services to its customers.

The complaint alleges that on January 21, 2005, the start of the Class Period, **MBNA** issued the first earnings forecast in the Company's history, projecting an ongoing 12% earnings increase, with a 10% increase in 2005 earnings over 2004's. Defendants said **MBNA** would make this target because the Company had already drastically reduced its own reliance on insidious no-interest loans, rendering its own loan portfolio more profitable than that of its competitors. Defendants also projected a 20%+ increase in Return on Equity. Defendants' EPS estimate for 2005 was $2.36 per share, which was 10% above the Company's 2004 EPS. These projections were being made nearly one-third of the way into Q1 2005 and would be repeated and detailed at the Company's January 21, 2005 and February 9, 2005 investor conferences. On April 21, 2005, defendants disclosed that **MBNA** had earned only $0.02 in Q1 2005 -- a 94% decline from the $0.59 per share it reported in Q4 2004 -- and that it was guiding 2005 EPS growth down to "significantly below" its prior 10% growth estimate.

According to the complaint, the true facts, which were known by each of the defendants but concealed from the investing public during the Class Period, were as follows: (a) the Company had been experiencing "unexpectedly high payment volumes from U.S. credit card customers" during Q1 2005, reducing managed loans in the quarter "more than in prior years"; (b) of the prepays, the higher interest rate borrowers were prepaying more than the lower interest rate borrowers,

resulting in the prepays having a more adverse impact on the Company's yield on managed loans; (c) **MBNA** was suffering from an unseasonably sharp contraction in loans during Q1 2005 causing total managed loans to decrease; (d) the Company had been aggressively recognizing gains on sales of securitized no-interest loan receivables through off-balance sheet funding structures; (e) **MBNA** was experiencing higher-than-expected delinquencies during Q1 2005; (f) the Company had reversed its margin-protection strategy of reducing reliance on no-interest loans and teaser promotions and was instead increasing its offering of no-interest loans, which, by defendants' own admissions, will significantly reduce future earnings; (g) losses on loan receivables and managed loans had increased; (h) approximately 50% of **MBNA's** receivables were on variable floating interest rates while approximately 80% of the Company's funding was tied to LIBOR, such that the Company's cost of funds was increasing more rapidly than the interest payments it was receiving from borrowers when interest rates increased; (i) due to the increase in prepays, the interest-only securitization strip securities valued on the Company's books at $1.3 billion were overstated; and (j) the Company's previously announced Q1 2005 restructuring charge had doubled. As a result of these false statements, **MBNA's** stock traded at inflated levels during the Class Period which permitted the Company's top officers and directors to sell more than $75 million worth of their own shares. Following the Company's April 21, 2005 disclosures concerning its business operations, financial results and reduced 2005 earnings expectations, the Company's stock price plummeted from its closing price of $23.11 on the close of April 20, 2005 to below $19 per share on extremely high trading volume of 51 million shares.

Plaintiff seeks to recover damages on behalf of all purchasers of **MBNA** publicly traded securities during the Class Period (the "Class"). The plaintiff is represented by Lerach Coughlin, which has expertise in prosecuting investor **class actions** and extensive experience in actions involving financial fraud.

Lerach Coughlin, a 150-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston, Philadelphia and Seattle, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Lerach Coughlin lawyers have been responsible for more than $20 billion in aggregate recoveries. The Lerach Coughlin Web site (http://www.lerachlaw.com) has more information about the firm.

CONTACT: Lerach Coughlin Stoia Geller Rudman & Robbins LLP William Lerach, 800-449-4900 wsl@lerachlaw.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** May 6, 2005

# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Andreas Fehrenbach and Hubertus Becker, on behalf of the Activest Investmentgesellschaft mbH ("Activest"), for accounts of the PT-Master fund and ENERFONDS, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint in this matter and designate Milberg Weiss Bershad & Schulman LLP as counsel for Activest in this action for all purposes.

2. As Managing Counsel and Legal Counsel of Activest, we have been duly authorized by Activest to pursue litigation against MBNA Corp. and the other defendants.

3. Activest did not acquire MBNA Corp. securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Activest is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. Activest will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. Activest sought to serve as a representative party for a class in an action under the federal securities laws, but either withdrew its application or its application was denied in favor of other investors with more significant losses:

*Spigle v. Federal Home Loan Mortgage Corp.*, No. 03-CV-4261 (S.D.N.Y. 2003)
*In re Alstom SA Sec. Litig.*, No. 03-CV-6595 (S.D.N.Y. 2003)
*Williams v. Elan Corp. plc*, No. 05-CV-10413 (D.Mass. 2005)
*Taubenfeld v. Electronic Arts, Inc.*, No. 05-CV-1325 (N.D.Cal. 2005)
*Erickson v. Rhodia S.A.*, No. 05-CV-2461 (D.N.J. 2005)
*Capone v. MBIA, Inc.*, No 05-CV-3709 (S.D.N.Y. 2005)
*Grobler v. Doral Corp.* No. 05-CV-4077 (S.D.N.Y. 2005)
*City of Delray Beach Police & Firefighters Ret. Sys. v. Delphi Corp., et al.*, No. 05-CV-70945 (E.D. Mich. 2005)

and has been appointed co-lead plaintiff in *Williams v. Elan Corp. plc*, No. 05-CV-10413 (D.Mass. 2005).

