UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
JAMES M. BAKER                           )
                                         )   Index No. 05-CV-00272
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )
                                         )
MBNA CORP., BRUCE L. HAMMONDS,           )
KENNETH A. VECCHIONE, RICHARD K.         )
STRUTHERS, CHARLES C. KRULAK,            )
JOHN R. COCHRAN, III, MICHAEL G.         )
RHODES, LANCE L. WEAVER, AND             )
JOHN W. SCHEFLEN,                        )
                                         )
            Defendants.                  )
---------------------------------------------------------------x
---------------------------------------------------------------x
ROCHELLE PHILLIPS                        )
                                         )   Index No. 05-CV-00277
            Plaintiff,                   )
                                         )
      vs.                                )
                                         )
MBNA CORP., BRUCE L. HAMMONDS,           )
KENNETH A. VECCHIONE,                    )
                                         )
            Defendants.                  )
---------------------------------------------------------------x

**FILED**

JUL 12 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[Caption continued on next page]

```
---------------------------------------------------------------x
ROBERT WILKINS                                      )
                                                    )     Index No. 05-CV-00287
                                                    )
              Plaintiff,                            )
                                                    )
                                                    )
       vs.                                          )
                                                    )
                                                    )
MBNA CORP., BRUCE L. HAMMONDS,                      )
KENNETH A. VECCHIONE, RICHARD K.                    )
STRUTHERS, CHARLES C. KRULAK,                       )
JOHN R. COCHRAN, III, MICHAEL G.                    )
RHODES, LANCE L. WEAVER, AND                        )
JOHN W. SCHEFLEN,                                   )
                                                    )
              Defendants.                           )
---------------------------------------------------------------x
---------------------------------------------------------------x
LEONARD BRONSTEIN                                   )
                                                    )     Index No. 05-CV-00289
              Plaintiff,                            )
                                                    )
                                                    )
       vs.                                          )
                                                    )
                                                    )
MBNA CORP., BRUCE L. HAMMONDS,                      )
KENNETH A. VECCHIONE, RICHARD K.                    )
STRUTHERS, CHARLES C. KRULAK,                       )
JOHN R. COCHRAN, III, MICHAEL G.                    )
RHODES, LANCE L. WEAVER, AND                        )
JOHN W. SCHEFLEN,                                   )
                                                    )
              Defendants.                           )
---------------------------------------------------------------x
```

[Caption continued on next page]

```
-------------------------------------------------------------x
GREG PENN                                                    )
                                                             )   Index No. 05-CV-00293
                            Plaintiff,                       )
                                                             )
                vs.                                          )
                                                             )
MBNA CORP., BRUCE L. HAMMONDS,                               )
KENNETH A. VECCHIONE, RICHARD K.                             )
STRUTHERS, CHARLES C. KRULAK,                                )
JOHN R. COCHRAN, III, MICHAEL G.                             )
RHODES, LANCE L. WEAVER,                                     )
                                                             )
                            Defendants.                      )
-------------------------------------------------------------x
-------------------------------------------------------------x
CLIFFORD W. JONES                                            )
                                                             )   Index No. 05-CV-00316
                            Plaintiff,                       )
                                                             )
                vs.                                          )
                                                             )
MBNA CORP., BRUCE L. HAMMONDS,                               )
KENNETH A. VECCHIONE,                                        )
                                                             )
                            Defendants.                      )
-------------------------------------------------------------x
-------------------------------------------------------------x
LEMON BAY PARTNERS LLP                                       )
                                                             )   Index No. 05-CV-00327
                            Plaintiff,                       )
                                                             )
                vs.                                          )
                                                             )
BRUCE L. HAMMONDS,                                           )
KENNETH A. VECCHIONE, RICHARD K.                             )
STRUTHERS, JOHN R. COCHRAN, III,                             )
 LANCE L. WEAVER, AND MBNA CORP.                             )
                                                             )
                            Defendants.                      )
-------------------------------------------------------------x
```

[Caption continued on next page]

```
------------------------------------------------------------x
DONALD R. BENOIT                          )
                                          )   Index No. 05-CV-00361
                    Plaintiff,            )
                                          )
        vs.                               )
                                          )
BRUCE L. HAMMONDS, JOHN R. COCHRAN        )
III, RICHARD K STRUTHERS, KENNETH A.      )
VECCHIONE, LANCE L. WEAVER, CHARLES       )
C. KRULAK, MICHAEL G. RHODES, JOHN        )
W. SCHEFLEN, JAMES H. BERICK, MARY M.     )
BOIES, BENJAMIN R. CIVILETTI, WILLIAM     )
L. JEWS, RANDOLPH D. LERNER, STUART       )
L. MARKOWITZ, WILLIAM B. MILSTEAD,        )
LAURA S. UNGER, THOMAS G. MURDOUGH,       )
AND MBNA CORP.                            )
                                          )
                    Defendants.           )
------------------------------------------------------------x
------------------------------------------------------------x
MICHAEL D. BLUM                           )
                                          )   Index No. 05-CV-00372
                    Plaintiff,            )
                                          )
        vs.                               )
                                          )
MBNA CORP., BRUCE L. HAMMONDS,            )
KENNETH A. VECCHIONE, JOHN R.             )
COCHRAN, III, RICHARD K STRUTHERS,        )
LANCE L. WEAVER,                          )
                                          )
                    Defendants.           )
------------------------------------------------------------x
```

[Caption continued on next page]

```
-----------------------------------------------------------x
THOMAS J. CUSSEN                                           )
                                                           )   Index No. 05-CV-00389
                    Plaintiff,                             )
                                                           )
          vs.                                              )
                                                           )
MBNA CORP., BRUCE L. HAMMONDS,                             )
KENNETH A. VECCHIONE, RICHARD K.                           )
STRUTHERS, CHARLES C. KRULAK,                              )
JOHN R. COCHRAN, III, MICHAEL G.                           )
RHODES, LANCE L. WEAVER, AND                               )
JOHN W. SCHEFLEN,                                          )
                                                           )
                    Defendants.                            )
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, CURTIS V. TRINKO, certify that true and correct copies of the NOTICE OF FILING were served upon the following attorneys by means of postage pre-paid first class mail through the U.S. Mail system on this date:

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, California 92101

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
197 South Federal Highway, Suite 200
Boca Raton, Florida 33432

Richard M. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

Ralph Nicholas Sianni
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 411
Wilmington, DE 19801

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Joseph N. Gielata
Joseph N. Gielata, Esq.
501 Silverside Road
Suite 90
Wilmington, DE 19809

Dated: July 5, 2005
       New York, New York

_____
Curtis V. Trinko