# SCHIFFRIN & BARROWAY, LLP
### Attorneys at Law

280 KING OF PRUSSIA ROAD • RADNOR, PENNSYLVANIA 19087 • (610) 667-7706 • FAX: (610) 667-7056 • WWW.SBCLASSLAW.COM

Writer's Direct Dial: (610) 822-0244
E-Mail: rwinchester@sbclasslaw.com

RICHARD S. SCHIFFRIN×
ANDREW L. BARROWAY*
MARC A. TOPAZ*
DAVID KESSLER*
KATHARINE M. RYAN
STUART L. BERMAN*
GREGORY M. CASTALDO*
JOSEPH H. MELTZER*
MICHAEL K. YARNOFF■*

IAN D. BERG×
KATHERINE B. BORNSTEIN▽
TREVAN BORUM
JONATHAN R. CAGAN▫
EDWARD W. CHANG°▫
DARREN J. CHECK*
EDWARD W. CIOLKO▫
STEPHEN CONNOLLY
THOMAS W. GRAMMER
SEAN M. HANDLER
JOHN A. KEHOE*
HAL J. KLEINMAN×
ERIC LECHTZIN*
RICHARD A. MANISKAS▽
TOBIAS L. MILLROOD*
CHRISTOPHER L. NELSON
KAREN E. REILLY**°▲
STEVEN D. RESNICK*
KAY E. SICKLES*
TAMARA SKVIRSKY▫
SANDRA G. SMITH
BENJAMIN J. SWEET
MARC D. WEINBERG*
GERALD D. WELLS, III*
MARC I. WILLNER
ROBIN WINCHESTER*
ERIC L. ZAGAR
ANDREW L. ZIVITZ*
KENDALL S. ZYLSTRA

July 18, 2005

**VIA HAND DELIVERY**
Clerk
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Baker v. MBNA Corp., et al.,* No. 1:05-CV-272 (GMS)

Dear Sir/Madam:

    Pursuant to the February 8, 2005 Order re: Electronic Case Filing Policies and Procedures (the "Order"), please find ARCA S.G.R. S.p.A.'s Notice of Withdrawal to Be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel. Pursuant to the Order, a copy of the withdrawal is also enclosed in .pdf format on compact disk.

    Very truly yours,

    SCHIFFRIN & BARROWAY, LLP

By: /s/ Robin Winchester
    Robin Winchester

RW/nrw
Enclosure

° Admitted in MD    ▫ Admitted in NJ    * Admitted in NY    * Also admitted in CT    ▽ Also admitted in DC    ■ Also admitted in DE    × Also admitted in IL
▽ Also admitted in MD    * Also admitted in NJ    ° Also admitted in NY    ▲ Also admitted in RI