**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES M. BAKER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,<br><br>      Defendants. | Civil Action No. 1:05-CV-272 (GMS) |
| ROCHELLE PHILLIPS, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, and KENNETH VECCHIONE,<br><br>      Defendants. | Civil Action No. 1:05-CV-277 (GMS) |

[Captions continued on next page]

**NOTICE OF WITHDRAWAL OF MOTION OF ARCA S.G.R. S.p.A.
TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL
OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

| | |
|---|---|
| ROBERT WILKINS, individually and on behalf of all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C.  )<br>KRULAK, JOHN R. COCHRAN, III,  )<br>MICHAEL G. RHODES, LANCE L.  )<br>WEAVER, and JOHN W. SCHEFLEN,  )<br>)<br>Defendants.  ) | Civil Action No. 1:05-CV-287 (GMS) |
| LEONARD BRONSTEIN, on behalf of himself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C.  )<br>KRULAK, JOHN R. COCHRAN, III,  )<br>MICHAEL G. RHODES, LANCE L.  )<br>WEAVER, and JOHN W. SCHEFLEN,  )<br>)<br>Defendants.  ) | Civil Action No. 1:05-CV-289 (GMS) |

[Captions continued on next page]

| | |
|---|---|
| GREG PENN, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, JOHN R. )<br>COCHRAN, III, RICHARD K. )<br>STRUTHERS, and LANCE L. WEAVER, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-293 (GMS) |
| CLIFFORD W. JONES, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>and KENNETH VECCHIONE, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-316 (GMS) |
| MICHAEL D. BLUM, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, JOHN R. )<br>COCHRAN, III, RICHARD K. )<br>STRUTHERS, and LANCE L. WEAVER, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-372 (GMS) |

[Captions continued on next page]

| | |
|---|---|
| THOMAS J. CUSSEN, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>              v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,<br><br>                        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:05-CV-389 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

ARCA S.G.R. S.p.A. hereby withdraws its motion to be appointed lead plaintiff and for approval of lead plaintiff's selection of lead counsel and liaison counsel originally filed with this Court on July 5, 2005.

Dated: July 18, 2005

                Respectfully submitted,

                **FRANK, ROSEN, SNYDER & MOSS, L.L.P.**

By:   /s *Marc H. Snyder* (#3791)
        Marc H. Snyder (#3791)
        1813 Marsh Road, Suite D
        Wilmington, DE 19810
        Telephone:   (302) 475-8060
        Facsimile:   (302) 475-8182

        **SCHIFFRIN & BARROWAY, LLP**
        Stuart L. Berman
        Michael K. Yarnoff (#3351)
        Sean M. Handler
        Robin Winchester
        280 King of Prussia Road
        Radnor, PA 19087
        Telephone:   (610) 667-7706
        Facsimile:   (610) 667-7056

        **Counsel for ARCA S.G.R. S.p.A.**