IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. BAKER, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05-CV-272 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ROCHELLE PHILLIPS, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, and KENNETH VECCHIONE,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05-CV-277 (GMS)<br>)<br>)<br>)<br>)<br>) |

[Captions continued on next page]

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| ROBERT WILKINS, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C. )<br>KRULAK, JOHN R. COCHRAN, III, )<br>MICHAEL G. RHODES, LANCE L. )<br>WEAVER, and JOHN W. SCHEFLEN, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-287 (GMS) |
| LEONARD BRONSTEIN, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C. )<br>KRULAK, JOHN R. COCHRAN, III, )<br>MICHAEL G. RHODES, LANCE L. )<br>WEAVER, and JOHN W. SCHEFLEN, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-289 (GMS) |

[Captions continued on next page]

| | |
|---|---|
| GREG PENN, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, JOHN R. )<br>COCHRAN, III, RICHARD K. )<br>STRUTHERS, and LANCE L. WEAVER, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-293 (GMS) |
| CLIFFORD W. JONES, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>and KENNETH VECCHIONE, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-316 (GMS) |
| MICHAEL D. BLUM, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, JOHN R. )<br>COCHRAN, III, RICHARD K. )<br>STRUTHERS, and LANCE L. WEAVER, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-372 (GMS) |

[Captions continued on next page]

| | |
|---|---|
| THOMAS J. CUSSEN, on behalf of himself and all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C.  )<br>KRULAK, JOHN R. COCHRAN, III,  )<br>MICHAEL G. RHODES, LANCE L.  )<br>WEAVER, and JOHN W. SCHEFLEN,  )<br>)<br>Defendants.  ) | Civil Action No. 1:05-CV-389 (GMS) |

I, Noah R. Wortman, hereby certify that I caused the following documents to be served on all counsel on the attached service list via facsimile and by placing a copy of same in the United States Mail at 280 King of Prussia Road, Radnor, Pennsylvania this 19th day of July, 2005:

1) NOTICE OF WITHDRAWAL OF MOTION OF ARCA S.G.R. S.p.A. TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL

_____
NOAH R. WORTMAN

## MBNA Corporation Service List

Counsel for Plaintiffs:

Sean Handler, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Jeffrey Goddess, Esq.
Rosenthal Monhait, et al.
919 North Market Street, Suite 1401
Wilmington, DE 19801

Seth Rigrodsky, Esq.
Milberg Weiss, et al.
919 North Market Street, Suite 411
Wilmington, DE 19801

Peter Seidman, Esq.
Milberg Weiss, et al.
One Pennsylvania Plaza
New York, NY 10119

Nancy Kulesa, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Hartford, CT 06103

Charles Piven, Esq.
Law Office of Charles J. Piven
The World Trade Center - Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Deborah Gross, Esq.
Law Offices of Bernard M. Gross, P.C.
John Wanamaker Building, Suite 450
Juniper and Market Streets
Philadelphia, PA 19107

Caroline Curtis, Esq.
Wolf Popper, LLP
845 Third Avenue
New York, NY 10022

Alfred Yates, Jr., Esq.
Law Office Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Eric Chaffin, Esq.
Seeger Weiss, LLP
One William Street
New York, NY 10004

Neil Rothstein, Esq.
Scott + Scott, LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415

William Lerach, Esq.
Lerach Coughlin, et al.
401 B Street, Suite 1600
San Diego, CA 92101

Counsel for Defendants:

MBNA Corporation
1100 North King Street
Wilmington, DE 19884