## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the following document to be electronically filed with the Clerk of Court using CM/ECF, and to be served by regular U.S. Mail to all parties listed on the attached service list on this 19th day of July 2005.

**MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE
<u>UNOPPOSED</u> MOTION OF ACTIVEST FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND
FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE  19801
(302) 984-0597
E-mail:  rsianni@milbergweiss.com

# MBNA CORP.

## Service List

*Counsel for Plaintiffs:*

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

Joseph A. Rosenthal
Jeffrey S. Goddess
**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**
919 Market Street, Suite 1401
Wilmington, DE 19801
Tel.: (302) 656-4433
Fax: (302) 658-7567

Frank J. Johnson
**JOHNSON LAW FIRM, A P.C.**
402 West Broadway, 27th Floor
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 230-1839

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

William S. Lerach
Darren J. Robbins
Mary K. Blasy
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
401 B Street, Suite 1600
San Diego, CA 92101-4297
Tel.: (619) 231-1058
Fax: (619) 231-7423

Karen H. Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981

Joshua M. Lifshitz
**BULL & LIFSHITZ, LLP**
18 East 41st Street
New York, NY 10017
Tel.: (212) 213-6222
Fax: (212) 213-9405

Deborah R. Gross
Robert P. Frutkin
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
Wannamaker Building, Suite 450
Juniper and Market Street
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000

| | |
|---|---|
| James M. Orman<br>**JAMES M. ORMAN, ATTORNEY AT LAW**<br>1845 Walnut Street, 14th Floor<br>Philadelphia, PA 19103<br>Tel.: (215) 523-7800<br>Fax: (215) 523-9290 | Lester L. Levy<br>Michael A. Schwartz<br>Caroline S. Curtis<br>**WOLF POPPER, LLP**<br>845 Third Avenue<br>New York, NY 10017<br>Tel.: (212) 759-4600<br>Fax: (212) 486-2093 |
| Stephen A. Weiss<br>Eric T. Chaffin<br>Roopal Luhana<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>Tel.: (212) 584-0700<br>Fax: (212) 584-0799 | David R. Scott<br>Arthur L. Shingler, III<br>**SCOTT + SCOTT LLC**<br>Wells Fargo Building<br>401 B Street, Suite 307<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>Fax: (619) 233-0508 |

*Counsel for Defendants*

Richard H. Morse
**YOUNG CONAWAY STARGATT
& TAYLOR LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Tel.: (302) 571-6651
Fax: (302) 576-3319
E-mail: rmorse@ycst.com

**MBNA Corporation**
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801