IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

————————————————————x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated, :    Case No. 1:05-cv-00272-GMS
:
                    Plaintiff, :    CLASS ACTION
:
        vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN**,** :
:
                    Defendants. :
:
————————————————————x
:
ROCHELLE PHILLIPS, On behalf of herself and :
all others similarly situated, :    Case No. 1:05-cv-00277-GMS
:
                    Plaintiff, :    CLASS ACTION
:
        vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and :
KENNETH . VECCHIONE**,** :
:
                    Defendants. :
:
————————————————————x

**(Additional Captions Set Forth Below)**


**NOTICE OF CHANGE OF FIRM ADDRESS**

———————————————————————x
                                              :
ROBERT WILKINS, Individually and on behalf    :
of all others similarly situated,             :    Case No. 1:05-cv-00287-GMS
                                              :
              Plaintiff,                      :    CLASS ACTION
                                              :
       vs.                                    :
                                              :
MBNA CORP., BRUCE L. HAMMONDS,                 :
KENNETH A. VECCHIONE, RICHARD K.              :
STRUTHERS, CHARLES C. KRULAK, JOHN            :
R. COCHRAN, III, MICHAEL G. RHODES,           :
LANCE L. WEAVER, and JOHN W.                  :
SCHEFLEN,                                     :
                                              :
              Defendants.                     :
                                              :
———————————————————————x
                                              :
LEONARD BRONSTEIN, On behalf of himself       :
and all others similarly situated,            :    Case No. 1:05-cv-00289-GMS
                                              :
              Plaintiff,                      :    CLASS ACTION
                                              :
       vs.                                    :
                                              :
MBNA CORP., BRUCE L. HAMMONDS,                 :
KENNETH A. VECCHIONE, RICHARD K.              :
STRUTHERS, CHARLES C. KRULAK, JOHN            :
R. COCHRAN, III, MICHAEL G. RHODES,           :
LANCE L. WEAVER, and JOHN W.                  :
SCHEFLEN,                                     :
                                              :
              Defendants.                     :
                                              :
———————————————————————x

————————————————————x
                                  :

GREG PENN, On behalf of himself and all others   :
similarly situated,                                 :    Case No. 1:05-cv-00293-GMS
                                  :
                 Plaintiff,        :    <u>CLASS ACTION</u>
                                  :
      vs.                               :
                                  :

MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, RICHARD K.    :
STRUTHERS, and  LANCE L. WEAVER,     :
                                  :
                 Defendants.      :
                                  :
————————————————————x
                                  :

CLIFFORD W. JONES, On behalf of himself and   :
all others similarly situated,                   :    Case No. 1:05-cv-00316-GMS
                                  :
                 Plaintiff,        :    <u>CLASS ACTION</u>
                                  :
      vs.                               :
                                  :

MBNA CORP., BRUCE L. HAMMONDS, and    :
KENNETH A. VECCHIONE**,**                    :
                                  :
                 Defendants.      :
                                  :
————————————————————x
                                  :

MICHAEL D. BLUM, On behalf of himself and   :
all others similarly situated,                   :    Case No. 1:05-cv-00372-GMS
                                  :
                 Plaintiff,        :    <u>CLASS ACTION</u>
                                  :
      vs.                               :
                                  :

MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, JOHN R.        :
COCRAN, III, RICHARD K. STRUTHERS, and  :
LANCE L. WEAVER,                     :
                                  :
                 Defendants.      :
                                  :
————————————————————x

```
─────────────────────────────x
                              :
THOMAS J. CUSSEN, On behalf of himself and   :
all others similarly situated,               :      Case No. 1:05-cv-00389-GMS
                                             :
                    Plaintiff,               :      CLASS ACTION
                                             :
        vs.                                  :
                                             :
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCRAN, III, MICHAEL G. RHODES,           :
LANCE L. WEAVER and JOHN W. SCHEFLEN,        :
                                             :
                    Defendants.              :
                                             :
                                             :
─────────────────────────────x
```

**PLEASE TAKE NOTICE** that effective immediately, Milberg Weiss Bershad

& Schulman LLP has relocated its Delaware office to the following new address:

> **MILBERG WEISS BERSHAD & SCHULMAN LLP**
> 919 North Market Street
> Suite 980
> Wilmington, DE 19801
> Telephone:  (302) 984-0597
> Facsimile:  (302) 984-0870

Please note that all phone and fax numbers remain the same.

DATED:  October 7, 2005                    Respectfully submitted,

                                           **MILBERG WEISS BERSHAD
                                            & SCHULMAN LLP**

                                           By: /s/ Ralph N. Sianni
                                           Seth D. Rigrodsky, Esq. (#3147)
                                           Ralph Sianni, Esq. (#4151)
                                           919 N. Market Street, Suite 980
                                           Wilmington, Delaware  19801
                                           (302) 984-0597

                                                 --and--

2

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Deborah M. Sturman
Andrei V. Rado
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
(212) 594-5300

**Proposed Lead Counsel**

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on this 7th day of October, 2005, I caused a true

and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM ADDRESS t**o be

electronically filed with the Clerk of Court using CM/ECF, which will send notification of such

filing(s) to the following:

<table>
<tr><td><u>**Counsel for Plaintiffs**</u></td><td><u>**Counsel for Defendants**</u></td></tr>
<tr><td>
Joseph A. Rosenthal<br>
Jeffrey S. Goddess<br>
**ROSENTHAL, MONHAIT, GROSS &**<br>
**GODDESS, P.A.**<br>
919 Market Street, Suite 1401<br>
Wilmington, DE 19801<br>
Tel.: (302) 656-4433<br>
Email: rmgg@rmgglaw.com
</td><td>
Richard H. Morse<br>
**YOUNG CONAWAY STARGATT**<br>
**& TAYLOR LLP**<br>
1000 West Street, 17th Floor<br>
P.O. Box 391<br>
Wilmington, DE 19899-0391<br>
Tel.: (302) 571-6651<br>
E-mail: rmorse@ycst.com
</td></tr>
</table>

In addition, I also caused the foregoing document to be served by regular U.S. Mail to all

parties listed on the attached service list.


/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

# MBNA CORP.

## Service List

*Counsel for Plaintiffs:*

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

William S. Lerach
Darren J. Robbins
Mary K. Blasy
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Karen H. Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981

Joshua M. Lifshitz
**BULL & LIFSHITZ, LLP**
18 East 41st Street
New York, NY 10017
Tel.: (212) 213-6222
Fax: (212) 213-9405

Frank J. Johnson
**JOHNSON LAW FIRM, A P.C.**
402 West Broadway, 27th Floor
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 230-1839

Deborah R. Gross
Robert P. Frutkin
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
Wannamaker Building, Suite 450
Juniper and Market Street
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

David R. Scott
Arthur L. Shingler, III
**SCOTT + SCOTT LLC**
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

James M. Orman
**JAMES M. ORMAN, ATTORNEY AT LAW**
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
Tel.: (215) 523-7800
Fax: (215) 523-9290

Lester L. Levy
Michael A. Schwartz
Caroline S. Curtis
**WOLF POPPER, LLP**
845 Third Avenue
New York, NY 10017
Tel.: (212) 759-4600
Fax: (212) 486-2093

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799