IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated,                   :    Case No. 1:05-cv-00272-GMS
:
                       Plaintiff,    :    <u>CLASS ACTION</u>
:
   vs.                                       :
:
MBNA CORP., BRUCE L. HAMMONDS,               :
KENNETH A. VECCHIONE, RICHARD K.             :
STRUTHERS, CHARLES C. KRULAK, JOHN           :
R. COCHRAN, III, MICHAEL G. RHODES,          :
LANCE L. WEAVER, and JOHN W.                 :
SCHEFLEN,                                    :
:
                       Defendants.   :
:
---------------------------------------------------------------x
:
ROCHELLE PHILLIPS, On behalf of herself and  :
all others similarly situated,               :    Case No. 1:05-cv-00277-GMS
:
                       Plaintiff,    :    <u>CLASS ACTION</u>
:
   vs.                                       :
:
MBNA CORP., BRUCE L. HAMMONDS, and           :
KENNETH . VECCHIONE,                         :
:
                       Defendants.   :
:
---------------------------------------------------------------x

**(Additional Captions Set Forth Below)**

|  |  |
|---|---|
| ROBERT WILKINS, Individually and on behalf of all others similarly situated, : : : | Case No. 1:05-cv-00287-GMS |
| Plaintiff, : : | CLASS ACTION |
| vs. : : |  |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, : : : : : : : |  |
| Defendants. : |  |
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated, : : : | Case No. 1:05-cv-00289-GMS |
| Plaintiff, : : | CLASS ACTION |
| vs. : : |  |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, : : : : : : : |  |
| Defendants. : |  |

————————————————————————x

GREG PENN, On behalf of himself and all others similarly situated,

        Plaintiff,

vs.

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, and LANCE L. WEAVER,

        Defendants.

Case No. 1:05-cv-00293-GMS

<u>CLASS ACTION</u>

————————————————————————x

CLIFFORD W. JONES, On behalf of himself and all others similarly situated,

        Plaintiff,

vs.

MBNA CORP., BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE,

        Defendants.

Case No. 1:05-cv-00316-GMS

<u>CLASS ACTION</u>

————————————————————————x

MICHAEL D. BLUM, On behalf of himself and all others similarly situated,

        Plaintiff,

vs.

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, JOHN R. COCRAN, III, RICHARD K. STRUTHERS, and LANCE L. WEAVER

        Defendants.

Case No. 1:05-cv-00372-GMS

<u>CLASS ACTION</u>

————————————————————————x

———————————————————————x
:
SCOTT KIMBALL, On behalf of himself and all : 
others similarly situated,                 : Case No. 1:05-cv-00643-GMS
                                           :
            Plaintiff,                     : CLASS ACTION
                                           :
    vs.                                    :
                                           :
MBNA CORP., BRUCE L. HAMMONDS,             :
KENNETH A. VECCHIONE, RICHARD K.           :
STRUTHERS, CHARLES C. KRULAK, JOHN         :
R. COCRAN, III, MICHAEL G. RHODES,         :
LANCE L. WEAVER and JOHN W. SCHEFLEN,      :
                                           :
            Defendants.                    :
                                           :
———————————————————————x
:
VIRGINIA MCMATH, On behalf of herself and  :
all others similarly situated,             : Case No. 1:05-cv-00644-GMS
                                           :
            Plaintiff,                     : CLASS ACTION
                                           :
    vs.                                    :
                                           :
MBNA CORP., BRUCE L. HAMMONDS,             :
KENNETH A. VECCHIONE, RICHARD K.           :
STRUTHERS, CHARLES C. KRULAK, JOHN         :
R. COCRAN, III, MICHAEL G. RHODES,         :
LANCE L. WEAVER and JOHN W. SCHEFLEN,      :
                                           :
            Defendants.                    :
                                           :
———————————————————————x

**[PROPOSED] ORDER CONSOLIDATING ACTIONS AND
APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL**

Having considered the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

     1.    The Motion is GRANTED;

     2.    The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

     3.    Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

     4.    Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

DATED: _____, 2005    _____
                                                             United States District Court Judge

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on this 12th day of October, 2005, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| **Counsel for Plaintiffs** | **Counsel for Defendants** |
|---|---|
| Joseph A. Rosenthal<br>Jeffrey S. Goddess<br>ROSENTHAL, MONHAIT, GROSS &<br>GODDESS, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801<br>Tel.: (302) 656-4433<br>Email: jgoddess@rmgglaw.com<br>         jrosenthal@rmgglaw.com | Richard H. Morse<br>YOUNG CONAWAY STARGATT<br>& TAYLOR LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Tel.: (302) 571-6651<br>E-mail: rmorse@ycst.com |

In addition, I also caused the following document to be served by regular U.S. Mail to all parties listed on the attached service list.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

# MBNA CORP.

## Service List

*Counsel for Plaintiffs:*

Alfred G. Yates, Jr.
Gerald L. Rutledge
LAW OFFICES OF ALFRED G. YATES, JR., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981

Frank J. Johnson
JOHNSON LAW FIRM, A P.C.
402 West Broadway, 27th Floor
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 230-1839

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

William S. Lerach
Darren J. Robbins
Mary K. Blasy
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Joshua M. Lifshitz
BULL & LIFSHITZ, LLP
18 East 41st Street
New York, NY 10017
Tel.: (212) 213-6222
Fax: (212) 213-9405

Deborah R. Gross
Robert P. Frutkin
LAW OFFICES OF BERNARD M. GROSS, P.C.
Wannamaker Building, Suite 450
Juniper and Market Street
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000

David R. Scott
Arthur L. Shingler, III
SCOTT + SCOTT LLC
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

James M. Orman
**JAMES M. ORMAN, ATTORNEY AT LAW**
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
Tel.: (215) 523-7800
Fax: (215) 523-9290

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Lester L. Levy
Michael A. Schwartz
Caroline S. Curtis
**WOLF POPPER, LLP**
845 Third Avenue
New York, NY 10017
Tel.: (212) 759-4600
Fax: (212) 486-2093