UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. BAKER, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>MBNA CORP., *et al.*,<br><br>    Defendants. | Case No. 1:05-cv-00272-GMS<br><br>CLASS ACTION |
| ROCHELLE PHILLIPS, On Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>MBNA CORP., *et al.*,<br><br>    Defendants. | Case No. 1:05-cv-00277-GMS<br><br>CLASS ACTION |
| ROBERT WILKINS, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>MBNA CORP., *et al.*,<br><br>    Defendants. | Case No. 1:05-cv-00287-GMS<br><br>CLASS ACTION |

| | |
|---|---|
| LEONARD BRONSTEIN, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>  v.<br><br>MBNA CORP., *et al.*,<br><br>   Defendants. | Case No. 1:05-cv-00289-GMS<br><br>CLASS ACTION |
| GREGG PENN, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>  v.<br><br>MBNA CORP., *et al.*,<br><br>   Defendants. | Case No. 1:05-cv-00293-GMS<br><br>CLASS ACTION |
| CLIFFORD W. JONES, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>  v.<br><br>MBNA CORP., *et al.*,<br><br>   Defendants. | Case No. 1:05-cv-00316-GMS<br><br>CLASS ACTION |

| | |
|---|---|
| MICHAEL D. BLUM, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>       Defendants. | Case No. 1:05-cv-00372-GMS<br><br>CLASS ACTION |
| SCOTT KIMBALL, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>       Defendants. | Case No. 1:05-cv-00643-GMS<br><br>CLASS ACTION |
| VIRGINIA McMATH, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>MBNA CORP., *et al.*,<br><br>       Defendants. | Case No. 1:05-cv-00644-GMS<br><br>CLASS ACTION |

## STIPULATION AND ORDER

**WHEREAS** putative class member Activist Investmentgesellschaft mbH for account of the PT-Master fund, represented by the law firm of Milberg Weiss Bershad

& Schulman LLP, has filed a motion for consolidation of the above-referenced actions, for appointment as Lead Plaintiff and for approval of selection of Lead Counsel, and

**WHEREAS** said motion is unopposed as of the date below,

**IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel for the parties herein and subject to the Order of this Court, that (i) Lead Plaintiff will serve and file a consolidated amended complaint no later than 60 days after a decision is entered on the pending motions for appointment of Lead Plaintiff and approval of Lead Counsel, (ii) Defendants will have 60 days thereafter to answer, move to dismiss or otherwise respond to the consolidated amended complaint, (iii) in the event that a motion to dismiss is made by one or more Defendants, Lead Plaintiff will have 60 days to file its answering brief in response to such motion to dismiss and the moving Defendant or Defendants will have 45 days to submit their reply.

October 12, 2005

*/s/ Richard H. Morse*
Richard H. Morse (I.D. No. 531)
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6000

_____
Seth D. Rigrodsky (I.D. No. 3147)
Ralph Sianni (I.D. No. 4151)
MILBERG WEISS BERSHAD & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, Delaware 19801
(302) 984-0597

Steven G. Schulman
Peter E. Seidman
Deborah M. Sturman
Andrei V. Rado
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza -- 49th Floor
New York, NY 10119
(212) 868-1229

*Attorneys for Plaintiffs Rochelle Phillips and Clifford W. Jones and Proposed Lead Plaintiff Activist Investmentgesellschaft mbH*

_____
Joseph A. Rosenthal (I.D. No. 234)
Jeffrey S. Goddess (I.D. No. 630)
ROSENTHAL, MONHAIT, GROSS & GODDESS
Mellon Bank Center, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070

*Attorneys for Plaintiffs James M. Baker, Leonard Bronstein, Robert Wilkins, Greg Penn, Michael D. Blum, Scott Kimball and Virginia McMath*

SO ORDERED, this ____ day of October, 2005

_____
United States District Judge

3

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on this 12th day of October, 2005, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| **Counsel for Plaintiffs** | **Counsel for Defendants** |
|---|---|
| Joseph A. Rosenthal<br>Jeffrey S. Goddess<br>ROSENTHAL, MONHAIT, GROSS &<br>GODDESS, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801<br>Tel.: (302) 656-4433<br>Email: jgoddess@rmgglaw.com<br>        jrosenthal@rmgglaw.com | Richard H. Morse<br>YOUNG CONAWAY STARGATT<br>& TAYLOR LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Tel.: (302) 571-6651<br>E-mail: rmorse@ycst.com |

In addition, I also caused the following document to be served by regular U.S. Mail to all parties listed on the attached service list.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

# MBNA CORP.

### Service List

*Counsel for Plaintiffs:*

Alfred G. Yates, Jr.
Gerald L. Rutledge
**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel.: (412) 391-5164
Fax: (412) 471-1033

William S. Lerach
Darren J. Robbins
Mary K. Blasy
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Karen H. Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
Fax: (612) 339-0981

Joshua M. Lifshitz
**BULL & LIFSHITZ, LLP**
18 East 41st Street
New York, NY 10017
Tel.: (212) 213-6222
Fax: (212) 213-9405

Frank J. Johnson
**JOHNSON LAW FIRM, A P.C.**
402 West Broadway, 27th Floor
San Diego, CA 92101
Tel.: (619) 230-0063
Fax: (619) 230-1839

Deborah R. Gross
Robert P. Frutkin
**LAW OFFICES OF BERNARD M. GROSS, P.C.**
Wannamaker Building, Suite 450
Juniper and Market Street
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

David R. Scott
Arthur L. Shingler, III
**SCOTT + SCOTT LLC**
Wells Fargo Building
401 B Street, Suite 307
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

James M. Orman
**JAMES M. ORMAN, ATTORNEY AT LAW**
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
Tel.: (215) 523-7800
Fax: (215) 523-9290

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Lester L. Levy
Michael A. Schwartz
Caroline S. Curtis
**WOLF POPPER, LLP**
845 Third Avenue
New York, NY 10017
Tel.: (212) 759-4600
Fax: (212) 486-2093