IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| JAMES M. BAKER, On behalf of himself and all others similarly situated, | Case No. 1:05-cv-00272-GMS |
| Plaintiff, | CLASS ACTION |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | |
| Defendants. | |

---

| | |
|---|---|
| ROCHELLE PHILLIPS, On behalf of herself and all others similarly situated, | Case No. 1:05-cv-00277-GMS |
| Plaintiff, | CLASS ACTION |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, and KENNETH . VECCHIONE, | |
| Defendants. | |

---

**(Additional Captions Set Forth Below)**

|  |  |
|---|---|
| ROBERT WILKINS, Individually and on behalf of all others similarly situated, | : <br> : Case No. 1:05-cv-00287-GMS |
| Plaintiff, | : CLASS ACTION |
| vs. | : |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | : |
| Defendants. | : |
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated, | : Case No. 1:05-cv-00289-GMS |
| Plaintiff, | : CLASS ACTION |
| vs. | : |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | : |
| Defendants. | : |

```
―――――――――――――――――――――――x
                                        :
GREG PENN, On behalf of himself and all others    :
similarly situated,                     :    Case No. 1:05-cv-00293-GMS
                                        :
              Plaintiff,                :    CLASS ACTION
                                        :
    vs.                                 :
                                        :
MBNA CORP., BRUCE L. HAMMONDS,          :
KENNETH A. VECCHIONE, RICHARD K.        :
STRUTHERS, and LANCE L. WEAVER,         :
                                        :
              Defendants.               :
                                        :
―――――――――――――――――――――――x
                                        :
CLIFFORD W. JONES, On behalf of himself and  :
all others similarly situated,          :    Case No. 1:05-cv-00316-GMS
                                        :
              Plaintiff,                :    CLASS ACTION
                                        :
    vs.                                 :
                                        :
MBNA CORP., BRUCE L. HAMMONDS, and      :
KENNETH A. VECCHIONE,                   :
                                        :
              Defendants.               :
                                        :
―――――――――――――――――――――――x
                                        :
MICHAEL D. BLUM, On behalf of himself and  :
all others similarly situated,          :    Case No. 1:05-cv-00372-GMS
                                        :
              Plaintiff,                :    CLASS ACTION
                                        :
    vs.                                 :
                                        :
MBNA CORP., BRUCE L. HAMMONDS,          :
KENNETH A. VECCHIONE, JOHN R.           :
COCRAN, III, RICHARD K. STRUTHERS, and  :
LANCE L. WEAVER                         :
                                        :
              Defendants.               :
                                        :
―――――――――――――――――――――――x
```

```
―――――――――――――――――――――――x
                                           :
SCOTT KIMBALL, On behalf of himself and all :
others similarly situated,                 :   Case No. 1:05-cv-00643-GMS
                                           :
             Plaintiff,                    :   CLASS ACTION
                                           :
    vs.                                    :
                                           :
MBNA CORP., BRUCE L. HAMMONDS,             :
KENNETH A. VECCHIONE, RICHARD K.           :
STRUTHERS, CHARLES C. KRULAK, JOHN         :
R. COCRAN, III, MICHAEL G. RHODES,         :
LANCE L. WEAVER and JOHN W. SCHEFLEN,      :
                                           :
             Defendants.                   :
                                           :
―――――――――――――――――――――――x
                                           :
VIRGINIA MCMATH, On behalf of herself and  :
all others similarly situated,             :   Case No. 1:05-cv-00644-GMS
                                           :
             Plaintiff,                    :   CLASS ACTION
                                           :
    vs.                                    :
                                           :
MBNA CORP., BRUCE L. HAMMONDS,             :
KENNETH A. VECCHIONE, RICHARD K.           :
STRUTHERS, CHARLES C. KRULAK, JOHN         :
R. COCRAN, III, MICHAEL G. RHODES,         :
LANCE L. WEAVER and JOHN W. SCHEFLEN,      :
                                           :
             Defendants.                   :
                                           :
―――――――――――――――――――――――x
```

## ORDER CONSOLIDATING ACTIONS AND
## APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Having considered the motion of Activest Investmentgesellschaft mbH for account of the PT-Master fund, ("Activest") and good cause appearing therefore, the Court orders as follows:

    1.    The Motion is GRANTED;

    2.    The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a);

    3.    Activest is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii).

    4.    Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

DATED: Oct 13, 2005

[signature]
United States District Court Judge

FILED
OCT 1 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE