UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES M. BAKER, On behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 05-272 (GMS) |
| v. | ) ) | **CLASS ACTION** |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| ROCHELLE PHILLIPS, On behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-277 (GMS) |
| v. | ) ) | **CLASS ACTION** |
| MBNA CORP, BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE, | ) ) ) | |
| Defendants. | ) ) | |
| ROBERT WILKINS, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-287 (GMS) |
| v. | ) ) | **CLASS ACTION** |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN,<br><br>　　　　　Defendants. | C.A. No. 05-289 (GMS)<br><br><u>CLASS ACTION</u> |
| GREG PENN, On behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, and LANCE L. WEAVER,<br><br>　　　　　Defendants. | C.A. No. 05-293 (GMS)<br><br><u>CLASS ACTION</u> |
| CLIFFORD W. JONES, On behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE,<br><br>　　　　　Defendants. | C.A. No. 05-316 (GMS)<br><br><u>CLASS ACTION</u> |

| | |
|---|---|
| MICHAEL D. BLUM, On behalf of himself and all others similarly situated,  )<br>  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, JOHN R. COCHRAN, III,)<br>and, LANCE L. WEAVER,  )<br>  )<br>Defendants.  )<br>_____) | C.A. No. 05-372 (GMS)<br><br>CLASS ACTION |
| SCOTT KIMBALL, On behalf of himself and all others similarly situated,  )<br>  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C. KRULAK, )<br>JOHN R. COCHRAN, III, MICHAEL G.  )<br>RHODES, LANCE L. WEAVER, and  )<br>JOHN W. SCHEFLEN,  )<br>  )<br>Defendants.  )<br>_____) | C.A. No. 05-643 (GMS)<br><br>CLASS ACTION |
| VIRGINIA MCMATH, On behalf of herself and all others similarly situated,  )<br>  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>MBNA CORP., BRUCE L. HAMMONDS, )<br>KENNETH A. VECCHIONE, RICHARD )<br>K. STRUTHERS, CHARLES C. KRULAK, )<br>JOHN R. COCHRAN, III, MICHAEL G.  )<br>RHODES, LANCE L. WEAVER, and  )<br>JOHN W. SCHEFLEN,  )<br>  )<br>Defendants.  )<br>_____) | C.A. No. 05-644 (GMS)<br><br>CLASS ACTION |

**ORDER**

WHEREAS, the above-captioned actions were filed with the court and consolidated on October 13, 2005 (D.I. 33)[1];

WHEREAS, the court's Order also appointed Activest Investmentgesellschaft mbH ("Activest") lead plaintiff in the consolidated cases;

WHEREAS, on September 29, 2005, the court issued an Order (D.I. 28) setting a scheduling conference for October 27, 2005;

WHEREAS, on October 11, 2005, counsel for Activest filed a letter (D.I. 30) with the court requesting an adjournment of the October 27, 2005 scheduling conference;

WHEREAS, the letter asserts that the defendants agree with the request; and

WHEREAS, after having considered the request, the court concludes that it is in the interest of justice to postpone the scheduling conference until after it has issued its rulings on any motions to dismiss filed by the defendants;

IT IS HEREBY ORDERED that:

1. Activest's letter request (D.I. 30) for an adjournment of the October 27, 2005 scheduling conference is GRANTED.

2. The scheduling conference shall be postponed until after the court issues its rulings on any motions to dismiss filed by the defendants.

Dated: October 14, 2005

FILED
OCT 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE

---

[1] For the court's and the parties' convenience, the court will cite to docket items from the 05-272 action.