# EXHIBIT A



**Credit Card Annual Percentage Rate (APR) v. Home Equity Loans (At Prime)**

| | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MBNA | 18.0 | 18.0 | 18.0 | 18.0 | 18.0 | 18.0 | 18.0 | 18.0 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 18.0 | 18.0 | 18.0 | 18.0 | 18.0 | 20.7 | 20.7 | 20.7 | 21.2 | 21.2 | 21.5 | 21.7 | 21.7 | 21.7 |
| Amex/Citi/Chase | 13.7 | 13.7 | 13.7 | 13.7 | 13.7 | 13.7 | 13.6 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.5 | 13.6 | 13.6 | 13.9 | 14.0 | 14.3 | 14.5 | 14.7 | 14.8 | 14.9 | 15.2 | 15.5 | 15.6 |
| Interest Spread | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.60 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.25 | 9.35 | 9.25 | 9.25 | 9.35 | 9.40 | 9.45 | 9.55 | 9.40 | 9.75 | 9.60 | 9.60 |
| Home Equity | 4.25 | 4.25 | 4.25 | 4.25 | 4.25 | 4.25 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.25 | 4.25 | 4.50 | 4.75 | 4.75 | 5.00 | 5.25 | 5.25 | 5.50 | 5.75 | 5.75 | 6.00 |

2003    2004    2005

Sources: Federal Reserve Board and Amex, Chase, Citibank and MBNA monthly statements

# EXHIBIT B



# EXHIBIT C



MBNA Corp
Summary of Insider B. Hammonds
Monthly Shares Sold January 1, 2003 - April 20, 2005

Summary of Insider Selling
Pre Class Shares Sold:  785,279
Proceeds from Sales: $18,503,710

Class Period Shares Sold:  351,409
Proceeds from Sales: $9,315,853
% of holdings sold:  6.64%

6/4/03
Hammonds
sells 226,167
Shares for
Proceeds of
$4,645,470.

9/17/03
Hammonds sells
206,437 Shares for
Proceeds of
$5,006,097.

6/17/04
Hammonds sells
352,675 Shares for
Proceeds of
$8,852,143.

1/27/05
Hammonds sells
351,409 Shares for
Proceeds of
$9,315,853.

Class Period
1/20/05 - 4/20/05



MBNA Corp
Summary of Insider K. Vecchione
Monthly Shares Sold January 1, 2003 - April 20, 2005

Summary of Insider Selling
Pre Class Shares Sold: 0
Proceeds from Sales: $0

Class Period Shares Sold: 100,462
Proceeds from Sales: $2,684,399
% of holdings sold: 8.8%

1/25/05
Vecchione sells
100,462 Shares
for Proceeds of
$2,684,399.

Class Period
1/20/05 - 4/20/05



MBNA Corp
Summary of Insider J. Cochran
Monthly Shares Sold January 1, 2003 - April 20, 2005

5/27/03
Cochran sells
427,317 Shares
for Proceeds of
$8,443,784.

8/26/03
Cochran sells
444,312 Shares
for Proceeds of
$9,952,589.

6/17/04
Cochran sells
355,835 Shares for
Proceeds of
$8,931,459

1/27/05
Cochran sells
531,159 Shares
for Proceeds of
$14,086,345.

Class Period
1/20/05 - 4/20/05

**Summary of Insider Selling**
Pre Class Shares Sold: 1,227,464
Proceeds from Sales: $27,327,832

Class Period Shares Sold: 531,159
Proceeds from Sales: $14,086,345
% of holdings sold: 8.96%



MBNA Corp
Summary of Insider C. Krulak
Monthly Shares Sold January 1, 2003 - April 20, 2005

1/25/05 - 2/1/05
Krulak sells
497,454 Shares
for Proceeds of
$13,278,128

Class Period
1/20/05 - 4/20/05

9/16/04
Krulak sells 51,400
Shares for Proceeds
of $1,255,188

Summary of Insider Selling
Pre Class Shares Sold: 51,400
Proceeds from Sales: $1,255,188

Class Period Shares Sold: 497,454
Proceeds from Sales: $13,278,128
% of holdings sold: 64.02%



MBNA Corp
Summary of Insider R. Struthers
Monthly Shares Sold January 1, 2003 - April 20, 2005