**MILBERG WEISS**

Seth D. Rigrodsky
Direct Dial: DE: 302-984-3201
              NY: 212-631-8679
srigrodsky@milbergweiss.com

December 14, 2005

**Via Electronic Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 N. King Street
Lock Box 19
Wilmington, DE 19801

    Re:  *In re MBNA Corp. Securities Litigation*,
          D. Del., Cons. C.A. No. 1:05-CV-00272-GMS

Dear Judge Sleet:

    I write on behalf of plaintiffs in the above captioned matter to provide a revised supplemental page 11 to the Consolidated Amended Class Action Complaint filed December 12, 2005. Paragraph 34 should now correctly read, "In contrast, credit card outstandings increased from $19.79 billion (or $1,979 million) in September 2004 to $20.69 billion (or $2,069 million) in December 2004, representing a 4.54% increase in outstandings."

    As always, should Your Honor have any questions, I am available at the Court's convenience.

Respectfully submitted,

*/s/ Seth D. Rigrodsky*

Seth D. Rigrodsky
(DSBA No. 3147)

SDR:srs

cc: Richard H. Morse, Esq.

**Milberg Weiss Bershad & Schulman** LLP
919 North Market Street, Suite 980 · Wilmington, DE 19801 ·(302) 984-0597 ·Fax: (302) 984-0870 · www.milbergweiss.com
NEW YORK· BOCA RATON  WILMINGTON  WASHINGTON, D.C.  LOS ANGELES