> Recent declines in 5 and 10 year rates caused a bounce in refi applications in August and September [2004]. Given the typical refinance cycle, we would expect funding of these loans to occur over the next 2 months. This will weaken the seasonal surge in credit card loan growth as payment rates remain high.

This above situation became particularly acute to MBNA in October 2004 when it raised its credit card rates, causing, according to analysts at Sanford C. Bernstein & Co., Inc., a spike in prepayment rates in November 2004 and thereafter:



34.     The aforementioned situation continued to be apparent at MBNA in December 2004 as home equity loan outstandings were increasing at a much faster rate than credit card outstandings. As reported by the FDIC, home equity outstandings at MBNA increased from $100.3 million in September 2004 to $255.3 million in December 2004, representing a 154.53% increase in outstandings. In contrast, credit card outstandings increased from $19.79 billion (or $1,979 million) in September 2004 to $20.69 billion (or $2,069 million) in December 2004, representing a 4.54% increase in outstandings. Thus, as MBNA offered