

**MILBERG WEISS**

Seth D. Rigrodsky
Direct Dial: DE: 302-984-3201
            NY: 212-631-8679
srigrodsky@milbergweiss.com

January 31, 2006

**Via Electronic Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 N. King Street
Lock Box 19
Wilmington, DE 19801

      Re:   *In re MBNA Corp. Securities Litigation,*
                **D. Del., Cons. C.A. No. 1:05-CV-00272-GMS**

Dear Judge Sleet:

      I write on behalf of plaintiffs in the above captioned matter to provide revised supplemental pages 4 and 37 through 39 to the Consolidated Amended Class Action Complaint ("Amended Complaint") filed December 12, 2005. *See* attached Exhibit 1. The insider sales figures set forth in Exhibit C of the Amended Complaint are accurate. Due to a clerical error, however, these accurate figures were improperly transposed into the text of the Amended Complaint. The supplemental pages attached hereto correct this error as they now reflect the figures in Exhibit C. For the Court's convenience, attached hereto as Exhibit 2 are blacklines of the corrections made in the revised supplemental pages.

      I apologize for any inconvenience this may have caused the Court. As always, should Your Honor have any questions, I am available at the Court's convenience.

                                        Respectfully submitted,

                                        Seth D. Rigrodsky
                                        (DSBA No. 3147)

SDR:gpm

cc: Richard H. Morse, Esq.

**Milberg Weiss Bershad & Schulman LLP**
919 N. Market Square · Suite 980 · Wilmington, DE 19801 · 302-984-0597 · Fax 302-984-0870 · www.milbergweiss.com

NEW YORK  ·  BOCA RATON  ·  WILMINGTON  ·  WASHINGTON, D.C.  ·  LOS ANGELES

