IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORPORATION<br>SECURITIES LITIGATION | Case No. 05-cv-00272-GMS<br>CONSOLIDATED |

**DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED<br>AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, defendants hereby move to dismiss the Consolidated Amended Class Action Complaint for Volation of the Federal Securities Laws. The bases for this motion are set forth in the accompanying Opening Brief and supported by the Affidavit of Richard C. Pepperman, II and the exhibits thereto, as well as the Appendix to the Brief.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Richard H. Morse
_____
Richard H. Morse (No. 531)
rmorse@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendants*

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman, II
Ryan C. Williams
Christopher F. Nelson
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

February 10, 2006

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on February 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>Mellon Bank Center
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, DE 19899

>Ralph Nicholas Sianni, Esquire
>Seth D. Rigrodsky, Esquire
>Milberg Weiss Bershad & Schulman LLP
>919 North Market Street, Suite 411
>Wilmington, DE 19801

I further certify that on February 10, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel of record

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Richard H. Morse*
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com
>
>Attorneys for Defendants

DB01:1815217.1                              064261.1001