IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br>SECURITIES LITIGATION | Case No. 05-00272-GMS<br>CONSOLIDATED |

**APPENDIX TO DEFENDANTS' OPENING BRIEF IN SUPPORT**

**OF THEIR MOTION TO DISMISS**

                          Richard H. Morse (No. 531)
                          rmorse@ycst.com
                          YOUNG CONAWAY STARGATT &
                          TAYLOR, LLP
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          (302) 571-6600

                          *Attorneys for Defendants*

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman, II
Ryan C. Williams
Christopher F. Nelson
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

February 10, 2006

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on February 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>Mellon Bank Center
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, DE 19899
>
>Ralph Nicholas Sianni, Esquire
>Seth D. Rigrodsky, Esquire
>Milberg Weiss Bershad & Schulman LLP
>919 North Market Street, Suite 411
>Wilmington, DE 19801

I further certify that on February 10, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel of record

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ Richard H. Morse_
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com
>
>Attorneys for Defendants