# BRUCE L. HAMMONDS

## Bruce L. Hammonds

| Date | Shares Acquired or Disposed | Total and Net Reported Acquisitions and Disposals (Yearly) | Shares Beneficially Owned** |
|---|---|---|---|
| January 1, 2001 | 150,000 | | |
| January 12, 2001 | 184,500 | | |
| January 12, 2001 | 13,630 | | |
| January 12, 2001 | 1 | | |
| January 12, 2001 | (125,845) | | |
| January 12, 2001 | (58,655)* | | |
| May 23, 2001 | (130,092) | | |
| May 23, 2001 | (8,000) | | |
| August 2, 2001 | 150,000 | | |
| August 2, 2001 | (102,415) | | |
| August 2, 2001 | (47,585)* | | |
| | Total (acquired, disposed) | 498,131 -- (472,592) | |
| As of December 31, 2001 | Net | 25,539 | 1,031,130 |
| | | | |
| January 1, 2002 | 200,000 | | |
| January 14, 2002 | 200,000 | | |
| January 14, 2002 | 12,271 | | |
| January 14, 2002 | (138,555) | | |
| January 14, 2002 | (61,445)* | | |
| June 6, 2002 | 133,700 | | |
| June 6, 2002 | 124,500 | | |
| June 6, 2002 | (178,975) | | |
| June 6, 2002 | (79,225)* | | |
| | Total (acquired, disposed) | 670,471 -- (458,200) | |
| As of December 31, 2002 | Net | 212,271 | 1,865,101 |
| | | | |
| January 27, 2003 | (39,266)* | | |
| June 4, 2003 | 315,184 | | |
| June 4, 2003 | (226,167) | | |
| June 4, 2003 | (89,017)* | | |
| June 4, 2003 | (50,000) | | |
| September 17, 2003 | 282,000 | | |
| September 17, 2003 | (206,437) | | |
| September 17, 2003 | (75,563)* | | |
| December 1, 2003 | (11,791)* | | |
| | Total (acquired, disposed) | 597,184 -- (698,241) | |
| As of December 31, 2003 | Net | (101,057) | 2,085,521 |
| | | | |
| January 22, 2004 | 59,611 | | |
| March 25, 2004 | 165,531 | | |
| June 17, 2004 | 267,085 | | |
| June 17, 2004 | 214,343 | | |
| June 17, 2004 | (352,675) | | |
| June 17, 2004 | (128,753)* | | |
| December 1, 2004 | (67,457)* | | |
| | Total (acquired, disposed) | 706,570 -- (548,885) | |
| As of December 31, 2004 | Net | 157,685 | 2,243,206 |

| Date | Shares Acquired or Disposed | Total and Net Reported Acquisitions and Disposals (Yearly) | Shares Beneficially Owned |
|------|------|------|------|
| January 27, 2005 | 273,500 | | |
| January 27, 2005 | 23,520 | | |
| January 27, 2005 | (351,409) | | |
| January 27, 2005 | (78,620)* | | |
| January 28, 2005 | 40,898 | | |
| March 1, 2005 | (8,355)* | | |
| March 1, 2005 | 156,646 | | |
| | Total (acquired, disposed) | 494,564 -- (438,384) | |
| Through end of Class Period | Net | 56,180 | 2,299,386 |

* Stock transactions marked with an asterisk are identified as "Code F" on the associated Form 4s, which in most cases indicates that the shares were disposed of to offset a tax liability incurred as a result of an open market sale. This notation is used throughout Appendix A.

** Pursuant to Rule 13d-3 of the Exchange Act, shares are "beneficially owned" if a person has the right to acquire a security within sixty days by exercising a stock option. This means that as options vest shares are "acquired" for purposes of calculating total beneficial ownership, even if the options are not exercised. Those "vested" acquisitions are not reported on SEC Form 4s, which explains the discrepancy between the "shares beneficially owned" and the yearly "net reported acquisitions and dispositions" categories in the charts created for this Appendix. The former includes "vested" acquisitions, but the latter does not.

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

(Print or Type Responses)

RECEIVED
FEB 09 2001
4556

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden hours per response . . . . . 0.5

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940.

