# KENNETH A. VECCHIONE

## Kenneth A. Vecchione

| Date | Shares Acquired or Disposed | Total and Net Reported Acquisitions and Disposals (Yearly) | Shares Beneficially Owned |
|------|------|------|------|
| January 12, 2001 | 19,647 | | |
| January 12, 2001 | 10,000 | | |
| January 12, 2001 | (25,195) | | |
| January 12, 2001 | (4,452)* | | |
| January 16, 2001 | 15,000 | | |
| January 16, 2001 | 25,353 | | |
| January 16, 2001 | (34,427) | | |
| January 16, 2001 | (5,926)* | | |
| | Total (acquired, disposed) | 70,000 -- (70,000) | |
| As of December 31, 2001 | Net | - | 51,760 |
| | | | |
| January 1, 2002 | 50,000 | | |
| March 15, 2002 | 35,000 | | |
| March 15, 2002 | 15,000 | | |
| March 15, 2002 | 10,000 | | |
| March 15, 2002 | (60,000) | | |
| | Total (acquired, disposed) | 110,000 -- (60,000) | |
| As of December 31, 2002 | Net | 50,000 | 152,640 |
| | | | |
| January 22, 2004 | 38,151 | | |
| March 25, 2004 | 79,455 | | |
| December 1, 2004 | (10,465)* | | |
| | Total (acquired, disposed) | 117,606 -- (10,465) | |
| As of December 31, 2004 | Net | 107,141 | 387,526 |
| | | | |
| January 25, 2005 | 26,565 | | |
| January 25, 2005 | 22,500 | | |
| January 25, 2005 | 45,000 | | |
| January 25, 2005 | (79,829) | | |
| January 25, 2005 | (14,236)* | | |
| January 25, 2005 | (20,633) | | |
| January 28, 2005 | 23,055 | | |
| March 1, 2005 | (4,011)* | | |
| March 1, 2005 | 64,156 | | |
| | Total (acquired, disposed) | 181,276 -- (118,709) | |
| Through end of Class Period | Net | 62,567 | 450,093 |

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number:     3235-0287
Expires:  September 30, 1998
Estimated average burden
hours per response . . . . . . 0.5

**1. Name and Address of Reporting Person***

Kenneth A. Vecchione

(Last)     (First)     (Middle)

1100 North King Street

(Street)

Wilmington, DE 19884-0127

(City)     (State)     (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

MBNA Corporation (KRB)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

January 2001

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

| Director | | 10% Owner |
| X Officer (give title below) | | Other (specify below) |

Chief Financial Officer
MBNA America Bank, N.A.

**7.** Individual or Joint/Group Filing  (Check Applicable Line)
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/12/01 | M | | 19,647.000 | A | $22.333333 | | D | |
| Common Stock | 01/12/01 | M | | 10,000.000 | A | $20.875000 | | D | |
| Common Stock | 01/12/01 | S | | 25,195.000 | D | $37.000000 | | D | |
| Common Stock | 01/12/01 | F | | 4,452.000 | D | $37.000000 | | D | |
| Common Stock | 01/16/01 | M | | 15,000.000 | A | $22.583333 | | D | |
| Common Stock | 01/16/01 | M | | 25,353.000 | A | $22.333333 | | D | |
| Common Stock | 01/16/01 | S | | 34,427.000 | D | $38.500000 | | D | |
| Common Stock | 01/16/01 | F | | 5,926.000 | D | $38.500000 | 51,760.000 | D | |
| | | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages     SEC 1474 (7-97)

(Over)

31324849

FORM 4 (continued)

Page 2

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $20.875000 | 01/12/01 | M | | | 10,000.000 | (1) | 03/07/10 | Common Stock | 10,000.000 | | 40,000.000 | D | |
| Employee Stock Option (right to buy) | $22.333333 | 01/12/01 | M | | | 19,647.000 | (2) | 06/30/08 | Common Stock | 19,647.000 | | | D | |
| Employee Stock Option (right to buy) | $22.333333 | 01/16/01 | M | | | 25,353.000 | (2) | 06/30/08 | Common Stock | 25,353.000 | | 30,000.000 | D | |
| Employee Stock Option (right to buy) | $22.583333 | 01/16/01 | M | | | 15,000.000 | (2) | 06/07/08 | Common Stock | 15,000.000 | | 22,500.000 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

_____    2/6/01
**Signature of Reporting Person    Date

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2 of 3 pages

Kenneth A. Vecchione
1100 North King Street
Wilmington, DE 19884-0127

MBNA Corporation (KRB)
January 2001

Page 3 of 3 pages

(1)   Exercisable in five equal annual installments beginning December 1, 2000.
(2)   Exercisable in five equal annual installments beginning December 1, 1998.

