# RICHARD K. STRUTHERS

## Richard K. Struthers

| Date | Shares Acquired or Disposed | Total and Net Reported Acquisitions and Disposals (Yearly) | Shares Beneficially Owned |
|---|---|---|---|
| January 1, 2001 | 100,000 | | |
| May 1, 2001 | 89,843 | | |
| May 1, 2001 | 126,562 | | |
| May 1, 2001 | (134,198) | | |
| May 1, 2001 | (62,455)* | | |
| May 1, 2001 | (2,800)* | | |
| May 1, 2001 | (4,200) | | |
| May 1, 2001 | (16,452) | | |
| November 28, 2001 | 100,000 | | |
| November 28, 2001 | (71,360) | | |
| November 28, 2001 | (28,640)* | | |
| December 14, 2001 | (30,590) | | |
| | Total (acquired, disposed) | 416,405 -- (350,695) | |
| As of December 31, 2001 | Net | 65,710 | 505,802 |
| January 1, 2002 | 150,000 | | |
| February 25, 2002 | 13,630 | | |
| March 5, 2002 | 406,250 | | |
| March 5, 2002 | (288,580) | | |
| March 5, 2002 | (117,670)* | | |
| | Total (acquired, disposed) | 569,880 -- (406,250) | |
| As of December 31, 2002 | Net | 163,630 | 1,004,148 |
| January 7, 2003 | 247,181 | | |
| April 2, 2003 | 10,125 | | |
| November 7, 2003 | 75,937 | | |
| November 7, 2003 | 124,063 | | |
| November 7, 2003 | (200,000) | | |
| | Total (acquired, disposed) | 457,306 -- (200,000) | |
| As of December 31, 2003 | Net | 257,306 | 1,261,454 |
| January 22, 2004 | 47,688 | | |
| March 25, 2004 | 99,318 | | |
| June 16, 2004 | 83,304 | | |
| June 16, 2004 | 40,500 | | |
| June 16, 2004 | 101,250 | | |
| June 16, 2004 | 9,742 | | |
| June 16, 2004 | 5,620 | | |
| June 16, 2004 | (165,170) | | |
| June 16, 2004 | (59,884)* | | |
| June 16, 2004 | (9,715)* | | |
| June 16, 2004 | (50,483) | | |
| December 1, 2004 | (13,081)* | | |
| | Total (acquired, disposed) | 387,422 -- (298,333) | |
| As of December 31, 2004 | Net | 89,089 | 1,350,543 |

| Date | Shares Acquired or Disposed | Total and Net Reported Acquisitions and Disposals (Yearly) | Shares Beneficially Owned |
|---|---|---|---|
| January 28, 2005 | 28,795 | | |
| February 3, 2005 | 590,625 | | |
| February 3, 2005 | (457,464) | | |
| February 3, 2005 | (133,161)* | | |
| March 1, 2005 | (5,013)* | | |
| March 1, 2005 | 80,176 | | |
| | Total (acquired, disposed) | 699,596 -- (595,638) | |
| Through end of Class Period | Net | 103,958 | 1,454,501 |

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue.
*See* Instruction 1(b).

(Print or Type Responses)

| OMB APPROVAL |
| --- |
| OMB Number:      3235-0287 |
| Expires:  September 30, 1998 |
| Estimated average burden |
| hours per response . . . . . . . 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | | | 2. Issuer Name and Ticker or Trading Symbol | | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
| --- | --- | --- | --- | --- | --- | --- |
| Richard K. Struthers | | | MBNA Corporation (KRB) | | Director | 10% Owner |
| (Last) | (First) | (Middle) | 3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary) | 4. Statement for Month/Year | X Officer (give title below) | Other (specify below) |
| 1100 North King Street | | | | January 2001 | Executive Vice President | |
| (Street) | | | | 5. If Amendment, Date of Original (Month/Year) | 7. Individual or Joint/Group Filing (Check Applicable Line) | |
| Wilmington, DE  19884-0127 | | | | | X Form filed by One Reporting Person | |
| (City) | (State) | (Zip) | | | Form filed by More than One Reporting Person | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/01/01 | A | V | 100,000.000 | A | $0.000000 | 540,092.000 | D | |

31324879

RECEIVED
FEB 09 2001
PROCESSED
MAIL

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.  *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (7-97)                    (Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

_____
**Signature of Reporting Person

2·6·01
Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
   *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2
SEC 1474 (7-97)

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response ...... 0.5

**1. Name and Address of Reporting Person***

Richard K. Struthers
(Last)      (First)      (Middle)

1100 North King Street
(Street)

Wilmington, DE 19884-0127
(City)      (State)      (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

MBNA Corporation (KRB)

**6. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Executive Vice President

**7. Individual or Joint/Group Filing** (Check Applicable Line)
X  Form filed by One Reporting Person
   Form filed by More than One Reporting Person

