# CHARLES C. KRULAK

## Charles C. Krulak

| Date | Shares Acquired or Disposed | Total and Net Reported Acquisitions and Disposals (Yearly) | Shares Beneficially Owned |
|---|---|---|---|
| January 18, 2001 | 3,333 | | |
| May 15, 2001 | 40,000 | | |
| May 15, 2001 | (33,994) | | |
| May 15, 2001 | (6,006)* | | |
| | Total (acquired, disposed) | 43,333 -- (40,000) | |
| As of December 31, 2001 | Net | 3,333 | 33,333 |
| | | | |
| January 16, 2002 | 40,000 | | |
| January 16, 2002 | (40,000) | | |
| March 6, 2002 | 95,000 | | |
| March 6, 2002 | (87,785) | | |
| March 6, 2002 | (7,215)* | | |
| | Total (acquired, disposed) | 135,000 -- (135,000) | |
| As of December 31, 2002 | Net | - | 49,999 |
| | | | |
| March 25, 2004 | 69,523 | | |
| September 16, 2004 | 60,000 | | |
| September 16, 2004 | (51,400) | | |
| September 16, 2004 | (8,600)* | | |
| December 1, 2004 | (9,157)* | | |
| | Total (acquired, disposed) | 129,523 -- (69,157) | |
| As of December 31, 2004 | Net | 60,366 | 206,775 |
| | | | |
| January 25, 2005 | 141,860 | | |
| January 25, 2005 | (130,000) | | |
| January 25, 2005 | (11,860)* | | |
| January 28, 2005 | 20,147 | | |
| January 31, 2005 | 100,000 | | |
| January 31, 2005 | (92,483) | | |
| January 31, 2005 | (7,517)* | | |
| February 1, 2005 | 240,000 | | |
| February 1, 2005 | 60,000 | | |
| February 1, 2005 | (224,754) | | |
| February 1, 2005 | (50,217) | | |
| February 1, 2005 | (15,246)* | | |
| February 1, 2005 | (9,783)* | | |
| March 1, 2005 | (3,510)* | | |
| March 1, 2005 | 56,116 | | |
| | Total (acquired, disposed) | 618,123 -- (545,370) | |
| Through end of Class Period | Net | 72,753 | 279,528 |

06-02-01  18:05  From:MBNA International Bank Ltd          01244673008          T-430  P.03/08  Job-450

31324545

FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).
(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

RECEIVED
FEB 09 2001
SEC MAIL DC

OMB APPROVAL
OMB Number:        3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response .......0.5

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol MBNA Corporation (KRB) | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

Charles C. Krulak
(Last)          (First)          (Middle)

1100 North King Street
(Street)

Wilmington, DE 19884-0127
(City)          (State)          (Zip)

| 3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary) | 4. Statement for Month/Year January 2001 |
|---|---|

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

Director ____    10% Owner ____
X Officer (give title below)    Other ____ (specify below)

Executive Vice President

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
  Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/18/01 | M | | 3,333,000 | A | $30,000,000 | 33,333,000 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. "If the form is filed by more than one reporting person, see Instruction 4(b)(v)."
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-97)

(Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $30.000/000 | 01/18/01 | M | | | 3,333.000 | (1) | 08/22/00 | Common Stock | 3,333.000 | | 496,667.000 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed.  If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

_____ 1/16/01
Signature of Reporting Person          Date

Page 2 of 3 pages
Page 2
SEC 1474 (7-97)

06-02-01   18:05   From:MBNA International Bank Ltd                01244673008              T-430  P.05/08  Job-450

Page 3 of 3 pages

MBNA Corporation (KRB)
January 2001

Charles C. Krulak
1100 North King Street
Wilmington, DE 19884-0127

(i)      Exercisable in five equal annual installments beginning December 3, 2000.

P. 08

FAX NO.

