## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORPORATION SECURITIES LITIGATION | Case No. 05-cv-00272-GMS CONSOLIDATED |

### AFFIDAVIT OF RICHARD C. PEPPERMAN, II

STATE OF DELAWARE       )
                             : ss.
COUNTY OF NEW CASTLE   )

       RICHARD C. PEPPERMAN, II, being duly sworn, deposes and says:

       1.      I am a member of the Bar of the State of New York and of Sullivan & Cromwell LLP, counsel for the defendants in this action. I submit this affidavit to provide the Court with materials cited in Defendants' Opening Brief in Support of Their Motion to Dismiss.

       2.      Attached hereto as Exhibit A is a true and correct copy of a January 20, 2005 Press Release issued by MBNA Corporation.

       3.      Attached hereto as Exhibit B is a true and correct copy of a report on Form 8-K filed by MBNA Corporation with the Securities and Exchange Commission ("SEC") on January 20, 2005.

       4.      Attached hereto as Exhibit C is a true and correct copy of the transcript of a January 21, 2005 analyst conference call hosted by MBNA Corporation.

       5.      Attached hereto as Exhibit D is a true and correct copy of a report on Form 8-K filed by MBNA Corporation with the SEC on January 21, 2005.

6.     Attached hereto as Exhibit E are true and correct copies of relevant

pages from an annual report on Form 10-K filed by MBNA Corporation with the SEC on

March 15, 2005.

7.     Attached hereto as Exhibit F are true and correct copies of relevant

pages from a report on Form 10-Q filed by MBNA Corporation with the SEC on May 10,

2004.

8.     Attached hereto as Exhibit G are true and correct copies of relevant

pages from a report on Form 10-Q filed by MBNA Corporation with the SEC on August

9, 2004.

9.     Attached hereto as Exhibit H are true and correct copies of relevant

pages from a report on Form 10-Q filed by MBNA Corporation with the SEC on

November 9, 2004.

10.    Attached hereto as Exhibit I is a true and correct copy of an April

21, 2005 Press Release issued by MBNA Corporation.

11.    Attached hereto as Exhibit J is a document setting out the closing

price of MBNA Corporation common stock for each trading day in 2005 and obtained

from Bloomberg.

_____
Richard C. Pepperman, II

Sworn to before me
on this 8 th day of February, 2006

_____
Notary Public

SAMANTHA L. MILLER
NOTARY PUBLIC, State of New York
No. 01MI6071187
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires March 11, 2010

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on February 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Ralph Nicholas Sianni, Esquire
Seth D. Rigrodsky, Esquire
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 411
Wilmington, DE 19801

I further certify that on February 10, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel of record

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_Richard H. Morse_

Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants