# EXHIBIT C

▷ ▷ ▷

# Conference Call Transcript

## KRB - MBNA Analyst Meeting

Event Date/Time: Jan. 21. 2005 / 10:30AM ET
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

KRB - MBNA Analyst Meeting

CORPORATE PARTICIPANTS

**Bruce Hammonds**
*MBNA Corporation - CEO*

**Ken Vecchione**
*MBNA Corporation - CFO*

**John Cochran**
*MBNA Corporation - COO*

**Michelle Shepherd**
*MBNA Corporation - Group Executive*

PRESENTATION

---

**Bruce Hammonds** - *MBNA Corporation - CEO*

I'm Bruce Hammonds, Chief Executive Officer, and I'm going to talk to you today about MBNA's strategy going forward. I want to welcome everybody here in Delaware, and welcome everybody joining us from the webcast.

After I get done, Ken Vecchione, our Chief Financial Officer, will join me, and Ken will go through the fourth quarter numbers as well as 2004, and then we'll come up and take questions. I've got John Cochran, our Chief Operating Officer with us, and in fact, our entire Executive Committee. So we may throw some of the questions out to them to answer.

As you know, for the 22 years, MBNA has been in the business of lending people money. We do it through 5000 organizations — 5000 endorsements from organizations. We market our products through affinity groups. That who we are, that's who we're going to be, that's our core competency, that business is as good today as it ever been, and I will talk to you about that.

Today, we have $148 billion in managed assets. We're a diversified lending company, with assets spread across a variety of products. We have a market cap of about $35 billion, and we operate in five countries.

Just to talk to you and give you the headlines, in the fourth quarter you know we announced yesterday EPS of $0.59 a share, up 9 percent. Our managed loans grew $3.8 billion, 3 percent year over year.

Now, we have been running off our zero rate loans, as most of you know, and we ran off from end of last year to the end of '04, $4 billion in zero rate loans. If you add that back in, our growth rate would have been 5 percent. The last numbers I saw for the industry through November was 2.5 percent, so we grew at about twice the industry, which is what we normally do.

Losses were 4.43 percent for the quarter, down 18 basis points for the third quarter, and down 54 basis points year over year. And delinquency was 413, and our losses continue to come down, at 413, delinquency is a very, very good year end delinquency rates, and as we look out, it would seem to us that delinquency and losses should continue to decrease. Expenses increased only 1.5 percent from last year, and for the full year, we increased EPS 15 percent to $2.05.

Last year was an extremely busy year, and we may several changes that make MBNA a slightly different company. First, in the area of corporate governance, I work with our Chairman, Randy Lerner,


© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**KRB - MBNA Analyst Meeting**

and the entire board to do several things. We added three new terrific independent directors.

We reduced executive compensation, and we enhanced the board's oversight on a variety of the company's activities. We continue to our tight control on expenses, and accelerated it in '04, and we're going to accelerate even further in '05, and I'll talk about that. We diversified our product offerings through several key acquisitions.

We started to become more friendly in the way we priced the product to our customers. We've done that in a couple different ways. The fact that we're running off zero loans means that we don't have to re price as many of our existing customers on the back end, and we're changing some of our fee criteria. For example, we changed the way we charge over limit fees.

We're not charging multiple over limit fees for the same event. That will cost us about $130 million in income, but we think it's the right thing to do. And we announced yesterday the stock buyback program, and I'll talk a little bit about that.

So those are the things that have changed. What has not changed is our core strategy and our core values. Our primary focus is on affinity marketing. That will not change, and that's what I'm going to talk about today.

We won't change how we lend; our judgment lending. We are approaching customers, as we always have, with people making decisions and we will use the same kind of lending criteria that we've always used in the past, and our focus on delivering outstanding customer satisfaction. And as we diversified, we will not stretching to businesses outside of our core competency. We will not make the big mistake.

Another thing that won't change is our focus on producing consistently strong earnings growth. We've delivered consistent profitable growth year in year out since 1982. It's something we will continue to do, but at a slightly slower pace in the past. We grew EPS in the early through late '90s at a 25 percent average, and we've averaged about 20 percent since our IPO in 1991.

However, as our growth rate begins to slow, simply because of the fact that we're the size we are today, and the overall credit card industry growth rate decline, we can't keep it up at that same pace, obviously.

Our primary challenge is slowing growth in our core product. This chart shows you the industry growth. This is the top line growth outstandings. The industry grew 8 percent from 98 through 2001. It's averaged 3 percent growth over the last three years.

And our growth has been impacted as well, especially in our U.S. card business. We're diversifying into other businesses, which helps us offset that slower U.S. card growth, and we're going to

continue to diversify more and become less dependent on the U.S. card business.

We think industry growth will pick up from where it is today. Historically, as interest rates have moved up, credit card borrowing moves up. People rely less on refinancing of mortgages, less on home equity loans and things of that nature, and we believe that the second half of next year, particularly that growth rate, will pick up, but we believe it'll be at a more moderate pace than we've experienced historically.

And with slower growth in U.S. card, we have to look to other things to maintain our strong earnings growth. First, an increase on return on managed assets. You can see from this graph that we do that year in and year out. We do it by carefully managing certain earning drivers, including the net interest margin, credit losses, expenses, and other operating income.

The results? Earnings outpaces loan growth. Over the last five years, the earnings have averaged — the growth in earnings has averaged twice the growth in loans. So during the last five years we've increased earnings rate by 21 percent, while our loan growth has been 11 percent. We have successfully demonstrated that we can grow earnings in high and low assets growth environments by carefully managing the other components of earnings.

Now, this slide shows you our strategic objectives. It's basically the same things we've been trying to do year in, year out; leverage affinity marketing to diversify, grow profitable loans, increase our return on assets. These are the strategies that have made us successful. These are our strategies going forward, and we'll get better at those year in and year out.

Additionally, we announced yesterday that we added capital management to our tool chest. When appropriate, we plan on using capital to buy stock. Now, we've been authorized by our board to buy in up to $2 billion in stock. We'll do that opportunistically. We have a lot of capital today.

We've been building capital very rapidly, and we'll go through that with you. We like having the extra capital. We like the cushion that that gives us, and we're not going to run our capital down to a razor thin edge so that in the event something happens we can't cope with it.

We like having extra capital, we like — there are things that we would like to buy out there, and things that will work with our diversification strategy, things that will work with our affinity groups, and if we can find companies to buy, we'll use our capital for that. No. 1, where obviously — if the core growth in the credit card comes back, we'll use our capital for those kinds of things.

However, in slower growth environments, and we'll go through this, we can use the stock buyback plan to defend the stock price, EPS growth, and so forth.

© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

We expect earnings growth to average about 12 percent over the next several years. There will be years when it's more than 12, and years when it's less than 12. And in fact, in 2005, we expect it to be more like 10 percent. We expect it to the 10 percent this year primarily because we're starting the year off at a relatively low level of average growth. This, again, is a result of slow industry growth and our pullback on zero percent marketing.

As the year progresses, we expect asset growth to pick up. First, the impact of moving away from zero rates. We still have more outstandings to run down there, that's going to continue through the second half, and in the early part of the third quarter. At that point, when you look at us year over year, it will normalize. We also expect the industry growth rate to pick up in the second half of 2005.

All of those forecasts, by the way, are annual growth rate projections. We're focused on annual growth and we're focused on long-term objectives, not necessarily on quarter to quarter rates.

Now, what it is that we do? Affinity marketing; we are the dominant affinity marketer, with 5000 different endorsements. We have 1400 professional organizations that endorse us, and that has produced the fact that three-quarters of all the doctors, two-thirds of all the dentists, two-thirds of all the attorneys, and one-half of all the engineers in United States carry one of our products, primarily the credit card.

We're endorsed by 350 financial institutions, giving us the ability to solicit through 15,000 branches nationwide. We have relationships with nearly 900 colleges and universities, and 600 sports related organizations, including the NBA, the NFL, major league baseball, NASCAR, and on and on. And we have affinity products for virtually anything that anybody is interested in, at any stage in their life.

For example, if you're studying for a career as a dentist, we can give you the American Student Dental Association card. When you become licensed and begin your career, we have products endorsed by nearly all of the state dental associations. The California Dental Association is pictured on this slide. If your interest outside work includes sports, we have cards like the Los Angeles Lakers card, San Diego Chargers, Anaheim Angels, Los Angeles Kings, and Oakland Raiders.

When the time comes to begin thinking about your children's education, we can offer the Fidelity 529 card, and as you approach retirement, and start thinking more about your golf game, we have the PGA Tour and Golf Digest cards. Our focus is getting the right product at the right time. We've been doing this in the past, and we'll get better at it every day. Additionally, we have less competition in the affinity marketing business today than we've experienced for several years.

Last year, we added 282 new programs, and the quality of those endorsements made it one of the best years we've ever had. For example, Merrill Lynch product, Charles Schwab, GMAC, American Cancer Society, MIT, and Lufthansa in the UK.

The GMAC program, for example, has been very successful. It allows customers to accumulate points that pay down the balance on their GMAC mortgage. The response to the program has been very high. We generated $75 million in just six months; $75 million in loans in just six months.

We like affinity marketing for a number of reasons. We get better credit performance from these programs than from non affinity programs, customers use their cards more and carry higher balances, and finally, we find a willingness on the organizations part to endorse additional products, and a willingness on the customers' part in accepting these products.

Let me start with credit experience. As you know, we start with the very good affinity marketing customers. We then use judgmental lending to pick out the best of those. We approve about 40 percent of all the customers that apply.

Now, the line of the top of this graph is the industry average for credit losses. MBNA is at the bottom. If you took this back to 1982, it would look the same. We always have 150 to 200 basis point advantage over the industry. This chart goes through the third quarter, and you can see that spread is as wide as it's ever been. The early results from the fourth quarter that I've seen with our competition, most of our competitors' losses went up in the fourth quarter, where ours continue to go down.

Additionally, the credit quality we're seeing from some of our newer rewards programs is as good as it's ever been, and we think that's part of what is helping our credit loss rates.

