# EXHIBIT E



# Like no other

Annual report 2004



If you're into it, we're into it.

securitization, the reserve for possible credit losses, intangible assets and goodwill, and revenue recognition as critical accounting policies, which require management to make significant judgments, estimates and assumptions.

Management believes the current assumptions and other considerations used to estimate amounts reflected in the Corporation's consolidated financial statements are appropriate. However, if actual experience differs from the assumptions and other considerations used in estimating amounts reflected in the Corporation's consolidated financial statements, the resulting changes could have a material adverse effect on the Corporation's consolidated results of operations, and in certain situations, could have a material adverse effect on the Corporation's financial condition.

The development and selection of the critical accounting policies, and the related disclosures have been reviewed with the Audit Committee of the Corporation's Board of Directors.

## OFF-BALANCE SHEET ASSET SECURITIZATION

The Corporation uses securitization of its loan principal receivables as one source to meet its funding needs. The Corporation accounts for its securitization transactions in accordance with Statement of Financial Accounting Standards No. 140, "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities— a Replacement of FASB Statement No. 125" ("Statement No. 140"), issued by the Financial Accounting Standards Board ("FASB"). When the Corporation securitizes loan principal receivables, the Corporation recognizes a gain on sale and retained beneficial interests, including an interest-only strip receivable. The interest-only strip receivable represents the contractual right to receive interest and other revenue less certain costs from the trust over the estimated life of the securitized loan principal receivables. The Corporation's securitization trusts are qualified special-purpose entities as defined by Statement No. 140 that are specifically exempted from the requirements of FASB Interpretation No. 46 (revised December 2003), "Consolidation of Variable Interest Entities, an interpretation of ARB No. 51" ("Interpretation No. 46(R)").

The Corporation estimates the fair value of the interest-only strip receivable based on the present value of expected future net revenue flows. Since quoted market prices for the interest-only strip receivable are not available, management uses certain assumptions and estimates in determining the fair value of the interest-only strip receivable. These assumptions and estimates include projections of interest income, certain fees, recoveries on charged-off securitized loans, gross credit losses on securitized loans, contractual servicing fees, and the interest rate paid to investors in a securitization transaction ("excess spread"). These projections are used to estimate the excess spread to be earned by the Corporation over the estimated life of the securitized loan principal receivables. The other assumptions and estimates used by the Corporation in estimating the fair value of the interest-only strip receivable include projected loan payment rates, which are used to determine the estimated life of the securitized loan principal receivables, and an appropriate discount rate.

The assumptions and estimates used to estimate the fair value of the interest-only strip receivable at December 31, 2004, reflect

management's judgment as to the expected excess spread to be earned and projected loan payment rates to be experienced on the securitized loans. These estimates are likely to change in the future, as the individual components of the excess spread and projected loan payment rates are sensitive to market and economic conditions. For example, the rates paid to investors in the Corporation's securitization transactions are primarily variable rates subject to change based on changes in market interest rates. Changes in market interest rates and competitive pressures can also affect the projected interest income on securitized loans, as the Corporation could reprice the managed loan portfolio. Credit loss projections could change in the future based on changes in the credit quality of the securitized loans, the Corporation's account management and collection practices, and general economic conditions. Projected loan payment rates could fluctuate based on general economic conditions and competition. Actual and expected changes in these assumptions may result in future estimates of the excess spread and projected loan payment rates being materially different from the estimates used in the periods covered by this report.

On a quarterly basis, the Corporation reviews prior assumptions and estimates and compares the results to actual trust performance and other factors for the prior period that approximates the average life of the securitized loan receivables. Based on this review and the Corporation's current assumptions and estimates for future periods, the Corporation adjusts as appropriate, the assumptions and estimates used in determining the fair value of the interest-only strip receivable. If the assumptions change, or actual results differ from projected results, the interest-only strip receivable and securitization income would be affected. If management had made different assumptions for the periods covered by this report that raised or lowered the excess spread or projected loan payment rates, the Corporation's financial condition and results of operations could have differed materially. For example, a 20% change in the excess spread assumption for all securitized loan principal receivables could have resulted in a change of approximately $259 million in the value of the total interest-only strip receivable at December 31, 2004, and a related change in securitization income.

Note 9: Off-Balance Sheet Asset Securitization to the consolidated financial statements provides further detail regarding the Corporation's assumptions and estimates used in determining the fair value of the interest-only strip receivable and their sensitivities to adverse changes.

## RESERVE FOR POSSIBLE CREDIT LOSSES

The Corporation maintains the reserve for possible credit losses at an amount sufficient to absorb losses inherent in the Corporation's loan principal receivables at the reporting date based on a projection of probable net credit losses. To project probable net credit losses, the Corporation regularly performs a migration analysis of delinquent and current accounts and prepares a bankruptcy filing forecast. A migration analysis is a technique used to estimate the likelihood that a loan receivable may progress through the various delinquency stages and ultimately charge off. The bankruptcy filing forecast is based upon an analysis of historical filings, industry trends, and

Table 11 presents the components of total other operating income.

## TABLE 11: COMPONENTS OF TOTAL OTHER OPERATING INCOME (dollars in thousands)

| Year Ended December 31. | 2004 | 2003 | 2002 |
|---|---|---|---|
| Securitization income: | | | |
| Excess servicing fees (a) | $5,191,359 | $4,875,381 | $4,304,428 |
| Loan servicing fees (a) | 1,664,669 | 1,535,427 | 1,403,132 |
| Gain from the sale of loan principal receivables for new securitizations (b) | 90,884 | 124,450 | 154,556 |
| Net revaluation of interest-only strip receivable (b) | (193,604) | (11,302) | (195,764) |
| Total securitization income | 6,753,308 | 6,523,956 | 5,666,352 |
| Interchange | 442,104 | 391,827 | 357,410 |
| Credit card loan fees (c) | 515,915 | 467,166 | 353,105 |
| Other consumer loan fees (c) | 170,592 | 108,072 | 100,429 |
| Commercial loan fees (c) | 69,568 | 46,593 | 32,750 |
| Insurance | 200,536 | 231,941 | 181,474 |
| Other | 106,363 | 55,925 | 61,403 |
| Total other operating income | $8,258,386 | $7,825,480 | $6,752,923 |

(a) Total securitization servicing fees include excess servicing fees and loan servicing fees.

(b) The net gain (or loss) from securitization activity includes the gain from the sale of loan principal receivables and the net revaluation of the interest-only strip receivable.

(c) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

Certain components of total other operating income are discussed as follows:

### SECURITIZATION INCOME

Securitization income includes excess servicing and loan servicing fees, the gain from the sale of loan principal receivables recognized for new securitizations, and the net revaluation of the Corporation's interest-only strip receivable. The Corporation has the rights to all excess revenue generated from the securitized loans arising after the trusts absorb the cost of funds, loan servicing fees and credit losses ("excess servicing fees"). The Corporation continues to service the securitized loans and receives an annual contractual servicing fee of approximately 2% of the investor principal outstanding ("loan servicing fees"). The Corporation recognizes a gain from the sale of loan principal receivables for new securitizations. Securitization income is also impacted by the net revaluation of the Corporation's interest-only strip receivable as a result of changes in the estimated excess spread to be earned in the future and changes in projected loan payment rates and securitization transactions that are currently in their scheduled accumulation period. The accumulation period occurs when the trusts begin accumulating principal collections to make principal payments to the investors, instead of purchasing new loan principal receivables from the Corporation.

Securitization income increased $229.4 million or 3.5% to $6.8 billion for 2004, as compared to an increase of $857.6 million or 15.1% to $6.5 billion for 2003 from $5.7 billion for 2002. Excluding the change in the estimated value of accrued

interest and fees in 2002, securitization income would have increased $685.6 million or 11.7% for 2003. The components of securitization income are discussed separately below.

### TOTAL SECURITIZATION SERVICING FEES

Total securitization servicing fees include both excess servicing fees and loan servicing fees. These items are discussed below.

Table 12 provides further detail regarding total excess servicing fees.

## TABLE 12: COMPONENTS OF TOTAL EXCESS SERVICING FEES (dollars in thousands)

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| Interest income on securitized loans | $9,855,669 | $9,484,680 | $8,877,207 |
| Interest expense on securitized loans | (1,971,198) | (1,630,415) | (1,833,105) |
| Net interest income on securitized loans | 7,884,471 | 7,854,265 | 7,044,102 |
| Other fee income on securitized loans | 3,247,581 | 2,932,012 | 2,498,841 |
| Net credit losses on securitized loans | (4,276,024) | (4,375,469) | (3,835,383) |
| Total securitization servicing fees | 6,856,028 | 6,410,808 | 5,707,560 |
| Loan servicing fees | (1,664,669) | (1,535,427) | (1,403,132) |
| Total excess servicing fees | $5,191,359 | $4,875,381 | $4,304,428 |

### EXCESS SERVICING FEES

Excess servicing fees increased $316.0 million or 6.5% to $5.2 billion for 2004, as compared to an increase of $571.0 million or 13.3% to $4.9 billion for 2003 from $4.3 billion for 2002. The increase in excess servicing fees for 2004 was primarily a result of an increase in other fee income on securitized loans combined with a decrease in net credit losses on securitized loans, partially offset by an increase in loan servicing fees. The increase for 2003 was primarily the result of increases in net interest income and other fee income earned on securitized loans, partially offset by an increase in net credit losses on securitized loans.

