IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br><br>SECURITIES LITIGATION | Case No. 05-00272-GMS<br>CONSOLIDATED |

**COMPENDIUM OF UNREPORTED OPINIONS**

Richard H. Morse (No. 531)
rmorse@ycst.com
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendants*

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman, II
Ryan C. Williams
Christopher F. Nelson
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

February 10, 2006

# INDEX

*Tab*

*Clark* v. *TRO Learning, Inc.*, No. 97 C 8683,
   1998 WL 292382 (N.D. Ill. May 20, 1998).................................................................1

*In re American Business Financial Services, Inc. Sec. Litig.*,
   No. 04-0265, 2005 WL 1324880 (E.D. Pa. 2005) ......................................................2

*In re Bell Atl. Corp. Sec. Litig.*, Civil Action Nos. 91-0514 *et seq.*,
   1997 WL 205709 (E.D. Pa. Apr. 17, 1997) .................................................................3

*In re Cambrex Corp. Sec. Litig.*, No. 03-CV-4896,
   2005 WL 2840336 (D.N.J. Oct. 27, 2005)...................................................................4

*In re Cigna Corp. Sec. Litig.*, No. Civ. A. 02-8088,
   2005 WL 3536212 (E.D. Pa. Dec. 23, 2005)...............................................................5

*In re Health Mgmt. Sys., Inc. Sec. Litig.*, No. 97 Civ. 1865,
   1998 WL 283286 (S.D.N.Y. June 1, 1998) .................................................................6

*In re Merck & Co. Sec. Litig.*, No. 04-3298,
   2005 U.S. App. LEXIS 27412 (3d Cir. Dec. 15, 2005)...............................................7

*In re PDI Sec. Litig.*, No. Civ. A. 02-CV-0211,
   2005 WL 2009892 (D.N.J. Aug. 17, 2005) .................................................................8

*Marra* v. *Tel-Save Holdings, Inc.*, Master File 98-3145,
   1999 WL 317103 (E.D. Pa. May 18, 1999).................................................................9

*Nat'l Distillers & Chem. Corp.* v. *Dep't of Energy*, No. Civil 79-399,
   1980 WL 1057 (D. Del. Oct. 23, 1980) .....................................................................10

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on February 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>Mellon Bank Center
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, DE 19899
>
>Ralph Nicholas Sianni, Esquire
>Seth D. Rigrodsky, Esquire
>Milberg Weiss Bershad & Schulman LLP
>919 North Market Street, Suite 411
>Wilmington, DE 19801

I further certify that on February 10, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel of record

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Richard H. Morse*
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com
>
>Attorneys for Defendants