UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br>SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS<br>CONSOLIDATED |

**COMPENDIUM OF UNREPORTED OPINIONS CITED IN
PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

Dated: April 11, 2006

Seth D. Rigrodsky (DSBA. No. 3147)
Brian D. Long (DSBA No. 4347)
**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
(302) 984-0870 (fax)

- and -

Shannon M. McKenna
**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
(212) 868-1229 (fax)

*Plaintiffs' Lead Counsel*

## INDEX OF UNREPORTED OPINIONS

Case                                                                                                      Tab

*In re Bristol-Myers Squibb Sec. Litig.*, No. 00-1990,
2005 U.S. Dist. LEXIS 18448 (D.N.J. Aug. 17, 2005) ................................................... 1

*In re Cephalon Sec. Litig.*, No. 96-0633,
1997 U.S. Dist. LEXIS 13840 (E.D. Pa. Aug. 29, 1997) ................................................. 2

*Marsden v. Select Med. Corp.*, No. 04-4020,
2006 U.S. Dist. LEXIS 16795 (E.D. Pa. Apr. 6, 2006) ................................................... 3

*In re Merck Co., Inc., Sec., Derivative & "ERISA" Litig.*, Nos. 05-1151, 05-2367,
2006 U.S. Dist. LEXIS 2345 (D.N.J. Jan. 20, 2006) ...................................................... 4

*Montalvo v. Tripos, Inc.*, No. 03-995,
2005 U.S. Dist. LEXIS 22752 (E.D. Mo. Sept. 30, 2005) .............................................. 5

*In re Tel-Save Sec. Litig.*, No. 98-3145,
   1999 U.S. Dist. LEXIS 16800 (E.D. Pa. Oct. 19, 1999) ............................................... 6

*In re Viropharma, Inc., Sec. Litig.*, No. 02-1627,
2003 U.S. Dist. LEXIS 5623 (E.D. Pa. Apr. 7, 2003) ..................................................... 7

## CERTIFICATE OF SERVICE

I, Brian D. Long, hereby certify that on this 11th day of April, 2006, I caused a true and correct copy of the foregoing COMPENIUM OF UNREPORTED OPINIONS CITED IN PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard H. Morse
YOUNG CONAWAY STARGATT
& TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Tel.: (302) 571-6651
E-mail: rmorse@ycst.com
*Counsel for Defendants*

Joseph A. Rosenthal
Jeffrey S. Goddess
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801
Tel.: (302) 656-4433
Email: rmgg@rmgglaw.com

/s/ Brian D. Long
Brian D. Long (#4347)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE  19801
(302) 984-0597
blong@milbergweiss.com