IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br><br>SECURITIES LITIGATION | Case No. 05-00272-GMS<br>CONSOLIDATED |

**COMPENDIUM OF UNREPORTED OPINIONS**

Richard H. Morse (No. 531)
rmorse@ycst.com
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendants*

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman, II
Ryan C. Williams
Christopher F. Nelson
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

May 26, 2006

# INDEX

*Tab*

*In re Astropower Inc. Sec. Litig.*, No. Civ.A. 03-260,
2006 WL 288120 (D.Del. Feb. 7, 2006)......................................................................1

*In re eSpeed, Inc. Sec. Litig.*, No. 05 Civ. 2091, 2006 WL 880045,
(S.D.N.Y. Apr. 3, 2006)..............................................................................................2

*In re Hypercom Corp. Sec. Litig.*, No. CV-05-0455
2006 WL 726791 (D. Ariz. Jan. 25, 2006) .................................................................3

*In re Interpublic Sec. Litig.*, No. 02 Civ. 6527,
2003 WL 21250682 (S.D.N.Y. May 29, 2003) ..........................................................4

*In re IT Group Inc.*, No. 04-1268,
2005 WL 3050611 (D. Del. Nov. 15, 2005) ...............................................................5

*In re PEC Solutions, Inc. Sec. Litig.*, No. 03-CV-331,
2004 WL 1854202 (E.D.Va. May 25, 2004) ..............................................................6

*In re Viropharma, Inc. Sec. Litig.*, No. Civ. A. 02-1627,
2003 WL 1824914 (E.D. Pa. Apr. 7, 2003 ................................................................7

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on May 26, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jeffrey S. Goddess, Esquire
> Rosenthal Monhait Gross & Goddess, P.A.
> Mellon Bank Center
> 919 Market Street, Suite 1401
> P. O. Box 1070
> Wilmington, DE 19899
>
> Ralph Nicholas Sianni, Esquire
> Seth D. Rigrodsky, Esquire
> Milberg Weiss Bershad & Schulman LLP
> 919 North Market Street, Suite 411
> Wilmington, DE 19801

I further certify that on May 26, 2006, I also caused copies of the foregoing document to be served by hand on the above-listed counsel of record.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Richard H. Morse
> Richard H. Morse (I.D. No. 531)
> 17th Floor, Brandywine Building
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6651
> rmorse@ycst.com
>
> Attorneys for Defendants

DB01:2107740.1

064261.1001