IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Baker v. MBNA Corp., et al. | ) ) ) ) ) | Civ. Action No.: <br> 05-CV-00272-GMS |

**LEAD PLAINTIFF'S MOTION FOR**
**<u>APPROVAL OF SUBSTITUTION OF LEAD COUNSEL</u>**

Lead Plaintiff Activest Investmentgesellschaft mbH ("Activest"), through its undersigned counsel, moves this Court, before the Honorable Gregory M. Sleet, United States District Judge, for an Order substituting the law firm of Motley Rice LLC ("Motley Rice") for the law firm of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"), which firm this Court previously appointed as Lead Counsel on October 13, 2005, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Plaintiff also seeks the approval of Rigrodsky & Long, P.A., as Liaison Counsel.

In support of the Motion, Lead Plaintiff Activest submits herewith its supporting Memorandum of Law, [Proposed] Order, Declaration of James M. Evangelista, and Local Rule 7.1.1 Certification. For all the reasons set forth in Activest's Memorandum of Law, Activest respectfully requests that the Court approve the substitution of the law firm of Motley Rice LLC as Lead Counsel in this action by entering the attached Order, <u>together</u> with such other and further relief as the Court deems just and proper.

Dated: October 9, 2006

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By: /s/ Brian D. Long
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel. (302) 295-5310
Fax: (302) 654-7530
Email: bdl@rigroskylong.com

[Proposed] LIAISON COUNSEL

Stuart J. Guber
James M. Evangelista
MOTLEY RICE LLC
600 West Peachtree Street, Suite 800
Atlanta, Georgia 30308
Tel.: (404) 201-6900
Fax: (404) 201-6959
Email: jevangelista@motleyrice.com
       sguber@motleyrice.com

[Proposed] LEAD COUNSEL

Deborah Sturman
STURMAN LLC
112 Madison Avenue
New York, NY 10016-7416
Tel.: (646) 932-2940
Fax: (212) 273-4475
Email: sturman@sturman.ch

ATTORNEYS FOR ACTIVEST INVESTMENT
  GESELLSCHAFT MBH