IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Baker v. MBNA Corp., et al. | Civ. Action No.:<br><br>05-CV-00272-GMS |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule of Civil Practice and Procedure 7.1.1, the undersigned hereby states that he has made a good-faith effort to reach an agreement with opposing counsel on the issue set forth in Defendants' Motion for Attorney's Fees filed herewith. Both counsel for defendants and attorneys from Milberg Weiss Bershad & Schulman LLP have stated that they take no position on, but do not oppose this motion.

Dated: October 9, 2006

Respectfully submitted,

RIGRODSKY & LONG, P.A.

By: _____
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel. (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
       bdl@rigroskylong.com

[Proposed] LIAISON COUNSEL

Stuart J. Guber
James M. Evangelista
MOTLEY RICE LLC
600 West Peachtree Street, Suite 800
Atlanta, Georgia 30308
Tel.: (404) 201-6900
Fax: (404) 201-6959
Email: jevangelista@motleyrice.com
       sguber@motleyrice.com

[Proposed] LEAD COUNSEL

Deborah Sturman
STURMAN LLC
112 Madison Avenue
New York, NY  10016-7416
Tel.: (646) 932-2940
Fax:  (212) 273-4475
Email: sturman@sturman.ch

ATTORNEYS FOR ACTIVEST INVESTMENT
  GESELLSCHAFT MBH