IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Baker v. MBNA Corp., et al. | Civ. Action No.:<br><br>05-CV-00272-GMS |

**[PROPOSED] ORDER APPROVING LEAD PLAINTIFF'S MOTION TO SUBSTITUTE MOTLEY RICE LLC AS LEAD COUNSEL**

Upon consideration of the Motion of Lead Plaintiff Activest Investmentgesellschaft mbH ("Activest") to approve its request to substitute Motley Rice LLC as Lead Counsel to the Class, the supporting papers submitted therewith, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion of Lead Plaintiff Activest to approve its request to substitute Motley Rice LLC as Lead Counsel for the law firm of Milberg Weiss Bershad & Schulman LLP, which firm the Court previously appointed as Lead Counsel on October 13, 2005, in the above-entitled action is **GRANTED**; and

2. The law firm of Motley Rice LLC is hereby **APPROVED** to serve in this action as Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

3. The law firm of Rigrodsky & Long, P.A. is hereby **APPROVED** as Liaison Counsel.

**SO ORDERED.**

Dated: _____

_____
United States District Judge