# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of October, 2006, I presented the foregoing Lead Plaintiff's Motion for Approval of Substitution of Counsel, Memorandum of Law In Support of Lead Plaintiff's Motion for Substitution of Lead Counsel, Declaration of James M. Evangelista and [proposed] Order to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Jeffrey S. Gooddess, Esq.
ROSENTHAL MONHAIT GROSS & GODDESS, P.A.
Mellon Bank Center
1919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Richard H. Morse, Esq.
17th Floor, Brandywine Building
1000 West Street
P. O. Box 391
Wilmington, DE 19899-0391

Richard J. Urowsky, Esq.
Richard C. Pepperman, II, Esq.
Ryan C. Williams, Esq.
Christopher F. Nelson, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Peter Seidman, Esq.
Milberg Weiss Bershad & Schulman
One Pennsylvania Plaza
49th Floor
New York, New York 10119

*Brian D. Long*
Brian D. Long (Bar No. 4347)