IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Baker v. MBNA Corp., et al. | Civ. Action No.:<br><br>05-CV-00272-GMS |

**MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFF'S
<u>MOTION FOR SUBSTITUTION OF LEAD COUNSEL</u>**

Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
RIGRODSKY & LONG, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel. (302) 295-5310
Fax: (302) 654-7530
Email: bdl@rigrodskylong.com

[Proposed] LIAISON COUNSEL

Stuart J. Guber
James M. Evangelista
MOTLEY RICE LLC
600 West Peachtree Street, Suite 800
Atlanta, Georgia 30308
Tel.: (404) 201-6900
Fax: (404) 201-6959
Email: jevangelista@motleyrice.com
       sguber@motleyrice.com

[Proposed] LEAD COUNSEL

Deborah Sturman
STURMAN LLC
112 Madison Avenue
New York, NY 10016-7416
Tel.: (646) 932-2940
Fax: (212) 273-4475
Email: sturman@sturman.ch

ATTORNEYS FOR ACTIVEST
  INVESTMENTGELLSCHAFT MBH

# TABLE OF CONTENTS

PAGE

Table of Authorities ................................................................................................ ii

Statement of the Nature and Stage of the Proceedings ............................................ 1

Summary of the Argument/Statement of Facts ........................................................ 1

Argument .................................................................................................................. 1

    I.      The Lead Plaintiff Has The Power To Select Lead Counsel ................. 1
           Subject To The Court's Approval

    II.     Motley Rice Will Adequately Protect The Interests ............................. 2
           Of The Class

Conclusion ............................................................................................................... 3

## TABLE OF AUTHORITIES

PAGE

CASES

*In re Cavanaugh*, ...................................................................................................2
306 F.3d 726 (9th Cir. 2002)

*In re Cendant Corp. Sec. Litig.*,
264 F.3d 201, 254 (3rd Cir. 2001) ..........................................................................2

*In re Cendant Corp. Sec. Litig.*,
404 F.3d 173, 254 (3rd Cir. 2005) ......................................................................1, 2

*Chauffeurs, Teamsters & Helpers Local No. 391 v. Terry*,
494 U.S. 558, 568 (1990)........................................................................................2

*In re Providian Fin. Corp. Sec. Litig.*, Master File No. C-01-3952-CRB
(N.D. Cal. Nov. 12, 2004)........................................................................................3

STATUTES

Securities Exchange Act of 1934,
15 U.S.C. § 78u-4(a)(3)(B)(v)..............................................................................1, 3

## STATEMENT OF THE NATURE AND STAGE OF THE PROCEEDING

This is a motion for substitution of counsel for the Class brought by the Court-appointed Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v) in this securities fraud class action matter. Defendants' Motion to Dismiss has been fully briefed and is pending before the Court.

## SUMMARY OF THE ARGUMENT/STATEMENT OF FACTS

On October 13, 2005, this Court appointed Activest Investmentgesellschaft mbH ("Activest") as Lead Plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). The Court approved Lead Plaintiff's selection of Milberg Weiss Bershad & Schulman, LLP ("Milberg Weiss") as Lead Counsel.

In light of the recent federal grand jury indictment of Milberg Weiss and two of its former named partners, Lead Plaintiff Activest seeks an Order approving the substitution of the law firm of Motley Rice LLC ("Motley Rice") for the Milberg Weiss firm. The substitution of Motley Rice will contribute to Activest's ability to prosecute this action with the maximum degree of continuity on behalf of the putative class, help Activest protect the interests of class members, and help Activest fulfill its obligations as Lead Plaintiff. Lead Plaintiff also seeks the approval of Rigrodsky & Long, P.A. as Liaison Counsel.

