## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| Baker v. MBNA Corp., et al. ) ) ) ) ) ) ) | Civ. Action No.: <br><br> 05-CV-00272-GMS |

### DECLARATION OF JAMES M. EVANGELISTA

James M. Evangelista, declares, under penalty of perjury:

1. I am a Member of Motley Rice LLC ("Motley Rice"), counsel for movant Lead Plaintiff Activest Investmentgesellschaft mbH ("Activest"), in the above-captioned action. I submit this Declaration in support of Activest's Motion for Substitution of Lead Counsel in the above-captioned matter.

2. On October 13, 2005, this Court appointed Activest as Lead Plaintiff, and approved Lead Plaintiff's selection of the law firm of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss") as Lead Counsel.

3. In light of the recent federal grand jury indictment of Milberg Weiss and two of its former named partners, the law firm of Motley Rice LLC has been retained by Lead Plaintiff Activest to jointly represent Activest and the putative class members it seeks to represent as Lead Counsel, and be substituted for the law firm of Milberg Weiss, subject to the approval of the Court pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

4. Attached hereto as Exhibit A is a true copy of the firm resume of Motley Rice LLC.

5. Attached hereto as Exhibit B is a true copy of the firm resume of Rigrodsky & Long, P.A.

6. Attached hereto as Exhibit C is a true copy of the excerpts from the transcript of proceedings in *In re Providian Financial Corp. Sec. Litig.*, Master File No. C-02-03952 CRB (N.D. Cal. Nov. 12, 2004).

Executed this 5th day of October, 2006, at Atlanta, Georgia.

_____
James M. Evangelista

# EXHIBIT A



28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000

One Georgia Center
600 W. Peachtree Street
Suite 800
Atlanta, Georgia 30308
(404) 201-6900

## TABLE OF CONTENTS

**FIRM OVERVIEW** ........................................................................................................1

**CIVIL LITIGATION** ................................................................................................ 2

**MULTIPLE PARTY LITIGATION** ..................................................................... 3

**SECURITIES LITIGATION** ................................................................................ 5

**SPECIALIZED BANKRUPTCIES** ..................................................................... 7

**THE FIRM'S MEMBERS** ....................................................................................... 9

   RONALD MOTLEY ...................................................................................................... 9
   JOSEPH RICE ...............................................................................................................10
   LAUREN ANTONINO.................................................................................................. 11
   FRED BAKER................................................................................................................12
   KEVIN DEAN................................................................................................................12
   PAUL DOOLITTLE .......................................................................................................13
   MIKE ELSNER...............................................................................................................14
   JAMES EVANGELISTA .................................................................................................15
   FIDELMA FITZPATRICK .............................................................................................16
   JODI FLOWERS ...........................................................................................................16
   STUART GUBER...........................................................................................................18
   JOHN HERRICK...........................................................................................................19
   ANNE KEARSE ........................................................................................................... 20
   BOB MCCONNELL .......................................................................................................21
   JACK MCCONNELL ................................................................................................... 22
   DON MIGLIORI........................................................................................................... 23
   BILL NARWOLD ........................................................................................................ 24
   ANN RITTER .............................................................................................................. 25
   MARY SCHIAVO......................................................................................................... 26
   JEFFREY THOMPSON................................................................................................. 27
   FRED THOMPSON...................................................................................................... 28
   DAVID WORLEY ........................................................................................................ 29

**ADDITIONAL SECURITIES AND CONSUMER FRAUD LITIGATORS AND
FORENSIC STAFF** ................................................................................................ 30

   WILLIAM APPLEGATE................................................................................................ 30
   INGRID L. MOLL ....................................................................................................... 30
   TED HUGE...................................................................................................................31
   JAMES HUGHES, PH.D. ............................................................................................. 30
   LESLIE TORAN .......................................................................................................... 33
   BRIAN BRADLEY ....................................................................................................... 33



# FIRM OVERVIEW

Motley Rice LLC was founded on April 28, 2003 by Ronald L. Motley, Joseph F. Rice and nearly 50 other attorneys. The firm is one of the nation's largest all plaintiffs law firms. Our attorneys, assisted by over 350 support personnel, are proven leaders in litigation, demonstrating extensive courtroom experience and an in-depth understanding of the law. The firms attorneys are internationally recognized for their pioneering work representing asbestos victims, States' Attorneys General in their landmark litigation against Big Tobacco, the 9/11 families and survivors in their groundbreaking lawsuit against terrorist financiers, and hundreds of thousands of other citizens harmed by the wrongdoing of others. The attorneys of Motley Rice LLC continue to seek justice in the areas of: aviation disaster; catastrophic injury; complex case resolution; securities and consumer fraud; environmental hazards and contamination; medical negligence and medical device defects; occupational disease and toxic torts; and transportation defects, whistleblower protection, and other mass torts. The firm has offices in Barnwell and Mt. Pleasant, South Carolina; Providence, Rhode Island; Hartford, Connecticut; and Atlanta, Georgia. Motley Rice attorneys have dealt with cases in Latin America, Canada and many other countries.

