## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE MBNA CORP.<br><br>SECURITIES LITIGATION | ) Civ. Action No.:  05-CV-00272-GMS<br>)<br>) CONSOLIDATED<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Brian D. Long  do hereby certify that I caused a true and correct copy of the Joint Rule 26(f) Status Report to be electronically filed with the Clerk of Court using CM/ECF, on this 19th day of July 2005 and served on counsel for defendants listed below:

**Richard H. Morse, Esquire**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: rmorse@ycst.com

/s/ Brian D. Long
Brian D. Long (#4347)
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE  19801
(302) 295-5310
E-mail:  bdl@rigrodskylong.com