IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. | Civ. Action No.: 05-CV-00272-GMS |
| SECURITIES LITIGATION | CONSOLIDATED |

**PLAINTIFF'S MOTION AND ORDER FOR ADMISSION
PRO HAC VICE (STUART J. GUBER)**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Stuart J. Guber, Esquire to represent Plaintiffs in this matter.

Dated: June 19, 2007

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By: /s/ Brian D. Long
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
bdl@rigrodskylong.com

*Liaison Counsel*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge