## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and the State of Georgia and the following federal courts: the United States Court of Appeals for the Third. Eighth, Ninth, Tenth and Eleventh Circuits, and the United States District Courts for the Eastern District of Pennsylvania; Northern District of Georgia, Eastern District of Michigan and the District of Colorado. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in preparation, or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of Court, or if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Signed: _Stuart J. Guber_

Stuart J. Guber, Esquire
Motley Rice LLC
600 West Peachtree Street
Suite 800
Atlanta, GA 30308
Tel.: (404)201-6906
Fax: (404)201-6959
Email: sguber@motleyrice.com

Date:   June 19, 2007