# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE MBNA CORP. | Civil Action No. 05-cv-00272-GMS |
| SECURITIES LITIGATION | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certification, Richard H. Morse moves

for the admission *pro hac vice* of Stacey R. Friedman, Esquire to represent defendants MBNA

Corporation, Pension & 401K Plan Committee of MBNA Corporation, Lance L. Weaver,

Vernon H.C. Wright, Kenneth A. Vecchione, Bruce L. Hammonds and John Cochran in this

matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants MBNA Corporation, Pension &
401K Plan Committee of MBNA Corporation, Lance L.
Weaver, Vernon H.C. Wright, Kenneth A. Vecchione,
Bruce L. Hammonds and John Cochran

DATED: June 28, 2007

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Judge Gregory M. Sleet

DATED: _____

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

SULLIVAN & CROMWELL LLP

Stacey R. Friedman
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

DATED: June 28, 2007

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on June 28, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jeffrey S. Goddess, Esquire
> Rosenthal Monhait Gross & Goddess, P.A.
> Mellon Bank Center
> 919 Market Street, Suite 1401
> P. O. Box 1070
> Wilmington, DE 19899

> Ralph Nicholas Sianni, Esquire
> Seth D. Rigrodsky, Esquire
> Milberg Weiss Bershad & Schulman LLP
> 919 North Market Street, Suite 411
> Wilmington, DE 19801

I further certify that on June 28, 2007, I also caused copies of the foregoing document to be served by hand on the above-listed counsel of record.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP


> /s/ Richard H. Morse
> Richard H. Morse (I.D. No. 531)
> 17[th] Floor, Brandywine Building
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6651
> rmorse@ycst.com
>
> Attorneys for Defendants

064261.1001