**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE MBNA CORP. | ) Civ. Action No.: 05-CV-00272-GMS |
| SECURITIES LITIGATION | ) CONSOLIDATED |

**PLAINTIFFS' MOTION AND ORDER FOR ADMISSION
*PRO HAC VICE* (GREGG LEVIN)**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gregg Levin, Esquire to represent Plaintiffs in this matter.

Dated: June 29, 2007

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By:  /s/ *Brian D. Long*
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel:  (302) 295-5310
Fax:  (302) 654-7530
Email:  sdr@rigrodskylong.com
         bdl@rigrodskylong.com

*Liaison Counsel*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                         United States District Judge