## CERTIFICATE OF SERVICE

I, Brian D. Long, do hereby certify that on this 29th day of June, 2007, I presented the foregoing Plaintiffs' Motion and Order for Admission *Pro Hac Vice* (Gregg Levin) to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

>Jeffrey S. Goddess, Esq.
>ROSENTHAL MONHAIT & GODDESS, P.A.
>Mellon Bank Center
>1919 Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899
>
>Richard H. Morse, Esq.
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, DE 19899-0391
>
>Richard J. Urowsky, Esq.
>Richard C. Pepperman, II, Esq.
>Ryan C. Williams, Esq.
>Christopher F. Nelson, Esq.
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, NY 10004
>
>Peter Seidman, Esq.
>MILBERG WEISS & BERSHAD LLP
>One Pennsylvania Plaza
>49th Floor
>New York, NY 10019

>_/s/ Brian D. Long_____
>Brian D. Long (Bar No. 4347)