# RIGRODSKY & LONG, P.A.
ATTORNEYS AT LAW

919 NORTH MARKET STREET, SUITE 980
WILMINGTON, DELAWARE 19801

SETH D. RIGRODSKY*
BRIAN D. LONG**

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN PA

TELEPHONE (302) 295-5310
FACSIMILE (302) 654-7530
WWW.RIGRODSKYLONG.COM

July 11, 2007

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet, U.S.D.J.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:  In re MBNA Corp. Securities Litigation,
     Consol. C.A. No. 05-CV-00272 (GMS)

Dear Chief Judge Sleet:

I write on behalf of plaintiffs in this matter to present Your Honor with the Proposed Scheduling Order, which has been agreed to by all of the parties. Should Your Honor find the Proposed Scheduling Order acceptable, we would respectfully request that the Court enter it at the Court's earliest convenience.

Should Your Honor have any questions, counsel is available at the Court's convenience.

Respectfully,

Brian D. Long
(DSBA #4347)

BDL/nrw
Encl.

cc:  Dr. Peter T. Dalleo, Clerk
     Richard H. Morse, Esquire
     Stuart J. Guber, Esquire