## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on July 16, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeffrey S. Goddess, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>Mellon Bank Center
>919 Market Street, Suite 1401
>P. O. Box 1070
>Wilmington, DE 19899

>Ralph Nicholas Sianni, Esquire
>Grant & Eisenhofer, P.A.
>Chase Manhattan Centre
>1201 North Market Street
>Wilmington, DE 19801

>Brian D. Long, Esquire
>Rigrodsky & Long, P.A.
>919 N. Market Street, Suite 980
>Wilmington, DE 19801

I further certify that on July 16, 2007, I also caused copies of the foregoing document to be served by hand on the counsel of record listed below:

>Seth D. Rigrodsky, Esquire
>Brian D. Long, Esquire
>Rigrodsky & Long, P.A.
>919 N. Market Street, Suite 980
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Richard H. Morse*
>Richard H. Morse (I.D. No. 531)
>17th Floor, Brandywine Building
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>(302) 571-6651
>rmorse@ycst.com

>Attorneys for Defendants