## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br><br>SECURITIES LITIGATION | Case No. 05-00272-GMS<br>CONSOLIDATED |

### RULE 7.1.1 STATEMENT RE: DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S JULY 6, 2007 OPINION AND ORDER

The parties, acting through counsel, have made a reasonable effort to reach agreement on

the matters set forth in Defendant's Motion for Partial Reconsideration of the Court's July 6,

2007 Opinion and Order.  Counsel spoke on July 16, 2007 but were unable to reach agreement.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_Richard H. Morse_

Richard H. Morse (No. 531)
rmorse@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

*Attorneys for Defendants*

*Of Counsel*:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000