## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE MBNA CORP.
SECURITIES LITIGATION

Case No. 05-00272-GMS
CONSOLIDATED

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 20, 2007 copies of Defendants'

First Interrogatory and this Notice of Service were caused to be served upon the

following counsel of record by e-mail and hand delivery:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Ralph Nicholas Sianni, Esquire
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801

and that a true and correct copy of this Notice of Service was caused to be electronically

filed with the Clerk of Court using CM/ECF which will send notification of such filing to

the following counsel of record:

064261.1001

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Ralph Nicholas Sianni, Esquire
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801


*Of Counsel*:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Dated: July 20, 2007

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*Richard H. Morse*

Richard H. Morse (No. 531)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6651
*rmorse@ycst.com*
*Attorney for Defendants*

064261.1001