UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

IN RE MBNA CORP.
SECURITIES LITIGATION

Case No. 1:05-CV-00272-GMS
CONSOLIDATED

## DECLARATION OF STUART J. GUBER

Stuart J. Guber, declares under penalty of perjury:

1.    I am a member of the Bars of the Commonwealth of Pennsylvania and the State of Georgia, and of Motley Rice LLC, lead counsel for the plaintiffs in this action. I submit this declaration to provide the Court with materials cited in Plaintiffs' Response in Opposition to Defendants' Motion for Partial Reconsideration.

2.    Attached hereto as Exhibit A is a true and correct copy of a report on Form 8-K filed by MBNA Corporation with the Securities and Exchange Commission ("SEC") on January 20, 2005, setting forth the press release issued by MBNA that same day.

3.    Attached hereto as Exhibit B is a true and correct copy of a report on Form 8-K filed by MBNA Corporation with the SEC on January 20, 2005, and as Exhibit B to D.I. 43 as referenced by defendants in their Motion to Dismiss (D.I. 40) and Motion for Partial Reconsideration of the Court's July 6, 2007 Memorandum and Order (D.I. 64).

4.    Attached hereto as Exhibit C is a true and correct copy of a report on Form 10-K filed by MBNA Corporation with the SEC on March 15, 2005.

5.      Attached hereto as Exhibit D is a true and correct copy of a report on

Form 8-K filed by MBNA Corporation with the SEC on January 21, 2005.

Executed this 1st day of August, 2007, at Atlanta, Georgia.

Stuart J. Guber