# Exhibit A

# MBNA CORP

## FORM 8-K
(Unscheduled Material Events)

### Filed 1/20/2005 For Period Ending 12/31/2004

| | |
|---|---|
| Address | 1100 N KING ST C/O MBNA AMERICA BANK NA<br>WILMINGTON, Delaware 19884 |
| Telephone | 800-362-6255 |
| CIK | 0000870517 |
| Industry | Regional Banks |
| Sector | Financial |
| Fiscal Year | 12/31 |

Generated by EDGAR Online Pro
http://pro.edgar-online.com



Contact EDGAR Online
Customer Service: 203-852-5666
Corporate Sales: 212-457-8200

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934

Date of Report (Date of earliest event reported)                        January 20, 2005

## MBNA Corporation
(Exact name of registrant as specified in its charter)

| Maryland | 1-10683 | 52-1713008 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| Wilmington, Delaware | 19884-0131 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code                        (800) 362-6255

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ]    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
[ ]    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
[ ]    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
[ ]    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02**. Results of Operations and Financial Condition.

On January 20, 2005, MBNA Corporation announced its results of operations for the three and twelve months ended December 31, 2004. A copy of the related press release and the MBNA Corporation Financial Highlights for the three and twelve months ended December 31, 2004 is being filed as Exhibit 99 to this Form 8-K and is incorporated herein by reference in its entirety.

The information furnished under this Item 2.02, including Exhibit 99, shall be deemed to be "filed" for purposes of the Securities Exchange Act of 1934, as amended.

**Item 9.01.** Financial Statements and Exhibits.

**Exhibits**

**Exhibit 99:** Press Release, dated January 20, 2005, issued by MBNA Corporation, and MBNA Corporation Financial Highlights for the three and twelve months ended December 31, 2004.

---

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

MBNA Corporation

Date: January 20, 2005    By:    /s/    Kenneth A. Vecchione
                                       Kenneth A. Vecchione
                                       Chief Financial Officer

Exhibit 99

### MBNA Reports Fourth Quarter Earnings of $.59 per Common Share
### Increases Dividend 17% to $.56 Per Common Share
### Announces New $2 billion Common Stock Repurchase Program

**Wilmington, Delaware (1/20/05)** -- MBNA Corporation announced today that net income for the fourth quarter of 2004 was $768.9 million or $.59 per common share, an increase of 9%, compared with $703.5 million or $.54 per common share for the fourth quarter of 2003. For the full year, net income rose to $2.68 billion or $2.05 per common share, an increase of 15% compared to $2.34 billion or $1.79 per common share for 2003.

"We grew earnings 15% in a slower industry growth environment and were able to launch several new and exciting programs such as our partnership with American Express and the acquisition of new businesses," said Bruce L. Hammonds, Chief Executive Officer of MBNA Corporation. "We are pleased with the results achieved in 2004."

In addition, MBNA's Board of Directors has approved an increase of 17% in the quarterly dividend rate to $.14 per common

share, which will increase the annual rate to $.56 per common share. MBNA has increased the dividend every year since it became a public company. The cash dividend is payable April 1, 2005 to stockholders of record as of March 15, 2005.

MBNA's Board of Directors has also approved a share repurchase program and authorized the repurchase of up to $2 billion of common stock over the next 2 years. Stock repurchases will be done selectively based on capital levels, asset growth levels, and share performance. The program reflects the corporation's commitment to return excess capital to stockholders while balancing the important objectives of asset growth and maintaining a strong balance sheet. This repurchase program will be in addition to the corporation's existing share repurchase program which utilizes share repurchases to offset the impact of stock-based compensation programs.

MBNA announced that it will take a one-time restructuring charge in the first quarter of 2005. This restructuring charge is a result of the initiation of a voluntary early retirement program and a voluntary employee severance program. During the last several years, the corporation has taken steps to reduce its expenses through reduced hiring and other programs. Despite these efforts, MBNA remains staffed, particularly in management positions, at a level higher than anticipated business needs require. The company believes the voluntary early retirement and severance programs will assist the corporation in achieving staffing levels that meet expected future business needs and make MBNA more efficient.

The restructuring charge is expected to total approximately $300 million to $350 million pre-tax and result in anticipated pre-tax expense savings of approximately $150 million in 2005 and $200 million in 2006. Following the end of the voluntary early retirement and severance programs in March 2005, the corporation will undertake a review of its operations and look for opportunities to consolidate some of its facilities. The corporation may incur additional expenses for the disposition of fixed assets related to this consolidation.

