# Exhibit C – Part 2

*Exhibit 10.5*

**Executive Non-Compete Agreement**

The following is a list of executive officers who have entered into an Executive Non-Compete Agreement in the form attached as Exhibit 10 to the Form 10-Q for the quarter ended September 30, 1999. The number of shares of restricted stock issued under Section 4 of the agreement is as follows:

| Executive Officers | Shares* |
|---|---|
| Gregg Bacchieri | 78,772 |
| Louis J. Freeh | 0 |
| Charles C. Krulak | 0 |
| John W. Scheflen | 66,960 |
| Richard K. Struthers | 78,772 |
| Kenneth A. Vecchione | 55,140 |

*Share numbers reflect stock splits.

*Exhibit 10.10*

**Form of Restricted Stock Award**

*[Name of Executive]*
*[Title of Executive]*

**Restricted Stock Award\***                                          _____

Grant Date:                                                          __/__/200_

\* The restricted stock award will vest at retirement at or after age 65, death, disability, or change in control. The shares will be forfeited if your employment ends prior to this time. Additional terms are included in the 1997 Long Term Incentive Plan and the Policies adopted for its administration.

**Note:** Restricted shares granted to Messrs. Hammonds, Cochran, Weaver and Struthers (other than shares granted in lieu of a portion of cash bonuses) in 2003 and prior years vest on December 1 of the year that includes the tenth anniversary of grant, or sooner upon the recipient's retirement, death or disability or upon a change of control of the Corporation.

---

**Form of Restricted Stock Award (in lieu of bonus)**

*[Name of Executive]*
*[Title of Executive]*

200_ Bonus Salary:                                                   $_____

200_ Cash Bonus:                                                     $_____

200_ Restricted Stock Bonus:                                         $_____
                                                                          (1)

Grant Date:                                                          __/__/200_

(1) Represents the number of restricted shares based upon the closing price of $___ on _____ __, 200_. The shares will vest __% on each year beginning with _____, 200_ and on each of the next ____ anniversaries. The shares will vest sooner in the event of death, disability, retirement at or after age 65 or change in control of the Corporation. The shares will be forfeited if your employment ends prior to this time. Additional terms are included in the 1997 Long Term Incentive Plan and the policies adopted for its administration.

*Exhibit 10.12*

**Supplemental Executive Retirement Plan —** *Executive Officer Participation*

The following is a list of the executive officers who participate in the Supplemental Executive Retirement Plan and the applicable benefits schedule identified in the retirement plan for each executive officer.

| <u>Executive Officer</u> | <u>Benefits Schedule</u> |
|---|---|
| Randolph D. Lerner | Corporate Policy Committee |
| Bruce L. Hammonds | Corporate Policy Committee |
| John R. Cochran, III | Corporate Policy Committee |
| Gregg Bacchieri | SERP I |
| Randall J. Black | SERP II |
| Douglas R. Denton | SERP I |
| Louis J. Freeh | SERP I |
| Charles C. Krulak | SERP I |
| John W. Scheflen | SERP I |
| Richard K. Struthers | Corporate Policy Committee |
| Kenneth A. Vecchione | SERP I |
| Lance L. Weaver | Corporate Policy Committee |

