# Exhibit C – Part 4

**TABLE 20: NET CREDIT LOSS RATIO** *(dollars in thousands)*

| Year Ended December 31, | 2004 | | | 2003 | | | 2002 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Net Credit Losses | Average Loans Outstanding | Net Credit Loss Ratio | Net Credit Losses | Average Loans Outstanding | Net Credit Loss Ratio | Net Credit Losses | Average Loans Outstanding | Net Credit Loss Ratio |
| **Loan Receivables** | | | | | | | | | |
| Domestic (a): | | | | | | | | | |
| Credit card | $ 600,414 $ | 13,712,807 | 4.38% | $ 651,670 $ | 13,633,341 | 4.78% | $ 557,183 $ | 12,369,662 | 4.50% |
| Other consumer | 414,644 | 5,593,131 | 7.41 | 475,831 | 6,104,789 | 7.79 | 421,511 | 6,191,971 | 6.81 |
| Commercial | 52,293 | 2,190,095 | 2.39 | 31,551 | 1,034,082 | 3.05 | 41,769 | 1,352,992 | 3.09 |
| Total domestic | 1,067,351 | 21,496,033 | 4.97 | 1,159,052 | 20,772,212 | 5.58 | 1,020,463 | 19,914,625 | 5.12 |
| Foreign (a): | | | | | | | | | |
| Credit card | 144,394 | 5,466,831 | 2.64 | 135,420 | 5,296,873 | 2.56 | 91,069 | 3,782,733 | 2.41 |
| Other consumer | 98,789 | 3,027,292 | 3.26 | 69,090 | 2,097,784 | 3.29 | 44,680 | 1,617,842 | 2.76 |
| Commercial | 13,642 | 1,065,631 | 1.28 | 134 | 16,949 | .79 | – | – | – |
| Total foreign | 256,825 | 9,559,754 | 2.69 | 204,644 | 7,411,606 | 2.76 | 135,749 | 5,400,575 | 2.51 |
| Total loan receivables | $1,324,176 $ | 31,055,787 | 4.26 | $1,363,696 $ | 28,183,818 | 4.84 | $1,156,212 $ | 25,315,200 | 4.57 |
| **Securitized Loans** | | | | | | | | | |
| Domestic (a): | | | | | | | | | |
| Credit card | $3,343,368 $ | 67,125,271 | 4.98 | $3,496,344 $ | 65,195,206 | 5.36 | $3,110,560 $ | 61,565,829 | 5.05 |
| Other consumer | 443,521 | 5,670,127 | 7.82 | 504,555 | 5,682,404 | 8.88 | 474,122 | 5,703,851 | 8.31 |
| Commercial | 52,004 | 1,007,839 | 5.16 | 35,784 | 719,357 | 4.97 | 2,786 | 57,992 | 4.80 |
| Total domestic | 3,838,893 | 73,803,237 | 5.20 | 4,036,683 | 71,596,967 | 5.64 | 3,587,468 | 67,327,672 | 5.33 |
| Foreign (a): | | | | | | | | | |
| Credit card | 437,131 | 13,237,014 | 3.30 | 338,786 | 10,094,189 | 3.36 | 247,915 | 7,391,059 | 3.35 |
| Other consumer | – | – | – | – | – | – | – | – | – |
| Commercial | – | – | – | – | – | – | – | – | – |
| Total foreign | 437,131 | 13,237,014 | 3.30 | 338,786 | 10,094,189 | 3.36 | 247,915 | 7,391,059 | 3.35 |
| Total securitized loans | $4,276,024 $ | 87,040,251 | 4.91 | $4,375,469 $ | 81,691,156 | 5.36 | $3,835,383 $ | 74,718,731 | 5.13 |
| **Managed Loans** | | | | | | | | | |
| Domestic (a): | | | | | | | | | |
| Credit card | $3,943,782 $ | 80,838,078 | 4.88 | $4,148,014 $ | 78,828,547 | 5.26 | $3,667,743 $ | 73,935,491 | 4.96 |
| Other consumer | 858,165 | 11,263,258 | 7.62 | 980,386 | 11,787,193 | 8.32 | 895,633 | 11,895,822 | 7.53 |
| Commercial | 104,297 | 3,197,934 | 3.26 | 67,335 | 1,753,439 | 3.84 | 44,555 | 1,410,984 | 3.16 |
| Total domestic | 4,906,244 | 95,299,270 | 5.15 | 5,195,735 | 92,369,179 | 5.62 | 4,607,931 | 87,242,297 | 5.28 |
| Foreign (a): | | | | | | | | | |
| Credit card | 581,525 | 18,703,845 | 3.11 | 474,206 | 15,391,062 | 3.08 | 338,984 | 11,173,792 | 3.03 |
| Other consumer | 98,789 | 3,027,292 | 3.26 | 69,090 | 2,097,784 | 3.29 | 44,680 | 1,617,842 | 2.76 |
| Commercial | 13,642 | 1,065,631 | 1.28 | 134 | 16,949 | .79 | – | – | – |
| Total foreign | 693,956 | 22,796,768 | 3.04 | 543,430 | 17,505,795 | 3.10 | 383,664 | 12,791,634 | 3.00 |
| Total managed loans | $5,600,200 $ | 118,096,038 | 4.74 | $5,739,165 $ | 109,874,974 | 5.22 | $4,991,595 $ | 100,033,931 | 4.99 |

(a)  The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

Table 20 presents the Corporation's loan receivables net credit loss ratio and includes a reconciliation to the managed net credit loss ratio.

**RESERVE AND PROVISION FOR POSSIBLE CREDIT LOSSES**
The Corporation maintains the reserve for possible credit losses at an amount sufficient to absorb losses inherent in the Corporation's loan principal receivables at the reporting date based on a projection of probable net credit losses. To project probable net credit losses, the Corporation regularly performs a migration analysis of delinquent and current accounts and prepares a bankruptcy filing forecast. A migration analysis is a technique used to estimate the likelihood that a loan receivable may progress through the various delinquency stages and ultimately charge off. The bankruptcy filing forecast is based upon an analysis of historical filings, industry trends, and estimates of future filings. On a quarterly basis, the Corporation reviews and adjusts, as appropriate, these estimates. The Corporation's projection of probable net credit losses considers the impact of economic conditions on the borrowers' ability to repay, past collection experience, the risk characteristics and composition of the portfolio, and other factors. The Corporation then reserves for the projected probable net credit losses based on its projection of these amounts. Certain commercial

loans are evaluated for impairment on a loan-by-loan basis, based on size and other factors. When indicated by that loan-by-loan evaluation, specific reserve allocations are made to reflect inherent losses. The Corporation establishes appropriate levels of the reserve for possible credit losses for its loan products, including credit card, other consumer, and commercial loans based on their risk characteristics. A provision is charged against earnings to maintain the reserve for possible credit losses at an appropriate level. The Corporation records acquired reserves for current period loan acquisitions.

The reserve for possible credit losses is a general allowance applicable to the Corporation's loan receivables and does not include an allocation for credit risk related to securitized loans. Net credit losses on securitized loans are absorbed directly by the related trusts under their respective contractual agreements and do not affect the reserve for possible credit losses.

The Corporation's reserve for possible credit losses decreased $79.8 million or 6.6% to $1.1 billion at December 31, 2004, as compared to an increase of $105.0 million or 9.4% to $1.2 billion at December 31, 2003, from $1.1 billion at December 31, 2002. The provision for possible credit losses for 2004, decreased $245.8 million or 17.7% to $1.1 billion, as compared to an increase of $52.5 million or 3.9% to $1.4 billion in 2003 from $1.3 billion in 2002. While the Corporation's reserve for possible

**TABLE 21: RESERVE FOR POSSIBLE CREDIT LOSSES** *(dollars in thousands)*

| December 31, | 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|
| Reserve for possible credit losses, beginning of year | $ 1,216,316 | $ 1,111,299 | $ 833,423 | $ 527,573 | $ 516,261 |
| Reserves acquired: | | | | | |
| Domestic | 53,249 | 58,736 | 66,587 | 11,621 | 64,726 |
| Foreign | 29,822 | 2,380 | 18,291 | 9,127 | – |
| Total reserves acquired | 83,071 | 61,116 | 84,878 | 20,748 | 64,726 |
| Provision for possible credit losses: | | | | | |
| Domestic | 890,686 | 1,189,344 | 1,153,486 | 1,028,047 | 477,630 |
| Foreign | 256,169 | 203,357 | 186,671 | 112,568 | 69,679 |
| Total provision for possible credit losses | 1,146,855 | 1,392,701 | 1,340,157 | 1,140,615 | 547,309 |
| Foreign currency translation | 14,492 | 14,896 | 9,053 | (499) | (1,081) |
| Credit losses: | | | | | |
| Domestic (a): | | | | | |
| Credit card | (651,853) | (699,941) | (593,249) | (514,715) | (421,243) |
| Other consumer | (445,090) | (507,626) | (445,580) | (265,783) | (138,892) |
| Commercial | (56,497) | (34,044) | (43,714) | (26,403) | (13,891) |
| Total domestic credit losses | (1,153,440) | (1,241,611) | (1,082,543) | (806,901) | (574,026) |
| Foreign (a): | | | | | |
| Credit card | (169,727) | (158,905) | (106,141) | (84,405) | (56,426) |
| Other consumer | (112,343) | (79,133) | (50,884) | (33,167) | (16,405) |
| Commercial | (14,038) | (137) | – | – | – |
| Total foreign credit losses | (296,108) | (238,175) | (157,025) | (117,572) | (72,831) |
| Total credit losses | (1,449,548) | (1,479,786) | (1,239,568) | (924,473) | (646,857) |
| Recoveries: | | | | | |
| Domestic (a): | | | | | |
| Credit card | 51,439 | 48,271 | 36,066 | 36,629 | 28,300 |
| Other consumer | 30,446 | 31,795 | 24,069 | 11,938 | 8,799 |
| Commercial | 4,204 | 2,493 | 1,945 | 1,545 | 1,079 |
| Total domestic recoveries | 86,089 | 82,559 | 62,080 | 50,112 | 38,178 |
| Foreign (a): | | | | | |
| Credit card | 25,333 | 23,485 | 15,072 | 14,176 | 6,888 |
| Other consumer | 13,554 | 10,043 | 6,204 | 5,171 | 2,149 |
| Commercial | 396 | 3 | – | – | – |
| Total foreign recoveries | 39,283 | 33,531 | 21,276 | 19,347 | 9,037 |
| Total recoveries | 125,372 | 116,090 | 83,356 | 69,459 | 47,215 |
| Net credit losses | (1,324,176) | (1,363,696) | (1,156,212) | (855,014) | (599,642) |
| Reserve for possible credit losses, end of year | $ 1,136,558 | $ 1,216,316 | $ 1,111,299 | $ 833,423 | $ 527,573 |
| Net credit losses as a % of average loan receivables | 4.26% | 4.84% | 4.57% | 4.20% | 3.38% |
| Reserve for possible credit losses as a % of ending loan receivables | 3.37 | 3.62 | 3.87 | 3.38 | 2.64 |
| Ending loan receivables | $ 33,758,850 | $ 33,624,077 | $ 28,726,508 | $ 24,633,564 | $ 19,954,837 |
| Average loan receivables | 31,055,787 | 28,183,818 | 25,315,200 | 20,339,388 | 17,718,148 |

(a) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

credit losses is a general reserve applicable to the Corporation's loan receivables, the reserve for possible credit losses is allocated to the Corporation's domestic and foreign loan receivables for internal purposes based on the type of loan product and its underlying risk of loss. The decreases in the reserve for possible credit losses and the related provision for possible credit losses in 2004 were the result of improving asset quality trends, enhanced collection strategies, and an improved economy. These trends included improved delinquency and charge-off ratios. The Corporation has increased the reserve for possible credit losses and the related provision for possible credit losses on its foreign loans due to an increasing trend in delinquencies and its projection of probable net credit losses related to U.K. other consumer loans, along with an increase in acquired reserves related to U.K. commercial loans.

The reserve allocated to domestic credit card loan receivables decreased from 48.7% at December 31, 2003, to 42.4% at December 31, 2004, primarily as a result of improving asset quality trends, enhanced collection strategies, and an improved economy.

The percentage of the reserve allocated to domestic other consumer loan receivables decreased from 36.1% at December 31, 2003, to 34.4% at December 31, 2004, primarily due to a decrease in the Corporation's sales finance loan receivables, as the Corporation ceased marketing this product in 2004. The percentage of the reserve allocated to the domestic other consumer loans decreased from 41.8% at December 31, 2002 to 36.1% at

December 31, 2003. The percentage of the reserve allocated to foreign loans increased from 12.0% at December 31, 2003 to 16.7% at December 31, 2004, because foreign loans increased as a percentage of total loan receivables and because the Corporation anticipated higher probable net credit losses on its foreign loans due to the continued seasoning of the portfolio.

Table 21 presents activity for the Corporation's reserve for possible credit losses.

During the fourth quarter of 2002, the Corporation increased its reserve for domestic other consumer loans by $109.5 million because these products exhibited higher credit risk.

The Corporation's projections of probable net credit losses are inherently uncertain, and as a result, the Corporation cannot predict with certainty the amount of such losses. Changes in economic conditions, the risk characteristics and composition of

**TABLE 22: ALLOCATION OF THE RESERVE FOR POSSIBLE CREDIT LOSSES** *(dollars in thousands)*

| December 31, | 2004 | | 2003 | | 2002 | | 2001 | | 2000 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Domestic (a): | | | | | | | | | | |
| Credit card | $ 482,134 | 42.4% | $ 592,578 | 48.7% | $ 496,152 | 44.6% | $562,377 | 67.5% | $385,339 | 73.0% |
| Other consumer | 390,652 | 34.4 | 438,886 | 36.1 | 464,536 | 41.8 | 202,764 | 24.3 | 102,312 | 19.4 |
| Commercial | 74,471 | 6.5 | 39,209 | 3.2 | 20,957 | 1.9 | 16,894 | 2.0 | 11,505 | 2.2 |
| Domestic reserve for possible credit losses | 947,257 | 83.3 | 1,070,673 | 88.0 | 981,645 | 88.3 | 782,035 | 93.8 | 499,156 | 94.6 |
| Foreign (a): | | | | | | | | | | |
| Credit card | 83,826 | 7.4 | 83,428 | 6.9 | 88,992 | 8.0 | 46,961 | 5.7 | 26,397 | 5.0 |
| Other consumer | 81,990 | 7.2 | 61,808 | 5.1 | 40,662 | 3.7 | 4,427 | .5 | 2,020 | .4 |
| Commercial | 23,485 | 2.1 | 407 | – | – | – | – | – | – | – |
| Foreign reserve for possible credit losses | 189,301 | 16.7 | 145,643 | 12.0 | 129,654 | 11.7 | 51,388 | 6.2 | 28,417 | 5.4 |
| Reserve for possible credit losses, end of year | $ 1,136,558 | 100.0% | $ 1,216,316 | 100.0% | $ 1,111,299 | 100.0% | $833,423 | 100.0% | $527,573 | 100.0% |

(a)  The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

the Corporation's loan receivables, bankruptcy laws or regulatory policies, and other factors could impact the Corporation's actual and projected net credit losses and the related reserve for possible credit losses.

The Corporation recorded acquired reserves for possible credit losses for loan portfolio acquisitions of $83.1 million, $61.1 million, and $84.9 million for 2004, 2003, and 2002, respectively.

Table 22 presents the allocation of the reserve for possible credit losses.

**ESTIMATE OF UNCOLLECTIBLE ACCRUED INTEREST AND FEES**
The Corporation adjusts the amount of interest and fee income on loan receivables recognized in the current period for its estimate of interest and fee income that it does not expect to collect in subsequent periods through adjustments to the respective income statement amounts, loan receivables, and accrued income receivable. The estimate of uncollectible interest and fees is based on a migration analysis of delinquent and current loan receivables that may progress through the various delinquency stages and ultimately charge off, as well as a bankruptcy filing forecast. The bankruptcy filing forecast is based upon an analysis of historical filings, industry trends, and estimates of future filings. The Corporation also adjusts the estimated value of accrued interest and fees on securitized loans for the amount of uncollectible interest and fees that are not expected to be collected through an adjustment to accounts receivable from securitization and securitization income. This estimate is also based on a migration analysis of delinquent and current securitized loans that may progress through the various delinquency stages and ultimately charge off, as well as a bankruptcy filing forecast.

The difference between the amount of interest and fees the Corporation was contractually entitled to and the amounts recognized as revenue was $1.0 billion, $1.2 billion and $1.4 billion during the years ended December 31, 2004, 2003, and 2002, respectively.

The difference between the amount of interest and fees the Corporation was contractually entitled to and the amounts recognized as revenue for domestic loans decreased

$192.7 million for the year ended December 31, 2004, due to improved delinquencies, compared to the same period in 2003.

The difference between the amount of interest and fees the Corporation was contractually entitled to and the amounts recognized as revenue for foreign loans increased $44.2 million for the year ended December 31, 2004, due to changes in the estimated value of the collectible amount of interest and fees on the Corporation's foreign loans, compared to the same period in 2003.

Excluding the change in the estimated value of accrued interest and fees in 2002, the difference between the amount of interest and fees the Corporation was contractually entitled to and the amount recognized as revenue was $1.0 billion for 2002. The difference between the amounts of interest and fees the Corporation was contractually entitled to and the amount recognized as revenue for the year ended December 31, 2003, excluding the change in the estimated value of accrued interest and fees in 2002, increased $141.1 million or 13.5%, primarily as a result of an increase in ending managed loans.

Table 23 presents the domestic and foreign amounts for the difference between the amount of interest and fees the Corporation was contractually entitled to and the amount recognized as revenue.

**TABLE 23: DIFFERENCE BETWEEN THE AMOUNT OF INTEREST AND FEES THE CORPORATION WAS CONTRACTUALLY ENTITLED TO AND THE AMOUNTS RECOGNIZED AS REVENUE (a)** *(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| Domestic | $  907,129 | $1,099,791 | $1,342,362 |
| Foreign | 129,537 | 85,326 | 68,261 |
| Total | $1,036,666 | $1,185,117 | $1,410,623 |

(a) Includes the valuation of securitized loans.

**CAPITAL ADEQUACY**
The Corporation is subject to risk-based capital guidelines adopted by the Federal Reserve Board for bank holding companies. The Bank and MBNA Delaware are also subject to similar capital requirements adopted by the Office of the Comptroller of the Currency. Under these requirements, the federal bank regulatory agencies have established quantitative measures to ensure that minimum thresholds for Tier 1 Capital, Total Capital, and Leverage

ratios are maintained. Failure to meet these minimum capital requirements can initiate certain mandatory, and possible additional discretionary, actions by the federal bank regulators that, if undertaken, could have a direct material effect on the Corporation's, the Bank's, and MBNA Delaware's consolidated financial statements. Under the capital adequacy guidelines and the regulatory framework for prompt corrective action, the Corporation, the Bank, and MBNA Delaware must meet specific capital guidelines that involve quantitative measures of their assets, liabilities, and certain off-balance sheet items as calculated under regulatory accounting practices.

Note 28: Capital Adequacy to the consolidated financial statements provides further detail regarding the Corporation's, the Bank's, and MBNA Delaware's capital adequacy and is incorporated by this reference into this section.

## DIVIDEND LIMITATIONS

The payment of dividends in the future and the amount of such dividends, if any, will be at the discretion of the Corporation's Board of Directors. The payment of preferred and common stock dividends by the Corporation may be limited by certain factors, including regulatory capital requirements, broad enforcement powers of the federal bank regulatory agencies, and tangible net worth maintenance requirements under the Corporation's revolving credit facilities. The payment of common stock dividends may also be limited by the terms of the Corporation's preferred stock.

Table 24 shows the dividend payout ratio.

## TABLE 24: SELECTED FINANCIAL RATIOS

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| Return on average total assets | 4.39% | 4.16% | 3.67% |
| Return on average stockholders' equity | 21.72 | 22.98 | 21.29 |
| Average stockholders' equity to average total assets | 20.23 | 18.09 | 17.22 |
| Dividend payout ratio | 23.41 | 20.11 | 20.15 |

Note 27: Dividend Limitations to the consolidated financial statements provides further detail regarding the Corporation's dividend limitations and is incorporated by this reference into this section.

## OFF-BALANCE SHEET ARRANGEMENTS

In the normal course of business, the Corporation is a party to a number of activities that contain credit, market and operational risk that are not reflected in whole or in part in the Corporation's consolidated financial statements. Such activities include off-balance sheet asset securitization, off-balance sheet derivative financial instruments, and other items.

### OFF-BALANCE SHEET ASSET SECURITIZATION

Off-balance sheet asset securitization is the process whereby loan principal receivables are converted into securities normally referred to as asset-backed securities. The securitization of the Corporation's loan principal receivables is accomplished through the public and private issuance of asset-backed securities and is accounted for in accordance with Statement No. 140. Off-balance sheet asset securitization removes loan principal receivables from the consolidated statements of financial condition through the transfer of loan principal receivables to a trust. The trust then sells undivided interests to investors that

entitle the investors to specified cash flows generated from the securitized loan principal receivables, while the Corporation retains the remaining undivided interest and is entitled to specific cash flows allocable to that retained interest. As loan principal receivables are securitized, the Corporation's on-balance sheet funding needs are reduced by the amount of loans securitized.

A credit card account or other open-end loan account represents a contractual relationship between the Corporation and the Customer. A loan receivable represents a financial asset. Unlike a mortgage loan or other closed-end loan account, the terms of a credit card account or other open-end loan account permit the Customer to borrow additional amounts and to repay each month an amount the Customer chooses, subject to a minimum payment requirement. The account remains open after repayment of the balance and the Customer may continue to use it to borrow additional amounts. The Corporation reserves the right to change the account terms, including interest rates and fees, in accordance with the terms of the agreement and applicable law. The account is, therefore, separate and distinct from the loan receivable.

In a securitization, the account relationships are not sold to the securitization trust. The Corporation retains ownership of the account relationship, including the right to change the terms of the account and the right to additional loan principal receivables generated by the account. During a securitization's revolving period, the Corporation agrees to sell the additional principal receivables to the trusts until the trusts begin using principal collections to make payments to investors. When the revolving period of the securitization ends, the account relationship between the Corporation and the Customer continues.

The beneficial interests in the trusts sold to investors are issued through different classes of securities with different risk levels and credit ratings. The Corporation's securitization transactions are generally structured to include up to three classes of securities sold to investors. With the exception of the most senior class, each class of securities issued by the trusts provides credit enhancement, in the form of subordination, to the more senior, higher-rated classes. The most senior class of asset-backed securities is the largest and generally receives a AAA credit rating at the time of issuance. In order to issue senior classes of securities, it is necessary to obtain the appropriate amount of credit enhancement, generally through the issuance of the above described subordinated classes. The Corporation receives a servicing fee for servicing the loans. This servicing fee is a component of securitization income.

The trusts are qualified special-purpose entities as defined under Statement No. 140. To meet the criteria to be considered a qualifying special-purpose entity, a trust must be demonstrably distinct from the Corporation and have activities that are significantly limited and entirely specified in the legal documents that established the trust. The Corporation cannot change the activities that the trust can perform. These activities may only be changed by a majority of the beneficial interest holders not including the Corporation. As qualifying special-purpose entities under Statement No. 140, the trusts' assets and liabilities are not consolidated in the Corporation's statements of financial condition. The trusts are administered by an independent trustee.

