# Exhibit C – Part 5

## NOTE 15: PREMISES AND EQUIPMENT

Depreciation expense was $227.7 million, $229.2 million, and $224.3 million for the years ended December 31, 2004, 2003, and 2002, respectively. Amortization expense on capitalized software was $156.8 million, $104.3 million, and $83.6 million for the years ended December 31, 2004, 2003, and 2002, respectively.

### SUMMARY OF PREMISES AND EQUIPMENT
*(dollars in thousands)*

| December 31, | 2004 | 2003 |
|---|---|---|
| Land | $ 244,800 | $ 207,479 |
| Buildings and improvements | 2,298,925 | 2,159,226 |
| Furniture and equipment | 1,295,879 | 1,285,063 |
| Software | 915,887 | 733,279 |
| Total | 4,755,491 | 4,385,047 |
| Accumulated depreciation | (1,597,713) | (1,436,507) |
| Accumulated amortization on software | (370,023) | (271,943) |
| Premises and equipment, net | $ 2,787,755 | $ 2,676,597 |

## NOTE 16: LEASE COMMITMENTS

The Corporation leases certain office facilities and equipment under operating lease agreements that provide for payment of property taxes, insurance, and maintenance costs. These leases include renewal options, with certain leases providing purchase options. Rental expense for operating leases was $28.8 million, $26.7 million, and $29.7 million for the years ended December 31, 2004, 2003, and 2002, respectively.

### FUTURE MINIMUM RENTAL PAYMENTS UNDER NONCANCELABLE OPERATING LEASES
*(dollars in thousands)*

| | |
|---|---|
| 2005 | $ 30,457 |
| 2006 | 16,152 |
| 2007 | 5,846 |
| 2008 | 3,735 |
| 2009 | 1,880 |
| Thereafter | 1,680 |
| Total minimum lease payments | $ 59,750 |

## NOTE 17: DEPOSITS

Total deposits were $31.2 billion and $31.8 billion at December 31, 2004 and 2003, respectively. The Corporation utilizes deposits to fund loan and other asset growth and to diversify funding sources. Direct deposits are deposits marketed to and received from individual Customers and are an important, stable, low-cost funding source that typically react more slowly to interest rate changes than other deposits. Other deposits include brokered deposits.

Domestic time deposits in amounts of $100,000 or more totaled $4.2 billion and $3.4 billion at December 31, 2004 and 2003, respectively. Foreign time deposits in amounts of $100,000 or more totaled $1.1 billion and $861.9 million at December 31, 2004 and 2003, respectively.

Included in the domestic direct deposits at December 31, 2004 and 2003 were noninterest-bearing deposits of $2.4 billion and $2.2 billion, respectively. Included in the foreign direct deposits at December 31, 2004 and 2003 were noninterest-bearing deposits of $306.3 million and $221.6 million, respectively. The aggregate

amount of deposits by maturity at December 31, 2004 was as follows:

### MATURITIES OF DEPOSITS  *(dollars in thousands)*

| December 31, 2004 | Direct Deposits | Other Deposits (a) | Total Deposits |
|---|---|---|---|
| Domestic: | | | |
| One year or less | $ 17,532,335 | $ 1,966,962 | $ 19,499,297 |
| Over one year through two years | 3,373,142 | 1,030,174 | 4,403,316 |
| Over two years through three years | 2,259,037 | 779,225 | 3,038,262 |
| Over three years through four years | 946,164 | 120,933 | 1,067,097 |
| Over four years through five years | 1,658,944 | – | 1,658,944 |
| Over five years | 9,485 | – | 9,485 |
| Total domestic deposits | 25,779,107 | 3,897,294 | 29,676,401 |
| Foreign: | | | |
| One year or less | 1,244,762 | 160,407 | 1,405,169 |
| Over one year through two years | 31,701 | – | 31,701 |
| Over two years through three years | 58,288 | – | 58,288 |
| Over three years through four years | 15,938 | – | 15,938 |
| Over four years through five years | 52,007 | – | 52,007 |
| Over five years | – | – | – |
| Total foreign deposits | 1,402,696 | 160,407 | 1,563,103 |
| Total deposits | $ 27,181,803 | $ 4,057,701 | $ 31,239,504 |

(a) At December 31, 2004, all other deposits were brokered deposits.

## NOTE 18: SHORT-TERM BORROWINGS

Short-term borrowings used by the Corporation include federal funds purchased and securities sold under repurchase agreements. Federal funds purchased and securities sold under repurchase agreements are overnight borrowings that normally mature within one business day of the transaction date. Other short-term borrowings consist primarily of federal funds purchased that mature in more than one business day, short-term bank notes issued from the global bank note program established by the Bank, short-term deposit notes issued by MBNA Canada, on-balance sheet financing structures, and other transactions with original maturities greater than one business day but less than one year.

In connection with the PCL acquisition in the first quarter of 2004, the Corporation assumed a short-term on-balance sheet financing structured transaction with an available limit of £750.0 million (approximately $1.4 billion). At December 31, 2004, this financing structured transaction had an outstanding balance of £527.0 million (approximately $1.0 billion) consisting of several tranches with maturities ranging between one to three months. These tranches are renewable upon maturity. This financing structured transaction is secured by £930.4 million (approximately $1.8 billion) of assets. See Note 5: Acquisitions for further detail regarding the PCL acquisition. Included in short-term borrowings at December 31, 2004 and 2003 are two on-balance sheet financing structured transactions totaling $900.0 million, which were entered into during 2003. These financing structured transactions are secured by $1.3 billion of domestic other consumer loan receivables. The Corporation has

an option to liquidate these financing structured transactions on a monthly basis.

## SUMMARY OF SHORT-TERM BORROWINGS
*(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Federal Funds Purchased and Securities Sold Under Repurchase Agreements** | | | |
| Balance at year end | $    — | $    — | $    — |
| Weighted average interest rate at year end | —% | —% | —% |
| Average balance outstanding during the year | $    328 | $    — | $ 1,502 |
| Maximum amount outstanding at any month end | — | — | — |
| Weighted average interest rate during the year | 1.01% | —% | 1.80% |
| | | | |
| **Other Short-Term Borrowings** | | | |
| Balance at year end | $2,104,414 | $1,025,463 | $1,250,103 |
| Weighted average interest rate at year end | 4.13% | 3.75% | 3.31% |
| Average balance outstanding during the year | $1,922,736 | $1,141,954 | $1,251,619 |
| Maximum amount outstanding at any month end | 2,270,226 | 1,246,872 | 1,340,653 |
| Weighted average interest rate during the year | 4.00% | 3.43% | 3.43% |

The short-term deposit notes issued by MBNA Canada are unconditionally and irrevocably guaranteed as to payment of principal and interest by the Bank. MBNA Canada had CAD$123.0 million (par value), which was approximately $102.2 million of short-term deposit notes at December 31, 2004.

## NOTE 19: LONG-TERM DEBT AND BANK NOTES
Long-term debt and bank notes consist of borrowings having an original maturity of one year or more.

Original issue discount and deferred issuance costs are amortized over the terms of the related debt issuances.

The Corporation primarily uses interest rate swap agreements and foreign exchange swap agreements to change a portion of fixed-rate long-term debt and bank notes to floating-rate long-term debt and bank notes to more closely match the rate sensitivity of the Corporation's assets. The Corporation also uses foreign exchange swap agreements to reduce its foreign currency exchange risk on a portion of long-term debt and bank notes issued by MBNA Europe.

Deposit liabilities have priority over the claims of other unsecured creditors of the Bank, including the holders of obligations, such as bank notes, in the event of liquidation.

### 6.875% SENIOR NOTES
These notes are direct, unsecured obligations of the Corporation and are not subordinated to any other indebtedness of the Corporation. Interest on the 6.875% senior notes is payable semiannually. These notes may not be redeemed prior to their stated maturity.

### SENIOR MEDIUM-TERM NOTES
These notes are direct, unsecured obligations of the Corporation and are not subordinated to any other indebtedness of the Corporation. These notes may not be redeemed prior to their stated maturities. The Corporation had $2.3 billion (par value) of fixed-rate senior medium-term notes outstanding at December 31, 2004, with rates ranging from 4.625% to 7.50%. Interest on the fixed-rate senior medium-term notes is payable semiannually. During 2004, the floating-rate senior medium-term notes matured.

## SUMMARY OF LONG-TERM DEBT AND BANK NOTES *(dollars in thousands)*

| December 31, | 2004 | 2003 |
|---|---|---|
| **Parent Company** | | |
| 6.875% Senior Notes, maturing in 2005 | $   99,944 | $   99,856 |
| Fixed-Rate Senior Medium-Term Notes, with a weighted average interest rate of 6.05% and 6.06%, respectively, maturing in varying amounts from 2007 through 2015 | 2,276,065 | 2,324,231 |
| Floating-Rate Senior Medium-Term Notes, matured in varying amounts in 2004 | — | 94,968 |
| Junior Subordinated Deferrable Interest Debentures, series A, with an interest rate of 8.278% maturing in 2026 | 281,379 | 287,576 |
| Junior Subordinated Deferrable Interest Debentures, series B, with an interest rate equal to 80 basis points above the three-month London Interbank Offered Rate, maturing in 2027 | 286,222 | 286,112 |
| Junior Subordinated Deferrable Interest Debentures, series C, with an interest rate of 8.25% maturing in 2027 | 36,225 | 35,764 |
| Junior Subordinated Deferrable Interest Debentures, series D, with an interest rate of 8.125% maturing in 2032 | 318,110 | 320,362 |
| Junior Subordinated Deferrable Interest Debentures, series E, with an interest rate of 8.10% maturing in 2033 | 205,167 | 204,810 |
| Total parent company | 3,503,112 | 3,653,679 |
| | | |
| **Subsidiaries** | | |
| Fixed-Rate Bank Notes, with a weighted average interest rate of 6.17% and 6.65%, respectively, maturing in varying amounts from 2005 through 2009 | 2,258,717 | 2,078,640 |
| Floating-Rate Bank Notes, maturing in varying amounts in 2005 | 34,992 | 154,928 |
| Fixed-Rate Medium-Term Deposit Notes, with a weighted average interest rate of 5.32% and 5.29%, respectively, maturing in varying amounts from 2005 through 2008 | 559,307 | 612,466 |
| Floating-Rate Medium-Term Deposit Notes, maturing in varying amounts from 2005 through 2006 | 117,298 | 217,068 |
| Fixed-Rate Euro Medium-Term Notes, with a weighted average interest rate of 5.63% and 5.58%, respectively, maturing in varying amounts from 2007 through 2010 | 1,898,530 | 3,022,266 |
| Floating-Rate Euro Medium-Term Notes, maturing in varying amounts from 2005 through 2008 | 1,105,217 | 1,099,537 |
| Floating-Rate Loan Notes, maturing in 2011 | 24,650 | — |
| Fixed-Rate Asset-Backed Notes, with a weighted average interest rate of 5.27%, maturing in varying amounts from 2011 through 2018 (a) | 511,267 | — |
| Floating-Rate Asset-Backed Notes, maturing in 2012 (a) | 110,727 | — |
| 6.75% Subordinated Notes, maturing in 2008 | 265,946 | 274,479 |
| 6.625% Subordinated Notes, maturing in 2012 | 531,641 | 533,739 |
| 7.125% Subordinated Notes, maturing in 2012 | 501,496 | 498,826 |
| Long-term debt and bank notes | $11,422,900 | $12,145,628 |

(a) Asset-backed notes are included at their contractual maturities.

## JUNIOR SUBORDINATED DEFERRABLE INTEREST DEBENTURES

The Corporation, through MBNA Capital A (registered December 1996), MBNA Capital B (registered January 1997), MBNA Capital C (registered March 1997), MBNA Capital D (registered June 2002), and MBNA Capital E (registered November 2002), each a statutory business trust created under the laws of the State of Delaware (collectively the "statutory trusts"), issued capital securities and common securities: series A, series B, series C, series D, and series E, respectively. The Corporation is the owner of all the beneficial ownership interests represented by the common securities of the statutory trusts. The statutory trusts exist for the sole purpose of issuing the series capital securities and the series common securities and investing the proceeds in junior subordinated deferrable interest debentures issued by the Corporation. These capital securities qualify as regulatory capital for the Corporation.

The junior subordinated deferrable interest debentures are the sole assets of the statutory trusts, and the payments under the junior subordinated deferrable interest debentures are the sole revenues of the statutory trusts. Interest on the series capital securities is payable semiannually or quarterly. The Corporation has the right to defer payment of interest on the junior subordinated deferrable interest debentures at any time, or from time-to-time, for a period not exceeding 10 consecutive semiannual periods or 20 consecutive quarterly periods depending upon the series. If the payment of interest is deferred on the junior subordinated deferrable interest debentures, distributions on the series securities will be deferred and the Corporation also may not be permitted to declare or pay any cash dividends on the Corporation's capital stock or interest on debt securities that have equal or less priority than the junior subordinated deferrable interest debentures.

The series capital securities are subject to mandatory redemption, in whole or in part, upon repayment of the junior subordinated deferrable interest debentures at their stated maturity or their earlier redemption. The junior subordinated deferrable interest debentures are redeemable prior to their stated maturity at the option of the Corporation, on or after the contractually specified dates, in whole at any time, or in part from time-to-time, or prior to the contractually specified dates, in whole only within 90 days following the occurrence of certain tax or capital treatment events. The contractually specified early redemption dates for series A, series B, series C, series D, and series E capital securities are December 1, 2006, February 1, 2007, January 15, 2002, October 1, 2007, and February 15, 2008, respectively. These contractually specified early redemption dates are subject to the Corporation having received prior approval from the Board of Governors of the Federal Reserve System. The series capital securities have a preference with respect to cash distributions and amounts payable on liquidation or redemption over the series common securities.

The obligations of the Corporation under the relevant junior subordinated deferrable interest debentures, indenture, trust agreement, and guarantee in the aggregate constitute a full and unconditional guarantee by the Corporation of all statutory trust obligations under the series capital securities issued by the statutory trusts. The junior subordinated deferrable interest

debentures are unsecured and rank junior and are subordinate in right of payment to all senior debt obligations of the Corporation.

## BANK NOTES

The bank notes are direct, unconditional, unsecured obligations of the Bank, and are not subordinated to any other obligations of the Bank. The Bank had $2.2 billion (par value) of fixed-rate bank notes outstanding at December 31, 2004, with rates ranging from 4.625% to 7.76%. Interest is payable semiannually. The Bank also had $35.0 million (par value) of floating-rate bank notes outstanding at December 31, 2004, with rates priced between 56 basis points and 60 basis points over the three-month London Interbank Offered Rate ("LIBOR"). Interest on bank notes is payable quarterly. At December 31, 2004, the three-month LIBOR was 2.56%.

## MEDIUM-TERM DEPOSIT NOTES

These notes are direct, unconditional, unsecured obligations of MBNA Canada and are not subordinated to any other obligation of MBNA Canada. At December 31, 2004, MBNA Canada had CAD$666.9 million (par value), which was approximately $554.1 million, of fixed-rate medium-term deposit notes outstanding, with rates ranging from 3.60% to 6.625%. Interest is payable semiannually. MBNA Canada also had CAD$141.3 million (par value), which was approximately $117.4 million, of floating-rate medium-term deposit notes outstanding at December 31, 2004. These floating-rate medium-term deposit notes are priced between 60 basis points and 105 basis points over the ninety-day bankers acceptance rate. Interest is payable quarterly. The medium-term deposit notes are unconditionally guaranteed as to payment of principal and interest by the Bank, and are not redeemable prior to their stated maturity. At December 31, 2004, the ninety-day bankers acceptance rate was 2.58%.

