## CERTIFICATE OF SERVICE

I, Brian D. Long, do hereby certify that on this 2nd day of August, 2007, I caused the foregoing Declaration of Stuart J. Guber to be filed and uploaded to the CM/ECF system, which will send notification of such filing to the following:

> Jeffrey S. Goddess, Esq.
> ROSENTHAL MONHAIT & GODDESS, P.A.
> Mellon Bank Center
> 1919 Market Street, Suite 1401
> P.O. Box 1070
> Wilmington, DE  19899
>
> Richard H. Morse, Esq.
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> 17th Floor, Brandywine Building
> 1000 West Street
> P.O. Box 391
> Wilmington, DE  19899-0391
>
> Richard J. Urowsky, Esq.
> Richard C. Pepperman, II, Esq.
> Ryan C. Williams, Esq.
> Christopher F. Nelson, Esq.
> SULLIVAN & CROMWELL LLP
> 125 Broad Street
> New York, NY  10004

                                                  */s/ Brian D. Long*
                                                  Brian D. Long (Bar No. 4347)