**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | ) ) ) ) Case No. 1:05-CV-00272-GMS CONSOLIDATED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 31, 2007, Lead Plaintiff's Initial Disclosures Under Federal Rule of Civil Procedure Rule 26(a)(1) and this Notice of Service were caused to be served upon the following counsel of record via e-mail:

>   Jeffrey S. Goddess, Esq.
>   ROSENTHAL MONHAIT & GODDESS, P.A.
>   919 North Market Street, Suite 1401
>   Wilmington, DE  19801
>
>   Richard H. Morse, Esq.
>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>   17th Floor, Brandywine Building
>   1000 West Street
>   P.O. Box 391
>   Wilmington, DE  19899-0391
>
>   Richard J. Urowsky, Esq.
>   Richard C. Pepperman, II, Esq.
>   Ryan C. Williams, Esq.
>   Christopher F. Nelson, Esq.
>   SULLIVAN & CROMWELL LLP
>   125 Broad Street
>   New York, NY  10004

And that a true copy of this Notice of Service was caused to be electronically filed with the Clerk of Court via the CM/ECF System.

Dated: August 31, 2007           */s/ Brian D. Long*_____
                                 Seth D. Rigrodsky (DSBA No. 3147)
                                 Brian D. Long (DSBA No. 4347)
                                 **RIGRODSKY & LONG, P.A.**
                                 919 N. Market Street, Suite 980
                                 Wilmington, DE 19801
                                 (302) 295-5310
                                 (302) 654-7530 (fax)

                                 *Plaintiff's Local Counsel*

                                 - and -

                                 Stuart J. Guber (admitted *pro hac vice*)
                                 James M. Evanglista
                                 **MOTLEY RICE LLC**
                                 600 West Peachtree Street, Suite 800
                                 Atlanta, GA 30308
                                 (404) 201-6900
                                 (404) 201-6959 (fax)

                                 *Plaintiff's Lead Counsel*