IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
IN RE MBNA CORPORATION                :    Case No. 1:05-CV-00272-GMS
SECURITIES LITIGATION                 :    Consolidated
                                      :    ECF CASE
-----------------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Ralph N. Sianni, Esquire hereby withdraws as one of counsel for plaintiff Activest Investmentgesellschaft mbH in this case. Furthermore, Mr. Sianni is no longer associated with the law firm formerly known as Milberg Weiss Bershad & Schulman LLP, and does not represent any party in this matter. This withdrawal will leave members of the Bar of this Court appearing as attorneys of record for Activest Investmentgesellschaft mbH.

Dated: October 2, 2007                Respectfully submitted,

                                      By: /s/ Ralph N. Sianni
                                      Ralph N. Sianni (DE Bar No. 4151)
                                      GRANT & EISENHOFER P.A.
                                      1201 North Market Street – Suite 2100
                                      Wilmington, DE 19801
                                      Tel: (302) 622-7000
                                      Fax: (302) 622-7100