**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
IN RE MBNA CORPORATION                    :   Case No. 1:05-CV-00272-GMS
SECURITIES LITIGATION                     :   Consolidated
                                          :   ECF CASE
-----------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

I, Ralph N. Sianni, hereby certify that on the 2nd day of October, 2007 the foregoing Notice of Withdrawal of Counsel (Dkt. No. 77) was electronically filed and served via the Court's CM/ECF electronic filing system upon all known counsel of record.

/s/ Ralph N. Sianni
Ralph N. Sianni (Del. I.D. No. 4151)
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
(302) 622-7000 - Telephone
(302) 622-7100 – Facsimile