UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 05-00272-GMS |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certification, Richard H. Morse moves for the admission *pro hac vice* of Ryan C. Williams, Esquire to represent defendants in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Richard H. Morse
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants

DATED: November 5, 2007

-2-

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Judge Gregory M. Sleet

DATED: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

SULLIVAN & CROMWELL LLP

_/s/ Ryan C. Williams_
Ryan C. Williams
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

DATED: January 13, 2006