IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No.: 1:05-cv-00272-GMS |

### CERTIFICATE OF SERVICE

I, Brian D. Long, hereby certify that on November 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
17th Floor, Brandywine Building
1000 West Street
Wilmington, DE 19801

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801

RIGRODSKY & LONG, P.A.

/s/ Brian D. Long
Brian D. Long (#4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Email: bdl@rigrodskylong.com
*Liaison Counsel for Plaintiffs*