IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No.: 1:05-cv-00272-GMS |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5(c) and the attached certification, Brian D. Long moves for the admission *pro hac vice* of William E. Applegate IV, Esquire to represent Plaintiffs in this matter.

Dated: November 14, 2007

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

_____
Brian D. Long (#4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Gregory M. Sleet, U.S.D.J.

DATED: _____