**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of South Carolina, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effected January 1, 2005, I further certify that the annual fee of $25.00 has been paid

____ to the Clerk of Court, or if not paid previously, the fee payment will be submitted

_X_ to the Clerk's Office upon the filing of this motion.

William E. Applegate, IV
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464
(843) 216-9000
wapplegate@motleyrice.com

DATED: November 8, 2007