IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 05-00272-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 3, 2007 copies of Bank of America Corporation's Objections and Response to Plaintiffs' Subpoena dated November 19, 2007 were caused to be served upon the following counsel of record by e-mail and hand delivery:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801

and that on December 3, 2007 a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801

I further certify that on December 3, 2007, I also caused copies of the foregoing documents to be served by Federal Express on the following counsel:

Stuart J. Guber, Esquire
James M. Evanglista, Esquire
Motley Rice LLC
600 West Peachtree Street, Suite 800
Atlanta, GA  30308

*Of Counsel*:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Dated: December 3, 2007

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ Richard H. Morse

Richard H. Morse (No. 531)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6651
*rmorse@ycst.com*
*Attorney for Defendants*