IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br>SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS<br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 7, 2007, Lead Plaintiff's Notice of Taking 30(b)(6) Deposition of MBNA Corp. and 30(b)(5) Request for Production was caused to be served upon the following counsel of record via hand delivery:

Richard H. Morse, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801

and that on December 10, 2007 a true copy of this Notice of Service was caused to be electronically filed with the Clerk of Court via the CM/ECF System which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Richard H. Morse, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801 | Jeffrey S. Goddess, Esq.<br>Rosenthal Monhait & Goddess, P.A.<br>919 North Market Street<br>Wilmington, DE  19801 |

Dated: December 10, 2007

*/s/ Brian D. Long*
Seth D. Rigrodsky (DSBA No. 3147)
Brian D. Long (DSBA No. 4347)
**RIGRODSKY & LONG, P.A.**
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310
(302) 654-7530 (fax)

*Plaintiffs' Local Counsel*

William E. Applegate IV
**MOTLEY RICE LLC**
600 West Peachtree Street, Suite 800
Atlanta, GA 30308
(404) 201-6900
(404) 201-6959 (fax)

*Plaintiffs' Lead Counsel*