IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br>SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS<br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 18, 2007, Plaintiffs' First Set of Interrogatories to All Defendants was caused to be served upon the following counsel of record via hand delivery:

> Richard H. Morse, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street
> Wilmington, DE 19801

and that on December 19, 2007 a true copy of this Notice of Service was caused to be electronically filed with the Clerk of Court via the CM/ECF System which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Richard H. Morse, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | Jeffrey S. Goddess, Esq.<br>Rosenthal Monhait & Goddess, P.A.<br>919 North Market Street<br>Wilmington, DE 19801 |

Dated: December 19, 2007

*/s/ Brian D. Long*
Seth D. Rigrodsky (DSBA No. 3147)
Brian D. Long (DSBA No. 4347)
**RIGRODSKY & LONG, P.A.**
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310
(302) 654-7530 (fax)

*Plaintiffs' Local Counsel*

2

William E. Applegate IV (*pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
(813) 216-9000
(813) 216-9450 (fax)

*Plaintiffs' Lead Counsel*