IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 05-00272-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 22, 2008 copies of (1) Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories to All Defendants, and (2) MBNA's Objections And Response to Plaintiffs' Request for Admission to MBNA Corporation were caused to be served upon the following counsel of record by e-mail and hand delivery:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801

and that on January 22, 2008 a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Jeffrey S. Goddess, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801

     I further certify that on January 22, 2008, I caused copies of the foregoing documents to be served by Federal Express on the following counsel:

Stuart J. Guber, Esquire
James M. Evanglista, Esquire
Motley Rice LLC
600 West Peachtree Street, Suite 800
Atlanta, GA  30308

| | |
|---|---|
| Of Counsel:<br>Richard J. Urowsky<br>Richard C. Pepperman, II<br>Stacey R. Friedman<br>Ryan C. Williams<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br><br>Dated: January 22, 2008 | YOUNG CONAWAY STARGATT<br> & TAYLOR, LLP<br><br>*/s/ Richard H. Morse*<br>Richard H. Morse (No. 531)<br>Jeffrey T. Castellano (No. 4837)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>Telephone: (302) 571-6651<br>rmorse@ycst.com<br>Attorney for Defendants |