## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Master Docket No. 05-272 (GMS) |

### [PROPOSED] AMENDED SCHEDULING ORDER

IT IS ORDERED that the Scheduling Order (D.I. 62) is amended as follows:

1. **Fact (Non-Expert) Discovery:** All fact (non-expert) discovery in this case shall be initiated so that it will be completed on or before May 13, 2008.

   a. **Discovery and Scheduling Matters:** Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact Chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the Court, via electronic means (CM/ECF), a **joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this Court's website at http://www.ded.uscourts.gov/. After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the Court should permit a fourth discovery teleconference. Should the Court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the Court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

NY12531:381180.2

2. **Expert Reports and Expert Discovery:** Expert discovery shall be conducted as set forth below:

- Plaintiffs shall (i) file their designation of testifying experts and (ii) serve on Defendants (but not file) the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by June 30, 2008.

- Defendants shall (i) file their designation of testifying experts and (ii) serve on Plaintiffs (but not file) the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by July 31, 2008.

- Plaintiffs shall (i) file their designation of rebuttal experts and (ii) serve on Defendants (but not file) the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by August 15, 2008.

All expert discovery in this case shall be completed no later than September 30, 2008.

3. **Confidential Information and Papers filed under Seal:** Should counsel find it will be necessary to apply to the Court for a Protective Order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of Order and submit it to the Court within ten (10) days from the date of this Order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If, after making a diligent effort, the parties are unable to agree on the contents of the joint, proposed Protective Order, then they shall follow the dispute resolution process outlined in paragraph 3(a) above.**

4. **Settlement Conference:** Pursuant to 28 U.S.C. §636, this matter is referred to a United States Magistrate for the purpose of exploring the possibility of a settlement. If the

parties agree that the possibility of settlement may be enhanced by such referral, the parties shall contact the Magistrate Judge to schedule a settlement conference with counsel and clients.

5. **Motions for Summary Judgment:** All motions for summary judgment shall be served and filed in accordance with the following schedule:

- All summary judgment motions shall be served and filed with an opening brief in support thereof and affidavits, if any, on October 31, 2008;

- Briefs in opposition to any summary judgment motion and affidavits, if any, shall be served and filed on December 1, 2008;

- Reply Briefs in support of any motion for summary judgment shall be served and filed on December 22, 2008.

6. **Extensions of Time:** Any request for extensions of time as set forth in this Scheduling Order must be accompanied by an explanation or the request will be denied.

7. **Motion for Class Certification:** Plaintiffs' motion for class certification shall be served and filed in accordance with the following schedule:

- Plaintiffs' class certification motion shall be served and filed with an opening brief and any supporting papers on October 15, 2008;

- Briefs in opposition to Plaintiffs' class certification motion and any supporting papers shall be served and filed on December 1, 2008;

- Plaintiffs' Reply Brief in support of the class certification motion and any supporting papers shall be served and filed on December 22, 2008.

8. **Applications by Motion:** Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall not deliver

copies of papers or correspondence to Chambers.  Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

9. **Oral Argument:**  If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

10. **Pretrial Conference:**  On April 13, 2009, beginning at 9:30 a.m., the Court will hold a Pretrial Conference in Chambers with counsel.  Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3).  A sample form of Pretrial Order can be located on this Court's website at http://www.ded.uscourts.gov/.  Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiffs shall forward to defendants a draft of the pretrial order containing the information plaintiffs propose to include in the draft, proposed jury instructions, proposed voir dire, and a proposed verdict form.  Thirty (30) days before the Joint Proposed Pretrial Order is due, both parties shall exchange exhibit lists, witness lists, deposition designations, and, for issues on which a party bears the burden of proof, issues of fact and law to be litigated.  Fifteen (15) days before the Joint Proposed Pretrial Order is due, defendants shall, in turn, provide to plaintiffs any comments on plaintiffs' draft pretrial order, proposed jury instructions, proposed voir dire, and proposed verdict form, as well as the information defendants propose to include in the proposed pretrial order.  Fifteen (15) days before the Joint Proposed Pretrial Order is due, both parties shall exchange objections to exhibit lists, objections to deposition designations, and deposition counter-designations.  The parties shall file with the Court the Joint Proposed Final Pretrial Order with the information required by the form of Final Pretrial Order (which can be located on this Court's website at http://www.ded.uscourts.gov/) on or before March 23, 2009.

NY12531:381180.2

11. **Motions *in Limine*:** No party shall file more than five (5) motions *in limine*. Opening briefs on motions *in limine* shall be served and filed on or before February 27, 2009. Answering briefs shall be served and filed on or before March 6, 2009. Reply briefs shall be served and filed on or before March 13, 2009. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages.

12. **Trial:** This matter is scheduled for a 10-day jury trial beginning at 9:00 a.m. on May 4, 2009.

13. **Scheduling:** The parties shall contact Chambers, at (302) 573-6470, only in situations where scheduling relief is sought and only then when ALL participating counsel are on the line for purposes of selecting a new date.

Chief United States District Judge