**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE MBNA CORP.<br>SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS<br>CONSOLIDATED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 29, 2008, Lead Plaintiffs' Notice of Taking Deposition of Geoffrey Trzepacz and Subpoena for Documents was caused to be served upon the following counsel of record via electronic and first-class mail:

> Stacey R. Friedman, Esquire
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York  10004

and that on January 31, 2008 a true copy of this Notice of Service was caused to be electronically filed with the Clerk of Court via the CM/ECF System which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Richard H. Morse, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, Delaware  19801 | Jeffrey S. Goddess, Esquire<br>Rosenthal Monhait & Goddess, PA<br>919 North Market Street<br>Wilmington, Delaware  19801 |

Dated: January 31, 2008

/s/ Brian D. Long
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
**RIGRODSKY & LONG, P.A.**
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310
(302) 654-7530 (fax)

*Plaintiffs' Local Counsel*

- and -

William E. Applegate IV (*pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9450 (fax)

*Plaintiffs' Lead Counsel*