## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | ) <br> )   Master Docket No. 05-272 (GMS) <br> ) <br> ) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of

Civil Procedure, defendants will take the deposition upon oral examination of Tracey M. Rogers

at 10:30 a.m. on February 27, 2008, at the offices of Young, Conaway, Stargatt & Taylor LLP,

The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801. The

deposition will be taken before an individual authorized by law to administer oaths and will be

recorded by stenographic means and by videotape. You are invited to attend and cross-examine.

Dated: February 14, 2008

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*Richard H. Morse*

Richard H. Morse (No. 531)
Jeffrey T. Castellano (No. 4837)
rmorse@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on February 14, 2008, I caused copies of

the foregoing document to be served on the following in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801

### BY E-MAIL AND FEDERAL EXPRESS

William E. Applegate, IV, Esquire [wapplegate@motleyrice.com]
Meghan Oliver, Esquire [moliver@motleyrice.com]
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Richard H. Morse*

Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants