IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION ) ) ) ) | Master Docket No. 05-272 (GMS) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendants will take the deposition upon oral examination of Marian F. Rupertus at 10:30 a.m. on February 25, 2008, at the offices of Young, Conaway, Stargatt & Taylor LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801. The deposition will be taken before an individual authorized by law to administer oaths and will be recorded by stenographic means and/or by videotape. You are invited to attend and cross-examine.

Dated: February 14, 2008

Of Counsel:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (No. 531)
Jeffrey T. Castellano (No. 4837)
rmorse@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on February 14, 2008, I caused copies of the foregoing document to be served on the following in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801

### BY E-MAIL AND FEDERAL EXPRESS

William E. Applegate, IV, Esquire [wapplegate@motleyrice.com]
Meghan Oliver, Esquire [moliver@motleyrice.com]
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Richard H. Morse
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants