IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 05-00272-GMS |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that a subpoena requiring the attendance of Tracey M. Rogers at a deposition to begin at 10:30 a.m. on February 27, 2008 at the offices of Young Conaway Stargatt & Taylor, LLP and the production of documents at that time and place was served on Ms. Rogers by hand delivery at her residence, 112 Willow Grove Mill Drive, Middletown, DE on February 17, 2008, and that a subpoena requiring the attendance of Marian F. Rupertus at a deposition to begin at 10:30 a.m. on February 25, 2008 at the offices of Young Conaway Stargatt & Taylor, LLP and the production of documents at that time and place was served on Ms. Rupertus by hand delivery at her residence, 18 Palmer Drive, Middletown, DE on February 17, 2008.

PLEASE TAKE FURTHER NOTICE that copies of the foregoing subpoenas were served on February 14, 2008 on counsel in the manner indicated below:

**HAND DELIVERY**

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801

**FEDERAL EXPRESS**

William E. Applegate, IV, Esquire
Meghan Oliver, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

*Of Counsel*:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Dated: February 18, 2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Richard H. Morse*

Richard H. Morse (I.D. No. 531)
Jeffrey T. Castellano (I.D. No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6651
*rmorse@ycst.com*
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on February 18, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record, who are also being served in the additional manner indicated:

E-MAIL AND HAND DELIVERY
Jeffrey S. Goddess, Esquire
Jessica S. Zeldin, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

E-MAIL AND HAND DELIVERY
Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801

I further certify that on February 18, 2008, I caused a copy of the foregoing document to be served by e-mail on the following counsel:

William E. Applegate, IV, Esquire
Meghan Oliver, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Richard H. Morse

Richard H. Morse (I.D. No. 531)
Jeffrey T. Castellano (I.D. No. 4837)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants