IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Master Docket No. 05-272-GMS |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT defendants will take the deposition upon oral examination of Tracey M. Rogers at 1:00 p.m. on March 13, 2008, at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801. The deposition will be taken before an individual authorized by law to administer oaths and will be recorded by stenographic means and by videotape. You are invited ot attend and cross-examine.

Dated: March 4, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Richard H. Morse

Richard H. Morse (I.D. No. 531)
Jeffrey T. Castellano (I.D. No. 4837)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com
Attorneys for Defendants

Of Counsel:
Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on March 4, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record, who are also being served in the additional manner indicated:

### E-MAIL AND HAND DELIVERY

Jeffrey S. Goddess, Esquire
Jessica S. Zeldin, Esquire
Rosenthal Monhait & Goddess, P.A.
Mellon Bank Center
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899

Brian D. Long, Esquire
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801

I further certify that on March 4, 2008, I caused a copy of the foregoing document to be served by e-mail on the following counsel:

William E. Applegate, IV, Esquire
Meghan Oliver, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

David J. Goldsmith
Labatron Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Thomas J. McKenna, Esquire
Gainey & McKenna
295 Madison Avenue, 4th Floor
New York, NY 10017

Fred T. Isquith, Esquire
Mark C. Rifkin, Esquire
Michael Jaffe, Esquire
Matthew M. Guiney, Esquire
Wolf Handenstein Adler
Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

Edward P. Welch, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Richard H. Morse_
Richard H. Morse (I.D. No. 531)
Jeffrey T. Castellano (I.D. No. 4837)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants