## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE MBNA CORP. | ) | Civ. Action No.: 05-CV-00272-GMS |
| | ) | |
| SECURITIES LITIGATION | ) | CONSOLIDATED |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the

United States District Court for the District of Delaware, Stuart J. Guber, Esquire hereby

withdraws as one of the counsel for plaintiff Activest Investmentgesellschaft mbH

("Activest") in this case. Furthermore, Mr. Guber is no longer associated with the law

firm of Motley Rice LLC, and does not represent any party in this matter. This

withdrawal will leave members of the Bar of this Court as counsel of record.

Dated: March 10, 2008

Stuart J. Guber
4565 Bastion Drive
Roswell, GA 30075
Tel.: (770) 518-3072
E-Mail: sjgesq@aol.com

Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
**RIGRODSKY & LONG, P.A.**
919 North Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530
E-Mail: sdr@rigrodskylong.com
          bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs and the Class*