IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. | Civ. Action No.: 05-CV-00272-GMS |
| SECURITIES LITIGATION | CONSOLIDATED |

### MOTION AND ORDER FOR ADMISSION
### PRO HAC VICE (MARTHA H. RHODES)

Pursuant to Local Rule 83.5(c) and the attached certification, Brian D. Long moves for the admission *pro hac vice* of Martha H. Rhodes, Esquire, to represent Plaintiffs in this matter.

Dated: April 15, 2008

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By: _____
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
Gregory M. Sleet, U.S.D.J.