IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. ) | Civ. Action No.: 05-CV-00272-GMS |
| SECURITIES LITIGATION ) | CONSOLIDATED |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 (c) and the attached certification, Brian D. Long moves for the admission *pro hac vice* of William H. Narwold, Esquire, to represent Plaintiffs in this matter.

Dated: April 15, 2008

Respectfully submitted,

RIGRODSKY & LONG, P.A.

By: _____
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
       bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
Gregory M. Sleet, U.S.D.J.