**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE MBNA CORP. | ) | Civ. Action No.:  05-CV-00272-GMS |
|  | ) |  |
| SECURITIES LITIGATION | ) | CONSOLIDATED |
|  | ) |  |
|  | ) |  |

**MOTION AND ORDER FOR ADMISSION**
**PRO HAC VICE (JOHN E. HERRICK)**

Pursuant to Local Rule 83.5 (c) and the attached certification, Brian D. Long moves for

the admission *pro hac vice* of John E. Herrick, Esquire, to represent Plaintiffs in this matter.

Dated: April 15, 2008                    Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By:

Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel:  (302) 295-5310
Fax:  (302) 654-7530
Email:  sdr@rigrodskylong.com
          bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                              United States District Judge