# RIGRODSKY & LONG, P.A.
## ATTORNEYS AT LAW

919 NORTH MARKET STREET, SUITE 980
WILMINGTON, DELAWARE 19801

SETH D. RIGRODSKY*
BRIAN D. LONG**
DAVID R. LURIE^

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN PA
^ADMITTED IN NY ONLY

TELEPHONE (302) 295-5310
FACSIMILE (302) 654-7530
WWW.RIGRODSKYLONG.COM

April 24, 2008

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801

      Re:    *In re MBNA Corp. Securities Litigation, No. 05-272 (GMS)*

Dear Chief Judge Sleet:

      In anticipation of the discovery teleconference scheduled on April 24, 2008 for April 25, 2008 at 12:15 pm, in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Plaintiff's Issues:**

- The number of depositions that the plaintiff will be permitted to take of current and former employees of defendant MBNA;
- The date on which one of the individual defendants will be deposed;
- Various issues concerning MBNA's original and revised Privilege and Redacted Documents Logs;
- The production of certain documents that have been requested by the plaintiff, and
- The timing of production of documents.

Respectfully,

*/s/ Brian D. Long*

Brian D. Long (#4347)

cc:    Clerk of the Court
         Stacey R. Friedman, Esquire