IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br><br>SECURITIES LITIGATION | ) Civ. Action No.: 05-CV-00272-GMS<br>)<br>) CONSOLIDATED<br>) |

**MOTION AND ORDER FOR ADMISSION**
**PRO HAC VICE (ANN RITTER)**

Pursuant to Local Rule 83.5 and the attached certification, Brian D. Long moves the Court for the admission *pro hac vice* of Ann K. Ritter, Esquire to represent Plaintiffs in this matter.

Dated: May 2, 2008

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By: _____
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
       bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge