## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Tennessee and South Carolina.   Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in preparation, or course of this action.   I also certify that I am generally familiar with this Court's Local Rules.   In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of Court, or if not paid previously, the fee payment will be submitted X_ to the Clerk's Office upon the filing of this motion.

Signed: _____

Ann K. Ritter, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel.:  (843)216-9000
Fax:  (843)216-9430
Email:  aritter@motleyrice.com

Date:  April 30, 2008