# RIGRODSKY & LONG, P.A.
### ATTORNEYS AT LAW

919 NORTH MARKET STREET, SUITE 980
WILMINGTON, DELAWARE 19801

SETH D. RIGRODSKY*
BRIAN D. LONG**
DAVID R. LURIE^

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN PA
^ADMITTED IN NY ONLY

TELEPHONE (302) 295-5310
FACSIMILE (302) 654-7530
WWW.RIGRODSKYLONG.COM

May 29, 2008

**VIA FEDERAL ELECTRONIC FILING**

The Honorable Chief Judge Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

RE: *In re MBNA Corporation Derivative and Class Litigation*,
C.A. No. 1:05-cv-00272-GMS

Dear Chief Judge Sleet:

I am writing to request that the Court allow for fact discovery to be extended until July 2, 2008, in order for Plaintiffs to take a 30(b)(6) deposition of Ernst & Young, the third-party auditor for MBNA. While the Plaintiffs had noticed the deposition and intended on completing the deposition of this third-party witness consistent with the last amended scheduling order, Ernst & Young was unable to provide a proper 30(b)(6) witness for deposition due to a family medical emergency of the deponent. We have now received confirmation that Ernst & Young will be able to provide a 30(b)(6) witness for deposition on July 2, 2008 and all parties have agreed to this proposed date. We have attached a Stipulation and Proposed Order reflecting this change in discovery deadline for your review and signature.

Should Your Honor have any questions, counsel are available at the Court's convenience.

Respectfully,

Brian D. Long (#4347)

BDL/ceh
Encl.

cc: Clerk of Court
    Richard C. Morse, Esquire (via email without enclosure)
    Michael Jaffe, Esq. (via email without enclosure)
    William E. Applegate, IV, Esq. (via email without enclosure)