## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br><br>SECURITIES LITIGATION | C.A. No. 05-272-GMS<br>CONSOLIDATED |

### STIPULATION AND ORDER

WHEREAS under the Amended Scheduling Order dated February 19, 2008, the scheduled close of fact discovery in this action was May 14, 2008;

WHEREAS under the Stipulation and Order dated May 19, 2008, the previously scheduled close of fact discovery in this action was extended to June 15, 2008 for the limited purpose of allowing plaintiffs to take the previously noticed depositions of William Milstead and Richard Fucci and to notice and take a deposition of Ernst & Young pursuant to Federal Rule of Civil Procedure 30(b)(6);

WHEREAS under the Stipulation and Order the parties agreed to allow plaintiffs to schedule and take the deposition of Ernst & Young and plaintiffs anticipated that the deposition would take place on or before June 15, 2008;

WHEREAS plaintiffs filed a notice and subpoena for deposition of Ernst & Young to take place on May 28, 2008 and Ernst & Young was unable to comply with the notice and subpoena;

WHEREAS Ernst & Young is unable to produce a 30(b)(6) representative until July 2, 2008;

WHEREAS the parties have agreed to a schedule for the taking of the previously noticed deposition of Ernst & Young after the close of fact discovery, and anticipate this deposition will be completed on or before July 2, 2008;

WHEREAS plaintiffs do not intend to take any other fact depositions aside from those described in this stipulation;

WHEREAS defendants do not oppose plaintiffs' request to depose Ernst & Young on or before July 2, 2008; and

WHEREAS permitting this deposition to proceed after the close of fact discovery will not affect the date on which summary judgment motions will be fully briefed or any of the subsequent deadlines set forth in the existing Scheduling Order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the Amended Scheduling Order dated February 19, 2008 is hereby modified as follows:

1.   The deposition of Ernst & Young may be taken on July 2, 2008.


/s/ Brian D. Long
Seth D. Rigrodsky (No. 3147)
Brian D. Long (No. 4347)
RIGRODSKY & LONG, P.A.
919 Market Street, Suite 980
Wilmington, DE 19801
302-295-5310
sdr@rigrodskylong.com

*Liaison Counsel for Plaintiffs*


/s/ Michele Sherretta Budicak
Richard H. Morse (No. 531)
Michele Sherretta Budicak (No. 4651)
YOUNG, CONAWAY, STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600
mbudicak@ycst.com

*Of Counsel*:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000


Dated: May 29, 2008

*Attorneys for Defendants*

SO ORDERED, this ____ day of _____, 2008.


_____
Chief United States District Judge

2