IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br><br>SECURITIES LITIGATION | C.A. No. 05-272-GMS<br>CONSOLIDATED |

**STIPULATION AND ORDER**

WHEREAS under the Amended Scheduling Order dated February 19, 2008, Plaintiffs are required to file their designation of testifying experts and serve the materials required by Federal Rule 26(a)(2)(b) by June 30, 2008, subject to the limitations set forth in the Confidentiality Stipulation and Order entered by the Court on July 31, 2007, and Defendants are required to file their designation of testifying experts and Expert Materials by July 31, 2008;

WHEREAS the parties have conferred and propose to extend the time for expert reports and expert discovery as set forth below;

WHEREAS an extension of the current deadlines for expert reports and expert discovery will not affect the date on which summary judgment motions will be fully briefed and/or any subsequent deadlines set forth in the existing Scheduling Order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the Amended Scheduling Order dated February 19, 2008 is hereby modified as follows:

- Plaintiffs shall (i) file their designation of testifying experts, and (ii) serve on Defendants (but not file) their Expert Materials by July 15, 2008.

- Defendants shall (i) file their designation of testifying experts, and (ii) serve on Plaintiffs (but not file) their Expert Materials by August 21, 2008.

- Plaintiff shall (i) file their designation of rebuttal experts, and (ii) serve on Defendants (but not file) the Expert Materials by September 8, 2008.

- All expert discovery in this case shall be completed no later than October 15, 2008.

/s/ Brian D. Long
Seth D. Rigrodsky (No. 3147)
Brian D. Long (No. 4347)
RIGRODSKY & LONG, P.A.
919 Market Street, Suite 980
Wilmington, DE 19801
302-295-5310
sdr@rigrodskylong.com

*Liaison Counsel for Plaintiffs*

/s/ Michele Sherretta Budicak
Richard H. Morse (No. 531)
Michele Sherretta Budicak (No. 4651)
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600
mbudicak@ycst.com

*Of Counsel*:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Dated: June 17, 2008

*Attorneys for Defendants*

SO ORDERED, this ____ day of June, 2008.

_____
Chief United States District Judge