7. Activest understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. Since the beginning of the Class Period, Activest has made transactions in MBNA Corp. listed in Schedule A attached hereto and will provide records of those transactions upon request.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Activest Investmentgesellschaft mbH

Executed this 5th day of July, 2005

_____          _____
Andreas Fehrenbach                                          Hubertus Becker
Managing Counsel                                            Legal Counsel

## SCHEDULE A
### ACTIVEST ENERFONDS TRANSACTIONS IN MBNA CORP. (NYSE: KRB)

| | DATE | SHARES | COST |
|---|---|---|---|
| **Purchase(s):** | | | |
| | 09/29/04 | 11,400 | $25.5343 |
| | 09/30/04 | 3,900 | $25.5256 |
| | 10/04/04 | 3,800 | $25.9048 |
| | 12/21/04 | 7,700 | $28.2971 |
| **Sale(s):** | | | |
| | 10/17/03 | 3,000 | $24.4500 |
| | 10/22/03 | 7,900 | $24.8000 |
| | 10/30/03 | 11,800 | $24.7507 |
| | 10/31/03 | 3,500 | $24.7609 |
| | 11/10/03 | 7,800 | $25.0200 |
| | 01/02/04 | 4,000 | $25.0900 |
| | 01/15/04 | 8,900 | $26.9179 |
| | 01/20/04 | 3,800 | $27.0000 |
| | 01/22/04 | 3,300 | $27.1054 |
| | 03/02/04 | 7,400 | $27.6275 |
| | 03/24/04 | 4,600 | $25.8662 |
| | 03/29/04 | 1,500 | $27.5200 |
| | 04/15/04 | 3,900 | $25.5278 |
| | 04/16/04 | 7,800 | $25.8001 |
| | 04/23/04 | 4,300 | $25.3861 |
| | 05/26/04 | 3,800 | $25.1550 |
| | 06/24/04 | 3,900 | $25.4786 |
| | 01/28/05 | 4,000 | $26.3300 |
| | 02/07/05 | 3,500 | $26.9743 |
| | 02/08/05 | 3,100 | $26.8491 |
| | 02/08/05 | 800 | $26.8500 |
| | 02/08/05 | 2,900 | $26.6316 |
| | 02/08/05 | 1,200 | $26.8500 |
| | 02/16/05 | 6,500 | $26.2577 |
| | 03/16/05 | 1,900 | $24.9377 |
| | 03/22/05 | 8,300 | $24.7000 |

# SCHEDULE A
## ACTIVEST PT- MASTER FONDS TRANSACTIONS IN MBNA CORP. (NYSE: KRB)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s): |  |  |  |
|  | 01/28/04 | 16,937 | $26.5000 |
|  | 08/18/04 | 4,500 | $23.8473 |
|  | 08/27/04 | 10,900 | $24.0845 |
|  | 12/15/04 | 6,400 | $27.3000 |
|  | 03/01/05 | 20,400 | $25.6500 |
|  | 03/10/05 | 1,600 | $26.2800 |
|  | 03/17/05 | 48,019 | $24.7919 |
|  | 04/04/05 | 16,000 | $24.3000 |
|  | 04/20/05 | 3,000 | $23.4000 |
| Sale(s): |  |  |  |
|  | 04/26/04 | 200 | $25.6300 |
|  | 04/26/04 | 3,400 | $25.7000 |
|  | 11/18/04 | 3,800 | $26.8900 |
|  | 12/15/04 | 2,400 | $27.7000 |
|  | 01/03/05 | 54,400 | $28.4589 |
|  | 01/12/05 | 9,800 | $27.6100 |

# EXHIBIT C

Class Period: 10/16/03 - 04/21/05

MBNA CORP. (NYSE: KRB)