1. Name and Address of Reporting Person*

Bruce L. Hammonds

| (Last) | (First) | (Middle) |
|---|---|---|

1100 North King Street
(Street)

Wilmington, DE 19884-0127

| (City) | (State) | (Zip) |
|---|---|---|

2. Issuer Name and Ticker or Trading Symbol

MBNA Corporation (KRB)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

January 2001

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

___ Director    ___ 10% Owner
_X_ Officer (give title below)    ___ Other (specify below)

Sr. Executive Vice President

7. Individual or Joint/Group Filing (Check Applicable Line)
_X_ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

**Table 1 - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/01/01 | A | V | 150,000.000 | A | $0.000000 | | D | |
| Common Stock | 01/12/01 | M | | 184,500.000 | A | $4.839506 | | D | |
| Common Stock | 01/12/01 | M | | 13,630.000 | A | $7.333333 | | D | |
| Common Stock | 01/12/01 | M | | 1.000 | A | $26.688000 | | D | |
| Common Stock | 01/12/01 | S | | 125,845.000 | D | $37.000000 | | D | |
| Common Stock | 01/12/01 | F | | 58,655.000 | D | $37.000000 | 1,169,222.000 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.    *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-97)
(Over)

31324848

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $7.333333 | 01/12/01 | M | | | 13,630.000 | (1) | 11/06/05 | Common Stock | 13,630.000 | | 366,057.000 | D | |
| Employee Stock Option (right to buy) | $26.688000 | 01/12/01 | M | | | 1.000 | (2) | 05/17/09 | Common Stock | 1.000 | | 499,999.000 | D | |
| Employee Stock Option (Right to Buy) | $4.839506 | 01/12/01 | M | | | 184,500.000 | (3) | 08/25/04 | Common Stock | 184,500.000 | | 483,700.000 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

Signature of Reporting Person: _Bon_ (signature)    2/6/01  Date

** Signature of Reporting Person

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
   See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Bruce L. Hammonds
1100 North King Street
Wilmington, DE  19884-0127

MBNA Corporation (KRB)
January 2001

Page 3 of 3 pages

(1)    Exercisable in five equal annual installments beginning December 1, 1996.

(2)    Exercisable in five equal annual installments beginning December 1, 1999.

(3)    25% exercisable when Company achieved $400 MM net income and price per common share reached $6.91 (1/29/97), additional 35% exercisable when Company achieved $500 MM net income and price per common share of $8.89 (1/30/98), balance when Company achieved net income $600 MM and price per common share of $10.86 (1/30/98).

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

(Print or Type Responses)

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response . . . . . . 0.5 | |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*

Bruce L. Hammonds

(Last) (First) (Middle)

1100 North King Street

(Street)

Wilmington, DE 19884-0127

(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol

MBNA Corporation (KRB)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

May 2001

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

|  | Director |  | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) |  | Other (specify below) |

Sr. Executive Vice President

7. Individual or Joint/Group Filing (Check Applicable Line)
X  Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

Table 1 - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/23/01 | S | V | 130,092.00 | D | $37.025300 | | D | |
| Common Stock | 05/23/01 | G | V | 8,000.00 | D | | 1,031,130.00 | D | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

31434513

PROCESSING
RECEIVED
JUN - 8 2001
334
SECTION
EXEMIN

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.  *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (7-97)

(Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned

(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Explanation of Responses:

B.Ja

**Signature of Reporting Person

7/5/02
Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2
SEC 1474 (7-97)

FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:      3235-0287
Expires:  September 30, 1998
Estimated average burden
hours per response . . . . . . 0.5

| 1. Name and Address of Reporting Person* | | | 2. Issuer Name and Ticker or Trading Symbol | | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|---|---|

Bruce L. Hammonds

(Last)    (First)    (Middle)

1100 North King Street

(Street)

Wilmington, DE 19884-0127

(City)    (State)    (Zip)

2. Issuer Name and Ticker or Trading Symbol

**MBNA Corporation (KRB)**

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year
**August 2001**

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| Director | 10% Owner |
| X Officer (give title below) | Other (specify below) |

**Sr. Executive Vice President**

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

31490895

Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/02/01 | M | | 150,000.00 | A | $4.835506 | | D | |
| Common Stock | 08/02/01 | S | | 102,415.00 | D | $36.308300 | | D | |
| Common Stock | 08/02/01 | F | | 47,585.00 | D | $36.308300 | 1,031,130.00 | D | |

RECEIVED
SEP 0 2001
WASH., D.C.
PROCESSED
SEC 12

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.  *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages      SEC 1474 (7-97)

(Over)

FORM 4 (continued)

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $4.839506 | 08/02/01 | M | | | 150,000.00 | (1) | 08/25/04 | Common Stock | 150,000.00 | | 333,700.00 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

_____    $3/05_____
                             **Signature of Reporting Person

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
   *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient,
   *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not
required to respond unless the form displays a currently valid OMB Number.