31573733

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response ..... | 0.5 |

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person***

Kenneth A. Vecchione

| | |
|---|---|
| (Last) | (First) | (Middle) |

1100 North King Street

(Street)

Wilmington, DE  19884-0127

| | |
|---|---|
| (City) | (State) | (Zip) |

**2. Issuer Name and Ticker or Trading Symbol**

MBNA Corporation (KRB)

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**

January 2002

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Financial Officer

MBNA America Bank, N.A.

**7. Individual or Joint/Group Filing (Check Applicable Line)**

X  Form filed by One Reporting Person

___ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/01/02 | A | | 50,000.00 | A | | 101,760.00 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.  *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $35,200.000 | 01/01/02 | A | V | 100,000.00 | | (1) | 12/31/11 | Common Stock | 100,000.00 | | 100,000.00 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

_____
**Signature of Reporting Person

_____
Date　2-6-02

Page 2 of 3 pages

Page 3 of 3 pages

MBNA Corporation (KRB)
January 2002

Kenneth A. Vecchione
1100 North King Street
Wilmington, DE 19884-0127

(1)    Exercisable in five equal annual installments beginning December 1, 2002.

OMB APPROVAL

OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response . . . . . . 0.5

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue.
*See* Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person***

Kenneth A. Vecchione

| (Last) | (First) | (Middle) |
| --- | --- | --- |

1100 North King Street

(Street)

Wilmington, DE 19884-0127

| (City) | (State) | (Zip) |
| --- | --- | --- |

**2. Issuer Name and Ticker or Trading Symbol**

MBNA Corporation (KRB)

**3. I.R.S. Identification Number of Reporting Person, if an entity** (Voluntary)

**4. Statement for Month/Year**

March 2002

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

|  | Director |  | 10% Owner |
| --- | --- | --- | --- |
| X | Officer (give title below) |  | Other (specify below) |

Chief Financial Officer
MBNA America Bank, N.A.

**7. Individual or Joint/Group Filing** (Check Applicable Line)

X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Common Stock | 03/15/02 | M | | 35,000.00 | A | $22.583333 | | D | |
| Common Stock | 03/15/02 | M | | 15,000.00 | A | $22.333333 | | D | |
| Common Stock | 03/15/02 | M | | 10,000.00 | A | $20.875000 | | D | |
| Common Stock | 03/15/02 | S | | 60,000.00 | D | $38.205800 | 101,760.00 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. **If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-

SEC RECEIVED APR 10 2002 PROCESSING WASH. D.C. 704

31637150

FORM 4 (continued)

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
*(e.g. puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $20.875000 | 03/15/02 | M | | | 10,000.00 | (1) | 03/07/10 | Common Stock | 10,000.00 | | 30,000.00 | D | |
| Employee Stock Option (right to buy) | $22.333333 | 03/15/02 | M | | | 15,000.00 | (2) | 06/30/08 | Common Stock | 15,000.00 | | 15,000.00 | D | |
| Employee Stock Option (Right to Buy) | $22.583333 | 03/15/02 | M | | | 35,000.00 | (3) | 06/07/08 | Common Stock | 35,000.00 | | 2,500.00 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

***Signature of Reporting Person

_____ Date

Page 2 of 3 pages

Page 2

SEC 1474 (7-97)

Kenneth A. Vecchione
1100 North King Street
Wilmington, DE 19884-0127

MBNA Corporation (KRB)
March 2002

Page 3 of 3 pages

(1)    Exercisable in five equal annual installments beginning December 1, 2000.

(2)    Exercisable in five equal annual installments beginning December 1, 1998.

(3)    Exercisable in three equal annual installments beginning January 1, 2000 (the year following the year in which the Company achieved $1 billion in net income).

Ownership Submission

Page 1 of 2

## FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>VECCHIONE KENNETH A | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>____ Director ____ 10% Owner<br>__X__ Officer (give title below) ____ Other (specify below)<br>CFO of MBNA America Bank |
|---|---|---|
| (Last)  (First)  (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>01/22/2004 | |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>__X__ Form filed by One Reporting Person<br>____ Form filed by More than One Reporting Person |

(City)  (State)  (Zip)

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/22/2004 | | A | | 38,151 | A | $ 0 | 318,536 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | | Amount or | | |

Ownership Submission

| | | | | Code | V | (A) | (D) | Exercisable | Date | | Title | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
| | Director | 10% Owner | Officer | Other |
|---|---|---|---|---|
| VECCHIONE KENNETH A<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884-0156 | | | CFO of MBNA America Bank | |

## Signatures

| By: John P. Stanton For: Kenneth A. Vecchione | 01/26/2004 |
|---|---|
| ** Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>VECCHIONE KENNETH A | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/25/2004 | ___ Director          ___ 10% Owner<br>_X_ Officer (give title below)     ___ Other (specify below)<br><br>Vice Chairman |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/25/2004 | | A | | 79,455 | A | $ 0 | 397,991 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | | Amount or | |