31434505

Page 1 of 3 pages      SEC 1474 (7-97)

(Over)

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/01/01 | M | | 89,843.00 | A | $4.279835 | | D | |
| Common Stock | 05/01/01 | M | | 126,562.00 | A | $5.061729 | | D | |
| Common Stock | 05/01/01 | S | | 134,198.00 | D | $35.824400 | | D | |
| Common Stock | 05/01/01 | F | | 62,455.00 | D | $35.824400 | | D | |
| Common Stock | 05/01/01 | F | | 2,800.00 | D | $36.300000 | | D | |
| Common Stock | 05/01/01 | G | V | 4,200.00 | D | | | D | |
| Common Stock | 05/01/01 | S | | 16,452.00 | D | $35.824400 | 536,392.00 | D | |

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**
May 2001

**5. If Amendment, Date of Original (Month/Year)**

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v). Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

**FORM 4 (continued)**

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $5.061729 | 05/01/01 | M | | | 126,562.00 | (1) | 11/16/04 | Common Stock | 126,562.00 | | 0.00 | D | |
| Employee Stock Option (Right to Buy) | $4.279835 | 05/01/01 | M | | | 89,843.00 | (2) | 11/16/03 | Common Stock | 89,843.00 | | 0.00 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed.  If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

_____    6/7/01
Signature of Reporting Person     Date

By: John W. Scheflen
For: Richard K. Struthers

Page 3 of 3 pages

MBNA Corporation (KRB)
May 2001

Richard K. Struthers
1100 North King Street
Wilmington, DE  19884-0127

(1)  Exercisable in five equal annual installments beginning December 1, 1995.

(2)  Options 50% exercisable when Company attained $400 MM net earnings (12/31/96), 50% exercisable when Company attained $500 MM net earnings (12/31/97).

**FORM 4**

☐ *Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*
(Print or Type Responses)

OMB APPROVAL

OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response . . . . . . 0.5

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* |
|---|
| **Richard K. Struthers** |
| (Last)   (First)   (Middle) |
| **1100 North King Street** |
| (Street) |
| **Wilmington, DE  19884-0127** |
| (City)   (State)   (Zip) |

2. Issuer Name and Ticker or Trading Symbol

**MBNA Corporation (KRB)**

| 3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary) | 4. Statement for Month/Year  **November 2001** |
|---|---|
| | 5. If Amendment, Date of Original (Month/Year) |

6. Relationship of Reporting Person(s) to Issuer
(Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

**Executive Vice President**

7. Individual or Joint/Group Filing  (Check Applicable Line)
X  Form filed by One Reporting Person
☐  Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | | Price | | | |
| Common Stock | 11/28/01 | M | | 100,000.00 | A | | $6.938271 | $6.938271 | D | |
| Common Stock | 11/28/01 | S | | 71,360.00 | D | | $33.215400 | $33.215400 | D | |
| Common Stock | 11/28/01 | F | | 28,640.00 | D | | $33.215400 | 536,392.00 | D | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

RECEIVED   DEC - 7 2001   BC-3

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.   *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages   SEC 1474 (7-97)

(Over)

31524803

**FORM 4 (continued)**

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $6.938271 | 11/28/01 | M | | | 100,000.00 | (1) | 07/10/05 | Common Stock | 100,000.00 | | 406,250.00 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

**Explanation of Responses:**

**See continuation page(s) for footnotes**

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

_____    12/6/01
**Signature of Reporting Person    Date

**Page 2 of 3 pages**

Page
SEC 1474 (7-9?

J K. Struthers
1100 North King Street
Wilmington, DE 19884-0127

MBNA Corporation (KRB)
November 2001

Page 3 of 3 pages

(1) 25% exercisable when Company achieved $400 MM net income and price per common share reached $6.91 (1/29/97), additional 35% exercisable when Company achieved $500 MM net income and price per common share of $8.89 (1/30/98), balance when Company achieved net income $600 MM and price per common share of $10.86 (1/30/98).

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

OMB APPROVAL

OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response ........ 0.5

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*

**Richard K. Struthers**

(Last)          (First)          (Middle)

**1100 North King Street**

(Street)

**Wilmington, DE  19884-0127**

(City)          (State)          (Zip)

2. Issuer Name and Ticker or Trading Symbol

**MBNA Corporation (KRB)**

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

**December 2001**

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| ___ Director | ___ 10% Owner |
| X Officer (give title below) | ___ Other (specify below) |

**Executive Vice President**

7. Individual or Joint/Group Filing   (Check Applicable Line)
X  Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/ Day/ Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/14/01 | G | V | 30,590.00 | D | | 505,802.00 | D | |

31543828

JAN 0 9 2002

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.  *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (7-97)

(Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

_____  ٮ٨ٮٮ                    _____  1/6/02
                  **Signature of Reporting Person              Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations. See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2
SEC 1474 (7-97)

OMB APPROVAL

OMB Number:      3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response . . . . . . 0.5

31573734

# FORM 4

☐ Check this box if no longer
subject to Section 16. Form 4 or
Form 5 obligations may continue.
*See Instruction 1(b).*

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer |
|---|---|---|

Richard K. Struthers

(Last)    (First)    (Middle)

1100 North King Street

(Street)

Wilmington, DE 19884-0127

(City)    (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

MBNA Corporation (KRB)

**3. I.R.S. Identification Number of Reporting Person, if an entity** (Voluntary)

**4. Statement for Month/Year**

January 2002

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

Director ____    10% Owner ____
X Officer ____    Other ____
(give title below)    (specify below)

Executive Vice President

**7.** Individual or Joint/Group Filing  (Check Applicable Line)
X Form filed by One Reporting Person
____ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/01/02 | A | V | 150,000.00 | A | $0.000000 | 655,802.00 | D | |

Reminder:  Report on a separate line for each class of securities beneficially owned directly or indirectly.  *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (7-

FEB 1 1 2002

FORM 4 (continued)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g. puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

_____      _____      _____
**Signature of Reporting Person      Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Page 2
SEC 1474 (7-97)

## FORM 4

☐ *Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Expires: | September 30, 1998 |
| Estimated average burden hours per response . . . . . . 0.5 |

1. Name and Address of Reporting Person*

Richard K. Struthers

(Last)        (First)        (Middle)

1100 North King Street

(Street)

Wilmington, DE 19884-0127

(City)        (State)        (Zip)

2. Issuer Name and Ticker or Trading Symbol

**MBNA Corporation (KRB)**

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

**February 2002**

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

___ Director        ___ 10% Owner
X Officer (give title below)        ___ Other (specify below)

**Executive Vice President**

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

31612339

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/25/02 | M | | 13,630.00 | A | $7.33333 | 669,432.00 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-97)

(Over)

**FORM 4 (continued)**

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $7.333333 | 02/25/02 | M | | | 13,630.00 | (I) | 11/06/05 | Common Stock | 13,630.00 | | 138,245.00 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

```
                                    ~~~~~~~~~~~~           3-6-02
                                    **Signature of Reporting Person        Date
```

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
  See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient,
  *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not
required to respond unless the form displays a currently valid OMB Number.

Page 2 of 3 pages

Page 3 of 3 pages

MBNA Corporation (KRB)
February 2002

Richard K. Struthers
1100 North King Street
Wilmington, DE 19884-0127

(1)     Exercisable in five equal annual installments beginning December 1, 1996.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:         3235-0287
Expires:   September 30, 1998
Estimated average burden
hours per response . . . . . . 0.5

31637151

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

**Richard K. Struthers**
(Last)       (First)       (Middle)

**1100 North King Street**
(Street)

**Wilmington, DE 19884-0127**
(City)       (State)       (Zip)

**MBNA Corporation (KRB)**

4. Statement for Month/Year
**March 2002**

5. If Amendment, Date of Original (Month/Year)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

Relationship:
- Director ___
- X Officer (give title below) ___
- 10% Owner ___
- Other (specify below) ___

**Executive Vice President**

7. Individual or Joint/Group Filing (Check Applicable Line)
- X Form filed by One Reporting Person
- Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/05/02 | M | | 406,250.00 | A | $6.938271 | | D | |
| Common Stock | 03/05/02 | S | | 288,580.00 | D | $38.047800 | | D | |
| Common Stock | 03/05/02 | F | | 117,670.00 | D | $38.047800 | 669,432.00 | D | |

SEC RECEIVED APR 1 0 2002 PROCESSING SECTION WASH. D.C. 164

Reminder:  Report on a separate line for each class of securities beneficially owned directly or indirectly.  *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (Right to Buy) | $6.9382[1] | 03/05/02 | M | | | 406,250.00 | [1] | 07/10/05 | Common Stock | 406,250.00 | | 0.00 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

See continuation page(s) for footnotes

_____    _____    4-1-02
**Signature of Reporting Person    Date

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient,
see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not
required to respond unless the form displays a currently valid OMB Number.

Page 2
SEC 1474 (7-97)

Richard K. Struthers
1100 North King Street
Wilmington, DE 19884-0127

MBNA Corporation (KRB)
March 2002

Page 3 of 3 pages

(1)   25% exercisable when Company achieved $400 MM net income and price per common share reached $6.91 (1/29/97), additional 35% exercisable when Company achieved $500 MM net income and price per common share of $8.89 (1/30/98), balance when Company achieved net income $600 MM and price per common share of $10.86 (1/30/98).