FEB-06-01 TUE 10:53 AM

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).
(Print or Type Responses)

OMB APPROVAL

| OMB Number: | 3235-0287 |
|---|---|
| Expires: | September 30, 1998 |
| Estimated average burden hours per response . . . . . 0.5 | |

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person***

Charles C. Krulak

| (Last) | (First) | (Middle) |
|---|---|---|

1100 North King Street
(Street)

Wilmington, DE 19884-0127

| (City) | (State) | (Zip) |
|---|---|---|

**2. Issuer Name and Ticker or Trading Symbol**

MBNA Corporation (KRB)

**3. I.R.S. Identification Number of Reporting Person, if an entity** (Voluntary)

**4. Statement for Month/Year**

May 2001

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

| Director _____ | 10% Owner |
| X Officer (give title below) | Other (specify below) |

Executive Vice President

**7. Individual or Joint/Group Filing** (Check Applicable Line)
X Form filed by One Reporting Person
_____ Form filed by More than One Reporting Person

31433821

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/15/01 | M | | 40,000.00 | A | $20.875000 | | D | |
| Common Stock | 05/15/01 | S | | 33,994.00 | D | $36.506800 | | D | |
| Common Stock | 05/15/01 | F | | 6,006.00 | D | $36.506800 | 33,333.00 | D | |

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-97)
(Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $20.875000 | 05/15/01 | M | | | 40,000.00 | (1) | 03/07/10 | Common Stock | 40,000.00 | | 160,000.00 | D | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

_Ford Signature Attached_
**Signature of Reporting Person          Date

COPY

Page 3 of 3 pages

MBNA Corporation (KKB)
May 2001

Charles C. Krulak
1100 North King Street
Wilmington, DE 19884-0127

(1)    Exercisable in five equal annual installments beginning December 1, 2000.

OMB APPROVAL

OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response . . . . . . 0.5

31572517

# FORM 4

☐ Check this box if no longer subject to Section 16, Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

(Print or Type Responses)

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Charles C. Krulak | MBNA Corporation (KRB) | |

1. Name and Address of Reporting Person*

Charles C. Krulak
(Last)    (First)    (Middle)

1100 North King Street
(Street)

Wilmington, DE 19884-0127
(City)    (State)    (Zip)

2. Issuer Name and Ticker or Trading Symbol

MBNA Corporation (KRB)

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

January 2002

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Executive Vice President

7. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table 1 - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/16/02 | M | | 40,000.00 | A | $20.875000 | | D | |
| Common Stock | 01/16/02 | S | | 40,000.00 | D | $35.360900 | 33,333.00 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.  *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)

FORM 4 (continued)

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $20.875000 | 01/16/02 | M | | | 40,000.00 | (1) | 03/07/10 | Common Stock | 40,000.00 | | 120,000.00 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

See continuation page(s) for footnotes

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

/s/ [signature]                    S Feb 02
**Signature of Reporting Person          Date

Page 2 of 3 pages

Page 2
SEC 1474 (7-97)

Page 3 of 3 pages

MBNA Corporation (KRB)
January 2002

Charles C. Krulak
1100 North King Street
Wilmington, DE 19884-0127

(1)    Exercisable in five equal annual installments beginning December 1, 2000.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

(Print or Type Responses)

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: September 30, 1998
Estimated average burden
hours per response ...... 0.5

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

Charles C. Krulak

| (Last) | (First) | (Middle) |
|---|---|---|

1100 North King Street

(Street)

Wilmington, DE 19884-0137

| (City) | (State) | (Zip) |
|---|---|---|

2. Issuer Name and Ticker or Trading Symbol (GGB)

MBNA Corporation

3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)

4. Statement for Month/Year

March 2002

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| ___ Director | ___ 10% Owner |
| X Officer (give title below) | ___ Other (specify below) |

Executive Vice President

7. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/06/02 | M | | 93,600.00 | A | $30.040000 | | D | |
| Common Stock | 03/06/02 | S | | 87,785.00 | D | $38.650000 | | D | |
| Common Stock | 03/06/02 | F | | 7,215.00 | D | $38.650000 | 33,333.00 | D | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

31637687

SEC PROCESSING
RECEIVED
APR 10 2002
WASH. DC 464

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Page 1 of 3 pages    SEC 1474 (7-97)

(Over)

FORM 4 (continued)

**Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g. puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $30,000.00 | 03/05/02 | M | | | 95,000.00 | (I) | 08/22/09 | Common Stock | 95,000.00 | | 404,667.00 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

See continuation page(s) for footnotes.

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient,
see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not
required to respond unless the form displays a currently valid OMB Number.

_____
Signature of Reporting Person

3 ___ 02
Date

SEC 1474 (7-02)

Page 3 of 3 pages

MBNA Corporation (KRB)
March 2002

Charles C. Krulak
1100 North King Street
Wilmington, DE 19884-0127

(1)    Exercisable in five equal annual installments beginning December 1, 2000.