Affinity marketing produces larger balances and higher usage. Our average balance per account in the U.S. card portfolio is about $3800. That's 48 percent higher than industry averages. Our customers spend $69 per year; 25 percent higher than the industry. And as we introduce more rewards programs, we expect that spending to increase. Higher spending drives higher interchange and higher cash advance fees, and affinity marketing creates customer loyalty.

An important objective is to get the organization to endorse multiple products, and we are doing more of that over the last 24 months than any time in the past. Today, 68 percent of our partners endorse us for at least three products. We work closely with the organizations and businesses that endorse MBNA.

We've actually reorganized our U.S. marketing area to increase the emphasis on finding product and marketing opportunities for our groups, particularly the large groups, where most of these opportunities exist. It helps us to develop products that can be



© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

KRB - MBNA Analyst Meeting

uniquely offered in a specific market. For example, the NFL Extra Points Rewards Programs; I'll talk about that. And the practice finance business for professional endorsements.

Our college and university business gives us the opportunity to offer targeted products to young adults; credit cards, consumer loans, deposits, and other products. Affinity marketing started out with credit cards, but today, it's much more about. It's about understanding market segments and being able to leverage the affinity groups.

Let me give you an example. The National Education Association, more than a third of the teachers in the U.S. carry an MBNA credit card. They have balances of $2.7 billion. Additionally, NEA members have borrowed $675 million through our gold option and gold reserve unsecured products in the consumer finance business.

So over $3 billion in loans and we've been able to attract over $4 billion in deposits from this group. This is an example of a relationship we work closely with and leveraged to drive growth in a variety of products. Leveraging our dominance in the affinity credit card business into other products will be an important part of our overall success.

We need to stay ahead of the competition in this market, and we continue to come out with the products. WorldPoints was launched in middle of 2002, and it's our principal rewards platform. Customers earn one point for every dollar spent that can be redeemed for travel, merchandise, or cash back.

Loans have doubled in the last 24 months to more than $11 billion. WorldPoints is a product that enhances the affinity programs. It's an additional benefit to the customer, and we designed the program specifically and brand it for the partners. It's a great platform to build customized programs, as we did last year for Merrill Lynch, Charles Schwab, and several others.

And today, as you all know, interchange rates are rising at MasterCard and Visa. We have the new American Express product, and as interchange rates rise, our expenses are flat to even down. These incremental transactions become more profitable for us.

We have actually, in the past, purged these kinds of customers out of our marketing because they weren't borrowers. Today, they are by themselves becoming more profitable, and it gives us the ability to solicit a new group of affinity customers that we have left on the table in the past.

We're creating unique rewards programs for our large affinity partners. Customers are now able to demonstrate the affinity for their organizations, and earn points. The Fidelity 529 College Rewards, save towards your child's college education. Royal Caribbean; vacationers apply at the start of their cruise and earn points towards their next cruise.

GMAC, the popular program that I talked about before, that enables consumers to reduce the term on their mortgage. L.L. Bean provides free shipping. It's generated a fantastic response, and today, we have more than $2 billion in loans with our L.L. Bean program.

And NFL Extra Points; it's one-of-a-kind experiences that we developed with the National Football League this past season. But not only did we develop it with the league, we took it down to individual teams. Let me give you an example. This is the New England Patriots card.

We offer customers the ability to accumulate points for things like Super Bowl tickets, golf outings with former stars, dinners with the coach, tours of the stadium, and on and on. We started this at the start of this past football season, and the performance of these accounts has been extremely good.

Compared to the previous NFL program for example, annual spending per account has doubled, balance per account is up nearly 50 percent, activation has improved by 32 percent, and we're seeing attrition rates at nearly half of those in the previous program. Now, that's a lot of extra profitability coming from this kind of program.

We can give back part of that profitability to the Patriots to help them generate this business, and I've got to tell you, if you come anywhere close to Mr. Craft, you're walking out with the New England Patriots credit card.

I'm serious, I've seen him out at dinners giving everybody applications. He literally is out at businesses in New England selling the NFL, selling the New England Patriots credit card. He's got every supplier with the NFL with the New England Patriots card, and they're running their own TV ads to promote this product.

The American Express product; I know you're all aware we launched this business at the end of October 2004. It gives us the ability to issue affinity marketed American Express products. Customers are now able to get an American Express branded American College of Surgeons card. Nobody else can offer this, and we believe it's going to be very successful.

American Express has been a terrific partner, and obviously it's a new well-recognized brand that we're able to offer. We've marketed this product to our new customers, existing customers, and inactive customers, and we already have hundreds of thousands of customers using their MBNA American Express card. We've seen significantly the over other programs in direct-mail another marketing activities where we've marketed them side-by-side, and we expect to see an increase in total volume.

© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

KRB - MBNA Analyst Meeting

Higher spending on each card. It's very, very early. All we have is December results, but December results would suggest that that, in fact, is going to happen. And again, as I said earlier, because of the higher rate from the merchants that we get with the American Express card, we can market this product at prospects that we did not market to in the past.

As you may have already heard, we're launching a brand campaign to promote our company and promote primarily our leadership in the affinity marketing place. The primary message to consumers is we understand their interests and passions, and we have a product to support these interests and passions.

Our first TV ad will be in the first quarter of Super Bowl 39. We'll follow-up with print TV and radio throughout 2005, and we expect the campaign to support and strengthen our affinity marketing approach.

Our diversification efforts are tied closely to affinity marketing, and to leveraging that franchise. We started obviously with the credit card. We expanded it a few years ago to personal consumer loans and deposits, and today, we have significantly enhanced our product offerings and can now satisfy other financing needs.

For professionals who have their own practice, we now offer business cards, insurance premium financing, small-business lines of credit, and practice financing for larger ticket items. It's a natural fit because of the existing credit card relationships.

Again, three-quarters of the doctors, two-thirds of the dentists, and two-thirds of the attorneys we can sell these programs to. The business card program, consisting of thousands of relationships with small businesses, including many professional practices charged more than $8 billion in 2004.

In 1993 we started diversifying geographically, with our expansion into the UK. We've since expanded into Ireland, Canada, and Spain. We have an office in China today to evaluate the card business in that part of the world.

We have nearly 1600 endorsements in the four countries outside the U.S., including Abbey National, Alliance Investor, Lufthansa, and Manchester United. We have $26 billion with a 13 percent market share in the UK, and a 9 percent market share in Canada, and we opened 2.6 million new accounts last year through these businesses.

Consumer finance lending; we began marketing some unsecured loans, gold option and gold reserve products about ten years ago. Today, these products have $10 billion in loans. Those loans increased at an 8 percent rate during the past year.

They are primarily marketed as a companion account to the credit card or for debt consolidation, home improvements, or large purchases. We market these programs in a very targeted manner.

They're typically cross sold to our customers, existing customers, or sold through the affinity groups.

We started to do some home equity lending a few years ago, and have used this primarily as a risk mitigation tool. Last year, we originated $1.5 billion in mortgage loans. And what we've been doing is looking for customers that are paying their bills on time, but people that we think are getting too high in terms of total credit.

They are somewhat dangerous to us from a terms of bankruptcy, so we package the loans, do a consolidation loan for them, originated the mortgage loan, and sell it off. It's good for us because it removes the riskier loans from our books, and it serves as a great source of fee income. And it's good for the customer because we're able to reduce their interest rates, their payments, and improve their cash flow.

And as I said, we've been selling all of these off. Last year, we started making some home equity loans that we're going to retain ourselves. As you know, it's a large and rapidly expanding marketplace, and we believe with our credit card portfolio, and our affinity relationships, we have a real advantage in originating these loans.

We're cross selling these products in our service centers, so it's a very inexpensive way to get customers. We're just cross selling them as we talk to them, as we analyze their need for credit. We did pay off some of our own card balances, but obviously we think it protects our balances from other home equity lenders, and we find that the customer usually reopens the balance on their card.

We began holding on to some of these loans in the second half of last year, particularly those with better credit quality and people we had a strong relationship with, and we're going to increase that as we move forward. At year-end, we had $216 million of balances through due to the home equity line of credit product.

Our small-business lending; we purchased several businesses during 2004 in this lending segment. These businesses work very well with our affinity marketing approach, especially cross selling these products to credit card customers that are professional. We acquired Sky Financial in 2004.

Sky financial makes professional practice financing available, so doctors and dentists that are setting up new practices, expanding their existing practices, or later in their career, if they want to get cash out of their practice, Sky Financial provides that financing.

We purchased PCL in United Kingdom in January. PCL finances insurance premiums for consumers, but primarily businesses. It's a terrific business, with very low credit losses. In 2004, this business originated $4 billion in loan volume. We're going to continue to look for business acquisitions that we believe are within our core

© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

competency, and where we can leverage the affinity marketing franchise.

We've been marketing business cards to small businesses for a few years. Today, our business card customers charge $8.5 billion a year. These programs generally have higher interchange, lower interest revenue, and lower credit losses than a consumer credit card program. The overall profitability is very good.

Our aircraft lending business is an example of another product that we designed specifically for an affinity group, making small aircraft loans to the Aircraft Owners and Pilots Association.

Today, we have $430 million in small aircraft loans, so we've got that program with AOPA, as well as a very successful credit card program and a very successful deposit program. And we will continue to expand the types of products to continue to attract more of our customers overall lending business.

This diversification is working. The percentage of loans from the U.S. cards is down to 66 percent from 78 percent in just the last 3 1/2 years. This diversification enables us to target faster growing, less mature markets, that work well with our existing lending businesses.

The revenue streams become more diversified and obviously then, we are less influenced by specific credit card events. And we expect this trend to continue. Over the next several years, we expect the U.S. card will decrease to about 50 percent of our business.

Growing profitable loans; let me just discuss with you your zero strategy. It's a place that we are happily diverging from our peers. We obviously were into zero in a big way a few years ago. About 12 to 18 months ago, we saw things happening in this area that we didn't like.

We saw surfing activity increasing, so we saw more and more customers open the account just for zero, and pay it off before the rate changed. The duration on zero moved out. When we started doing zero, we were doing it for a four-month duration. Today, you need to be added 15 months or maybe even life. And we still the marketing disappear.