The net interest income earned on securitized loans increased $30.2 million or .4% to $7.9 billion for 2004, as compared to $810.2 million or 11.5% to $7.9 billion for 2003 from $7.0 billion for 2002. Excluding the change in the estimated value of accrued interest and fees in 2002, net interest income earned on securitized loans would have increased excess servicing fees by $598.8 million or 8.3% for 2003. Securitized net interest income was affected by the growth in average securitized loans and changes in the net interest margin on securitized interest-earning assets. Average securitized loans increased $5.3 billion or 6.5% to $87.0 billion for 2004, as compared to an increase of $7.0 billion or 9.3% to $81.7 billion for 2003 from 2002. This growth in average securitized loans is consistent with the overall growth in the Corporation's average managed loans, which increased 7.5% and 9.8% for 2004 and 2003, respectively. The net interest margin on securitized interest-earning assets decreased to 9.50% for 2004, as compared to 10.09% in 2003, and 9.93% in 2002. Excluding the change in the estimated value of accrued interest and fees in 2002, the securitized net interest margin would have decreased 14 basis points for 2003. The

ratios are maintained. Failure to meet these minimum capital requirements can initiate certain mandatory, and possible additional discretionary, actions by the federal bank regulators that, if undertaken, could have a direct material effect on the Corporation's, the Bank's, and MBNA Delaware's consolidated financial statements. Under the capital adequacy guidelines and the regulatory framework for prompt corrective action, the Corporation, the Bank, and MBNA Delaware must meet specific capital guidelines that involve quantitative measures of their assets, liabilities, and certain off-balance sheet items as calculated under regulatory accounting practices.

Note 28: Capital Adequacy to the consolidated financial statements provides further detail regarding the Corporation's, the Bank's, and MBNA Delaware's capital adequacy and is incorporated by this reference into this section.

## DIVIDEND LIMITATIONS

The payment of dividends in the future and the amount of such dividends, if any, will be at the discretion of the Corporation's Board of Directors. The payment of preferred and common stock dividends by the Corporation may be limited by certain factors, including regulatory capital requirements, broad enforcement powers of the federal bank regulatory agencies, and tangible net worth maintenance requirements under the Corporation's revolving credit facilities. The payment of common stock dividends may also be limited by the terms of the Corporation's preferred stock.

Table 24 shows the dividend payout ratio.

### TABLE 24: SELECTED FINANCIAL RATIOS

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| Return on average total assets | 4.39% | 4.16% | 3.67% |
| Return on average stockholders' equity | 21.72 | 22.98 | 21.29 |
| Average stockholders' equity to average total assets | 20.23 | 18.09 | 17.22 |
| Dividend payout ratio | 23.41 | 20.11 | 20.15 |

Note 27: Dividend Limitations to the consolidated financial statements provides further detail regarding the Corporation's dividend limitations and is incorporated by this reference into this section.

## OFF-BALANCE SHEET ARRANGEMENTS

In the normal course of business, the Corporation is a party to a number of activities that contain credit, market and operational risk that are not reflected in whole or in part in the Corporation's consolidated financial statements. Such activities include off-balance sheet asset securitization, off-balance sheet derivative financial instruments, and other items.

### OFF-BALANCE SHEET ASSET SECURITIZATION

Off-balance sheet asset securitization is the process whereby loan principal receivables are converted into securities normally referred to as asset-backed securities. The securitization of the Corporation's loan principal receivables is accomplished through the public and private issuance of asset-backed securities and is accounted for in accordance with Statement No. 140. Off-balance sheet asset securitization removes loan principal receivables from the consolidated statements of financial condition through the transfer of loan principal receivables to a trust. The trust then sells undivided interests to investors that

entitle the investors to specified cash flows generated from the securitized loan principal receivables, while the Corporation retains the remaining undivided interest and is entitled to specific cash flows allocable to that retained interest. As loan principal receivables are securitized, the Corporation's on-balance sheet funding needs are reduced by the amount of loans securitized.

A credit card account or other open-end loan account represents a contractual relationship between the Corporation and the Customer. A loan receivable is a financial asset. Unlike a mortgage loan or other closed-end loan account, the terms of a credit card account or other open-end loan account permit the Customer to borrow additional amounts and to repay each month an amount the Customer chooses, subject to a minimum payment requirement. The account remains open after repayment of the balance and the Customer may continue to use it to borrow additional amounts. The Corporation reserves the right to change the account terms, including interest rates and fees, in accordance with the terms of the agreement and applicable law. The account is, therefore, separate and distinct from the loan receivable.

In a securitization, the account relationships are not sold to the securitization trust. The Corporation retains ownership of the account relationship, including the right to change the terms of the account and the right to additional loan principal receivables generated by the account. During a securitization's revolving period, the Corporation agrees to sell the additional principal receivables to the trusts until the trusts begin using principal collections to make payments to investors. When the revolving period of the securitization ends, the account relationship between the Corporation and the Customer continues.

The beneficial interests in the trusts sold to investors are issued through different classes of securities with different risk levels and credit ratings. The Corporation's securitization transactions are generally structured to include up to three classes of securities sold to investors. With the exception of the most senior class, each class of securities issued by the trusts provides credit enhancement, in the form of subordination, to the more senior, higher-rated classes. The most senior class of asset-backed securities is the largest and generally receives a AAA credit rating at the time of issuance. In order to issue senior classes of securities, it is necessary to obtain the appropriate amount of credit enhancement, generally through the issuance of the above described subordinated classes. The Corporation receives a servicing fee for servicing the loans. This servicing fee is a component of securitization income.

The trusts are qualified special-purpose entities as defined under Statement No. 140. To meet the criteria to be considered a qualifying special-purpose entity, a trust must be demonstrably distinct from the Corporation and have activities that are significantly limited and entirely specified in the legal documents that established the trust. The Corporation cannot change the activities that the trust can perform. These activities may only be changed by a majority of the beneficial interest holders not including the Corporation. As qualifying special-purpose entities under Statement No. 140, the trusts' assets and liabilities are not consolidated in the Corporation's statements of financial condition. The trusts are administered by an independent trustee.

# EXHIBIT F

10-Q 1 march0410q.htm MARCH 31, 2004 10Q

---

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-Q

(Mark One)

☒      **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2004

**or**

☐      **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from_____ to _____.

Commission file number 1-10683

# MBNA Corporation

---

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Maryland** | **52-1713008** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **Wilmington, Delaware** | **19884-0131** |
| (Address of principal executive offices) | (Zip Code) |

**(800) 362-6255**

---

(Registrant's telephone number, including area code)

---

(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes   **X**   No

translation amounts related to the strengthening of foreign currencies against the U.S. dollar. See "Note I: Comprehensive Income" to the consolidated financial statements for further discussion.

-33-

## Total Other Operating Income

Total other operating income includes securitization income, interchange income, credit card fees, other consumer loan fees, insurance income, and other income. Total other operating income increased $154.5 million or 8.6% to $1.9 billion for the three months ended March 31, 2004, as compared to $1.8 billion for the same period in 2003.

Table 7 presents the components of total other operating income.

**Table 7: Components of Total Other Operating Income**
*(dollars in thousands) (unaudited)*

| | For the Three Months Ended March 31, | |
| --- | --- | --- |
| | 2004 | 2003 |
| Securitization income: | | |
| Excess servicing fees (a) | $ 1,185,035 | $ 1,068,159 |
| Loan servicing fees (a) | 405,448 | 369,958 |
| Gain from the sale of loan principal receivables for new securitizations (b) | 25,134 | 25,264 |
| Net revaluation of interest-only strip receivable (b) | (47,075) | 12,119 |
| Total securitization income | 1,568,542 | 1,475,500 |
| Interchange | 101,573 | 89,666 |
| Credit card fees | 163,073 | 126,784 |
| Other consumer loan fees | 33,380 | 26,075 |
| Insurance | 52,897 | 53,487 |
| Other | 23,067 | 16,497 |
| Total other operating income | $ 1,942,532 | $ 1,788,009 |

(a) Total securitization servicing fees include excess servicing fees and loan servicing fees.
(b) The net gain (or loss) from securitization activity includes the gain from the sale of loan principal receivables for new securitizations and the net revaluation of the interest-only strip receivable.

Certain components and changes in total other operating income are discussed as follows:

**Securitization Income**

Securitization income includes excess servicing and loan servicing fees, the gain from the sale of loan principal receivables recognized for new securitizations, and the net revaluation of the Corporation's interest-only strip receivable. The Corporation has the rights to all excess revenue generated from the securitized loans arising after the trusts absorb the cost of funds, loan servicing fees and credit losses ("excess servicing fees"). The Corporation continues to service the securitized loans and receives an annual contractual servicing fee of approximately 2% of the investor principal outstanding ("loan servicing fees"). The Corporation recognizes a gain from the sale of loan principal receivables for new securitizations. Securitization income is also impacted by the net revaluation of the Corporation's interest-only strip receivable as a result of changes in the estimated excess spread to be earned in the

future and changes in projected loan payment rates and securitization transactions that are currently in their scheduled accumulation period. The accumulation period occurs when the trusts begin accumulating principal collections to make principal payments to the investors, instead of purchasing new loan principal receivables from the Corporation.