## ARGUMENT

I. **THE LEAD PLAINTIFF HAS THE POWER TO SELECT LEAD COUNSEL SUBJECT TO THE COURT'S APPROVAL**

As a Lead Plaintiff, Activest has the continuing right to select, subject to court approval, its choice of counsel to represent the class. 15 U.S.C. § 78u-4(a)(3)(B)(v). *See In re Cendant Corp. Sec. Litig.*, 404 F.3d 173, 192 (3d Cir. 2005) ("*Cendant II*") ("The PSLRA is explicit that the power to select counsel resides in the lead plaintiff."); *In re*

*Cavanaugh*, 306 F.3d 726 (9th Cir. 2002) ("Selecting a lawyer in whom a litigant has confidence is an important client prerogative and we will not lightly infer that Congress meant to take away this prerogative from securities plaintiffs. And, indeed, it did not. While the appointment of counsel is made subject to the approval of the court, the Reform Act clearly leaves the choice of class counsel in the hands of the lead plaintiff."); *In re Cendant Corp. Sec. Litig.*, 264 F.3d 201, 273 (3d Cir. 2001) ("The only powers expressly given to the lead plaintiff . . . are to 'select and retain' counsel.") ("*Cendant I*"). The Supreme Court has stated that, across all United States jurisdictions, "a client controls the significant decisions affecting the representation." *See Chauffeurs, Teamsters & Helpers Local No. 391 v. Terry*, 494 U.S. 558, 568 (1990).

Lead Plaintiff Activest has selected Motley Rice to serve as its own counsel and as counsel to the Class and, therefore, seeks the Court's approval of Motley Rice as Lead Counsel pursuant to the PSLRA. The substitution of Motley Rice as a Lead Counsel is appropriate under the PSLRA. *See Cendant II* at 192.

## II. MOTLEY RICE WILL ADEQUATELY PROTECT THE INTERESTS OF THE CLASS

Activest's decision to substitute Motley Rice as a Lead Counsel in this litigation is reasonable. Motley Rice attorneys have substantial experience in the prosecution of shareholder and securities class actions. *See*, Exhibit A to Evangelista Declaration.[1] The firm's Securities and Consumer Fraud practice group has 13 attorneys, a forensic

---

[1] Rigrodsky & Long, P.A. attorneys also have substantial experience in litigating shareholder and securities litigation. See Exhibit B to Evangelista Declaration.

accountant, and utilizes additional resources from the firm.[2] The Motley Rice attorneys devoted to the securities fraud practice have substantial experience litigating PSLRA securities fraud class actions.[3] A list of cases in which these Motley Rice attorneys managed or played major roles while their former firms acted as lead or co-lead counsel is set forth in Exhibit A to the Evangelista Declaration. Some of Motley Rice's experience litigating other types of complex class litigation is also set forth in Exhibit A to the Evangelista Declaration.

Based on its attorneys' extensive experience prosecuting securities fraud class action litigation and other complex class litigation, Motley Rice is well-qualified to serve as Lead Counsel in this matter and will adequately protect the interests of class members.

## CONCLUSION

For the foregoing reasons, Lead Plaintiff Activest respectfully requests that this Court grant Lead Plaintiff's motion and issue and Order approving the substitution of Motley Rice LLC as Lead Counsel for the firm of Milberg Weiss pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

---

[2] The firm has over 65 attorneys in five offices, with a support staff of approximately 350 employees.

[3] This experience includes *In re Providian Fin. Corp. Sec. Litig.*, Master File No. C-01-3952-CRB (N.D. Cal.). Commenting on Motley Rice securities fraud attorneys' efforts at their prior firm, United States District Judge Charles R. Breyer told Messrs. Evangelista and Guber, "I actually did want to tell you that I thought you did an excellent job. . . . And if other cases come along the pike, I would be delighted to consider you again." Nov. 12, 2004, Hearing Tr. at 12-13 (relevant portions are attached at Ex. C to the Evangelista Decl.).

Dated: October 9, 2006

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By: /s/ Brian D. Long
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel. (302) 295-5310
Fax: (302) 654-7530
Email: SDR@rigrodsky.com

[Proposed] LIAISON COUNSEL

James M. Evangelista
Stuart J. Guber
MOTLEY RICE LLC
600 West Peachtree Street, Suite 800
Atlanta, Georgia 30308
Tel.: (404) 201-6900
Fax: (404) 201-6959
Email: jevangelista@motleyrice.com
         sguber@motleyrice.com

[Proposed] LEAD COUNSEL

Deborah Sturman
STURMAN LLC
112 Madison Avenue
New York, NY 10016-7416
Tel.: (646) 932-2940
Fax: (212) 273-4475
Email: sturman@sturman.ch

ATTORNEYS FOR ACTIVEST
  INVESTMENTGELLSCHAFT MBH