Motley Rice attorneys, with more than several hundred years of collective trial experience with litigation practice across the United States, first gained widespread national recognition for the first successful representations of injured persons against the asbestos industry. Our attorneys' practice has included Dalkon Shield, breast implants, defective medical devices, lead poisoning, and other mass and complex tort litigation including tobacco. In the last decade, Motley Rice attorneys were selected by 26 States' Attorneys General to represent them against the tobacco industry in recovering medical costs associated with smoking under novel legal and equitable theories that Motley Rice attorneys spearheaded – resulting in a $246 billion settlement agreement. The Firm also represents individuals and plaintiffs in complex litigation involving civil racketeering (RICO), securities fraud, insurance fraud, tire and vehicle defects, defective drugs, class actions, toxic torts, workplace exposures, nursing home negligence, multi-district litigation, and representation related to the September 11, 2001 acts of terrorism.



# CIVIL LITIGATION

Motley Rice lawyers and extensive support staff have experience in all types of civil litigation. The Firm's attorneys routinely litigate complex cases involving multiple parties in state and federal jurisdictions throughout the United States, either as sole counsel for the plaintiffs or in association with local counsel and other firms. The Firm's lawyers have also distinguished themselves in the use of alternative dispute resolution, such as negotiation, mediation and arbitration, in some cases making it possible to avoid protracted litigation. Motley Rice LLC employs state-of-the-art technology by using video conferencing, direct access to the Internet for attorneys and support staff, and a computer-based document management system which enables the Firm to process and enter into the database thousands of medical articles, liability documents and all other information and documents utilized in litigation proceedings.

Motley Rice LLC attorneys are involved in a wide range of civil litigation cases. These cases involve representing victims injured from defective products, product failures, premise liability, automobile crashes and various other negligent acts or malpractice. With over 60 lawyers, the Firm has the ability to act quickly in protecting the rights of individuals as new product dangers become apparent. The lawyers of Motley Rice LLC have been associated as counsel in litigation involving personal injury claims of all kinds, including cases related to:

| | |
|---|---|
| Asbestos | Bankruptcy |
| Tobacco | Dram Shop Litigation |
| Lead | Drug Product Liability |
| Medical Malpractice | Implants & Prostheses |
| Medical Device Litigation | MDL Practice |
| Kerosene Heaters | Fires |
| Pesticides | Aviation Disasters |
| Flooding | Motorcycles |
| Chemical or Toxic Spills | Engineering Malpractice |
| Negligence | Premises Liability |
| Vehicle Defect | Tire Defect |
| Battery Explosions | Negotiation, Settlement & Claims |

2



# MultipleRice

# MULTIPLE PARTY LITIGATION

The attorneys of Motley Rice LLC have substantial experience in multiple party litigation, including the following class and consolidated actions:

Plaintiffs' Liaison counsel, <u>Linscomb v. Pittsburgh Corning Corp., et</u> al., a national class action pending on behalf of asbestos victims nationwide in the United States District Court for the Eastern District of Texas, Beaumont Division.

Executive committee member, <u>In Re: Asbestos School Litigation,</u> a national school asbestos class action pending in the United States District Court for the Eastern District of Pennsylvania.

Lead plaintiffs' counsel in <u>Central Wesleyan College v. W.R. Grace Co., et al.,</u> a national asbestos property damage class action pending in the United States District Court for the District of South Carolina, Charleston Division.

Lead plaintiffs' counsel in <u>Carl Wells v. Raymark Industries,</u> a national asbestos personal injury class action filed in United States District Court of Kansas, Wichita Division, in which 19,684 claims were resolved.

Counsel for class representative in <u>Raytech v. Earl White,</u> an asbestos bankruptcy related class action pending in the United States District Court of Connecticut.

Co-lead counsel for plaintiffs in <u>Cimino v. Pittsburgh Corning, et al.,</u> an asbestos personal injury class action on behalf of 2,300 plaintiffs pending in the United States District Court for the District of Texas, Beaumont Division.

Co-lead plaintiffs' counsel in <u>Chatham v. AC&S, et al.,</u> a consolidated asbestos personal injury action involving 300 plaintiffs in the Circuit Court of Harris County, Texas.

3



MotleyRice

Co-lead plaintiffs' counsel in <u>Mary Abrahms, et al., v. GAF Corp., et al.</u>, a consolidated asbestos personal action involving in excess of 6,000 plaintiffs pending in the Mississippi State Circuit Court at Jackson County.

Co-liaison plaintiffs' counsel in 3,000 asbestos personal injury cases pending in the Third Judicial Circuit of Illinois, Madison County, Illinois.

Co-lead counsel in a consolidated asbestos personal injury action involving 540 plaintiffs pending in the Superior Court of Alameda County, California.

Co-lead counsel for plaintiffs in <u>In Re:  Asbestos Products Liability Litigation</u>, MDL 875.

Numerous consolidated asbestos trials including 87 consolidated cases in Danville, Illinois; 300 consolidated cases in the United States District Court, Western District of New York, Rochester, New York; 42 consolidated cases in State Court in Mississippi; and 315 consolidated cases in the Circuit Court of Kanawha County, West Virginia. (The latter tried to successful plaintiffs' verdict.)

Plaintiffs' steering committee and plaintiffs' liaison counsel in <u>In Re: Showa Denko K.K. L-tryptophan Products Liability Action</u> M.D.L. No. 865.