"The restructuring we announced today was a difficult decision to make. We believe the programs we are offering to the people who work here are fair and provide those who elect to leave the company the ability to pursue other life goals," said Bruce L. Hammonds. "For our shareholders, this represents an important investment in our future. Combined with some important strategic initiatives started in 2004, we believe we are well positioned to achieve our long-term objectives." Some highlights for the year include:

- Hundreds of thousands of Customers activated their American Express-branded cards in the fourth quarter taking advantage of the valuable benefits of an American Express branded card backed by MBNA's top-notch Customer satisfaction.

- Throughout 2004, MBNA reduced its reliance on 0% promotional offers as a driver of receivables growth and introduced a number of value-based products centered upon the WorldPoints rewards platform. MBNA is driving innovative products through its powerful affinity partner distribution network and providing Customers with a wide array of choices, based on their individual needs and interests. Whether Customers choose an NFL Extra Points Visa, a PGA Tour Platinum MasterCard, or one of many professional or alumni programs, MBNA has a credit card to fit each Customer's individual needs and preferences.

- Internationally, MBNA's businesses in the United Kingdom, Canada, and Spain continue to provide additional loan growth opportunities through the same affinity marketing strategy that drove the company's success over the last 20+ years. MBNA has more than 5,000 affinity partners in its U.S. and international businesses.

- MBNA continued to diversify in 2004 with the purchases of Premium Credit Limited (PCL), MBNA's premium financing company in the UK, and Sky Financial, MBNA's professional practice financing business in the U.S.

Loan receivables at December 31, 2004 were $33.8 billion, an increase of $134.8 million over year-end 2003. Total managed loans at December 31, 2004 were $121.6 billion, an increase of $3.1 billion over year-end 2003.

Losses on loan receivables and managed loans for the fourth quarter of 2004 were 3.74% and 4.43%, respectively. Loan losses continue to be lower than published industry levels. Delinquency on loan receivables and managed loans was 3.29% and 4.13%, respectively, at December 31, 2004.

As previously announced, MBNA has scheduled an investor webcast on Friday, January 21, 2005 at 10:30 a.m. during which Bruce L. Hammonds and Kenneth A. Vecchione, MBNA's Chief Financial Officer, will provide earnings growth expectations and updates on key business opportunities, including those noted above. This webcast will be available in the Investor Relations section of MBNA's Web site (www.mbna.com).

This earnings release includes managed data. Please refer to MBNA Corporation and Subsidiaries Financial Highlights - Exhibit

A for a quantitative reconciliation of reported and managed data. A business presentation that provides supplemental information regarding the fourth quarter of 2004 is available in the Investor Relations section of MBNA's Web site (www.mbna.com ).

This release includes forward-looking statements and estimates concerning the restructuring charge. Such statements and estimates are subject to risks and uncertainties that may cause the Corporation's actual performance to differ materially from that set forth in such forward-looking statements and estimates. For example, the actual number and identity of people participating in the early retirement and severance programs, and the overall impact of the restructuring on the Corporation's business, could affect the amount of the charge and the actual expense reductions in 2005 and 2006. Other factors that could cause the Corporation's actual financial performance to differ materially from that set forth in the forward-looking statements and estimates contained herein include, but are not limited to, those described in "Important Factors Regarding Forward-Looking Statements" of the Corporation's 2004 Quarterly Report on Form 10-Q for the quarter ended September 30, 2004. The estimates contained in this report represent the current estimates of the Corporation and the Corporation undertakes no obligation to update publicly or revise any such estimates or other forward-looking statements contained in this report.

**About MBNA Corporation**
MBNA (NYSE:KRB), the largest independent credit card lender in the world and a recognized leader in affinity marketing, is an international financial services company providing lending, deposit, and credit insurance products and services. MBNA credit cards and related products and services are endorsed by more than 5,000 organizations worldwide. MBNA employs approximately 28,000 people, each of whom is committed to satisfying the Customer. For more information, visit the company's web site at www.mbna.com .