**EXHIBIT 12:    COMPUTATION OF RATIO OF EARNINGS TO COMBINED FIXED CHARGES AND PREFERRED STOCK DIVIDEND REQUIREMENTS**

| | For the Twelve Months Ended December 31, | |
| --- | --- | --- |
| | 2004 | 2003 |
| **INCLUDING INTEREST ON DEPOSITS** | | |
| | | |
| Earnings: | | |
| Income before income taxes | $4,131,629 | $3,659,005 |
| Fixed charges | 1,548,662 | 1,525,810 |
| Interest capitalized during period, net of amortization of previously capitalized interest | (11,308) | (14,579) |
| Earnings, for computation purposes | $5,668,983 | $5,170,236 |
| | | |
| Fixed Charges and Preferred Stock Dividend Requirements: | | |
| Interest on deposits, short-term borrowings, and long-term debt and bank notes, expensed or capitalized | $1,544,387 | $1,524,040 |
| Portion of rents representative of the interest factor | 4,275 | 1,770 |
| Fixed charges | 1,548,662 | 1,525,810 |
| Preferred stock dividend requirements | 21,704 | 22,009 |
| Fixed charges and preferred stock dividend requirements, including interest on deposits, for computation purposes | $1,570,366 | $1,547,819 |
| | | |
| Ratio of earnings to combined fixed charges and preferred stock dividend requirements, including interest on deposits | 3.61 | 3.34 |
| **EXCLUDING INTEREST ON DEPOSITS** | | |
| | | |
| Earnings: | | |
| Income before income taxes | $4,131,629 | $3,659,005 |
| Fixed charges | 566,835 | 418,004 |
| Interest capitalized during period, net of amortization of previously capitalized interest | (11,329) | (14,600) |
| Earnings, for computation purposes | $4,687,135 | $4,062,409 |
| | | |
| Fixed Charges and Preferred Stock Dividend Requirements: | | |
| Interest on short-term borrowings and long-term debt and bank notes, expensed or capitalized | $ 562,560 | $ 416,234 |
| Portion of rents representative of the interest factor | 4,275 | 1,770 |
| Fixed charges | 566,835 | 418,004 |
| Preferred stock dividend requirements | 21,704 | 22,009 |
| Fixed charges and preferred stock dividend requirements, excluding interest on deposits, for computation purposes | $ 588,539 | $ 440,013 |
| | | |
| Ratio of earnings to combined fixed charges and preferred stock dividend requirements, excluding interest on deposits | 7.96 | 9.23 |

The ratio of earnings to combined fixed charges and preferred stock dividend requirements is computed by dividing (i) income before income taxes and fixed charges less interest capitalized during such period, net of amortization of previously capitalized interest, by (ii) fixed charges and preferred stock dividend requirements. Fixed charges consist of interest, expensed or capitalized, on borrowings (including or excluding deposits, as applicable), and the portion of rental expense which is deemed representative of interest. The preferred stock dividend requirements represent the pre-tax earnings which would have been required to cover such dividend requirements on the Corporation's Preferred Stock outstanding.

# Like no other

Annual report 2004



**mbna**

If you're into it, we're into it.™

MBNA precepts

MBNA is a company of people committed to:

I   Providing the Customer with the finest products backed by consistently top-quality service.

I   Delivering these products and services efficiently, thus ensuring fair prices to the Customer and sound earnings for the stockholder.

I   Treating the Customer as we expect to be treated — putting the Customer first every day — and meaning it.

I   Being leaders in innovation, quality, efficiency, and Customer satisfaction. Being known for doing the little things and the big things well.

I   Insisting on an inclusive work environment where every single person is given the encouragement, support, and opportunity to be successful.

I   Expecting and accepting from ourselves nothing short of the best. Remembering that each of us, the people of MBNA, makes the unassailable difference.

Contents

2    Financial highlights
3    Letter to stockholders
6    Uniquely positioned
8    Uniquely qualified
10   Uniquely connected
12   Uniquely inspired
14   Leadership position
17   Financials
121  MBNA executive committee

**MBNA: A company like no other**

It's been nearly two decades since MBNA's precepts were introduced in the summer of 1986. Today, the precepts remain strong and relevant— providing the foundation for a record of consistent performance, growth, and industry leadership. The precepts have helped make MBNA successful and distinctive —a unique company that continues to set the standard.