During the revolving period, which normally ranges from 24 months to 120 months, the trust makes no principal payments to the investors in the securitization. Instead, during the revolving period, the trust uses principal payments received from Customers, which pay off the loan principal receivables that were sold to the trust, to purchase for the trust from the Corporation new loan principal receivables generated by these accounts, in accordance with the terms of the transaction, so that the principal dollar amount of the investors' undivided interest remains unchanged. Once the revolving period ends, the amortization period begins and the trust distributes principal payments to the investors according to the terms of the transaction. When the trust uses principal payments to pay the investors, the Corporation's on-balance sheet loan receivables increase by the amount of any new loans on the Customer accounts because the trust is no longer purchasing new loan receivables from the Corporation.

The Corporation retains servicing responsibilities for the loans in the trusts and maintained $4.6 billion and $4.5 billion of other retained subordinated interests in the securitized assets at December 31, 2004 and 2003, respectively. These retained subordinated interests include an interest-only strip receivable, cash reserve accounts, accrued interest and fees on securitized loans, and other subordinated interests and are included in accounts receivable from securitization in the consolidated statements of financial condition. If cash flows allocated to investors in the trusts are insufficient to absorb expenses of the trust, then the retained interests of the Corporation would be used to absorb such deficiencies and may not be realized by the Corporation. The investors and providers of credit enhancement have no other recourse to the Corporation. The Corporation has no obligation to provide further funding support to either the investors or the trusts if the securitized loans are not paid when due. The Corporation does not receive collateral from any party to the securitization transactions and does not have any risk of counterparty nonperformance. The Corporation's retained interests are subordinate to the investors' interests. The value of the retained interests is subject to credit, payment, and interest rate risks on the transferred financial assets.

In connection with the MBNA Master Consumer Loan Trust ("CLMT") and American Loan Financing Trust ("ALF"), the investors have entered into interest rate hedge agreements (the "swaps") with swap counterparties to reduce interest rate risks associated with their investment. ALF is an on-balance sheet financing structured transaction. See Note 18: Short-Term Borrowings to the consolidated financial statements. In order to facilitate these swap arrangements, the Corporation has agreed with the swap counterparties to either pay the fair value liability (including certain unpaid amounts, if any) of the swaps or receive the fair value asset of the swaps, but only in the event the securitization transaction terminates prior to the swaps. At December 31, 2004, the fair value liability of the swaps was approximately $52 million for CLMT and ALF. The Corporation considers the possibility of the occurrence of the events giving rise to its obligations under the CLMT and ALF agreements to be remote.

Note 9: Off-Balance Sheet Asset Securitization to the consolidated financial statements provides further detail regarding the Corporation's asset securitization transactions.

## IMPACT OF OFF-BALANCE SHEET ASSET SECURITIZATION TRANSACTIONS ON THE CORPORATION'S RESULTS

The Corporation allocates resources on a managed basis, and financial data provided to management reflects the Corporation's results on a managed basis. Managed data assumes the Corporation's securitized loan principal receivables have not been sold and presents the earnings on securitized loan principal receivables in the same fashion as the Corporation's owned loans. Management, equity and debt analysts, rating agencies, and others evaluate the Corporation's operations on a managed basis because the loans that are securitized are subject to underwriting standards comparable to the Corporation's owned loans, and the Corporation services the securitized and owned loans, and the related accounts, together and in the same manner without regard to ownership of the loans. In a securitization, the account relationships are not sold to the trust. The Corporation continues to own and service the accounts that generate the securitized loan principal receivables. The credit performance of the entire managed loan portfolio is important to understand the quality of loan originations and the related credit risks inherent in the owned portfolio and retained interests in securitization transactions.

When adjusted for the effects of securitization, certain components of the Corporation's consolidated financial information may be reconciled to its managed data. This securitization adjustment reclassifies interest income, interchange income, loan fees, insurance income, recoveries on charged-off securitized loan principal receivables in excess of interest paid to investors, gross credit losses, and other trust expenses into securitization income.

Table 25 reconciles income statement data for the period to managed net interest income, managed provision for possible credit losses, and managed other operating income.

**TABLE 25: RECONCILIATION OF INCOME STATEMENT DATA FOR THE PERIOD TO MANAGED NET INTEREST INCOME, MANAGED PROVISION FOR POSSIBLE CREDIT LOSSES, AND MANAGED OTHER OPERATING INCOME** *(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Net Interest Income** | | | |
| Net interest income | $ 2,536,801 | $ 2,350,373 | $ 2,074,575 |
| Securitization adjustments | 7,884,471 | 7,854,265 | 7,044,102 |
| Managed net interest income | $10,421,272 | $10,204,638 | $ 9,118,677 |
| **Provision for Possible Credit Losses** | | | |
| Provision for possible credit losses | $ 1,146,855 | $ 1,392,701 | $ 1,340,157 |
| Securitization adjustments | 4,276,024 | 4,375,469 | 3,835,383 |
| Managed provision for possible credit losses | $ 5,422,879 | $ 5,768,170 | $ 5,175,540 |
| **Other Operating Income** | | | |
| Other operating income | $ 8,258,386 | $ 7,825,480 | $ 6,752,923 |
| Securitization adjustments | (3,608,447) | (3,478,796) | (3,208,719) |
| Managed other operating income | $ 4,649,939 | $ 4,346,684 | $ 3,544,204 |

**TABLE 26: RECONCILIATION OF AVERAGE INTEREST-EARNING ASSETS AND AVERAGE INTEREST-BEARING LIABILITIES TO AVERAGE MANAGED INTEREST-EARNING ASSETS AND AVERAGE MANAGED INTEREST- BEARING LIABILITIES** *(dollars in thousands, yields and rates on a fully taxable equivalent basis)*

| Year Ended December 31, | 2004 | | | 2003 | | | 2002 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Average Balance | Yield/ Rate | Income or Expense | Average Balance | Yield/ Rate | Income or Expense | Average Balance | Yield/ Rate | Income or Expense |
| **Assets** | | | | | | | | | |
| Net interest-earning assets | $ 47,622,866 | 8.55% | $ 4,069,608 | $ 43,781,381 | 8.82% | $ 3,859,643 | $ 37,442,931 | 9.83% | $ 3,679,140 |
| Securitization adjustments | 82,990,500 | 11.88 | 9,855,669 | 77,855,940 | 12.18 | 9,484,680 | 70,910,552 | 12.52 | 8,877,207 |
| Managed interest-earning assets | $ 130,613,366 | 10.66 | $ 13,925,277 | $ 121,637,321 | 10.97 | $ 13,344,323 | $ 108,353,483 | 11.59 | $ 12,556,347 |
| **Liabilities** | | | | | | | | | |
| Net interest-bearing liabilities | $ 42,879,347 | 3.57 | $ 1,531,818 | $ 41,861,029 | 3.60 | $ 1,508,511 | $ 36,865,484 | 4.35 | $ 1,603,495 |
| Securitization adjustments | 85,451,912 | 2.31 | 1,971,198 | 80,033,724 | 2.04 | 1,630,415 | 72,908,284 | 2.51 | 1,833,105 |
| Managed interest-bearing liabilities | $ 128,331,259 | 2.73 | $ 3,503,016 | $ 121,894,753 | 2.58 | $ 3,138,926 | $ 109,773,768 | 3.13 | $ 3,436,600 |

Managed net interest income increased $216.6 million or 2.1% to $10.4 billion for 2004, as compared to an increase of $1.1 billion or 11.9% to $10.2 billion for 2003, from $9.1 billion for 2002. Excluding the change in the estimated value of accrued interest and fees in 2002, managed net interest income would have increased $808.3 million or 8.6%, for 2003.

**Average Managed Interest-Earning Assets**
Average managed interest-earning assets increased $9.0 billion or 7.4% to $130.6 billion for 2004, as compared to $121.6 billion for 2003. The increase in average managed interest-earning assets was primarily the result of the increase in average managed loans. The yield earned on average managed interest-earning assets for 2004 was 10.66% as compared to 10.97% in 2003. The decrease in the yield earned on average managed interest-earning assets for 2004 was primarily the result of lower rates offered to attract and retain Customers and to grow managed loans. The decrease in the yield on average managed interest-earning assets for 2004 was partially offset by a decrease in the amount of 0% promotional rate offers. During the third quarter of 2004, the Corporation also converted a portion of its managed loans from fixed-rate loans to variable-rate loans. This change did not have a significant effect on the yield earned on average managed loans because the change was effective at the end of the third quarter.

Average managed interest-earning assets increased $13.3 billion or 12.3% to $121.6 billion for 2003, as compared to $108.4 billion for 2002. The increase in average managed interest-earning assets was primarily the result of the increase in average managed loans and investment securities and money market instruments. The yield earned on average managed interest-earning assets for 2003 was 10.97% as compared to 11.59% in 2002. The decrease in the yield earned on average managed interest-earning assets for 2003 was primarily the result of lower rates offered to attract and retain Customers and to grow managed loans combined with a decrease in the yield earned on average money market instruments and an increase in lower yielding average investment securities and money market instruments as a percentage of average total managed interest-earning assets. The decrease in the yield on average managed interest-earning assets for 2003, as compared to 2002, would have been larger excluding the change in the estimated value of accrued interest and fees in 2002, which decreased the yield earned on average managed loans by 27 basis points for 2002.

See Table 9 for a reconciliation of the yield earned on average managed loans to the yield earned on average managed loans excluding the change in the estimated value of the accrued interest and fees in 2002.

**Average Managed Interest-Bearing Liabilities**
Average managed interest-bearing liabilities increased $6.4 billion or 5.3% to $128.3 billion for 2004, as compared to $121.9 billion for 2003. The increase in average managed interest-bearing liabilities was a result of the increase in average securitized transactions and average borrowed funds. The increase in the rate paid on average managed interest-bearing liabilities of 15 basis points to 2.73% for 2004, from 2.58% in 2003, reflects an increase in the rate paid to investors in the Corporation's securitization transactions.

Average managed interest-bearing liabilities increased $12.1 billion or 11.0% to $121.9 billion for 2003, as compared to $109.8 billion for 2002. The increase in average managed interest-bearing liabilities was a result of the increase in average securitized transactions, average interest-bearing deposits, and average borrowed funds. The decrease in the rate paid on average managed interest-bearing liabilities of 55 basis points to 2.58% for 2003, from 3.13% in 2002, reflects the continued impact of actions by the FOMC throughout 2001, in the fourth quarter of 2002, and the second quarter of 2003, that impacted overall market interest rates.

Table 26 reconciles average interest-earning assets and average interest-bearing liabilities to average managed interest-earning assets and average managed interest-bearing liabilities.

The Corporation's managed net interest margin, on a fully taxable equivalent basis, was 7.98% for 2004, as compared to 8.39% for 2003. The managed net interest margin represents managed net interest income on a fully taxable equivalent basis expressed as a percentage of average managed total interest-earning assets. The decrease in the managed net interest margin for 2004 was primarily the result of the decrease in the interest rate spread between average managed interest-earning assets and average managed interest-bearing liabilities.

The Corporation's managed net interest margin, on a fully taxable equivalent basis, was 8.39% for 2003, as compared to 8.42% for 2002. Excluding the change in the estimated value of accrued interest and fees in 2002, the managed net interest margin would have decreased 28 basis points for 2003 as compared to 2002.

**TABLE 27: RECONCILIATION OF THE NET INTEREST MARGIN RATIO TO THE MANAGED NET INTEREST MARGIN RATIO** *(dollars in thousands)*

| Year Ended December 31, | 2004 Average Earning Assets | Net Interest Income | Net Interest Margin Ratio | 2003 Average Earning Assets | Net Interest Income | Net Interest Margin Ratio | 2002 Average Earning Assets | Net Interest Income | Net Interest Margin Ratio |
|---|---|---|---|---|---|---|---|---|---|
| **Net Interest Margin (a)** | | | | | | | | | |
| Investment securities and money market instruments | $ 12,446,434 | | | $ 11,693,550 | | | $ 8,257,838 | | |
| Other interest-earning assets | 4,120,645 | | | 3,904,013 | | | 3,869,893 | | |
| Loan receivables (b) | 31,055,787 | | | 28,183,818 | | | 25,315,200 | | |
| Total | $ 47,622,866 | $ 2,537,790 | 5.33% | $ 43,781,381 | $ 2,351,132 | 5.37% | $ 37,442,931 | $2,075,645 | 5.54% |
| **Securitization Adjustments** | | | | | | | | | |
| Investment securities and money market instruments | $  — | | | $  — | | | $  — | | |
| Other interest-earning assets | (4,049,751) | | | (3,835,216) | | | (3,808,179) | | |
| Securitized loans | 87,040,251 | | | 81,691,156 | | | 74,718,731 | | |
| Total | $ 82,990,500 | 7,884,471 | 9.50 | $ 77,855,940 | 7,854,265 | 10.09 | $ 70,910,552 | 7,044,102 | 9.93 |
| **Managed Net Interest Margin (a)** | | | | | | | | | |
| Investment securities and money market instruments | $ 12,446,434 | | | $ 11,693,550 | | | $ 8,257,838 | | |
| Other interest-earning assets | 70,894 | | | 68,797 | | | 61,714 | | |
| Managed loans | 118,096,038 | | | 109,874,974 | | | 100,033,931 | | |
| Total | $130,613,366 | 10,422,261 | 7.98 | $121,637,321 | 10,205,397 | 8.39 | $108,353,483 | 9,119,747 | 8.42 |

(a)   Net interest margin ratios are presented on a fully taxable equivalent basis. The fully taxable equivalent adjustment for the years ended December 31, 2004, 2003, and 2002 was $989, $759, and $1,070, respectively.
(b)   Loan receivables include loans held for securitization and the loan portfolio.

The decrease in the managed net interest margin for 2003, excluding the change in the estimated value of accrued interest and fees in 2002, was primarily the result of the decrease in the yield earned on average managed interest-earning assets partially offset by the decrease in the rate paid on average managed interest-bearing liabilities. Also, the increase in lower yielding average investment securities and money market instruments as a percentage of total average managed interest-earning assets further reduced the managed net interest margin.

The managed provision for possible credit losses decreased $345.3 million or 6.0% to $5.4 billion for 2004, and increased $592.6 million or 11.5% to $5.8 billion for 2003, from $5.2 billion for 2002. The decrease in the managed provision for possible credit losses in 2004 was based on improving asset quality trends, enhanced collection strategies, and an improved economy. The increase in the managed provision for possible credit losses for 2003 was primarily the result of increases in the Corporation's managed net credit losses and managed loans.

Managed other operating income increased $303.3 million or 7.0% to $4.6 billion for 2004, as compared to an increase of

$802.5 million or 22.6% to $4.3 billion for 2003, from $3.5 billion for 2002. Excluding the change in the estimated value of accrued interest and fees in 2002, managed other operating income would have increased $816.5 million or 23.1% for 2003. The increase in managed other operating income for 2004 was primarily the result of an increase in loan fees and interchange income. The increase in managed other operating income for 2004 was partially offset by the net loss from securitization activity, which includes changes in the fair value of the interest-only strip receivable and the gains from the sale of loan principal receivables. The increase in managed other operating income for 2003, excluding the change in the estimated value of accrued interest and fees in 2002, was primarily the result of the net gains from securitization activity, which includes changes in fair value of the interest-only strip receivable and the gains from the sale of loan principal receivables, combined with an increase in credit card fees, insurance income, and interchange income.

Table 27 reconciles the net interest margin ratio to the managed net interest margin ratio.

**TABLE 28: RECONCILIATION OF THE AS REPORTED NET AND MANAGED NET INTEREST MARGIN RATIOS TO THE NET AND MANAGED NET INTEREST MARGIN RATIOS EXCLUDING THE CHANGE IN THE ESTIMATED VALUE OF ACCRUED INTEREST AND FEES IN 2002** *(dollars in thousands)*

Year Ended December 31, 2002

| | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio |
|---|---|---|---|
| **As Reported** | | | |
| **Net Interest Margin (a)** | | | |
| Investment securities and money market instruments | $ 8,257,838 | | |
| Other interest-earning assets | 3,869,893 | | |
| Loan receivables (b) | 25,315,200 | | |
| Total | $ 37,442,931 | $ 2,075,645 | 5.54% |
| | | | |
| **Securitization Adjustments** | | | |
| Investment securities and money market instruments | $ — | | |
| Other interest-earning assets | (3,808,179) | | |
| Securitized loans | 74,718,731 | | |
| Total | $ 70,910,552 | 7,044,102 | 9.93 |
| | | | |
| **Managed Net Interest Margin (a)** | | | |
| Investment securities and money market instruments | $ 8,257,838 | | |
| Other interest-earning assets | 61,714 | | |
| Managed loans | 100,033,931 | | |
| Total | $108,353,483 | 9,119,747 | 8.42 |
| | | | |
| **Impact of the Change in the Estimated Value of Accrued Interest and Fees in 2002** | | | |
| **Net Interest Margin (a)** | | | |
| Investment securities and money market instruments | $ — | | |
| Other interest-earning assets | 43,831 | | |
| Loan receivables (b) | 22,030 | | |
| Total | $ 65,861 | 66,278 | |
| | | | |
| **Securitization Adjustments** | | | |
| Investment securities and money market instruments | $ — | | |
| Other interest-earning assets | (43,831) | | |
| Securitized loans | 71,386 | | |
| Total | $ 27,555 | 211,383 | |
| | | | |
| **Managed Net Interest Margin (a)** | | | |
| Investment securities and money market instruments | $ — | | |
| Other interest-earning assets | — | | |
| Managed loans | 93,416 | | |
| Total | $ 93,416 | 277,661 | |
| | | | |
| **Excluding the Change in the Estimated Value of Accrued Interest and Fees in 2002** | | | |
| **Net Interest Margin (a)** | | | |
| Investment securities and money market instruments | $ 8,257,838 | | |
| Other interest-earning assets | 3,913,724 | | |
| Loan receivables (b) | 25,337,230 | | |
| Total | $ 37,508,792 | 2,141,923 | 5.71 |
| | | | |
| **Securitization Adjustments** | | | |
| Investment securities and money market instruments | $ — | | |
| Other interest-earning assets | (3,852,010) | | |
| Securitized loans | 74,790,117 | | |
| Total | $ 70,938,107 | 7,255,485 | 10.23 |
| | | | |
| **Managed Net Interest Margin (a)** | | | |
| Investment securities and money market instruments | $ 8,257,838 | | |
| Other interest-earning assets | 61,714 | | |
| Managed loans | 100,127,347 | | |
| Total | $108,446,899 | 9,397,408 | 8.67 |

(a)  Net interest margin ratios are presented on a fully taxable equivalent basis. The fully taxable equivalent adjustment for the year ended December 31, 2002 was $1,070.
(b)  Loan receivables include loans held for securitization and the loan portfolio.

**TABLE 29: PERCENTAGE OF MANAGED LOANS SECURITIZED BY LOAN PRODUCT**

| December 31, | 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|
| **Securitized Loans** | | | | | |
| Domestic (a): | | | | | |
|     Credit card | 82.6% | 79.2% | 81.2% | 82.0% | 82.5% |
|     Other consumer | 49.2 | 50.3 | 47.9 | 48.7 | 60.4 |
|     Commercial | 26.9 | 43.8 | 32.5 | – | – |
|       Total domestic securitized loans | 76.4 | 75.0 | 76.1 | 76.3 | 78.9 |
| Foreign (a): | | | | | |
|     Credit card | 68.8 | 63.1 | 64.7 | 70.6 | 73.5 |
|     Other consumer | – | – | – | – | 5.9 |
|     Commercial | – | – | – | – | – |
|       Total foreign securitized loans | 57.0 | 55.7 | 56.8 | 61.8 | 64.7 |
|       Total securitized loans | 72.2 | 71.6 | 73.2 | 74.7 | 77.5 |

(a) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

**OFF-BALANCE SHEET ASSET SECURITIZATION TRANSACTION ACTIVITY**

During 2004, the Corporation securitized credit card loan principal receivables totaling $12.2 billion, including the securitization of £1.8 billion (approximately $3.2 billion) by MBNA Europe and CAD$300.0 million (approximately $222.6 million) by MBNA Canada. The total amount of securitized loans was $87.9 billion or 72.2% of managed loans at December 31, 2004, as compared to $84.9 billion or 71.6% at December 31, 2003.

Refer to Table 7 and Table 30 to reconcile the Corporation's loan receivables and securitized loans to its managed loans.

Table 29 presents the percentage of the Corporation's managed loans securitized by loan product.

Table 30 presents the Corporation's securitized loans distribution and percentage of securitized loans.

During 2004, there was an increase of $10.2 billion in the Corporation's loan receivables that occurred when certain securitizations matured as scheduled and the trusts used principal payments to pay the investors. The Corporation's loan portfolio is expected to increase an additional $17.9 billion during 2005 as a result of future scheduled maturities of existing securitization transactions when the trusts use principal payments to pay the investors. This amount is based upon the estimated maturity of outstanding securitization transactions and does not anticipate future securitization activity. Should the Corporation choose not to or be unable to securitize these assets

in the future, additional on-balance sheet funding, capital and loan loss reserves would be required.

The Corporation's securitization transactions contain provisions which could require that the excess spread generated by the securitized loans be accumulated in the trusts to provide additional credit enhancement to the investors. These provisions require that excess spread be retained once the yield less trust expenses falls below levels established in the transaction documents. Generally, the yield less trust expenses is measured over a three-month period and the initial trigger levels are between 6.50% and 4.50%, depending on the terms of the particular securitization transaction. At December 31, 2004 and 2003, no excess spread was held by the trusts under these provisions.

Distribution of principal to investors may begin sooner if the average annualized yield (generally including interest income, interchange income, charged-off loan recoveries, and other fees) for three consecutive months drops below a minimum yield (generally equal to the sum of the interest rate payable to investors, contractual servicing fees, and principal credit losses during the period) or certain other events occur. If distribution of principal to investors began sooner than expected, the Corporation would likely need to raise additional capital to support loan and asset growth and meet regulatory capital requirements.

**TABLE 30: SECURITIZED LOANS DISTRIBUTION** *(dollars in thousands)*

| December 31, | 2004 | | 2003 | | 2002 | | 2001 | | 2000 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Securitized Loans** | | | | | | | | | | |
| Domestic (a): | | | | | | | | | | |
|     Credit card | $ 66,225,646 | 75.4% | $ 66,613,018 | 78.5% | $ 63,383,430 | 80.7% | $ 60,501,860 | 83.1% | $ 57,425,582 | 83.4% |
|     Other consumer | 5,664,384 | 6.5 | 5,671,832 | 6.7 | 5,677,908 | 7.2 | 5,702,658 | 7.8 | 5,691,769 | 8.3 |
|     Commercial | 1,007,324 | 1.1 | 1,007,804 | 1.2 | 503,446 | .7 | – | – | – | – |
|       Total domestic securitized loans | 72,897,354 | 83.0 | 73,292,654 | 86.4 | 69,564,784 | 88.6 | 66,204,518 | 90.9 | 63,117,351 | 91.7 |
| Foreign (a): | | | | | | | | | | |
|     Credit card | 14,961,971 | 17.0 | 11,576,829 | 13.6 | 8,966,550 | 11.4 | 6,657,969 | 9.1 | 5,650,485 | 8.2 |
|     Other consumer | – | – | – | – | – | – | – | – | 68,048 | .1 |
|     Commercial | – | – | – | – | – | – | – | – | – | – |
|       Total foreign securitized loans | 14,961,971 | 17.0 | 11,576,829 | 13.6 | 8,966,550 | 11.4 | 6,657,969 | 9.1 | 5,718,533 | 8.3 |
|       Total securitized loans | $ 87,859,325 | 100.0% | $ 84,869,483 | 100.0% | $ 78,531,334 | 100.0% | $ 72,862,487 | 100.0% | $ 68,835,884 | 100.0% |

(a) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

Table 31 presents the Corporation's estimated maturities of investor principal.