## EURO MEDIUM-TERM NOTES

The euro medium-term notes are unsecured obligations of MBNA Europe. These notes are unconditionally and irrevocably guaranteed in respect to all payments by the Bank.

At December 31, 2004, MBNA Europe had outstanding fixed-rate euro medium-term notes denominated in various currencies. The fixed-rate euro medium-term notes outstanding at December 31, 2004, were £250.0 million (par value), which was approximately $483.0 million, with interest payable quarterly and € 1.0 billion (par value), which was approximately $1.4 billion, with interest payable quarterly. The fixed-rate euro medium term notes had interest rates ranging from 4.50% to 6.50%.

At December 31, 2004, MBNA Europe also had outstanding floating-rate euro medium-term notes denominated in various currencies. The floating-rate euro medium-term notes outstanding at December 31, 2004 were £20.0 million (par value), which was approximately $38.6 million, priced at 155 basis points over the three-month Sterling LIBOR, € 750.0 million (par value), which was approximately $1.0 billion, priced between 60 basis points and 105 basis points over the three-month Euro Interbank Offered Rate ("EURIBOR"), and $47.0 million (par value) priced between 50 basis points and 64 basis points over the three-month LIBOR. Interest on these floating-rate euro medium-term notes is payable quarterly.

At December 31, 2004, the three-month Sterling LIBOR was 4.89% and the three-month EURIBOR was 2.15%.

**LOAN NOTES**
In connection with the PCL acquisition in the first quarter of 2004, MBNA Europe issued floating-rate loan notes. These notes are unconditionally and irrevocably guaranteed in respect to all payments by the Bank and are not redeemable prior to their stated maturity.

MBNA Europe had £12.7 million (par value), which was approximately $24.6 million of floating-rate loan notes outstanding at December 31, 2004, priced at the three month Sterling London Interbank BID rate. Interest is payable quarterly.

At December 31, 2004, the three-month Sterling London Interbank BID rate was 4.76%.

See Note 5: Acquisitions for further detail regarding the PCL acquisition.

**ASSET-BACKED NOTES**
In connection with the acquisition of SFS in the first quarter of 2004, MBNA Delaware assumed fixed and floating-rate asset-backed notes. MBNA Delaware had $499.5 million (par value) of fixed-rate asset-backed notes outstanding at December 31, 2004, with rates ranging from 3.454% to 6.95%. MBNA Delaware also had $108.5 million (par value) of floating-rate asset-backed notes outstanding at December 31, 2004. Interest on the fixed and floating-rate asset-backed notes are payable monthly. At December 31, 2004, the asset-backed notes were secured by $634.4 million of domestic commercial loan receivables. MBNA Delaware also maintains cash reserve accounts that are related to this obligation, which are included in interest-earning time deposits in other banks in the Corporation's consolidated statements of financial condition. With the exception of the domestic commercial loan receivables and cash reserve accounts securing these transactions, MBNA Delaware would have no further obligation to provide funding support if the domestic commercial loans securing these transactions are not paid when due.

The loans securing these transactions are non-revolving in nature. In accordance with the terms of the asset-backed notes, as principal payments are made on the loans securing these transactions, MBNA Delaware repays a corresponding percentage of the outstanding asset-backed notes. As such, the timing and amount of principal payments on the secured domestic commercial loan receivables will affect MBNA Delaware's outstanding obligation and could accelerate the final maturity date of each series of asset-backed notes.

See Note 5: Acquisitions for further detail regarding the SFS acquisition.

**6.75% SUBORDINATED NOTES**
The 6.75% Subordinated Notes are subordinated to the claims of depositors and other creditors of the Bank, unsecured, and not subject to redemption prior to maturity. Interest is payable semiannually. The 6.75% Subordinated Notes were issued by the Bank in 1998 and qualify as Tier 2 Capital, which is included in Total Capital, under the risk-based capital guidelines for both banks and bank holding companies.

**6.625% SUBORDINATED NOTES**
The 6.625% Subordinated Notes are subordinated to the claims of depositors and other creditors of the Bank, unsecured, and not subject to redemption prior to maturity. Interest is payable semiannually. The 6.625% Subordinated Notes were issued by the Bank in 2002 and qualify as Tier 2 Capital, which is included in Total Capital, under the risk-based capital guidelines for both banks and bank holding companies.

**7.125% SUBORDINATED NOTES**
The 7.125% Subordinated Notes are subordinated to the claims of depositors and other creditors of the Bank, unsecured, and not subject to redemption prior to maturity. Interest is payable semiannually. The 7.125% Subordinated Notes were issued by the Bank in 2002 and qualify as Tier 2 Capital, which is included in Total Capital, under the risk-based capital guidelines for both banks and bank holding companies.

**MINIMUM ANNUAL MATURITIES OF LONG-TERM DEBT AND BANK NOTES (a)** *(dollars in thousands)*

| (Par Value) | Parent Company | MBNA Corporation and Subsidiaries |
|---|---|---|
| 2005 | $    100,000 | $1,558,826 |
| 2006 | – | 826,095 |
| 2007 | 700,000 | 1,545,127 |
| 2008 | 250,000 | 1,705,125 |
| 2009 | – | 1,181,050 |

(a) Asset-backed notes are included at their estimated maturity dates.

## NOTE 20: STOCKHOLDERS' EQUITY

**PREFERRED STOCK**
The Corporation is authorized to issue 20 million shares of preferred stock with a par value of $.01 per share. The Corporation had 4.5 million shares of 7 1/2% cumulative preferred stock, Series A, outstanding at December 31, 2004 and 2003. The Corporation also had 4.0 million shares of adjustable rate cumulative preferred stock, Series B, outstanding at December 31, 2004 and 2003. Both of the outstanding series of preferred stock have a $25 stated value per share and are callable at par.

Shares of the series preferred stock are not convertible into any other securities of the Corporation. The series preferred stock will not be entitled to the benefits of any sinking fund. All preferred shares rank senior to common shares both as to dividends and liquidation preference, but have no general voting rights. In the event that the equivalent of six full quarterly dividend periods are in arrears, the holders of the outstanding shares of the preferred stock (voting as a single class) will be entitled to vote for the election of two additional directors to serve until all dividends in arrears have been paid in full.

The Board of Directors declared the dividends presented in the Preferred Stock Dividend Summary for the Corporation's Series A and Series B Preferred Stock.

Dividends on the Series A Preferred Stock are cumulative from the date of original issue and are payable quarterly in arrears on January 15, April 15, July 15, and October 15 of each year. The shares of the Series A Preferred Stock are redeemable, in whole or in part, solely at the option of the Corporation, at a price of $25 per share, plus accrued and unpaid dividends.

## PREFERRED STOCK DIVIDEND SUMMARY

| | | | Series A | | Series B | |
|---|---|---|---|---|---|---|
| Declaration Date | To Stockholders of Record as of | Payment Date | Dividend Rate | Dividend per Preferred Share | Dividend Rate | Dividend per Preferred Share |
| January 20, 2005 | March 31, 2005 | April 15, 2005 | 7.50% | $ .46875 | 5.50% | $ .34380 |
| October 21, 2004 | December 31, 2004 | January 15, 2005 | 7.50 | .46875 | 5.50 | .34380 |
| July 22, 2004 | September 30, 2004 | October 15, 2004 | 7.50 | .46875 | 5.50 | .34380 |
| April 22, 2004 | June 30, 2004 | July 15, 2004 | 7.50 | .46875 | 5.50 | .34380 |
| January 22, 2004 | March 31, 2004 | April 15, 2004 | 7.50 | .46875 | 5.50 | .34380 |
| October 16, 2003 | December 31, 2003 | January 15, 2004 | 7.50 | .46875 | 5.50 | .34380 |
| July 24, 2003 | September 30, 2003 | October 15, 2003 | 7.50 | .46875 | 5.50 | .34380 |
| April 23, 2003 | June 30, 2003 | July 15, 2003 | 7.50 | .46875 | 5.50 | .34380 |
| January 23, 2003 | March 31, 2003 | April 15, 2003 | 7.50 | .46875 | 5.50 | .34380 |
| October 17, 2002 | December 31, 2002 | January 15, 2003 | 7.50 | .46875 | 5.56 | .34740 |
| July 11, 2002 | September 30, 2002 | October 15, 2002 | 7.50 | .46875 | 5.90 | .36850 |
| April 11, 2002 | June 28, 2002 | July 15, 2002 | 7.50 | .46875 | 5.50 | .34380 |
| January 10, 2002 | March 29, 2002 | April 15, 2002 | 7.50 | .46875 | | |

Dividends on the Series B Preferred Stock are cumulative from the date of original issue and are payable quarterly in arrears on January 15, April 15, July 15, and October 15 of each year. The dividend rate for any dividend period will be equal to 99.0% of the highest of the Treasury Bill Rate, the Ten-Year Constant Maturity Rate, and the Thirty-Year Constant Maturity Rate, as determined in advance of such dividend period, but not less than 5.5% per annum or more than 11.5% per annum. The amount of dividends payable with respect to the Series B Preferred Stock will be adjusted in the event of certain amendments to the Internal Revenue Code of 1986 ("Tax Code") with respect to the dividends-received deduction. The shares of the Series B Preferred Stock are redeemable, in whole or in part, solely at the option of the Corporation, at a price of $25 per share, plus accrued and unpaid dividends.

The Corporation may, from time-to-time, acquire series preferred stock in the open market by tender offer, exchange offer, or otherwise. The Corporation's decision to make such acquisitions is dependent on many factors, including market conditions in effect at the time of any contemplated acquisition.

### COMMON STOCK
The Corporation is authorized to issue 1.5 billion shares of common stock with a par value of $.01 per share. The

Corporation had 1.3 billion shares of common stock outstanding at December 31, 2004 and 2003.

In the third quarter of 2003, the Corporation issued 50.0 million shares of its common stock in a public offering for approximately $1.1 billion, net of issuance costs. The shares were issued under the Corporation's existing shelf registration statement. The Corporation used the proceeds to repurchase the same number of shares at the same price from the estate of the Corporation's former Chairman and Chief Executive Officer. The estate has the right to cause the sale of shares through a registration rights agreement entered into in 1991 at the time of the Corporation's initial public offering. The issuance and repurchase were done to satisfy the Corporation's obligation related to the sale of shares by the estate. The sale and repurchase of common stock did not impact total common stock outstanding or capital levels.

### NOTE 21: COMPREHENSIVE INCOME
Statement No. 130 requires the impact of foreign currency translation, unrealized gains or losses on the Corporation's investment securities available-for-sale, and changes in certain minimum benefit plan liabilities, to be included in other comprehensive income.

## COMMON STOCK DIVIDEND SUMMARY

| Declaration Date | To Stockholders of Record as of | Payment Date | Dividend per Common Share |
|---|---|---|---|
| January 20, 2005 | March 15, 2005 | April 1, 2005 | $ .14 |
| October 21, 2004 | December 15, 2004 | January 1, 2005 | .12 |
| July 22, 2004 | September 15, 2004 | October 1, 2004 | .12 |
| April 22, 2004 | June 14, 2004 | July 1, 2004 | .12 |
| January 22, 2004 | March 15, 2004 | April 1, 2004 | .12 |
| October 16, 2003 | December 15, 2003 | January 1, 2004 | .10 |
| July 24, 2003 | September 15, 2003 | October 1, 2003 | .10 |
| April 23, 2003 | June 13, 2003 | July 1, 2003 | .08 |
| January 23, 2003 | March 15, 2003 | April 1, 2003 | .08 |
| October 17, 2002 | December 13, 2002 | January 1, 2003 | .07 |
| July 16, 2002 | September 16, 2002 | October 1, 2002 | .07 |
| April 11, 2002 | June 14, 2002 | July 1, 2002 | .07 |
| January 10, 2002 | March 15, 2002 | April 1, 2002 | .07 |

**OTHER COMPREHENSIVE INCOME COMPONENTS** *(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| Foreign currency translation | $ 263,019 | $ 352,800 | $ 140,757 |
| Net unrealized losses on investment securities available-for-sale, net of tax | (20,462) | (17,284) | (3,322) |
| Minimum benefit plan liability adjustment, net of tax | 11,515 | (10,938) | (4,276) |
| Other comprehensive income | $ 254,072 | $ 324,578 | $ 133,159 |

The table above presents the other comprehensive income components. The applicable income tax benefit on the net unrealized losses on investment securities available-for-sale was $11.3 million, $10.0 million and $3.3 million for 2004, 2003, and 2002, respectively. The applicable income tax on the minimum benefit plan liability adjustment was $6.3 million for 2004. The applicable income tax benefit on the minimum benefit plan liability adjustment was $5.9 million and $2.5 million for 2003 and 2002, respectively.

## NOTE 22: EARNINGS PER COMMON SHARE

Earnings per common share is computed using net income applicable to common stock and weighted average common shares outstanding during the period. Earnings per common share—assuming dilution is computed using net income applicable to common stock and weighted average common shares outstanding during the period after consideration of the potential dilutive effect of common stock equivalents, based on the treasury stock method using an average market price for the period. For 2004, all stock options outstanding were included in the computation of earnings per common share—assuming dilution, as a result of the stock options' exercise prices being less than the average market price of the common shares. There were 34.7 million stock options with an average exercise price of $22.91 per share outstanding at December 31, 2003, which were not included in the computation of earnings per common share—assuming dilution for 2003 as a result of the stock

options' exercise prices being greater than the average market price of the common shares. These stock options expire from 2010 through 2012. There were 20.6 million stock options with an average option price of $23.90 per share outstanding at December 31, 2002, which were not included in the computation of earnings per common share—assuming dilution for 2002 as a result of the stock options' exercise prices being greater than the average market price of the common shares. These stock options expire from 2010 through 2012.