Hold price: $20.8671

## ACTIVEST PT-MASTER

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| | Pre-class holdings | 90,963 | | | | | | | | | |
| | | | | | 04/26/04 | 200 | 25.6300 | | | | |
| | | | | | 04/26/04 | 3,400 | 25.7000 | | | | |
| | | | | | 11/18/04 | 3,800 | 26.8900 | | | | |
| | | | | | 12/15/04 | 2,400 | 27.7000 | | | | |
| | | | | | 01/03/05 | 54,400 | 28.4589 | | | | |
| | | | | | 01/12/05 | 9,800 | 27.6100 | | | | |
| | | | | | Total | 74,000 | | | | | |
| | 01/28/04 | 16,937 | 26.5000 | 448,830.50 | | | | | 16,937 | 353,425.38 | (95,405.12) |
| | 08/18/04 | 4,500 | 23.8473 | 107,312.85 | | | | | 4,500 | 93,901.76 | (13,411.09) |
| | 08/27/04 | 10,900 | 24.0845 | 262,521.05 | | | | | 10,900 | 227,450.94 | (35,070.11) |
| | 12/15/04 | 6,400 | 27.3000 | 174,720.00 | | | | | 6,400 | 133,549.18 | (41,170.82) |
| | 03/01/05 | 20,400 | 25.6500 | 523,260.00 | | | | | 20,400 | 425,688.00 | (97,572.00) |
| | 03/10/05 | 1,600 | 26.2800 | 42,048.00 | | | | | 1,600 | 33,387.29 | (8,660.71) |
| | 03/17/05 | 48,019 | 24.7919 | 1,190,482.25 | | | | | 48,019 | 1,002,015.30 | (188,466.95) |
| | 04/04/05 | 16,000 | 24.3000 | 388,800.00 | | | | | 16,000 | 333,872.94 | (54,927.06) |
| | 04/20/05 | 3,000 | 23.4000 | 70,200.00 | | | | | 3,000 | 62,601.18 | (7,598.82) |
| **ACTIVEST PT-MASTER Totals** | | 127,756 | | 3,208,174.65 | | 0 | | 0.00 | 127,756 | 2,665,891.97 | (542,282.68) |

## ACTIVEST ENERFONDS

| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 161,300 | | | | | | | | | |
| | | | | | 17-Oct-03 | 3,000 | 24.4500 | | | | |
| | | | | | 22-Oct-03 | 7,900 | 24.8000 | | | | |
| | | | | | 30-Oct-03 | 11,800 | 24.7507 | | | | |
| | | | | | 31-Oct-03 | 3,500 | 24.7609 | | | | |
| | | | | | 10-Nov-03 | 7,800 | 25.0200 | | | | |
| | | | | | 02-Jan-04 | 4,000 | 25.0900 | | | | |
| | | | | | 15-Jan-04 | 8,900 | 26.9179 | | | | |
| | | | | | 20-Jan-04 | 3,800 | 27.0000 | | | | |
| | | | | | 22-Jan-04 | 3,300 | 27.1054 | | | | |
| | | | | | 02-Mar-04 | 7,400 | 27.6275 | | | | |
| | | | | | 24-Mar-04 | 4,600 | 25.8662 | | | | |
| | | | | | 29-Mar-04 | 1,500 | 27.5200 | | | | |
| | | | | | 15-Apr-04 | 3,900 | 25.5278 | | | | |
| | | | | | 16-Apr-04 | 7,800 | 25.8001 | | | | |
| | | | | | 23-Apr-04 | 4,300 | 25.3861 | | | | |
| | | | | | 26-May-04 | 3,800 | 25.1550 | | | | |
| | | | | | 24-Jun-04 | 3,900 | 25.4786 | | | | |
| | | | | | 28-Jan-05 | 4,000 | 26.3300 | | | | |
| | | | | | 07-Feb-05 | 3,500 | 26.9743 | | | | |
| | | | | | 08-Feb-05 | 3,100 | 26.8491 | | | | |
| | | | | | 08-Feb-05 | 800 | 26.8500 | | | | |
| | | | | | 08-Feb-05 | 2,900 | 26.6316 | | | | |
| | | | | | 08-Feb-05 | 1,200 | 26.8500 | | | | |
| | | | | | 16-Feb-05 | 6,500 | 26.2577 | | | | |
| | | | | | 16-Mar-05 | 1,900 | 24.9377 | | | | |
| | | | | | 22-Mar-05 | 8,300 | 24.7000 | | | | |

Class Period: 10/16/03 - 04/21/05

**MBNA CORP. (NYSE: KRB)**

Hold price: $20.8671

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| | 29-Sep-04 | 11,400 | 25.5343 | 291,091.02 | | | | | 11,400 | 237,884.47 | (53,206.55) |
| | 30-Sep-04 | 3,900 | 25.5256 | 99,549.84 | | | | | 3,900 | 81,381.53 | (18,168.31) |
| | 04-Oct-04 | 3,800 | 25.9048 | 98,438.24 | | | | | 3,800 | 79,294.82 | (19,143.42) |
| | 21-Dec-04 | 7,700 | 28.2971 | 217,887.67 | | | | | 7,700 | 160,676.35 | (57,211.32) |
| ACTIVEST ENERFONDS Totals | | 26,800 | | 706,966.77 | Total | 123,400 | | 0.00 | 26,800 | 559,237.18 | (147,729.59) |
| Total Losses | | 154,556 | | 3,915,141.42 | | 0 | | 0.00 | 154,556 | 3,225,129.14 | (690,012.27) |

(1) Sales have been applied to purchases on a FIFO basis.
(2) Held shares have been valued using an average closing price of $20.8671