_____9/7/9__
Date

Page 2 of 3 pages

Page 2
SEC 1474(7-97)

Page 3 of 3 pages

MBNA Corporation (MBC)
August 2001

Bruce L. Hammonds
1100 North King Street
Wilmington, DE 19884-0127

(1)  25% exercisable when Company achieved $400 MM net income and price per common share reached $6.91(1/29/97), additional 35% exercisable when Company achieved $500 MM net income and price per common share of $8.89 (1/30/98), balance when Company achieved net income $600 MM and price per common share of $10.86 (1/30/98).

FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response . . . . . . 0.5

31573845

**1. Name and Address of Reporting Person\***

Hammonds  Bruce  L.
(Last)  (First)  (Middle)

1100 North King Street
(Street)

Wilmington, DE 19884-0127
(City)  (State)  (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
MBNA Corporation (KRB)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**
January 2002

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

_____ Director _____ 10% Owner
X Officer _____ Other
(give title below)  (specify below)

**Sr. Executive Vice President**

**7. Individual or Joint/Group Filing** (Check Applicable Line)
X Form filed by One Reporting Person
_____ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/01/02 | A | V | 200,000.00 | A | $0.000000 | | D | |
| Common Stock | 01/14/02 | M | | 200,000.00 | A | $4.839506 | | D | |
| Common Stock | 01/14/02 | M | | 12,271.00 | A | $8.148148 | | D | |
| Common Stock | 01/14/02 | S | | 138,555.00 | D | $35.001900 | | D | |
| Common Stock | 01/14/02 | F | | 61,445.00 | D | $35.001900 | 1,243,401.00 | D | |

RECEIVED
FEB 1 2002

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages  SEC 1474 (7-

(Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to buy) | $8.148148 | 01/14/02 | M | | | 12,271.00 | (1) | 07/29/06 | Common Stock | 12,271.00 | | 325,229.00 | D | |
| Employee Stock Option (Right to Buy) | $4.839506 | 01/14/02 | M | | | 200,000.00 | (2) | 08/25/04 | Common Stock | 200,000.00 | | 133,700.00 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

*Signature of Reporting Person*    2-5-02
Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2 of 3 pages

Page 2
SEC 1474 (7-97)

MBNA Corporation (KRB)
January 2002

Bruce L. Hammonds
1100 North King Street
Wilmington, DE 19884-0127

(1)  Exercisable in five equal annual installments beginning December 1, 1997.

(2)  25% exercisable when Company achieved $400 MM net income and price per common share reached $6.91(1/29/97), additional 35% exercisable when Company achieved $500 MM net income and price per common share of $8.89 (1/30/98), balance when Company achieved net income $600 MM and price per common share of $10.86 (1/30/98).

| | | OMB APPROVAL |
|---|---|---|
| | OMB Number: | 3235-0287 |
| | Expires: | September 30, 1998 |
| | Estimated average burden | |
| | hours per response......0.5 | |

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP(1)

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

*(stamp)* RECEIVED SEC MAIL JUL 1 0 2002 Washington D.C.

1. Name and Address of Reporting Person*

**Bruce L. Hammonds**

(Last)   (First)   (Middle)

**1100 North King Street**

(Street)

**Wilmington, DE 19884-0127**

(City)   (State)   (Zip)

2. Issuer Name and Ticker or Trading Symbol

**MBNA Corporation (KRB)**

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

**June 2002**

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Sr. Executive Vice President**

7. Individual or Joint/Group Filing (Check Applicable Line)

X — Form filed by One Reporting Person

— Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/06/02 | M | | 133,700.00 | A | $4.839506 | | D | |
| Common Stock | 06/06/02 | M | | 124,500.00 | A | $5.061729 | | D | |
| Common Stock | 06/06/02 | S | | 178,975.00 | D | $35.177500 | | D | |
| Common Stock | 06/06/02 | F | | 79,225.00 | D | $35.177500 | 1,243,401.00 | D | |

31690790

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)

Page 1 of 3 pages   SEC 1474 (7-97)

FORM 4 (continued)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(eg. puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/ Day/ Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/ Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $5.061729 | 06/06/02 | M | | | 124,500.00 | (1) | 11/15/04 | Common Stock | 124,500.00 | | 210,123.00 | D | |
| Employee Stock Option (Right to Buy) | $4.839506 | 06/06/02 | M | | | 133,700.00 | (2) | 08/25/04 | Common Stock | 133,700.00 | | 0.00 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

**Signature of Reporting Person    7/1/02
Date

Page 2 of 3 pages

Page 2
SEC 1474 (7-97)

Bruce L. Hammonds
1600 North King Street
Wilmington, DE 19884-0127

MBNA Corporation (KRB)
June 2002

Page 3 of 3 pages

(1)    Exercisable in five equal annual installments beginning December 1, 1995.