Ownership Submission                                                                    Page 2 of 2

| | | | | | Code | V | (A) | (D) | Exercisable | Date | | Title | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| VECCHIONE KENNETH A<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884-0156 | | | Vice Chairman | |

## Signatures

| By: John P. Stanton For: Kenneth A. Vecchione | 03/29/2004 |
|---|---|
| **Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>VECCHIONE KENNETH A | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>12/01/2004 | ___ Director      ___ 10% Owner<br>_X_ Officer (give title below)      ___ Other (specify below)<br>Vice Chairman and CFO |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/01/2004 | | F | | 10,465 | D | $27.12 | 387,526 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | | Amount or | |

| | | | | Code | V | (A) | (D) | Exercisable | Date | Title | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| VECCHIONE KENNETH A<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884-0156 | | | Vice Chairman and CFO | |

## Signatures

Kenneth A. Vecchione                 12/03/2004

**Signature of Reporting Person              Date

## Explanation of Responses:

   \*   If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

  \*\*  Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>VECCHIONE KENNETH A | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>01/25/2005 | __ Director         _____ 10% Owner<br>_X__ Officer (give title below)    _____ Other (specify below)<br><br>Vice Chairman and CFO |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

| (City)        (State)        (Zip) | **Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned** |

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/25/2005 | | M | | 26,565 | A | $15.0556 | 414,091 | D | |
| Common Stock | 01/25/2005 | | M | | 22,500 | A | $14.8889 | 436,591 | D | |
| Common Stock | 01/25/2005 | | M | | 45,000 | A | $13.9167 | 481,591 | D | |
| Common Stock | 01/25/2005 | | S | | 79,829 | D | $26.7 | 401,762 | D | |
| Common Stock | 01/25/2005 | | F | | 14,236 | D | $26.7 | 387,526 | D | |
| Common Stock | 01/25/2005 | | S | | 20,633 | D | $26.8 | 366,893 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amoun of Underlying Securities (Instr. 3 and 4) |
|---|---|---|---|---|---|---|---|

Ownership Submission

Page 2 of 3

| | Derivative Security | | | | Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | | | | | | |
| | | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (right to buy) | $13.9167 | 01/25/2005 | | | M | | | 45,000 | 12/01/2000 (1) | 03/07/2010 | Common Stock | 45,00 |
| Employee Stock Option (right to buy) | $14.8889 | 01/25/2005 | | | M | | | 22,500 | 12/01/1998 (2) | 06/30/2008 | Common Stock | 22,50 |
| Employee Stock Option (right to buy) | $15.0556 | 01/25/2005 | | | M | | | 26,565 | 12/01/1998 (2) | 06/07/2008 | Common Stock | 26,56 |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
| | Director | 10% Owner | Officer | Other |
|---|---|---|---|---|
| VECCHIONE KENNETH A 1100 NORTH KING STREET WILMINGTON, DE 19884-0156 | | | Vice Chairman and CFO | |

## Signatures

By: John W. Scheflen For: Kenneth A. Vecchione                    01/27/2005

**Signature of Reporting Person                    Date

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)** Exercisable in five equal annual installments beginning December 1, 2000.

**(2)** Exercisable in five equal annual installments beginning December 1, 1998.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Ownership Submission

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>VECCHIONE KENNETH A | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>___ Director ___ 10% Owner<br>_X_ Officer (give title below) ___ Other (specify below)<br>Vice Chairman and CFO |
|---|---|---|
| (Last)     (First)     (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>01/28/2005 | |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)     (State)     (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/28/2005 | | A | | 23,055 | A | $ 0 | 389,948 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | Amount or | |

| | | | | Code | V | (A) | (D) | Exercisable | Date | Title | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| VECCHIONE KENNETH A<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884-0156 | | | Vice Chairman and CFO | |

## Signatures

Kenneth A. Vecchione                01/31/2005

**Signature of Reporting Person                Date

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Page 1 of 2

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>VECCHIONE KENNETH A | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>___ Director     ___ 10% Owner<br>_X_ Officer (give title below)    ___ Other (specify below)<br>Vice Chairman and CFO |
|---|---|---|
| (Last)    (First)    (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/01/2005 | |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/01/2005 | | F | | 4,011 | D | $25.57 | 385,937 | D | |
| Common Stock | 03/01/2005 | | A | | 64,156 | A | $ 0 | 450,093 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| VECCHIONE KENNETH A 1100 NORTH KING STREET WILMINGTON, DE 19884-0156 | | | Vice Chairman and CFO | |

## Signatures

| By: John P. Stanton For: Kenneth A. Vecchione | 03/03/2005 |
|---|---|
| ˙˙Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.