Ownership Submission

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

| OMB Number: | 3235-0287 |
|---|---|
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>KRULAK CHARLES C | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br><br>(Check all applicable)<br><br>___ Director     ___ 10% Owner<br>_X_ Officer (give title below)    ___ Other (specify below)<br><br>Vice Chairman |
|---|---|---|
| (Last)    (First)    (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/25/2004 | |
| (Street)<br><br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/25/2004 | | A | | 69,523 | A | $ 0 | 215,932 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | Amount or | | |

| | | | | Code | V | (A) | (D) | Exercisable | Date | Title | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| KRULAK CHARLES C<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884-0156 | | | Vice Chairman | |

## Signatures

| | |
|---|---|
| By: John P. Stanton For: Charles C. Krulak | 03/29/2004 |
| *Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>KRULAK CHARLES C | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>___ Director ___ 10% Owner<br>_X_ Officer (give title below) ___ Other (specify below)<br>Vice Chairman |
|---|---|---|
| (Last)    (First)    (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>09/16/2004 | |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/16/2004 | | M | | 60,000 | A | $13.9167 | 275,932 | D | |
| Common Stock | 09/16/2004 | | S | | 51,400 | D | $24.4162 | 224,532 | D | |
| Common Stock | 09/16/2004 | | F | | 8,600 | D | $24.4162 | 215,932 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) |
|---|---|---|---|---|---|---|---|

| | | | | | | (and 5) | | | | Amount or Number of Shares |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | |
| Employee Stock Option (right to buy) | $13.9167 | 09/16/2004 | | M | | | 60,000 | 12/01/2000 (1) | 03/07/2010 | Common Stock | 60,00 |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| KRULAK CHARLES C 1100 NORTH KING STREET WILMINGTON, DE 19884-0156 | | | Vice Chairman | |

## Signatures

Charles C. Krulak                    09/20/2004
_____    _____
**Signature of Reporting Person            Date

## Explanation of Responses:

\*      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)   Exercisable in five equal annual installments beginning December 1, 2000.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

# FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>KRULAK CHARLES C | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>12/01/2004 | ____ Director          ____ 10% Owner<br>_X_ Officer (give title below)     ____ Other (specify below)<br>Vice Chairman |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

(City)    (State)    (Zip)

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/01/2004 | | F | | 9,157 | D | $27.12 | 206,775 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | | Amount or | |

Ownership Submission

| | | | | Code | V | (A) | (D) | Exercisable | Date | | Title | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| , | | | | | | | | | | | | | |
| , | | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| KRULAK CHARLES C<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884-0156 | | | Vice Chairman | |

## Signatures

Charles C. Krulak                    12/03/2004

**Signature of Reporting Person                    Date

## Explanation of Responses:

*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>KRULAK CHARLES C<br><br>(Last)        (First)        (Middle)<br>1100 NORTH KING STREET<br><br>(Street)<br>WILMINGTON, DE 19884-0156<br><br>(City)        (State)        (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB]<br><br>3. Date of Earliest Transaction (Month/Day/Year)<br>01/25/2005<br><br>4. If Amendment, Date Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>___ Director        ___ 10% Owner<br>_X_ Officer (give title below)        ___ Other (specify below)<br>Vice Chairman<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
|---|---|---|

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/25/2005 | | M | | 141,860 | A | $20 | 348,635 | D | |
| Common Stock | 01/25/2005 | | S | | 130,000 | D | $26.6119 | 218,635 | D | |
| Common Stock | 01/25/2005 | | F | | 11,860 | D | $26.6119 | 206,775 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Amou |

Ownership Submission

| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | or Numl of Sh |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (right to buy) | $20 | 01/25/2005 | | M | | | 141,860 | 12/01/2000 (1) | 08/22/2009 | Common Stock | 141, |

## Reporting Owners

| | Relationships | | | |
|---|---|---|---|---|
| Reporting Owner Name / Address | Director | 10% Owner | Officer | Other |
| KRULAK CHARLES C 1100 NORTH KING STREET WILMINGTON, DE 19884-0156 | | | Vice Chairman | |