As I said earlier, zero is bad, I think, for the entire industry, but I know it's bad for MBNA. It forces you to re price many of your other customers to pay for it. That's not the way to run a business, to take your long-term customers and re price those to bring in new customers at zero. And just a personal opinion, I think it can make your marketing and advertising areas very lazy. If you can give things away, you sure don't have to be creative.

So we are moving away from zero and focusing on replacing these programs with rewards programs. It's better long-term profitability, and it's better for the customer. Now, this chart shows you why we

do that. The line of the top is what happens when you put on a zero rate loan.

You can see the balance billed is much faster, early activation and high balance transfers, but over the long-term, full rate loans balances actually exceed zero, just about at the 9-month mark when we get back to re price our zero-rate loan. So, it makes no sense for us to continue to do those zero-rate loans, with very few exceptions. The rewards programs give us opportunity to reinforce the affinity relationship. Zero certainly does not leverage affinity marketing.

Now again, like I said earlier, we decreased $4 billion in zero-rate loans in the U.S. This is what will happen next year. It will continue to come down, as I said earlier, through the second quarter and the early part of the third quarter and then it will normalize. We don't love the impact that that has on our top line, but it is absolutely the right thing to do.

So, that's how we plan on leveraging our affinity marketing to further diversify and grow profitable loans. Next, let me talk to you about how we will continue to improve our return on managed assets. First, the risk adjusted margin. It's our net interest margin minus credit losses. Forever in this business, for more than 30 years, 2 things are happening at different times.

Credit losses are moving up, interest rates are moving down. Or interest rates are moving up and credit losses are moving down as they are now. They work in tandem. And then you've got a third lever here and that is pricing to the customer to be able to make sure that you can have a very, very consistent net interest margin. And I think you can see from our graph that we continue to do that.

Revenue streams have begun to shift more towards fee income, particularly interchange revenues. Because of the success of the rewards programs and our ability to offer these higher interchange products, and particularly American Express, this shift is going to continue accelerate. Interchange today is 9% of our managed revenue, up from 7% just a few years ago. And again, we expect this to accelerate.

These programs also have the advantage of driving down credit losses. They tend not to be people who are as much in debt, much, much lower credit losses. So, they benefit us in 2 ways higher fee income and lower losses. And depending on the level of success of American Express launch, we will continue to grow at similar rates or maybe accelerate this a great deal.

I mentioned earlier that we've been working on our operating efficiency and driving that down year after year, as you can see from this graph. We put in many investments last year that will pay off down the road. SSE, for example, we spent almost $350 million last year putting in our international operating system so that we can operate all of our international office off the same platform. It



© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

drives down the cost of the operation a great deal. It will enable us to get into new countries faster and less expensively.

American Express we had a huge investment last year in hooking up with American Express to make sure that our customers had the ability to be authorized and be treated exactly like proprietary American Express customer would experience when using their card. And of course, those new businesses that I talked about we integrated all of those within our company and within our systems last year.

So, we've demonstrated that we can lever our risk-adjusted margin, our growth in fee income and our expenses to improve our return on managed assets. We've accomplished this consistently year after year. The last year we increased it again to 183 basis points. And we have strategies in place that will continue to do this into the future.

Before I turn it over to Ken, I'm going to talk about one last event that will help us to improve our efficiency, an increase return on managed assets. You know we've been looking at our expenses and finding ways to save. We take this very seriously and we continue to ensure our dollars are being spent wisely and efficiently. We've been slowing hiring for a couple of years as the industry growth decreased. This has helped, but it hasn't produced results fast enough.

Today, we're staffed at levels, particularly in management, that's too high for the type of growth we're expecting. We're very reluctant to do a restructuring, but in the end we feel it's in the best interest of everyone the people who work here, the people who want to pursue other interests and our shareholders.

We expect approximately 1,000 people, again, primarily management people, to accept a voluntary early retirement or severance program. It will cost us between $300-350 million pretax. It will reduce expenses by $150 million in '05 and $200 million in '06. There may be some additional expense, depending upon the results of the program, related to facility consolidation. We won't know about that until mid-March.

Today, we have too much management. It prohibits people from advancing in the organization. This initiative will create opportunities for promotion for the best people of the company and we believe it will improve morale. Don't get me wrong. We're going to have some terrific people leave here, some people who served us very well.

But if they want to take advantage of this, we have a very, very, very deep management team and they want to open up opportunities for other people. We think, at the end of the day, this will increase morale overall. And we believe this will make us a leaner, more vibrant organization with the right amount of people in the right jobs. Now, I'll turn it over to Ken Vecchione.

**Ken Vecchione** - *MBNA Corporation - CFO*

Thank you, Bruce and good morning to you all and welcome to MBNA. Another arrow we have added to our quiver is our recently announced stock buyback program. Over the last several years, we have been building our capital base. Today we believe we are well positioned to organically grow our business, afford several billion dollars per year of acquisitions and implement the 2007 Basil capital requirements.

Starting with our recently announced dividend increase, we want our shareholders to benefit from our improved capital levels and have substantially increased our dividends over the past year. In 2004, our dividend was 48 cents.

Next year, the dividend will be raised to 56 cents. Over a 5-year period, our dividend growth has averaged 20%. As you can see, we have a long history of increasing dividends for our shareholders. We have increased our dividends every year since becoming a public company.

Management capital ratios are at an all-time high and have more than doubled since 1998, primarily driven by earnings reinvested. During this time, we have purchased large credit card portfolios, PNC, First Union, Wachovia, Sun Trust, Alliance and Lester and we recently acquired 2 businesses, Premium Credit and Sky Financial. MBNA's capital ratios are projected to grow significantly over the next 2 years from anticipated earnings growth increasing faster than loan growth.

Our tangible common equity ratio will remain above 7.75%. Basil II regulatory risk based capital preparation will not be impeded. And we will look to return the excess capital to shareholders through continued dividend increases and through our recently announced stock repurchase program.

Our program is designed to be efficient and flexible alternative to returning excess capital to our shareholders, which will result in improving our EPS and return on equity by decreasing the shareholder equity base. Stock repurchase of up to $2 billion will be done selectively over the next 2 years.

We will consider capital levels, asset growth, unique investment opportunities, share performance. MBNA will be able to implement our stock repurchase program and continue to support organic acid growth, several billion dollars per year of future acquisitions, increasing dividends and administering our employee stock plans.

MBNA has recently met and presented both the restructuring plan and the stock repurchase program to the rating agencies. They have no significant concerns, agree with our plan capital levels. They support the return of excess capital to shareholders.

© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

KRB - MBNA Analyst Meeting

They recognize MBNA's proven ability to increase earnings through a variety of economic and competitive cycles and they understand MBNA is still seeking and working towards a rating upgrade. The rating agencies are comfortable with our performance in both strong and slow growth environments. As you will see on the next slide, MBNA can deliver consistent profitable growth in a variety of economic environments.

Here is an example of how MBNA's earnings growth will be achieved in both a slower and stronger growth environment. In a slower industry growth environment, we would see moderate loan growth. We would expect expansion of our risk adjusted net interest margin. Our other income will grow at a measured pace equal to loan growth. We will focus on expense efficiencies and employ our stock repurchase program to generate 12% earnings growth.

In a stronger industry environment, loan growth will expand equal to or greater than the industry. Risk adjusted net interest margin would remain stable. Our other income would grow equal to or greater than loan growth.

Expense management would be important. But increased spending on marketing opportunities would occur. And lastly, capital would be used to support loan growth and 12% earnings growth should be achieved. In either situation, we believe we will be able to produce strong earnings growth averaging 12%.

Our fourth quarter results are as follows. Net income and EPS increased 9% in the fourth quarter, primarily driven by reductions in our provision. Both revenue and expenses were basically flat. Ending and average loans increased 3 and 5% respectively. And our other operating income, when excluding the FAS 140 loss of $125 million grew 10%. Additionally, over limits fees declined in the quarter by $28 million as we reduced assessments on chronic over limit accounts.

Asset quality continued to improve in the quarter. Our fourth quarter charge-off rate was 4.43%, a decrease of 54 basis points versus prior year and a decrease of 18 basis points versus prior year and a decrease of 18 basis points versus the third quarter.

For the quarter, October's charge-off rate was 4.56%, November was 4.50% and December was 4.24%. And our risk-adjusted net interest margin expanded to 351 basis points from 333 basis points, an improvement of 18 basis points in line with our previous discussion on our prior slide.

For the full year, net income and earnings per share increased 14.5%. Loans grew 3% to nearly $122 billion. Our average outstandings increased 7%. As Bruce mentioned, we believe the runoff of 0% promotional balances cost us $4 billion or approximately an incremental 3% of growth. For the year, asset quality and other fee income drove earnings. Charge-offs dropped throughout the year.

From quarter 1 to quarter 4, the charge-off rate moved from 499, 495, 461 and 4.43 in this quarter. Equally impressive was our provision dollars, where we started out in the first quarter at nearly $1.5 billion. We moved to about 1.4 billion in the second quarter. Dropped below that in the third quarter and ended at $1.3 billion in the fourth quarter.

Other fee income was supported by interchange and late fee income and grew 12% absent FAS 140. Our risk-adjusted net interest margin increased 7 basis points over prior year to 324 basis points. And lastly, expenses grew 8%.

As Bruce mentioned, over the last 18-24 months, MBNA has focused on new business opportunities which should help to expand and diversify our basket of products and services. We believe we are well positioned to take advantage of any improvement in industry growth.

Most industry observers feel industry growth will pick up in 2005 and expect a 4-9% growth for the full year. We expect to capture our fair share of that growth. However, we plan to meet our 2005 earnings target of 10% even if the industry has slower growth than expected.

Recent growth opportunities should improve our profitability metrics. WorldPoints, AmEx and our brokerage programs have similar characteristics. They have higher usage and spend volumes that drive lower net interest margin, better asset quality, increased other fee income and improved ROL performance.

The recently acquired practice finance and premium credit business also display lower net interest margin, but much better charge-off performance. Home equity does not produce the returns that our other products do. However, it helps retain customers and provides customers with another complementary product.