Securitization income increased $93.0 million or 6.3% to $1.6 billion for the three months ended March 31, 2004, as compared to $1.5 billion for the same period in 2003. This increase is discussed below.

-34-

*Total Securitization Servicing Fees*

Total securitization servicing fees include both excess servicing fees and loan servicing fees. These items are discussed below.

Table 8 provides further detail regarding total excess servicing fees.

**Table 8: Components of Total Excess Servicing Fees**
*(dollars in thousands) (unaudited)*

|  | For the Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2004 | 2003 |
| Interest income on securitized loans | $ 2,391,738 | $ 2,308,383 |
| Interest expense on securitized loans | (423,714) | (411,267) |
| Net interest income on securitized loans | 1,968,024 | 1,897,116 |
| Other fee income on securitized loans | 733,480 | 641,296 |
| Net credit losses on securitized loans | (1,111,021) | (1,100,295) |
| Total securitization servicing fees | 1,590,483 | 1,438,117 |
| Loan servicing fees | (405,448) | (369,958) |
| Total excess servicing fees | $ 1,185,035 | $ 1,068,159 |

*Excess Servicing Fees*

Excess servicing fees increased $116.9 million or 10.9% to $1.2 billion for the three months ended March 31, 2004, as compared to $1.1 billion for the same period in 2003. The increase for the three months ended March 31, 2004 was primarily the result of an increase in net interest income and other fee income earned on securitized loans, partially offset by an increase in loan servicing fees.

Certain measures of securitized loan performance are discussed below. The Corporation's net interest income as reported and net interest margin as reported are discussed under "Net Interest Income." Refer to "Table 19" for the reconciliation of net interest income to managed net interest income. Refer to "Off-Balance Sheet Arrangements— Impact of Off-Balance Sheet Securitization Transactions on the Corporation's Results" for the calculation of the Corporation's net interest margin on securitized interest-earning assets and the calculation of the Corporation's net interest margin. The Corporation's net credit losses on loan receivables are discussed under "Loan Quality—Net Credit Losses." Refer to "Table 15" for the reconciliation of net credit losses on loan receivables to the net credit losses on managed loans and the calculation of the net credit loss ratio on loan receivables and securitized loans.

# EXHIBIT G

10-Q 1 jun04_10q.htm 2ND QUARTER 2004 10Q

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2004

**or**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from_____to_____.

Commission file number 1-10683

# MBNA Corporation

(Exact name of registrant as specified in its charter)

| Maryland | 52-1713008 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| Wilmington, Delaware | 19884-0131 |
| (Address of principal executive offices) | (Zip Code) |

**(800) 362-6255**

(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes  **X**    No

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act).

basis points in the rate paid on average long-term debt and bank notes. The increase in average domestic long-term debt and bank notes is attributable to the assumption of debt from the SFS acquisition on March 31, 2004, which increased average domestic long-term debt and bank notes by $364.4 million for the six months ended June 30, 2004. The decrease in the rate paid on average domestic long-term debt and bank notes reflects actions by the FOMC in the second quarter of 2003 that impacted overall market interest rates. As the SFS acquisition occurred at the end of the first quarter, the impact to the rate paid on average domestic long-term debt and bank notes was not as great for the six months ended June 30, 2004, as compared to the three months ended June 30, 2004.

See "Note K: Acquisitions" and "Note H: Long-Term Debt and Bank Notes" to the consolidated financial statements for further detail regarding the SFS acquisition.

Foreign Long-Term Debt and Bank Notes

Interest expense on foreign long-term debt and bank notes increased $22.9 million or 60.7% to $60.7 million and $48.4 million or 63.2% to $125.1 million for the three and six months ended June 30, 2004, as compared to $37.8 million and $76.6 million for the same periods in 2003, respectively. The increase in interest expense on foreign long-term debt and bank notes was primarily the result of an increase in average foreign long-term debt and bank notes of $1.3 billion and $1.7 billion to $4.0 billion and $4.3 billion for three and six months ended June 30, 2004, as compared to $2.7 billion and $2.6 billion for the same periods in 2003, respectively. The Corporation issued additional long-term debt and bank notes during the third and fourth quarters of 2003 to fund loan and other asset growth and to diversify funding sources. Also, the Corporation issued debt in connection with the PCL acquisition. See "Note K: Acquisitions" and "Note H: Long-Term Debt and Bank Notes" to the consolidated financial statements for further detail regarding the PCL acquisition.

## Noninterest-Bearing Deposits

Noninterest-bearing deposits increased $302.9 million or 12.5% to $2.7 billion at June 30, 2004, as compared to $2.4 billion at December 31, 2003. The increase is primarily related to an increase in normal cardholder processing activity at MBNA Europe and increased principal collections on securitized loans to the trusts. The Corporation is obligated to transfer principal collections on the Corporation's primary domestic credit card securitization trust on a regular basis. These funds are retained on behalf of the trust with the Corporation until the funds are remitted on a regular basis. The funds are primarily invested in money market instruments until they are remitted to the trust.

-43-

## Accrued Expenses and Other Liabilities

Accrued expenses and other liabilities increased $414.9 million or 15.5% to $3.1 billion at June 30, 2004, as compared to $2.7 billion at December 31, 2003. This increase was primarily the result of an increase in the amount of payables related to MBNA Europe's insurance premium financing product.

## Total Other Operating Income

Total other operating income includes securitization income, interchange income, loan fees, insurance income, and other income. Total other operating income increased $147.8 million or 8.0% to $2.0 billion and $302.3 million or 8.3% to $3.9 billion for the three and six months ended June 30, 2004, as compared to $1.9 billion and $3.6 billion for the same periods in 2003, respectively.

Table 8 presents the components of total other operating income.

**Table 8: Components of Total Other Operating Income**
*(dollars in thousands) (unaudited)*

| | For the Three Months Ended June 30, | For the Six Months Ended June 30, |
| --- | --- | --- |

| | 2004 | 2003 | 2004 | 2003 |
|---|---|---|---|---|
| Securitization income: | | | | |
| Excess servicing fees (a) | $ 1,249,661 | $ 1,138,349 | $ 2,434,696 | $ 2,206,508 |
| Loan servicing fees (a) | 419,777 | 381,694 | 825,225 | 751,652 |
| Gain from the sale of loan principal receivables for new securitizations (b) | 35,319 | 32,992 | 60,453 | 58,256 |
| Net revaluation of interest-only strip receivable (b) | (62,124) | (25,128) | (109,199) | (13,009) |
| Total securitization income | 1,642,633 | 1,527,907 | 3,211,175 | 3,003,407 |
| Interchange income | 103,796 | 101,034 | 205,369 | 190,700 |
| Credit card loan fees (c) | 117,376 | 110,982 | 264,220 | 227,471 |
| Other consumer loan fees (c) | 43,764 | 28,881 | 77,018 | 54,859 |
| Commercial loan fees (c) | 16,572 | 10,217 | 32,927 | 20,609 |
| Insurance income | 45,229 | 55,841 | 98,126 | 109,328 |
| Other | 30,250 | 16,942 | 53,317 | 33,439 |
| Total other operating income | $ 1,999,620 | $ 1,851,804 | $ 3,942,152 | $ 3,639,813 |

(a) Total securitization servicing fees include excess servicing fees and loan servicing fees.
(b) The net gain (or loss) from securitization activity includes the gain from the sale of loan principal receivables and the net
    revaluation of the interest-only strip receivable.
(c) In June 2004, the Corporation reclassified certain loan products to separately report its commercial loan products Business
    card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were
    reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts
    have been reclassified.

**Securitization Income**

Securitization income includes excess servicing and loan servicing fees, the gain from the sale of loan principal receivables recognized for new securitizations, and the net revaluation of the Corporation's interest-only strip receivable. The Corporation has the rights to all excess revenue generated from the securitized loans arising after the trusts absorb the cost of funds, loan servicing fees and credit losses ("excess servicing fees"). The Corporation continues to service the securitized loans and receives an annual contractual servicing fee of approximately 2% of the investor principal outstanding ("loan servicing fees"). The Corporation recognizes a gain from the sale of loan principal receivables for new securitizations. Securitization income is also impacted by the net revaluation of the Corporation's interest-only strip receivable as a result of changes in the estimated excess spread to be earned in the future and changes in projected loan payment rates and securitization transactions that are currently in their scheduled accumulation period. The accumulation period occurs when the trusts begin accumulating principal collections to make principal payments to the investors, instead of purchasing new loan principal receivables from the Corporation.

-44-

Securitization income increased $114.7 million or 7.5% to $1.6 billion and $207.8 million or 6.9% to $3.2 billion for the three and six months ended June 30, 2004, as compared to $1.5 billion and $3.0 billion for the same periods in 2003, respectively. The components of securitization income are discussed separately below.

# EXHIBIT H

*UNITED STATES SECURITIES AND EXCHANGE COMMISSION*
*Washington, D.C. 20549*

*FORM 10−Q*

☒  *QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF*
*THE SECURITIES EXCHANGE ACT OF 1934*

For the quarterly period ended September 30, 2004

*or*

☐  *TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF*
*THE SECURITIES EXCHANGE ACT OF 1934*

For the transition period from _____ to _____.