Member Interim Plaintiffs' steering committee and Multiple Plaintiffs' Counsel in <u>In Re: San Juan DuPont Plaza Hotel Fire Litigation</u> M.D.L. 721.

Plaintiffs' lead counsel in <u>In Re: Kansas Asbestos Cases </u>in the United States District Court for the District of Kansas; <u>In Re: Madison County Illinois Asbestos Litigation</u>, and <u>In Re: Wayne County Michigan Asbestos Cases</u>.



MotleyRice

Class counsel in <u>Carol Lee Whitfield, et al., v. Sangamo Weston, et al.</u>, a PCB personal injury and property damage class action settled while pending before the United States District Court for the District of South Carolina, Greenville Division.

Lead counsel in a jet fuel pollution case involving the consolidated property damage and personal injury claims of multiple plaintiffs in the Gold Cup Springs subdivision, titled <u>Dennis Bates, et al. v. Tenco Services, Inc.</u>, in the United States District Court for the District of South Carolina, Charleston Division.

Appointed to a three (3) person steering committee on the Food Lion Multidistrict Litigation Panel.

Plaintiffs' lead counsel in a case involving ten (10) persons injured in a crane disaster in Florence County, South Carolina.

Plaintiffs' steering committee and plaintiffs' liaison counsel in <u>In Re: Policy Management Systems Corp.</u>, a securities case filed in the United States District Court for the District of South Carolina, Columbia Division.

# SECURITIES LITIGATION

In February 2006, Motley Rice LLC expanded its securities litigation practice with the opening of an office in Atlanta, Georgia and the addition of four new members. Prior to joining Motley Rice, these members had served in leading roles in the prosecution of the following securities litigation in which their former firms had served as lead or co-lead counsel:

<u>In re AFC Enterprises Sec. Litig.</u>, United States District Court for the Northern District of Georgia, Civil Action No. 1:03-CV-817-TWT



In re BellSouth Corporation Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:02-2142-WSD

In re Boston Chicken Sec. Litig., United States District Court for the District of Colorado, Civil Action No. 1:97-CV-01435-WDM

In re Campbell Soup Sec. Litig. United States District Court for the District of New Jersey, Civil Action No. 1:2000cv00512

In re Choicepoint, Inc., Sec. Litig, United States District Court for the Northern District of Georgia, Civil Action No. 1:05-CV-686-JTC

In re Cryolife Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:02-CV-1868-BBM

In re First Horizon Pharmaceutical Corporation Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:02-CV-2332-JOF

In re Friedman's Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:03-CV-3475-WSD

Garfield v. NDCHealth Corporation, United States District Court for the Northern District of Georgia, Civil Action No. 1:04-CV-970-WSD

In re HealthTronics Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:03-CV-2800-CC

In re InterCept Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:03-567-ODF

In re JDN Realty Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1-00-CV-0396-RWS

In re MicroWarehouse Sec. Litig., United States District Court for the District of Connecticut, Civil Action No. 3:96-cv-01920-DJC

In re Mirant Corporation Sec. Litig., United States District Court for the Northern District of Georgia, Civil Action No. 1:02-CV-1467-WSD



MotleyRice

<u>In re Policy Management Sec. Litig</u>. United States District Court for the District of South Carolina, Civil Action No. 3:00-0130-17

<u>In re Premiere Technologies, Inc. Sec. Litig</u>., United States District Court for the Northern District of Georgia, Civil Action No. 1:98-CV-1804-JOF

<u>In re Profit Recovery Group International, Inc., Sec. Litig</u>., United States District Court for the Northern District of Georgia, Civil Action No. 1:00-CV-1416-CC

<u>In re Providian Financial Corp. Sec. Litig</u>., United States District Court for the Northern District of California, Master File No. C-01-3952-CRB

<u>In re Rite Aid Sec. Litig</u>., United States District Court for the Eastern District of Pennsylvania, Civil Action No. 2:10-md-01360-SD

<u>In re Scientific-Atlanta, Inc., Sec. Litig</u>., Civil Action No. 1:01-CV-1950-RWS

<u>In re ValuJet, Inc. Sec. Litig</u>., United States District Court for the Northern District of Georgia, Civil Action No. 1:96-1355-TWT.

# SPECIALIZED BANKRUPTCIES

Motley Rice attorneys serve on several committees in national bankruptcies including:

Select counsel to the asbestos claimants' committee in the Johns-Manville bankruptcy pending in the United States Bankruptcy Court for the Southern District of New York;

Claimants' committee in the H.K. Porter, National Gypsum, Raytech, Rock Wool and M.H. Detrick asbestos related bankruptcies;

Claimants' committee in <u>In Re: A.H. Robins</u>, a Chapter 11 Reorganization involving Dalkon Shield victims nationwide;

MotleyRice

Counsel to one of the members of the Creditor's Committee representing the asbestos victims and Chairman of the Select Counsel for the Beneficiaries;

Claimants Committee in the Camall Chapter 11, the first bankruptcy associated with the Fen-Phen litigation;

Class Counsel in the In re:  Trebol Motors Corporation and In re:  Trebol Motors Distributors Corp., actively defending a $143,000,000 class action judgment claim on behalf of a class of defrauded purchasers of Volvo automobiles.