**MBNA CORPORATION AND SUBSIDIARIES**
**FINANCIAL HIGHLIGHTS**
*(dollars in thousands, except per share amounts) (unaudited)*

|  | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
| --- | --- | --- | --- | --- |
|  | 2004 | 2003 | 2004 | 2003 |
| **INCOME STATEMENT DATA FOR THE PERIOD:** | | | | |
| Net interest income | $ 663,090 | $ 615,697 | $ 2,536,801 | $ 2,350,373 |
| Provision for possible credit losses | 256,750 | 334,157 | 1,146,855 | 1,392,701 |
| Other operating income | 2,156,644 | 2,153,198 | 8,258,386 | 7,825,480 |
| Other operating expense | 1,354,241 | 1,333,815 | 5,516,703 | 5,124,147 |
| Net income | 768,944 | 703,490 | 2,677,296 | 2,338,104 |
| **PER COMMON SHARE DATA FOR THE PERIOD:** | | | | |
| Earnings | $ .60 | $ .55 | $ 2.08 | $ 1.82 |
| Earnings-assuming dilution | .59 | .54 | 2.05 | 1.79 |
| Dividends | .12 | .10 | .48 | .36 |
| Book value | 10.26 | 8.53 | | |
| **RATIOS:** | | | | |
| Net interest margin (a) | 5.36% | 5.35% | 5.33% | 5.37% |
| Return on average total assets | 4.96 | 4.76 | 4.39 | 4.16 |
| Return on average stockholders' equity | 23.28 | 24.44 | 21.72 | 22.98 |

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Stockholders' equity to total assets | 21.59 | 18.80 |  |  |
| Loan Receivables (b): |  |  |  |  |
| Delinquency (c) | 3.29 | 3.84 |  |  |
| Net credit loss (d) | 3.74 | 4.64 | 4.26 | 4.84 |
| Sales volume: |  |  |  |  |
| Credit card | $ 35,630,796 | $ 31,045,918 | $ 128,565,008 | $ 110,025,720 |
| Other consumer | 31,177 | 145,482 | 292,168 | 628,816 |
| Commercial | 2,361,490 | 1,870,922 | 8,350,305 | 6,863,666 |
| Total sales volume | 38,023,463 | 33,062,322 | 137,207,481 | 117,518,202 |
| Cash advance volume: |  |  |  |  |
| Credit card | 12,044,386 | 15,751,373 | 54,345,322 | 60,635,839 |
| Other consumer | 2,630,633 | 1,151,751 | 10,625,256 | 5,667,969 |
| Commercial | 1,317,502 | 97,537 | 3,983,290 | 471,863 |
| Total cash advance volume | 15,992,521 | 17,000,661 | 68,953,868 | 66,775,671 |
| Total volume | $ 54,015,984 | $ 50,062,983 | $ 206,161,349 | $ 184,293,873 |

**MBNA CORPORATION AND SUBSIDIARIES**
**FINANCIAL HIGHLIGHTS**
*(dollars in thousands, except per share amounts) (unaudited)*

|  | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
|---|---:|---:|---:|---:|
|  | 2004 | 2003 | 2004 | 2003 |
| **MANAGED DATA (e):** |  |  |  |  |
| At Period End: |  |  |  |  |
| Loans held for securitization | $ 8,239,487 | $ 13,084,105 |  |  |
| Loan portfolio | 25,519,363 | 20,539,972 |  |  |
| Securitized loans | 87,859,325 | 84,869,483 |  |  |
| Total managed loans | $ 121,618,175 | $ 118,493,560 |  |  |
| Average for the Period: |  |  |  |  |
| Loans held for securitization | $ 7,489,841 | $ 9,155,820 | $ 8,893,754 | $ 9,198,810 |
| Loan portfolio | 23,983,808 | 20,041,305 | 22,162,033 | 18,985,008 |
| Securitized loans | 87,495,650 | 84,574,458 | 87,040,251 | 81,691,156 |
| Total managed loans | $ 118,969,299 | $ 113,771,583 | $ 118,096,038 | $ 109,874,974 |
| For the Period: |  |  |  |  |
| Delinquency (c) | 4.13% | 4.39% |  |  |

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Net credit loss (d) | 4.43 | 4.97 | 4.74% | 5.22% |
| Net interest margin (a) | 7.94 | 8.30 | 7.98 | 8.39 |
| Net interest income | $ 2,646,132 | $ 2,642,109 | $ 10,421,272 | $ 10,204,638 |
| Provision for possible credit losses | 1,279,171 | 1,409,287 | 5,422,879 | 5,768,170 |
| Other operating income | 1,196,023 | 1,201,916 | 4,649,939 | 4,346,684 |