MBNA annual report 2004     1

## Financial highlights

| Year ended December 31,<br>(dollars in thousands, except per share amounts) | 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|
| **Per Common Share Data** [a] | | | | | |
| Earnings | $ 2.08 | $ 1.82 | $ 1.37 | $ 1.31 | $ 1.05 |
| Earnings — assuming dilution | 2.05 | 1.79 | 1.34 | 1.28 | 1.02 |
| Dividends [b] | .48 | .36 | .27 | .24 | .21 |
| Book value | 10.26 | 8.53 | 6.96 | 5.94 | 5.02 |
| **Ratios** | | | | | |
| Return on average total assets | 4.39% | 4.16% | 3.67% | 4.16% | 3.94% |
| Return on average stockholders' equity | 21.72 | 22.98 | 21.29 | 24.07 | 25.79 |
| Stockholders' equity to total assets | 21.59 | 18.80 | 17.22 | 17.16 | 17.13 |
| Sales and cash advance volume | $206,161,349 | $184,293,873 | $160,046,164 | $142,261,636 | $125,683,731 |
| **Financial Statement Data** | | | | | |
| Net interest income | $ 2,536,801 | $ 2,350,373 | $ 2,074,575 | $ 1,657,340 | $ 1,395,015 |
| Other operating income | 8,258,386 | 7,825,480 | 6,673,316 | 6,752,923 | 4,920,403 |
| Net Income [a] | 2,677,296 | 2,338,104 | 1,765,954 | 1,694,291 | 1,312,532 |
| Stockholders' equity | 13,323,252 | 11,113,040 | 9,101,319 | 7,798,718 | 6,627,278 |
| **Managed Data** | | | | | |
| Total managed loans | $121,618,175 | $118,493,560 | $107,257,842 | $ 97,496,051 | $ 88,790,721 |

(a)   For full year 2002, net income excluding the change in the estimated value of accrued interest and fees in September 2002 would have been $1.93 billion or $1.47 per common share — assuming dilution.

(b)   On January 20, 2005, the Board of Directors declared an increase of 17% in the quarterly dividend to $.14 per common share.

This annual report includes managed data. A reconciliation of the managed data to the most directly comparable GAAP data is included in the Management's Discussion and Analysis of Financial Condition and Results of Operations section of the annual report.



**Dear Stockholders: For MBNA, 2004 was a year of noteworthy performance.**
Thanks to the efforts of the talented and dedicated people of our company, we grew earnings 15% in a slow industry growth environment, launched several exciting programs, such as our partnership with American Express, and acquired important new businesses.

In our 14th year as a public company, MBNA increased net income 15% to $2.7 billion, or $2.05 per common share. And for the 14th consecutive year, MBNA increased its quarterly dividend, which rose 17% to $.14 per common share —increasing the annual rate to $.56 per common share, while also significantly increasing capital.

MBNA is in the business of lending money to qualified people. We are a diversified consumer and small-business lending company with operations in the United States, Canada, the United Kingdom, Ireland, and Spain. We market our products through more than 5,000 endorsing organizations and financial institutions. We believe that lending to high-quality individuals through affinity marketing offers a solid foundation for continued growth and performance in almost any market environment.

Since 1982, we've delivered consistent, profitable growth — something we believe will continue, though at a slower pace than in the past. Through the late 1990s, MBNA grew earnings 25% and averaged 20% since our IPO. However, that pace slowed in 2004 as MBNA gained scale and as growth in the U.S. credit card industry declined.

In this slower growth environment, MBNA produced another year of earnings growth through increased retail spending from our Customers, expanded product offerings, product diversification, continued commitment to credit quality, and tighter cost controls.

**Loan Growth.** Managed loans ended at $121.6 billion in 2004, up $3.1 billion, or 3%. Loan growth was impacted by sluggishness in revolving consumer credit in the United States, which

increased only 4% in 2004. Loan growth was also affected by our decision to reduce the number of 0% balance transfer offers to new and existing Customers. Instead, we of fer Customers significantly improved rewards-based programs, such as MBNA WorldPoints, Merrill Lynch rewards, and NFL Extra Points. These types of accounts typically take longer to develop balances, but have very good long-term profitability. Spending on rewards accounts drove retail sales volume up 17% in 2004 and led to strong growth in other operating income.