**TABLE 31: ESTIMATED MATURITIES OF INVESTOR PRINCIPAL** *(dollars in thousands)*

| | |
|---|---:|
| One year or less (a) | $  17,878,768 |
| Over one year through two years | 12,360,476 |
| Over two years through three years | 13,860,541 |
| Over three years through four years | 14,199,669 |
| Over four years through five years | 6,943,194 |
| Thereafter | 21,169,983 |
| Total amortization of investor principal | 86,412,631 |
| Estimated collectible billed interest and fees included in securitized loans | 1,446,694 |
| Total securitized loans | $  87,859,325 |

(a) The $4.9 billion MBNA Master Note Trust Emerald Program ("Emerald Notes") and the £500.0 million UK Receivables Trust II Series 2004— VFN Program ("Variable Funding Notes") are comprised of short-term commercial paper and are included in the one year or less category based on the possibility that maturing Emerald Notes and Variable Funding Notes cannot be re-issued. These events would cause the transactions to begin amortizing, thus creating a liquidity requirement. However, the Corporation expects the Emerald Notes and Variable Funding Notes to continue to be re-issued during the course of the program through the scheduled final maturity dates, which are scheduled to occur in 2006 and 2009, respectively.

Table 32 presents summarized yields for each trust for the three months ended December 31, 2004. The yield in excess of minimum yield for each of the trusts is presented on a cash basis and includes various credit card or other fees as specified in the securitization agreements. If the yield in excess of minimum falls below 0% for a contractually specified period, generally a three-month average, then the securitizations will begin to amortize earlier than their scheduled contractual amortization date.

**OTHER OFF-BALANCE SHEET ARRANGEMENTS**
MBNA Capital A, MBNA Capital B, MBNA Capital C, MBNA Capital D, and MBNA Capital E (collectively the "statutory trusts"), are variable interest entities and the Corporation is not the primary beneficiary. See Note 19: Long-Term Debt and Bank Notes of the consolidated financial statements for further discussion of the statutory trusts.

The Corporation utilizes certain derivative financial instruments to enhance its ability to manage interest rate risk and foreign currency exchange rate risk that exist as part of its ongoing business operations. See Note 32: Fair Value of Financial Instruments of the consolidated financial statements for further detail regarding the Corporation's derivative financial instruments.

**LIQUIDITY AND RATE SENSITIVITY**
The Corporation seeks to maintain prudent levels of liquidity, interest rate risk, and foreign currency exchange rate risk.

**LIQUIDITY MANAGEMENT**
Liquidity management is the process by which the Corporation manages the use and availability of various funding sources to meet its current and future operating needs. These needs change as loans grow, securitizations mature, debt and deposits mature, and payments on other obligations are made. Because the characteristics of the Corporation's assets and liabilities change, liquidity management is a dynamic process, affected by the pricing and maturity of investment securities, loans, deposits, securitizations, and other assets and liabilities.

The Corporation manages liquidity at two primary levels. The first level is the liquidity of the parent company, which is the holding company that owns the banking subsidiaries. The second level is the liquidity of the banking subsidiaries. The management of liquidity at both levels is essential because the parent company and banking subsidiaries each have different funding needs and funding sources and each are subject to certain regulatory guidelines and requirements.

The liquidity requirements of the Corporation are met by regular dividend payments from the Bank, the growth in retained earnings from regular operations, and the issuance of unsecured senior medium-term notes and senior notes. The available cash position of the Corporation is maintained at a level sufficient to meet anticipated cash needs for at least one year. The liquidity of the banking subsidiaries is managed to reflect the anticipated cash required to finance loan demand and to maintain sufficient liquid assets to cover the maturities for the next six months for all off-balance sheet securitizations, unsecured debt, and wholesale money market funding sources. The level of liquid assets, which

**TABLE 32: SECURITIZATION TRUST YIELDS IN EXCESS OF MINIMUM YIELD DATA** *(dollars in thousands)*

| | | | | | For the Three Months Ended December 31, 2004 | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| | | | | | Yield in Excess of Minimum Yield (a) | | |
| | | | | | | Series Range | |
| | Investor Principal | Number of Series in Trust | Average Annualized Yield | Average Minimum Yield | Weighted Average | High | Low |
| MBNA Master Credit Card Trust II | $22,894,657 | 31 | 18.44% | 9.91% | 8.53% | 8.85% | 7.83% |
| MBNA Credit Card Master Note Trust (b) | 40,242,415 | 75 | 18.48 | 9.67 | 8.81 | 8.81 | 8.81 |
| MBNA Master Consumer Loan Trust | 5,560,278 | 3 | (c) | (c) | (c) | (c) | (c) |
| MBNA Triple A Master Trust | 2,000,000 | 2 | 18.29 | 9.50 | 8.79 | 8.83 | 8.78 |
| Multiple Asset Note Trust | 1,000,000 | 2 | 19.43 | 9.94 | 9.49 | 9.51 | 9.48 |
| UK Receivables Trust | 2,508,196 | 4 | 19.16 | 12.11 | 7.05 | 7.40 | 6.06 |
| UK Receivables Trust II | 9,174,519 | 14 | 18.19 | 11.95 | 6.24 | 6.43 | 6.13 |
| Gloucester Credit Card Trust | 3,032,566 | 10 | 18.97 | 10.05 | 8.92 | 9.44 | 8.42 |

(a) The Yield in Excess of Minimum Yield represents the trust's average annualized yield less its average minimum yield.
(b) MBNA Credit Card Master Note Trust issues a series of notes called the MBNAseries. Through the MBNAseries, MBNA Credit Card Master Note Trust issues specific classes of notes which contribute on a prorated basis to the calculation of the average yield in excess of minimum yield. This average yield in excess of minimum yield impacts the distribution of principal to investors of all classes within the MBNAseries.
(c) The MBNA Master Consumer Loan Trust yield in excess of minimum yield does not impact the distribution of principal to investors. Distribution to investors for transactions in this trust may begin earlier than the scheduled time if the credit enhancement amount falls below a predetermined contractual level. As a result, its yields are excluded from this Table.

**TABLE 33: ESTIMATED CONTRACTUAL OBLIGATIONS (a) (b)** *(dollars in thousands)*

| | Within 1 Year | 1-3 Years | 3-5 Years | Over 5 Years | Total |
|---|---|---|---|---|---|
| | **Estimated Contractual Obligations at December 31, 2004** | | | | |
| Long-term debt and bank notes (par) (c) | $ 1,558,826 | $ 2,371,222 | $ 2,886,175 | $ 4,395,451 | $11,211,674 |
| Minimum rental payments under noncancelable operating leases | 30,457 | 21,998 | 5,615 | 1,680 | 59,750 |
| Purchase obligations (d) | 343,754 | 342,419 | 173,073 | 65,931 | 925,177 |
| Other long-term liabilities reflected in the Corporation's consolidated statements of financial condition (e) | 164,350 | 171,734 | 54,601 | 222 | 390,907 |
| Total estimated contractual obligations | $ 2,097,387 | $ 2,907,373 | $ 3,119,464 | $ 4,463,284 | $12,587,508 |

(a)  Note 32: Fair Value of Financial Instruments— Derivative Financial Instruments provides further detail on the Corporation's derivative financial instruments. These amounts are not included in this Table.
(b)  Table 34 provides detail on the maturities of deposits. These amounts are not included in this Table.
(c)  Excludes interest.
(d)  Includes the royalties to endorsing organizations payable in the future subject to certain conditions, commitments for Community Reinvestment Act investments that cannot be canceled, and other purchase obligations.
(e)  Includes amounts accrued for Customer reward programs and other long-term contractual obligations.

is comprised of the investments and money market assets described further in "Investment Securities and Money Market Instruments," is managed to a size prudent for both anticipated loan receivable growth and overall conditions in the markets for asset-backed securitization, unsecured corporate debt, and short-term borrowed funds. The Corporation, the Bank, MBNA Europe, and MBNA Canada also have access to the credit facilities described further in Note 29: Commitments and Contingencies of the consolidated financial statements. Finally, the deposit funding sources are also used to finance loan receivable growth and to maintain a sufficient level of liquid assets.

Table 33 provides a summary of the estimated amounts and maturities of the contractual obligations of the Corporation at December 31, 2004.

If certain terms on the above estimated contractual requirements are not met, there may be an acceleration of the payment due dates noted above. At December 31, 2004, the Corporation was not in default of any such covenants.

**STOCK REPURCHASES**
To the extent stock options are exercised or restricted shares are awarded from time to time under the Corporation's Long Term Incentive Plans, the Board of Directors has approved the purchase, on the open market or in privately negotiated transactions, of the number of common shares issued.

During 2004, the Corporation issued 16.8 million common shares upon the exercise of stock options and issuance of restricted stock, and purchased 16.7 million common shares for $432.4 million. The Corporation received $192.3 million in proceeds from the exercise of stock options and other awards during 2004.

In January 2005, the Corporation's Board of Directors approved a share repurchase program, and authorized the repurchase of up to $2 billion of common stock over the next two years. Stock repurchases will be done selectively, based on capital levels, asset growth levels, and share performance. The program reflects the Corporation's commitment to return excess capital to stockholders while balancing the important objectives of asset growth and maintaining a strong balance sheet. This repurchase program will be in addition to the Corporation's existing share repurchase program.

**FUNDING**
To facilitate liquidity management, the Corporation uses a variety of funding sources to establish a maturity pattern that it believes provides a prudent mixture of short-term and long-term funds. The Corporation obtains funds through deposits and debt issuances, and uses securitization of the Corporation's loan principal receivables as a major funding alternative. In addition, further liquidity is provided to the Corporation through committed credit facilities.

**Off-Balance Sheet Asset Securitization**
At December 31, 2004, the Corporation funded 72.2% of its managed loans through securitization transactions. To maintain an appropriate funding level, the Corporation expects to securitize additional loan principal receivables during 2005. The consumer asset-backed securitization market in the United States exceeded $1.7 trillion at December 31, 2004, with approximately $622 billion of asset-backed securities issued during 2004. An additional $272 billion of asset-backed securities were issued in European markets during 2004. The Corporation is a leading issuer in these markets, which have remained stable through adverse conditions. Despite the size and relative stability of these markets and the Corporation's position as a leading issuer, if these markets experience difficulties, the Corporation may be unable to securitize its loan principal receivables or to do so at favorable pricing levels. Factors affecting the Corporation's ability to securitize its loan principal receivables or to do so at favorable pricing levels include the overall credit quality of the Corporation's loans, the stability of the market for securitization transactions, and the legal, regulatory, accounting, and tax environments impacting securitization transactions. The Corporation does not believe adverse outcomes from these events are likely to occur. If the Corporation were unable to continue to securitize its loan receivables at current levels, the Corporation would use its investment securities and money market instruments in addition to alternative funding sources to fund increases in loan receivables and meet its other liquidity needs. The resulting change in the Corporation's current liquidity sources could potentially subject the Corporation to certain risks. These risks would include an increase in the Corporation's cost of funds, increases in the reserve for possible credit losses and the provision for possible credit losses as more loans would remain in the Corporation's consolidated statements of financial condition, and restrictions on loan growth if the Corporation were

unable to find alternative and cost-effective funding sources. In addition, if the Corporation could not continue to remove the loan principal receivables from the Corporation's consolidated statements of financial condition, the Corporation would likely need to raise additional capital to support loan and asset growth and meet regulatory capital requirements.

Table 31 presents the estimated maturities of investor principal related to the Corporation's securitized loans.

**Credit Facilities**
The Corporation, the Bank, MBNA Europe, and MBNA Canada have various credit facilities. With the exception of the short-term on-balance sheet financing structure obtained in connection with the PCL acquisition, these facilities may be used for general corporate purposes and were not drawn upon at December 31, 2004.

Note 29: Commitments and Contingencies on the consolidated financial statements provides further detail regarding the Corporation's credit facilities and is incorporated by this reference into this section.

**Borrowed Funds**
Short-term borrowings used by the Corporation include federal funds purchased and securities sold under repurchase agreements. Federal funds purchased and securities sold under repurchase agreements are overnight borrowings that normally mature within one business day of the transaction date. Other short-term borrowings consist primarily of federal funds purchased that mature in more than one business day, short-term bank notes issued from the global bank note program established by the Bank, short-term deposit notes issued by MBNA Canada, on-balance sheet financing structures, and other transactions with original maturities greater than one business day but less than one year. Short-term borrowings were $2.1 billion and $1.0 billion for December 31, 2004 and 2003, respectively.

Other funding programs established by the Corporation for long-term borrowings include senior medium-term notes and senior notes. Other funding programs established by the Corporation's bank subsidiaries include the Bank's global bank note program, MBNA Europe's euro medium-term note program, and MBNA Canada's medium-term note program. MBNA Europe's and MBNA Canada's notes are unconditionally and irrevocably guaranteed in respect to all payments by the Bank.

Long-term debt and bank notes were $11.4 billion and $12.1 billion for December 31, 2004 and 2003, respectively. See Table 33 for estimated maturities of the contractual obligations related to long-term debt and bank notes as of December 31, 2004.

Note 18: Short-Term Borrowings and Note 19: Long-Term Debt and Bank Notes to the consolidated financial statements provide further detail regarding the Corporation's borrowed funds and are incorporated by this reference into this section.

**Deposits**
The Corporation utilizes deposits to fund loan and other asset growth and to diversify funding sources. The Corporation categorizes its deposits into either direct or other deposits. Direct deposits are deposits marketed to and received from individual Customers and are an important, stable, low-cost funding source that typically react more slowly to interest rate changes than other deposits. Other deposits include brokered deposits.

Total deposits decreased $596.6 million or 1.9% to $31.2 billion at December 31, 2004, as compared to $31.8 billion at December 31, 2003.

Included in the deposit maturity category of one year or less are money market deposit accounts, noninterest-bearing deposits, interest-bearing transaction accounts, and savings accounts totaling $9.5 billion. Based on past activity, the Corporation expects to retain a majority of its deposit balances as they mature.

Included in the Corporation's direct deposits at December 31, 2004 and 2003, are noninterest-bearing deposits of $2.7 billion and $2.4 billion, representing 8.8% and 7.6% of total deposits, respectively. Included in the domestic direct deposits at December 31, 2004 and 2003 were noninterest-bearing deposits of $2.4 billion and $2.2 billion, respectively. Included in the foreign direct deposits at December 31, 2004 and 2003 were noninterest-bearing deposits of $306.3 million and $221.6 million, respectively. The Corporation also had interest-bearing direct deposits at December 31, 2004 of $24.4 billion, as compared to $22.9 billion at December 31, 2003.

Included in the Corporation's other deposits at December 31, 2004 and 2003, were brokered deposits of $4.1 billion and $6.5 billion, representing 13.0% and 20.5% of total deposits, respectively. If brokered deposits are not renewed at maturity, they could be replaced by funds from maturing investment securities and money market instruments or other funding sources. During 2004, other deposits decreased because the Corporation determined it had adequate liquidity from other sources to meet its funding needs. While the Corporation utilized other alternative funding sources during this period, it expects that brokered deposits will continue to be part of its funding activities. The Federal Deposit Insurance Corporation Improvement Act of 1991 limits the use of brokered deposits to "well-capitalized" insured depository institutions and, with a waiver from the Federal Deposit Insurance Corporation, to "adequately capitalized" institutions. At December 31, 2004, the Bank and MBNA Delaware were "well-capitalized" as defined under the federal bank regulatory guidelines. Based on the Corporation's historical access to the brokered deposit market, it expects to replace maturing brokered deposits with new brokered deposits or with the Corporation's direct deposits.

Table 34 provides the maturities of the Corporation's deposits at December 31, 2004. During 2004, MBNA Europe launched a retail deposit program, which generated $315.3 million of retail deposits as of December 31, 2004.

## TABLE 34: MATURITIES OF DEPOSITS
*(dollars in thousands)*

| December 31, 2004 | Direct Deposits | Other Deposits (a) | Total Deposits |
|---|---|---|---|
| Domestic: | | | |
| One year or less | $17,532,335 | $1,966,962 | $19,499,297 |
| Over one year through two years | 3,373,142 | 1,030,174 | 4,403,316 |
| Over two years through three years | 2,259,037 | 779,225 | 3,038,262 |
| Over three years through four years | 946,164 | 120,933 | 1,067,097 |
| Over four years through five years | 1,658,944 | – | 1,658,944 |
| Over five years | 9,485 | – | 9,485 |
| Total domestic deposits | 25,779,107 | 3,897,294 | 29,676,401 |
| Foreign: | | | |
| One year or less | 1,244,762 | 160,407 | 1,405,169 |
| Over one year through two years | 31,701 | – | 31,701 |
| Over two years through three years | 58,288 | – | 58,288 |
| Over three years through four years | 15,938 | – | 15,938 |
| Over four years through five years | 52,007 | – | 52,007 |
| Over five years | – | – | – |
| Total foreign deposits | 1,402,696 | 160,407 | 1,563,103 |
| Total deposits | $27,181,803 | $4,057,701 | $31,239,504 |

(a) At December 31, 2004, all other deposits were brokered deposits.

Table 35 presents the maturity distribution of the Corporation's time deposits in amounts of $100,000 or more at December 31, 2004, 2003, and 2002.

**Investment Securities and Money Market Instruments**
The Corporation held a liquid asset portfolio comprised of $6.4 billion of investment securities and $4.4 billion of money

market instruments at December 31, 2004, as compared to $4.7 billion of investment securities and $4.9 billion of money market instruments at December 31, 2003.

The size and distribution of the liquid asset portfolio is determined by management's expectations regarding loan growth as well as market and economic conditions. These securities and money market instruments provide increased liquidity and flexibility to support the Corporation's funding requirements. The Corporation increased the liquid asset portfolio at December 31, 2004, as compared to December 31, 2003, to provide liquidity to support loan portfolio and other acquisition activity and anticipated loan growth, and as a result of asset-backed securitization transactions completed to take advantage of favorable market conditions. This portfolio is held primarily for liquidity purposes, and as a result, no trading positions are assumed, and the majority of investment securities are classified as available-for-sale. The Corporation's investment securities available-for-sale portfolio, which consists primarily of U.S. Treasury and other U.S. government agencies obligations and asset-backed and other securities, was $6.1 billion at December 31, 2004 and $4.4 billion at December 31, 2003.

Management's current guidelines for the liquid asset portfolio include a weighted average life not to exceed two years, an investment securities portion weighted average life not to exceed three years, and a maturity of fixed rate U.S. Treasury and other U.S. government agencies obligations not to exceed five years. Of the investment securities held at December 31, 2004, $2.4 billion are anticipated to mature within 12 months.

The investment securities consist primarily of AAA-rated securities, most of which can be used as collateral under repurchase agreements. Asset-backed and other securities consist primarily of credit card, student loan, dealer floor plan and home equity issuers with over 95% rated AAA.

## TABLE 35: TIME DEPOSITS OF $100,000 OR MORE (a)   *(dollars in thousands)*

| December 31, | 2004 | | 2003 | | 2002 | |
|---|---|---|---|---|---|---|
| Three months or less: | | | | | | |
| Domestic | $  646,269 | 12.2% | $  438,832 | 10.2% | $  548,380 | 13.8% |
| Foreign | 864,218 | 16.4 | 852,249 | 19.9 | 611,135 | 15.3 |
| Total three months or less | 1,510,487 | 28.6 | 1,291,081 | 30.1 | 1,159,515 | 29.1 |
| Over three months through six months: | | | | | | |
| Domestic | 562,613 | 10.7 | 360,223 | 8.4 | 479,662 | 12.0 |
| Foreign | 10,409 | .2 | 4,032 | .1 | 22,167 | .6 |
| Total over three months through six months | 573,022 | 10.9 | 364,255 | 8.5 | 501,829 | 12.6 |
| Over six months through twelve months: | | | | | | |
| Domestic | 983,906 | 18.7 | 722,902 | 16.9 | 654,637 | 16.4 |
| Foreign | 144,332 | 2.8 | 5,626 | .1 | 14,509 | .4 |
| Total over six months through twelve months | 1,128,238 | 21.5 | 728,528 | 17.0 | 669,146 | 16.8 |
| Over twelve months: | | | | | | |
| Domestic | 1,989,589 | 37.8 | 1,900,128 | 44.4 | 1,654,141 | 41.5 |
| Foreign | 65,294 | 1.2 | – | – | 250 | – |
| Total over twelve months | 2,054,883 | 39.0 | 1,900,128 | 44.4 | 1,654,391 | 41.5 |
| Total | $ 5,266,630 | 100.0% | $ 4,283,992 | 100.0% | $ 3,984,881 | 100.0% |

(a)  This Table excludes deposits obtained by a third-party intermediary in amounts of $100,000 or more which were subsequently distributed by intermediaries to individuals in denominations of less than $100,000.

**TABLE 36: INVESTMENT SECURITIES' MATURITIES** *(dollars in thousands)*

| | Within 1 Year | 1-5 Years | 6-10 Years | Over 10 Years | Total | Amortized Cost | Market Value |
|---|---|---|---|---|---|---|---|
| | | | Estimated Maturities at December 31, 2004 | | | | |
| **Available-for-Sale** | | | | | | | |
| Domestic: | | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ 1,218,242 | $ 1,760,817 | $ – | $ – | $ 2,979,059 | $ 2,995,431 | $ 2,979,059 |
| State and political subdivisions of the United States | 105,615 | – | – | – | 105,615 | 105,615 | 105,615 |
| Asset-backed and other securities | 569,205 | 1,722,723 | 80,250 | 16 | 2,372,194 | 2,377,082 | 2,372,194 |
| Total domestic investment securities available-for-sale | 1,893,062 | 3,483,540 | 80,250 | 16 | 5,456,868 | 5,478,128 | 5,456,868 |
| Foreign | 489,130 | 116,522 | – | – | 605,652 | 605,124 | 605,652 |
| Total investment securities available-for-sale | $ 2,382,192 | $ 3,600,062 | $ 80,250 | $ 16 | $ 6,062,520 | $ 6,083,252 | $ 6,062,520 |
| **Held-to-Maturity** | | | | | | | |
| Domestic: | | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ – | $ – | $ – | $ 275,755 | $ 275,755 | $ 275,755 | $ 277,076 |
| State and political subdivisions of the United States | – | – | 649 | 6,006 | 6,655 | 6,655 | 6,820 |
| Asset-backed and other securities | – | – | – | 15,664 | 15,664 | 15,664 | 15,176 |
| Total domestic investment securities held-to-maturity | – | – | 649 | 297,425 | 298,074 | 298,074 | 299,072 |
| Foreign | – | 1,000 | – | – | 1,000 | 1,000 | 1,000 |
| Total investment securities held-to-maturity | $ – | $ 1,000 | $ 649 | $ 297,425 | $ 299,074 | $ 299,074 | $ 300,072 |

Table 36 presents the summary of investment securities' maturities.

Table 37 presents the summary of investment securities' yields.

**INTEREST RATE SENSITIVITY**
Interest rate sensitivity refers to the change in earnings resulting from fluctuations in interest rates, variability in the yield earned on interest-earning assets and the rate paid on interest-bearing liabilities, and the differences in repricing intervals between assets and liabilities. Interest rate changes also impact the estimated value of the interest-only strip receivable and other interest- earning assets, and securitization income. The management of interest rate sensitivity attempts to mitigate the negative impacts of changing market rates, asset and liability mix, and prepayment trends on earnings. Interest rate sensitive assets/liabilities have yields/rates that can change within a designated time period as a

result of their maturity, a change in an underlying index rate, or the contractual ability of the Corporation to change the yield/rate.