## NOTE 23: INCOME TAXES

The following is a reconciliation of the federal statutory income taxes to the Corporation's reported income taxes:

### RECONCILIATION OF FEDERAL STATUTORY INCOME TAXES
*(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| Income before income taxes | $4,131,629 | $3,659,005 | $2,785,416 |
| Statutory tax rate | 35% | 35% | 35% |
| Income tax at statutory tax rate | 1,446,070 | 1,280,652 | 974,896 |
| State taxes, net of federal benefit | 40,195 | 31,321 | 23,951 |
| Tax credits | (49,240) | (41,105) | (31,801) |
| Other | 17,308 | 50,033 | 52,416 |
| Total income taxes | $1,454,333 | $1,320,901 | $1,019,462 |

**COMPUTATION OF EARNINGS PER COMMON SHARE** *(dollars in thousands, except per share amounts)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Earnings per Common Share** | | | |
| Net income | $ 2,677,296 | $ 2,338,104 | $ 1,765,954 |
| Less: preferred stock dividend requirements | 14,064 | 14,064 | 14,178 |
| Net income applicable to common stock | $ 2,663,232 | $ 2,324,040 | $ 1,751,776 |
| Weighted average common shares outstanding (000) | 1,277,833 | 1,278,166 | 1,277,787 |
| Earnings per common share | $ 2.08 | $ 1.82 | $ 1.37 |
| **Earnings per Common Share— Assuming Dilution** | | | |
| Net income | $ 2,677,296 | $ 2,338,104 | $ 1,765,954 |
| Less: preferred stock dividend requirements | 14,064 | 14,064 | 14,178 |
| Net income applicable to common stock | $ 2,663,232 | $ 2,324,040 | $ 1,751,776 |
| Weighted average common shares outstanding (000) | 1,277,833 | 1,278,166 | 1,277,787 |
| Net effect of dilutive stock options (000) | 19,345 | 16,976 | 24,925 |
| Weighted average common shares outstanding and common stock equivalents (000) | 1,297,178 | 1,295,142 | 1,302,712 |
| Earnings per common share—assuming dilution | $ 2.05 | $ 1.79 | $ 1.34 |

The components of the Corporation's income tax expense related to continued operations are as follows:

## COMPONENTS OF INCOME TAX EXPENSE
*(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Current Income Taxes** | | | |
| U.S. federal | $ 1,126,392 | $ 1,095,826 | $ 1,017,511 |
| U.S. state and local | 60,175 | 48,186 | 36,848 |
| Foreign | 157,218 | 178,869 | 116,810 |
| Total current income taxes | 1,343,785 | 1,322,881 | 1,171,169 |
| **Deferred Income Taxes** | | | |
| U.S. federal, state, and local | 100,521 | (669) | (143,601) |
| Foreign | 10,027 | (1,311) | (8,106) |
| Total deferred income taxes | 110,548 | (1,980) | (151,707) |
| Total income taxes | $ 1,454,333 | $ 1,320,901 | $ 1,019,462 |

Foreign subsidiaries contributed approximately 11.9% in 2004, 15.5% in 2003, and 14.7% in 2002 to consolidated income before income taxes. No U.S. income taxes have been provided on the accumulated undistributed earnings of foreign subsidiaries, totaling $1.6 billion at December 31, 2004, which continue to be reinvested. The Corporation evaluated the potential for repatriation of the earnings of its foreign subsidiaries under the provisions of the American Jobs Creation Act of 2004. All earnings of the Corporation's foreign subsidiaries will continue to be reinvested to meet future business goals of the foreign subsidiaries and to comply with foreign regulatory capital requirements.

The Corporation has foreign tax loss carryforwards of $165.6 million that begin to expire in 2017. The $8.3 million tax effect of the carryforwards results from differences in foreign tax rates. At December 31, 2004, the Corporation had a valuation allowance in accordance with Statement of Financial Accounting Standards No. 109, "Accounting for Income Taxes" ("Statement No. 109") of $8.3 million, related to foreign tax loss carryforwards.

Deferred income taxes reflect the net effects of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income

tax purposes. Significant components of the Corporation's deferred tax assets and liabilities are as follows:

## SUMMARY OF DEFERRED TAXES  *(dollars in thousands)*

| December 31, | 2004 | 2003 |
|---|---|---|
| **Deferred Tax Assets** | | |
| Reserve for possible credit losses and the estimate of uncollectible accrued interest and fees | $ 197,506 | $ 292,235 |
| Customer incentive programs | 120,289 | 90,357 |
| Intangible assets | 267,641 | 226,754 |
| Foreign tax loss carryforwards and tax credits | 8,279 | 4,142 |
| Other deferred tax assets | 352,199 | 341,654 |
| Total deferred tax assets | 945,914 | 955,142 |
| Valuation allowance | (8,279) | (4,142) |
| Total deferred tax assets less valuation allowance | 937,635 | 951,000 |
| **Deferred Tax Liabilities** | | |
| Securitizations and related items | (372,537) | (380,350) |
| Software | (157,476) | (118,368) |
| Deferred fee income | (127,088) | (50,162) |
| Other deferred tax liabilities | (95,394) | (79,090) |
| Total deferred tax liabilities | (752,495) | (627,970) |
| Net deferred tax assets | $ 185,140 | $ 323,030 |

## NOTE 24: EMPLOYEE BENEFITS
The Corporation has a noncontributory defined benefit pension plan ("Pension Plan") and a supplemental executive retirement plan ("SERP").

### PENSION PLAN
The Corporation's Pension Plan covers substantially all people employed by the Corporation in the United States who meet certain age and service requirements. Retirement benefits are based on the number of years of benefit service and a percentage of the participant's average annual compensation during the five highest paid consecutive years of their last 10 years of employment. The Corporation's funding policy is to have the market value of the Pension Plan's assets achieve a target-funded ratio between 100% and 120% on a projected benefit obligation ("PBO") basis, and that only tax-deductible contributions may be made. This target-funded ratio is intended to accelerate the time frames when the Pension Plan will no longer require additional annual contributions. The target-funded ratio was not achieved in 2004, nor is it likely to be achieved in 2005 as a result of the capital market and interest rate environments, as well as limitations on permissible tax-deductible contributions to the Pension Plan. The target-funded ratio is calculated by dividing the fair market value of plan assets by the PBO. At December 31, 2004, the Pension Plan's assets of $481.3 million and a PBO of $595.3 million, based on the fair market value of the Pension Plan's assets had a target-funded ratio of 81%, based on the fair market value of the Pension Plan's assets of $481.3 million and a PBO of $595.3 million. At December 31, 2003, the Pension Plan had a target-funded ratio of 73%, based on the fair market value of the Pension Plan's assets of $378.4 million and a PBO of $517.8 million. As of December 31, 2004 and 2003, the Pension Plan had a funded ratio on an accumulated benefit obligation ("ABO") basis of 140% and 135%, respectively.

**BENEFIT PLAN FINANCIAL INFORMATION** *(dollars in thousands)*

| Year Ended December 31, | Pension Plan | | SERP | | Total | |
|---|---|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 | 2004 | 2003 |
| **Change in Benefit Obligation** | | | | | | |
| Net benefit obligation, beginning of year | $ 517,846 | $ 397,182 | $ 227,595 | $ 176,580 | $ 745,441 | $ 573,762 |
| Service cost-benefits earned during the year | 60,225 | 49,775 | 14,674 | 15,090 | 74,899 | 64,865 |
| Interest cost on projected benefit obligation | 34,511 | 28,899 | 13,732 | 12,964 | 48,243 | 41,863 |
| Actuarial (gain) loss | (13,427) | 45,551 | (15,108) | 17,483 | (28,535) | 63,034 |
| Plan amendments | — | — | (160) | 7,218 | (160) | 7,218 |
| Gross benefits paid | (3,880) | (3,561) | (3,184) | (1,740) | (7,064) | (5,301) |
| Special termination benefits | — | — | 2,210 | — | 2,210 | — |
| Net benefit obligation, end of year | $ 595,275 | $ 517,846 | $ 239,759 | $ 227,595 | $ 835,034 | $ 745,441 |
| **Change in Plan Assets** | | | | | | |
| Fair value of plan assets, beginning of year | $ 378,407 | $ 263,336 | $ — | $ — | $ 378,407 | $ 263,336 |
| Actual return on plan assets | 37,859 | 49,632 | — | — | 37,859 | 49,632 |
| Employer contributions | 68,959 | 69,000 | 3,184 | 1,740 | 72,143 | 70,740 |
| Gross benefits paid | (3,880) | (3,561) | (3,184) | (1,740) | (7,064) | (5,301) |
| Fair value of plan assets, end of year | $ 481,345 | $ 378,407 | $ — | $ — | $ 481,345 | $ 378,407 |
| Funded status | $ (113,930) | $ (139,439) | $ (239,759) | $ (227,595) | $ (353,689) | $ (367,034) |
| Unrecognized net actuarial loss | 171,098 | 196,528 | 26,705 | 43,224 | 197,803 | 239,752 |
| Unrecognized prior service cost | 11,315 | 12,400 | 41,120 | 44,399 | 52,435 | 56,799 |
| Unrecognized net transition obligation | — | — | 1,279 | 1,694 | 1,279 | 1,694 |
| Fourth quarter contributions | — | — | 1,205 | — | 1,205 | — |
| Net amount recognized | $ 68,483 | $ 69,489 | $ (169,450) | $ (138,278) | $ (100,967) | $ (68,789) |
| **Amounts Recognized in the Consolidated Statements of Financial Condition** | | | | | | |
| Prepaid benefit cost | $ 68,483 | $ 69,489 | $ — | $ — | $ 68,483 | $ 69,489 |
| Accrued benefit cost | — | — | (169,450) | (138,278) | (169,450) | (138,278) |
| Additional minimum liability | — | — | (48,134) | (69,681) | (48,134) | (69,681) |
| Intangible asset | — | — | 42,399 | 46,093 | 42,399 | 46,093 |
| Accumulated other comprehensive income | — | — | 5,735 | 23,588 | 5,735 | 23,588 |
| Net amount recognized | $ 68,483 | $ 69,489 | $ (169,450) | $ (138,278) | $ (100,967) | $ (68,789) |
| **Significant Assumptions used to Determine Benefit Obligations, End of Year** | | | | | | |
| Discount rate | 6.25% | 6.00% | 6.25% | 6.00% | | |
| Rate of compensation increase | 5.00 | 5.00 | 5.00 | 5.00 | | |
| Expected rate of return on plan assets | 8.75 | 9.00 | | | | |

**SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN**

The Corporation's SERP established in 1991, provides certain officers with supplemental retirement benefits in excess of limits imposed on qualified plans by federal tax law. The SERP provides a retirement benefit up to a maximum of 80% of the participants' highest average salary for any 12 month period during the 72 months preceding retirement. The SERP is unfunded, however, the Corporation has life insurance policies on certain participants of the SERP with a cash surrender value of $113.7 million and $83.9 million at December 31, 2004 and 2003, respectively.

Financial information for both the Pension Plan and the SERP is presented in the table above. MBNA Corporation uses a measurement date of September 30, 2004 for both its Pension Plan and SERP.

**BENEFIT PLAN FINANCIAL INFORMATION**

In 2004, the Corporation increased the discount rate used to value its PBO for both the Pension Plan and the SERP to 6.25% from 6.00% in 2003, as a result of a refinement in the methodology used to calculate the discount rate. The change in the discount rate decreased the PBO for the Pension Plan and the SERP by approximately $36 million and $8 million,

respectively, for the year ended December 31, 2004. Net periodic benefit cost for the Pension Plan and the SERP increased by $6.6 million in 2004, as compared to 2003, primarily as a result of assumption changes, driven by a discount rate decrease, $12.3 million; offset in part by actuarial losses, $5.3 million.

In 2004, the Corporation decreased its expected rate of return on plan assets assumption for the Pension Plan to 8.75% from 9.00% in 2003. The expected return on plan assets assumption was determined based on the Pension Plan's asset allocation, a review of historic market performance, historical plan performance, and a forecast of expected future asset returns.

In 2004, the Corporation retained its expected rate of compensation increase for both the Pension Plan and the SERP. The expected rate of compensation increase was determined based on the long-term expectation of compensation rate increases.

During 2004, the Corporation incurred special termination benefit charges of $2.2 million, which related to SERP participants retiring earlier than expected. This amount is excluded from the components of net periodic benefit cost in the following table.

## COMPONENTS OF NET PERIODIC BENEFIT COST *(dollars in thousands)*

| | Pension Plan | | | SERP | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| Year Ended December 31, | 2004 | 2003 | 2002 | 2004 | 2003 | 2002 | 2004 | 2003 | 2002 |
| Service cost-benefits earned during the year | $ 60,225 | $ 49,775 | $ 37,813 | $14,674 | $15,090 | $13,115 | $ 74,899 | $ 64,865 | $ 50,928 |
| Interest cost on projected benefit obligation | 34,511 | 28,899 | 23,349 | 13,732 | 12,964 | 11,299 | 48,243 | 41,863 | 34,648 |
| Expected return on plan assets | (37,702) | (26,050) | (25,579) | – | – | – | (37,702) | (26,050) | (25,579) |
| Net amortization and deferral: | | | | | | | | | |
|     Prior service cost | 1,085 | 1,085 | 730 | 3,119 | 3,136 | 2,598 | 4,204 | 4,221 | 3,328 |
|     Actuarial loss | 11,846 | 10,593 | 2,910 | 700 | 146 | – | 12,546 | 10,739 | 2,910 |
|     Transition (asset) obligation | – | – | (69) | 415 | 415 | 415 | 415 | 415 | 346 |
|     Net amortization and deferral | 12,931 | 11,678 | 3,571 | 4,234 | 3,697 | 3,013 | 17,165 | 15,375 | 6,584 |
|     Net periodic benefit cost | $ 69,965 | $ 64,302 | $ 39,154 | $32,640 | $31,751 | $27,427 | $102,605 | $ 96,053 | $ 66,581 |
| **Assumptions Used to Determine Net Periodic Benefit Cost** | | | | | | | | | |
| Discount rate | 6.00% | 6.75% | 7.50% | 6.00% | 6.75% | 7.50% | | | |
| Rate of compensation increase | 5.00 | 5.50 | 6.00 | 5.00 | 5.50 | 6.00 | | | |
| Expected return on plan assets | 9.00 | 9.00 | 9.50 | | | | | | |

## COMPONENTS OF NET PERIODIC BENEFIT COST

The components of net periodic benefit cost for the Pension Plan and SERP are presented in the table above.

## PLAN ASSETS

The Corporation's Pension Plan asset allocation at December 31, 2004 and 2003, and the target allocation for 2005, are as follows:

| | Target Allocation For | Percentage of Plan Assets at Year End | |
|---|---|---|---|
| Year Ended December 31, | 2005 | 2004 | 2003 |
| **Asset Category** | | | |
|     Equity securities | 70% | 73% | 71% |
|     Tactical asset allocation | – | 10 | 10 |
|     Debt securities | 25 | 17 | 19 |
|     Real estate | 5 | – | – |
|     Total | 100% | 100% | 100% |

The purpose of the tactical asset allocation component of the Pension Plan is to take advantage of opportunities when market conditions are favorable for equity, fixed income or cash. This exposure has historically provided equity-like returns on plan assets with volatility similar to that of fixed income. All allocations are rebalanced after they migrate +/- 5 percentage points from their target allocation.

The obligations of the Pension Plan are dominated by obligations for active employees. Only 4% of the obligation is attributable to retirees. Because the timing of expected benefit payments is so far in the future and the size of the plan assets are small relative to the Corporation's assets, the investment strategy is to allocate a large portion of assets to equities, which the Corporation believes will provide the highest return over future periods. The fixed income assets are invested in long duration debt securities in order to better match the duration of the plan obligations.

The Corporation periodically conducts an asset/liability modeling study to ensure the investment strategy is aligned with the profile of the obligations. In 2004, such a review was conducted and resulted in the new target allocation presented in the table above. The new target allocation will be implemented in 2005. The long-term goals are to maximize the plan funded status, minimize contributions and pension expense, while taking into consideration the potential volatility risks of each of these items.

The projected benefit obligation, accumulated benefit obligation, and fair value of plan assets for the employee benefit plans are presented in the table below.