(2)    25% exercisable when Company achieved $400 MM net income and price per common share reached $6.91(1/29/97), additional 35% exercisable when Company
achieved $500 MM net income and price per common share of $8.89 (1/30/98), balance when Company achieved net income $600 MM and price per common share of
$10.86 (1/30/98).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: January 31, 2005 | |
| Estimated average burden hours per response.....0.5 | |

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

31808629

SEC 1474 (9-02) (Over)

**1. Name and Address of Reporting Person***

Bruce L. Hammonds

| (Last) | (First) | (Middle) |
|---|---|---|

1100 North King Street

(Street)

Wilmington, DE 19884-0156

| (City) | (State) | (Zip) |
|---|---|---|

**2. Issuer Name and Ticker or Trading Symbol**

MBNA Corporation (KRB)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Day/Year**

1/27/2003

**5. If Amendment, Date of Original (Month/Day/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Vice Chairman of MBNA Corporation

**7. Individual or Joint/Group Filing** (Check Applicable Line)

X Form filed by One Reporting Person

☐ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/27/03 | | F | | 39,266.00 | D | $16.110000 | 2,147,312.00 | D | |

Received Thomson Corp.

JAN 2 0 2003 WASH. D.C.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

**FORM 4 (continued)**

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**Explanation of Responses:**

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

**Signature of Reporting Person**
By: John W. Schellen
For: Bruce L. Hammonds

Date 1/26/03

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

OMB APPROVAL

| | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: January 31, 2005 | |
| Estimated average burden hours per response . . . . . . 0.5 | |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person\***

Bruce L. Hammonds

(Last)          (First)          (Middle)

1100 North King Street

(Street)

Wilmington, DE  19884-0156

(City)          (State)          (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

MBNA Corporation (KRB)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Day/Year**

6/04/2003

**5. If Amendment, Date of Original (Month/Day/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

|   | Director | 10% Owner |
|---|---|---|
| X | Officer (give title below) | Other (specify below) |

Vice Chairman of MBNA Corporation

**7. Individual or Joint/Group Filing** (Check Applicable Line)

☐ Form filed by One Reporting Person
X Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans-action Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Trans-action Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Owner-ship (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 06/04/03 | | M | | 315,184.00 | A | $3.374486 | | D | |
| Common Stock | 06/04/03 | | S | | 226,167.00 | D | $20.538900 | | D | |
| Common Stock | 06/04/03 | | F | | 89,017.00 | D | $20.538900 | | D | |
| Common Stock | 06/04/03 | | G | V | 50,000.00 | D | $0.000000 | 2,097,312.00 | D | |

31891517

Received
Thomson Corp

PROCESSING
RECEIVED
BY MAIL
JUN 06 2003
WASH., D.C.
188
SECTION

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.  \*If the form is filed by more than one reporting person, *see* Instruction 6(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 Pages

SEC 1474 (9-02)          (Over)

FORM 4 (continued)

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/ Day/ Year) | 3A. Deemed Execution Date, if any (Month/ Day/ Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/ Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $3.374486 | 06/04/03 | | M | | | 315,184.00 | 12/01/95 (1) | 11/15/04 | Common Stock | 315,184.00 | $0.000000 | 0.00 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
_See_ 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, _see_ Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Signature of Reporting Person    6/5/07

Date

By: John W. Scheflen
For: Bruce L. Hammonds

Page 2 of 3 pages

Page:

SEC 1474 (9-02)

Page 3 of 3 pages

MBNA Corporation (KRB)
6/04/2003

Bruce L. Hammonds
1100 North King Street
Wilmington, DE 19884-0156

(1)    Exercisable in five equal annual installments beginning December 1, 1995.