## Signatures

| | |
|---|---|
| Charles C. Krulak | 01/27/2005 |
| **Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)  Exercisable in five equal annual installments beginning December 1, 2000.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public Utility Holding Company Act of 1935 or
Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>KRULAK CHARLES C | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>01/28/2005 | ____ Director              ____ 10% Owner<br>_X_ Officer (give title below)    ____ Other (specify below)<br>Vice Chairman |
| (Street)<br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/28/2005 | | A | | 20,147 | A | $ 0 | 226,922 | D | |
| Common Stock | 01/31/2005 | | M | | 100,000 | A | $20.58 | 326,922 | D | |
| Common Stock | 01/31/2005 | | S | | 92,483 | D | $26.5 | 234,439 | D | |
| Common Stock | 01/31/2005 | | F | | 7,517 | D | $26.5 | 226,922 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) |
|---|---|---|---|---|---|---|---|

| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amou or Numl of Sh |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (right to buy) | $20.58 | 01/31/2005 | | M | | | 100,000 | 12/01/2003 (1) | 01/06/2013 | Common Stock | 100, |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| KRULAK CHARLES C 1100 NORTH KING STREET WILMINGTON, DE 19884-0156 | | | Vice Chairman | |

## Signatures

| Charles C. Krulak | 02/01/2005 |
|---|---|
| **Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)    Exercisable in five equal annual installments beginning December 1, 2003.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public Utility Holding Company Act of 1935 or
Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>KRULAK CHARLES C | 2. Issuer Name **and** Ticker or Trading Symbol<br>MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)         (First)         (Middle)<br>1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year)<br>02/01/2005 | ____ Director          ____ 10% Owner<br>__X__ Officer (give title below)   ____ Other (specify below)<br>Vice Chairman |
| (Street)<br><br>WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>__X__ Form filed by One Reporting Person<br>____ Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/01/2005 | | M | | 240,000 | A | $21.7 | 466,922 | D | |
| Common Stock | 02/01/2005 | | M | | 60,000 | A | $13.9167 | 526,922 | D | |
| Common Stock | 02/01/2005 | | S | | 224,754 | D | $26.75 | 302,168 | D | |
| Common Stock | 02/01/2005 | | S | | 50,217 | D | $27 | 251,951 | D | |
| Common Stock | 02/01/2005 | | F | | 15,246 | D | $26.75 | 236,705 | D | |
| Common Stock | 02/01/2005 | | F | | 9,783 | D | $27 | 226,922 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amou of Underlying Securities (Instr. 3 and 4) |
|---|---|---|---|---|---|---|---|

| *l* / Derivative Security | | | | or Disposed of (D) (Instr. 3, 4, and 5) | | | | | | | Amoi or Numl of Sh |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | |
| Employee Stock Option (right to buy) | $13.9167 | 02/01/2005 | | M | | | 60,000 | 12/01/2000 (1) | 03/07/2010 | Common Stock | 60,C |
| Employee Stock Option (right to buy) | $21.7 | 02/01/2005 | | M | | | 240,000 | 12/01/2001 (2) | 02/28/2011 | Common Stock | 240, |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| KRULAK CHARLES C 1100 NORTH KING STREET WILMINGTON, DE 19884-0156 | | | Vice Chairman | |

## Signatures

Charles C. Krulak                    02/02/2005

**Signature of Reporting Person                    Date

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)  Exercisable in five equal annual installments beginning December 1, 2000.

(2)  Exercisable in five equal annual installments beginning December 1, 2001.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

Ownership Submission

Page 1 of 2

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * KRULAK CHARLES C | 2. Issuer Name **and** Ticker or Trading Symbol MBNA CORP [KRB] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)     (First)     (Middle) 1100 NORTH KING STREET | 3. Date of Earliest Transaction (Month/Day/Year) 03/01/2005 | ___ Director          ___ 10% Owner   _X_ Officer (give title below)   ___ Other (specify below) Vice Chairman |
| (Street) WILMINGTON, DE 19884-0156 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person  ___ Form filed by More than One Reporting Person |
| (City)     (State)     (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/01/2005 | | F | | 3,510 | D | $25.57 | 223,412 | D | |
| Common Stock | 03/01/2005 | | A | | 56,116 | A | $ 0 | 279,528 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| KRULAK CHARLES C<br>1100 NORTH KING STREET<br>WILMINGTON, DE 19884-0156 | | | Vice Chairman | |

## Signatures

| By: John P. Stanton For: Charles C. Krulak | 03/03/2005 |
|---|---|
| **Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.