As Bruce mentioned, we have been reducing 0% promotional pricing on new accounts. As a result, cash volumes decreased throughout 2004, impacting loan growth rates in both 2004 and 2005. We expect this impact to continue until the middle of the third quarter of 2005. Before the third quarter of 2005, the 2004 comparable periods have higher cash volume and therefore result in a negative year-over-year comparison. The next slide will highlight this point.

This chart shows the year-over-year percentage change for retail, cash and total volume. The gray line, which is the bottom line, equals cash. The green line, which is the top line, equals retail. And the blue line, which is the middle line, is the combined or total volume. Cash volume growth rates declined from mid-2004 through the third quarter of 2005.

The pullback resulted in negative year-over-year comparisons. Starting with the third quarter of '05, cash volumes will remain



© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**KRB - MBNA Analyst Meeting**

level with the prior year. At this time, year-over-year growth rates should return as retail volume helps accelerate our total volume growth. We are projecting the return of average loan growth in the second half of 2005 by retail volume and the elimination of the negative cash growth.

This slide represents our forecast of average managed loan growth. We expect average loans to grow at a slower pace in the first part of the year and reaccelerate in mid-third quarter of 2005 and be a precursor to higher earnings in 2006. MBNA remains committed to growing the business while improving expense ratios.

In 2004, we implemented several efficiency programs to improve our future cost structure. Some examples included the strategic system extension, which Bruce mentioned, and was employed in May 2004. We reduced non-earning assets and related servicing expenses. We have been reducing hiring. We initiated a global strategic supplier program and we implemented a customer call center optimization project.

In 2005, we already mentioned the restructuring charge to reduce the workforce by approximately 1,000 officers and realized $150 million savings in '05 and a $200 million in '06. We will continue to consolidate select functions and we will continue our reengineering efforts.

In order to grow the business, MBNA continues to employ a highly competitive, reliable and cost-efficient funding strategy. Our funding strategy has 2 primary objectives; low cost and reliability to all economic and competitive cycles.

In the AVS market, MBNA is a recognized leader in the credit card segment. We can raise AAA-priced funds at very attractive spreads, even though we are currently rated BBB+ at the bank level. And clearly, our retail deposits provide us a low cost funding base that also is very stable.

As a result of our strong affinity relationships, we have extraordinarily high retention rates. Our business model is also very cost effective because we do not have the overhead of a branch system. Overall, MBNA's funding message provide us with very competitive funding costs.

Our 2005 EPS is $2.36, a 10% increase over 2004. We expect, in 2005, moderate loan growth, supported by strong retail growth and lower cash volume. We expect the risk-adjusted net interest margin to expand. Net interest margin will remain stable and we will see improving loan loss rates.

Operating income growth will be in line with loan growth. Higher interchange growth will result as a byproduct of stronger retail volume. And lower penalty and income lower penalty fee income will occur as the credit quality improves. The impact of our chronic over limit fee pricing in 2005 is nearly $140 million that we plan to grow through in '05.

Expenses will grow significantly slower than loan growth and we look for low single-digit growth. In addition, our expense growth includes the cost of stock option expensing in the second half of 2005. We will continue to see asset quality improvement. The effective tax rates should return back to historical levels and we will use enhanced capital management programs, if necessary, to support our $2.26 EPS goal.

In varied economic and competitive environments, MBNA has consistently grown year over year and has a long track record of producing exceptional financial results. As Bruce stated, in the last couple of years, we have demonstrated our ability to grow earnings at a rate faster than asset growth.

And we feel confident that we will continue to deliver consistent, profitable growth well into the future. Our core management team has been in place for over 20 years, the same team that has helped to deliver these exceptional results.

Although some things are changing about our business, much remains the same. Our passion and commitment to the philosophy that has made us successful is stronger than ever. We remain focused and committed to our customers, our people and the shareholders of MBNA. At this time, I'll return the podium over to Bruce and we will take questions.

© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

# QUESTION AND ANSWER

---

**Bruce Hammonds** - *MBNA Corporation - CEO*

Please wait. Okay. Questions? Please wait for a microphone and ask a question.

---

**Unidentified Speaker**

Thanks, Bruce. Actually, the chart that you showed, showing the impact of the zeros carrying over into '05 appears to show a similar effect in '05 overall versus '04. Is that correct that we see about a $4 billion additional runoff resulting from the zeros in '05?

---

**Bruce Hammonds** - *MBNA Corporation - CEO*

Is that about the amount, Ken ? $4 billion in '05, again, that we've got to run off in euros?

---

**Ken Vecchione** - *MBNA Corporation - CFO*

Yes. I think it's very close that. Yes. Yes. Very close.

---

**Unidentified Speaker**

And secondly, was there any impact during '04 from your change in your policy vis-a-vis the over limit charges?

---

**Ken Vecchione** - *MBNA Corporation - CFO*

This is Ken. It was $28 million impact in the fourth quarter.

---

**Unidentified Speaker**

And that was the only impact. There was none earlier in '04?

---

**Ken Vecchione** - *MBNA Corporation - CFO*

No. That was the only impact.

---

**Unidentified Speaker**

Thank you.

---

**Unidentified Speaker**

Thanks. Can you just talk, with regard to the restructuring charges, the expense saves are pretty clear in the way they were laid out. Are there any assumptions in terms of revenue falloff from your people that will be leaving?

---

**Bruce Hammonds** - *MBNA Corporation - CEO*

No. We do not believe there will be revenue falloff. Again, we have too many people in management. We have, essentially, too many layers. We're taking some layers out of management. If anything, I would expect the company to operate even better.

When you've got several layers, good ideas don't bubble up as well. I think we're going to provide as I said, some great people are going to leave, but it's going to provide some opportunities for some other terrific people with new ideas. So, no, we do not anticipate that there will be a business impact from this. And if anything, it will be positive.

---

**Unidentified Speaker**

Hi. Thanks. Can you talk about, on the rewards side, as you shift more toward rewards, it's my understanding that you don't currently use much Visa Signature or MasterCard World, those higher interchange platforms. Is there an opportunity to move more of your customer base to those higher interchange grades.

And then also, could you update us on American Express? We haven't seen, I think, a lot of mail out of MBNA recently. It seems like it's testing. When do you expect to launch that program on the marketing side, I guess, in a bigger way? Thanks.

---

**Bruce Hammonds** - *MBNA Corporation - CEO*

Well, in terms of the interchange, there is an excellent opportunity for us to move volume to the higher interchange programs at MasterCard to the higher rates at Signature for Visa and to American Express.

And quite honestly, we're going to match one against the other and see which ones our consumers, which ones our customers prefer and move them, based on customer preference. So, there is an excellent opportunity for us to move more to the higher interchange rates.

In terms of American Express, I think you will start to see the mail pick up there quite a bit in March as well as all of our other marketing channels. Quite honestly, in today's world, mail is becoming less and less of our marketing.

We're, to a large extent, using more and more people talking to customers directly, whether it's existing customers or members of the affinity groups or whatever. So, you will see a mail pickup, but

---


© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

KRB - MBNA Analyst Meeting

there will be plenty of other ways that we'll be generating those accounts as well.

**Unidentified Speaker**

You made a few references to judgment lending. Could you tell us a little more about the culture and the these people who are making the judgments on lending, what data do they have in front of them?

What kind of parameters are you giving them? What leeway do they have and what are the what's the nature of things they're making judgments on that you deliberately don't put into a computer system and leave up to human judgment?

**Bruce Hammonds  - MBNA Corporation - CEO**

Yes. Well, let me tell you, first of all, credit scoring we've looked at for many years. And we know, for example, that at certain scores, score ranges (ph), you get average loss rates, that our portfolio outperforms, all the time, those loss rates. We also know that credit scoring can frequently be incorrect.

I mean, in terms of directionally, it's very good. But I think we did a test not that long ago where I think we found close to 40% of the customers, if you pulled 3 credit reports, close to 40% of the customers had a 40-point swing in their FICO score. So, and obviously, that makes a huge difference.

So, anyway, we're the people that are over their lending primarily have come out of our customer assistance or collection areas. They are looking at applications from the customer to see, first of all, does the income make sense with the application, things of that nature.

And then, they're looking at the credit bureau directly. And if they see, for example, a bad rating on one particular account, but plenty of other good ratings, they'll call the customer and talk to them about that.

And then, they're making a judgment based on all that information. They'll call the customer to develop more information in the front of the application. They'll ask for income verification if we need to.

And then, we give them very broad ranges. I mean, we teach them how to lend, but they have a very broad range of decisions that they can make. But we believe that they always outperform credit scoring. Sure. Yes?

**Unidentified Speaker**

In looking at the data we saw from the networks during the holiday season, it's obvious that debit card growth is exploding.

Have you given any thought to perhaps expanding offer accounts that might take advantage of the growth in that business?

**Bruce Hammonds  - MBNA Corporation - CEO**

Well, I won't tell you that we will not never be in the debit card business. But it does not look like a particularly attractive business to us in terms of the returns, in terms of the profitability.

Obviously, the traditional commercial banks use it as the entry point for their customers. It's a very valuable product for them. But today, I don't see it as one of the products that we'll be in anytime in the near future.

**Unidentified Speaker**

Bruce, is the move on over limit fees primarily a response to reduce negative amortization and are there other efforts that are underway, perhaps with minimum balances or anything else minimum payments that are part of that effort?

**Bruce Hammonds  - MBNA Corporation - CEO**

Yes. I mean, certainly, it helps negative amortization, but that is not the reason we did it. We just thought it was the right thing to do. We thought you authorize a customer over limit. The customer goes over limit, it's fair to charge some over limit fees, but we didn't think it was fair to charge month after month after month. So, we just thought it was the right thing to do for our customers.

In terms of negative amortization, we started working on this several years ago. And I will tell you we go in and look at all of our accounts every month. We look at accounts that are not amortizing your balance, meaning they're cutting into their principle. And we adjust their payments. And we've been doing that for at least 2 years, raising payments on those customers.

So, we have done that. I think we are way ahead of the game from what I hear from other people. And I think we've taken care of the negative amortization issue. There may still be adjustments that need to be made in terms of minimum payment, but my guess is it's not going to have much impact.