Commission file number 1−10683

## MBNA Corporation

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| *Maryland* | *52−1713008* |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| *Wilmington, Delaware* | *19884−0131* |
| (Address of principal executive offices) | (Zip Code) |

*(800) 362−6255*

(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes    *X*    No

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b−2 of the Exchange Act).

Yes    *X*    No

Common Stock, $.01 Par Value − 1,277,675,670 Shares Outstanding as of September 30, 2004

*MBNA CORPORATION AND SUBSIDIARIES*
*TABLE OF CONTENTS*

debt and bank notes by $473.2 million for the nine months ended September 30, 2004. The increase in the rate paid on average domestic long−term debt and bank notes reflects actions by the FOMC in the second and third quarter of 2004 that impacted overall market interest rates. As the SFS acquisition occurred at the end of the first quarter, the impact to the rate paid on average domestic long−term debt and bank notes was not as great for the nine months ended September 30, 2004, as compared to the three months ended September 30, 2004.

See "Note K: Acquisitions" and "Note H: Long−Term Debt and Bank Notes" to the consolidated financial statements for further detail regarding the SFS acquisition.

Foreign Long−Term Debt and Bank Notes

Interest expense on foreign long−term debt and bank notes increased $22.8 million or 54.1% to $64.9 million and $71.2 million or 60.0% to $190.0 million for the three and nine months ended September 30, 2004, as compared to $42.1 million and $118.7 million for the same periods in 2003, respectively. The increase in interest expense on foreign long−term debt and bank notes was the result of an increase in average foreign long−term debt and bank notes of $697.4 million and $1.4 billion for three and nine months ended September 30, 2004, combined with an increase of 139 basis points and 45 basis points for the three and nine months ended September 30, 2004, in the rate paid on average foreign long−term debt and bank notes. The Corporation issued additional long−term debt and bank notes during the third and fourth quarters of 2003 to fund loan and other asset growth and to diversify funding sources. Also, the Corporation issued debt in connection with the PCL acquisition in the first quarter of 2004. See "Note K: Acquisitions" and "Note H: Long−Term Debt and Bank Notes" to the consolidated financial statements for further detail regarding the PCL acquisition.

−45−

*Noninterest−Bearing Deposits*

Noninterest−bearing deposits increased $362.6 million or 15.0% to $2.8 billion at September 30, 2004, as compared to $2.4 billion at December 31, 2003. The increase is primarily related to an increase in principal collections on securitized loans due to the trusts. The Corporation is obligated to transfer principal collections on the Corporation's primary domestic and foreign credit card securitization trusts on a regular basis. These funds are retained on behalf of the trusts with the Corporation until the funds are remitted on a regular basis. The funds are primarily invested in money market instruments until they are remitted to the trusts.

*Accrued Expenses and Other Liabilities*

Accrued expenses and other liabilities increased $584.1 million or 21.8% to $3.3 billion at September 30, 2004, as compared to $2.7 billion at December 31, 2003. This increase was primarily the result of an increase in the amount of payables related to MBNA Europe's insurance premium financing product.

*Total Other Operating Income*

Total other operating income includes securitization income, interchange income, loan fees, insurance income, and other income. Total other operating income increased $127.1 million or 6.3% to $2.2 billion and $429.5 million or 7.6% to $6.1 billion for the three and nine months ended September 30, 2004, as compared to $2.0 billion and $5.7 billion for the same periods in 2003, respectively.

Table 8 presents the components of total other operating income.

*Table 8: Components of Total Other Operating Income*
*(dollars in thousands) (unaudited)*

| | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2004 | 2003 | 2004 | 2003 |
| Securitization income: | | | | |
| Excess servicing fees (a) | $ 1,326,533 | $ 1,294,489 | $ 3,761,229 | $ 3,500,997 |
| Loan servicing fees (a) | 416,872 | 387,745 | 1,242,097 | 1,139,397 |
| Gain from the sale of loan principal receivables for new securitizations (b) | 15,496 | 35,362 | 75,949 | 93,618 |
| Net revaluation of interest−only strip receivable (b) | 11,334 | (11,848) | (97,865) | (24,857) |
| Total securitization income | 1,770,235 | 1,705,748 | 4,981,410 | 4,709,155 |
| Interchange income | 113,491 | 94,134 | 318,860 | 284,834 |
| Credit card loan fees (c) | 134,251 | 119,607 | 398,471 | 347,078 |
| Other consumer loan fees (c) | 46,941 | 29,220 | 123,959 | 84,079 |

| | | | | |
|---|---|---|---|---|
| Commercial loan fees (c) | *17,992* | 11,097 | *50,919* | 31,706 |
| Insurance income | *51,512* | 57,168 | *149,638* | 166,496 |
| Other | *25,168* | 15,495 | *78,485* | 48,934 |
| Total other operating income | $ *2,159,590* | $ 2,032,469 | $ *6,101,742* | $ 5,672,282 |

(a) Total securitization servicing fees include excess servicing fees and loan servicing fees.
(b) The net gain (or loss) from securitization activity includes the gain from the sale of loan principal receivables and the net revaluation of the interest−only strip receivable.
(c) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

*Securitization Income*

Securitization income includes excess servicing and loan servicing fees, the gain from the sale of loan principal receivables recognized for new securitizations, and the net revaluation of the Corporation's interest−only strip receivable. The Corporation has the rights to all excess revenue generated from the securitized loans arising after the trusts absorb the cost of funds, loan servicing fees and credit losses ("excess servicing fees"). The Corporation continues to service the securitized loans and receives an annual contractual servicing fee of approximately 2% of the investor principal outstanding ("loan servicing fees"). The Corporation recognizes a gain from the sale of loan principal receivables for new securitizations. Securitization income is also impacted by the net revaluation of the Corporation's interest−only strip receivable as a result of changes in the estimated excess spread to be earned in the future and changes in projected loan payment rates and securitization transactions that are currently in their scheduled accumulation period. The accumulation period occurs when the trusts begin accumulating principal collections to make principal payments to the investors, instead of purchasing new loan principal receivables from the Corporation.

Securitization income increased $64.5 million or 3.8% to $1.8 billion and $272.3 million or 5.8% to $5.0 billion for the three and nine months ended September 30, 2004, as compared to $1.7 billion and $4.7 billion for the same periods in 2003, respectively. The components of securitization income are discussed separately below.

−46−

Total Securitization Servicing Fees

Total securitization servicing fees include both excess servicing fees and loan servicing fees. These items are discussed below.

Table 9 provides further detail regarding total excess servicing fees.

*Table 9: Components of Total Excess Servicing Fees*
*(dollars in thousands) (unaudited)*

| | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
|---|---|---|---|---|
| | *2004* | 2003 | *2004* | 2003 |
| Interest income on securitized loans | $ *2,467,085* | $ 2,396,053 | $ *7,261,380* | $ 7,048,650 |
| Interest expense on securitized loans | *(507,976)* | (401,034) | *(1,359,951)* | (1,220,797) |
| Net interest income on securitized loans | *1,959,109* | 1,995,019 | *5,901,429* | 5,827,853 |
| Other fee income on securitized loans | *818,109* | 776,154 | *2,355,500* | 2,112,880 |
| Net credit losses on securitized loans | *(1,033,813)* | (1,088,939) | *(3,253,603)* | (3,300,339) |
| Total securitization servicing fees | *1,743,405* | 1,682,234 | *5,003,326* | 4,640,394 |
| Loan servicing fees | *(416,872)* | (387,745) | *(1,242,097)* | (1,139,397) |
| Total excess servicing fees | $ *1,326,533* | $ 1,294,489 | $ *3,761,229* | $ 3,500,997 |

Excess Servicing Fees

Excess servicing fees increased $32.0 million or 2.5% to $1.3 billion for the three months ended September 30, 2004, as compared to $1.3 billion for the same period in 2003. Excess servicing fees increased $260.2 million or 7.4% to $3.8 billion for the nine months ended September 30, 2004, as compared to $3.5 billion for the same period in 2003. The increase in excess servicing fees

# EXHIBIT I



**Press Releases**


print

### MBNA Reports Earnings Per Common Share of $.02, Including the In Previously Announced Restructuring Plan

WILMINGTON, Del., April 21 /PRNewswire-FirstCall/ -- MBNA Corporation announced today that net income for the first quarter of 2005 was $31.7 million or $.02 per common share compared with $519.7 million or $.40 per common share for the first quarter of 2004. Net income in the first quarter of 2005 includes a restructuring charge of $767.6 million pre-tax. Without the restructuring charge, net income was $514.1 million or $.40 per common share.

In addition to the restructuring charge, the Corporation's results were further impacted by unexpectedly high payment volumes from U.S. credit card customers. The higher payments reduced managed loans in the quarter more than in prior years. Additionally, the payment volumes were particularly higher on accounts with higher interest rates, which adversely impacted the Corporation's yield on managed loans.

As a result of these recent trends, in the revaluation of its interest-only strip receivable, the Corporation projected lower excess spreads and higher payments. This reduced the interest-only strip receivable and resulted in a net loss from securitization activity of $206.6 million. The net loss from securitization activity is included in other operating income and caused the Corporation's first quarter 2005 other operating income to be lower than its first quarter 2004 other operating income.

The Corporation is implementing programs to offset the higher payment rates in the U.S. Card business. "It is a difficult environment right now. However, we've made progress on recent product introductions, diversification strategies, and improvements in credit quality and operating efficiency," said Bruce L. Hammonds, MBNA's Chief Executive Officer.