8



# THE FIRM'S MEMBERS

## RONALD MOTLEY

Ronald L. Motley is internationally recognized as one of America's most dynamic, accomplished and skilled trial lawyers. Over a career spanning more than three decades, his persuasiveness before a jury and his ability to break new legal and evidentiary ground has brought to justice two once-invincible giant industries whose malfeasance took the lives of millions of Americans — asbestos and tobacco.

Today, Motley is once again advancing cutting-edge litigation as lead counsel for more than 6,500 family members and survivors of the September 11, 2001 terrorist attacks seeking justice against al Qaeda's financiers.

Motley has won numerous awards for his ability to win justice and compensation for his clients and for his seminal impact on the course of civil litigation. In 1998, he was named Harry M. Philo Trial Lawyer of the Year by the 50,000-member Association of Trial Lawyers of America and received the President's Award of the National Association of Attorneys General. The Campaign for Tobacco-Free Kids gave him their Youth Advocates of the Year Award in 1999. Business Week magazine characterized Motley's courtroom skills as "dazzling." American Lawyer dubbed him "The man who took on Manville," and The National Law Journal has ranked him, "One of the most influential lawyers in America."

His combination of legal and trial skills, personal charisma, nose-to-the-grindstone hard work and record of success has enabled Motley, a 1971 graduate of the University of South Carolina School of Law, to build Motley Rice LLC into one of the world's leading plaintiffs' law firms concentrating in highly complex litigation.



**MotleyRice**

## JOSEPH RICE

Motley Rice LLC member Joe Rice is internationally renowned as a skillful, innovative, tough and masterful negotiator of landmark settlements of highly complex litigation. Rice is best known for his central role in crafting the landmark settlement on behalf of the States Attorneys General, in which the tobacco industry agreed to reimburse states for smoking-related health costs, resulting in the largest civil settlement in history.

Rice's work on the tobacco settlement only expanded the huge impact that he has made resolving difficult litigation in asbestos and other toxic tort areas. Named one of the nation's "Five Most Respected Plaintiff Attorneys" in a poll of defense counsel and legal scholars conducted by Corporate Legal Times, Rice was cited time after time as one of the toughest, sharpest and hardest-working litigators they have ever faced. As the article notes, "For all his talents as a shrewd negotiator . . . Rice has earned most of his respect from playing fair and remaining humble."

He combines a meticulous and exhaustive capacity for numbers-crunching with a creative mind that thinks outside the box in identifying solutions to difficult problems that win justice for clients.

In 1998, Rice received the President's Award of the National Association of Attorneys General. In 1999 and 2000, Rice served on the faculty at Duke University School of Law as a Senior Lecturing Fellow. Rice earned a Bachelor of Science and J.D. degree from the University of South Carolina and has also taught classes at the USC and Duke Law Schools on the art of negotiating.



## LAUREN ANTONINO

Joining Motley Rice in 2006 as a member, Lauren Antonino focuses primarily on the firm's Securities and Consumer Fraud practice group. Antonino has over eighteen years of complex litigation expererience, including commercial, mass tort and securities class action litigation.  Her experience includes leading major securities fraud cases, including In re JDN Realty Company, In re Premiere Technologies Sec. Litig, In re InterCept Sec. Litig., and In re HealthTronics Sec. Litig.

Antonino is a Phi Beta Kappa graduate of Duke University where she earned an A.B. degree with magna cum laude honors in 1984. She is a 1987 graduate of the University of Virginia School of Law where she served on the managing board of the Virginia Tax Review and as a defense counsel for the University Honor System. Following law school, she clerked for the late Honorable M. Oliver Koelsch of the United States Court of Appeals for the Ninth Circuit in Seattle, Washington.

Antonino has been a featured speaker on securities class action litigation, employment law, alternative dispute resolution and product liability issues. She has served as a presenter for public pension fund conferences, the American Bar Association Convention, the Alternative Dispute Resolution Convention and ICLE. In July 2000, her article entitled "The Seven Steps of Effective Workplace Investigations (with Sample Questions)" was published in The Practical Litigator. In September of the same year, her article "Fast Companies Need Fast Lawyers; Speeding Up Dispute Resolutions," was published in Competitive Edge. Antonino wrote "Latex Protein Toxic Syndrome Litigation: The Cutting Edge of Toxic Tort Practice," published in Mealey's Litigation Reports, Drugs and Medical Devices, in October 1996 and has been quoted in numerous publications, including Business Week, on the subject of latex allergy.

She is a member of the American Mensa Society, is listed in the 2000 edition of the National Registry of Who's Who, the 2003-2004 and 2005-2006 editions of Who's Who in American Law and was selected by her peers as one of Georgia's Super Lawyers in the 2004, 2005 and 2006 editions. Antonino is admitted to practice before all Georgia state trial and appellate courts, the U.S. District Court for the Northern District of Georgia and the Eleventh Circuit Court of Appeals.



MotleyRice

Antonino is a Past President and a former member of the Board of Directors for the Legal Clinic for the Homeless and of the Atlanta Legal Aid Advisory Board.