### MBNA CORPORATION AND SUBSIDIARIES
### FINANCIAL HIGHLIGHTS
*(dollars in thousands, except per share amounts) (unaudited)*

|  | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
|---|---:|---:|---:|---:|
|  | 2004 | 2003 | 2004 | 2003 |
| **BALANCE SHEET DATA AT PERIOD END:** | | | | |
| Investment securities and money market instruments | $ 10,734,425 | $ 9,581,715 | | |
| Loans held for securitization | 8,239,487 | 13,084,105 | | |
| Credit card loans (f) | 12,468,200 | 11,190,382 | | |
| Other consumer loans (f) | 9,089,065 | 8,017,730 | | |
| Commercial loans (f) | 3,962,098 | 1,331,860 | | |
| Total loans | 25,519,363 | 20,539,972 | | |
| Reserve for possible credit losses | (1,136,558) | (1,216,316) | | |
| Net loans | 24,382,805 | 19,323,656 | | |
| Total assets | 61,714,140 | 59,113,355 | | |
| Total deposits | 31,239,504 | 31,836,081 | | |
| Long-term debt and bank notes | 11,422,900 | 12,145,628 | | |
| Stockholders' equity | 13,323,252 | 11,113,040 | | |
| **AVERAGE BALANCE SHEET DATA:** | | | | |
| Investment securities and money market instruments | $ 13,614,416 | $ 12,482,481 | $ 12,446,434 | $ 11,693,550 |
| Loans held for securitization | 7,489,841 | 9,155,820 | 8,893,754 | 9,198,810 |
| Credit card loans (f) | 11,258,462 | 10,986,068 | 10,325,720 | 10,071,707 |
| Other consumer loans (f) | 8,880,191 | 8,106,172 | 8,581,485 | 8,149,690 |
| Commercial loans (f) | 3,845,155 | 949,065 | 3,254,828 | 763,611 |
| Total loans | 23,983,808 | 20,041,305 | 22,162,033 | 18,985,008 |
| Reserve for possible credit losses | (1,146,803) | (1,186,014) | (1,206,631) | (1,158,510) |
| Net loans | 22,837,005 | 18,855,291 | 20,955,402 | 17,826,498 |
| Total assets | 61,698,858 | 58,645,383 | 60,952,688 | 56,232,903 |
| Total deposits | 31,864,907 | 31,612,425 | 31,893,637 | 31,880,540 |

|  |  |  |  |  |
|---|---|---|---|---|
| Long-term debt and bank notes | **11,437,197** | 11,826,642 | **11,715,410** | 10,557,593 |
| Stockholders' equity | **13,140,972** | 11,419,413 | **12,328,216** | 10,172,778 |
| Weighted average common shares outstanding (000) | **1,277,987** | 1,277,748 | **1,277,833** | 1,278,166 |
| Weighted average common shares outstanding and common stock equivalents (000) | **1,296,521** | 1,297,300 | **1,297,178** | 1,295,142 |

**NOTES:**

(a) Net interest margin ratios are presented on a fully taxable equivalent basis.

(b) Loan receivables include loans held for securitization and the loan portfolio.

(c) Delinquency represents accruing loans that are 30 days or more past due.

(d) MBNA Corporation's net credit loss ratio is calculated by dividing annualized net credit losses, which exclude uncollectible accrued interest and fees and fraud losses, for the period by average loans, which include the estimated collectible billed interest and fees for the corresponding period.

(e) MBNA Corporation allocates resources on a managed basis, and financial data provided to management reflects MBNA Corporation's results on a managed basis. Managed data assumes MBNA Corporation's securitized loan principal receivables have not been sold and presents the earnings on securitized loan principal receivables in the same fashion as MBNA Corporation's owned loans. Management, equity and debt analysts, rating agencies and others evaluate MBNA Corporation's operations on a managed basis because the loans that are securitized are subject to underwriting standards comparable to MBNA Corporation's owned loans, and MBNA Corporation services the securitized and owned loans, and the related accounts, together and in the same manner without regard to ownership of the loans. In a securitization, the account relationships are not sold to the trust. MBNA Corporation continues to own and service the accounts that generate the securitized loan principal receivables. The credit performance of the entire managed loan portfolio is important to understand the quality of loan originations and the related credit risks inherent in the owned portfolio and retained interests in its securitization transactions.