**Asset Quality.** The credit performance of our loan portfolio improved significantly in 2004 as managed net credit losses declined 48 basis points to 4.74%, and managed delinquency declined 26 basis points to 4.13%. We continue to maintain stringent underwriting standards, and the quality of new Customers added this year is consistent with the quality of our existing portfolio.

**New Endorsements.** In 2004, we received new endorsements from more than 280 organizations, including Charles Schwab, GMAC Mortgage Corporation, A.G. Edwards & Sons, and the Massachusetts Institute of Technology.

**Diversification.** We further diversified our loan portfolio through key acquisitions, including the purchase of Premium Credit Limited, the leading insurance premium financing business in the United Kingdom, and Sky Financial Solutions, a professional practice financing business — extending our affinity-based marketing focus into complementary business areas. We also opened a representative office in Shanghai, China, as an important step toward exploring further international expansion.



## MBNA CORPORATION BOARD OF DIRECTORS

**Randolph D. Lerner, Esq.** Chairman; Owner, Cleveland Browns (photo at bottom right) · **Bruce L. Hammonds** President and Chief Executive Officer (photo at bottom right) • **James H. Berick, Esq.** Retired Partner, Squire, Sanders & Dempsey LLP • **Mary M. Boies, Esq.** Partner, Boies & McInnis LLP • **Benjamin R. Civiletti, Esq.** Chairman, Venable LLP; Former Attorney General of the United States • **William L. Jews** President and Chief Executive Officer, CareFirst BlueCross BlueShield • **Stuart L. Markowitz, MD** Emeritus Partner, Drs. Markowitz, Rosenberg, Stein & Associates • **William B. Milstead** Retired Partner, Ernst & Young LLP · **Thomas G. Murdough, Jr.** Chairman and Chief Executive Officer, The Step2 Company • **Laura S. Unger, Esq.** Independent Consultant; Former Acting Chairman and Commissioner, Securities and Exchange Commission

**American Express Partnership.** A historic agreement with American Express enables us to issue MBNA Rewards American Express-branded credit cards in the United States. We intend to also issue American Express-branded credit cards in the United Kingdom, Canada and Spain. This opens the door to new opportunities for MBNA. With this step, MBNA offers a full range of credit card products —American Express, Visa, and MasterCard — to Customers and potential Customers. Today, hundreds of thousands of Customers have activated their MBNA Rewards American Express cards and are taking advantage of the valuable benefits, backed by MBNA's top-notch Customer satisfaction.

**Corporate Governance.** We are especially pleased to note that in 2004 MBNA continued to improve its corporate governance policies and practices. The Board of Directors named three new independent directors: Mary Boies, Thomas Murdough, and Laura Unger. This increases the total number of directors to 10, of which eight are independent of management. In addition, the board continued other governance initiatives, including additional reductions in executive compensation.

**Cost Controls.** We announced a one-time restructuring charge in the first quarter of 2005. This charge is a result of voluntary early retirement and voluntary severance programs. The programs will help MBNA achieve staffing levels, particularly in management positions, that match future business needs. The charge will total approximately $300 million to $350 million pre-tax and result in anticipated pre-tax expense savings of approximately $150 million in 2005 and $200 million in 2006. For stockholders, this is an important investment in the future.

**Capital Management.** MBNA's Board of Directors also approved a share repurchase program and authorized the repurchase of up to $2 billion of common stock over the next two years. Stock repurchases will be done selectively, based on capital levels, asset growth levels, investment opportunities, acquisitions, and share performance. The program reflects the corporation's commitment to returning excess capital to stockholders while balancing the important objectives of asset growth and maintaining a strong balance sheet. In addition, MBNA increased its dividend an average of more than 20% per year over the last five years.