Interest rate risk refers to potential changes in current and future net interest income resulting from changes in interest rates and differences in the repricing characteristics between interest rate sensitive assets and liabilities. The Corporation analyzes its level of interest rate risk using several analytical techniques. In addition to on-balance sheet activities, interest rate risk includes the interest rate sensitivity of securitization income from securitized loans and the impact of interest rate swap agreements. The Corporation uses interest rate swap agreements to change a portion of fixed-rate funding cash flows to floating-rate to better match the rate sensitivity of the Corporation's assets. For this reason, the Corporation analyzes the level of interest rate risk on a managed basis to quantify and capture the full impact of interest rate risk on the Corporation's earnings.

**TABLE 37: INVESTMENT SECURITIES' YIELDS** *(yields on a fully taxable equivalent basis)*

| | Within 1 Year | 1-5 Years | 6-10 Years | Over 10 Years | Total |
|---|---|---|---|---|---|
| | | Yields at December 31, 2004 | | | |
| **Available-for-Sale** | | | | | |
| Domestic: | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | 1.69% | 2.82% | –% | –% | 2.36% |
| State and political subdivisions of the United States | 3.09 | – | – | – | 3.09 |
| Asset-backed and other securities | 2.16 | 2.65 | 2.43 | 2.63 | 2.52 |
| Total domestic investment securities available-for-sale | 1.91 | 2.74 | 2.43 | 2.63 | 2.44 |
| Foreign | 2.37 | 2.84 | – | – | 2.46 |
| Total investment securities available-for-sale | 2.00 | 2.74 | 2.43 | 2.63 | 2.45 |
| **Held-to-Maturity** | | | | | |
| Domestic: | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | – | – | – | 5.07 | 5.07 |
| State and political subdivisions of the United States | – | – | 6.94 | 7.53 | 7.47 |
| Asset-backed and other securities | – | – | – | 4.55 | 4.55 |
| Total domestic investment securities held-to-maturity | – | – | 6.94 | 5.09 | 5.10 |
| Foreign | – | 5.30 | – | – | 5.30 |
| Total investment securities held-to-maturity | – | 5.30 | 6.94 | 5.09 | 5.10 |

The Corporation's interest rate risk using the static gap methodology is presented in Table 38. This method reports the difference between interest rate sensitive assets and liabilities at a specific point in time. Management uses the static gap methodology to identify the Corporation's directional interest rate risk. Interest rate sensitive assets and liabilities are reported

### TABLE 38: INTEREST RATE SENSITIVITY SCHEDULE *(dollars in thousands)*

| December 31, 2004 | Subject to Repricing | | | |
|---|---|---|---|---|
| | Within 1 Year | 1-5 Years | After 5 Years | Total |
| **Interest-Earning Assets** | | | | |
| Interest-earning time deposits in other banks: | | | | |
| Domestic | $ 132,796 | $ – | $ – | $ 132,796 |
| Foreign | 2,635,035 | – | – | 2,635,035 |
| Total interest-earning time deposits in other banks | 2,767,831 | – | – | 2,767,831 |
| Federal funds sold | 1,605,000 | | | 1,605,000 |
| Investment securities (a): | | | | |
| Available-for-sale: | | | | |
| Domestic | 3,024,720 | 2,432,148 | – | 5,456,868 |
| Foreign | 543,154 | 62,498 | – | 605,652 |
| Total available-for-sale | 3,567,874 | 2,494,646 | – | 6,062,520 |
| Held-to-maturity: | | | | |
| Domestic | – | – | 298,074 | 298,074 |
| Foreign | – | 1,000 | – | 1,000 |
| Total held-to-maturity | – | 1,000 | 298,074 | 299,074 |
| Other interest-earning assets | 3,958,799 | | 71,447 | 4,030,246 |
| Loans held for securitization | | | | |
| Domestic: | | | | |
| Credit card | 7,023,182 | – | – | 7,023,182 |
| Other consumer | 15,960 | – | – | 15,960 |
| Commercial | 667 | – | – | 667 |
| Total domestic loans held for securitization | 7,039,809 | – | – | 7,039,809 |
| Foreign: | | | | |
| Credit card | 1,199,678 | – | – | 1,199,678 |
| Other consumer | – | – | – | |
| Commercial | – | – | – | |
| Total foreign loans held for securitization | 1,199,678 | – | – | 1,199,678 |
| Total loans held for securitization | 8,239,487 | – | – | 8,239,487 |
| Loan portfolio: | | | | |
| Domestic: | | | | |
| Credit card | 6,216,029 | 679,158 | – | 6,895,187 |
| Other consumer | 4,862,281 | 695,354 | 265,312 | 5,822,947 |
| Commercial | 1,720,164 | 360,034 | 655,709 | 2,735,907 |
| Total domestic loan portfolio | 12,798,474 | 1,734,546 | 921,021 | 15,454,041 |
| Foreign: | | | | |
| Credit card | 3,957,205 | 1,615,808 | – | 5,573,013 |
| Other consumer | 1,509,242 | 1,737,641 | 19,235 | 3,266,118 |
| Commercial | 1,202,396 | 23,795 | – | 1,226,191 |
| Total foreign loan portfolio | 6,668,843 | 3,377,244 | 19,235 | 10,065,322 |
| Total loan portfolio | 19,467,317 | 5,111,790 | 940,256 | 25,519,363 |
| Total interest-earning assets | 39,606,308 | 7,607,436 | 1,309,777 | 48,523,521 |
| **Interest-Bearing Liabilities** | | | | |
| Interest-bearing deposits: | | | | |
| Domestic: | | | | |
| Time deposits | 10,355,452 | 10,167,619 | 9,485 | 20,532,556 |
| Money market deposit accounts | 6,582,997 | – | – | 6,582,997 |
| Interest-bearing transaction accounts | 49,781 | – | – | 49,781 |
| Savings accounts | 77,305 | – | – | 77,305 |
| Total domestic interest-bearing deposits | 17,065,535 | 10,167,619 | 9,485 | 27,242,639 |
| Foreign: | | | | |
| Time deposits | 1,098,868 | 157,934 | – | 1,256,802 |
| Total interest-bearing deposits | 18,164,403 | 10,325,553 | 9,485 | 28,499,441 |
| Borrowed funds: | | | | |
| Short-term borrowings: | | | | |
| Domestic | 901,455 | – | – | 901,455 |
| Foreign | 1,202,959 | – | – | 1,202,959 |
| Total short-term borrowings | 2,104,414 | – | – | 2,104,414 |
| Long-term debt and bank notes (a): | | | | |
| Domestic | 1,205,054 | 3,771,123 | 2,741,721 | 7,717,898 |
| Foreign | 1,272,107 | 1,943,800 | 489,095 | 3,705,002 |
| Total long-term debt and bank notes | 2,477,161 | 5,714,923 | 3,230,816 | 11,422,900 |
| Total borrowed funds | 4,581,575 | 5,714,923 | 3,230,816 | 13,527,314 |
| Total interest-bearing liabilities | 22,745,978 | 16,040,476 | 3,240,301 | 42,026,755 |
| Gap before managed adjustments | 16,860,330 | (8,433,040) | (1,930,524) | 6,496,766 |
| Managed adjustments (b) | (14,030,474) | 13,848,035 | 2,332,864 | 2,150,425 |
| Gap after managed adjustments | $ 2,829,856 | $ 5,414,995 | $ 402,340 | $ 8,647,191 |
| Cumulative gap after managed adjustments | $ 2,829,856 | $ 8,244,851 | $ 8,647,191 | |
| Cumulative gap after managed adjustments as a % of managed assets | 1.91% | 5.57% | 5.84% | |

(a)  Presented using estimated maturities.
(b)  Managed adjustments reflect the impact interest rates have on securitized loans and derivative financial instruments.

based on estimated and contractual repricings. Fixed-rate credit card loans, which may be repriced by the Corporation at any time by giving notice to the Customer, are placed in the table using a seventeen-month repricing schedule. The Corporation also offers variable-rate credit card loans. At December 31, 2004, variable-rate loans made up approximately 43% of total managed loans, compared to approximately 7% of total managed loans at December 31, 2003.

These variable-rate loans are generally indexed to the U.S. Prime Rate published in *The Wall Street Journal* and reprice monthly. Including the managed adjustment, results of the gap analysis show that, within one year, the Corporation's assets reprice faster than its liabilities.

Although the static gap methodology is widely accepted for its simplicity in identifying interest risk, it ignores many changes that can occur, such as repricing strategies, market spread adjustments, and anticipated hedging transactions. For these reasons, the Corporation analyzes its level of interest risk using several other analytical techniques, including simulation analysis. All of the analytical techniques used by the Corporation to measure interest rate risk include the impact of its financial assets and liabilities, derivative financial instruments, and asset securitizations.

Assumptions in the Corporation's simulation analysis include cash flows and maturities of interest rate sensitive instruments, changes in market conditions, loan volumes and pricing, the impact of anticipated changes in the pricing of the Corporation's variable rate loans, consumer preferences, and management's capital plans. The analysis also assumes that there is no impact on an annual basis in the value of the interest-only strip receivable. Also included in the analysis are various actions which the Corporation would likely undertake to minimize the impact of adverse movements in interest rates. Based on the simulation analysis at December 31, 2004, the Corporation could experience a decrease in projected net income during the next 12 months of approximately $16 million, if interest rates at the time the simulation analysis was performed increased 100 basis points over the next 12 months evenly distributed on the first day of each of the next four quarters.

These assumptions are inherently uncertain and, as a result, the analysis cannot precisely predict the impact of higher interest rates on net income. Actual results would differ from simulated results as a result of timing, magnitude, and frequency of interest rate changes, changes in market conditions, and management strategies to offset the Corporation's potential exposure. The Corporation has the contractual right to reprice fixed-rate credit card loans at any time by giving notice to the Customer. Accordingly, a key assumption in the simulation analysis is the repricing of fixed-rate credit card loans in response to an upward movement in interest rates, with a lag of approximately 45 days between interest rate movements and fixed-rate credit card loan repricings. The Corporation has repriced its fixed-rate credit card loans on numerous occasions in the past. The ability and willingness to do so in the future will depend on the timing and extent of changes in interest rates and competitive market pricing conditions.

## FOREIGN CURRENCY EXCHANGE RATE SENSITIVITY
Foreign currency exchange rate risk refers to the potential changes in current and future earnings or capital arising from movements in foreign exchange rates and occurs as a result of cross-currency investment and funding activities. The Corporation's foreign currency exchange rate risk is limited to the Corporation's net investment in its foreign subsidiaries which is unhedged. The Corporation uses forward exchange contracts and foreign currency exchange swap agreements to reduce its exposure to foreign currency exchange rate risk. Management reviews the foreign currency exchange rate risk of the Corporation on a routine basis. During this review, management considers the net impact to stockholders' equity under various foreign exchange rate scenarios. At December 31, 2004, the Corporation could experience a decrease in stockholders' equity, net of tax, of approximately $233 million, as a result of a 10% depreciation of the Corporation's unhedged capital exposure in foreign subsidiaries to the U.S. dollar position.

## CROSS-BORDER OUTSTANDINGS
At December 31, 2004 and 2003 the Corporation had cross-border outstandings in excess of 1% of total consolidated assets in the U.K. of $5.2 billion and $3.6 billion, respectively. At December 31, 2002 the amount was $3.7 billion. The Corporation does not have significant local currency outstanding in the U.K. that is not hedged or funded by local currency borrowings. The cross-border outstandings in the U.K. are primarily short-term in nature. At December 31, 2004 the Corporation had cross-border outstandings in excess of 1% of total consolidated assets in Ireland of $770.8 million.

## REGULATORY AND OTHER MATTERS

### MASTERCARD AND VISA LITIGATION AND COMPETITION
The Corporation issues credit cards on MasterCard's and Visa's networks. MasterCard and Visa are facing significant litigation and increased competition.

In 2003, MasterCard and Visa settled a suit by Wal-Mart and other merchants who claimed that MasterCard and Visa unlawfully tied acceptance of debit cards to acceptance of credit cards. Under the settlement, MasterCard and Visa were required to, among other things, allow merchants to accept MasterCard or Visa branded credit cards without accepting their debit cards (and vice versa), reduce the prices charged to merchants for off-line signature debit transactions for a period of time, and pay over ten years amounts totaling $3.05 billion into a settlement fund. MasterCard and Visa are also parties to suits by U.S. merchants who opted out of the Wal-Mart settlement.

In October 2004, the United States Supreme Court decided to let stand a federal court decision in a suit brought by the U.S. Department of Justice, in which MasterCard and Visa rules prohibiting banks that issue cards on MasterCard and Visa networks from issuing cards on other networks (the "Association Rules") were found to have violated federal antitrust laws (the "Antitrust Decision"). The Antitrust Decision effectively permits banks that issue cards on Visa's or MasterCard's networks, such as the Corporation's banking subsidiaries, also to issue cards on competitor networks. Discover and American Express have also

initiated separate civil lawsuits against MasterCard and Visa claiming substantial damages stemming from the Association Rules.

MasterCard and Visa are also parties to suits alleging that MasterCard's and Visa's currency conversion practices are unlawful.

The costs associated with these and other matters could cause MasterCard and Visa to invest less in their networks and marketing efforts and could adversely affect the interchange paid to their member banks, including the Corporation's banking subsidiaries.

## INTERCHANGE IN THE U.K.

The European Commission and the Office of Fair Trading in the U.K. (the "OFT") have challenged interchange rates in the European Union and the U.K. Interchange income is a fee paid by a merchant bank to the card-issuing bank through the interchange network as compensation for risk, grace period, and other operating costs. MasterCard and Visa each set the interchange rates it charges.

In 2002, the European Commission and Visa reached an agreement on Visa's cross-border interchange rates within the European Union. As a result, in 2002 Visa reduced its interchange rates on transactions within the European Union and, effective October 2003, reduced its interchange rates approximately 10 basis points on transactions in the U.K. Effective October 2004, MasterCard also reduced its interchange rates approximately 10 basis points on transactions in the U.K.

After a lengthy investigation by the OFT of MasterCard interchange rates in the U.K., the OFT issued its draft conclusions in November 2004, finding that the setting of the default interchange fees at their current levels in the U.K. represents a restriction of competition leading to an unjustifiably high interchange rate. If the OFT's draft conclusions are implemented, MasterCard interchange rates in the U.K. would be significantly reduced. MasterCard and its U.K. members have challenged the OFT's draft conclusions. A final decision by the OFT on MasterCard interchange is expected in June 2005 and will be subject to an appeal process. The appeal process could postpone the final resolution of the OFT's investigation, and its effects, to 2006. In October 2004, the OFT extended its interchange investigation to Visa domestic interchange rates in the U.K.

The Corporation cannot predict the amount and timing of any reductions in interchange rates in the U.K. as a result of the OFT investigations described above. However, as indicated above, reductions to interchange rates in the U.K. could be substantial.

## BASEL COMMITTEE

In June 2004, the Basel Committee on Banking Supervision (the "Committee") issued a revised framework document, "The New Basel Capital Accord," which proposes significant revisions to the current Basel Capital Accord. The proposed new accord would establish a three-part framework for capital adequacy that would include: (1) minimum regulatory capital requirements; (2) supervisory review of an institution's capital adequacy and internal capital assessment process; and (3) improved market

discipline through increased disclosures regarding capital adequacy.

In August 2003, an Advance Notice of Proposed Rulemaking was published by the Office of the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation and the Office of Thrift Supervision (collectively "the Agencies"). The Advance Notice of Proposed Rulemaking was titled "Risk-Based Capital Guidelines; Implementation of New Basel Capital Accord; Internal Ratings-Based Systems for Corporate Credit and Operational Risk Advanced Measurement Approaches for Regulatory Capital; Proposed Rule and Notice" ("Proposed Regulatory Guidance"). The Proposed Regulatory Guidance set forth for industry comment the Agencies' views on a proposed framework for implementing the New Basel Capital Accord in the United States. In particular, the Proposed Regulatory Guidance describes significant elements of the Advanced Internal Ratings-Based approach for credit risk and the Advanced Measurement Approaches for operational risk. The Agencies have determined that the advanced risk and capital measurement methodologies of the new accord will be applied on a mandatory basis for large, internationally active banking organizations. Institutions subject to the mandatory application of the advanced approaches would be those institutions with total banking assets of $250 billion or more or those institutions, such as the Corporation, with total on-balance sheet foreign exposure of $10 billion or more.

Both prior and subsequent to publication of the Proposed Regulatory Guidance, U.S. regulatory agencies have issued guidance on a number of topics regarding implementation of the New Accord for U.S. financial institutions. The Agencies are expected to issue a Notice of Proposed Rulemaking ("NPR") sometime in the summer of 2005 with final rules to be issued in the first half of 2006. Adoption of the proposed new rules are expected to increase required regulatory capital for some U.S. banking organizations, such as the Corporation and the Corporation's banking subsidiaries, due in part to a new capital charge for operational risk and to the final treatment of certain credit risk exposures, including the treatment of credit card loans and asset securitizations.

U.S. regulatory agencies recently conducted a Quantitative Impact Study in order to assess the impact of the New Accord on capital requirements of U.S. financial institutions. Approximately 30 organizations, including the Corporation, participated in the exercise. The Corporation has determined that its current level of capital is sufficient to meet the increase in required regulatory capital.

## OFFICE OF FAIR TRADE INVESTIGATION OF DEFAULT CHARGES IN THE U.K.

The OFT is carrying out an industry wide investigation into alleged unfair contract terms in Customer agreements and questioning how the Corporation establishes default charges, such as late, overlimit, and returned check fees, in the U.K. The OFT asserts that the Unfair Terms in Consumer Contracts Regulations 1999 render unenforceable consumer credit agreement terms relating to default charges to the extent they are disproportionately high in relation to their actual cost to the Corporation. The OFT must seek a court injunction to enforce such provisions. In July 2004,

the Corporation received a letter from the OFT indicating the OFT is challenging the amount of the Corporation's default charges in the U.K. The Corporation responded to the OFT letter in September 2004 and in February 2005 the OFT requested additional information. In the event the OFT's view prevails, the Corporation's default charges in the U.K. could be significantly reduced. In addition, should the OFT prevail in its challenge, the Corporation may also be subject to claims from Customers seeking reimbursement of default charges. The Corporation is assessing the OFT challenge and cannot state what its eventual outcome will be.

Future changes in laws and regulations and in policies applied by banking or other regulators also could affect the Corporation's consolidated financial condition and results of operations in future periods.

### TABLE 39: MANAGED RECONCILIATION OF THE FIVE-YEAR STATISTICAL SUMMARY

**RECONCILIATION OF INCOME STATEMENT DATA FOR THE PERIOD TO MANAGED NET INTEREST INCOME, MANAGED PROVISION FOR POSSIBLE CREDIT LOSSES, AND MANAGED OTHER OPERATING INCOME** *(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|
| **Net Interest Income** | | | | | |
| Net interest income | $ 2,536,801 | $ 2,350,373 | $ 2,074,575 | $ 1,657,340 | $ 1,395,015 |
| Securitization adjustments | 7,884,471 | 7,854,265 | 7,044,102 | 6,546,802 | 4,442,094 |
| Managed net interest income | $ 10,421,272 | $ 10,204,638 | $ 9,118,677 | $ 8,204,142 | $ 5,837,109 |
| **Provision for Possible Credit Losses** | | | | | |
| Provision for possible credit losses | $ 1,146,855 | $ 1,392,701 | $ 1,340,157 | $ 1,140,615 | $ 547,309 |
| Securitization adjustments | 4,276,024 | 4,375,469 | 3,835,383 | 3,452,014 | 2,800,980 |
| Managed provision for possible credit losses | $ 5,422,879 | $ 5,768,170 | $ 5,175,540 | $ 4,592,629 | $ 3,348,289 |
| **Other Operating Income** | | | | | |
| Other operating income | $ 8,258,386 | $ 7,825,480 | $ 6,752,923 | $ 6,673,316 | $ 4,920,403 |
| Securitization adjustments | (3,608,447) | (3,478,796) | (3,208,719) | (3,094,788) | (1,641,114) |
| Managed other operating income | $ 4,649,939 | $ 4,346,684 | $ 3,544,204 | $ 3,578,528 | $ 3,279,289 |

**RECONCILIATION OF THE LOAN RECEIVABLES NET CREDIT LOSS RATIO TO THE MANAGED NET CREDIT LOSS RATIO** *(dollars in thousands)*

| Year Ended December 31, | 2004 | | | 2003 | | | 2002 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Net Credit Losses (b) | Average Loans Outstanding | Net Credit Loss Ratio (a) | Net Credit Losses (a) | Average Loans Outstanding | Net Credit Loss Ratio (a) | Net Credit Losses (a) | Average Loans Outstanding | Net Credit Loss Ratio (a) |
| Loan receivables (b) | $ 1,324,176 | $ 31,055,787 | 4.26% | $ 1,363,696 | $ 28,183,818 | 4.84% | $1,156,212 | $ 25,315,200 | 4.57% |
| Securitized loans | 4,276,024 | 87,040,251 | 4.91 | 4,375,469 | 81,691,156 | 5.36 | 3,835,383 | 74,718,731 | 5.13 |
| Managed loans | $ 5,600,200 | $ 118,096,038 | 4.74 | $ 5,739,165 | $ 109,874,974 | 5.22 | $4,991,595 | $ 100,033,931 | 4.99 |

| Year Ended December 31, | 2001 | | | 2000 | | |
|---|---|---|---|---|---|---|
| | Net Credit Losses (a) | Average Loans Outstanding | Net Credit Loss Ratio (a) | Net Credit Losses (a) | Average Loans Outstanding | Net Credit Loss Ratio (a) |
| Loan receivables (b) | $ 855,014 | $ 20,339,388 | 4.20% | $ 599,642 | $ 17,718,148 | 3.38% |
| Securitized loans | 3,452,014 | 70,560,600 | 4.89 | 2,800,980 | 59,726,838 | 4.69 |
| Managed loans | $ 4,307,028 | $ 90,899,988 | 4.74 | $ 3,400,622 | $ 77,444,986 | 4.39 |

**RECONCILIATION OF THE LOAN RECEIVABLES DELINQUENCY RATIO TO THE MANAGED DELINQUENCY RATIO** *(dollars in thousands)*

| December 31, | 2004 | | | 2003 | | | 2002 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Delinquent Balances (c) | Ending Loans | Delinquency Ratio (c) | Delinquent Balances (c) | Ending Loans | Delinquency Ratio (c) | Delinquent Balances (c) | Ending Loans | Delinquency Ratio (c) |
| Loan receivables (b) | $ 1,111,441 | $ 33,758,850 | 3.29% | $ 1,289,799 | $ 33,624,077 | 3.84% | $ 1,251,603 | $ 28,726,508 | 4.36% |
| Securitized loans | 3,913,656 | 87,859,325 | 4.45 | 3,913,851 | 84,869,483 | 4.61 | 3,977,908 | 78,531,334 | 5.07 |
| Managed loans | $ 5,025,097 | $ 121,618,175 | 4.13 | $ 5,203,650 | $ 118,493,560 | 4.39 | $ 5,229,511 | $ 107,257,842 | 4.88 |

| December 31, | 2001 | | | 2000 | | |
|---|---|---|---|---|---|---|
| | Delinquent Balances (c) | Ending Loans | Delinquency Ratio (c) | Delinquent Balances (c) | Ending Loans | Delinquency Ratio (c) |
| Loan receivables (b) | $ 1,150,901 | $ 24,633,564 | 4.67% | $ 803,680 | $ 19,954,837 | 4.03% |
| Securitized loans | 3,811,560 | 72,862,487 | 5.23 | 3,182,858 | 68,835,884 | 4.62 |
| Managed loans | $ 4,962,461 | $ 97,496,051 | 5.09 | $ 3,986,538 | $ 88,790,721 | 4.49 |