## EMPLOYEE BENEFIT PLAN INFORMATION
*(dollars in thousands)*

| December 31, | 2004 | 2003 |
|---|---|---|
| **Pension Plan** | | |
| Projected benefit obligation | $ 595,275 | $517,846 |
| Accumulated benefit obligation | 342,630 | 279,696 |
| Fair value of plan assets | 481,345 | 378,407 |
| **SERP** | | |
| Projected benefit obligation | 239,759 | 227,595 |
| Accumulated benefit obligation | 218,789 | 207,959 |
| Fair value of plan assets | – | – |

## EXPECTED CASH FLOWS

A summary of the Corporation's estimated pension and SERP benefit cash flows for the next ten years is presented in the following table.

## EXPECTED CASH FLOWS *(dollars in thousands)*

| | Pension Plan | SERP | Total |
|---|---|---|---|
| **Expected Employer Contributions** | | | |
| 2005 to plan trust | $ 75,000 | $ – | $ 75,000 |
| 2005 to plan participants | – | 8,716 | 8,716 |
| **Expected Benefit Payments** | | | |
| 2005 | 3,358 | 8,716 | 12,074 |
| 2006 | 4,372 | 10,286 | 14,658 |
| 2007 | 5,709 | 11,363 | 17,072 |
| 2008 | 7,499 | 12,775 | 20,274 |
| 2009 | 9,788 | 14,917 | 24,705 |
| 2010 through 2014 | 104,842 | 106,410 | 211,252 |

## 401(k) PLUS SAVINGS PLAN

The MBNA Corporation 401(k) Plus Savings Plan ("401(k) Plan") is a defined contribution plan that is intended to qualify under section 401(k) of the Internal Revenue Code. The 401(k) Plan covers substantially all people in the United States who have been employed by the Corporation for one or more years and have completed at least one thousand hours of service in any one-year. For these people, the Corporation automatically contributes 1% of an eligible person's base salary in cash.

Additionally, eligible participants may contribute up to a maximum of 25% of base salary on a pre-tax basis and 15% on an after-tax basis, with the first 6% matched at a rate of 50% by the Corporation in cash. The Corporation recorded $31.3 million, $28.6 million, and $27.0 million to other operating expense for the costs related to the 401(k) Plan for the years ended 2004, 2003, and 2002, respectively.

#### OTHER PLANS

The Corporation's foreign bank subsidiaries each have a defined contribution plan for their employees. MBNA Europe has a defined contribution plan that covers substantially all of its people who meet certain age and service requirements. MBNA Europe contributes 6% of an eligible person's base salary in cash. In addition, eligible participants may contribute up to a maximum of 15% of base salary, with the first 6% matched at a rate of 50% by MBNA Europe in cash. MBNA Canada has a defined contribution plan that covers substantially all of its people who meet certain age and service requirements. MBNA Canada contributes 5% of an eligible person's base salary in cash. In addition, eligible participants may contribute up to a maximum of 10% of base salary, with the first 6% matched at a rate of 50% by MBNA Canada in cash. MBNA España contributes 3% on the first €32,778 of base salary and 9% on the base salary above €32,778. In addition, eligible participants may contribute up to a maximum of 6% of base salary, with the first 3% matched at a rate of 50% by MBNA España in cash. The Corporation recorded $15.8 million, $11.0 million, and $8.3 million of other operating expense related to these other plans for the years ended 2004, 2003, and 2002, respectively.

#### POSTRETIREMENT AND POSTEMPLOYMENT BENEFITS

The Corporation and its subsidiaries provide certain health care and life insurance benefits for certain people upon early retirement through normal retirement age. Initially, a plan was established for people age 45 and older with at least 10 years of service at December 31, 1993. The plan was closed to future enrollment effective December 31, 1998. The plan was extended on January 1, 1999, to people age 40 and older with at least five years of service. A person must meet the requirements for early retirement status to be eligible for these benefits. The Corporation records the estimated cost of benefits provided to its former or inactive employees on an accrual basis. The expenses for these benefits are charged to other operating expense and were not material to the Corporation's consolidated financial statements.

The Corporation's estimated future health care trend rates are presented in the following table.

#### ASSUMED HEALTH CARE COST TREND RATES

| December 31, | 2004 | 2003 |
|---|---|---|
| Health care cost trend rate assumed for next year | 9.00% | 11.00% |
| Rate to which the cost trend is assumed to decline (the ultimate trend rate) | 5.00 | 5.00 |
| Year that the rate reaches the ultimate trend rate | 2013 | 2013 |

At September 30, 2004, a one-percentage-point change in assumed health care cost trend rates would have the following effect:

#### HEALTHCARE EFFECT *(dollars in thousands)*

| | 1-Percentage Point Increase | 1-Percentage Point Decrease |
|---|---|---|
| Effect on postretirement benefit obligation | $ 5,009 | $ (4,462) |
| Effect on total of service cost and interest cost | 538 | (477) |

Financial Staff Position No. FAS 106-2, which superceded Financial Staff Position No. FAS 106-1, addresses the accounting and disclosure implications resulting from the Medicare Prescription Drug, Improvement and Modernization Act of 2003 (the "Act"), which was enacted on December 8, 2003. The Act introduced a prescription drug benefit under Medicare as well as a federal subsidy to sponsors of retiree health care benefit plans that provide a benefit that is at least actuarially equivalent to Medicare. The Corporation's accounting for its health care benefit plan is not impacted by the effects of the Act since retirees contribute 100% of the cost for post-65 coverage.

In January 2005, the Corporation announced that it will take a one-time restructuring charge in the first quarter of 2005. The restructuring charge will affect both the Pension Plan and the SERP. See Note 34: Subsequent Events for further details on the restructuring charge. The information in the footnote above excludes any impact from this restructuring.

### NOTE 25: STOCK-BASED EMPLOYEE COMPENSATION

The Corporation's 1997 Long Term Incentive Plan ("1997 Plan") and 1991 Long Term Incentive Plan ("1991 Plan") authorize the issuance of shares of common stock pursuant to incentive and nonqualified stock options and restricted share awards to officers, directors, key employees, consultants, and advisors of the Corporation. Currently, all stock options and restricted stock awards are granted from the 1997 Plan.

The 1997 Plan authorizes, subject to certain exceptions and additional limitations, grants of stock options and restricted shares for an indefinite number of shares of common stock, provided that immediately after the grants, the sum of the number of outstanding stock options and restricted shares does not exceed 10% of fully diluted shares outstanding as defined in the 1997 Plan. At December 31, 2004, 2003, and 2002, the maximum amount of shares of common stock available for future award grants under the 1997 Plan were 41.7 million shares, 26.9 million shares, and 15.8 million shares, respectively. The maximum number of restricted stock awards that can be granted in any calendar year is 3 million shares, not including restricted stock awards in lieu of payment of cash bonuses. The maximum number of stock options that can be granted to any one participant in any calendar year is 3.38 million options.

Stock options are granted with an exercise price that is not less than the fair market value of the Corporation's Common Stock on the date the option is granted, and none may be exercised more than 10 years from the date of grant. Stock options granted to selected officers and key employees of the Corporation normally become exercisable for one-fifth of the common shares subject

to the options each year and continue to become exercisable for up to one-fifth per year until they are completely exercisable after five years. Stock options granted to nonemployee directors and certain selected officers are exercisable immediately.

The Corporation granted 50,000 stock options in 2004, 1.6 million stock options in 2003, and 4.6 million stock options in 2002 which were immediately exercisable following the effective date of the grant. During 2004, 2003, and 2002, there were no performance-based common stock options granted.

Restricted common shares were also issued under the 1997 Plan to the Corporation's senior officers for a total of 2.8 million common shares in 2004, including 1.1 million common shares issued in lieu of payment of cash bonuses, 5.4 million common shares in 2003, including 2.4 million common shares issued in lieu of payment of cash bonuses, and 3.0 million common shares in 2002. The restricted common shares issued had an approximate aggregate market value of $74.5 million, $111.4 million, and $69.1 million at the time of grant for 2004, 2003, and 2002, respectively. The market value of these restricted shares at the date of grant is amortized into expense over a period that approximates the restriction period, which is 10 years, or less if the restricted common shares had a specific vesting date less than 10 years from date of grant. If the restrictions lapse, generally upon death, disability or retirement, or are released sooner, any remaining unamortized compensation expense related to the restricted shares is immediately expensed. At December 31, 2004 and 2003, the unamortized compensation expense related to the restricted stock awards was $167.3 million and $183.3 million, respectively.

To the extent stock options are exercised or restricted shares are awarded from time to time under the Corporation's Long Term Incentive Plans, the Board of Directors has approved the purchase, on the open market or in privately negotiated transactions, of the number of common shares issued. The Corporation considers these stock repurchases in maintaining its liquidity position. During 2004, the Corporation purchased 16.7 million common shares for $432.4 million in connection with the issuance of restricted stock and the exercise of stock options and received $192.3 million in proceeds from the exercise of those stock options. During 2003, the Corporation purchased 29.2 million common shares for $618.3 million in connection with the issuance of restricted stock and the exercise of stock options

## SUMMARY OF STOCK OPTION PLANS ACTIVITY
*(shares in thousands)*

| | Number of Shares | | Weighted Average Exercise Price |
|---|---|---|---|
| **2004** | | | |
| Options outstanding, beginning of year | 99,197 | $ | 17.66 |
| Granted | 50 | | 24.71 |
| Exercised | (13,822) | | 13.91 |
| Canceled | (608) | | 20.66 |
| Options outstanding, end of year | 84,817 | | 18.25 |
| Options exercisable, end of year | 69,458 | | 17.41 |
| Weighted average fair value of options granted during the year | $ 7.41 | | |
| **2003** | | | |
| Options outstanding, beginning of year | 110,728 | $ | 16.05 |
| Granted | 12,514 | | 20.54 |
| Exercised | (23,708) | | 11.63 |
| Canceled | (337) | | 19.78 |
| Options outstanding, end of year | 99,197 | | 17.66 |
| Options exercisable, end of year | 71,526 | | 16.17 |
| Weighted average fair value of options granted during the year | $ 7.02 | | |
| **2002** | | | |
| Options outstanding, beginning of year | 113,026 | $ | 12.66 |
| Granted | 20,675 | | 23.88 |
| Exercised | (22,521) | | 6.15 |
| Canceled | (452) | | 19.90 |
| Options outstanding, end of year | 110,728 | | 16.05 |
| Options exercisable, end of year | 80,748 | | 14.11 |
| Weighted average fair value of options granted during the year | $ 8.37 | | |

and received $275.8 million in proceeds from the exercise of those stock options. During 2002, the Corporation purchased 25.5 million common shares for $615.5 million in connection with the issuance of restricted stock and the exercise of stock options and received $138.4 million in proceeds from the exercise of those stock options.

## SUMMARY OF STOCK OPTIONS OUTSTANDING *(shares in thousands)*

| December 31, 2004 | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|
| Range of Exercise Prices | Number of Shares | Weighted Average Remaining Contractual Life | Weighted Average Exercise Price | Number of Shares | Weighted Average Exercise Price |
| $ 1.00 to $ 4.99 | 1,523 | .86 years | $ 4.88 | 1,523 | $ 4.88 |
| 5.00 to 9.99 | 9,577 | 2.10 | 8.04 | 9,577 | 8.04 |
| 10.00 to 14.99 | 16,345 | 4.25 | 14.24 | 16,345 | 14.24 |
| 15.00 to 19.99 | 9,472 | 4.41 | 17.74 | 9,417 | 17.74 |
| 20.00 to 24.99 | 47,890 | 7.08 | 22.19 | 32,586 | 22.24 |
| 25.00 to 30.00 | 10 | 9.42 | 25.36 | 10 | 25.36 |
| 1.00 to 30.00 | 84,817 | | | 69,458 | |

## NOTE 26: OTHER OPERATING EXPENSE

**OTHER EXPENSE COMPONENT OF TOTAL OTHER OPERATING EXPENSE** *(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| Purchased services | $ 656,505 | $ 582,724 | $ 544,104 |
| Advertising | 390,572 | 421,965 | 315,393 |
| Collection | 110,999 | 77,482 | 54,872 |
| Stationery and supplies | 41,389 | 41,833 | 48,073 |
| Service bureau | 95,530 | 83,171 | 75,444 |
| Postage and delivery | 441,303 | 459,592 | 366,129 |
| Telephone usage | 88,630 | 89,448 | 86,562 |
| Loan receivable fraud losses | 150,195 | 139,193 | 160,639 |
| Amortization of intangible assets | 453,837 | 410,973 | 348,727 |
| Other | 277,397 | 207,031 | 248,317 |
| Total other expense | $2,706,357 | $2,513,412 | $2,248,260 |

## NOTE 27: DIVIDEND LIMITATIONS

The payment of dividends in the future and the amount of such dividends, if any, will be at the discretion of the Corporation's Board of Directors. The payment of preferred and common stock dividends by the Corporation may be limited by certain factors, including regulatory capital requirements, broad enforcement powers of the federal bank regulatory agencies, and tangible net worth maintenance requirements under the Corporation's revolving credit facilities. The payment of common stock dividends may also be limited by the terms of the Corporation's preferred stock. If the Corporation has not paid scheduled dividends on the preferred stock, or declared the dividends and set aside funds for payment, the Corporation may not declare or pay any cash dividends on the common stock. In addition, if the Corporation defers interest for consecutive periods covering 10 semiannual periods or 20 consecutive quarterly periods, depending on the series, on the Corporation's junior subordinated deferrable interest debentures, the Corporation may not be permitted to declare or pay any cash dividends on the Corporation's Capital Stock or interest on the debt securities that have equal or less priority than the junior subordinated deferrable interest debentures.

The Corporation is a legal entity separate and distinct from its banking and other subsidiaries. The primary source of funds for payment of preferred and common stock dividends by the Corporation is dividends received from the Bank. The amount of dividends that a national bank may declare in any year is subject to certain regulatory restrictions. Generally, dividends declared in a given year by a national bank are limited to its net profit, as defined by regulatory agencies, for that year, combined with its retained net income for the preceding two years, less any required transfer to surplus or to a fund for the retirement of any preferred stock. In addition, a national bank may not pay any dividends in an amount greater than its undivided profits. Also, a national bank may not declare dividends if such declaration would leave the bank inadequately capitalized. Therefore, the ability of the Bank to declare dividends will depend on its future net income and capital requirements. At December 31, 2004, the amount of undivided profits available for declaration and payment of dividends from the Bank to the Corporation was $5.1 billion. The Bank's payment of dividends to the Corporation may also be limited by a tangible net worth requirement under the Corporation's senior syndicated revolving credit facility (discussed under "Note 29: Commitments and Contingencies"). This facility was not drawn upon at December 31, 2004. If this facility had been drawn upon at December 31, 2004, the amount of retained earnings available for declaration of dividends would have been limited to $3.8 billion. Also, banking regulators have indicated that national banks should generally pay dividends only out of current operating earnings. Following this practice, the amount of undivided profits available for the declaration and payment of dividends from the Bank to the Corporation was $1.9 billion at December 31, 2004. Payment of dividends by the Bank to the Corporation, however, can be further limited by federal bank regulatory agencies. In January 2005, the Corporation approved a share repurchase program of up to $2 billion of common stock over the next two years. The Corporation's dividend limitations will be considered prior to any share repurchases under this program.