| **FORM 4** | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB Number: | 3235-0287 |
|---|---|
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>HAMMONDS BRUCE L | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle)<br>C/O MBNA CORP, 1100 N KING ST | 3. Date of Earliest Transaction (Month/Day/Year)<br>09/17/2003 | _____ Director          _____ 10% Owner<br>_X_ Officer (give title below)          _____ Other (specify below)<br><br>Vice Chairman |
| (Street)<br><br>WILMINGTON, DE 19884 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/17/2003 | | M | | 282,000 | A | $4.8889 | 2,379,312 | D | |
| Common Stock | 09/17/2003 | | S | | 206,437 | D | $24.2508 | 2,172,875 | D | |
| Common Stock | 09/17/2003 | | F | | 75,563 | D | $24.2508 | 2,097,312 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.*, puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Amount |

Ownership Submission                                                    Page 2 of 2

| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | or Numl of Sh |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (right to buy) | $4.8889 | 09/17/2003 | | M | | | 282,000 | 12/01/1996 (1) | 11/06/2005 | Common Stock | 282, |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAMMONDS BRUCE L C/O MBNA CORP 1100 N KING ST WILMINGTON, DE 19884 | | | Vice Chairman | |

## Signatures

By: John W. Scheflen For: Bruce L. Hammonds          09/17/2003

\*\*Signature of Reporting Person                              Date

## Explanation of Responses:

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)  Exercisable in five equal annual installments beginning December 1, 1996.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

# FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * HAMMONDS BRUCE L | 2. Issuer Name **and** Ticker or Trading Symbol MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle) C/O MBNA CORP, 1100 N KING ST | 3. Date of Earliest Transaction (Month/Day/Year) 12/01/2003 | ___ Director            ___ 10% Owner _X_ Officer (give title below)     ___ Other (specify below) Vice Chairman |
| (Street) WILMINGTON, DE 19884 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | **Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned** | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/01/2003 | | F | | 11,791 | D | $25.02 | 2,085,521 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | | Amount or | |

| | | | | | Code | V | (A) | (D) | Exercisable | Date | | Title | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAMMONDS BRUCE L<br>C/O MBNA CORP<br>1100 N KING ST<br>WILMINGTON, DE 19884 | | | Vice Chairman | |

## Signatures

By: John W. Scheflen For: Bruce L. Hammonds          12/02/2003

\*\*Signature of Reporting Person                              Date

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

## FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>HAMMONDS BRUCE L | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>_X_ Director ____ 10% Owner<br>_X_ Officer (give title below) ____ Other (specify below)<br>President and CEO |
|---|---|---|
| (Last)       (First)       (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>01/22/2004 | |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>____ Form filed by More than One Reporting Person |

| (City)       (State)       (Zip) | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/22/2004 | | A | | 59,611 | A | $ 0 | 2,145,132 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | | Amount or | |

| | | | | Code | V | (A) | (D) | Exercisable | Date | | Title | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAMMONDS BRUCE L<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884-0156 | X | | President and CEO | |

## Signatures

By: John P. Stanton For: Bruce L. Hammonds          01/26/2004

\*\*Signature of Reporting Person                              Date

## Explanation of Responses:

\*      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission                                                                 Page 1 of 2

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public Utility Holding Company Act of 1935 or
Section 30(h) of the Investment Company Act of 1940

| OMB Number: | 3235-0287 |
|---|---|
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>HAMMONDS BRUCE L | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>_X_ Director         ____ 10% Owner<br>_X_ Officer (give title below)     ____ Other (specify below)<br>CEO and President |
|---|---|---|
| (Last)        (First)        (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/25/2004 | |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)     (State)     (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/25/2004 | | A | | 165,531 | A | $ 0 | 2,310,663 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | | Amount or | |

Ownership Submission

| | | | | Code | V | (A) | (D) | Exercisable | Date | | Title | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAMMONDS BRUCE L 1100 NORTH KING STREET WILMINGTON, DE 19884-0156 | X | | CEO and President | |

## Signatures

By: John P. Stanton For: Bruce L. Hammonds          03/29/2004

\*\*Signature of Reporting Person                                    Date

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public Utility Holding Company Act of 1935 or
Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>HAMMONDS BRUCE L | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>_X_ Director _____ 10% Owner<br>_X_ Officer (give title below) _____ Other (specify below)<br>CEO and President |
|---|---|---|
| (Last) (First) (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>06/17/2004 | |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/17/2004 | | M | | 267,085 | A | $4.8889 | 2,577,748 | D | |
| Common Stock | 06/17/2004 | | M | | 214,343 | A | $5.4321 | 2,792,091 | D | |
| Common Stock | 06/17/2004 | | S | | 352,675 | D | $25.0954 | 2,439,416 | D | |
| Common Stock | 06/17/2004 | | F | | 128,753 | D | $25.0954 | 2,310,663 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amou of Underlying Securities (Instr. 3 and 4) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Ownership Submission                                                                      Page 2 of 2

| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amou or Numl of Sh |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (right to buy) | $4.8889 | 06/17/2004 | | M | | | 267,085 | 12/01/1996 (1) | 11/06/2005 | Common Stock | 267,' |
| Employee Stock Option (right to buy) | $5.4321 | 06/17/2004 | | M | | | 214,343 | 12/01/1997 (2) | 07/29/2006 | Common Stock | 214, |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAMMONDS BRUCE L 1100 NORTH KING STREET WILMINGTON, DE 19884-0156 | X | | CEO and President | |