Just to give you a couple stats, last year 8% -- only 8% of our customers every made one minimum payment. Only 8%. Less than 3% of our customers made 3 minimum payments. And I think customers who made as many as 9 were, David, 16 basis points, is that right? Yes. , the minimum payment issue is not a big issue. In fact, our average customer pays their balance off in 6 months.

**Unidentified Speaker**



© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**KRB - MBNA Analyst Meeting**

One unrelated follow-up question, if I could. Given the loan growth trajectory that you're expecting this year, is it reasonable to assume that the buyback activity will be starting out of the gates early, given that you're expecting loan growth to be flat and pick up in the back half?

---

**Bruce Hammonds - *MBNA Corporation - CEO***

Well, out of the gates, I'm going to an analyst meeting next week and I hope people aren't asking me how much we've bought already. But as I said, a lot of it depends, too, on acquisitions.

I mean, we are looking at some things right now. Who knows whether those will happen or not. And it's we're going to look at a number of things, including the ability to acquire things, our growth rate and the stock price and make a decision based on a variety of those things. Yes, sir.

---

**Unidentified Speaker**

Yes, Bruce. I didn't hear you say that you will be going into full spectrum lending and I just want to make sure that that's the case. You're sticking with the segments of the market you're in.

And then, with regard to acquisitions, is it more likely in the future that you'll be more likely a buyer of home equity businesses or other diversification businesses rather than more credit card platforms? And then, if you could just comment on the UK business and the outlook for the interchange fee change yes, change in the first quarter or first half. Thanks.

---

**Bruce Hammonds - *MBNA Corporation - CEO***

Well, in terms of full spectrum, I mean, what we're going to stick with is consumer lending and small business lending. We think it's basically just about the same thing. So, we will we will not be moving away from that.

We would very much like to buy things in the area of home equity, particularly something that might bring us a better platform than we have today. We're starting to build that ourselves. But if we could buy something there, that would be very good.

We would also buy credit card portfolios. I mean, we'll look at anything that's out there that's up for sale. There are, just as you know, fewer and fewer of those available every day with the consolidation of the industry.

But any credit card program that comes out that comes up that has the kind of credit quality that meets our standards and provides us ongoing affinity marketing, we'll be very anxious to buy.

And then, there might be some other products that we might look at. Maybe student lending or some other things. But any kind of consumer lending, small business lending products, home equity lending and credit card obviously fits that very nicely.

In terms of the UK, the interchange rates are coming down. Ken, do you know or, Chuck, do you know what the time period is for that? There's no final decision? Yes, I mean, we are planning that they are coming down. I think, today our interchange is about 110 basis points in the UK. I think we believe over several years it will come down into the 30-basis point range.

---

**Unidentified Speaker**

(inaudible question)

---

**Bruce Hammonds - *MBNA Corporation - CEO***

Yes. The point that General Krulak, who ran our UK operation up until about 8 or 9 months ago is pointing out is we think it's inevitable, but they do keep putting off the decision. We thought we would be well into this and they keep pushing it back. So, we're planning like it's going to happen.

We're putting other things in place if it does happen to make up for that loss of income. And where it's happened in the past it's happened in Australia, for example we saw annual fees come back very strongly there. So, we are going to put other things in place if that happens. Yes, sir?

---

**Unidentified Speaker**

I think you showed about a thousand affinity groups had endorsed the American Express.

---

**Bruce Hammonds - *MBNA Corporation - CEO***

A little over a thousand. Yes.

---

**Unidentified Speaker**

Is that ? Are you having a pretty hit rate on the ones you've gone to? Are there groups that have decided not to endorse it? And if so, why? And then, secondly, how significant do you think the incremental costs associated with some of the new advertising is going to be and does that play a role in the EPS growth targets you've laid out?

---

**Bruce Hammonds - *MBNA Corporation - CEO***

© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**KRB - MBNA Analyst Meeting**

In terms of American Express, we have over a thousand endorsements so far. We have has a very high hit rate. There are some groups that or some areas where we're having some difficulty selling it, particularly our financial institutions.

Some of the banks do not want to endorse it, see American Express as their competitor. And so far we haven't been real successful in selling those. I think that might change. I think, particularly, with the Citibank announcement, that might give us some opportunities there.

And then, there are some of the bigger programs where, quite honestly, Visa has come in and bought exclusivity from the group. So, there are a few of those, but not very many. My guess is, by the end of the year, we'll be well penetrated into all of the groups or probably 90% of the groups (inaudible)?

**Unidentified Speaker**

Advertising ?

**Bruce Hammonds** - *MBNA Corporation - CEO*

Oh, advertising. It's not something that you'll notice in our total business development spend. It's a significant number, but it's not going to affect the earnings per share and it's not something that you will really notice. We do a lot of spending on marketing and business development. It's a fairly small piece of that.

**Unidentified Speaker**

Could you address the issue of the sustainability of the higher net interest margin on a risk-adjusted basis.

**Bruce Hammonds** - *MBNA Corporation - CEO*

I think the risk-adjusted net interest margin is sustainable. I think as losses continue to come down, you might see the net interest margin drift down some with the losses. If losses start to go the other way, and obviously eventually they will, I think you'll see us stop reducing net interest margin, or even raising net interest margin to make up for that.

So what we're looking for is a consistent net interest margin. The sustainability of increasing return on assets we think is very, very good, from managing all of those levers, expenses, credit losses, the risk-adjusted net interest margin, all of those. We think the sustainability of continuing to increase our return on managed loans is extremely good.

**Unidentified Speaker**

Over here. On the slide that you put up, slow growth environment, fast growth environment for receivables, in the slow growth environment, the fee income - we were told fee income should grow in line with receivables, which sort of surprises me, because I would think that spend is growing faster than balances, interchange, as you say, is rising.

And so why wouldn't we see fee income rising faster than loans in that environment and helping you to get a higher return on managed assets?

**Ken Vecchione** - *MBNA Corporation - CFO*

This is Ken. That slide was just basically a general example, but you could see in a slower-growth environment less accounts coming on, which would slow down the year-over-year growth rate in the other fee income. So that's why we kind of said on average it should grow.

**Unidentified Speaker**

But generally, the theory is sort of spending growing faster than balances, interchange rising, that sort of should theory be leading to sort of this rising fee income in general growing a little bit faster.

And then second, just on a separate issue, international growth, can you talk at all about what you see there on a currency adjusted basis? What kind of growth we should expect on receivables there, as opposed to the United States?

**Bruce Hammonds** - *MBNA Corporation - CEO*

Well, international growth has still been in the low double-digit range in terms of top line. The UK has been a fairly challenging environment, just a lot of bad publicity about people being overextended in the UK. If you go over there, you can't pick up a newspaper where you don't read that, and that has had some impact on the trends that we've seen there.

So 2004 was a fairly challenging environment for the UK. Canada continues to do extremely well. Ireland's doing great, Spain is starting to pick up, and we expect the UK to bounce back. But it's been a combination of newspaper reports about over-indebtedness.

The government's been reacting to that, holding a series of hearings. General (inaudible) got beat up over there two or three times in front of parliamentary groups last year, and so it's been a fairly challenging environment. But it's still a terrific business and we expect it to bounce back in '05, and it's probably kind of low double-digit top line growth.

**Unidentified Speaker**

© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

KRB - MBNA Analyst Meeting

Another question on the net interest margin. Part of the strategy you've used to manage that over the last couple years has been to - when you have a chance to raise the pricing on your fixed-rate customers or a portion of your portfolio, can you talk about what impact that had on your balanced growth during 2004? I think you did it in the third quarter this year.

And then also are customers reacting differently in a competitive environment we're in today versus what you might have done in previous cycles when you would raise prices?

Ken Vecchione - *MBNA Corporation - CFO*

Yes, in the third quarter of '04, we really changed a good portion of our asset base over to variable pricing, and we had a viewpoint, and obviously it's manifesting itself, that the Fed would continue to raise rates, and rather than do what we used to do, which is go out sort of ahead of the Fed and sort of base our re pricing assumptions on where one-month or three-month LIBOR was going to go, we find this being easier now for a good portion of our portfolio to just re price when the Fed moves. And we also find it easier for our customer service reps to explain that, rather than to explain things about the yield curve and where things are going in the future.

So, that doesn't work. So, that's what we did towards the end of the third and fourth quarter. We still do risk-based pricing, so we make sure that we continually have the right return for the higher charge off groups. We do that. And even in the variable repricing, we still have the right to change the index if need be, within the variable-rate pricing, and then of course we still have some of our portfolio on fixed-rate pricing, and we'll look at a variety of factors, just not where rates are going, but where the charge off levels are going and other operating income to see what number that should be.

Unidentified Speaker

(inaudible - microphone unavailable).

Ken Vecchione - *MBNA Corporation - CFO*

Yes, there is. Usually, the way the model works, the first year or so you get greater income, and then there's loan volume that titrates (ph) on after that. On an MPV basis, this is a very positive approach. But, to Bruce's point earlier, in terms of the re pricing activity, the re pricing activity, if you just looked at it in isolation, one would say that you were possibly trading off short-term earnings for long-term growth, and now being a little bit more customer-focused on that, we're trying to balance both the long-term growth and the near-term growth.

Unidentified Speaker

Can you elaborate maybe on some of the discussions you've had with the rating agencies in and around sort of the share buyback and in the context of obviously playing for the ratings upgrade, recognizing that there's a couple hurdles that they have in terms of business diversity and perhaps the early AM (ph) risks that I don't think they fully understand.

And sort of on a timeline on when you think, given that you're sort of at the numerical levels, when you think they sort of can get comfortable with the business diversity and sort of early AM risks to get you where you need to be to get to single-A.

Ken Vecchione - *MBNA Corporation - CFO*

Yes, let's start backwards. Had we not announced a share repurchase program, I think it would be fair to say by the end of the first quarter, or into the second quarter, we would have seen a ratings upgrade, we believe so.

When we talked to the rating agencies and we told them where our capital levels are going, they almost jumped out and said you probably are going to want to return that capital back to the shareholders. And Tom Wren, who is sitting three seats down from me, almost fell over when they said we think you're appropriately capitalized.