Based on the first quarter results and trends, management believes that MBNA's 2005 earnings per share will be significantly below its 10% growth objective.

Loan receivables at March 31, 2005 were $31.8 billion, an increase of $1.8 billion over the first quarter of 2004. Total managed loans at March 31, 2005 were $116.6 billion, a decrease of $1.0 billion compared to the first quarter of 2004. Total volume in the quarter rose to $49.3 billion, an increase of 5% over the first quarter of 2004. Total volume includes sales volume of $33.3 billion, which increased by 10% over the first quarter of 2004, and cash advance volume of $16.0 billion, which decreased by 5% from the first quarter of 2004.

Losses on loan receivables and managed loans for the first quarter of 2005 were 3.98% and 4.48%, respectively. Delinquency on loan receivables and managed loans was 2.93% and 4.17%, respectively, at March 31, 2005. Based on improving asset quality trends, the provision for possible credit losses was $77.9 million lower in the first quarter of 2005 than in the first quarter of

2004.

The Corporation's other operating expense in the first quarter of 2005 was $2.1 billion, including the restructuring charge. The Corporation's focus on improved operating efficiency has generated better results than anticipated, and other operating expense, excluding the restructuring charge in the first quarter of 2005, was lower than in the first quarter of 2004 by 6%. In addition, during the first quarter the Corporation repurchased approximately $250 million of common stock pursuant to its $2 billion share repurchase program announced in January 2005.

The Corporation continued to advance its business development strategies in the first quarter, building upon the success of its customized affinity rewards programs as well as its diversification efforts. Some highlights for the quarter include:

* Signed an agreement to purchase Nexstar, a leading home financing company that gives MBNA a state of the art platform to bring its affinity partner franchise to the home equity market. Nexstar was developed by a team of mortgage lending professionals who have designed technology solutions that provide customized home equity products and a superior customer experience that are critical for affinity marketing.
* Signed a long-term affinity relationship with the American Bar Association ("ABA") and purchased the portfolio of ABA cardholders from the association's previous provider. This key signing adds to the more than 1,200 professional organizations that endorse MBNA products.
* Launched the MBNA NASCAR RacePoints VISA credit card, which allows race fans to earn points that can be redeemed for NASCAR gear, collectibles, and once-in-a-lifetime NASCAR experiences.
* Launched the National Trust credit card program. National Trust is a registered charity with 3.4 million members that works to preserve and protect the coastline, countryside, and historic buildings throughout England, Wales, and Northern Ireland.
* Increased the number of affinity groups that endorse American Express-branded cards to more than 1,500 and began marketing the new American Express-branded clear card to members of some of our College and University endorsing organizations. In addition, MBNA entered into a formal agreement to market American Express-branded credit cards to Customers in the United Kingdom.

As previously reported, MBNA Corporation has made significant progress on its plan to reduce its expense base. In connection with the restructuring plan, the Corporation will incur a charge of approximately $785 million pre-tax, $767.6 million pre-tax of which was recognized in the first quarter of 2005. The charge includes three major components -- staff reductions related to voluntary early retirement and voluntary severance programs, the disposition of fixed assets relating to facilities closings, and contract terminations. Approximately 85% of the charge will result in cash expenditures.

Approximately $500 million of the charge is related to the voluntary early retirement program and voluntary severance program announced in January 2005. The Corporation expects staff reductions from the programs to result in pre-tax expense savings of approximately $210 million in 2005 and approximately $225 million in 2006. This charge is higher than previously announced because more people than anticipated decided to take advantage of

the programs' benefits. The success of this initiative will assist the
Corporation in reducing its staff, particularly in management positions, to
levels that meet expected future business needs and make MBNA more efficient.

Approximately $115 million of the charge is related to the disposition of
fixed assets resulting from the Corporation's previously announced review of
its operations. After this review, management decided to consolidate
operations and close some facilities. The Corporation expects the disposition
of fixed assets to result in pre-tax expense savings of approximately $15
million in 2005 and approximately $25 million in 2006.

In addition, the Corporation terminated a marketing agreement with a third
party vendor that marketed the Corporation's products to endorsing
organizations and terminated a limited number of other agreements. Management
determined that the marketing agreement did not adequately support the
Corporation's long-term objectives. Approximately $170 million of the charge
is related to these contract terminations. The Corporation expects the
contract terminations to result in pre-tax expense savings of approximately
$25 million in 2005 and approximately $50 million in 2006.

This earnings release includes managed data. Please refer to MBNA
Corporation and Subsidiaries Financial Highlights - Exhibit A for a
quantitative reconciliation of reported and managed data. This earnings
release includes certain financial measures excluding the restructuring charge
recorded in the first quarter of 2005. Please refer to MBNA Corporation and
Subsidiaries Financial Highlights - Exhibit A for a quantitative
reconciliation of the reported financial measures and the financial measures
excluding the charge. A business presentation that provides supplemental
information regarding the first quarter of 2005 is available in the Investor
Relations section of MBNA's Web site (http://www.mbna.com).

### About MBNA Corporation

MBNA (NYSE: KRB), the largest independent credit card lender in the world
and a recognized leader in affinity marketing, is an international financial
services company providing lending, deposit, and credit insurance products and
services. MBNA credit cards and related products and services are endorsed by
more than 5,000 organizations worldwide. For more information, visit the
company's web site at http://www.mbna.com.

### Cautionary Language

This report includes forward-looking statements and estimates concerning
the Corporation's future performance. Such statements and estimates are
subject to risks and uncertainties that may cause the Corporation's actual
performance to differ materially from that set forth in such forward-looking
statements and estimates. Risks and uncertainties that may affect the
Corporation's future performance are detailed in the Corporation's most recent
Annual Report on Form 10-K filed with the Securities and Exchange Commission
and examples of such risks and uncertainties are set forth below. The
estimates contained in this report represent the current estimates of the
Corporation and the Corporation undertakes no obligation to update publicly or
revise any such estimates or other forward-looking statements contained in
this report.

### Expense Savings

The actual amount of the expense savings resulting from the restructuring
is affected by the overall impact of the restructuring on the Corporation's

business. For example, as a result of existing and future staffing needs the Corporation may have to increase hiring, thereby reducing actual expense savings. The Corporation may incur additional marketing costs as a result of the termination of the third-party marketing agreement.

### 2005 Earnings Growth Objective

The Corporation's earnings per share is a basic measure of the Corporation's performance. Certain risks and uncertainties that may materially affect earnings per share are discussed below.

### Competition

Competition from other lenders could affect the Corporation's loans outstanding, Customer retention, and the rates and fees charged on the Corporation's accounts, including the ability of the Corporation to reprice existing accounts. Competitors may offer lower rates and fees and attractive benefits and rewards. As part of its strategy for profitable growth, in 2004 the Corporation began offering fewer 0% promotional rates, which has the effect of negatively impacting loans outstanding.

### Customer behavior

Customer spending and repayment levels and Customer use of the Corporation's lending products over competing lending products, such as mortgage and home equity products, impact the Corporation's loans outstanding.

### General economic conditions

The pace and sustainability of the current economic recoveries in the U.S., Canada, and the U.K. impact loans outstanding, delinquencies and credit losses.

### Monetary policy

The pace and level of increases in interest rates in the U.S., Canada, and the U.K. impact the Corporation's cost of funds, net interest margin and net income.

### Expense management

The Corporation's ability to effectively manage expenses, including operating expenses, impacts net income.

### Legal and regulatory matters

Legislative, legal and regulatory actions could adversely affect the Corporation's interest, fee and interchange revenue and the ability of the Corporation to market its products. For example, see the following sections of the Corporation's most recent Annual Report on Form 10-K: "Legal Proceedings" (relating to foreign currency conversion fees), "Regulatory Matters - International Regulation of MBNA Europe" (relating to the activities of the Treasury Select Committee in the U.K. and the Office of Fair Trading's investigations of default charges and interchange in the U.K.) and "Regulatory Matters - MasterCard and Visa Litigation and Competition."

### Portfolio purchases and acquisitions

The Corporation regularly purchases loan portfolios and acquires related businesses. The availability and attractiveness of such opportunities could impact loans outstanding.

Repurchase Program

The success of the Corporation's previously announced $2 billion share repurchase program will impact earnings per share.

New Products and Markets

The Corporation's performance could be affected by difficulties or delays in the development of new products or services and in the expansion into new markets.