## FRED BAKER

Working on behalf of Motley Rice LLC clients pursuing unfair trade practice and occupational disease litigation, Fred Baker brings a unique set of skills gained by having taken on a number of the most challenging defendants—those comprising Big Tobacco. He played a central role in a number of individual tobacco cases, as well as in the States Attorneys General National Tobacco Litigation.

Baker's desire to acquire fair and just results for his clients has resulted in his management of several of the highly complex mass litigation cases for which Motley Rice attorneys are known. He also has extensive experience in writing and arguing pivotal motions and briefs.

Baker divides his time between the consumer and commercial fraud and the occupational disease and toxic tort practice groups at Motley Rice and is currently focusing on unfair insurance trade practices litigation and welding rod personal injury litigation. Baker earned a J.D. and LL.M from Duke University School of Law in 1993. He was admitted to the South Carolina Bar and New York Bar in 1994, at which time he began working with Motley Rice attorneys.

## KEVIN DEAN

For over fifteen years, Kevin Dean has litigated in the areas of personal injury, wrongful death, professional malpractice, products liability, lender liability and commercial/consumer fraud. Dean joined Motley Rice LLC as an Associate in 2004 to focus on the firm's Transportation, Medical and Catastrophic Injury Practice Groups. He was quickly appointed vehicle defect subgroup leader. In late 2005, Dean was asked to serve as team leader on the firm's newest medical malpractice litigation. The litigation, led by Ron Motley, involves the prosecution of possibly thousands of emerging cases involving body snatching and recipients of potentially diseased human tissue. Dean was named a Member of Motley Rice LLC in 2006.

A true lawyer for the people, Dean ardently represents those with limited resources, those victimized and in need of access to the courts. Prior to joining Motley Rice, Dean was a partner with the Law



Offices of J. Edward Bell III, LLC in Georgetown, South Carolina. Before moving to South Carolina in 2001, he was a member of the William S. Stone, P.C. law firm in Blakely, Georgia, and began his career as an associate with The Bennett Law Firm of Valdosta, Georgia. Dean also served as a County Commissioner on the Early County Georgia Board of Commissioners and has the distinguished honor of having been the youngest elected commissioner in this rural south Georgia county's history.

Dean earned an Associates Degree in Criminal Justice and a Bachelor Degree in Political Science from Valdosta State University. He received a Juris Doctor Degree in 1991 from the Cumberland School of Law at Samford University, where he was selected to serve on one the school's nationally published law reviews, the American Journal of Trial Advocacy, publishing "The Right to Jury Trial in ERISA Civil Enforcement Actions." More recently, Dean co-authored an article titled "Dangerous Doors and Loose Latches," appearing in the November 2004 issue of Trial Magazine of the Association of Trial Lawyers of America. He is licensed to practice in Georgia and South Carolina.

## PAUL DOOLITTLE

Most kindergartners play with blocks. Five year-old Paul J. Doolittle built them into a podium and stood before his classmates to argue make-believe cases. Hence, a brilliant career as a trial lawyer was born. More than 30 years later, Doolittle has nearly 100 courtroom cases under his belt, including verdicts for victims of mesothelioma and nursing home abuse. Doolittle is one of Motley Rice's lead trial attorneys, overseeing the trial docket and trying cases for clients and co-counsel in asbestos, nursing home abuse, silica, automobile defect and those involving catastrophic injuries.

Doolittle has more than a decade of trial experience. Doolittle earned a B.A. in philosophy in 1989 and a Juris Doctorate in 1993 from the University of South Carolina. In 1993, he joined the Greenville, South Carolina law firm of Foster & Foster. Two years later, he founded his own law firm. In 1996, he began working with Motley and Rice. In 2003, Doolittle was named a member of Motley Rice, LLC.



MotleyRice

He is licensed to practice in South Carolina. Doolittle learned many of his courtroom skills from Motley, whose career he had long followed and who has served as a mentor. Before a judge and jury, Doolittle is serious, heartfelt and tenacious.

He feels that helping ordinary people have their day in court is a great honor. He is proud to help individuals level the playing field for any victim who has suffered an injustice. He is relentless in seeking justice for clients.

### MIKE ELSNER

Mike Elsner never dreamed that his career choice would result in world travel and meetings with foreign intelligence officers, witnesses and informants. He has had such opportunities, however, leading groundbreaking anti-terrorism litigation with Motley Rice LLC.

Elsner's creativity and his aggressive approach to gathering evidence and pursuing leads are qualities that have enabled him to effectively bring about social change through litigation. His use of the U.S. civil justice system to better protect Americans from the threat of terrorism is an approach that has been invaluable to the more than 6,500 9/11 families and survivors Motley Rice represents.

Elsner is a key member of the 9/11 and Anti-Terrorism Practice Group. He leads the investigatory team that is currently scouring the globe gathering liability evidence for the 9/11 families' civil action against al Qaeda's financiers and for 9/11 aviation litigation.

As The New York Times Magazine noted, such an endeavor is "a worldwide intelligence-gathering operation that makes the discovery process, ordinarily marked by subpoenas and dry depositions, read like a Tom Clancy novel."

To date, Elsner and his team have acquired more than one million pages of documents in thirteen languages about the activities of al Qaeda and the role that its alleged financiers played in providing material support for terrorism.