Exhibit A reconciles income statement data for the period to managed net interest income, managed provision for possible credit losses, and managed other operating income, and the loan receivables net credit loss ratio to the managed net credit loss ratio, the loan receivables delinquency ratio to the managed delinquency ratio, and the net interest margin ratio to the managed net interest margin ratio. Managed other operating income includes the impact of the gain recognized on securitized loan principal receivables in accordance with Statement of Financial Accounting Standards No. 140, "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities - a replacement of FASB Statement No. 125" ("Statement No. 140").

(f) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans.

EXHIBIT A

RECONCILIATION OF INCOME STATEMENT DATA FOR THE PERIOD TO MANAGED NET
INTEREST INCOME, MANAGED PROVISION FOR POSSIBLE CREDIT LOSSES,
AND MANAGED OTHER OPERATING INCOME

|  | For the Three Months Ended December 31, | | For the Twelve Months Ended December 31, | |
|---|---|---|---|---|
|  | 2004 | 2003 | 2004 | 2003 |
| **Net interest income:** | | | | |
| Net interest income | $ 663,090 | $ 615,697 | $ 2,536,801 | $ 2,350,373 |
| Securitization adjustments | 1,983,042 | 2,026,412 | 7,884,471 | 7,854,265 |
| Managed net interest income | $ 2,646,132 | $ 2,642,109 | $ 10,421,272 | $ 10,204,638 |
| **Provision for possible credit losses:** | | | | |
| Provision for possible credit losses | $ 256,750 | $ 334,157 | $ 1,146,855 | $ 1,392,701 |
| Securitization adjustments | 1,022,421 | 1,075,130 | 4,276,024 | 4,375,469 |
| Managed provision for possible credit losses | $ 1,279,171 | $ 1,409,287 | $ 5,422,879 | $ 5,768,170 |
| **Other operating income:** | | | | |
| Other operating income | $ 2,156,644 | $ 2,153,198 | $ 8,258,386 | $ 7,825,480 |
| Securitization adjustments | (960,621) | (951,282) | (3,608,447) | (3,478,796) |
| Managed other operating income | $ 1,196,023 | $ 1,201,916 | $ 4,649,939 | $ 4,346,684 |

MBNA CORPORATION AND SUBSIDIARIES
FINANCIAL HIGHLIGHTS
*(dollars in thousands, except per share amounts) (unaudited)*

RECONCILIATION OF THE LOAN RECEIVABLES NET CREDIT LOSS RATIO TO THE MANAGED
NET CREDIT LOSS RATIO

|  | For the Three Months Ended December 31, 2004 | | | For the Three Months Ended December 31, 2003 | | |
|---|---|---|---|---|---|---|
|  | Net Credit Losses (a) | Average Loans Outstanding | Net Credit Loss Ratio (a) | Net Credit Losses (a) | Average Loans Outstanding | Net Credit Loss Ratio (a) |
| Loan receivables (b) | $ 294,664 | $ 31,473,649 | 3.74% | $ 338,547 | $ 29,197,125 | 4.64% |
| Securitized loans | 1,022,421 | 87,495,650 | 4.67 | 1,075,130 | 84,574,458 | 5.08 |
| Managed loans | $ 1,317,085 | $ 118,969,299 | 4.43 | $ 1,413,677 | $ 113,771,583 | 4.97 |

|  | For the Twelve Months Ended December 31, 2004 | For the Twelve Months Ended December 31, 2003 |
|---|---|---|

|  | Net Credit Losses (a) | Average Loans Outstanding | Net Credit Loss Ratio (a) | Net Credit Losses (a) | Average Loans Outstanding | Net Credit Loss Ratio (a) |
|---|---|---|---|---|---|---|
| Loan receivables (b) | $ 1,324,176 | $ 31,055,787 | 4.26% | $ 1,363,696 | $ 28,183,818 | 4.84% |
| Securitized loans | 4,276,024 | 87,040,251 | 4.91 | 4,375,469 | 81,691,156 | 5.36 |
| Managed loans | $ 5,600,200 | $ 118,096,038 | 4.74 | $ 5,739,165 | $ 109,874,974 | 5.22 |

**RECONCILIATION OF THE LOAN RECEIVABLES DELINQUENCY RATIO TO THE MANAGED DELINQUENCY RATIO**

|  | December 31, 2004 ||| December 31, 2003 |||
|---|---|---|---|---|---|---|
|  | Delinquent Balances (c) | Ending Loans Outstanding | Delinquency Ratio (c) | Delinquent Balances (c) | Ending Loans Outstanding | Delinquency Ratio (c) |
| Loan receivables (b) | $ 1,111,441 | $ 33,758,850 | 3.29% | $ 1,289,799 | $ 33,624,077 | 3.84% |
| Securitized loans | 3,913,656 | 87,859,325 | 4.45 | 3,913,851 | 84,869,483 | 4.61 |
| Managed loans | $ 5,025,097 | $ 121,618,175 | 4.13 | $ 5,203,650 | $ 118,493,560 | 4.39 |