**MBNA Brand.** The people of MBNA are committed to moving the business ahead into new areas of opportunity. For example, we made significant improvements in the Customer experience and launched the MBNA brand with the new tagline, *If you're into it, we're into it* . Our brand advertising campaign began with a television ad during Super Bowl XXXIX and will continue in all media throughout 2005. The primary purpose of the brand campaign is to strengthen consumer awareness that the things that matter to consumers — their passions, interests, and affinities — also matter to MBNA.

MBNA truly is a company like no other. This annual report examines some of the things that make MBNA unique, and some of the reasons why MBNA is the recognized leader in affinity marketing.

*[signature]*

**Bruce Hammonds** President and Chief Executive Officer

*[signature]*

**Randy Lerner** Chairman

*[signature]*

**John Cochran** Chief Operating Officer





**When it comes to affinity marketing, no one else comes close.**

MBNA Corporation is an international financial services company like no other. We provide lending, insurance, and deposit account products and services through operations in the United States, Canada, the United Kingdom, Ireland, and Spain.

MBNA makes loans to individuals and to small businesses. We do this through credit cards, consumer loans, home equity loans, business credit cards, and other business lending products. We deliver our products primarily through affinity marketing programs. As a result, MBNA has built a record of consistent growth and performance.

Over two decades, MBNA has established affinity and co-branded relationships with more than 5,000 organizations, including professional associations, colleges and universities, sports teams, financial institutions, and many other groups.

MBNA's unique position in the consumer lending business rests on partnering with organizations that people care about — organizations inspiring pride and passion among their members. We provide products and services that express loyalty and help organizations strengthen relationships with their members.

MBNA works aggressively to understand people who share common interests and to design the financial products that meet their needs. We use diversified channels to market these products, including direct mail, telesales, Internet, event, and point-of-sale marketing, and we market through bank branches, financial advisors, and more.

We back these marketing activities with service that generates a superior Customer experience at every point of contact. In addition, our Customers have the freedom and flexibility to choose from an innovative selection of reward programs that reflect their pride, passion, and interests. The result is an experience that MBNA Customers have come to appreciate and value.

MBNA combines the power of affinity relationships, the power of affinity rewards, and the power of the Customer experience like no other company. Our unique approach to the entire concept of affinity marketing is making MBNA one of the most recognized, respected, and valuable brands in our industry.

Our recently launched brand-awareness campaign captures the spirit of affinity in a simple phrase: *If you're into it, we're into it.* The campaign helps Customers and potential Customers appreciate that MBNA knows how to deliver financial products and services to people who share a common interest.



**When it comes to finding and keeping the right Customers, no one else comes close.**

Our approach to doing business is like no other in our industry. We get the right Customers through affinity marketing and keep them by providing top-quality Customer satisfaction.

Affinity marketing enables us to target our marketing effectively to attract the most qualified applicants. Marketing to the members of our more than 5,000 affinity groups, we choose Customers from a universe with very strong credit characteristics. This marketing approach, combined with our sophisticated credit process, is one of the main reasons MBNA's loan losses have historically been well below industry averages.

Unlike others, we don't rely solely on computer programs to make our lending decisions. Our judgmental lending approach encourages MBNA people to make credit decisions based on experience and, very often, personal contact with individual applicants. At MBNA, talented people combine experience, technology, and predictive scoring with something equally important to our success: common sense.

Our unique way of marketing and lending has proven itself time and again. In 2004, MBNA's asset quality improved significantly as the characteristics of new Customers remained consistent with previous years. In addition, MBNA Customers continue to use their cards more and carry higher loan balances than the average credit card holder.

The people of MBNA are guided in their work by the MBNA precepts (inside front cover). We're committed to treating the Customer as we expect to be treated — putting the Customer first every day — and meaning it. MBNA places a premium on attracting people who share these values — values that build relationships and strengthen Customer loyalty.

Why we like affinity marketing:



MBNA and industry data are for the 12 months ending September 30, 2004.