TABLE 39: MANAGED RECONCILIATION OF THE FIVE-YEAR STATISTICAL SUMMARY — Continued

RECONCILIATION OF THE NET INTEREST MARGIN RATIO TO THE MANAGED NET INTEREST MARGIN RATIO
*(dollars in thousands)*

| Year Ended December 31, | 2004 | | | 2003 | | | 2002 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio |
| **Net Interest Margin (d)** | | | | | | | | | |
| Investment securities and money market instruments | $ 12,446,434 | | | $ 11,693,550 | | | $ 8,257,838 | | |
| Other interest-earning assets | 4,120,645 | | | 3,904,013 | | | 3,869,893 | | |
| Loan receivables (b) | 31,055,787 | | | 28,183,818 | | | 25,315,200 | | |
| Total | $ 47,622,866 | $ 2,537,790 | 5.33% | $ 43,781,381 | $ 2,351,132 | 5.37% | $ 37,442,931 | $2,075,645 | 5.54% |
| **Securitization Adjustments** | | | | | | | | | |
| Investment securities and money market instruments | $ – | | | $ – | | | $ – | | |
| Other interest-earning assets | (4,049,751) | | | (3,835,216) | | | (3,808,179) | | |
| Securitized loans | 87,040,251 | | | 81,691,156 | | | 74,718,731 | | |
| Total | $ 82,990,500 | 7,884,471 | 9.50 | $ 77,855,940 | 7,854,265 | 10.09 | $ 70,910,552 | 7,044,102 | 9.93 |
| **Managed Net Interest Margin (d)** | | | | | | | | | |
| Investment securities and money market instruments | $ 12,446,434 | | | $ 11,693,550 | | | $ 8,257,838 | | |
| Other interest-earning assets | 70,894 | | | 68,797 | | | 61,714 | | |
| Managed loans | 118,096,038 | | | 109,874,974 | | | 100,033,931 | | |
| Total | $130,613,366 | 10,422,261 | 7.98 | $121,637,321 | 10,205,397 | 8.39 | $108,353,483 | 9,119,747 | 8.42 |

| Year Ended December 31, | 2001 | | | 2000 | | |
|---|---|---|---|---|---|---|
| | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio | Average Earning Assets | Net Interest Income | Net Interest Margin Ratio |
| **Net Interest Margin (d)** | | | | | | |
| Investment securities and money market instruments | $ 6,500,608 | | | $ 5,051,619 | | |
| Other interest-earning assets | 3,256,773 | | | 2,623,168 | | |
| Loan receivables (b) | 20,339,388 | | | 17,718,148 | | |
| Total | $ 30,096,769 | $ 1,659,023 | 5.51% | $ 25,392,935 | $ 1,397,382 | 5.50% |
| **Securitization Adjustments** | | | | | | |
| Investment securities and money market instruments | $ – | | | $ – | | |
| Other interest-earning assets | (3,197,381) | | | (2,592,189) | | |
| Securitized loans | 70,560,600 | | | 59,726,838 | | |
| Total | $ 67,363,219 | 6,546,802 | 9.72 | $ 57,134,649 | 4,442,094 | 7.77 |
| **Managed Net Interest Margin (d)** | | | | | | |
| Investment securities and money market instruments | $ 6,500,608 | | | $ 5,051,619 | | |
| Other interest-earning assets | 59,392 | | | 30,979 | | |
| Managed loans | 90,899,988 | | | 77,444,986 | | |
| Total | $ 97,459,988 | 8,205,825 | 8.42 | $ 82,527,584 | 5,839,476 | 7.08 |

(a)    MBNA Corporation's net credit loss ratio is calculated by dividing annualized net credit losses, which exclude uncollectible accrued interest and fees and fraud losses, for the period by average loans, which include estimated collectible billed interest and fees for the corresponding period.

(b)    Loan receivables include loans held for securitization and the loan portfolio.

(c)    Delinquency represents accruing loans that are 30 days or more past due.

(d)    Net interest margin ratios are presented on a fully taxable equivalent basis. The fully taxable equivalent adjustment for the twelve months ended December 31, 2004, 2003, 2002, 2001, and 2000 was $989, $759, $1,070, $1,683, and $2,367, respectively.

# MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING

The accompanying consolidated financial statements were prepared by management, which is responsible for the integrity and objectivity of the information presented, including amounts that must necessarily be based on judgments and estimates. The consolidated financial statements were prepared in conformity with U.S. generally accepted accounting principles.

Management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Rule 13a-15(f) of the Securities Exchange Act of 1934). The Corporation's internal control over financial reporting includes those policies and procedures that:

(i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the Corporation;

(ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the Corporation are being made only in accordance with authorizations of management and directors of the Corporation; and

(iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the Corporation's assets that could have a material effect on the financial statements.

Because of its inherent limitations, such as lapses in human judgment, breakdowns resulting from human failures, collusion or improper management override, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness of internal control to future periods are subject to the risk that controls over time may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of the Corporation's internal control over financial reporting based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("the COSO criteria"). Based on management's assessment under the COSO criteria, management determined that, as of December 31, 2004, the Corporation's internal control over financial reporting was effective in providing reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with U.S. generally accepted accounting principles.

Ernst & Young LLP, an independent registered public accounting firm, has audited the consolidated financial statements included in the Annual Report to Stockholders and has issued an attestation report on management's assessment of the effectiveness of internal control over financial reporting as of December 31, 2004 as stated in their report which is included herein.


Bruce L. Hammonds
President and Chief Executive Officer
MBNA Corporation


Kenneth A. Vecchione
Vice Chairman and
Chief Financial Officer
MBNA Corporation

72   MBNA annual report 2004

# REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

Board of Directors and Stockholders of MBNA Corporation

We have audited management's assessment, included in the accompanying Management's Report on Internal Control Over Financial Reporting, that MBNA Corporation maintained effective internal control over financial reporting as of December 31, 2004, based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("the COSO criteria"). MBNA Corporation's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting. Our responsibility is to express an opinion on management's assessment and an opinion on the effectiveness of MBNA Corporation's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, evaluating management's assessment, testing and evaluating the design and operating effectiveness of internal control, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, management's assessment that MBNA Corporation maintained effective internal control over financial reporting as of December 31, 2004, is fairly stated, in all material respects, based on the COSO criteria. Also, in our opinion, MBNA Corporation maintained, in all material respects, effective internal control over financial reporting as of December 31, 2004, based on the COSO criteria.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated statements of financial condition of MBNA Corporation as of December 31, 2004 and 2003, and the related consolidated statements of income, changes in stockholders' equity, and cash flows for each of the three years in the period ended December 31, 2004 and our report dated February 17, 2005 expressed an unqualified opinion thereon.

*Ernst & Young LLP*

Baltimore, Maryland
February 17, 2005

# REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

Board of Directors and Stockholders of MBNA Corporation

We have audited the accompanying consolidated statements of financial condition of MBNA Corporation as of December 31, 2004 and 2003, and the related consolidated statements of income, changes in stockholders' equity, and cash flows for each of the three years in the period ended December 31, 2004. These financial statements are the responsibility of the Corporation's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of MBNA Corporation at December 31, 2004 and 2003, and the consolidated results of its operations and its cash flows for each of the three years in the period ended December 31, 2004, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the effectiveness of MBNA Corporation's internal control over financial reporting as of December 31, 2004, based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated February 17, 2005 expressed an unqualified opinion thereon.

*Ernst + Young LLP*

Baltimore, Maryland
February 17, 2005

74   MBNA annual report 2004

**CONSOLIDATED STATEMENTS OF FINANCIAL CONDITION** *(dollars in thousands, except per share amounts)*

| December 31, | | 2004 | | 2003 |
|---|---|---:|---|---:|
| **ASSETS** | | | | |
| Cash and due from banks | $ | 949,706 | $ | 660,022 |
| Interest-earning time deposits in other banks | | 2,767,831 | | 3,590,329 |
| Federal funds sold | | 1,605,000 | | 1,275,000 |
| Investment securities: | | | | |
| Available-for-sale (amortized cost of $6,083,252 and $4,352,069 at December 31, 2004 and 2003, respectively) | | 6,062,520 | | 4,363,087 |
| Held-to-maturity (market value of $300,072 and $354,434 at December 31, 2004 and 2003, respectively) | | 299,074 | | 353,299 |
| Loans held for securitization | | 8,239,487 | | 13,084,105 |
| Loan portfolio: | | | | |
| Credit card | | 12,468,200 | | 11,190,382 |
| Other consumer | | 9,089,065 | | 8,017,730 |
| Commercial | | 3,962,098 | | 1,331,860 |
| Total loan portfolio | | 25,519,363 | | 20,539,972 |
| Total loan receivables | | 33,758,850 | | 33,624,077 |
| Reserve for possible credit losses | | (1,136,558) | | (1,216,316) |
| Net loan receivables | | 32,622,292 | | 32,407,761 |
| Premises and equipment, net | | 2,787,755 | | 2,676,597 |
| Accrued income receivable | | 397,063 | | 443,755 |
| Accounts receivable from securitization | | 8,443,849 | | 7,766,477 |
| Intangible assets and goodwill, net | | 3,572,667 | | 3,188,368 |
| Prepaid expenses and deferred charges | | 438,804 | | 499,775 |
| Other assets | | 1,767,579 | | 1,888,885 |
| Total assets | $ | 61,714,140 | $ | 59,113,355 |
| | | | | |
| **LIABILITIES** | | | | |
| Deposits: | | | | |
| Time deposits | $ | 21,789,358 | $ | 21,528,882 |
| Money market deposit accounts | | 6,582,997 | | 7,790,726 |
| Noninterest-bearing deposits | | 2,740,063 | | 2,419,209 |
| Interest-bearing transaction accounts | | 49,781 | | 47,334 |
| Savings accounts | | 77,305 | | 49,930 |
| Total deposits | | 31,239,504 | | 31,836,081 |
| Short-term borrowings | | 2,104,414 | | 1,025,463 |
| Long-term debt and bank notes | | 11,422,900 | | 12,145,628 |
| Accrued interest payable | | 286,313 | | 319,227 |
| Accrued expenses and other liabilities | | 3,337,757 | | 2,673,916 |
| Total liabilities | | 48,390,888 | | 48,000,315 |
| | | | | |
| **STOCKHOLDERS' EQUITY** | | | | |
| Preferred stock ($.01 par value, 20,000,000 shares authorized, 8,573,882 shares issued and outstanding at December 31, 2004 and 2003) | | 86 | | 86 |
| Common stock ($.01 par value, 1,500,000,000 shares authorized, 1,277,671,875 shares at December 31, 2004, and 1,277,597,840 shares at December 31, 2003, issued and outstanding) | | 12,777 | | 12,776 |
| Additional paid-in capital | | 2,026,175 | | 2,119,700 |
| Retained earnings | | 10,620,838 | | 8,571,174 |
| Accumulated other comprehensive income | | 663,376 | | 409,304 |
| Total stockholders' equity | | 13,323,252 | | 11,113,040 |
| Total liabilities and stockholders' equity | $ | 61,714,140 | $ | 59,113,355 |

The accompanying notes are an integral part of the consolidated financial statements.

**CONSOLIDATED STATEMENTS OF INCOME** *(dollars in thousands, except per share amounts)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Interest Income** | | | |
| Loan portfolio | $ 2,426,617 | $ 2,216,256 | $ 2,037,454 |
| Loans held for securitization | 1,065,005 | 1,112,977 | 1,056,558 |
| Investment securities: | | | |
| Taxable | 128,528 | 110,370 | 134,411 |
| Tax-exempt | 1,559 | 1,417 | 1,895 |
| Time deposits in other banks | 102,897 | 79,259 | 53,133 |
| Federal funds sold | 28,112 | 33,137 | 35,460 |
| Other interest income | 315,901 | 305,468 | 359,159 |
| Total interest income | 4,068,619 | 3,858,884 | 3,678,070 |
| **Interest Expense** | | | |
| Deposits | 981,827 | 1,107,806 | 1,255,527 |
| Short-term borrowings | 76,910 | 39,132 | 42,978 |
| Long-term debt and bank notes | 473,081 | 361,573 | 304,990 |
| Total interest expense | 1,531,818 | 1,508,511 | 1,603,495 |
| **Net Interest Income** | 2,536,801 | 2,350,373 | 2,074,575 |
| Provision for possible credit losses | 1,146,855 | 1,392,701 | 1,340,157 |
| Net interest income after provision for possible credit losses | 1,389,946 | 957,672 | 734,418 |
| **Other Operating Income** | | | |
| Securitization income | 6,753,308 | 6,523,956 | 5,666,352 |
| Interchange | 442,104 | 391,827 | 357,410 |
| Credit card loan fees | 515,915 | 467,166 | 353,105 |
| Other consumer loan fees | 170,592 | 108,072 | 100,429 |
| Commercial loan fees | 69,568 | 46,593 | 32,750 |
| Insurance | 200,536 | 231,941 | 181,474 |
| Other | 106,363 | 55,925 | 61,403 |
| Total other operating income | 8,258,386 | 7,825,480 | 6,752,923 |
| **Other Operating Expense** | | | |
| Salaries and employee benefits | 2,221,201 | 2,083,120 | 1,947,389 |
| Occupancy expense of premises | 184,382 | 176,114 | 171,989 |
| Furniture and equipment expense | 404,763 | 351,501 | 334,287 |
| Other | 2,706,357 | 2,513,412 | 2,248,260 |
| Total other operating expense | 5,516,703 | 5,124,147 | 4,701,925 |
| **Income Before Income Taxes** | 4,131,629 | 3,659,005 | 2,785,416 |
| Applicable income taxes | 1,454,333 | 1,320,901 | 1,019,462 |
| **Net Income** | $ 2,677,296 | $ 2,338,104 | $ 1,765,954 |
| **Earnings Per Common Share** | $ 2.08 | $ 1.82 | $ 1.37 |
| **Earnings Per Common Share—Assuming Dilution** | 2.05 | 1.79 | 1.34 |
| **Dividends Per Common Share** | .48 | .36 | .27 |

The accompanying notes are an integral part of the consolidated financial statements.

CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY *(dollars in thousands, except per share amounts)*

| | Outstanding Shares | | | | | | Accumulated | |
| | Preferred (000) | Common (000) | Preferred Stock | Common Stock | Additional Paid-in Capital | Retained Earnings | Other Comprehensive Income | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| **Balance, December 31, 2001** | 8,574 | 1,277,672 | $ 86 | $ 12,777 | $ 2,529,563 | $ 5,304,725 | $ (48,433) | $ 7,798,718 |
| Comprehensive income: | | | | | | | | |
| Net income | – | – | – | – | – | 1,765,954 | – | 1,765,954 |
| Foreign currency translation (accumulated amount of $64,817 at December 31, 2002) | – | – | – | – | – | – | 140,757 | 140,757 |
| Net unrealized losses on investment securities available-for-sale, net of tax (accumulated gain of $24,185 at December 31, 2002) | – | – | – | – | – | – | (3,322) | (3,322) |
| Minimum benefit plan liability adjustment, net of tax (accumulated amount of ($4,276) at December 31, 2002) | – | – | – | – | – | – | (4,276) | (4,276) |
| Other comprehensive income | – | – | – | – | – | – | – | 133,159 |
| Comprehensive income | – | – | – | – | – | – | – | 1,899,113 |
| Cash dividends: | | | | | | | | |
| Common— $.27 per share | – | – | – | – | – | (349,339) | – | (349,339) |
| Preferred | – | – | – | – | – | (14,178) | – | (14,178) |
| Exercise of stock options and other awards | – | 25,521 | – | 255 | 138,167 | – | – | 138,422 |
| Stock-based compensation tax benefit | – | – | – | – | 149,914 | – | – | 149,914 |
| Amortization of deferred compensation expense | – | – | – | – | 94,172 | – | – | 94,172 |
| Acquisition and retirement of common stock | – | (25,521) | – | (255) | (615,248) | – | – | (615,503) |
| **Balance, December 31, 2002** | 8,574 | 1,277,672 | 86 | 12,777 | 2,296,568 | 6,707,162 | 84,726 | 9,101,319 |
| Comprehensive income: | | | | | | | | |
| Net income | – | – | – | – | – | 2,338,104 | – | 2,338,104 |
| Foreign currency translation (accumulated amount of $417,617 at December 31, 2003) | – | – | – | – | – | – | 352,800 | 352,800 |
| Net unrealized losses on investment securities available-for-sale, net of tax (accumulated gain of $6,901 at December 31, 2003) | – | – | – | – | – | – | (17,284) | (17,284) |
| Minimum benefit plan liability adjustment, net of tax (accumulated amount of ($15,214) at December 31, 2003) | – | – | – | – | – | – | (10,938) | (10,938) |
| Other comprehensive income | – | – | – | – | – | – | – | 324,578 |
| Comprehensive income | – | – | – | – | – | – | – | 2,662,682 |
| Cash dividends: | | | | | | | | |
| Common— $.36 per share | – | – | – | – | – | (460,028) | – | (460,028) |
| Preferred | – | – | – | – | – | (14,064) | – | (14,064) |
| Exercise of stock options and other awards | – | 29,152 | – | 291 | 275,502 | – | – | 275,793 |
| Stock-based compensation tax benefit | – | – | – | – | 77,915 | – | – | 77,915 |
| Issuance of common stock, net of issuance costs | – | 50,000 | – | 500 | 1,081,686 | – | – | 1,082,186 |
| Amortization of deferred compensation expense | – | – | – | – | 88,061 | – | – | 88,061 |
| Acquisition and retirement of common stock | – | (79,226) | – | (792) | (1,700,032) | – | – | (1,700,824) |
| **Balance, December 31, 2003** | 8,574 | 1,277,598 | 86 | 12,776 | 2,119,700 | 8,571,174 | 409,304 | 11,113,040 |
| Comprehensive income: | | | | | | | | |
| Net income | – | – | – | – | – | 2,677,296 | – | 2,677,296 |
| Foreign currency translation (accumulated amount of $680,636 at December 31, 2004) | – | – | – | – | – | – | 263,019 | 263,019 |
| Net unrealized losses on investment securities available-for-sale, net of tax (accumulated loss of ($13,561) at December 31, 2004) | – | – | – | – | – | – | (20,462) | (20,462) |
| Minimum benefit plan liability adjustment, net of tax (accumulated amount of ($3,699) at December 31, 2004) | – | – | – | – | – | – | 11,515 | 11,515 |
| Other comprehensive income | – | – | – | – | – | – | – | 254,072 |
| Comprehensive income | – | – | – | – | – | – | – | 2,931,368 |
| Cash dividends: | | | | | | | | |
| Common— $.48 per share | – | – | – | – | – | (613,568) | – | (613,568) |
| Preferred | – | – | – | – | – | (14,064) | – | (14,064) |
| Exercise of stock options and other awards | – | 16,805 | – | 168 | 192,105 | – | – | 192,273 |
| Stock-based compensation tax benefit | – | – | – | – | 58,966 | – | – | 58,966 |
| Amortization of deferred compensation expense | – | – | – | – | 87,630 | – | – | 87,630 |
| Acquisition and retirement of common stock | – | (16,731) | – | (167) | (432,226) | – | – | (432,393) |
| **Balance, December 31, 2004** | 8,574 | 1,277,672 | $ 86 | 12,777 | $ 2,026,175 | $ 10,620,838 | $ 663,376 | $ 13,323,252 |

The accompanying notes are an integral part of the consolidated financial statements.

**CONSOLIDATED STATEMENTS OF CASH FLOWS** *(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Operating Activities** | | | |
| Net income | $ 2,677,296 | $ 2,338,104 | $ 1,765,954 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Provision for possible credit losses | 1,146,855 | 1,392,701 | 1,340,157 |
| Depreciation, amortization, and accretion | 952,652 | 861,459 | 779,638 |
| Provision (benefit) for deferred income taxes | 110,548 | (1,980) | (151,707) |
| Decrease (increase) in accrued income receivable | 61,873 | (57,524) | 5,282 |
| (Increase) decrease in accounts receivable from securitization | (599,867) | (698,229) | 602,160 |
| (Decrease) increase in accrued interest payable | (44,258) | 23,700 | 53,861 |
| Decrease in other operating activities | 328,281 | 4,756 | 386,697 |
| Net cash provided by operating activities | 4,633,380 | 3,862,987 | 4,782,042 |
| **Investing Activities** | | | |
| Net decrease (increase) in money market instruments | 625,186 | 622,732 | (2,271,289) |
| Proceeds from maturities of investment securities available-for-sale | 1,606,131 | 1,802,968 | 1,054,876 |
| Proceeds from sale of investment securities available-for-sale | 1,273 | — | 13,126 |
| Purchases of investment securities available-for-sale | (3,307,893) | (2,520,608) | (1,606,729) |
| Proceeds from maturities of investment securities held-to-maturity | 85,309 | 89,741 | 45,752 |
| Purchases of investment securities held-to-maturity | (30,801) | (23,016) | (81,596) |
| Proceeds from securitization of loans | 12,206,950 | 13,598,329 | 15,373,055 |
| Acquisitions of businesses | (355,688) | | |
| Loan portfolio acquisitions | (2,566,540) | (2,232,049) | (4,479,966) |
| Increase in loans due to principal payments to investors in the Corporation's securitization transactions | (10,220,823) | (8,542,510) | (10,195,864) |
| Net loan repayments (originations) | 1,547,705 | (8,427,255) | (6,294,442) |
| Net purchases of premises and equipment | (527,429) | (414,833) | (551,208) |
| Net cash used in investing activities | (936,620) | (6,046,501) | (8,994,285) |
| **Financing Activities** | | | |
| Net (decrease) increase in money market deposit accounts, noninterest-bearing deposits, interest-bearing transaction accounts, and savings accounts | (876,879) | 1,739,818 | 1,214,202 |
| Net increase (decrease) in time deposits | 159,343 | (629,721) | 2,161,613 |
| Net decrease in short-term borrowings, excluding short-term borrowings assumed in acquisitions | (199,887) | (264,713) | (524,606) |
| Proceeds from issuance of long-term debt and bank notes | 506,529 | 3,320,585 | 3,749,413 |
| Maturity of long-term debt and bank notes | (2,158,583) | (1,270,574) | (1,803,816) |
| Proceeds from exercise of stock options and other awards | 192,273 | 275,793 | 138,422 |
| Acquisition and retirement of common stock | (432,543) | (1,700,824) | (615,503) |
| Proceeds from issuance of common stock | — | 1,082,186 | — |
| Dividends paid | (601,734) | (435,800) | (350,740) |
| Net cash (used in) provided by financing activities | (3,411,331) | 2,116,750 | 3,968,985 |
| Effect of exchange rate changes on cash and cash equivalents | 4,255 | 4,814 | 3,112 |
| Increase (Decrease) in Cash and Cash Equivalents | 289,684 | (61,950) | (240,146) |
| Cash and cash equivalents at beginning of year | 660,022 | 721,972 | 962,118 |
| Cash and cash equivalents at end of year | $ 949,706 | $ 660,022 | $ 721,972 |
| **Supplemental Disclosure** | | | |
| Interest expense paid | $ 1,537,322 | $ 1,524,959 | $ 1,589,080 |
| Income taxes paid | $ 1,237,121 | $ 1,002,682 | $ 1,020,878 |

The accompanying notes are an integral part of the consolidated financial statements.