## NOTE 28: CAPITAL ADEQUACY

**CAPITAL ADEQUACY** *(dollars in thousands)*

| | Actual Amount | Actual Ratio | For Capital Adequacy Purposes Amount | For Capital Adequacy Purposes Ratio | To Be Well-Capitalized Under Prompt Corrective Action Provisions Amount | To Be Well-Capitalized Under Prompt Corrective Action Provisions Ratio |
|---|---|---|---|---|---|---|
| **December 31, 2004** | | | | | | |
| Tier 1 Capital (to Risk-Weighted Assets): | | | | | | |
| MBNA Corporation | $ 13,967,552 | 21.82% | $ 2,559,949 | 4.00% | (a) | |
| MBNA America Bank, N.A. | 12,643,465 | 21.51 | 2,351,544 | 4.00 | $ 3,527,316 | 6.00% |
| MBNA America (Delaware), N.A. | 575,650 | 15.79 | 145,781 | 4.00 | 218,671 | 6.00 |
| Total Capital (to Risk-Weighted Assets): | | | | | | |
| MBNA Corporation | 16,248,639 | 25.39 | 5,119,899 | 8.00 | (a) | |
| MBNA America Bank, N.A. | 14,849,178 | 25.26 | 4,703,088 | 8.00 | 5,878,860 | 10.00 |
| MBNA America (Delaware), N.A. | 622,707 | 17.09 | 291,562 | 8.00 | 364,452 | 10.00 |
| Tier 1 Capital (to Average Assets): | | | | | | |
| MBNA Corporation | 13,967,552 | 22.80 | 2,450,883 | 4.00 | (a) | |
| MBNA America Bank, N.A. | 12,643,465 | 21.87 | 2,312,592 | 4.00 | 2,890,740 | 5.00 |
| MBNA America (Delaware), N.A. | 575,650 | 16.12 | 142,833 | 4.00 | 178,541 | 5.00 |
| **December 31, 2003** | | | | | | |
| Tier 1 Capital (to Risk-Weighted Assets): | | | | | | |
| MBNA Corporation | $ 11,998,873 | 18.47% | $ 2,598,126 | 4.00% | (a) | |
| MBNA America Bank, N.A. | 10,286,026 | 16.38 | 2,512,467 | 4.00 | $ 3,768,700 | 6.00% |
| MBNA America (Delaware), N.A. | 526,630 | 28.38 | 74,214 | 4.00 | 111,321 | 6.00 |
| Total Capital (to Risk-Weighted Assets): | | | | | | |
| MBNA Corporation | 14,409,042 | 22.18 | 5,196,252 | 8.00 | (a) | |
| MBNA America Bank, N.A. | 12,644,844 | 20.13 | 5,024,933 | 8.00 | 6,281,167 | 10.00 |
| MBNA America (Delaware), N.A. | 551,920 | 29.75 | 148,428 | 8.00 | 185,535 | 10.00 |
| Tier 1 Capital (to Average Assets): | | | | | | |
| MBNA Corporation | 11,998,873 | 20.52 | 2,338,976 | 4.00 | (a) | |
| MBNA America Bank, N.A. | 10,286,026 | 18.52 | 2,221,105 | 4.00 | 2,776,382 | 5.00 |
| MBNA America (Delaware), N.A. | 526,630 | 32.47 | 64,870 | 4.00 | 81,088 | 5.00 |

(a) Not applicable for bank holding companies.

The Corporation is subject to risk-based capital guidelines adopted by the Federal Reserve Board for bank holding companies. The Bank and MBNA Delaware are also subject to similar capital requirements adopted by the Office of the Comptroller of the Currency. Under these requirements, the federal bank regulatory agencies have established quantitative measures to ensure that minimum thresholds for Tier 1 Capital, Total Capital, and Leverage (Tier 1 Capital divided by average assets) ratios are maintained. Failure to meet these minimum capital requirements can initiate certain mandatory, and possible additional discretionary, actions by the federal bank regulators that, if undertaken, could have a direct material effect on the Corporation's, the Bank's, and MBNA Delaware's consolidated financial statements. Under the capital adequacy guidelines and the regulatory framework for prompt corrective action, the Corporation, the Bank, and MBNA Delaware must meet specific capital guidelines that involve quantitative measures of their assets, liabilities, and certain off-balance sheet items as calculated under regulatory accounting practices.

The Corporation's, the Bank's, and MBNA Delaware's capital amounts and classification are also subject to qualitative judgments by the federal bank regulators about components, risk weightings, and other factors. At December 31, 2004 and 2003, the Corporation's, the Bank's, and MBNA Delaware's capital exceeded all minimum regulatory requirements to which they are subject, and the Bank and MBNA Delaware were "well-capitalized" as defined under the federal bank regulatory guidelines. The risk-based capital ratios have been computed in accordance with regulatory accounting practices. At December 31, 2004, no conditions or events had occurred that changed the Corporation's classification as "adequately capitalized" and the Bank's or MBNA Delaware's classification as "well capitalized."

MBNA Delaware's Tier 1, Total, and Leverage Capital ratios decreased from December 31, 2003 primarily as a result of the SFS acquisition on March 31, 2004. Note 5: Acquisitions to the consolidated financial statements provides further detail regarding the acquisition.

MBNA Europe and MBNA Canada are regulated by the Financial Services Authority ("FSA") and the Office of the Superintendent of Financial Institutions ("OSFI"), respectively, in regards to capital adequacy. As of December 31, 2004, MBNA Europe and MBNA Canada are compliant in regards to capital standards.

## NOTE 29: COMMITMENTS AND CONTINGENCIES

A loan commitment, commonly referred to as a line of credit, is an agreement to lend to a Customer subject to the Customer's compliance with the Customer's account agreement. The Corporation can reduce or cancel a line of credit by providing the required prior notice to the Customer, or without notice if permitted by law. The Corporation had outstanding lines of credit of $700.2 billion and $681.6 billion committed to its Customers at December 31, 2004 and 2003, respectively. Of those total commitments, $578.6 billion and $563.1 billion were unused at December 31, 2004 and 2003, respectively. While these amounts represent the total available lines of credit to Customers, the Corporation has not experienced and does not anticipate that all of its Customers will exercise their entire available line of credit at any given point in time.

Also, the Corporation holds Community Development investments in the form of limited partnership interests that qualify under the Community Reinvestment Act ("CRA"). These unfunded investment commitments, which are recorded as liabilities when originated, totaled $154.3 million and $110.8 million at December 31, 2004 and 2003, respectively.

Additionally, the Corporation had off-balance sheet commitments to purchase when-issued CRA qualifying securities and fund CRA related loans of $57.7 million and $41.3 million at December 31, 2004 and 2003, respectively. The Corporation may not cancel these commitments.

The Corporation, the Bank, and their affiliates are commonly subject to various pending or threatened legal proceedings, including certain class actions, arising out of the normal course of business. In view of the inherent difficulty of predicting the outcome of such matters, the Corporation cannot state what the eventual outcome of these matters will be. However, the Corporation believes, based on current knowledge and after consultation with counsel, that the outcome of such matters will not have a material adverse effect on the Corporation's consolidated financial condition or results of operations. Amounts that have been recognized for such losses as of December 31, 2004 and 2003 and not yet paid are included in the consolidated statements of financial condition under accrued expenses and other liabilities and are not material to the consolidated financial statements at December 31, 2004 and 2003, respectively.

The Bank, MBNA Europe, and the Corporation have a $2.5 billion senior unsecured syndicated revolving credit facility committed through July 2007, available to the Bank and MBNA Europe with sublimit availability in an amount of $500.0 million for the Corporation. The Bank unconditionally and irrevocably guarantees the obligations of MBNA Europe under the facility.

Advances from the $2.5 billion senior unsecured syndicated revolving credit facility are subject to covenants and conditions customary in a transaction of this nature. These conditions include requirements for both the Corporation and the Bank to maintain a minimum level of consolidated tangible net worth. These conditions also require the Bank to not permit its managed loan receivables 90 days or more past due plus nonaccruing receivables to exceed 6% of managed receivables, as defined by the agreement, and to maintain its regulatory capital ratios at or above regulatory "well-capitalized" requirements as defined by the agreement. In addition, these conditions require that the Corporation not permit its double leverage ratio (defined as the sum of the Corporation's intangible assets and investment in subsidiaries divided by total stockholders' equity) to exceed 1.25 and to maintain its regulatory capital ratios at or above regulatory minimum requirements. The credit facility agreement requires a certification process to support compliance with such covenants and conditions. As of the latest certification date the Corporation was in compliance with all of its covenants and conditions. At December 31, 2004, the ratio of the Bank's managed loan receivables 90 days or more past due plus nonaccruing receivables to managed receivables was 2.24%, the Corporation's double leverage ratio was 1.04, and the level of consolidated tangible net worth exceeded the minimum levels required by $3.8 billion and $3.9 billion for the Bank and the Corporation, respectively. See Note 28: Capital Adequacy for further detail on the Corporation's regulatory capital requirements. Rating triggers are related to pricing only and do not affect availability. This facility, while not designated to support any capital markets program, may be used for general corporate purposes and was not drawn upon at December 31, 2004.

MBNA Europe has a £350.0 million (approximately $676.2 million at December 31, 2004) multi-currency syndicated revolving credit facility committed until October 2009. In October 2004, this facility replaced the £325.0 million multi-currency syndicated revolving credit facility with an original maturity date of June 2005. MBNA Europe may take advances under the facility subject to covenants and conditions customary in a transaction of this nature, including requirements for tangible net worth, as defined by the agreement. The credit facility agreement requires a certification process to support compliance with such covenants and conditions. As of the latest certification date the Corporation was in compliance with all of its covenants and conditions. At December 31, 2004, the level of consolidated tangible net worth for the Bank, as guarantor, exceeded the minimum levels required by $3.8 billion. This facility contains no rating related triggers. This facility is unconditionally and irrevocably guaranteed by the Bank. The facility, while not designated to support any capital markets program, may be used for general corporate purposes and was not drawn upon at December 31, 2004.

In connection with the PCL acquisition in the first quarter of 2004, MBNA Europe assumed a short-term on-balance sheet financing structured transaction with an available limit of £750.0 million (approximately $1.4 billion). MBNA Europe may take advances under the facility subject to covenants and conditions customary in a transaction of this nature. At December 31, 2004, this financing structured transaction had an outstanding balance of £527.0 million (approximately $1.0 billion) consisting of several tranches with maturities ranging between one to three months. These tranches are renewable upon maturity. This financing structured transaction is secured by £930.4 million (approximately $1.8 billion) of assets. The drawn upon portion of this on-balance sheet financing structured transaction is included in short-term borrowings in the Corporation's consolidated statements of financial condition. See Note 5: Acquisitions for further detail regarding the PCL acquisition.

MBNA Canada has a CAD$350.0 million (approximately $290.8 million at December 31, 2004) multi-currency syndicated revolving credit facility committed through July 2007. MBNA Canada may take advances under the facility subject to covenants and conditions customary in a transaction of this nature, including requirements for tangible net worth, as defined by the agreement. The credit facility agreement requires a certification process to support compliance with such covenants and conditions. As of the latest certification date the Corporation was in compliance with all of its covenants and conditions. At December 31, 2004, the level of consolidated tangible net worth for the Bank, as guarantor, exceeded the minimum levels required by $4.1 billion. Rating triggers are related to pricing only and do not affect availability. This facility is unconditionally and irrevocably guaranteed by the Bank. This facility, while not designated to support any capital markets program, may be used for general corporate purposes and was not drawn upon at December 31, 2004.

Total commitment fees for all of the Corporation's credit facilities totaled approximately $10 million for 2004.

In connection with the MBNA Master Consumer Loan Trust ("CLMT") and American Loan Financing Trust ("ALF"), the

investors have entered into interest rate hedge agreements (the "swaps") with swap counterparties to reduce interest rate risks associated with their investment. ALF is an on-balance sheet financing structured transaction. See Note 18: Short-Term Borrowings to the consolidated financial statements. In order to facilitate these swap arrangements, the Corporation has agreed with the swap counterparties to either pay the fair value liability (including certain unpaid amounts, if any) of the swaps or receive the fair value asset of the swaps, but only in the event the securitization transaction terminates prior to the swaps. At December 31, 2004, the fair value liability of the swaps was approximately $52 million for CLMT and ALF. The Corporation considers the possibility of the occurrence of the events giving rise to its obligations under the CLMT and ALF agreements to be remote.

## NOTE 30: FOREIGN ACTIVITIES

### SELECTED FOREIGN FINANCIAL DATA
*(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---|---|---|
| **United Kingdom/ Ireland/ Spain** | | | |
| Total assets | $15,534,772 | $11,958,296 | $ 9,194,940 |
| Total income | 2,055,737 | 1,671,370 | 1,298,322 |
| Income before income taxes | 177,453 | 262,401 | 199,986 |
| Net income | 136,652 | 198,076 | 148,497 |
| **Canada** | | | |
| Total assets | 1,449,344 | 1,506,838 | 1,064,344 |
| Total income | 406,095 | 398,420 | 281,327 |
| Income before income taxes | 147,728 | 143,782 | 93,962 |
| Net income | 80,089 | 87,897 | 79,123 |
| **Other Foreign** | | | |
| Total assets | 1,101,336 | 2,377,345 | 2,426,402 |
| Total income | 45,612 | 40,068 | 22,029 |
| Loss before income taxes | (42,369) | (53,776) | (13,973) |
| Net loss | (27,328) | (34,686) | (8,873) |
| **Total Foreign** | | | |
| Total assets | 18,085,452 | 15,842,479 | 12,685,686 |
| Total income | 2,507,444 | 2,109,858 | 1,601,678 |
| Income before income taxes | 282,812 | 352,407 | 279,975 |
| Net income | 189,413 | 251,287 | 218,747 |
| **Domestic** | | | |
| Total assets | 43,628,688 | 43,270,876 | 40,171,060 |
| Total income | 9,819,561 | 9,574,506 | 8,829,315 |
| Income before income taxes | 3,848,817 | 3,306,598 | 2,505,441 |
| Net income | 2,487,883 | 2,086,817 | 1,547,207 |
| **MBNA Corporation** | | | |
| Total assets | 61,714,140 | 59,113,355 | 52,856,746 |
| Total income | 12,327,005 | 11,684,364 | 10,430,993 |
| Income before income taxes | 4,131,629 | 3,659,005 | 2,785,416 |
| Net income | 2,677,296 | 2,338,104 | 1,765,954 |

The Corporation's foreign activities are primarily performed through the Bank's two foreign bank subsidiaries, MBNA Europe, which has branches in Spain and Ireland, and MBNA Canada. The Bank's net investment in MBNA Europe was $3.0 billion and in MBNA Canada was $576.8 million at December 31, 2004. The Bank also has a foreign branch office that invests in interest-earning time deposits and accepts Eurodollar deposits. This branch also participates in a portion of the remaining undivided interests in loan principal receivables securitized by MBNA Europe.

Because certain foreign operations are integrated with many of the Bank's domestic operations, certain estimates and

assumptions have been made to assign income and expense items between domestic and foreign operations. Amounts are allocated for interest costs to users of funds, capital invested, income taxes, and for other items incurred. The provision for possible credit losses is allocated based on specific charge-off experience and risk characteristics of the foreign loan receivables.