## Signatures

| Bruce L. Hammonds | 06/21/2004 |
|---|---|
| Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)    Exercisable in five equal annual installments beginning December 1, 1996.

(2)    Exercisable in five equal annual installments beginning December 1, 1997.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

## FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public Utility Holding Company Act of 1935 or
Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>HAMMONDS BRUCE L | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)   (First)   (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>12/01/2004 | _X_ Director      ____ 10% Owner<br>_X_ Officer (give title below)   ____ Other (specify below)<br>CEO and President |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/01/2004 | | F | | 67,457 | D | $27.12 | 2,243,206 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | | Amount or | |

| | | | | | Code | V | (A) | (D) | Exercisable | Date | | Title | Number of Shares | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAMMONDS BRUCE L<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884-0156 | X | | CEO and President | |

## Signatures

| Bruce L. Hammonds | 12/03/2004 |
|---|---|
| Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

| **FORM 4** | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB Number: | 3235-0287 |
|---|---|
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public Utility Holding Company Act of 1935 or
Section 30(h) of the Investment Company Act of 1940

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>HAMMONDS BRUCE L | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br>_X_ Director          ____ 10% Owner<br>_X_ Officer (give title below)     ____ Other (specify below)<br>CEO and President |
|---|---|---|
| (Last)     (First)     (Middle)<br>C/O MBNA CORP, 1100 N KING ST | 3. Date of Earliest Transaction (Month/Day/Year)<br>01/27/2005 | |
| (Street)<br>WILMINGTON, DE 19884 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)     (State)     (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/27/2005 | | M | | 273,500 | A | $5.4321 | 2,516,706 | D | |
| Common Stock | 01/27/2005 | | M | | 23,520 | A | $8.7778 | 2,540,226 | D | |
| Common Stock | 01/27/2005 | | S | | 351,409 | D | $26.5077 | 2,188,817 | D | |
| Common Stock | 01/27/2005 | | F | | 78,620 | D | $26.5077 | 2,110,197 | D | |
| Common Stock | 01/28/2005 | | A | | 40,898 | A | $ 0 | 2,151,095 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) |
|---|---|---|---|---|---|---|---|

| | | | | (Instr. 3, 4, and 5) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amo or Numl of Sh |
| Employee Stock Option (Right to Buy) | $8.7778 | 01/27/2005 | | M | | | 23,520 | 01/01/2000 (1) | 04/20/2007 | Common Stock | 23,5 |
| Employee Stock Option (right to buy) | $5.4321 | 01/27/2005 | | M | | | 273,500 | 12/01/1997 (2) | 07/29/2006 | Common Stock | 273, |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAMMONDS BRUCE L C/O MBNA CORP 1100 N KING ST WILMINGTON, DE 19884 | X | | CEO and President | |

## Signatures

| | |
|---|---|
| Bruce L. Hammonds | 01/31/2005 |
| Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1) Exercisable in three equal annual installments beginning January 1, 2000 (the year following the year in which the Company achieved $1 billion in net income).

(2) Exercisable in five equal annual installments beginning December 1, 1997.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>HAMMONDS BRUCE L | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>_X_ Director ____ 10% Owner<br>_X_ Officer (give title below) ____ Other (specify below)<br>CEO and President |
|---|---|---|
| (Last)        (First)        (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/01/2005 | |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/01/2005 | | F | | 8,355 | D | $25.57 | 2,142,740 | D | |
| Common Stock | 03/01/2005 | | A | | 156,646 | A | $ 0 | 2,299,386 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| HAMMONDS BRUCE L 1100 NORTH KING STREET WILMINGTON, DE 19884-0156 | X | | CEO and President | |

## Signatures

| Bruce L. Hammonds | 03/03/2005 |
|---|---|
| **Signature of Reporting Person | Date |

## Explanation of Responses:

   *   If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

  **   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.