Just think about that, over our history, we've never heard those words - appropriately capitalized. And then Tom called back last week to make sure they did say that and they haven't changed their minds. What they have found regarding our earnings growth, and this is also interesting - they are changing their direction here. They have said that companies that have diversified have diversified and had more risks, and their earnings are more subject to volatility.

And they're now saying things like, you know, we're beginning to see this mono-line concept of consistent earnings growth. So that works in our favor. However, where they still get a little nervous is in the diversity of the funding structure. Even though we're still funded 65% of total assets with securitizations, they would still like to see that percentage come down.

And, over time, if you look over the past couple of years, we've drifted down a percentage point or two, so we're trying to address that, but we will not do that in very fast order. And they like the diversification that we have done because it's into good growth, low charge off business.

And as we get into more of those, over time, I think Tom and I could see a day when we sit down and talk to them and say these businesses ought to have this capital level, and then the card business ought to have a higher capital level and come to something more of a blend. But we're not there, but we've kind of put that on the table in where we're going.


© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

**KRB - MBNA Analyst Meeting**

And now with the share repurchase program and the restructuring, just because they are who they are, they said, well, let's see what happens for the next six months. But our funding, the upgrade only affects a very small portion of our funding, maybe 10% of that, which is bank debt, or corporate debt. And today, our spreads on a five-year basis for bank and corporate debt are equal to low A-rated companies. So we are getting the benefit of that without having gotten the ratings upgrade.

**Unidentified Speaker**

Thank you. Can you comment on the impact of foreign exchange, if any, on loan growth and earnings for '04, and what you've assumed for '05? Thanks?

**Ken Vecchione** - *MBNA Corporation - CFO*

On earnings, it wasn't material on a full-year basis. It probably rounds to a penny to a penny and a half on a full-year basis. Loans, it did increase I think in the fourth quarter. It helped us to the tune of 1.6 billion in terms of incremental loan growth.

And when we plan for every year, we always try to have a lower exchange rate than exists at the time, so that when we're wrong, we'd rather see it go to the upside rather than go to the downside, so we have a little lower exchange rate planned for '05.

**Unidentified Speaker**

Bruce, you mentioned that competition was lower in the affinity business. Can you provide some more insight into that? Is that - are you talking fewer number of players, which we know consolidation has been going on, but is it because of market saturation, or what is happening underneath there?

**Bruce Hammonds** - *MBNA Corporation - CEO*

Well, maybe what I should have said too is our core business, the professional associations, the colleges and universities and things of that nature, there's still a lot of competition when you get out with the big co branded players. There's an awful lot of competition out there. But in our core space, we just don't see anybody sustaining real competition. I mean, if you go back a few years ago, Bank One was - FirstUSA back then was very heavy into almost all the groups and spending a lot of money on it.

Chase is today very good competitors of ours, but then again, to be in the big co branding space. In most of our groups, we just do not have the kind of competition - it's never been large numbers. It's never been a lot of players, and it's just one or two in there bidding against you can drive up costs. We generally win, but it can affect what you pay in the groups.

And, today, in our core, we just don't have that much competition. Occasionally we'll see - I think US Bank is in there occasionally, John, today, but in our core we don't see all that much competition.

**Unidentified Speaker**

Why is that?

**Bruce Hammonds** - *MBNA Corporation - CEO*

Well, first of all, I think we have a reputation of being able to do this better than everybody else, and I think we win most of the time. I think you could have great patience in this business. You can work on a group for six months at a minimum to five or six years, sometimes. We have the patience that I think others don't have. We've got an infrastructure built in here to service those groups that others don't have.

So, when they sign them up, sometimes they don't have the ability to develop the business like we do. They don't have the ability to work with the groups and develop these products and these marketing campaigns that are successful.

So I think it's just that other people are unable to do it as well as we've done it. I've even heard in some cases where people can't match the technology that it takes and so can't compete, so I think it's a variety of reasons, but it's what we do. It's just what we do every day.

Other people try and dabble in it here or there. Even start with the legal department. You start in the contract negotiation and you've got to turn these things around very rapidly. Louis Freeh, our Chief Counsel, and his attorneys are dealing with a lot of these every day and turning around contracts and other people aren't equipped to do those kinds of things.

Yes, good morning.

**Unidentified Speaker**

Yes, Bruce, it's the received wisdom now that home equity borrowing has adopted a permanence, a huge place on the consumer's balance sheet, and has transformed their appetite for leverage. I'm wondering the extent to which you buy into that, and the second thing is, what you foresee if and when this will be stopped, or even runs at all in reverse, and what the impact on MBNA's business you think would be.

**Bruce Hammonds** - *MBNA Corporation - CEO*

Well, I don't know that I buy into that at this time. We certainly have seen a lot more home equity lending recently. We've seen a

© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

KRB - MBNA Analyst Meeting

lot more people refinancing their mortgages, but we're out at historical lows in interest rates. We still haven't seen the 10-year numbers move much yet, so this interest rates out there have not moved up.

I believe that as those move up, you'll see less and less refinancing, you'll see less and less home equity. My guess is, at some point in time home prices stop increasing, and so people have less equity to borrow against. And what we believe is that those people will go back to borrowing against credit card. That's our believe.

In the event that doesn't happen as strong as we believe, we're also moving into the home equity product as well, and we think we're well positioned to take advantage of that, because, again, of all the credit cards we've got we can sell against, and these affinity marketing groups that we can sell into. So we can do either one, but I think it's way too premature to say credit card borrowing is going to slow us way down and it's all going to be home equity lending from here on out?

**Unidentified Speaker**

Bruce, can I have some? Visa did some research and noticed that for every 25 basis points of increase in the Fed funds rate, there was a corresponding decrease of 10 basis points in the payment rates, and they did this over many years.

We went back and we confirmed some of that as well. I think in the Visa study they didn't take into account that we're coming off of historically just very, very low rates. And while we haven't seen that turnaround yet, we do think it will in the future. Additionally, I think the best thing for us would see the 10-year yield back up a little bit.

Short-term rates are certainly rising, but that 10-year yield could ever get above 4.25 where it kind of stuck, then mortgages will begin to reprise off the 10-year, and I think that would begin to slow down some of the home equity momentum, and then hopefully it would return to lower payment rates in our business.

**Unidentified Speaker**

Bruce, can you put a little color on the Providian partnership, the breadth of that partnership, talk a little bit about the strategy? Is that the monetized sub prime without taking credit risk?

**Bruce Hammonds** - *MBNA Corporation - CEO*

John, maybe could you talk about that? Or ...

**Unidentified Speaker**

We've been working with Providian now for about a year, and basically what we're doing is taking a look at some of our term down applications that fit their model that they're interested in. Obviously, it's a situation where we'll have 9 million term down applications, and it's making use of the fee income as a result of selling some of this paper over to Providian.

**Unidentified Speaker**

Do you have any numbers in '04 in terms of fee income?

**Unidentified Speaker**

It's small. It's not going to be a major source of fee revenue, but again, it's just maximizing a resource that we have and we're going to continue the relationship here going into 2005. We'll continue to grow.

**Bruce Hammonds** - *MBNA Corporation - CEO*

It's not something you can build into your model and have a big increase. It's nice, anything we get out of it, but it's not going to be huge.

**Unidentified Speaker**

I wondered if we could just go back to the HELOC business that you're going into.

**Bruce Hammonds** - *MBNA Corporation - CEO*

Right.

**Unidentified Speaker**

First, if you can just give us a sense of why you think the credit skills that you have in credit card business lines can be very effective in HELOC. And the second thing is, do you think you're going to get some channel conflicts with the banks that you're partners with, because HELOC is a big opportunity for them as well.

**Bruce Hammonds** - *MBNA Corporation - CEO*

OK, let me take the second part first. We're simply not going to be soliciting any of the bank's customers. I mean, we're not going to do that. We have agreements with all of those that we wouldn't solicit them for home equity loans or deposits or any of those competing products. So, no, I don't expect to have any problems with them.



© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**KRB - MBNA Analyst Meeting**

In terms of how we handle it, most of us in management at MBNA are consumer lenders, and we've done a variety of consumer lending over the past 15 or 20 years. Credit card has been the best way to get people to borrow, but we understand all kinds of consumer lending.

Jack Hughes, who runs our consumer finance area has been with us 15 years. He came out of one of Household Finance's senior guys, and he has literally, I don't know, probably 40 or 50 people, Jack, that lend that have a tremendous amount of consumer finance experience with banks, finance companies and a variety of different lenders.

So, having the experience, I'm not concerned about at all. I also believe that it's an easier product to get right in terms of lending against. I think the unsecured product is a much more difficult product to get right in terms of getting your loss rates right, the home equity product. And we see this even in our risk mitigation strategy. When we sell these, we sell customers that have loss rates in the 15% and 20% rate, and when we run them into a home equity loan, they charge off well under 1% with the company that's buying those.

So I'm very confident that we can handle it. It's not going to be a credit issue. This company has never had a serious credit issue in the 20-plus years that we've been around, and believe me, it is a thing that we focus on a tremendous amount. We understand we are first and foremost lenders, and that credit quality is something that we'll never lose sight of.

**Unidentified Speaker**

Just following up on the home equity question, when you talk about home equity, are you talking mostly seconds, and second liens, and insofar as you are talking about second liens, how do you see your position from a credit quality perspective relative to a bank who might be making a second lien loan where they hold the first lien.

**Bruce Hammonds  - MBNA Corporation - CEO**

Well, I mean, first of all, they're almost all going to start as seconds. We may in some case pay off the first. We're not doing loans for people to acquire new homes, and basically it is our customer that we're talking to. The loans that we keep are excellent credit quality, and we're underwriting them and those are customers that you could probably do on an unsecured basis.

I doubt that you're rarely going to ever see us foreclose on a mortgage. So we're underwriting the customer first, we're concerned about the collateral second. And it's the quality of the customer. Where the quality of the customer is questionable, we will sell those off, and we're just holding the best of the credit quality and continuing to book those.

**Unidentified Speaker**

Can we go a little bit deeper into capital management? I appreciate the increase in the dividend, 17%, and have been waiting for a while for when we would see the top of your capital ratios and return that excess capital. That's a great signal, I think, for the market.