MBNA CORPORATION AND SUBSIDIARIES

FINANCIAL HIGHLIGHTS

(dollars in thousands, except per share amounts)

| | For the Three Months Ended March 31, | |
| --- | --- | --- |
| | 2005 | 2004 |
| | (unaudited) | |
| INCOME STATEMENT DATA FOR THE PERIOD: | | |
| Net interest income | $666,114 | $667,905 |
| Provision for possible credit losses | 287,228 | 365,161 |
| Other operating income | 1,782,335 | 1,942,532 |
| Other operating expense (a) | 2,126,702 | 1,441,918 |
| Net income | 31,730 | 519,708 |
| | | |
| PER COMMON SHARE DATA FOR THE PERIOD: | | |
| Earnings (a) | $.02 | $.40 |
| Earnings-assuming dilution (a) | .02 | .40 |
| Dividends | .14 | .12 |
| Book value | 9.85 | 8.79 |
| | | |
| RATIOS: | | |
| Net interest margin (b) | 5.62 % | 5.71 % |
| Return on average total assets (a) | .21 | 3.46 |
| Return on average stockholders' equity (a) | .95 | 17.39 |
| Stockholders' equity to total assets | 20.68 | 18.72 |
| | | |
| Loan Receivables (c): | | |
| Delinquency (d) | 2.93 | 3.39 |
| Net credit loss (e) | 3.98 | 4.45 |
| | | |
| Sales volume: | | |
| Credit card | $31,025,378 | $28,344,796 |
| Other consumer | 18,259 | 104,692 |
| Commercial | 2,270,443 | 1,889,783 |
| Total sales volume | 33,314,080 | 30,339,271 |

```
Cash advance volume:
    Credit card                              12,145,210        14,564,832
    Other consumer                            2,773,779         1,861,145
    Commercial                                1,110,981           420,225
        Total cash advance volume            16,029,970        16,846,202
        Total volume                        $49,344,050       $47,185,473


MANAGED DATA (f):


    At Period End:
        Loan receivables (c)                $31,847,213       $30,095,826
        Securitized loans                    84,770,517        87,490,976
            Total managed loans            $116,617,730      $117,586,802


    Average for the Period:
        Loan receivables (c)                $31,739,359       $32,320,028
        Securitized loans                    86,305,072        85,475,544
            Total managed loans            $118,044,431      $117,795,572


    For the Period:
        Delinquency (d)                            4.17 %            4.27 %
        Net credit loss (e)                        4.48              4.99
        Net interest margin (b)                    7.80              8.25
        Net interest income                  $2,509,522        $2,635,329
        Provision for possible credit losses  1,292,744         1,476,182
        Other operating income                 944,443         1,085,529
```

MBNA CORPORATION AND SUBSIDIARIES

FINANCIAL HIGHLIGHTS

(dollars in thousands, except per share amounts)

|  | For the Three Months Ended March 31, | |
|---|---|---|
|  | 2005 | 2004 |
|  | (unaudited) | |
| BALANCE SHEET DATA AT PERIOD END: | | |
| Investment securities and money market instruments | $13,016,772 | $12,591,680 |
| Credit card loans (g) | 17,967,026 | 18,240,715 |
| Other consumer loans (g) | 9,839,781 | 8,536,192 |
| Commercial loans (g) | 4,040,406 | 3,318,919 |
| Total loan receivables (c) | 31,847,213 | 30,095,826 |
| Reserve for possible credit losses | (1,103,708) | (1,272,734) |
| Net loans | 30,743,505 | 28,823,092 |
| Total assets | 61,426,108 | 61,123,832 |
| Total deposits | 31,152,050 | 31,835,765 |
| Long-term debt and bank notes | 11,672,860 | 12,190,451 |
| Stockholders' equity | 12,704,968 | 11,444,708 |

AVERAGE BALANCE SHEET DATA:

| | | |
|---|---:|---:|
| Investment securities and money | | |
| market instruments | $12,298,278 | $10,680,430 |
| | | |
| Credit card loans (g) | 18,412,300 | 21,779,615 |
| Other consumer loans (g) | 9,390,551 | 8,403,645 |
| Commercial loans (g) | 3,936,508 | 2,136,768 |
| Total loan receivables (c) | 31,739,359 | 32,320,028 |
| Reserve for possible credit losses | (1,090,823) | (1,226,009) |
| Net loans | 30,648,536 | 31,094,019 |
| | | |
| Total assets | 61,456,462 | 60,441,374 |
| Total deposits | 31,135,496 | 31,649,345 |
| Long-term debt and bank notes | 11,607,411 | 11,841,065 |
| Stockholders' equity | 13,552,592 | 12,018,019 |
| | | |
| Weighted average common shares | | |
| outstanding (000) | 1,276,443 | 1,277,953 |
| Weighted average common shares | | |
| outstanding and common stock | | |
| equivalents (000) | 1,292,143 | 1,301,071 |

NOTES:

(a) In the first quarter of 2005, MBNA Corporation recorded a
    restructuring charge in other operating expense of $767.6 million
    pre-tax ($482.3 million net of tax) in connection with its
    restructuring plan.  This charge has resulted in significantly higher
    other operating expense and significantly lower earnings per common
    share, return on average total assets, and return on average
    stockholders' equity ratios for the three months ended March 31,
    2005.  See Exhibit A for a reconciliation of the as reported data to
    data excluding the restructuring charge.

(b) Net interest margin ratios are presented on a fully taxable
    equivalent basis.

(c) Loan receivables include loans held for securitization and the loan
    portfolio.

(d) Delinquency represents accruing loans that are 30 days or more past
    due.

(e) MBNA Corporation's net credit loss ratio is calculated by dividing
    annualized net credit losses, which exclude uncollectible accrued
    interest and fees and fraud losses, for the period by average loans,
    which include the estimated collectible billed interest and fees for
    the corresponding period.

(f) MBNA Corporation allocates resources on a managed basis, and

financial data provided to management reflects MBNA Corporation's results on a managed basis. Managed data assumes MBNA Corporation's securitized loan principal receivables have not been sold and presents the earnings on securitized loan principal receivables in the same fashion as MBNA Corporation's owned loans. Management, equity and debt analysts, rating agencies and others evaluate MBNA Corporation's operations on a managed basis because the loans that are securitized are subject to underwriting standards comparable to MBNA Corporation's owned loans, and MBNA Corporation services the securitized and owned loans, and the related accounts, together and in the same manner without regard to ownership of the loans. In a securitization, the account relationships are not sold to the trust. MBNA Corporation continues to own and service the accounts that generate the securitized loan principal receivables. The credit performance of the entire managed loan portfolio is important to understand the quality of loan originations and the related credit risks inherent in the owned portfolio and retained interests in its securitization transactions.

(g) In 2004, the Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans.

Exhibit A reconciles income statement data for the period to managed net interest income, managed provision for possible credit losses, and managed other operating income, and the loan receivables net credit loss ratio to the managed net credit loss ratio, the loan receivables delinquency ratio to the managed delinquency ratio, the net interest margin ratio to the managed net interest margin ratio, and as reported data to data excluding the restructuring charge. Managed other operating income includes the impact of the gain recognized on securitized loan principal receivables in accordance with Statement of Financial Accounting Standards No. 140, "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities - a replacement of FASB Statement No. 125" ("Statement No. 140").

MBNA CORPORATION AND SUBSIDIARIES

FINANCIAL HIGHLIGHTS

(dollars in thousands, except per share amounts)

EXHIBIT A

RECONCILIATION OF OTHER OPERATING EXPENSE TO OTHER OPERATING EXPENSE

EXCLUDING THE RESTRUCTURING CHARGE (a)

|  | For the Three Months Ended March 31, 2005 (unaudited) |
| --- | --- |
| Other operating expense | $2,126,702 |
| Impact of the restructuring charge | 767,621 |

Other operating expense excluding the
restructuring charge                                      $1,359,081


RECONCILIATION OF EARNINGS PER COMMON SHARE TO EARNINGS PER
COMMON SHARE EXCLUDING THE RESTRUCTURING CHARGE (a)

|  | For the Three Months Ended March 31, 2005 (unaudited) |
| --- | --- |

Earnings per common share:

| | |
| --- | --- |
| Income before income taxes | $34,519 |
| Applicable income taxes | 2,789 |
| Net income | 31,730 |
| Less: preferred stock dividend requirements | 3,516 |
| Net income applicable to common stock | $28,214 |
| Weighted average common shares outstanding (000) | 1,276,443 |
| Earnings per common share | $.02 |

Earnings per common share - assuming dilution:

| | |
| --- | --- |
| Income before income taxes | $34,519 |
| Applicable income taxes | 2,789 |
| Net income | 31,730 |
| Less: preferred stock dividend requirements | 3,516 |
| Net income applicable to common stock | $28,214 |
| Weighted average common shares outstanding and common stock equivalents (000) | 1,292,143 |
| Earnings per common share- assuming dilution | $.02 |

Restructuring charge impact

| | |
| --- | --- |
| Pre-tax restructuring charge | $767,621 |
| Applicable income taxes (b) | 285,293 |
| Restructuring charge, net of tax | $482,328 |

Earnings per common share excluding the restructuring charge

Earnings per common share:

| | |
| --- | --- |
| Income before income taxes | $802,140 |
| Applicable income taxes | 288,082 |
| Net income | 514,058 |
| Less: preferred stock dividend requirements | 3,516 |
| Net income applicable to common stock | $510,542 |
| Weighted average common shares outstanding (000) | 1,276,443 |
| Earnings per common share | $.40 |

Earnings per common share - assuming dilution:

| | |
| --- | --- |
| Income before income taxes | $802,140 |

| | |
|---|---:|
| Applicable income taxes | 288,082 |
| Net income | 514,058 |
| Less: preferred stock dividend requirements | 3,516 |
| Net income applicable to common stock | $510,542 |
| Weighted average common shares outstanding and | |
| common stock equivalents (000) | 1,292,143 |
| Earnings per common share- assuming dilution | $.40 |