Elsner also plays a leading role in several of the firm's other terrorism cases including Almog v. Arab Bank brought on behalf of thousands of U.S. and Israeli victims who were injured or killed in

14



terrorist attacks in Israel, a suit against Hilton Hotels brought on behalf of victims of the bombings at the Taba Hilton in Egypt and a suit against the Libyan government for their role in the bombing of Pan Am Flight 103 over Scotland.

After graduating from John Carroll University and receiving a law degree from the University of Memphis in 1997, Elsner began work for the Manville Personal Injury Trust. He partnered with Ron Motley and other attorneys on litigation against Big Tobacco, seeking damages for the harmful effects of smoking on the lungs of asbestos victims. In 2001, Elsner joined the firm of Weitz & Luxenberg, where he worked on asbestos and toxic tort litigation. Through these positions, Elsner gained experience in complex civil litigation in the areas of toxic tort, aviation, security, personal injury, bankruptcy, medical malpractice and whistleblower protections. He officially teamed with Motley Rice attorneys to work on the 9/11 litigation in 2002 and, in 2006, he became a Motley Rice Member.

Elsner has appeared on CNN, ABC, NBC, Fox, MSNBC, National Public Radio, the BBC and the Canadian Broadcasting Company to discuss terrorism litigation and he frequently lectures on the subject. Elsner is licensed to practice in New York, South Carolina and Virginia.

## JAMES EVANGELISTA

Jim Evangelista joined Motley Rice LLC as a member in 2006. He primarily works with the firm's Securities and Commercial Fraud practice group. Evangelista has been involved in multiple high profile representations including the StarLink™ genetically modified corn litigation, the Insurance Sales Practices Litigation, the Independent Counsel's investigation of the "Iraqgate" scandal, and the Independent Administrator's oversight of the International Brotherhood of Teamsters. Additionally, Evangelista has prosecuted a number of actions on behalf of a variety of individual plaintiffs in high value commercial litigation, as well as class action securities fraud litigation including a settlement recovery for investors in *In Re Providian Financial Corp. Securities Litigation*, Master File No. C 01-3952 CRB (N.D.Cal.). Evangelista also has extensive experience in electronic discovery issues.



MotleyRice

Evangelista graduated from Rutgers University in 1988 with a dual degree in Economics and Political Science. In 1991, he received a Juris Doctorate degree from the Rutgers School of Law, where he was an editor of the *Rutgers Law Review* and a recipient of the International Law Honors Program Award.

Prior to joining Motley Rice, Evangelista was a partner at Chitwood Harley Harnes, LLP, where he focused on securities fraud class action litigation. Before joining Chitwood, Evangelista was associated with Skadden, Arps, Slate, Meagher & Flom LLP, focusing on consumer and mass tort class action and complex commercial and insurance litigation, including consolidated multi-district litigation in state and federal courts. Evangelista also was associated with LeBoeuf, Lamb, Greene & MacRae LLP, where he worked on internal corporate investigations and general commercial litigation matters. Evangelista has also served as General Counsel to the National Horse Show Association of America, a 501(c)(3) not-for-profit corporation.

Evangelista's publications include: *Polishing the Gold Standard on the E-Discovery Cost-Shifting Analysis: Zubulake v. UBS Warburg LLC et al,* 9 J. Tech. L. & Pol'y 1 (2004); Note, *Toward a More Competitive Common Market: European Economic Community Council Regulation No. 4064/89, On the Control of Corporate Mergers Within the European Community,* 22 Rutgers L.J. 457 (1991); and Comment, *Cogdell v. Hospital Center At Orange,* 22 Rutgers L.J. 255 (1990) (addressing New Jersey's entire controversy doctrine).

Evangelista is a member of the Association of Trial Lawyers of America and the American Bar Association. He is admitted to practice before the United States Courts of Appeal for the Eighth and Eleventh Circuits, the United States District Courts for the Northern District of Georgia, Southern and Eastern Districts of New York, and District of New Jersey, as well as the State Bars of Georgia, New York, New Jersey, Colorado and the District of Columbia.

## FIDELMA FITZPATRICK

Fidelma Fitzpatrick is helping to break new legal ground by holding the lead pigment industry accountable for the childhood lead poisoning crisis on behalf of the state of Rhode Island, various



# MotleyRice

cities and counties and individuals. In February 2006, she was trial counsel in the landmark litigation against the lead pigment industry on behalf of the state of Rhode Island, which ended in an unprecedented verdict for the State.

Fitpatrick also represents hundreds of lead poisoned children in Wisconsin in legal battles against the lead pigment industry. As a result of her legal work, the Wisconsin State Supreme Court became the first to recognize the legal rights of poisoned children in suing the lead pigment manufacturers. She is also working intensively on similar litigation filed by the City of New York, the City and County of San Francisco and several New Jersey municipalities. In 2005, she served as co-counsel in a case resulting in a New Jersey Appellate Court ruling allowing 26 cities and counties to prosecute claims against the lead pigment industry.

Always bringing her intense passion and enthusiasm into the courtroom, Fitzpatrick characterizes her legal work as creative and relentless. She uses this approach in every aspect of her lead pigment litigation, from developing the initial cause of action to crafting the legal strategy, conducting discovery, taking depositions and trying cases in court.