MBNA CORPORATION AND SUBSIDIARIES
FINANCIAL HIGHLIGHTS
*(dollars in thousands, except per share amounts) (unaudited)*

**RECONCILIATION OF THE NET INTEREST MARGIN RATIO TO THE MANAGED NET INTEREST MARGIN RATIO**

|  | For the Three Months Ended December 31, 2004 ||| For the Three Months Ended December 31, 2003 |||
|---|---|---|---|---|---|---|
|  | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio |
| **Net interest margin (d):** |  |  |  |  |  |  |
| Investment securities and money market instruments | $ 13,614,416 |  |  | $ 12,482,481 |  |  |
| Other interest-earning assets | 4,181,080 |  |  | 4,010,412 |  |  |
| Loan receivables (b) | 31,473,649 |  |  | 29,197,125 |  |  |
| Total | $ 49,269,145 | $ 663,403 | 5.36% | $ 45,690,018 | $ 615,919 | 5.35% |
| **Securitization adjustments:** |  |  |  |  |  |  |
| Investment securities and money market instruments | $ - |  |  | $ - |  |  |

|  | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Other interest-earning assets | (4,109,680) | | | (3,940,599) | | |
| Securitized loans | 87,495,650 | | | 84,574,458 | | |
| Total | $ 83,385,970 | 1,983,042 | 9.46 | $ 80,633,859 | 2,026,412 | 9.97 |
| **Managed net interest margin (d):** | | | | | | |
| Investment securities and money market instruments | $ 13,614,416 | | | $ 12,482,481 | | |
| Other interest-earning assets | 71,400 | | | 69,813 | | |
| Managed loans | 118,969,299 | | | 113,771,583 | | |
| Total | $132,655,115 | 2,646,445 | 7.94 | $126,323,877 | 2,642,331 | 8.30 |

| | For the Twelve Months Ended December 31, 2004 | | | For the Twelve Months Ended December 31, 2003 | | |
|---|---:|---:|---:|---:|---:|---:|
| | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio |
| **Net interest margin (d):** | | | | | | |
| Investment securities and money market instruments | $ 12,446,434 | | | $ 11,693,550 | | |
| Other interest-earning assets | 4,120,645 | | | 3,904,013 | | |
| Loan receivables (b) | 31,055,787 | | | 28,183,818 | | |
| Total | $ 47,622,866 | $ 2,537,790 | 5.33% | $ 43,781,381 | $ 2,351,132 | 5.37% |
| **Securitization adjustments:** | | | | | | |
| Investment securities and money market instruments | $     — | | | $     — | | |
| Other interest-earning assets | (4,049,751) | | | (3,835,216) | | |
| Securitized loans | 87,040,251 | | | 81,691,156 | | |
| Total | $ 82,990,500 | 7,884,471 | 9.50 | $ 77,855,940 | 7,854,265 | 10.09 |
| **Managed net interest margin (d):** | | | | | | |
| Investment securities and money market instruments | $ 12,446,434 | | | $ 11,693,550 | | |
| Other interest-earning assets | 70,894 | | | 68,797 | | |
| Managed loans | 118,096,038 | | | 109,874,974 | | |
| Total | $130,613,366 | 10,422,261 | 7.98 | $121,637,321 | 10,205,397 | 8.39 |

**NOTES TO EXHIBIT A:**

(a) MBNA Corporation's net credit loss ratio is calculated by dividing annualized net credit losses, which exclude uncollectible accrued interest and fees and fraud losses, for the period by average loans, which include the estimated collectible billed interest and fees for the corresponding period.

(b) Loan receivables include loans held for securitization and the loan portfolio.

(c) Delinquency represents accruing loans that are 30 days or more past due.

(d) Net interest margin ratios are presented on a fully taxable equivalent basis. The fully taxable equivalent adjustment for the three and twelve months ended December 31, 2004 was $313 and $989, respectively. The fully taxable equivalent adjustment for the three and twelve months ended December 31, 2003 was $222 and $759, respectively.

**End of Filing**

Powered By EDGAR Online

© 2005 | EDGAR Online, Inc.