MBNA annual report 2004



**When it comes to building relationships, no one else comes close.**

The way we build relationships with Customers is like no other in our industry. In 2004, MBNA launched programs to extend opportunities to market segments with high potential for sustained growth and development.

During 2004, MBNA added more than 260 new affinity partners, including Charles Schwab and A.G. Edwards & Sons. These endorsements cemented MBNA's position as the dominant card issuer in the brokerage, mutual fund, and insurance marketplace. The endorsement of GMAC Mortgage Corporation added a unique and successful program that enables consumers to reduce the length of their mortgages. The Massachusetts Institute of Technology joined the ranks of leading academic institutions offering MBNA cards, as did the Université de Laval, a Québec-based institution of higher learning dating back to 1663. Such prominent brand names as Starwood Hotels & Resorts in Canada, Halfords in the United Kingdom, and Spain's Viajes Marsans travel agency, among many others, also decided to endorse MBNA products in 2004.

The number of professional organizations that endorse MBNA products reached more than 1,400 in 2004. Our focus on marketing to professionals has resulted in MBNA products being carried by approximately three-quarters of all physicians, two-thirds of all dentists, two-thirds of all attorneys, and half of all engineers in the United States. MBNA products are also endorsed by more than 600 sports-related organizations including the National Basketball Association, the National Football League, Major League Baseball, NASCAR, the United States Tennis Association, and the Professional Golfers Association. *We have developed affinity products for virtually anything that anyone is interested in—at any stage of life.* For example, if you're studying for a career in dentistry, we have the American Student Dental Association card. When you become licensed and begin your career, we have products endorsed by nearly all the state dental associations.

In addition, MBNA markets credit cards through the endorsements of hundreds of financial institutions and credit unions. Financial institutions provide MBNA with effective sales channels, including more than 15,000 bank branches worldwide. MBNA also focused on expanding its lending products to the student and alumni market in 2004 by building on our existing marketing activities with more than 850 colleges and universities, adding nearly 325,000 accounts during the year.

And in the first such agreement by any U.S. bank, MBNA began issuing American Express-branded credit cards in late 2004. The agreement represents our continuing commitment to offering our Customers a broader array of products, backed by superior service and providing greater value, convenience, and choice. Today, nearly 1,000 of MBNA's endorsing groups have agreed to the marketing of American Express-branded credit cards to their members—and the list continues to grow.



**When it comes to leveraging relationships, no one else comes close.**

We build relationships like no other in our industry. In today's competitive lending environment, leveraging existing relationships to find additional areas of opportunity is a powerful path to sustained performance.

The spirit of innovation that led MBNA to pioneer affinity marketing remains very much alive. Credit cards are often the basis for larger financial relationships between MBNA and our Customers. By marketing credit cards to Customers, MBNA gains an understanding of each Customer's needs and circumstances, and this makes it possible to offer other products, such as consumer loans, deposit accounts, business loans, and home equity loans.

Leveraging our knowledge of affinity groups has enabled us to build a consumer loan business in the United States of $11.5 billion and a deposit base of more than $30 billion. One example of this is our relationship with the National Education Association (NEA). Currently, more than a third of all teachers in the United States carry MBNA credit cards with loan balances totaling $2.7 billion. Additionally, NEA members have borrowed $675 million using other consumer lending products and have $4.1 billion in deposits with MBNA.

The 2004 acquisition of Sky Financial Solutions gives MBNA a way to offer financing for equipment, practice start-ups, and working capital to dentists and other professionals. Similarly, the acquisition of Premium Credit Limited in the United Kingdom enabled MBNA to finance insurance premiums. Both of these new businesses provide good growth potential for MBNA and, most important, are a good fit with MBNA's affinity marketing strategy.