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 1: BUSINESS AND BASIS OF PRESENTATION
MBNA Corporation ("the Corporation"), a bank holding company located in Wilmington, Delaware, is the parent company of MBNA America Bank, N.A. ("the Bank"), a national bank and the Corporation's principal subsidiary. The Corporation's primary business is providing its Customers the ability to have what they need today and pay for it out of future income by lending money through its credit card and other loan products. Through the Bank, the Corporation is the largest independent credit card lender in the world and is the leading issuer of credit cards through endorsed marketing. In addition to its credit card lending, the Corporation also makes other consumer loans, which include installment and revolving unsecured loan products, mortgage loans, aircraft loans, and other specialty lending products to consumers, and commercial loans, which include business card products and other specialty lending products to small businesses. The Corporation also offers insurance and deposit products.

The Corporation makes loans in the United Kingdom ("U.K."), Ireland and Spain through the Bank's wholly owned foreign bank subsidiary, MBNA Europe Bank Limited ("MBNA Europe"), and in Canada through the Bank's wholly owned foreign bank subsidiary, MBNA Canada Bank ("MBNA Canada"). The Corporation makes its commercial loans and a portion of its other consumer loans in the United States ("U.S.") through another wholly owned subsidiary of the Corporation, MBNA America (Delaware), N.A. ("MBNA Delaware"), a national bank.

The accompanying consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") that require management to make estimates and assumptions that affect reported amounts in the financial statements and accompanying notes. These estimates are based on information available as of the date of the consolidated financial statements. Actual results could differ from these estimates.

For purposes of comparability, certain prior period amounts have been reclassified to conform with the 2004 presentation.

## NOTE 2: PRINCIPLES OF CONSOLIDATION
The accompanying consolidated financial statements include, after intercompany elimination, the accounts of all subsidiaries of the Corporation, all of which are wholly owned.

The Corporation securitizes a portion of its loan principal receivables through trusts that qualify as special-purpose entities as defined by Statement of Financial Accounting Standards No. 140, "Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities— a replacement of FASB Statement No. 125" ("Statement No. 140"), issued by the Financial Accounting Standards Board ("FASB"). In December 2003, FASB Interpretation No. 46 (revised December 2003), "Consolidation of Variable Interest Entities, an interpretation of ARB No. 51" ("Interpretation No. 46(R)") was issued. Interpretation No. 46(R) clarified the rules for consolidation by an investor entity for which the investor's ownership interest changes with changes in the entity's net asset value. The Corporation's securitization trusts are specifically exempted from the requirements of Interpretation No. 46(R) since they are

qualified special-purpose entities as defined by Statement No. 140. As a result, the trusts are not subsidiaries of the Corporation and are excluded from the Corporation's consolidated financial statements in accordance with GAAP.

The Corporation also holds Community Development investments in the form of limited partnership interests that qualify under the Community Reinvestment Act. The Corporation holds less than 50% interests in these partnerships and does not control the limited partnerships. The Corporation determined that these partnerships are variable interest entities as defined by Interpretation No. 46(R). Interpretation No. 46(R) requires consolidation of a variable interest entity by the primary beneficiary of that entity. The Corporation determined that it is not the primary beneficiary of the limited partnerships, therefore they are not consolidated and are excluded from the Corporation's consolidated financial statements in accordance with GAAP. The Corporation's investments in these limited partnerships are recorded in other assets in the Corporation's consolidated statements of financial condition.

MBNA Capital A, MBNA Capital B, MBNA Capital C, MBNA Capital D, and MBNA Capital E (collectively the "statutory trusts"), are variable interest entities as defined by Interpretation No. 46(R). The Corporation has determined that it is not the primary beneficiary, and as a result, the statutory trusts are excluded from the Corporation's consolidated financial statements. See Note 19: Long-Term Debt and Bank Notes for further detail on the statutory trusts.

## NOTE 3: SIGNIFICANT ACCOUNTING POLICIES

### INVESTMENT SECURITIES
Investment securities include both those available-for-sale and those held-to-maturity. Investment securities available-for-sale are reported at market value with unrealized gains and losses, net of tax, reported as a component of other comprehensive income included in stockholders' equity. Investment securities held-to-maturity are reported at cost (adjusted for amortization of premiums and accretion of discounts). Realized gains and losses and other-than-temporary impairments related to investment securities are determined using the specific identification method and are reported in other operating income as gains or losses on investment securities. The Corporation does not hold investment securities for trading purposes.

### ASSET SECURITIZATION
Asset securitization involves the sale to a trust of a pool of loan principal receivables and is accomplished through the public and private issuance of asset-backed securities. The Corporation removes loan principal receivables from the Corporation's consolidated statements of financial condition for those asset securitizations that qualify as sales in accordance with Statement No. 140. Earnings on the Corporation's securitized loans, including gains from securitizations, are included in securitization income and other interest income in the Corporation's consolidated statements of income, and amounts due from the trusts and the Corporation's retained interests are included in accounts receivable from securitization in the Corporation's consolidated statements of financial condition.

The trusts are qualified special-purpose entities as defined under Statement No. 140. To meet the criteria to be considered a qualifying special-purpose entity, a trust must be demonstrably distinct from the Corporation and have activities that are significantly limited and entirely specified in the legal documents that established the trust. The Corporation cannot change the activities that the trust can perform. These activities may only be changed by a majority of the beneficial interest holders not including the Corporation. As qualifying special-purpose entities under Statement No. 140, the trusts' assets and liabilities are not consolidated in the Corporation's statements of financial condition. The trusts are administered by an independent trustee.

### LOAN RECEIVABLES
Loan receivables consist of the Corporation's loans held for securitization and the loan portfolio. Loan receivables are reported at their outstanding principal balances, and include the estimated collectible billed interest and fees.

### LOANS HELD FOR SECURITIZATION
Loans held for securitization includes loans that were originated through certain endorsing organizations or financial institutions who have the contractual right to purchase the loans from the Corporation at fair value and the lesser of loan principal receivables eligible for securitization or sale, or loan principal receivables that management intends to securitize or sell within one year. These loans are carried at the lower of aggregate cost or fair value.

### RESERVE FOR POSSIBLE CREDIT LOSSES
The Corporation maintains the reserve for possible credit losses at an amount sufficient to absorb losses inherent in the Corporation's loan principal receivables at the reporting date based on a projection of probable net credit losses. To project probable net credit losses, the Corporation regularly performs a migration analysis of delinquent and current accounts and prepares a bankruptcy filing forecast. A migration analysis is a technique used to estimate the likelihood that a loan receivable may progress through the various delinquency stages and ultimately charge off. The bankruptcy filing forecast is based upon an analysis of historical filings, industry trends, and estimates of future filings. On a quarterly basis, the Corporation reviews and adjusts, as appropriate, these estimates. The Corporation's projection of probable net credit losses considers the impact of economic conditions on the borrowers' ability to repay, past collection experience, the risk characteristics and composition of the portfolio, and other factors. The Corporation then reserves for the projected probable net credit losses based on its projection of these amounts. Certain commercial loans are evaluated for impairment on a loan-by-loan basis, based on size and other factors. When indicated by that loan-by-loan evaluation, specific reserve allocations are made to reflect inherent losses. The Corporation establishes appropriate levels of the reserve for possible credit losses for its loan products, including credit card, other consumer, and commercial loans based on their risk characteristics. A provision is charged against earnings to maintain the reserve for possible credit losses at an appropriate level. The Corporation records acquired reserves for current period loan acquisitions.

The Corporation works with Customers continually at each stage of delinquency. The Corporation's policy is to charge off open-

end delinquent loans by the end of the month in which the account becomes 180 days contractually past due and closed-end delinquent loans by the end of the month in which they become 120 days contractually past due. Delinquent bankrupt accounts are charged off by the end of the second calendar month following receipt of notification of filing from the applicable court, but not later than the applicable 180-day or 120-day timeframes described above. Accounts of deceased Customers are charged off when the loss is determined, but not later than the applicable 180-day or 120-day timeframes. Accounts failing to make a payment within charge-off policy timeframes are written off. Managers may on an exception basis defer charge off of an account for another month, pending continued payment activity or other special circumstances. Senior manager approval is required on all such exceptions to the above charge-off policies.

For certain commercial loans, the Corporation works with Customers continually at each stage of delinquency. Generally, the Corporation's policy is to charge off commercial loans by the end of the month in which the account becomes 180 days contractually past due. Also, loans are charged off when management deems the loan uncollectible, but generally not later than the applicable 180-day timeframe. Bankrupt and deceased loans are charged off when the loss is determined, but generally not later than the applicable 180-day timeframe described above. If the account is "well-secured" and "in the process of collection," the account may be held from charge off for up to 300 days. Accounts failing to make a payment within the charge-off policy timeframe are written off.

The reserve for possible credit losses is a general allowance applicable to the Corporation's loan receivables and does not include an allocation for credit risk related to securitized loans. Net credit losses on securitized loans are absorbed directly by the related trusts under their respective contractual agreements and do not affect the reserve for possible credit losses.

### DELINQUENT LOANS
The entire balance of an account is contractually delinquent if the minimum payment is not received by the specified date on the Customer's billing statement. Interest and fees continue to accrue on the Corporation's delinquent loans. Delinquency is reported on accounts that are 30 or more days past due.

### NONACCRUAL LOANS
Nonaccrual loans are charged off consistent with the Corporation's charge-off policy. For credit card, other consumer, and business card loans, on a case-by-case basis, management determines whether an account should be placed on nonaccrual status. When loans are classified as nonaccrual, interest is no longer billed to the Customer. In future periods, when a payment is received, it is recorded as a reduction of the interest and fee amount that was billed to the Customer prior to placing the account on nonaccrual status. Once the original interest and fee amount or subsequent fees have been paid, payments are recorded as a reduction of principal. On a case-by-case basis, management determines whether an account should be removed from nonaccrual status and resume accruing interest.

80     MBNA annual report 2004

For certain commercial loans, on a case-by-case basis, management determines whether an account should be placed on nonaccrual status. Generally the Corporation places certain commercial loans on nonaccrual status at 90 days delinquent. Accrued interest is reversed to income and all payments subsequently received are recorded as a reduction of principal. On a case-by-case basis, management determines whether an account should be removed from nonaccrual status and resume accruing interest.

The Corporation considers these loans and other factors in determining an appropriate reserve for possible credit losses and the estimate of uncollectible accrued interest and fees.

### LOAN RECEIVABLE FRAUD LOSSES

The Corporation incurs loan receivable fraud losses from the unauthorized use of Customer accounts and counterfeiting. These fraudulent transactions, when identified, are reclassified to other assets from loans and reduced to estimated net recoverable values through a charge to other operating expense. Accounts with fraudulent transactions are charged off by the end of the third month following identification of the fraudulent transaction.

### PREMISES AND EQUIPMENT

Premises and equipment are stated at cost less accumulated depreciation, computed by the straight-line method over the estimated useful lives of the assets.

Buildings are depreciated over a period of 40 years and improvements are depreciated over the shorter of eight years or the remaining useful lives of the buildings that they relate to. Furniture and equipment are depreciated over a range of three years through eight years. Maintenance and repairs are included in other operating expense, while the cost of improvements is capitalized. Land is not depreciated.

Purchased software and capitalized costs related to internally developed software are stated at cost less accumulated amortization, computed using the straight-line method over the estimated useful lives of the assets which range from three years through five years. Costs incurred during the application development stage related to internally developed software are capitalized in accordance with the American Institute of Certified Public Accountants' Statement of Position 98-1, "Accounting for the Cost of Computer Software Developed or Obtained for Internal Use" ("SOP 98-1"). Costs incurred during the preliminary project stage and the post implementation stage are expensed as incurred. Capitalized software is included in premises and equipment in the Corporation's consolidated statements of financial condition.

### INTANGIBLE ASSETS AND GOODWILL

The Corporation's intangible assets are primarily comprised of purchased credit card relationships ("PCCRs"), which are carried at net book value. The Corporation records PCCRs as part of the acquisition of credit card and business card loans and the corresponding Customer relationships. PCCRs are amortized over the period the assets are expected to contribute to the cash flows of the Corporation, which reflect the expected pattern of benefit. PCCRs are amortized using an accelerated method based upon the projected cash flows the Corporation will receive

from the Customer relationships during the estimated useful lives of the PCCRs. The Corporation's PCCRs are amortized over 15 years to appropriately match the amortization period to the PCCRs' estimated useful lives.

The Corporation's PCCRs are subject to impairment tests in accordance with Statement of Financial Accounting Standards No. 144, "Accounting for the Impairment or Disposal of Long-Lived Assets" ("Statement No. 144"). The Corporation reviews the carrying value of its PCCRs for impairment on a quarterly basis, or sooner, whenever events or changes in circumstances indicate that their carrying amount may not be fully recoverable, by comparing their carrying value to the sum of the undiscounted expected future cash flows from the loans and corresponding credit card and business card relationships. In accordance with Statement No. 144, an impairment exists if the sum of the undiscounted expected future cash flows is less than the carrying amount of the asset. An impairment would result in a write-down of the PCCRs to their estimated fair value based on the discounted future cash flows expected from the PCCRs. The Corporation performs a quarterly impairment test on a specific portfolio basis, since it represents the lowest level for which identifiable cash flows are independent of the cash flows of other assets and liabilities.

The Corporation makes certain estimates and assumptions that affect the determination of the expected future cash flows from the loans and corresponding credit card and business card relationships. These estimates and assumptions include levels of account usage and activation, active account attrition, funding costs, credit loss experience, servicing costs, growth in average account balances, interest and fees assessed on loans, and other factors. Significant changes in these estimates and assumptions could result in an impairment of the PCCRs.

Prior to 2003, the Corporation amortized the value of its foreign PCCRs over a period of 10 years. Effective January 1, 2003, the Corporation extended the amortization period for its foreign PCCRs to 15 years to more appropriately match the amortization period with the foreign PCCRs' estimated useful lives. The change in estimate did not have a material impact on the Corporation's financial condition or results of operations for the years ended December 31, 2004 and 2003.

There were no impairment write-downs of PCCRs for the years ended December 31, 2004, 2003, and 2002.

In addition to PCCRs, the Corporation has other purchased relationships, goodwill, and a benefit plan intangible asset.

The Corporation's other purchased relationships relate primarily to the Corporation's broker relationships acquired in the first quarter of 2004 as a result of the Premium Credit Limited acquisition. Other purchased relationships are carried at net book value and are amortized over the period the assets are expected to contribute to the cash flows of the Corporation. The Corporation's other purchased relationships are subject to impairment tests in accordance with Statement No. 144. There were no impairment write-downs of other purchased relationships for the years ended December 31, 2004, 2003, and 2002. The Corporation's other purchased relationships are amortized over a weighted average useful life of 12 years.

CLASSIFICATION OF MAJOR INTANGIBLE ASSETS AND GOODWILL *(dollars in thousands)*

| December 31, | 2004 | | | 2003 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Value | Accumulated Amortization | Net Book Value | Gross Carrying Value | Accumulated Amortization | Net Book Value |
| PCCRs | $5,139,430 | $ 1,999,962 | $3,139,468 | $4,668,263 | $ 1,580,848 | $ 3,087,415 |
| Other purchased relationships | 314,691 | 109,111 | 205,580 | 126,129 | 71,269 | 54,860 |
| Goodwill | 185,220 | – | 185,220 | – | – | – |
| Benefit plan intangible asset | 42,399 | – | 42,399 | 46,093 | – | 46,093 |
| Total intangible assets and goodwill | $5,681,740 | $ 2,109,073 | $3,572,667 | $4,840,485 | $ 1,652,117 | $ 3,188,368 |

Goodwill is recorded as part of the Corporation's acquisitions of businesses where the purchase price exceeds the fair market value of the net tangible and identifiable intangible assets. The Corporation's goodwill is not amortized, but rather is subject to an annual impairment test in accordance with Statement of Financial Accounting Standards No. 142, "Goodwill and Other Intangible Assets." At the end of the fourth quarter of 2004, the Corporation reviewed its goodwill and noted no indicators of impairment.

The Corporation's benefit plan intangible asset is accounted for in accordance with FASB Statement No. 87 "Employers' Accounting for Pensions." See Note 24: Employee Benefits for further information about the Corporation's Employee Benefit Plans.

The Corporation's intangible assets and goodwill had a gross carrying value of $5.7 billion at December 31, 2004 and $4.8 billion at December 31, 2003, and accumulated amortization of $2.1 billion at December 31, 2004 and $1.7 billion at December 31, 2003, respectively. The above table presents the gross carrying value, accumulated amortization, and net book value of each major class of intangible assets and goodwill.

In 2004, the Corporation acquired approximately $4.2 billion of loan receivables. As part of these acquisitions, the Corporation recognized $429.4 million of PCCRs, $177.3 million of other purchased relationships, and $172.0 million of goodwill.

The Corporation's intangible asset amortization expense was $453.8 million, $411.0 million, and $348.7 million for the years ended December 31, 2004, 2003, and 2002, respectively.

The following table presents expected intangible asset amortization expense for the next five years based on intangible assets at December 31, 2004.

EXPECTED INTANGIBLE ASSET AMORTIZATION
*(dollars in thousands)*

| | |
|---|---|
| 2005 | $ 436,519 |
| 2006 | 407,342 |
| 2007 | 368,076 |
| 2008 | 334,831 |
| 2009 | 302,502 |

PREPAID EXPENSES AND DEFERRED CHARGES
The principal components of prepaid expenses and deferred charges include unamortized direct loan origination costs on credit card and business card loans, unamortized debt issuance costs, prepaid employee benefit plan costs, and commissions paid on brokered certificates of deposit. These costs are deferred and amortized over the period the Corporation receives a benefit or the remaining term of the liability. Prepaid expenses and

deferred charges also include royalties advanced to the Corporation's endorsing organizations (see "Royalties to Endorsing Organizations" for further discussion).

COMPREHENSIVE INCOME
The Corporation accounts for comprehensive income in accordance with Statement of Financial Accounting Standards No. 130, "Reporting Comprehensive Income" ("Statement No. 130"), which established standards for the reporting and presentation of comprehensive income in the consolidated financial statements. The Corporation presents comprehensive income in its consolidated statements of changes in stockholders' equity.

INCOME TAXES
The Corporation accounts for income taxes using the liability method. Under the liability method, deferred tax assets and liabilities are determined based on the differences between the financial statement carrying amounts and the tax bases of existing assets and liabilities and are measured at the prevailing enacted tax rates that will be in effect when these differences are settled or realized.

STOCK-BASED EMPLOYEE COMPENSATION
The Corporation has two stock-based employee compensation plans, which are more fully described in Note 25: Stock-Based Employee Compensation. The Corporation measures compensation cost for employee stock options and similar instruments using the intrinsic-value-based method of accounting prescribed by Accounting Principles Board Opinion No. 25, "Accounting for Stock Issued to Employees" ("APB Opinion No. 25"), as interpreted by FASB Interpretation No. 44, "Accounting for Certain Transactions Involving Stock Compensation" ("Interpretation No. 44"). Statement of Financial Accounting Standards No. 123, "Accounting for Stock-Based Compensation," ("Statement No. 123"), as amended, defines a fair-value-based method of accounting for an employee stock option or similar equity instrument. However, it allows an entity to continue to measure compensation cost for those instruments using the intrinsic-value-based method of accounting prescribed by APB Opinion No. 25. As permitted by Statement No. 123, the Corporation elected to retain the intrinsic-value-based method of accounting for employee stock option grants in accordance with APB Opinion No. 25. All options are granted with an exercise price that is not less than the fair market value of the Corporation's Common Stock on the date the option is granted. For grants of restricted shares of common stock, the market value of restricted shares at the date of grant is amortized into salaries and employee benefits expense over a 10 year period that approximates the restriction period, or less if the restricted

*PRO FORMA* NET INCOME AND EARNINGS PER COMMON SHARE *(dollars in thousands, except per share amounts)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Net Income** | | | |
| As reported | $  2,677,296 | $  2,338,104 | $  1,765,954 |
| Add: Stock-based employee compensation expense included in reported net income, net of related tax effects | 56,784 | 56,271 | 59,705 |
| Deduct: Total stock-based employee compensation expense determined under fair value method for all awards, net of related tax effects | (110,894) | (129,446) | (143,718) |
| *Pro forma* | $  2,623,186 | $  2,264,929 | $  1,681,941 |
| **Earnings Per Common Share** | | | |
| As reported | $      2.08 | $      1.82 | $      1.37 |
| *Pro forma* | 2.04 | 1.76 | 1.31 |
| **Earnings Per Common Share— Assuming Dilution** | | | |
| As reported | 2.05 | 1.79 | 1.34 |
| *Pro forma* | 2.01 | 1.74 | 1.28 |

shares had a specific vesting date less than 10 years from the date of grant.

The above table illustrates the effect on net income and earnings per common share as required by Statement of Financial Accounting Standards No. 148, "Accounting for Stock-Based Compensation— Transition and Disclosure, an amendment of FASB Statement No. 123" ("Statement No. 148"), if the Corporation had applied the fair value recognition provisions of Statement No. 123 to options-based employee compensation. In accordance with Statement No. 123, the Corporation uses the Black-Scholes option pricing model to value its employee stock option grants. The Black-Scholes option pricing model is one technique allowed to determine the fair value of employee stock options. The model uses various assumptions that can significantly affect the fair value of the employee stock options. The derived fair value estimates cannot be substantiated by comparison to independent markets.

For *pro forma* purposes, the Corporation amortizes the fair value of graded-vesting options on a straight-line basis.

## WEIGHTED AVERAGE ASSUMPTIONS USED IN THE BLACK-SCHOLES OPTION PRICING MODEL

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| Dividend yield | 1.37% | 1.11% | 1.10% |
| Expected volatility | 32.48 | 35.98 | 34.21 |
| Risk-free interest rate | 3.51 | 3.20 | 4.50 |
| Weighted average expected life | 5.0 years | 5.4 years | 5.4 years |

During 2004, the Corporation granted 50,000 options to directors. No other option grants were made during 2004.

In December 2004, Statement No. 123 was revised. See Note 4: New Accounting Pronouncements for more information.

## FOREIGN CURRENCY TRANSLATION

The financial statements of the Corporation's foreign subsidiaries have been translated into U.S. dollars in accordance with GAAP. Assets and liabilities have been translated using the exchange rate at year-end. Income and expense amounts have been translated using the exchange rate for the period in which the transaction took place. The translation gains and losses resulting from the change in exchange rates have been reported as a component of accumulated other comprehensive income included in stockholders' equity.

## DERIVATIVE FINANCIAL INSTRUMENTS AND HEDGING ACTIVITIES

The Corporation utilizes certain derivative financial instruments to enhance its ability to manage interest rate risk and foreign currency exchange rate risk that exist as part of its ongoing business operations. Derivative financial instruments are entered into for periods that match the related underlying exposures and do not constitute positions independent of these exposures. The Corporation does not enter into derivative financial instruments for trading purposes, nor is it a party to any leveraged derivative financial instruments. The Corporation can designate derivative financial instruments as either fair value hedges, cash flow hedges, or hedges of net investments. The Corporation can also enter into derivative financial instruments that are not designated as accounting hedges.