### FOREIGN LOAN RECEIVABLES DISTRIBUTION (a)
*(dollars in thousands)*

| December 31, | 2004 | 2003 |
|---|---|---|
| **Loans Held for Securitization** | | |
| Credit card | $ 1,199,678 | $2,798,190 |
| Other consumer | – | – |
| Commercial | – | – |
| Total loans held for securitization | 1,199,678 | 2,798,190 |
| **Loan Portfolio** | | |
| Credit card | 5,573,013 | 3,967,192 |
| Other consumer | 3,266,118 | 2,418,449 |
| Commercial | 1,226,191 | 38,142 |
| Total loan portfolio | 10,065,322 | 6,423,783 |
| Total loan receivables | $11,265,000 | $9,221,973 |

(a) The Corporation reclassified certain loan products to separately report its commercial loan products. Business card products were reclassified from credit card loans to commercial loans, and all other commercial loan products were reclassified from other consumer loans to commercial loans. For purposes of comparability, certain prior period amounts have been reclassified.

## NOTE 31: RELATED PARTY TRANSACTIONS

The Corporation's directors, executive officers, certain members of their immediate families, and certain affiliated companies hold credit cards or other lines of credit issued by the Corporation on the same terms prevailing at the time for those issued to other persons. The outstanding amounts are included in loan receivables in the Corporation's consolidated statements of financial condition and were not material to the Corporation's financial results.

See Note 20: Stockholders' Equity— Common Stock for information about a related party transaction pertaining to the 2003 stock issuance.

## NOTE 32: FAIR VALUE OF FINANCIAL INSTRUMENTS

The following presents the fair value of financial instruments at December 31, 2004 and 2003, whether or not recognized in the Corporation's consolidated statements of financial condition, for which it is practicable to estimate that value. In addition, the fair value of certain financial instruments and all nonfinancial instruments are excluded from the consolidated statements of financial condition, fair values are estimated using present value or other valuation techniques. These techniques are significantly affected by the assumptions used, including the discount rate and estimates of future cash flows. The derived fair value estimates cannot be substantiated by comparison to independent market values and, in many cases, could not be realized in an immediate settlement of the instrument. Accordingly, the aggregate fair value amounts presented do not represent the underlying value of the Corporation.

**CARRYING VALUES AND ESTIMATED FAIR VALUES OF THE CORPORATION'S FINANCIAL ASSETS** *(dollars in thousands)*

| December 31, | 2004 | | 2003 | |
|---|---|---|---|---|
| | Carrying Value | Estimated Fair Value | Carrying Value | Estimated Fair Value |
| **Financial Assets** | | | | |
| Cash and due from banks | $ 949,706 | $ 949,706 | $ 660,022 | $ 660,022 |
| Money market instruments | 4,372,831 | 4,372,831 | 4,865,329 | 4,865,329 |
| Investment securities: | | | | |
| Available-for-sale | 6,062,520 | 6,062,520 | 4,363,087 | 4,363,087 |
| Held-to-maturity | 299,074 | 300,072 | 353,299 | 354,434 |
| Loan receivables, net of reserve for possible credit losses | 32,622,292 | 32,622,292 | 32,407,761 | 32,407,761 |
| Accrued income receivable | 397,063 | 397,063 | 443,755 | 443,755 |
| Accounts receivable from securitization | 8,443,849 | 8,443,849 | 7,766,477 | 7,766,477 |

**FINANCIAL ASSETS**

Cash and due from banks are carried at an amount that approximates fair value.

Money market instruments include interest-earning time deposits in other banks and federal funds sold. As a result of the short-term nature of these instruments, the carrying amounts reported in the consolidated statements of financial condition approximate these assets' fair values.

The fair value of investment securities is based on the market value of the individual investment security without regard to any premium or discount that may result from concentrations of ownership of a financial instrument, possible tax ramifications, or estimated transaction costs. Market value for investment securities is based on quoted market prices or dealer quotes.

The carrying value of the Corporation's loan receivables reported in the consolidated statements of financial condition approximates its fair value. Loan receivables consist of the Corporation's loans held for securitization and the loan portfolio. The carrying value of loans held for securitization reported in the consolidated statements of financial condition approximates its fair value as a result of the short-term nature of these assets. The loan portfolio includes variable-rate loans, with interest rates that approximate current market rates, and fixed-rate loans, which can be repriced at any time by giving prior notice to the Customer.

The valuations of the loan receivables do not include the value that relates to estimated cash flows from new and existing loans generated from current Customers over the remaining life of the loan receivables or the value of established Customer relationships. Accordingly, the fair values of the loan receivables do not represent the underlying value of the Corporation's accounts.

Accrued income receivable includes interest and fee income earned but not yet received from investment securities and money market instruments, loan receivables, interest rate swap agreements, foreign exchange swap agreements, and insurance products. The carrying amount reported in the consolidated statements of financial condition approximates the fair value of these assets as a result of their relatively short-term nature.

The fair value of accounts receivable from securitization is determined by a review of each component. The interest-only strip receivable, cash reserve accounts, accrued interest and fees on securitized loans, and other subordinated retained interests are carried at amounts that approximate their fair values. The

carrying values of the sale of new loan receivables, accrued servicing fees, and other accounts receivable from securitization reported in the consolidated statements of financial condition approximate their fair values as a result of the short-term nature of these assets.

**FINANCIAL LIABILITIES**

The fair value of the Corporation's deposits is determined by a review of each component. The fair value of money market deposit accounts, noninterest-bearing deposits, interest-bearing transaction accounts, and savings accounts is equal to the amount payable upon demand. The fair value of time deposits is estimated by discounting the future cash flows of the stated maturities using estimated rates currently offered for like deposits. The valuation does not include the benefit that results from the low-cost funding provided by the various deposit liabilities compared to the cost of borrowing funds in the market.

Short-term borrowings include federal funds purchased and securities sold under repurchase agreements, short-term bank notes, short-term deposit notes, on-balance sheet financing structures, and other short-term borrowings. The fair value of federal funds purchased and securities sold under repurchase agreements, short-term bank notes, short-term deposit notes, and other short-term borrowings approximates the carrying value based upon their short-term nature. The fair value of the Corporation's on-balance sheet financing structures is estimated by discounting the future cash flows of the stated maturities of the on-balance sheet financing structures using estimated rates currently offered for similar on-balance sheet financing structures.

The fair value of substantially all of the Corporation's long-term debt and bank notes is estimated by discounting the future cash flows of the stated maturities of the long-term debt and bank notes using estimated rates currently offered for similar debt obligations, except that the fair value of the Corporation's junior subordinated deferrable interest debentures is based upon its quoted market price.

The Corporation primarily uses interest rate swap agreements and foreign exchange swap agreements to change a portion of fixed-rate long-term debt and bank notes to floating-rate long-term debt and bank notes to more closely match the rate sensitivity of the Corporation's assets. The interest rate swap agreements and foreign exchange swap agreements are not included in the estimated fair value for long-term debt and bank notes at December 31, 2004 and 2003.

**CARRYING VALUES AND ESTIMATED FAIR VALUES OF THE CORPORATION'S FINANCIAL LIABILITIES**
*(dollars in thousands)*

| December 31, | 2004 | | 2003 | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Estimated Fair Value | Carrying Value | Estimated Fair Value |
| **Financial Liabilities** | | | | |
| Deposits | $ 31,239,504 | $ 31,498,015 | $ 31,836,081 | $ 32,549,248 |
| Short-term borrowings | 2,104,414 | 2,113,602 | 1,025,463 | 1,053,277 |
| Long-term debt and bank notes | 11,422,900 | 12,075,342 | 12,145,628 | 13,150,079 |
| Accrued interest payable | 286,313 | 286,313 | 319,227 | 319,227 |

Accrued interest payable includes interest expensed but not yet paid for deposits, short-term borrowings, long-term debt and bank notes, interest rate swap agreements, and foreign exchange swap agreements. The carrying amount approximates the fair value of these liabilities as a result of their relatively short-term nature.

**DERIVATIVE FINANCIAL INSTRUMENTS**
By using derivative financial instruments, the Corporation exposes itself to credit and market risk. If a counterparty fails to fulfill its performance obligations under a derivative contract, the Corporation's credit risk will equal the fair value gain on the derivative. Generally, when the fair value of the derivative contract is positive, this indicates that the counterparty owes the Corporation, thus creating a repayment risk for the Corporation. When the fair value of a derivative contract is negative, the Corporation owes the counterparty and, therefore assumes no repayment risk. In order to minimize the amount of credit risk, the Corporation only enters into derivative financial instruments with counterparties who have credit ratings of investment grade as rated by the major rating agencies. The derivative financial instruments that the Corporation uses are interest rate swap agreements, foreign exchange swap agreements, and forward exchange contracts.

The fair value of the Corporation's derivative financial instruments is determined using quoted market prices or dealer quotes. This value generally reflects the estimated amounts that the Corporation would receive or pay to terminate the instruments at the reporting date.

The Corporation primarily uses interest rate swap agreements to change fixed-rate funding sources to floating-rate funding sources to more closely match the interest rate sensitivity of the Corporation's assets. Interest rate swap agreements are agreements between counterparties to exchange cash flows based on the difference between two interest rates, applied to a notional principal amount for a specific period. Interest rate swap agreements may subject the Corporation to market risk associated with changes in interest rates, as a result of the change to floating-rate funding sources, as well as the risk of default by a counterparty to the agreement.

Generally, the Corporation's interest rate swap agreements are designated as fair value hedges under Statement No. 133, "Accounting for Derivative Instruments and Hedging Activities" ("Statement No. 133"), as amended. The fair value of the Corporation's interest rate swap agreements was a gross asset value of $267.5 million and a gross liability value of $23.6 million at December 31, 2004. At December 31, 2003, the outstanding interest rate swap agreements had a gross asset value of $361.6 million and a gross liability value of $32.7 million. For the years ended December 31, 2004 and 2003, the Corporation's hedging ineffectiveness for its interest rate swap agreements was immaterial to the Corporation's consolidated statements of income. At December 31, 2004, the Corporation had interest rate swap agreements maturing in varying amounts from 2005 through 2033.

The Corporation is exposed to foreign currency exchange rate risk as a result of transactions in currencies other than the designated functional currency. The Corporation uses foreign exchange swap agreements to reduce its exposure to foreign currency exchange rate risk. The foreign exchange swap agreements are primarily related to the issuance of long-term debt and bank notes by the Corporation's foreign bank subsidiaries. Foreign exchange swap agreements are agreements to exchange principal amounts of different currencies and interest rates, usually at a prevailing exchange rate. When the agreement matures, the underlying principal or notional amount will be re-exchanged at the agreed-upon exchange rate.

The Corporation also enters into forward exchange contracts to reduce its exposure to foreign exchange risk. Those forward exchange contracts are commitments to buy or sell foreign currency at a future date for a contracted price. Those forward exchange contracts may expose the Corporation to varying degrees of credit and market risk and are subject to the same credit and risk monitoring programs as the Corporation's other financial instruments.

The Corporation enters into foreign exchange swap agreements that are not designated as accounting hedges. The fair value of the Corporation's foreign exchange swap agreements not designated as accounting hedges was a gross unrealized gain, or asset, of $83.5 million and a gross unrealized loss, or liability, of

## SIGNIFICANT CLASSES OF DERIVATIVE FINANCIAL INSTRUMENTS *(dollars in thousands)*

| | Notional Amount | Weighted Average Receive Rate (a) | Weighted Average Pay Rate (b) | Maturity in Years | Estimated Fair Value |
|---|---|---|---|---|---|
| **December 31, 2004** | | | | | |
| Interest rate swap agreements | $ 8,874,349 | 5.32% | 2.86% | 6.3 | |
| Gross unrealized gains | | | | | $ 267,497 |
| Gross unrealized losses | | | | | (23,608) |
| Total | | | | | $ 243,889 |
| Foreign exchange swap agreements | 3,843,597 | 3.13 | 5.90 | 1.9 | |
| Gross unrealized gains | | | | | $ 83,475 |
| Gross unrealized losses | | | | | (364,944) |
| Total | | | | | $ (281,469) |
| Forward exchange contracts— pounds sterling | 1,745,402 | 1.84 | 1.93 | .1 | |
| Gross unrealized gains | | | | | $ — |
| Gross unrealized losses | | | | | (77,370) |
| Total | | | | | $ (77,370) |
| Forward exchange contracts— euros | — | — | — | — | |
| Gross unrealized gains | | | | | $ — |
| Gross unrealized losses | | | | | — |
| Total | | | | | $ — |
| Forward exchange contracts— U.S. dollars (c) | 1,755,984 | .53 | .52 | .1 | |
| Forward exchange contracts— U.S. dollars (d) (e) | 405,273 | .75 | .73 | — | |
| Gross unrealized gains | | | | | $ 42 |
| Gross unrealized losses | | | | | (44,742) |
| Total | | | | | $ (44,700) |
| **December 31, 2003** | | | | | |
| Interest rate swap agreements | $ 9,055,033 | 5.43% | 2.03% | 6.8 | |
| Gross unrealized gains | | | | | $ 361,554 |
| Gross unrealized losses | | | | | (32,735) |
| Total | | | | | $ 328,819 |
| Foreign exchange swap agreements | 4,696,241 | 4.03 | 5.10 | 2.2 | |
| Gross unrealized gains | | | | | $ 209,712 |
| Gross unrealized losses | | | | | (257,242) |
| Total | | | | | $ (47,530) |
| Forward exchange contracts— pounds sterling | 1,557,372 | 1.68 | 1.79 | .1 | |
| Gross unrealized gains | | | | | $ — |
| Gross unrealized losses | | | | | (94,016) |
| Total | | | | | $ (94,016) |
| Forward exchange contracts— euros | 101,034 | 1.17 | 1.26 | .1 | |
| Gross unrealized gains | | | | | $ — |
| Gross unrealized losses | | | | | (7,661) |
| Total | | | | | $ (7,661) |
| Forward exchange contracts— U.S. dollars (c) | 420,376 | .57 | .56 | .1 | |
| Forward exchange contracts— U.S. dollars (d) | — | — | — | | |
| Gross unrealized gains | | | | | $ — |
| Gross unrealized losses | | | | | (6,353) |
| Total | | | | | $ (6,353) |

(a)  Weighted average receive rate represents the rate contracted at the time the derivative financial instruments were entered into.
(b)  Weighted average pay rate for the forward exchange contracts represents the spot rate for the currency the forward exchange contract was denominated in at December 31, 2004 and 2003, respectively.
(c)  Pounds sterling exchanged for U.S. dollars.
(d)  Euros exchanged for U.S. dollars.
(e)  Forward exchange contracts due to mature in less than 1 month.