Your business model is turning to be less capital intensive over the future, and I'm wondering where the payout ratio will go over the next couple of years, as well as, by my calculations, you're going to still generate a tremendous amount of excess capital each year now, and I'm wondering what kind of commitment on a total basis of share repurchase and dividend repayment you'll return over the next two or three years.

**Bruce Hammonds  - MBNA Corporation - CEO**

Well, we're not going to forecast that. I can tell you that our plan is to continue to be very aggressive in terms of increasing our dividend rate. We've increased our dividend every year since we've been a public company. We believe we will continue to do that, and a lot depends, again, on are there acquisition opportunities. I mean, if there were a big acquisition opportunity that we could take advantage of, we might not do the share repurchase this year.

So, again, we're going to be looking at all areas of our business. As I said earlier, we like having some cushion in the capital in case something happens that we're able to handle unforeseen problems. We think that's a prudent thing to do. We're running this company for the long term. But you're right, I think the odds are that we're going to build capital very rapidly, and that we're going to continue to be able to deliver a very nice dividend increase each year and do some stock buyback, but we're not going to forecast exactly what that's going to be, because it can change week to week depending on what we see in the market.

**Unidentified Speaker**

Would we expect the dividend to increase at a higher rate of growth in your earnings in the next few years? And then obviously, whatever happens on stock repurchase is based don what your capital needs are in aggregate? But you're still at the low 30% dividend payout ratio company for a maturing industry that's low relative to your peers.

**Bruce Hammonds  - MBNA Corporation - CEO**

Yes, I guess I would say I'd be surprised if a dividend increase was not more than an increase in earnings. I think it would take something unusual happening that would cause that to happen. I



© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**KRB - MBNA Analyst Meeting**

think generally we would believe that it would be more than the increase in earnings.

**Unidentified Speaker**

You've mentioned acquisitions quite a bit, and that's always been part of your history. Have the number of properties for sale in (inaudible) the last three, four months that you're looking at it, are there more out there right now than historical average?

**Bruce Hammonds** - *MBNA Corporation - CEO*

Well, there are less credit card portfolios out there than historical averages, but we have broadened the array of kinds of businesses that we are looking at, more businesses than we have in the past. And the two things that we're looking at - you're right. I mean, we've bought over 300 different businesses over the last 10 years. Most of those have been credit cards, but now we're looking for other kinds of consumer lending businesses that meet our credit quality standards, number one, and number two, work with affinity marketing.

I don't think you will see us buy something that doesn't tie back in and doesn't leverage this affinity marketing franchise. But we've opened up the number of companies and the kinds of things that we can buy that we'll go after in that space. So, less credit cards, but more other kinds of activity out there.

**Unidentified Speaker**

And just to add on, has the student loan business consolidated too much that it's probably too late to get into, or is that still an area of high interest?

**Bruce Hammonds** - *MBNA Corporation - CEO*

It's an area of interest - high interest, I mean, there has been some consolidation and it's not going to be easy to get into that. But if we could find the right company at the right price, it would certainly make sense for us given our colleges and universities and a lot of the other things we have.

**Unidentified Speaker**

Good morning, Bruce. Could you comment on the expense structure as you see it relative to your competitors? We don't see how much you're investing in new business development. You know that, and a lot of your competitors do break out what their core operating expenses are.

So, as you look at the core operating expenses of the company, does this new restructuring - does that get you into the lower end

of the range, the middle of the pack? How do you think about that, and also, if you could comment just on the magnitude of the marketing budget over the last '04 versus '03 and what you might expect in '05?

**Bruce Hammonds** - *MBNA Corporation - CEO*

Yes, I'm going to throw that to Ken.

**Ken Vecchione** - *MBNA Corporation - CFO*

OK. In the expense programs that we have initiated, the goal is obviously to take down operating and overhead, but equal to that the goal is also to continue to increase business development. So, coming into '05, we probably have a 7% increase or so designated for increase in business development expense.

When comparing our business development expense to others, I think you've got to take one major fact into account, and that is we have a lot of brands. We stand behind them. We're sort of like Intel Inside, and because of that, we're paying a lot of compensation expense to our affinity groups, while other people are spending a lot of money on their brand name and on TV advertising.

So, we have that cost as well, and they have it in business development and we have it in other line items, so you just can't look expense to expense, because that wouldn't be a fair comparison. But we are increasing our business development expenses coming into '05, and we increased them from '04 to '03 as well.

**Unidentified Speaker**

So then, if I could follow up, when you adjust for the numbers, how do you think you end up comparing? And then also on the national brand campaign, at the Super Bowl, it's customary to give investors a glimpse of it at your analyst day.

**Ken Vecchione** - *MBNA Corporation - CFO*

Well, let me take the first part of that question, and Bruce will talk up the second part. We don't necessarily look at what, say, company A is spending versus what we're spending. We take it in a different way. First, we kind of set EPS targets. And we've always said that, and now you see what we're setting.

Then we kind of work backwards into what are the business development opportunities we have by region, by channel, by group, and then we work on what we call value matrix score, which is really an MPV score with some economic capital attached to it.

© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

And then we look to see how we can exhaust all the best opportunities first in a range of four, then three, then two, and anything that goes over zero is a positive benefit, and that's how we kind of look at it. And if we find there's money that we have for business development, but we don't have a lot of goods producing ROI accounts, we won't spend it to get negative ROI accounts. We'd rather hold the money and either try to use it to create other innovative products.

So we start from what is best for us and what we know in all our channels and work from that way with a criteria of starting with what do we need to make EPS growth of 10%?

**Unidentified Speaker**

I have two questions for you, if I may.

Well, let me wait on that.

**Bruce Hammonds** - *MBNA Corporation - CEO*

Well, in terms of the ad, the ad is going to be so good that we've agreed with the NFL that we won't let anybody see it. So everybody will be glued to their seats during the first quarter.

**Unidentified Speaker**

I'm going to try my two questions now. First, as your revenue model becomes more dependent on interchange, I wondered if you could comment about the risks of merchants push back on discount fees, perhaps in the context of what we've seen - Wal-Mart announced today with General Electric.

And then second, it seems that the banks have become increasingly successful at packaging credit cards with other retail products, and I wondered whether you had observed that and whether you were seeing more attrition of your customers to some of the large chain banks?

**Bruce Hammonds** - *MBNA Corporation - CEO*

I guess in terms of the first we have not seen a tremendous amount of merchant push back. I actually am not familiar with the Wal-Mart thing that you're talking about. I haven't seen anything on that.

But today we have not seen much push back from the merchant community, so right now all we can see is that obviously interchange rates are headed up. If at some point in the future, then we'll have to deal with that, like we've dealt with a lot of things in the business. But I'm not familiar with that Wal-Mart - Ken?

**Ken Vecchione** - *MBNA Corporation - CFO*

If I understand what that is, that is a partnership with GE and Wal-Mart. Is it to offer credit cards? I saw it briefly.

**Unidentified Speaker**

Through the Discover network.

**Unidentified Speaker**

That's General Electric and Wal-Mart are essentially offering a card jointly over the Discover network and it's part of Wal-Mart's broader strategy to respond to rising discount fees from Visa and MasterCard is 10% of retail sales, it's important I think for the industry, and will also set a precedent that other merchants may wish to follow.

**Ken Vecchione** - *MBNA Corporation - CFO*

Generally, the larger co branded deals, like Wal-Mart or United Airlines, we will pursue, but we stay very disciplined in our financial approach, because generally the larger the co-branded company, like a Disney again or a United, the more favorable the terms are for them, and the more they want to be directing what they think is the right marketing program and how to loosen credit and do whatever is best for them. So what we get in there, we compete with these companies, or we compete to get their business, but in the long run, we haven't been overly successful in that market, and that's because we stay disciplined.

In the market we do stay, which is the affinity market, we have better relationships that we can craft relationships that are both a win-win on both sides, so we've been a little bit out of that bigger market, and that's the reason why.

**Bruce Hammonds** - *MBNA Corporation - CEO*

I think our customers like using our card. We know that, and again, it comes back to the affinity marketing, and our customers charge on average $6,900 a year. So I think merchants, I believe, for the most part, will see that, and will be willing to pay those rates, whether it's for the American Express Card or the Visa Signature Card or the MasterCard. We'll have to see, but I think that would be the right decision on the part of the merchant.

I don't think there's any particular product tied in to one particular merchant that we're seeing cause any undo attrition, or John or Lance, anybody, Michelle, do you see?

**Michelle Shepherd** - *MBNA Corporation - Group Executive*



© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

KRB - MBNA Analyst Meeting

I think to the contrary (technical difficulty). I think to the contrary, that bundling that's happening in financial institutions today is providing an opportunity for us. When we think about our 350 financial institutions partners and their 16,000 branches, we're actually bundling the credit card product into the other financial services products that they're offering, so it's an opportunity.

**Unidentified Speaker**

Yes, the debit card business has grown phenomenally, despite it being a baffling consumer proposition. I wondered, number one, if you see any way to capitalize on that, and second, just your assessment of how much of the diminished credit card industry growth rate is attributable to a shift to debit card.

**Bruce Hammonds  - MBNA Corporation - CEO**

Again, Marshall (ph), we can't figure out how to really make enough money on that to go into it ourselves. We keep looking at it, because obviously volume is increasing very significantly, but we don't see the profit in that for us, number one. Number two, still most of what I see, it looks like it's still replacing primarily cash and checks as opposed to credit card transactions.

And I think the only way that we can go up against that is our rewards programs. I think our rewards programs will give people the incentive to use our card and get their points for tied in with the affinity group, as opposed to using the debit card.

But it's not a product that we will be entering with anytime soon.

**Unidentified Speaker**

Bruce, can you give us a sense on acquisitions, outside of buying credit card portfolios, how big a deal you would bank in terms of however you want to scale it, because historically you've made a lot of small acquisitions in sort of these other areas?

**Bruce Hammonds  - MBNA Corporation - CEO**

Well, we've made some big ones, too, not in the last couple of years, but you go back to our then First Union acquisition and PNC and so forth, were several billion dollars of receivables and hundreds of millions - billions of dollars, actually, of premium. I don't think I'd put a size around it so much. I will tell you that I don't believe we would do a dilutive transaction, and again, it's got to meet the credit criteria and it's got to work with the affinity group.