RECONCILIATION OF THE RETURN ON AVERAGE TOTAL ASSETS AND STOCKHOLDERS'
EQUITY TO THE RETURN ON AVERAGE TOTAL ASSETS AND STOCKHOLDERS' EQUITY
EXCLUDING THE RESTRUCTURING CHARGE (a)

For the Three Months Ended March 31, 2005

(unaudited)

| | Average Balance | Ratio | Net Income |
|---|---:|---:|---:|
| Return on average total assets | | | |
| | | | |
| Return on average total assets | $61,456,462 | .21% | $31,730 |
| Impact of the restructuring charge | 869 | | 482,328 |
| Return on average total assets | | | |
| excluding the restructuring charge | $61,457,331 | 3.39% | $514,058 |
| | | | |
| Return on average stockholders' equity | | | |
| | | | |
| Return on average stockholders' equity | $13,552,592 | .95% | $31,730 |
| Impact of the restructuring charge | 68,331 | | 482,328 |
| Return on average stockholders' equity | | | |
| excluding the restructuring charge | $13,620,923 | 15.31% | $514,058 |

MBNA CORPORATION AND SUBSIDIARIES

FINANCIAL HIGHLIGHTS

(dollars in thousands, except per share amounts)

EXHIBIT A - continued

RECONCILIATION OF INCOME STATEMENT DATA FOR THE PERIOD TO MANAGED NET
INTEREST INCOME, MANAGED PROVISION FOR POSSIBLE CREDIT LOSSES, AND
MANAGED OTHER OPERATING INCOME

| | For the Three Months Ended March 31, | |
|---|---:|---:|
| | 2005 | 2004 |
| | (unaudited) | |
| Net interest income: | | |
| Net interest income | $666,114 | $667,805 |
| Securitization adjustments | 1,843,408 | 1,968,024 |
| Managed net interest income | $2,509,522 | $2,635,829 |
| | | |
| Provision for possible credit losses: | | |
| Provision for possible credit losses | $287,228 | $365,161 |
| Securitization adjustments | 1,005,516 | 1,111,021 |

| | | |
|---|---|---|
| Managed provision for possible credit losses | $1,292,744 | $1,476,182 |
| | | |
| Other operating income: | | |
| Other operating income | $1,782,335 | $1,942,532 |
| Securitization adjustments | (837,892) | (857,003) |
| Managed other operating income | $944,443 | $1,085,529 |

RECONCILIATION OF THE LOAN RECEIVABLES NET CREDIT LOSS RATIO TO THE MANAGED NET CREDIT LOSS RATIO

| | Net Credit Losses (c) | Average Loans Outstanding | Net Credit Loss Ratio (c) |
|---|---|---|---|
| For the Three Months Ended March 31, 2005 (unaudited) | | | |
| Loan receivables (d) | $316,061 | $31,739,359 | 3.98 % |
| Securitized loans | 1,005,516 | 86,305,072 | 4.66 |
| Managed loans | $1,321,577 | $118,044,431 | 4.48 |
| For the Three Months Ended March 31, 2004 (unaudited) | | | |
| Loan receivables (d) | $359,533 | $32,320,028 | 4.45 |
| Securitized loans | 1,111,021 | 85,475,544 | 5.20 |
| Managed loans | $1,470,554 | $117,795,572 | 4.99 |

RECONCILIATION OF THE LOAN RECEIVABLES DELINQUENCY RATIO TO THE MANAGED DELINQUENCY RATIO

| | Delinquent Balances (e) | Ending Loans Outstanding | Delinquency Ratio (e) |
|---|---|---|---|
| March 31, 2005 (unaudited) | | | |
| Loan receivables (d) | $933,524 | $31,847,213 | 2.93 % |
| Securitized loans | 3,932,876 | 84,770,517 | 4.64 |
| Managed loans | $4,866,400 | $116,617,730 | 4.17 |
| March 31, 2004 (unaudited) | | | |
| Loan receivables (d) | $1,021,722 | $30,095,826 | 3.39 |
| Securitized loans | 4,000,003 | 87,490,976 | 4.57 |
| Managed loans | $5,021,725 | $117,586,802 | 4.27 |

MBNA CORPORATION AND SUBSIDIARIES

FINANCIAL HIGHLIGHTS

(dollars in thousands, except per share amounts)

EXHIBIT A - continued

RECONCILIATION OF THE NET INTEREST MARGIN RATIO TO THE MANAGED NET
INTEREST MARGIN RATIO

| | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio |
|---|---|---|---|
| | For the Three Months Ended March 31, 2005 | | |
| | (unaudited) | | |
| Net interest margin (f): | | | |
| Investment securities and money | | | |
| market instruments | $12,298,278 | | |
| Other interest-earning assets | 4,078,062 | | |
| Loan receivables (d) | 31,739,359 | | |
| Total | $48,115,699 | $666,443 | 5.62 % |
| | | | |
| Securitization adjustments: | | | |
| Investment securities and money | | | |
| market instruments | $ - | | |
| Other interest-earning assets | (4,006,317) | | |
| Securitized loans | 86,305,072 | | |
| Total | $82,298,755 | 1,843,408 | 9.08 |
| | | | |
| Managed net interest margin (f): | | | |
| Investment securities and money | | | |
| market instruments | $12,298,278 | | |
| Other interest-earning assets | 71,745 | | |
| Managed loans | 118,044,431 | | |
| Total | $130,414,454 | 2,509,851 | 7.80 |
| | | | |
| | For the Three Months Ended March 31, 2004 | | |
| | (unaudited) | | |
| Net interest margin (f): | | | |
| Investment securities and money | | | |
| market instruments | $10,680,430 | | |
| Other interest-earning assets | 4,070,778 | | |
| Loan receivables (d) | 32,320,028 | | |
| Total | $47,071,236 | 668,014 | 5.71 |
| | | | |
| Securitization adjustments: | | | |
| Investment securities and money | | | |
| market instruments | $ - | | |
| Other interest-earning assets | (4,000,480) | | |
| Securitized loans | 85,475,544 | | |
| Total | $81,475,064 | 1,968,024 | 9.72 |
| | | | |
| Managed net interest margin (f): | | | |
| Investment securities and money | | | |

| | | | |
|---|---|---|---|
| market instruments | $10,680,430 | | |
| Other interest-earning assets | 70,298 | | |
| Managed loans | 117,795,572 | | |
| Total | $128,546,300 | 2,636,038 | 8.25 |

NOTES TO EXHIBIT A:

(a) In the first quarter of 2005, MBNA Corporation recorded a restructuring charge in other operating expense of $767.6 million pre-tax ($482.3 million net of tax) in connection with its restructuring plan. This charge has resulted in significantly higher other operating expense and significantly lower earnings per common share, return on average total assets, and return on average stockholders' equity ratios for the three months ended March 31, 2005. In this report, various items are discussed excluding the restructuring charge. Management believes this presentation is useful to investors because the restructuring charge had a material impact on the results of operations in the first quarter of 2005 but not in the first quarter of 2004. As a result, the business factors and trends affecting the Corporation's results for these periods in certain cases are better discussed and analyzed without the impact of the restructuring charge.

(b) The restructuring charge impact on net income is net of an effective tax rate of 37.2%.

(c) MBNA Corporation's net credit loss ratio is calculated by dividing annualized net credit losses, which exclude uncollectible accrued interest and fees and fraud losses, for the period by average loans, which include the estimated collectible billed interest and fees for the corresponding period.

(d) Loan receivables include loans held for securitization and the loan portfolio.

(e) Delinquency represents accruing loans that are 30 days or more past due.

(f) Net interest margin ratios are presented on a fully taxable equivalent basis. The fully taxable equivalent adjustment for the three months ended March 31, 2005 and 2004 was $329 and $209, respectively.

SOURCE  MBNA Corporation

© 2005 MBNA Corporation

Privac

Can't open file at /www/cgi-bin/micro_stories.pl line 340.

# EXHIBIT J

MBNA Closing Prices – 1/01/2005 – 12/31/2005

| Date | Closing Price |
|------|---------------|
| 1/3/2005 | 28.38 |
| 1/4/2005 | 27.69 |
| 1/5/2005 | 27.60 |
| 1/6/2005 | 28.24 |
| 1/7/2005 | 28.49 |
| 1/10/2005 | 28.24 |
| 1/11/2005 | 27.95 |
| 1/12/2005 | 27.61 |
| 1/13/2005 | 27.09 |
| 1/14/2005 | 27.01 |
| 1/18/2005 | 27.37 |
| 1/19/2005 | 27.20 |
| 1/20/2005 | 27.44 |
| 1/21/2005 | 27.19 |
| 1/24/2005 | 26.85 |
| 1/25/2005 | 26.48 |
| 1/26/2005 | 26.70 |
| 1/27/2005 | 26.48 |
| 1/28/2005 | 26.30 |
| 1/31/2005 | 26.58 |
| 2/1/2005 | 26.97 |
| 2/2/2005 | 26.85 |
| 2/3/2005 | 26.77 |
| 2/4/2005 | 27.10 |
| 2/7/2005 | 26.92 |
| 2/8/2005 | 26.54 |
| 2/9/2005 | 26.53 |
| 2/10/2005 | 26.28 |
| 2/11/2005 | 26.29 |
| 2/14/2005 | 26.23 |
| 2/15/2005 | 26.13 |
| 2/16/2005 | 26.16 |
| 2/17/2005 | 25.73 |
| 2/18/2005 | 25.36 |
| 2/22/2005 | 25.06 |
| 2/23/2005 | 25.14 |
| 2/24/2005 | 25.19 |
| 2/25/2005 | 25.54 |
| 2/28/2005 | 25.37 |
| 3/1/2005 | 25.57 |
| 3/2/2005 | 25.67 |
| 3/3/2005 | 25.36 |
| 3/4/2005 | 25.75 |
| 3/7/2005 | 26.05 |
| 3/8/2005 | 26.27 |
| 3/9/2005 | 26.17 |
| 3/10/2005 | 26.28 |
| 3/11/2005 | 25.47 |
| 3/14/2005 | 25.71 |
| 3/15/2005 | 25.24 |