Fitzpatrick graduated from Canisius College and received a law degree from the American University in 1994. In 1997, she joined Motley Rice attorneys in the Providence, R.I. office, working first on the Massachusetts, New York and Rhode Island lawsuits against Big Tobacco. Since 1999, she has focused on lead paint and other environmental litigation. Fitzpatrick became a Motley Rice LLC Member in 2006. She is licensed to practice in Massachusetts, New York, Rhode Island and Washington, D.C.

## JODI FLOWERS

Jodi Flowers is a Motley Rice LLC member committed to the notion that trial lawyers can positively effectuate public justice and social change. With an unwavering commitment to unearthing the truth, she takes pride in the fact that her legal advocacy has so greatly impacted the lives of countless clients. She continually finds challenge and satisfaction in complex, novel and groundbreaking litigation.



MotleyRice

Having a reputation for developing, researching and managing complex litigation and class actions, Flowers was the first associate hired for Ron Motley's tobacco team, a seven-year project based on restitution theories that ultimately led to the settlement between the States Attorneys General and Big Tobacco. She also prepared the case on child targeting by the tobacco industry that led to restrictions on cartoon ads and the retiring of Joe Camel and developed expert and whistleblower testimony, synthesizing millions of pages of documents and preparing the tobacco cases for trial.

In addition, Flowers litigated in cases against lead paint/pigment manufacturers, asbestos manufacturers and tire defects in the Bridgestone/Firestone rollover litigation. She also donates pro bono work on a wide variety of cases, heads Motley Rice's charitable contribution committee and is a founding member of the aviation practice team.

Flowers is currently the practice group leader for Motley Rice's 9/11 practice group, representing more than 6,500 family members and survivors in a pioneering civil action against al Qaeda's funders designed to bankrupt terrorism.

Flowers earned a Bachelor of Arts degree magna cum laude from the College of Charleston in 1989 and, on a Carolina Legal scholarship, received a J.D. from the University of South Carolina School of Law and was admitted to the South Carolina Bar in 1993. She joined Motley Rice attorneys upon graduation and is now a Motley Rice

## STUART GUBER

Stuart Guber became a member of Motley Rice LLC in 2006. He primarily works with the firm's Securities and Commercial Fraud practice group. He has more than a decade of experience in prosecuting class action litigation against Fortune 500 companies, Big Five accounting firms, and Wall Street's largest investment banking firms for violations of the federal securities laws and other corporate misconduct. He also has experience in prosecuting and defending securities arbitrations conducted before regulatory agencies, including the NASD, New York Stock Exchange and Philadelphia Stock Exchange.



MotleyRice

Guber has had day-to-day responsibility for leading multiple class action securities cases on behalf of defrauded investors including cases involving the following companies: Providian Financial, Campbell Soup, MicroWarehouse, Rite Aid, Boston Chicken, ValuJet and Policy Management. Before joining Motley Rice, he was a partner with both Chitwood Harley Harnes, LLP in Atlanta, Georgia and Berger & Montague PC in Philadelphia, Pennsylvania.

Guber earned a Bachelor of Science degree in Business Administration with a major in Accounting from Temple University in 1986 and a Juris Doctorate from Temple University School of Law in 1990. In 1995, Mr. Guber served as one of the trial counsel in Robbins v. Koger Properties, Inc., in which a Federal jury found Deloitte & Touche liable

# EXHIBIT B

# RIGRODSKY & LONG, P.A.
### ATTORNEYS AT LAW

919 NORTH MARKET STREET, SUITE 980
WILMINGTON, DELAWARE 19801

SETH D. RIGRODSKY*
BRIAN D. LONG**

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN PA

TELEPHONE (302) 295-5310
FACSIMILE (302) 654-7530
WWW.RIGRODSKYLONG.COM

# *Firm Resume*

## *The Firm*

Rigrodsky & Long, P.A. (the "Firm"), is a law firm specializing in the representation of institutional and individual shareholders in corporate and securities class action litigation, in addition to shareholder derivative litigation. The Firm's offices are located in Wilmington, Delaware, and a significant portion of its practice involves litigation in the Delaware Court of Chancery. The Firm's practice is not limited to Delaware, however, as its principals have and will continue to litigate cases in state and federal courts throughout the United States. The founders of the firm are attorneys with a combined twenty-four years of progressive and responsible experience both conducting complex corporate and class action litigation and managing the day-to-day affairs of a law office.

The mission of the Firm is to provide legal services of the highest quality to shareholders of both private and publicly-traded corporations in litigation involving corporate governance, shareholder rights, and violations of federal and state securities laws through the dedicated efforts of a team of highly skilled professionals working together, using common sense, and drawing upon significant expertise and practical experience.