The drive to improve the utility of our products led to further enhancements this year of our most popular rewards programs. MBNA's WorldPoints program was launched in 2002 as our principal rewards platform for card users, enabling Customers to earn one point for every dollar spent and to redeem those points for travel, merchandise, or cash. WorldPoints provides a comprehensive platform to build customized programs as we have done for Merrill Lynch, Charles Schwab, and several other key endorsements. In 2004, the portfolio of loans under this program climbed to more than $11 billion.

Similar innovations and improvements have been made in a number of other programs with strong potential growth. The Fidelity 529 program helps Customers save for their children's college education. Comparable programs for affinity partners, such as Royal Caribbean Cruises, where Customers earn points towards their next cruise, have generated notable Customer response.

Such programs help Customers meet personal goals while demonstrating their affinity for sponsoring organizations. This effort to improve and expand product offerings works for the good of everyone involved — the affinity cardholder, the affinity organization, and MBNA.

**MBNA is a leader like no other.**

Our 2004 results demonstrate that when it comes to affinity marketing, MBNA is a leader like no other. In an environment that many regarded as difficult and having few opportunities, we believe MBNA became even stronger.

We led by adopting new growth strategies that are profitable and consistent with our fundamental strengths. These strategies included developing new products responsive to evolving market needs, forming new endorsing partnerships, and constantly looking for ways to improve our Customer service.

Our leadership in Customer satisfaction is a core strength, and our formula for leadership remains constant. Have the right people. Give them the tools they need and an enjoyable work environment. Provide good career opportunities, cutting-edge technology, and programs to balance the demands of family and work.

This commitment earned MBNA more awards and acknowledgments in 2004, both for performance and as a place to work. *FORTUNE* magazine named MBNA to its "Hall of Fame" as one of only 22 companies to have been on its list of "Best Places to Work For" since the list's inception in 1998. For the 13th consecutive year, *Working Mother* magazine named MBNA one of the best U.S. companies for mothers. The *Irish Independent* listed the company at the top of its roster of the 50 best companies to work for in Ireland. *FORTUNE* also named MBNA one of "America's Most Admired Companies" for the second consecutive year, and *BusinessWeek* named MBNA one of the 50 best-performing members of the S&P 500.

MBNA also leads through direct, active efforts to contribute to the communities where we live and work. In 2004, our ongoing program of community involvement across all areas provided not just money, but the time, energy, and experience of MBNA people for the betterment of the local community.

The MBNA Foundation maintained its commitment to improving the quality and availability of education through grants and scholarships, as well as its support for organizations involved in human services, promotion of the arts, and environmental preservation and conservation. In 2004, MBNA, its Foundation, and MBNA people donated more than $60 million to support these and other important community needs. In addition, the people of MBNA volunteered more than 600,000 hours of their time to charitable and educational causes during 2004.

MBNA's well-recognized focus on improving the well-being of communities does not alone make the company unique. But no one else combines our community commitment with the leadership and the power of MBNA's dedicated people. It's a unique formula, and a defining characteristic of MBNA.

Affinity cards

MBNA sells to people who share common interests, focusing on groups with strong ties to their members, supporters, and Customers. Since entering this business in 1982, MBNA's unique understanding of affinity marketing has enabled us to build mutually rewarding relationships with organizations spanning a distinctively broad and diverse group of interests. Today, more than 5,000 organizations in the United States, Canada, the United Kingdom, Ireland, and Spain endorse MBNA products.



Affinity cards



# FINANCIALS

| | |
|---|---|
| 18 | Five-Year Statistical Summary |
| 20 | Management's Discussion and Analysis of Financial Condition and Results of Operations |
| 72 | Management's Report on Internal Control Over Financial Reporting |
| 73 | Reports of Independent Registered Public Accounting Firm |
| 75 | Consolidated Statements of Financial Condition |
| 76 | Consolidated Statements of Income |
| 77 | Consolidated Statements of Changes in Stockholders' Equity |
| 78 | Consolidated Statements of Cash Flows |
| 79 | Notes to the Consolidated Financial Statements |
| 118 | Quarterly Data |
| 119 | Stock Price Range and Dividends |