For fair value hedges, the Corporation accounts for changes in the fair value of the derivative and the change in the fair value of the hedged item for the hedged risk as a component of other operating income on the Corporation's consolidated statements of income. The Corporation does not have cash flow hedges or hedges of net investments. For derivative financial instruments that are not designated as accounting hedges, the change in fair value is reported in other operating income in the Corporation's consolidated statements of income. The fair value of derivative assets and liabilities are included gross as a component of other assets or accrued expenses and other liabilities, respectively, in the Corporation's consolidated statements of financial condition. For fair value hedges, the change in the fair value of the hedged item related to the hedged risk is included as part of the carrying value of the related asset or liability in the Corporation's consolidated statements of financial condition.

Net interest income or net interest expense related to outstanding interest rate swap agreements is accrued and recognized in earnings as an adjustment to the related interest income or interest expense of the hedged asset/ liability over the term of the hedging relationship. In the event that an interest rate swap that is designated as a fair value hedge is terminated prior to its contractual maturity, the remaining unamortized gain or loss included in the carrying amount of the hedged item will be amortized over the remaining life of the hedged item as an adjustment to the yield on the asset/ liability.

## REVENUE RECOGNITION

Interest income is recognized based upon the amount of loans outstanding and their contractual annual percentage rates. Interest income is included in loan receivables when billed to the Customer. The Corporation accrues unbilled interest income on a monthly basis from the Customer's statement billing cycle date to the end of the month. The Corporation uses certain estimates and assumptions (for example, estimated yield) in the determination of the accrued unbilled portion of interest income that is included in accrued income receivable. The Corporation also uses certain assumptions and estimates in the valuation of the accrued interest on securitized loans which is included in accounts receivable from securitization.

The Corporation also recognizes fees (except annual fees) on loan receivables in earnings as the fees are assessed according to agreements with the Corporation's Customers. Credit card, other consumer, and commercial loan fees include annual, late, overlimit, returned check, cash advance, express payment, and other miscellaneous fees. These fees are included in the Corporation's loan receivables when billed. Annual fees on credit card and business card loans and their incremental direct loan origination costs are deferred and amortized on a straight-line basis over the one-year period to which they pertain. Overlimit fees are accrued for and included in earnings upon the Customer exceeding their credit limit and are billed to the Customer and included in loan receivables at the end of their billing cycle.

The Corporation does not charge an annual fee during the first year the account is originated. The deferred annual fees are included in accrued expenses and other liabilities in the Corporation's consolidated statements of financial condition. Incremental direct loan origination costs related to credit card and business card loans are deferred only in the first year and are included in prepaid expenses and deferred charges. Also, incremental direct loan origination costs and premiums paid on acquisitions related to non-revolving loan products are capitalized and included in their respective loan balance and recognized through interest income over the life of the loan. At December 31, 2004 and 2003, the costs deferred related to these items were $147.5 million and $117.7 million, respectively.

The Corporation adjusts the amount of interest and fee income on loan receivables recognized in the current period for its estimate of interest and fee income that it does not expect to collect in subsequent periods through adjustments to the respective income statement captions, loan receivables, and accrued income receivable. The estimate of uncollectible interest and fees is based on a migration analysis of delinquent and current loan receivables that may progress through the various delinquency stages and ultimately charge off, as well as a bankruptcy filing forecast. The bankruptcy filing forecast is based upon an analysis of historical filings, industry trends, and estimates of future filings. The Corporation also adjusts the estimated value of accrued interest and fees on securitized loans for the amount of uncollectible interest and fees that are not expected to be collected through an adjustment to accounts receivable from securitization and securitization income. This estimate is also based on a migration analysis of delinquent and current securitized loans that may progress through the various

delinquency stages and ultimately charge off, as well as a bankruptcy filing forecast.

Prior to September 2002, the Corporation accrued interest and fees on loan receivables until the loan receivables were paid or charged off. When loan receivables were charged off, the Corporation deducted the accrued interest and fees related to the loan receivables against current period income. In September 2002, the Corporation implemented the Federal Financial Institutions Examination Council ("FFIEC") guidance for uncollectible accrued interest and fees for its managed loan portfolio. As a result, the Corporation changed its estimate of the value of accrued interest and fees in September 2002.

In accordance with Accounting Principles Board Opinion No. 20, "Accounting Changes" ("Opinion No. 20"), the change in the estimated value of accrued interest and fees was recorded as a change in accounting estimate in the third quarter of 2002. The change in the estimated value of accrued interest and fees resulted in a decrease to income before income taxes of $263.7 million ($167.2 million after taxes), through a reduction of $66.3 million of interest income and $197.4 million of other operating income. The Corporation's earnings per common share and earnings per common share— assuming dilution for the year ended December 31, 2002 would have been $1.50 and $1.47, respectively, excluding the change. The difference between the amounts of interest and fees the Corporation was contractually entitled to and the amounts recognized as revenue was $1.0 billion, $1.2 billion, and $1.4 billion for the years ended December 31, 2004, 2003, and 2002, respectively.

## INTERCHANGE

Interchange income is a fee paid by a merchant bank to the card-issuing bank through the interchange network as compensation for risk, grace period, and other operating costs. Such fees are set annually by MasterCard International Incorporated, Visa U.S.A. Incorporated, and the American Express Company and are based on cardholder sales volumes. The Corporation recognizes interchange income as earned.

The Corporation offers to its Customers certain reward programs based on charge volumes. The costs of these reward programs related to loan receivables are deducted from interchange income. The costs of the reward programs related to securitized loans are deducted from securitization income.

## INSURANCE

The Corporation's insurance income primarily relates to fees received for marketing credit related life and disability insurance and credit protection products to its Customers. The amount of insurance income recorded is based on the terms of insurance policies and credit protection products. The Corporation recognizes insurance income over the policy or contract period as earned.

## ROYALTIES TO ENDORSING ORGANIZATIONS

The Corporation has agreements with thousands of organizations that endorse its loan and deposit products. The organizations grant to the Corporation exclusive rights to market its products to the organizations' members or customers and provide their endorsements and mailing lists. Some organizations, such as financial institutions, also conduct marketing activities for the

Corporation. The Corporation's endorsing agreements normally have a term of five years. The economic incentives the Corporation pays to the endorsing organizations typically include payments based on new accounts, activation, and revenue sharing.

The Corporation accounts for payments to endorsing organizations for marketing efforts they perform on its behalf to activate a new account as other expenses as incurred. The Corporation accounts for new accounts and revenue sharing payments as it earns the related revenues. The Corporation deducts these payments related to loan receivables from interest income and payments related to securitized loans from securitization income since it considers them a reduction of the revenue recognized.

The Corporation, in some cases, advances future compensation to be earned by an endorsing organization. The Corporation recognizes advances to an endorsing organization as the organization earns the royalties or over the term of the agreement using the straight-line method, whichever results in a greater expense recognition.

**STATEMENTS OF CASH FLOWS**
The Corporation has presented the consolidated statements of cash flows using the indirect method, which involves the reconciliation of net income to net cash flow from operating activities. In addition, the Corporation nets certain cash receipts and cash payments related to deposits placed with and withdrawn from other financial institutions; these deposits accepted and repayments of those deposits; and loans made to Customers and principal collections of those loans. For purposes of the consolidated statements of cash flows, cash and cash equivalents include cash and due from banks.

**NOTE 4: NEW ACCOUNTING PRONOUNCEMENTS**
In December 2003, the Accounting Standards Executive Committee of the American Institute of Certified Public Accountants issued Statement of Position 03-3, "Accounting for Certain Loans or Debt Securities Acquired in a Transfer" ("SOP 03-3"). This statement is effective for loans acquired in fiscal years beginning after December 15, 2004.

SOP 03-3 addresses the accounting for differences between the contractual cash flows on a loan and the cash flows expected to be collected on a loan from a company's initial investment in loans acquired in a transfer or acquisition if those differences are attributable, at least in part, to credit quality. It includes loans acquired in portfolio acquisitions and purchase business combinations, but does not apply to any loan that was originated by the company. SOP 03-3 limits the yield that may be accreted on these types of loans to the excess of the company's estimate of undiscounted expected principal, interest, and other cash flows over the company's initial investment in the loan, and requires that the excess of contractual cash flows over cash flows expected to be collected not be recognized as an adjustment of yield, loss accrual, or the reserve for possible credit losses. SOP 03-3 also prohibits the "carrying over" or creation of a reserve for possible credit losses in the initial accounting of all acquired loans that are within its scope.

Implementation of this statement is not expected to have a material impact on the Corporation's consolidated financial statements.

Enacted in October 2004, the American Jobs Creation Act of 2004 (the "Act") includes a temporary incentive for U.S. multinational corporations to repatriate foreign earnings, a domestic manufacturing deduction, and international tax reforms designed to improve the global competitiveness of U.S. businesses. The Corporation evaluated the potential for repatriation of the earnings of its foreign subsidiaries under the provisions of the Act. All earnings of the Corporation's foreign subsidiaries will continue to be reinvested to meet future business goals of the foreign subsidiaries and to comply with foreign regulatory capital requirements.

In December 2004, Statement of Financial Accounting Standards No. 123 (revised 2004), "Share-Based Payment" ("Statement No. 123(R)") was issued. Statement No. 123(R) is a revision of FASB Statement No. 123, "Accounting for Stock-Based Compensation." This statement supersedes APB Opinion No. 25, "Accounting for Stock Issued to Employees", and its related implementation guidance. The effective date for Statement No. 123(R) is the first interim or annual reporting period beginning after June 15, 2005.

Statement 123(R) requires public companies to measure the cost of employee services received in exchange for an award of equity instruments based on the grant-date fair value of the award (with limited exceptions). That cost will be recognized over the period during which an employee is required to provide service in exchange for the award (usually the vesting period). No compensation cost is recognized for equity instruments for which employees do not render the requisite service and which, as a result, do not vest. Entities are required to estimate the number of instruments that are expected to vest. As under previous accounting rules, excess tax benefits created as a result of deductions for share-based compensation are recorded as additional paid-in capital. However, this statement requires that cash retained as a result of such tax benefits be presented in the statement of cash flows as financing cash inflows rather than as a reduction of taxes paid.

As of the required effective date, a company that had a policy of recognizing the effect of forfeitures only as they occurred must estimate the number of outstanding instruments for which the requisite service is not expected to be rendered. Balance sheet amounts related to any compensation cost (excluding nonrefundable dividend payments), net of related tax effects, for those instruments previously recognized in income because of that policy for periods before the effective date of Statement No. 123(R) shall be eliminated and recognized in income as the cumulative effect of a change in accounting principle as of the required effective date.

In accordance with Statement No. 123(R), the Corporation will begin to measure the cost of employee services received in exchange for an award of equity instruments based on the grant-date fair value of the award in the third quarter of 2005. The financial statement impact for the second half of 2005 is expected to reduce earnings per common share and earnings per common share— assuming dilution a combined $.01 to $.02 per share.

## NOTE 5: ACQUISITIONS

### PREMIUM CREDIT LIMITED

On January 27, 2004, MBNA Europe acquired 100% of the voting stock of Vendcrown Limited ("Vendcrown"). Vendcrown, through its principal subsidiary Premium Credit Limited ("PCL"), originates and funds loans to consumers and commercial businesses. The acquisition included $1.6 billion of commercial and consumer loan receivables. The acquisition was accounted for by allocating the purchase price to the assets acquired and liabilities assumed based on their fair values. As a result of the acquisition, the Corporation recorded goodwill of $139.2 million and other intangible assets of $161.8 million. The Corporation also recorded acquired reserves for possible credit losses of $22.0 million in connection with this acquisition. The Corporation's full-time equivalent employees increased by approximately 300 as a result of the transaction. The results of operations of PCL have been included in the Corporation's consolidated financial statements since the acquisition date. The acquisition of PCL was not significant to the Corporation's results of operations for the year ended December 31, 2004.

PCL is a specialty finance company that provides lending in several different product lines which are new for MBNA Europe. Its principal products are loans for insurance premiums. Other products include loans for sports and leisure membership fees, professional fees, and private school fees. The acquisition of PCL reflects the continuing efforts of the Corporation to diversify into other lending products.

### SKY FINANCIAL SOLUTIONS, INC.

On March 31, 2004, the Corporation acquired 100% of the voting stock of Sky Financial Solutions, Inc. ("SFS"). The acquisition included $893.0 million of commercial loan receivables. As a result of the acquisition, the Corporation recorded goodwill of $32.8 million and other intangible assets of $15.5 million. The Corporation also recorded acquired reserves for possible credit losses of $21.4 million in connection with the acquisition. The Corporation's full-time equivalent employees increased by approximately 100 as a result of the transaction. The results of operations of SFS have been included in the Corporation's consolidated financial statements since the acquisition date. The acquisition of SFS was not significant to the Corporation's results of operations for the year ended December 31, 2004.

SFS is a commercial finance company that provides loans to meet the financing needs of medical professionals; these loans are typically used for practice start-up, working capital, practice acquisition, and equipment financing, which are new for the Corporation. SFS primarily sources its loan originations through referrals from equipment and supply vendors, practice brokers, state professional associations and Customers. The acquisition of SFS reflects the continuing efforts of the Corporation to diversify into other lending products.

## NOTE 6: CASH AND CASH EQUIVALENTS

Cash and cash equivalents include cash and due from banks. The Bank is required by the Federal Reserve Bank to maintain cash reserves against certain categories of average deposit liabilities. During 2004 and 2003, the average amount of these reserves was approximately $656,000 and $1.9 million, respectively, after deducting currency and coin holdings.

## NOTE 7: INTEREST-EARNING TIME DEPOSITS IN OTHER BANKS

Included in the Corporation's interest-earning time deposits were $28.3 million and $30.6 million at December 31, 2004 and 2003, respectively, which were collateralizing advances provided by an underwriter of MBNA Europe's securitization transactions. Also at December 31, 2004 and 2003, there were $196.1 million and $28.5 million, respectively, of interest-earning time deposits which were collateralizing MBNA Europe's derivative financial instruments. See Note 32: Fair Value of Financial Instruments for further information on these derivative financial instruments. Lastly, at December 31, 2004, there were $39.7 million of interest-earning time deposits which were providing credit enhancement for MBNA Delaware's asset-backed notes. See Note 19: Long-Term Debt and Bank Notes for further information on these asset-backed notes.

## NOTE 8: INVESTMENT SECURITIES

For the year ended December 31, 2004, the Corporation sold investment securities available-for-sale resulting in a realized gain of $1.3 million ($821,000 after taxes). For the year ended December 31, 2003, the Corporation wrote-off investment securities held-to-maturity resulting in a realized loss of $131,000 ($84,000 after taxes). For the year ended December 31, 2002, the Corporation sold investment securities available-for-sale resulting in a realized loss of $95,000 ($62,000 after taxes). Included in asset-backed and other securities is the Bank's investment in securities of U.S. government sponsored entities. The Corporation had investment securities with a book value of $1.4 billion and $1.3 billion at December 31, 2004 and 2003, respectively, substantially all of which are held in the Bank's account with the Federal Reserve Bank of Philadelphia and are available for use as collateral.

The Corporation reviews its investment portfolio for impairment on a quarterly basis. At December 31, 2004, the amortized cost of approximately 150 securities in the Corporation's investment portfolio exceeded their fair value. The fair value of these securities represent approximately 65% of the fair value of the investment portfolio. The unrealized losses in the following table related to these securities are temporary in nature as the Corporation typically holds its securities until maturity. The Corporation typically invests in AAA-rated securities, most of which can be used as collateral under repurchase agreements.

## UNREALIZED LOSSES ON INVESTMENT SECURITIES *(dollars in thousands)*

| | Less than 12 months | | 12 months or more | | Total | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| **December 31, 2004** | | | | | | |
| Investment securities available-for-sale: | | | | | | |
| Domestic: | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ 2,656,680 | $ (17,937) | $ – | $ – | $ 2,656,680 | $ (17,937) |
| State and political subdivisions of the United States | – | – | – | – | – | – |
| Asset-backed and other securities | 1,121,933 | (7,548) | 15,242 | (13) | 1,137,175 | (7,561) |
| Total domestic investment securities available-for-sale | 3,778,613 | (25,485) | 15,242 | (13) | 3,793,855 | (25,498) |
| Foreign | 62,500 | (3) | 186,175 | (331) | 248,675 | (334) |
| Total investment securities available-for-sale | $ 3,841,113 | $ (25,488) | $ 201,417 | $ (344) | $ 4,042,530 | $ (25,832) |
| Investment securities held-to-maturity: | | | | | | |
| Domestic: | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ 20,323 | $ (829) | $ 70,685 | $ (1,846) | $ 91,008 | $ (2,675) |
| State and political subdivisions of the United States | – | – | – | – | – | – |
| Asset-backed and other securities | 10,514 | (388) | 3,974 | (135) | 14,488 | (523) |
| Total domestic investment securities held-to-maturity | 30,837 | (1,217) | 74,659 | (1,981) | 105,496 | (3,198) |
| Foreign | – | – | – | – | – | – |
| Total investment securities held-to-maturity | $ 30,837 | $ (1,217) | $ 74,659 | $ (1,981) | $ 105,496 | $ (3,198) |
| **December 31, 2003** | | | | | | |
| Investment securities available-for-sale: | | | | | | |
| Domestic: | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ 199,633 | $ (266) | $ – | $ – | $ 199,633 | $ (266) |
| State and political subdivisions of the United States | – | – | – | – | – | – |
| Asset-backed and other securities | 113,669 | (44) | 112,152 | (112) | 225,821 | (156) |
| Total domestic investment securities available-for-sale | 313,302 | (310) | 112,152 | (112) | 425,454 | (422) |
| Foreign | 427,753 | (287) | – | – | 427,753 | (287) |
| Total investment securities available-for-sale | $ 741,055 | $ (597) | $ 112,152 | $ (112) | $ 853,207 | $ (709) |
| Investment securities held-to-maturity: | | | | | | |
| Domestic: | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ 202,031 | $ (3,773) | $ – | $ – | $ 202,031 | $ (3,773) |
| State and political subdivisions of the United States | – | – | – | – | – | – |
| Asset-backed and other securities | 8,079 | (211) | – | – | 8,079 | (211) |
| Total domestic investment securities held-to-maturity | 210,110 | (3,984) | – | – | 210,110 | (3,984) |
| Foreign | – | – | – | – | – | – |
| Total investment securities held-to-maturity | $ 210,110 | $ (3,984) | $ – | $ – | $ 210,110 | $ (3,984) |

**ESTIMATED MATURITIES OF INVESTMENT SECURITIES** *(dollars in thousands)*

| December 31, 2004 | | Amortized Cost | Market Value |
|---|---|---|---|
| **Investment Securities Available-for-Sale** | | | |
| Domestic: | | | |
| Due within one year | $ | 1,900,409 $ | 1,893,062 |
| Due after one year through five years | | 3,497,297 | 3,483,540 |
| Due after five years through ten years | | 80,406 | 80,250 |
| Due after ten years | | 16 | 16 |
| Total domestic investment securities available-for-sale | | 5,478,128 | 5,456,868 |
| Foreign: | | | |
| Due within one year | | 489,041 | 489,130 |
| Due after one year through five years | | 116,083 | 116,522 |
| Total foreign investment securities available-for-sale | | 605,124 | 605,652 |
| Total investment securities available-for-sale | $ | 6,083,252 $ | 6,062,520 |
| **Investment Securities Held-to-Maturity** | | | |
| Domestic: | | | |
| Due within one year | $ | – $ | – |
| Due after one year through five years | | – | – |
| Due after five years through ten years | | 649 | 649 |
| Due after ten years | | 297,425 | 298,423 |
| Total domestic investment securities held-to-maturity | | 298,074 | 299,072 |
| Foreign: | | | |
| Due within one year | | – | – |
| Due after one year through five years | | 1,000 | 1,000 |
| Total foreign investment securities held-to-maturity | | 1,000 | 1,000 |
| Total investment securities held-to-maturity | $ | 299,074 $ | 300,072 |

**SUMMARY OF INVESTMENT SECURITIES** *(dollars in thousands)*

| | Amortized Cost | | Gross Unrealized Gains | | Gross Unrealized Losses | | Market Value |
|---|---|---|---|---|---|---|---|
| **December 31, 2004** | | | | | | | |
| Investment securities available-for-sale: | | | | | | | |
| Domestic: | | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ | 2,995,431 | $ | 1,565 | $ | (17,937) | $ 2,979,059 |
| State and political subdivisions of the United States | | 105,615 | | – | | – | 105,615 |
| Asset-backed and other securities | | 2,377,082 | | 2,673 | | (7,561) | 2,372,194 |
| Total domestic investment securities available-for-sale | | 5,478,128 | | 4,238 | | (25,498) | 5,456,868 |
| Foreign | | 605,124 | | 862 | | (334) | 605,652 |
| Total investment securities available-for-sale | $ | 6,083,252 | $ | 5,100 | $ | (25,832) | $ 6,062,520 |
| Investment securities held-to-maturity: | | | | | | | |
| Domestic: | | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ | 275,755 | $ | 3,996 | $ | (2,675) | $ 277,076 |
| State and political subdivisions of the United States | | 6,655 | | 165 | | – | 6,820 |
| Asset-backed and other securities | | 15,664 | | 35 | | (523) | 15,176 |
| Total domestic investment securities held-to-maturity | | 298,074 | | 4,196 | | (3,198) | 299,072 |
| Foreign | | 1,000 | | – | | – | 1,000 |
| Total investment securities held-to-maturity | $ | 299,074 | $ | 4,196 | $ | (3,198) | $ 300,072 |
| **December 31, 2003** | | | | | | | |
| Investment securities available-for-sale: | | | | | | | |
| Domestic: | | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ | 2,024,520 | $ | 7,362 | $ | (266) | $ 2,031,616 |
| State and political subdivisions of the United States | | 102,685 | | | | | 102,685 |
| Asset-backed and other securities | | 1,796,824 | | 4,365 | | (156) | 1,801,033 |
| Total domestic investment securities available-for-sale | | 3,924,029 | | 11,727 | | (422) | 3,935,334 |
| Foreign | | 428,040 | | – | | (287) | 427,753 |
| Total investment securities available-for-sale | $ | 4,352,069 | $ | 11,727 | $ | (709) | $ 4,363,087 |
| Investment securities held-to-maturity: | | | | | | | |
| Domestic: | | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ | 335,445 | $ | 4,910 | $ | (3,773) | $ 336,582 |
| State and political subdivisions of the United States | | 7,615 | | 171 | | – | 7,786 |
| Asset-backed and other securities | | 9,239 | | 38 | | (211) | 9,066 |
| Total domestic investment securities held-to-maturity | | 352,299 | | 5,119 | | (3,984) | 353,434 |
| Foreign | | 1,000 | | – | | | 1,000 |
| Total investment securities held-to-maturity | $ | 353,299 | $ | 5,119 | $ | (3,984) | $ 354,434 |
| **December 31, 2002** | | | | | | | |
| Investment securities available-for-sale: | | | | | | | |
| Domestic: | | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ | 1,908,384 | $ | 26,850 | $ | – | $ 1,935,234 |
| State and political subdivisions of the United States | | 101,370 | | – | | – | 101,370 |
| Asset-backed and other securities | | 1,391,465 | | 10,607 | | (544) | 1,401,528 |
| Total domestic investment securities available-for-sale | | 3,401,219 | | 37,457 | | (544) | 3,438,132 |
| Foreign | | 216,286 | | 1,390 | | | 217,676 |
| Total investment securities available-for-sale | $ | 3,617,505 | $ | 38,847 | $ | (544) | $ 3,655,808 |
| Investment securities held-to-maturity: | | | | | | | |
| Domestic: | | | | | | | |
| U.S. Treasury and other U.S. government agencies obligations | $ | 400,724 | $ | 9,061 | $ | (504) | $ 409,281 |
| State and political subdivisions of the United States | | 7,289 | | 189 | | – | 7,478 |
| Asset-backed and other securities | | 9,747 | | 78 | | (125) | 9,700 |
| Total domestic investment securities held-to-maturity | | 417,760 | | 9,328 | | (629) | 426,459 |
| Foreign | | 2,000 | | 13 | | | 2,013 |
| Total investment securities held-to-maturity | $ | 419,760 | $ | 9,341 | $ | (629) | $ 428,472 |

## NOTE 9: OFF-BALANCE SHEET ASSET SECURITIZATION

Off-balance sheet asset securitization removes loan principal receivables from the Corporation's consolidated statements of financial condition and converts interest income, interchange income, loan fees, insurance income, recoveries on charged-off securitized loans in excess of interest paid to investors, gross credit losses, and other trust expenses into securitization income. Off-balance sheet asset securitization involves the sale to a trust of a pool of loan principal receivables, and is accomplished through the public and private issuance of asset-backed securities. Certificates representing undivided interests in the trusts are sold by the trusts to investors, while the remaining undivided interest is retained by the Corporation. The Corporation included the remaining

undivided interest of $16.8 billion and $19.5 billion at December 31, 2004 and 2003, respectively, in loan receivables. Loan receivables consist of the Corporation's loans held for securitization and the loan portfolio. The carrying value of these loan principal receivables approximates fair value. The senior classes of the asset-backed securities generally receive a AAA credit rating at the time of issuance. This AAA credit rating is principally based on the quality of the loan principal receivables, the structure of the transaction, and additional credit enhancement, generally provided through the sale of lower-rated subordinated classes of asset-backed securities.