**EXPECTED MATURITIES OF DERIVATIVE FINANCIAL INSTRUMENTS** *(dollars in thousands)*

| December 31, 2004 | Within 1 Year | 1-5 Years | 6-10 Years | Over 10 Years | Total |
|---|---|---|---|---|---|
| **Interest Rate Swap Agreements** | | | | | |
| Notional amount | $ 637,005 | $ 4,624,517 | $ 2,526,524 | $ 1,086,303 | $ 8,874,349 |
| Estimated fair value | 16,989 | 110,889 | 101,328 | 14,683 | 243,889 |
| **Foreign Exchange Swap Agreements** | | | | | |
| Notional amount | 1,481,498 | 2,362,099 | -- | -- | 3,843,597 |
| Estimated fair value | (43,795) | (237,674) | -- | -- | (281,469) |
| **Forward Exchange Contracts** | | | | | |
| Notional amount | 3,906,659 | -- | -- | -- | 3,906,659 |
| Estimated fair value | (122,070) | -- | -- | -- | (122,070) |

$364.9 million at December 31, 2004. The fair value of the Corporation's foreign exchange swap agreements not designated as accounting hedges was a gross unrealized gain of $148.0 million and a gross unrealized loss of $257.2 million at December 31, 2003. The Corporation formerly entered into qualifying foreign exchange swap agreements accounted for as fair value hedges. The fair value of the Corporation's qualifying foreign exchange swap agreements was a gross unrealized gain of $61.7 million at December 31, 2003. The Corporation did not enter into any foreign exchange swap agreements that qualified to be accounted for as fair value hedges during 2004. For the year ended December 31, 2004, the Corporation recognized a net loss of $220.3 million on its foreign exchange swap agreements. For the year ended December 31, 2003, the Corporation recognized a net loss of $12.6 million on its foreign exchange swap agreements. The Corporation's hedging ineffectiveness for its foreign exchange swap agreements was immaterial to the Corporation's consolidated statements of income for 2003. The Corporation's foreign exchange swap agreements mature in varying amounts from 2005 through 2009.

While the forward exchange contracts reduce the exposure to foreign currency exchange rate movements, the contracts are not accounting hedges under Statement No. 133. The recognized fair value of the open forward exchange contracts at December 31, 2004, was a gross unrealized loss, or a liability, of $122.1 million. The recognized fair value of the open forward exchange contracts at December 31, 2003, was a gross unrealized loss, or a liability, of $108.0 million. The net loss of $122.1 million on the Corporation's open forward exchange contracts outstanding at December 31, 2004, along with the losses on its matured forward exchange contracts, resulted in a net loss of $238.6 million on the Corporation's forward exchange

contracts in the consolidated statements of income for the year ended December 31, 2004. The net loss of $108.0 million on the Corporation's open forward exchange contracts outstanding at December 31, 2003, along with the losses on its matured forward exchange contracts, resulted in a net loss of $168.1 million on the Corporation's forward exchange contracts in the consolidated statements of income for the year ended December 31, 2003.

The Corporation recognized offsetting net gains of $393.7 million and $107.2 million on foreign denominated assets and liabilities in the consolidated statements of income for the years ended December 31, 2004 and 2003, respectively.

Under the terms of certain interest rate swap agreements and foreign exchange swap agreements, each party may be required to pledge certain assets if the market value of the interest rate swap agreements and foreign exchange swap agreements exceeds an amount set forth in the agreement or in the event of a change in credit rating. This pledge of collateral is intended to mitigate counterparty credit risk. The Bank pledged $5.2 million in U.S. Treasury Notes and $196.1 million of interest-earning time deposits under the terms of the interest rate swap agreements and foreign exchange swap agreements at December 31, 2004. There were $28.5 million of interest-earning time deposits pledged by the Bank on such agreements at December 31, 2003. The Bank held $99.8 million in deposits received from swap counterparties, that were collateralizing interest rate swap agreements and foreign exchange swap agreements at December 31, 2004. At December 31, 2003, the Bank held $121.8 million in deposits received from swap counterparties, which were collateralizing interest rate swap agreements and foreign exchange swap agreements.

**SUMMARY OF ACTIVITY OF DERIVATIVE FINANCIAL INSTRUMENTS (NOTIONAL AMOUNTS) (a)**
*(dollars in thousands)*

| | Interest Rate Swap Agreements | Forward Exchange Contracts | Foreign Exchange Swap Agreements | Total |
|---|---|---|---|---|
| Balance, December 31, 2001 | $ 2,883,373 | $ 1,443,123 | $ 1,852,129 | $ 6,178,625 |
| Additions | 3,933,176 | 12,619,569 | 1,266,104 | 17,818,849 |
| Maturities | (272,606) | (10,796,372) | (120,834) | (11,189,812) |
| Balance, December 31, 2002 | 6,543,943 | 3,266,320 | 2,997,399 | 12,807,662 |
| Additions | 2,674,016 | 16,560,962 | 2,106,430 | 21,341,408 |
| Maturities | (162,926) | (17,748,500) | (407,588) | (18,319,014) |
| Balance, December 31, 2003 | 9,055,033 | 2,078,782 | 4,696,241 | 15,830,056 |
| Additions | 797,801 | 17,418,284 | 1,146,630 | 19,362,715 |
| Maturities | (978,485) | (15,590,407) | (1,999,274) | (18,568,166) |
| Balance, December 31, 2004 | $ 8,874,349 | $ 3,906,659 | $ 3,843,597 | $ 16,624,605 |

(a) "Additions" include adjustments for foreign exchange rate fluctuations throughout the year.

**NOTE 33: PARENT COMPANY FINANCIAL INFORMATION**
The parent company's investment in subsidiaries represents the total equity of all consolidated subsidiaries, using the equity method of accounting for investments. The Corporation's principal subsidiary is the Bank, which constituted 90.2% and 93.1% of the consolidated assets of the Corporation at December 31, 2004 and 2003, respectively.

**CONDENSED STATEMENTS OF FINANCIAL CONDITION** *(dollars in thousands)*

| December 31, | 2004 | 2003 |
|---|---:|---:|
| **Assets** | | |
| Cash and due from bank subsidiary | $ 6,551 | $ 4,997 |
| Interest-earning time deposits due from bank subsidiary | 1,316,696 | 1,487,196 |
| Notes receivable from non-bank subsidiaries | 1,551,256 | 1,513,745 |
| Investment in subsidiaries: | | |
|     Bank | 13,607,568 | 11,250,446 |
|     Non-bank | 285,941 | 267,169 |
| Premises and equipment, net | 93 | 167,530 |
| Accrued income receivable | 75,867 | 84,644 |
| Investment in variable interest entities | 32,906 | 32,902 |
| Other assets | 363,970 | 379,982 |
|     Total assets | $ 17,240,848 | $ 15,188,611 |
| | | |
| **Liabilities and Stockholders' Equity** | | |
| Long-term debt | $ 2,376,009 | $ 2,519,055 |
| Junior subordinated deferrable interest debentures due to variable interest entities | 1,127,103 | 1,134,624 |
| Accrued interest payable | 48,305 | 49,083 |
| Dividends payable | 156,602 | 130,704 |
| Accrued expenses and other liabilities | 209,577 | 242,105 |
|     Total liabilities | 3,917,596 | 4,075,571 |
| Stockholders' equity | 13,323,252 | 11,113,040 |
|     Total liabilities and stockholders' equity | $ 17,240,848 | $ 15,188,611 |

**CONDENSED STATEMENTS OF INCOME**  *(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---:|---:|---:|
| **Operating Income** | | | |
| Interest income | $ 131,308 | $ 124,117 | $ 122,165 |
| Dividends from bank subsidiaries | 600,000 | 450,147 | 352,000 |
| Dividends from variable interest entities and non-bank subsidiaries | 2,186 | 1,633 | 1,410 |
| Management fees from subsidiaries | 88,999 | 150,087 | 166,160 |
| Other | 5,387 | 7,427 | 3,820 |
| Total operating income | 827,880 | 733,411 | 645,555 |
| **Operating Expense** | | | |
| Interest expense | 112,395 | 104,546 | 93,321 |
| Salaries and employee benefits | 97,329 | 115,595 | 99,479 |
| Other | 15,847 | 30,179 | 59,388 |
| Total operating expense | 225,571 | 250,320 | 252,188 |
| Income before income taxes and equity in undistributed net income of subsidiaries | 602,309 | 483,091 | 393,367 |
| Applicable (benefit) income taxes | (6,046) | 5,175 | 22,284 |
| Equity in undistributed net income of subsidiaries: | | | |
| Bank | 2,054,144 | 1,846,944 | 1,390,837 |
| Non-bank | 14,797 | 13,244 | 4,034 |
| **Net Income** | $ 2,677,296 | $ 2,338,104 | $ 1,765,954 |

**CONDENSED STATEMENTS OF CASH FLOWS** *(dollars in thousands)*

| Year Ended December 31, | 2004 | 2003 | 2002 |
|---|---:|---:|---:|
| **Operating Activities** | | | |
| Net Income | $    2,677,296 | $    2,338,104 | $    1,765,954 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Equity in undistributed earnings of subsidiaries | (2,068,941) | (1,860,188) | (1,394,871) |
| Deferred income tax benefit | (5,157) | (13,719) | (8,560) |
| Depreciation and amortization | 90,488 | 104,444 | 110,883 |
| (Increase) decrease in other operating activities | (11,847) | 15,894 | (22,683) |
| Net cash provided by operating activities | 681,839 | 584,535 | 450,723 |
| **Investing Activities** | | | |
| Net decrease (increase) in interest-earning time deposits due from bank subsidiary | 170,500 | (389,400) | (618,000) |
| Net issuance of notes receivable from non-bank subsidiaries | (37,511) | (23,583) | (3,275) |
| Net sales (purchases) of premises and equipment | 161,288 | 20,605 | (60,888) |
| Net investment in subsidiaries | (3,975) | (17,925) | (162,214) |
| Proceeds from sale of investment securities available-for-sale | 1,267 | – | 13,126 |
| Net cash provided by (used in) investing activities | 291,569 | (410,303) | (831,251) |
| **Financing Activities** | | | |
| Proceeds from issuance of long-term debt | – | 1,039,191 | 1,188,959 |
| Maturity of long-term debt | (130,000) | (434,000) | (495,000) |
| Proceeds from issuance of junior subordinated deferrable interest debentures to variable interest entities | – | – | 515,464 |
| Proceeds from issuance of common stock | – | 1,082,186 | – |
| Proceeds from exercise of stock options and other awards | 192,273 | 275,793 | 138,422 |
| Acquisition and retirement of common stock | (432,393) | (1,700,824) | (615,503) |
| Dividends paid | (601,734) | (435,800) | (350,740) |
| Net cash (used in) provided by financing activities | (971,854) | (173,454) | 381,602 |
| **Increase in Cash and Cash Equivalents** | 1,554 | 778 | 1,074 |
| Cash and cash equivalents at beginning of year | 4,997 | 4,219 | 3,145 |
| Cash and cash equivalents at end of year | $    6,551 | $    4,997 | $    4,219 |
| **Supplemental Disclosures** | | | |
| Interest expense paid | $    104,136 | $    102,866 | $    79,425 |
| Income taxes paid | $    – | $    – | $    – |

## NOTE 34: SUBSEQUENT EVENTS (UNAUDITED)

On January 20, 2005, the Corporation announced that it will incur a one-time restructuring charge in the first quarter of 2005. This restructuring charge is a result of the initiation of a voluntary early retirement program and a voluntary employee severance program. During the last several years, the Corporation has taken steps to reduce its expenses through reduced hiring and other programs. Despite these efforts, the Corporation remains staffed, particularly in management positions, at a level higher than anticipated business needs require. The Corporation believes that the voluntary early retirement and severance programs will assist the Corporation in achieving staffing levels that meet expected future business needs and make the Corporation more efficient.

The restructuring charge is expected to total approximately $300 million to $350 million pre-tax and result in anticipated pre-tax expense savings of approximately $150 million in 2005 and $200 million in 2006. Approximately 95% of the restructuring charge will result in future cash expenditures for the Corporation. Following the end of the voluntary early retirement and severance programs in March 2005, the Corporation will undertake a review of its operations and look for opportunities to consolidate some of its facilities. The Corporation may incur additional expenses for the disposition of fixed assets related to this consolidation.

In addition, in January 2005, the Corporation's Board of Directors approved a share repurchase program and authorized the repurchase of up to $2 billion of common stock over the next two years. Stock repurchases will be done selectively, based on capital levels, asset growth levels, and share performance. The program reflects the Corporation's commitment to return excess capital to stockholders while balancing the important objectives of asset growth and maintaining a strong balance sheet. This repurchase program will be in addition to the Corporation's existing share repurchase program, which utilizes share repurchases to offset the impact of stock-based compensation programs.

Set forth above are forward-looking statements and estimates concerning the restructuring charge. Such statements and estimates are subject to risks and uncertainties that may cause the Corporation's actual performance to differ materially from that set forth in such forward-looking statements and estimates. For example, the actual number and identity of people participating in the early retirement and severance programs, and the overall impact of the restructuring on the Corporation's business, could affect the amount of the charge and the actual expense reductions in 2005 and 2006. Other factors that could cause the Corporation's actual financial performance to differ materially from that set forth in the forward-looking statements and estimates contained herein include, but are not limited to, those described in "Important Factors Regarding Forward-Looking Statements" section of the Corporation's 2004 Annual Report on Form 10-K. The estimates set forth above represent the current estimates of the Corporation and the Corporation undertakes no obligation to update publicly or revise any such estimates or other forward-looking statements contained in this report.