But we would do a fairly large-size acquisition if we thought it fit with our strategy going forward.

**Unidentified Speaker**

A follow up on the expense questions. The initiative that you put in place, I think you've identified a potential run-rate benefit of expenses, about $350 million by the end of '06, but it seems like the way you've characterized it, it might be viewed as a first step. You've talked about the possibility of other fixed asset sales, or other consolidations.

Could you give us a sense of the magnitude? Where are those, by the way, what might they be, and what would be the magnitude of those potential cost saves?

**Bruce Hammonds  - MBNA Corporation - CEO**

Well, I mean, I think we'll continue because of our investment in a variety of projects to bring our expenses down. There's no question about that. I don't see another big opportunity with people coming. I think in terms of the people we have out on the phones and so forth serving customers, I think we're staffed the right way with those, and we just have this excess management right now that we'll get down to the right number there.

There may be some facility consolidations. If we lose a lot of people in one particular area, we might decide to close some facilities going forward. That would not be quite the run rate opportunity, since you obviously amortize those over a longer period of time.

But you'll continue to see us drive expenses down, just by becoming more operationally efficient every day. It's something that I think we are getting better and better at. Ken mentioned our supplier program. We are driving expenses down like that each and every day. We have people dedicated to this.

I think throughout the organization, we've got the entire focused on this, along with profitable growth, and we'll continue to do better on the expense line.

**Unidentified Speaker**

Just as a follow up, are there areas that you currently outsource that you could potentially insource? Is there a lot of opportunities in terms of renegotiating vendor contracts?

**Bruce Hammonds  - MBNA Corporation - CEO**

I don't see too many things that we outsource that we could continue to insource. There might be some opportunity actually to go the other way, not with our technology, but maybe there are some other functions that we have done in house traditionally that we might be able to outsource.



© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

KRB - MBNA Analyst Meeting

Yes?

**Unidentified Speaker**

Implications of concentration in the industry. Is it likely that as the industry has already greatly consolidated and concentrated that profitability opportunities increase or decrease, and specifically have you seen anyone follow you out of the zero Ts (ph), or do you expect to see others if they haven't follow you. And then from the perspective of your European competitors, both in the UK market, and the consolidation in that market, and their appetite to get into this market, don't you think that given the amount of consolidation we've had here in the States, they will be forever locked out unless they go after a company like you as a strategic partner.

I mean, it seems to me that the three big players in the UK market have a combined 3% or 4% market share in the U.S., and that the rate of concentration here seems like it would be unlikely unless they go through the acquisition route to ever have any serious aspirations to be a top five or six player. Thanks.

**Bruce Hammonds  - *MBNA Corporation - CEO***

Well, let me start with that last piece of it. I won't comment on their ability to get that job done, but I can tell you, I would not like to be starting from a very, very low base today. Given what you have to put in this business in technology, business development, and so forth. I think it's a very tough, uphill climb from a very low base for anybody.

In terms of the competition, I don't think the competition has changed a tremendous amount over the last 10 years. There's certainly been a lot of consolidation. There are a lot fewer players, but those fewer players are better today than perhaps some of the players we were competing against 10 years ago.

There is more the zero rate, but of course cost of funds have been at a historical low, too. I mean, promotional rates started probably seven or eight years ago at maybe 4.9 or something like that and drifted down to zero. We have in all of those cycles been able to continue to increase our return on managed assets, and we think we'll continue to do that. And you have to be better to do that every day. You've got to get better on expenses, you've got to get sharp on your credit losses.

You've got to get better on your individual pricing to customers, but we believe we will be able to increase that return on managed assets as we go forward. It's not going to get any easier, and we have not seen people follow us on this zero rate strategy. But as I said, it's a place where we're happy to diverge from what other companies are doing. We're doing the right thing for MBNA and we're going to stay on this course.

**Unidentified Speaker**

OK, thanks very much.

**Bruce Hammonds  - *MBNA Corporation - CEO***

Thank you.

**Unidentified Speaker**

That will end our Webcast today. Thank you for joining us.

DISCLAIMER

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved

© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**KRB - MBNA Analyst Meeting**

### Cautionary Language

This release includes forward-looking statements and estimates concerning MBNA Corporation's financial performance. Such statements and estimates are subject to risks and uncertainties that may cause the Corporation's actual performance to differ materially from that set forth in such forward-looking statements and estimates. The estimates contained in this release represent the current estimates of the Corporation and the Corporation undertakes no obligation to update publicly or revise any such estimates or other forward-looking statements contained in this release.

The Corporation's earnings per share is a basic measure of the Corporation's performance. Risks and uncertainties that may affect the Corporation's future performance, including earnings per share, are detailed in the Corporation's most recent Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission. Certain such risks and uncertainties are discussed below:

#### Competition

Competition from other lenders could affect the Corporation's loans outstanding, Customer retention, and the rates and fees charged on the Corporation's loans. Competitors may offer lower rates and fees and attractive benefits and rewards. As part of its strategy for profitable growth, in 2004 the Corporation began offering fewer 0% promotional rates, which has the effect of negatively impacting loans outstanding.

#### Customer behavior

Customer spending and repayment levels and Customer use of the Corporation's lending products over competing lending products, such as mortgage and home equity products, impact the Corporation's loans outstanding.

#### General economic conditions

The pace and sustainability of the current economic recoveries in the U.S. and the U.K. impact loans outstanding, delinquencies and credit losses.

#### Monetary policy

The pace and level of increases in interest rates in the U.S. and the U.K. impact the Corporation's cost of funds, net interest margin and net income.

#### Expense management

The Corporation's ability to effectively manage expenses, including operating expenses, impacts net income.

#### Legal and regulatory matters

Legislative, legal and regulatory actions could adversely affect the Corporation's interest, fee and interchange revenue and the ability of the Corporation to market its products. For example, see the "Legal Proceedings" section of the Corporation's most recent 10-K (relating to foreign currency conversion fees), the "Regulatory Matters" section of the 10-K (relating to the activities of the Treasury Select Committee in the U.K.), and the "Regulatory and Other Matters" section of the Corporation's most recent 10-Q (relating to "MasterCard and Visa Litigation and Competition", "Interchange in the U.K." and "Office of Fair Trade Investigation of Default Charges in the U.K.")

#### Portfolio purchases and acquisitions

The Corporation regularly purchases loan portfolios and acquires related businesses. The availability and attractiveness of such opportunities could impact loans outstanding.



© 2005 2002 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

# EXHIBIT D

8-K 1 jan21_2005.htm JANUARY 21, 2005 REGULATION FD

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the**
**Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported)                              **January 21, 2005**

## MBNA Corporation
(Exact name of registrant as specified in its charter)

| Maryland | 1-10683 | 52-1713008 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| Wilmington, Delaware | 19884-0131 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code                              **(800) 362-6255**

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ]  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
[ ]  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ]   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
[ ]   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 7.01 Regulation FD Disclosure**

MBNA Corporation announced today that management's objective is to increase earnings per share by 10% in 2005 and by an average of 12% per year over the next several years, excluding the impact of a previously announced restructuring charge of approximately $300 million to $350 million pre-tax that the Corporation will take in the first quarter of 2005. Management believes earnings growth in 2005 will primarily be driven by improvements in credit quality and reduced expense growth rates.

Management anticipates slower average loan growth in the first half of 2005 than in the second half of 2005. Management anticipates this lower growth rate in part because of the overall slower industry growth rate and the Corporation's decision to reduce its marketing of low introductory rate offers in 2004 and focus more on rewards programs. Management believes the reduction in low introductory rate marketing in 2004 will have less of an impact on loan growth in the second half of 2005 than in the first half.

**Cautionary Language**

This release includes forward-looking statements and estimates concerning MBNA Corporation's financial performance. Such statements and estimates are subject to risks and uncertainties that may cause the Corporation's actual performance to differ materially from that set forth in such forward-looking statements and estimates. The estimates contained in this release represent the current estimates of the Corporation and the Corporation undertakes no obligation to update publicly or revise any such estimates or other forward-looking statements contained in this release.

The Corporation's earnings per share is a basic measure of the Corporation's performance. Risks and uncertainties that may affect the Corporation's future performance, including earnings per share, are detailed in the Corporation's most recent Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission. Certain such risks and uncertainties are discussed below:

Competition

Competition from other lenders could affect the Corporation's loans outstanding, Customer retention, and the rates and fees charged on the Corporation's loans. Competitors may offer lower rates and fees and attractive benefits and rewards. As part of its strategy for profitable growth, in 2004 the Corporation began offering fewer 0% promotional rates, which has the effect of negatively impacting loans outstanding.

Customer behavior

Customer spending and repayment levels and Customer use of the Corporation's lending products over competing lending products, such as mortgage and home equity products, impact the Corporation's loans outstanding.

General economic conditions

The pace and sustainability of the current economic recoveries in the U.S. and the U.K. impact loans outstanding, delinquencies and credit losses.

Monetary policy

The pace and level of increases in interest rates in the U.S. and the U.K. impact the Corporation's cost of funds, net interest margin and net income.

Expense management

The Corporation's ability to effectively manage expenses, including operating expenses, impacts net income.

Legal and regulatory matters

Legislative, legal and regulatory actions could adversely affect the Corporation's interest, fee and interchange revenue and the ability of the Corporation to market its products. For example, see the "Legal Proceedings" section of the Corporation's most recent 10-K (relating to foreign currency conversion fees), the "Regulatory Matters" section of the 10-K (relating to the activities of the Treasury Select Committee in the U.K.), and the "Regulatory and Other Matters" section of the Corporation's most recent 10-Q (relating to "MasterCard and Visa Litigation and Competition", "Interchange in the U.K." and "Office of Fair Trade Investigation of Default Charges in the U.K.")

Portfolio purchases and acquisitions

The Corporation regularly purchases loan portfolios and acquires related businesses. The availability and attractiveness of such opportunities could impact loans outstanding.

---

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

MBNA Corporation

Date: January 21, 2005

By:  /s/    Kenneth A. Vecchione
            Kenneth A. Vecchione
            Chief Financial Officer