| | |
|---|---|
| 3/16/2005 | 24.89 |
| 3/17/2005 | 24.98 |
| 3/18/2005 | 24.70 |
| 3/21/2005 | 24.72 |
| 3/22/2005 | 24.29 |
| 3/23/2005 | 24.44 |
| 3/24/2005 | 24.60 |
| 3/28/2005 | 24.53 |
| 3/29/2005 | 24.17 |
| 3/30/2005 | 24.49 |
| 3/31/2005 | 24.55 |
| 4/1/2005 | 24.20 |
| 4/4/2005 | 24.64 |
| 4/5/2005 | 24.90 |
| 4/6/2005 | 25.05 |
| 4/7/2005 | 25.10 |
| 4/8/2005 | 24.87 |
| 4/11/2005 | 24.83 |
| 4/12/2005 | 24.97 |
| 4/13/2005 | 24.37 |
| 4/14/2005 | 23.99 |
| 4/15/2005 | 23.45 |
| 4/18/2005 | 23.45 |
| 4/19/2005 | 23.22 |
| 4/20/2005 | 23.11 |
| 4/21/2005 | 19.28 |
| 4/22/2005 | 18.45 |
| 4/25/2005 | 18.95 |
| 4/26/2005 | 18.90 |
| 4/27/2005 | 19.09 |
| 4/28/2005 | 19.54 |
| 4/29/2005 | 19.75 |
| 5/2/2005 | 19.80 |
| 5/3/2005 | 19.87 |
| 5/4/2005 | 19.97 |
| 5/5/2005 | 19.98 |
| 5/6/2005 | 19.85 |
| 5/9/2005 | 20.08 |
| 5/10/2005 | 20.12 |
| 5/11/2005 | 20.00 |
| 5/12/2005 | 19.94 |
| 5/13/2005 | 20.00 |
| 5/16/2005 | 20.50 |
| 5/17/2005 | 20.58 |
| 5/18/2005 | 20.85 |
| 5/19/2005 | 20.75 |
| 5/20/2005 | 20.74 |
| 5/23/2005 | 20.95 |
| 5/24/2005 | 20.79 |
| 5/25/2005 | 20.94 |
| 5/26/2005 | 21.20 |
| 5/27/2005 | 21.35 |
| 5/31/2005 | 21.09 |
| 6/1/2005 | 21.37 |

| | |
|---|---|
| 6/2/2005 | 21.30 |
| 6/3/2005 | 21.25 |
| 6/6/2005 | 21.39 |
| 6/7/2005 | 21.49 |
| 6/8/2005 | 21.60 |
| 6/9/2005 | 21.97 |
| 6/10/2005 | 21.60 |
| 6/13/2005 | 21.65 |
| 6/14/2005 | 21.42 |
| 6/15/2005 | 21.55 |
| 6/16/2005 | 21.46 |
| 6/17/2005 | 21.10 |
| 6/20/2005 | 21.30 |
| 6/21/2005 | 21.22 |
| 6/22/2005 | 21.22 |
| 6/23/2005 | 21.25 |
| 6/24/2005 | 21.45 |
| 6/27/2005 | 21.02 |
| 6/28/2005 | 21.30 |
| 6/29/2005 | 21.07 |
| 6/30/2005 | 26.16 |
| 7/1/2005 | 25.77 |
| 7/5/2005 | 25.53 |
| 7/6/2005 | 25.53 |
| 7/7/2005 | 25.50 |
| 7/8/2005 | 25.79 |
| 7/11/2005 | 25.71 |
| 7/12/2005 | 25.95 |
| 7/13/2005 | 26.12 |
| 7/14/2005 | 26.17 |
| 7/15/2005 | 26.22 |
| 7/18/2005 | 25.85 |
| 7/19/2005 | 25.67 |
| 7/20/2005 | 25.65 |
| 7/21/2005 | 25.58 |
| 7/22/2005 | 25.69 |
| 7/25/2005 | 25.50 |
| 7/26/2005 | 25.53 |
| 7/27/2005 | 25.37 |
| 7/28/2005 | 25.33 |
| 7/29/2005 | 25.16 |
| 8/1/2005 | 25.23 |
| 8/2/2005 | 25.32 |
| 8/3/2005 | 25.25 |
| 8/4/2005 | 25.21 |
| 8/5/2005 | 25.06 |
| 8/8/2005 | 24.91 |
| 8/9/2005 | 24.85 |
| 8/10/2005 | 24.76 |
| 8/11/2005 | 24.86 |
| 8/12/2005 | 24.77 |
| 8/15/2005 | 24.97 |
| 8/16/2005 | 25.26 |
| 8/17/2005 | 25.28 |

| | |
|---|---|
| 8/18/2005 | 25.32 |
| 8/19/2005 | 25.24 |
| 8/22/2005 | 25.29 |
| 8/23/2005 | 25.11 |
| 8/24/2005 | 24.90 |
| 8/25/2005 | 24.99 |
| 8/26/2005 | 24.88 |
| 8/29/2005 | 25.18 |
| 8/30/2005 | 25.01 |
| 8/31/2005 | 25.20 |
| 9/1/2005 | 25.27 |
| 9/2/2005 | 25.11 |
| 9/6/2005 | 25.33 |
| 9/7/2005 | 25.31 |
| 9/8/2005 | 25.03 |
| 9/9/2005 | 25.14 |
| 9/12/2005 | 25.04 |
| 9/13/2005 | 24.89 |
| 9/14/2005 | 24.88 |
| 9/15/2005 | 25.00 |
| 9/16/2005 | 25.38 |
| 9/19/2005 | 25.33 |
| 9/20/2005 | 25.09 |
| 9/21/2005 | 24.63 |
| 9/22/2005 | 24.62 |
| 9/23/2005 | 24.68 |
| 9/26/2005 | 24.55 |
| 9/27/2005 | 24.50 |
| 9/28/2005 | 24.33 |
| 9/29/2005 | 24.56 |
| 9/30/2005 | 24.64 |
| 10/3/2005 | 24.64 |
| 10/4/2005 | 24.58 |
| 10/5/2005 | 24.62 |
| 10/6/2005 | 24.74 |
| 10/7/2005 | 24.72 |
| 10/10/2005 | 24.63 |
| 10/11/2005 | 24.56 |
| 10/12/2005 | 24.50 |
| 10/13/2005 | 24.57 |
| 10/14/2005 | 24.60 |
| 10/17/2005 | 24.67 |
| 10/18/2005 | 24.50 |
| 10/19/2005 | 24.95 |
| 10/20/2005 | 24.79 |
| 10/21/2005 | 24.77 |
| 10/24/2005 | 25.40 |
| 10/25/2005 | 25.29 |
| 10/26/2005 | 25.26 |
| 10/27/2005 | 25.28 |
| 10/28/2005 | 25.67 |
| 10/31/2005 | 25.57 |
| 11/1/2005 | 25.53 |
| 11/2/2005 | 25.78 |

| | |
|---|---|
| 11/3/2005 | 25.70 |
| 11/4/2005 | 25.77 |
| 11/7/2005 | 25.90 |
| 11/8/2005 | 25.85 |
| 11/9/2005 | 25.92 |
| 11/10/2005 | 26.29 |
| 11/11/2005 | 26.35 |
| 11/14/2005 | 26.48 |
| 11/15/2005 | 26.20 |
| 11/16/2005 | 26.18 |
| 11/17/2005 | 26.39 |
| 11/18/2005 | 26.47 |
| 11/21/2005 | 26.63 |
| 11/22/2005 | 26.75 |
| 11/23/2005 | 27.10 |
| 11/25/2005 | 27.28 |
| 11/28/2005 | 27.00 |
| 11/29/2005 | 27.10 |
| 11/30/2005 | 26.77 |
| 12/1/2005 | 26.81 |
| 12/2/2005 | 27.00 |
| 12/5/2005 | 27.11 |
| 12/6/2005 | 27.13 |
| 12/7/2005 | 26.84 |
| 12/8/2005 | 26.83 |
| 12/9/2005 | 26.89 |
| 12/12/2005 | 26.88 |
| 12/13/2005 | 27.23 |
| 12/14/2005 | 27.33 |
| 12/15/2005 | 27.28 |
| 12/16/2005 | 27.52 |
| 12/19/2005 | 27.28 |
| 12/20/2005 | 27.38 |
| 12/21/2005 | 27.39 |
| 12/22/2005 | 27.52 |
| 12/23/2005 | 27.54 |
| 12/27/2005 | 27.32 |
| 12/28/2005 | 27.24 |
| 12/29/2005 | 27.21 |
| 12/30/2005 | 27.15 |