## *The Firm's Principals*

*Seth D. Rigrodsky* has over sixteen years of exceptional legal experience. Mr. Rigrodsky is a *magna cum laude* graduate of both Brandeis University and the Georgetown University Law Center. While at Georgetown, he served as Articles Editor of the *Georgetown Law Review.* Mr. Rigrodsky began his legal career as a law clerk to the Honorable Andrew G.T. Moore, II, of the Delaware Supreme Court. Following his clerkship, Mr. Rigrodsky was associated with the law firms of Wachtell, Lipton, Rosen & Katz in New York City, and Morris, Nichols, Arsht & Tunnell in Wilmington, Delaware, where he concentrated his practice on corporate and complex business litigation. In 1994, Mr. Rigrodsky joined Morris and Morris in Wilmington, Delaware, where he became a partner beginning in January 2000, and represented investors in numerous federal and state class and

{W0000695.DOC.}

shareholder derivative lawsuits. Mr. Rigrodsky joined Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss") in 2001 and founded its Delaware office. Mr. Rigrodsky is a member of the bars of the States of Delaware and New York, the United States District Courts for Delaware and the Southern District of New York, and the United States Courts of Appeals for the Second, Third and Fourth Circuits

*Brian D. Long* is in his eighth year of representing plaintiffs in complex class action litigation in state and federal courts throughout the nation. Mr. Long is a graduate of Franklin & Marshall College in Lancaster, Pennsylvania, and of the Duquesne University School of Law in Pittsburgh, Pennsylvania. Upon graduation from law school, Mr. Long associated with the firm of Roda & Nast, P.C., also in Lancaster, where he litigated mass tort, consumer fraud, and antitrust class action litigation. After three years at Roda & Nast, Mr. Long moved to the Wilmington, Delaware office of Chimicles & Tikellis, LLP. While at the Chimicles firm, Mr. Long focused his practice on litigating both transactional and shareholder derivative cases in the Delaware Court of Chancery. In addition to litigating that firm's proprietary cases, Mr. Long also gained valuable experience serving as local counsel to out-of-town firms. In March of 2005, Mr. Long moved to the Wilmington office of Milberg Weiss, where he represented both institutional and individual investors in complex corporate litigation. Mr. Long became a principal of Rigrodsky & Long, P.A., upon its founding in June, 2006. Mr. Long is admitted to practice before the bars of the State of Delaware and the Commonwealth of Pennsylvania. He also is admitted to practice in the United States Court of Appeals for the Third Circuit and the United States District Courts for the Eastern and Western Districts of Pennsylvania and the District of Delaware.

# EXHIBIT C

Providian 11-12-04.txt

1

```
 1                          Pages 1 - 16
 2            UNITED STATES DISTRICT COURT
 3            NORTHERN DISTRICT OF CALIFORNIA
 4      BEFORE THE HONORABLE CHARLES R. BREYER
 5 SOUTHERN ELECTRICAL RETIREMENT     )
   FUND, et al,                       )
 6                                    )
                                      )
 7              Plaintiffs,           )
                                      )
 8      vs.                           ) NO. C 02-03952 CRB
                                      )
 9 PROVIDIAN FINANCIAL CORPORATION,   )
                                      ) San Francisco, California
10              Defendants.           ) Friday
                                      ) November 12, 2004
11 _____  ) 10:00 a.m.
12                  TRANSCRIPT OF PROCEEDINGS
13 APPEARANCES:
14 For Plaintiffs:        CHITWOOD & HARLEY
                          2900 Promenade II
15                        1230 Peachtree Street, N.E.
                          Atlanta, Georgia  30309
16                   BY:  JAMES M. EVANGELISTA, ESQ.
                          STUART J. GUBER, ESQ.
17
18                        GOLD, BENNETT, CERA & SIDENER, LLP
                          595 Market Street, Suite 2300
19                        San Francisco, California  94105-2835
                     BY:  PAUL F. BENNETT, ESQ.
20
21
22
23
   Reported By:    Debra L. Pas, CSR 11916, CRR, RMR, RPR
24                 Official Reporter - US District Court
                   Computerized Transcription By Eclipse
25
```
☐

2

```
 1              P R O C E E D I N G S
 2 NOVEMBER 12, 2004                      10:00 A.M.
 3
```

Page 1

Providian 11-12-04.txt
6 all the amounts, and I think we were talking about $225,000,
7 roughly.
8              MR. EVANGELISTA: That's correct.
9              THE COURT: Which, you know, 225,000, that's money.
10 But, you know, it's 225,000 out of 9 million or 10 million -- I
11 don't know that amount -- total, you know.
12             So that's not -- that's not a big thing and, you
13 know, I just sort of -- I look at the whole thing.
14             I mean, yes, you could have done something else, but
15 I don't think it could have gotten by me and I think I would
16 have been annoyed.
17             I'm not annoyed. You are slightly annoyed, but I'm
18 not annoyed because I win. I win at this stage.
19             Now, I'm mindful of the fact that you certainly can
20 take it up if you -- if it's appropriate, if you think legally
21 I'm wrong, but I just feel very strongly about that issue.
22 Maybe I feel strongly about the wrong issue. One can certainly
23 make that argument.
24             But you did a fine job and I know that I forced you
25 to come out here. Maybe you had the hope that I was going to
0
                                                           16

1 change my mind. But I actually did want to tell you that I
2 thought you did an excellent job.
3              And, you know, your local counsel is one of the
4 finest. And you stood up and, if it's any consolation, you
5 called their bluff. That's something that I probably couldn't
6 have done alone. So that's fine.
7              And if other case cases come along the pike, I would
8 be delighted to consider you again. And we have had this
9 experience and, perhaps, you might put a caveat in your fee
10 agreement.
                           Page 13