The following table shows the components of accounts receivable from securitization.

## ACCOUNTS RECEIVABLE FROM SECURITIZATION
*(dollars in thousands)*

| December 31, | 2004 | 2003 |
|---|---|---|
| Sale of new loan principal receivables (a) | $ 2,767,607 | $ 2,191,335 |
| Accrued interest and fees on securitized loans | 1,945,331 | 1,958,873 |
| Interest-only strip receivable | 1,292,765 | 1,338,061 |
| Accrued servicing fees | 900,012 | 777,623 |
| Cash reserve accounts | 720,702 | 607,467 |
| Other subordinated retained interests | 593,037 | 608,550 |
| Other | 224,395 | 284,568 |
| Total accounts receivable from securitization | $ 8,443,849 | $ 7,766,477 |

(a) Balance comprised of allocated principal collections and accumulated investor interest.

During 2004 and 2003, the Corporation sold loan principal receivables in numerous securitization transactions. At December 31, 2004 and 2003, the trusts had approximately $86.4 billion and $83.4 billion, respectively, of investor principal outstanding. The Corporation retains servicing responsibilities for the loans in the trusts and maintains $4.6 billion and $4.5 billion of other retained subordinated interests in the securitized assets at December 31, 2004 and 2003, respectively. These retained subordinated interests include an interest-only strip receivable, cash reserve accounts, accrued interest and fees on securitized loans, and other subordinated interests and are included in accounts receivable from securitization in the consolidated statements of financial condition. If cash flows allocated to investors in the trusts are insufficient to absorb expenses of the trust, then the retained interests of the Corporation would be used to absorb such deficiencies and may not be realized by the Corporation. The investors and providers of credit enhancement have no other recourse to the Corporation. The Corporation has

90    MBNA annual report 2004

no obligation to provide further funding support to either the investors or the trusts if the securitized loans are not paid when due. The Corporation does not receive collateral from any party of the securitization transactions and does not have any risk of counterparty nonperformance. The Corporation's retained interests are subordinate to the investors' interests. The value of the retained interests is subject to credit, payment, and interest rate risks on the transferred financial assets. The retained interests are reported at estimated fair value in accounts receivable from securitization with changes in fair value recorded in earnings. The Corporation receives annual contractual servicing fees of approximately 2% of the investor principal outstanding and rights to current and future revenue generated from securitized loans arising after the investors in the trusts receive the return for which they have contracted and credit losses are absorbed. The Corporation does not record a servicing asset or a liability for these rights since the contractual servicing fee approximates its market value.

Accounts receivable from securitization also includes a receivable for the sale of new loan principal receivables that have been transferred to the trusts during the revolving period. The Corporation realizes the receivable for these sales from the trusts in the month following the sale. The Corporation also recognizes a receivable for accrued interest and fees on securitized loans that relate to the rights transferred by the Corporation to the trusts for the cash collection of interest and fees accrued on loan receivables prior to the securitization transaction. As securitized loans are paid off and new loan principal receivables are transferred to the investor interest in the trusts during the revolving period, this receivable is collected and re-established on a monthly basis at an amount that approximates its fair value due to its short-term nature. The Corporation regains the right to keep the collection of the accrued interest and fees from the Customer during the accumulation period of the securitization transaction.

**SUPPLEMENTAL CREDIT LOSS INFORMATION** *(dollars in thousands)*

| | Average Balance | Credit Losses | Recoveries | Net Credit Losses |
|---|---|---|---|---|
| **Year Ended December 31, 2004** | | | | |
| Managed loans: | | | | |
|   Credit card | $ 99,541,923 | $ 4,926,583 | $ (401,276) | $ 4,525,307 |
|   Other consumer | 14,290,550 | 1,033,565 | (76,611) | 956,954 |
|   Commercial | 4,263,565 | 124,023 | (6,084) | 117,939 |
|     Total managed loans | 118,096,038 | 6,084,171 | (483,971) | 5,600,200 |
| Securitized loans: | | | | |
|   Credit card | (80,362,285) | (4,105,003) | 324,504 | (3,780,499) |
|   Other consumer | (5,670,127) | (476,132) | 32,611 | (443,521) |
|   Commercial | (1,007,839) | (53,488) | 1,484 | (52,004) |
|     Total securitized loans | (87,040,251) | (4,634,623) | 358,599 | (4,276,024) |
| Loan receivables | $ 31,055,787 | $ 1,449,548 | $ (125,372) | $ 1,324,176 |
| **Year Ended December 31, 2003** | | | | |
| Managed loans (a): | | | | |
|   Credit card | $ 94,219,609 | $ 4,979,817 | $ (357,597) | $ 4,622,220 |
|   Other consumer | 13,884,977 | 1,122,013 | (72,537) | 1,049,476 |
|   Commercial | 1,770,388 | 70,952 | (3,483) | 67,469 |
|     Total managed loans | 109,874,974 | 6,172,782 | (433,617) | 5,739,165 |
| Securitized loans (a): | | | | |
|   Credit card | (75,289,395) | (4,120,971) | 285,841 | (3,835,130) |
|   Other consumer | (5,682,404) | (535,254) | 30,699 | (504,555) |
|   Commercial | (719,357) | (36,771) | 987 | (35,784) |
|     Total securitized loans | (81,691,156) | (4,692,996) | 317,527 | (4,375,469) |
| Loan receivables | $ 28,183,818 | $ 1,479,786 | $ (116,090) | $ 1,363,696 |
| **Year Ended December 31, 2002** | | | | |
| Managed loans (a): | | | | |
|   Credit card | $ 85,109,283 | $ 4,286,281 | $ (279,554) | $ 4,006,727 |
|   Other consumer | 13,513,664 | 993,551 | (53,238) | 940,313 |
|   Commercial | 1,410,984 | 46,547 | (1,992) | 44,555 |
|     Total managed loans | 100,033,931 | 5,326,379 | (334,784) | 4,991,595 |
| Securitized loans (a): | | | | |
|   Credit card | (68,956,888) | (3,586,891) | 228,416 | (3,358,475) |
|   Other consumer | (5,703,851) | (497,087) | 22,965 | (474,122) |
|   Commercial | (57,992) | (2,833) | 47 | (2,786) |
|     Total securitized loans | (74,718,731) | (4,086,811) | 251,428 | (3,835,383) |
| Loan receivables | $ 25,315,200 | $ 1,239,568 | $ (83,356) | $ 1,156,212 |

(a) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

The gain from the sale of loan principal receivables for new securitization transactions that the Corporation recognizes as sales in accordance with Statement No. 140 is included in securitization income in the Corporation's consolidated statements of income. The gain was $90.9 million (net of securitization transaction costs of $48.0 million) for 2004 (on the sale of $12.2 billion of credit card loan principal receivables in 2004), as compared to $124.5 million (net of securitization transaction costs of $51.1 million) for 2003 (on the sale of $13.6 billion of credit card and commercial loan principal receivables in 2003), and a gain of $154.6 million (net of securitization transaction costs of $41.7 million) in 2002 (on the sale of $15.5 billion of credit card and commercial loan principal

receivables in 2002). During the third quarter of 2003, the Corporation began including projected express payment and returned check fees in the determination of the fair value of the interest-only strip receivable. The inclusion of projected express payment and returned check fees increased the interest-only strip receivable and securitization income by approximately $31.9 million for 2003. The Corporation began including express payment fees in the determination of the fair value of the interest-only strip receivable because Customers are increasingly choosing to utilize express payment services to ensure that their payments are received on time and that they do not incur a late fee.

**SUPPLEMENTAL LOAN DELINQUENCY INFORMATION (a)** *(dollars in thousands)*

| December 31, | 2004 Loans Outstanding | 2004 Loans Delinquent | 2003 Loans Outstanding | 2003 Loans Delinquent |
|---|---|---|---|---|
| **Managed Loans (b)** | | | | |
| Credit card | $ 101,878,677 | $ 4,282,501 | $ 102,451,922 | $ 4,409,983 |
| Other consumer | 14,769,409 | 634,833 | 13,701,215 | 735,139 |
| Commercial | 4,970,089 | 107,763 | 2,340,423 | 58,528 |
| Total managed loans | 121,618,175 | 5,025,097 | 118,493,560 | 5,203,650 |
| **Securitized Loans (b)** | | | | |
| Credit card | (81,187,617) | (3,560,930) | (78,189,847) | (3,525,394) |
| Other consumer | (5,664,384) | (315,531) | (5,671,832) | (351,655) |
| Commercial | (1,007,324) | (37,195) | (1,007,804) | (36,802) |
| Total securitized loans | (87,859,325) | (3,913,656) | (84,869,483) | (3,913,851) |
| Loan receivables | $ 33,758,850 | $ 1,111,441 | $ 33,624,077 | $ 1,289,799 |

(a)   Delinquent loans are accruing loans which are 30 days or more past due.

(b)   The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

In accordance with Statement No. 140, the Corporation recognizes an interest-only strip receivable, which represents the contractual right to receive from the trusts interest and other revenue less certain costs over the estimated life of securitized loan principal receivables. The Corporation uses certain key assumptions and estimates in determining the value of the interest-only strip receivable. These key assumptions and estimates include projections concerning interest income, certain fees, charged-off loan recoveries, gross credit losses, contractual servicing fees, and the interest rate paid to investors. These assumptions are used to determine the excess spread to be earned by the Corporation over the estimated life of the securitized loan principal receivables. Other key assumptions and estimates used by the Corporation include projected loan payment rates, which are used to determine the estimated life of the securitized loan principal receivables, and an appropriate discount rate. The Corporation reviews the

key assumptions and estimates used in determining the fair value of the interest-only strip receivable on a quarterly basis and adjusts them as appropriate. Should these assumptions change or actual results differ from projected results, the interest-only strip receivable and securitization income would be affected.

The Corporation's securitization key assumptions and their sensitivities to adverse changes are presented in the following table. The adverse changes to the key assumptions and estimates are hypothetical and are presented in accordance with Statement No. 140. The amount of the adverse change has been limited to the recorded amount of the interest-only strip receivable where the hypothetical change exceeds the value of the interest-only strip receivable. The sensitivities do not reflect actions management might take to offset the impact of the possible adverse changes if they were to occur.

**SECURITIZATION KEY ASSUMPTIONS AND SENSITIVITIES (a)** *(dollars in thousands)*

| Year Ended December 31, | 2004 Credit Card | 2004 Other Consumer | 2004 Commercial | 2003 Credit Card(d) | 2003 Other Consumer | 2003 Commercial(d) | 2002 Credit Card(d) | 2002 Other Consumer | 2002 Commercial(d) |
|---|---|---|---|---|---|---|---|---|---|
| Interest-only strip receivable | $1,133,320 | $ 155,863 | $ 3,582 | $1,246,656 | $ 84,043 | $ 7,362 | $1,088,950 | $ 38,518 | $ 2,497 |
| Weighted average life (in years) | .31 | .90 | .17 | .33 | .89 | .17 | .34 | .87 | .16 |
| Loan payment rate (weighted average rate) | 15.66% | 4.84% | 32.43% | 14.49% | 4.92% | 32.55% | 14.27% | 5.05% | 37.88% |
| Impact on fair value of 20% adverse change | $ 159,061 | $ 23,551 | $ 383 | $ 175,404 | $ 12,785 | $ 780 | $ 156,595 | $ 5,835 | $ 302 |
| Impact on fair value of 40% adverse change | 273,059 | 40,624 | 720 | 305,720 | 21,980 | 1,478 | 267,495 | 10,081 | 524 |
| Gross credit losses (b) (weighted average rate) | 4.88% | 8.25% | 5.13% | 5.24% | 9.64% | 5.06% | 5.43% | 9.83% | 4.19% |
| Impact on fair value of 20% adverse change | $ 227,384 | $ 71,908 | $ 1,732 | $ 250,815 | $ 83,294 | $ 1,704 | $ 243,789 | $ 38,518 | $ 643 |
| Impact on fair value of 40% adverse change | 454,767 | 143,817 | 3,463 | 501,630 | 84,043 | 3,409 | 487,579 | 38,518 | 1,286 |
| Excess spread (c) (weighted average rate) | 4.85% | 3.58% | 2.12% | 5.20% | 1.95% | 4.37% | 4.85% | .91% | 3.25% |
| Impact on fair value of 20% adverse change | $ 226,664 | $ 31,173 | $ 716 | $ 249,331 | $ 16,809 | $ 1,472 | $ 217,790 | $ 7,704 | $ 499 |
| Impact on fair value of 40% adverse change | 453,328 | 62,345 | 1,433 | 498,662 | 33,617 | 2,945 | 435,580 | 15,407 | 999 |
| Discount rate (weighted average rate) | 10.00% | 10.00% | 10.00% | 9.00% | 9.00% | 9.00% | 9.00% | 9.00% | 9.00% |
| Impact on fair value of 20% adverse change | $ 5,264 | $ 1,877 | $ 10 | $ 5,476 | $ 902 | $ 19 | $ 4,864 | $ 404 | $ 6 |
| Impact on fair value of 40% adverse change | 10,487 | 3,719 | 20 | 10,913 | 1,789 | 37 | 9,692 | 801 | 12 |

(a)   The sensitivities do not reflect actions management might take to offset the impact of possible adverse changes if they were to occur.

(b)  Gross credit losses exclude the impact of recoveries; however, recoveries are included in the determination of the excess spread.

(c)  Excess spread includes projections of interest income, certain fees, and charged-off loan recoveries, less gross credit losses, contractual servicing fees, and the interest rate paid to investors.

(d)  The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

92    MBNA annual report 2004

## SECURITIZATION CASH FLOWS *(dollars in millions)*

| Year Ended December 31, | 2004 | | | 2003 | | | 2002 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Credit Card | Other Consumer | Commercial | Credit Card (a) | Other Consumer | Commercial (a) | Credit Card (a) | Other Consumer | Commercial (a) |
| Proceeds from new securitizations | $ 12,207 | $ -- | $ -- | $ 13,098 | $ -- | $ 500 | $ 14,873 | $ -- | $ 500 |
| Collections reinvested in revolving-period securitizations | 136,345 | 3,447 | 3,821 | 119,033 | 3,389 | 2,553 | 103,693 | 3,385 | 207 |
| Contractual servicing fees received | 1,583 | 56 | 20 | 1,453 | 56 | 14 | 1,339 | 56 | -- |
| Cash flows received on retained interests | 6,339 | 260 | 96 | 5,842 | 242 | 60 | 5,518 | 260 | -- |

(a)   The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

## NOTE 10: GEOGRAPHICAL DIVERSIFICATION OF LOANS

The Corporation originates credit card, other consumer, and commercial loans, primarily throughout the United States, the United Kingdom, Ireland, Spain, and Canada. Credit card, other consumer, and commercial loans originated in the United States are broadly distributed throughout the United States' geographic regions. Credit card, other consumer, and commercial loans issued by MBNA Europe are primarily located in the United Kingdom, Ireland, and Spain, while MBNA Canada issues credit card, other consumer, and commercial loans in Canada. The following table details the geographic distribution of the Corporation's loan receivables, securitized loans, and managed loans.

## GEOGRAPHIC DISTRIBUTION OF LOAN RECEIVABLES, SECURITIZED LOANS, AND MANAGED LOANS *(dollars in thousands)*

| | Loan Receivables | | Securitized Loans | | Managed Loans | |
|---|---|---|---|---|---|---|
| **December 31, 2004** | | | | | | |
| United States: | | | | | | |
| Northern | $ 2,726,677 | 8.1% | $ 9,427,715 | 10.7% | $ 12,154,392 | 10.0% |
| Mid-Atlantic | 3,615,560 | 10.7 | 12,179,123 | 13.9 | 15,794,683 | 13.0 |
| Southern | 4,550,301 | 13.5 | 15,064,219 | 17.2 | 19,614,520 | 16.1 |
| Central | 3,887,569 | 11.5 | 12,856,763 | 14.6 | 16,744,332 | 13.8 |
| Western | 4,119,511 | 12.2 | 12,480,635 | 14.2 | 16,600,146 | 13.6 |
| Southwestern | 3,391,974 | 10.0 | 10,223,394 | 11.6 | 13,615,368 | 11.2 |
| United Kingdom/ Ireland/ Spain | 10,595,429 | 31.4 | 11,863,419 | 13.5 | 22,458,848 | 18.5 |
| Canada | 669,571 | 2.0 | 3,098,552 | 3.5 | 3,768,123 | 3.1 |
| Other | 202,258 | .6 | 665,505 | .8 | 867,763 | .7 |
| Total | $ 33,758,850 | 100.0% | $ 87,859,325 | 100.0% | $ 121,618,175 | 100.0% |
| **December 31, 2003** | | | | | | |
| United States: | | | | | | |
| Northern | $ 2,978,085 | 8.9% | $ 9,421,779 | 11.1% | $ 12,399,864 | 10.4% |
| Mid-Atlantic | 3,982,186 | 11.8 | 12,471,359 | 14.7 | 16,453,545 | 13.9 |
| Southern | 4,907,262 | 14.6 | 15,200,016 | 17.9 | 20,107,278 | 17.0 |
| Central | 4,158,939 | 12.4 | 12,773,701 | 15.0 | 16,932,640 | 14.3 |
| Western | 4,282,156 | 12.7 | 13,037,909 | 15.4 | 17,320,065 | 14.6 |
| Southwestern | 3,503,874 | 10.4 | 10,239,353 | 12.1 | 13,743,227 | 11.6 |
| United Kingdom/ Ireland/ Spain | 8,421,986 | 25.0 | 8,738,274 | 10.3 | 17,160,260 | 14.5 |
| Canada | 799,987 | 2.4 | 2,838,555 | 3.3 | 3,638,542 | 3.1 |
| Other | 589,602 | 1.8 | 148,537 | .2 | 738,139 | .6 |
| Total | $ 33,624,077 | 100.0% | $ 84,869,483 | 100.0% | $ 118,493,560 | 100.0% |

Case 1:05-cv-00272-GMS    Document 69-7    Filed 08/02/2007    Page 45 of 45

## NOTE 11: RESERVE FOR POSSIBLE CREDIT LOSSES

The Corporation maintains the reserve for possible credit losses at an amount sufficient to absorb losses inherent in the Corporation's loan principal receivables at the reporting date based on a projection of probable net credit losses.

### CHANGES IN THE RESERVE FOR POSSIBLE CREDIT LOSSES
*(dollars in thousands)*

| December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| Reserve for possible credit losses, beginning of year | $ 1,216,316 | $ 1,111,299 | $ 833,423 |
| Reserves acquired | 83,071 | 61,116 | 84,878 |
| Provision for possible credit losses | 1,146,855 | 1,392,701 | 1,340,157 |
| Foreign currency translation | 14,492 | 14,896 | 9,053 |
| Credit losses | (1,449,548) | (1,479,786) | (1,239,568) |
| Recoveries | 125,372 | 116,090 | 83,356 |
| Net credit losses | (1,324,176) | (1,363,696) | (1,156,212) |
| Reserve for possible credit losses, end of year | $ 1,136,558 | $ 1,216,316 | $ 1,111,299 |

See Note 3: Significant Accounting Policies— Reserve for Possible Credit Losses for further detail on the Corporation's policy relating to the determination of the reserve for possible credit losses.

## NOTE 12: ACCRUING LOANS PAST DUE 90 DAYS OR MORE *(dollars in thousands)*

| December 31, | 2004 | 2003 |
|---|---|---|
| **Loan Receivables** | | |
| Domestic (a): | | |
| Credit card | $ 261,415 | $ 358,786 |
| Other consumer | 135,389 | 163,701 |
| Commercial | 19,334 | 7,496 |
| Total domestic | 416,138 | 529,983 |
| Foreign (a): | | |
| Credit card | 44,404 | 41,669 |
| Other consumer | 9,270 | 10,838 |
| Commercial | 10,590 | 115 |
| Total foreign | 64,264 | 52,622 |
| Total loan receivables | $ 480,402 | $ 582,605 |

(a) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

The table above excludes nonaccrual loans, which are presented in Note 13: Nonaccrual Loans. The Corporation considers these loans and other factors in determining an appropriate reserve for

possible credit losses and the estimate of uncollectible accrued interest and fees.

## NOTE 13: NONACCRUAL LOANS *(dollars in thousands)*

| December 31, | 2004 | 2003 |
|---|---|---|
| **Loan Receivables** | | |
| Domestic (a): | | |
| Credit card | $ 3,508 | $11,298 |
| Other consumer | 475 | 1,053 |
| Commercial | 5,181 | 1,816 |
| Total domestic | 9,164 | 14,167 |
| Foreign (a): | | |
| Credit card | 108,054 | 80,352 |
| Other consumer | 60,071 | 4,903 |
| Commercial | 254 | 29 |
| Total foreign | 168,379 | 85,284 |
| Total loan receivables | $177,543 | $99,451 |
| Nonaccrual loan receivables as a percentage of ending loan receivables | .53% | .30% |

(a) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

## NOTE 14: OTHER RESTRUCTURED LOANS (a) *(dollars in thousands)*

| December 31, | 2004 | 2003 |
|---|---|---|
| **Loan Receivables** | | |
| Domestic (b): | | |
| Credit card | $457,216 | $562,128 |
| Other consumer | 195,728 | 229,175 |
| Commercial | 10,177 | 3,627 |
| Total domestic | 663,121 | 794,930 |
| Foreign (b): | | |
| Credit card | 13,234 | 34,653 |
| Other consumer | 5,560 | 36,086 |
| Commercial | -- | -- |
| Total foreign | 18,794 | 70,739 |
| Total loan receivables | $681,915 | $865,669 |
| Other restructured loan receivables as a percentage of ending loan receivables | 2.02% | 2.57% |

(a) During the fourth quarter of 2004, the Corporation changed its definition of other restructured loans to include all loans that have received a reduced rate or had been given other concessions in terms as a result of credit risk and are monitored by the Corporation on an ongoing basis. The Corporation previously excluded accounts that had been restructured more than one year ago, were performing according to the revised terms of the agreement, and were considered to have a market rate of interest. Prior period amounts have been reclassified for purposes of comparability.

(b) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans.

94    MBNA annual report 2004