**QUARTERLY DATA (UNAUDITED)** *(dollars in thousands, except per share amounts)*

| Three Months Ended, | March 31, | June 30, | September 30, | December 31, |
|---|---|---|---|---|
| **2004** | | | | |
| Interest income | $ 1,033,105 | $ 967,589 | $ 1,002,193 | $ 1,065,732 |
| Interest expense | 365,300 | 373,344 | 390,532 | 402,642 |
| Net interest income | 667,805 | 594,245 | 611,661 | 663,090 |
| Provision for possible credit losses | 365,161 | 251,557 | 273,387 | 256,750 |
| Other operating income | 1,942,532 | 1,999,620 | 2,159,590 | 2,156,644 |
| Other operating expense | 1,441,918 | 1,371,866 | 1,348,678 | 1,354,241 |
| Income before income taxes | 803,258 | 970,442 | 1,149,186 | 1,208,743 |
| Net income | 519,708 | 660,335 | 728,309 | 768,944 |
| Net income applicable to common stock | 516,192 | 656,819 | 724,793 | 765,428 |
| Earnings per common share | .40 | .51 | .57 | .60 |
| Earnings per common share—assuming dilution | .40 | .51 | .56 | .59 |
| Weighted average common shares outstanding (000) | 1,277,953 | 1,277,726 | 1,277,665 | 1,277,987 |
| Weighted average common shares outstanding and common stock equivalents (000) | 1,301,071 | 1,297,054 | 1,294,107 | 1,296,521 |
| **2003** | | | | |
| Interest income | $ 944,027 | $ 959,915 | $ 969,529 | $ 985,413 |
| Interest expense | 388,431 | 380,747 | 369,617 | 369,716 |
| Net interest income | 555,596 | 579,168 | 599,912 | 615,697 |
| Provision for possible credit losses | 378,877 | 345,603 | 334,064 | 334,157 |
| Other operating income | 1,788,009 | 1,851,804 | 2,032,469 | 2,153,198 |
| Other operating expense | 1,287,875 | 1,235,068 | 1,267,389 | 1,333,815 |
| Income before income taxes | 676,853 | 850,301 | 1,030,928 | 1,100,923 |
| Net income | 432,509 | 543,342 | 658,763 | 703,490 |
| Net income applicable to common stock | 428,993 | 539,826 | 655,247 | 699,974 |
| Earnings per common share | .34 | .42 | .51 | .55 |
| Earnings per common share—assuming dilution | .33 | .42 | .51 | .54 |
| Weighted average common shares outstanding (000) | 1,278,980 | 1,278,144 | 1,277,810 | 1,277,748 |
| Weighted average common shares outstanding and common stock equivalents (000) | 1,292,647 | 1,294,246 | 1,296,312 | 1,297,300 |

**PREFERRED STOCK PRICE RANGE AND DIVIDENDS (UNAUDITED)**

| | High | Low | Close | Dividends Declared per Preferred Share |
|---|---|---|---|---|
| **Series A** | | | | |
| **2004** | | | | |
| Fourth quarter | $ 26.65 | $ 25.65 | $ 26.05 | $.46875 |
| Third quarter | 25.95 | 25.32 | 25.65 | .46875 |
| Second quarter | 26.20 | 24.05 | 25.38 | .46875 |
| First quarter | 26.95 | 25.73 | 26.50 | .46875 |
| **2003** | | | | |
| Fourth quarter | 26.60 | 25.25 | 25.85 | .46875 |
| Third quarter | 26.35 | 25.25 | 25.35 | .46875 |
| Second quarter | 26.35 | 25.25 | 26.00 | .46875 |
| First quarter | 25.45 | 24.60 | 25.20 | .46875 |
| **Series B** | | | | |
| **2004** | | | | |
| Fourth quarter | $ 26.32 | $ 25.72 | $ 25.87 | $.34380 |
| Third quarter | 26.33 | 25.50 | 26.12 | .34380 |
| Second quarter | 26.22 | 25.05 | 25.30 | .34380 |
| First quarter | 26.45 | 25.17 | 26.20 | .34380 |
| **2003** | | | | |
| Fourth quarter | 26.36 | 25.00 | 25.70 | .34380 |
| Third quarter | 25.75 | 24.55 | 25.10 | .34380 |
| Second quarter | 25.45 | 23.20 | 24.90 | .34380 |
| First quarter | 25.20 | 22.95 | 23.25 | .34380 |

The Corporation has two series of preferred stock issued and outstanding, both with a $25 stated value per share. Each series of preferred stock is traded on the New York Stock Exchange, the Series A Preferred Stock under the symbol "KRBpfa" and the Series B Preferred Stock under the symbol "KRBpfb."

On January 20, 2005, the Corporation's Board of Directors declared a quarterly dividend of $.46875 per share on the 7 $\frac{1}{2}$%

Cumulative Preferred Stock, Series A, and a quarterly dividend of $.34380 per share on the Adjustable Rate Cumulative Preferred Stock, Series B. Both dividends are payable April 15, 2005 to stockholders of record as of March 31, 2005.

**COMMON STOCK PRICE RANGE AND DIVIDENDS (UNAUDITED)**

| | High | Low | Close | Dividends Declared per Common Share |
|---|---|---|---|---|
| **2004** | | | | |
| Fourth quarter | $ 28.33 | $ 24.00 | $ 28.19 | $ .12 |
| Third quarter | 26.13 | 22.92 | 25.20 | .12 |
| Second quarter | 28.04 | 23.42 | 25.79 | .12 |
| First quarter | 28.78 | 24.62 | 27.63 | .12 |
| **2003** | | | | |
| Fourth quarter | $ 25.45 | $ 23.50 | $ 24.85 | $ .10 |
| Third quarter | 24.91 | 20.72 | 22.80 | .10 |
| Second quarter | 22.26 | 15.23 | 20.84 | .08 |
| First quarter | 20.75 | 12.15 | 15.05 | .08 |

The Corporation's Common Stock is traded on the New York Stock Exchange under the symbol "KRB" and is listed as "MBNA" in newspapers. At January 31, 2005, the Corporation had 2,701 common stockholders of record. This figure does not include beneficial owners for whom Cede & Co. or others act as nominees.

On January 20, 2005, the Corporation's Board of Directors declared a quarterly dividend of $.14 per common share, payable April 1, 2005 to stockholders of record as of March 15, 2005.

MBNA executive committee

| | |
|---|---|
| **Gregg Bacchieri** | Group Executive, U.S. Business Operations |
| **Ann L. Balthis** | Group Executive, Core Affinity Groups |
| **Kenneth F. Boehl** | Group Executive, Corporate Initiatives |
| **John R. Cochran** | Chief Operating Officer |
| **Douglas R. Denton** | Vice Chairman, Technology |
| **Joseph DePaulo** | Group Executive, Branded Card |
| **Shane G. Flynn** | Group Executive, Europe |
| **Louis J. Freeh** | Vice Chairman, Law and Government Affairs |
| **Bruce L. Hammonds** | President and Chief Executive Officer |
| **John J. Hewes** | Group Executive, Consumer Finance and Business Lending |
| **Charles C. Krulak** | Vice Chairman, Personnel and New Business Acquisition |
| **Janine D. Marrone** | Group Executive, Affinity Maximization |
| **Terri C. Murphy** | Group Executive, Personnel and Compensation |
| **Michael G. Rhodes** | Group Executive, U.S. Credit Card Business Development |
| **John W. Scheflen** | Vice Chairman, Governance and Risk Management |
| **Michelle D. Shepherd** | Group Executive, Major Affinity Groups |
| **Richard K. Struthers** | Vice Chairman, International and Consumer Lending |
| **David G. Turner** | Group Executive, Research and Development |
| **Kenneth A. Vecchione** | Vice Chairman and Chief Financial Officer |
| **Lance L. Weaver** | Vice Chairman, U.S. Credit Card |
| **Thomas D. Wren** | Group Executive, Treasury |

MBNA office locations

**International Headquarters**

MBNA Corporation
Wilmington, DE 19884
(800) 441-7048

**MBNA Offices**

**United States**

75 Enterprise, Suite 200
Aliso Viejo, CA 92656

1075 Silver Lake Blvd.
Dover, DE 19904

210 Town Park Dr.
Kennesaw, GA 30144

11333 McCormick Rd.
Hunt Valley, MD 21031

1 Hatley Rd.
Belfast, ME 04915

5 Industrial Pkwy.
Brunswick, ME 04011

274 Front St.
Farmington, ME 04938

50 Pleasant St.
Fort Kent, ME 04743

16 Godfrey Dr.
Orono, ME 04473

901 Washington Ave.
Portland, ME 04103

18 Green Hill Dr.
Presque Isle, ME 04769

12 Water St.
Rockland, ME 04841

100 Main St., Suite 303
Dover, NH 03820

320 University Ave.
Newark, NJ 07102

9 W. 57th St.
New York, NY 10019

388 S. Main St.
Akron, OH 44311

25875 Science Park Dr.
Beachwood, OH 44122

2740 Airport Dr.
Columbus, OH 43219

2568 Park Centre Blvd.
State College, PA 16801

16001 N. Dallas Pkwy.
Addison, TX 75001

**Canada**

1600 James Naismith Dr.
Gloucester, Ontario
K1B 5N8

1000 de la Gauchetière, Suite 4300
Montréal, Québec
H3B 4W5

**Ireland**

Dublin Road
Carrick-on-Shannon
Co Leitrim

**United Kingdom**

Chester Business Park
Wrexham Rd.
Chester, Cheshire
CH4 9FB

86 Jermyn St.
London SW1Y 6JD

60 East St.
Epsom, Surrey
KT17 1HB

**Spain**

C/Jose Echegaray 6
28230 Las Rozas

**China**
(Representative Office)

Suite 2006, 20th Floor, Jin Mao Tower
88 Century Rd.
Pudong, Shanghai 200121

## Subsidiaries of MBNA Corporation

### MBNA America Bank, N.A.

The principal subsidiary of MBNA Corporation, MBNA America is the largest independent credit card lender in the world. It also provides retail deposit, consumer loan, and insurance products. MBNA America markets its products through thousands of membership organizations and financial institutions and is the recognized industry leader in affinity marketing.

### MBNA America (Delaware), N.A.

The Corporation is also the parent of MBNA America (Delaware), N.A., a national bank that offers mortgage loans, aircraft loans, business card products, and other commercial loans.

## Subsidiaries of MBNA America Bank, N.A.

### MBNA Europe Bank Limited

MBNA issues credit cards in the United Kingdom, the Republic of Ireland, and Spain. MBNA Europe is headquartered in Chester, England, with business development offices in London, England; Carrick-on-Shannon, Ireland; and Las Rozas, Spain.

### MBNA Canada Bank

MBNA issues credit cards in Canada. MBNA Canada is headquartered in Gloucester, Ontario, with a business development office in Montréal, Québec.

### MBNA Marketing Systems, Inc.

MBNA has state-of-the-art telephone sales facilities to support account acquisition and maintains offices in California, Delaware, Georgia, Maine, Maryland, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, and Texas. In addition to credit cards, MBNA Marketing Systems cross-sells consumer loan, deposit, and insurance products.

### MBNA Technology, Inc.

MBNA Technology, Inc., headquartered in Addison, Texas, provides information technology support and services to MBNA America Bank, N.A., and its affiliates.

## MBNA.com

Through a single Web address — www.MBNA.com — Customers can access their existing account information, apply for new credit card or consumer loan accounts, shop for products and services, redeem MBNA rewards program points, plan and finance travel, and open certificates of deposit or money market accounts.

| Independent Registered Public Accounting Firm | Corporate Registrars and Transfer Agents |
|---|---|
| Ernst & Young LLP | National City Bank (common stock) (800) 622-6757 The Bank of New York (preferred stock) (212) 815-4302 |

## Principal Financial Contacts

For further information about MBNA Corporation or its subsidiaries, please contact:

Brian Dalphon
MBNA Corporation
Wilmington, DE 19884-0146
(800) 362-6255 or (302) 432-1251

Edward H. Murphy, Director, Investor Relations
MBNA Corporation
Wilmington, DE 19884-0131
(800)362-6255 or (302) 432-0202

Internet address: www.MBNA.com

## Common Stock

Listed on New York Stock Exchange
Stock Symbol KRB

The Corporation filed on May 12, 2004, the certification of the Chief Executive Officer required under Section 303A.12(a) of the New York Stock Exchange's Listed Company Manual.



*Exhibit 21*

**Subsidiaries Of the Corporation**

Name

| Name | Incorporated |
|------|-------------|
| MBNA America Bank, N.A. | United States |
| MBNA America (Delaware), N.A. | United States |
| MBNA Europe Bank Limited* | United Kingdom |
| MBNA Canada Bank* | Canada |

*A subsidiary of MBNA America Bank, N.A.

*Exhibit 23*

Consent of Independent Registered Public Accounting Firm

We consent to the incorporation by reference in this Annual Report (Form 10K) of MBNA Corporation of our reports dated February 17, 2005, with respect to the consolidated financial statements of MBNA Corporation, MBNA Corporation management's assessment of the effectiveness of internal control over financial reporting, and the effectiveness of internal control over financial reporting of MBNA Corporation, included in the 2004 Annual Report to Shareholders of MBNA Corporation.

We consent to the incorporation by reference in the following Registration Statements:

(1)   Registration Statement (Form S-8 No. 33-41936) pertaining to the MBNA Corporation 401(k) Savings Plan,
(2)   Registration Statement (Form S-8 No. 33-41895) pertaining to the MBNA Corporation Long Term Incentive Plans,
(3)   Registration Statement (Form S-8 No. 33-71640) pertaining to the MBNA Corporation Long Term Incentive Plans,
(4)   Registration Statement (Form S-8 No. 33-95438) pertaining to the MBNA Corporation Long Term Incentive Plans,
(5)   Registration Statement (Form S-3 No. 333-15721) of MBNA Corporation,
(6)   Registration Statement (Form S-4 No. 333-21181) of MBNA Corporation,
(7)   Registration Statement (Form S-8 No. 333-06824) pertaining to the MBNA Corporation Long Term Incentive Plans,
(8)   Registration Statement (Form S-8 No. 333-51477) pertaining to the MBNA Corporation Long Term Incentive Plans,
(9)   Registration Statement (Form S-3 No. 333-74919) of MBNA Corporation,
(10)  Registration Statement (Form S-8 No. 333-79987) pertaining to the MBNA Corporation Long Term Incentive Plans,
(11)  Registration Statement (Form S-8 No. 333-44422) pertaining to the MBNA Corporation Long Term Incentive Plans,
(12)  Registration Statement (Form S-3 No. 333-45814) of MBNA Corporation,
(13)  Registration Statement (Form S-8 No. 333-109035) pertaining to the MBNA Corporation Long Term Incentive Plans;

of our reports dated February 17, 2005, with respect to the consolidated financial statements of MBNA Corporation, MBNA Corporation management's assessment of the effectiveness of internal control over financial reporting, and the effectiveness of internal control over financial reporting of MBNA Corporation incorporated herein by reference.

Baltimore, Maryland
March 11, 2005

/s/ Ernst & Young LLP

*Exhibit 31.1*

CERTIFICATION

I, Bruce L. Hammonds, certify that:

1. I have reviewed this annual report on Form 10-K of MBNA Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

   5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:  March 15, 2005                    /s/ Bruce L. Hammonds
                                         Bruce L. Hammonds
                                         Chief Executive Officer

*Exhibit 31.2*

## CERTIFICATION

I, Kenneth A. Vecchione, certify that:

1. I have reviewed this annual report on Form 10-K of MBNA Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:  March 15, 2005                              /s/ Kenneth A. Vecchione
                                                   Kenneth A. Vecchione
                                                   Chief Financial Officer

*Exhibit 32.1*

*906 Certification*

This certification is being furnished to the Securities and Exchange Commission solely in connection with Section 1350 of Chapter 63 of title 18, United States Code, "Failure of corporate officers to certify financial reports", and is not being filed as part of MBNA Corporation's Form 10-K for the period ended December 31, 2004 accompanying this certification.

I, Bruce L. Hammonds, Chief Executive Officer of MBNA Corporation, certify that MBNA Corporation's Form 10-K for the period ended December 31, 2004, fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that the information contained in this report fairly presents, in all material respects, the financial condition and results of operations of MBNA Corporation.

Date:   March 15, 2005

/s/ Bruce L. Hammonds
Bruce L. Hammonds
Chief Executive Officer

*Exhibit 32.2*

*906 Certification*

This certification is being furnished to the Securities and Exchange Commission solely in connection with Section 1350 of Chapter 63 of title 18, United States Code, "Failure of corporate officers to certify financial reports", and is not being filed as part of MBNA Corporation's Form 10-K for the period ended December 31, 2004 accompanying this certification.

I, Kenneth A. Vecchione, Chief Financial Officer of MBNA Corporation, certify that MBNA Corporation's Form 10-K for the period ended December 31, 2004, fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and that the information contained in this report fairly presents, in all material respects, the financial condition and results of operations of MBNA Corporation.

Date:   March 15, 2004

/s/ Kenneth A. Vecchione
Kenneth A. Vecchione
Chief Financial Officer

**End of Filing**

Powered By EDGAR Online

© 2005 | EDGAR Online, Inc.