**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE MBNA CORP.<br>SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS<br>CONSOLIDATED |

## UNCONTESTED MOTION TO SUBSTITUTE LEAD PLAINTIFF

By this uncontested motion, Lead Plaintiff Activest Investmentgesellschaft mbH ("Activest") and Société Générale Securities Services Kapitalanlagegesellschaft mbH's ("Société Générale") request: (1) that the Court allow Activest's withdrawal from the position of Lead Plaintiff in this matter; and (2) that Société Générale be substituted as Lead Plaintiff in this case in place of Activest. The grounds for this Motion are as follows:

1. On October 13, 2005, this Court entered an Order appointing Activest, for the account of the PT-Master fund, as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"). 15 U.S.C. § 78u-4(a)(3)(B).

2. On December 17, 2007, Société Générale assumed the responsibilities of managing and directing the account of PT-Master Fund.

3. With this motion, Activest proposes its own withdrawal, as it no longer represents the interests of the purported class and no longer has the greatest financial interest in the litigation pursuant to Section § 21D(a)(3)(B) of the Exchange Act. 15 U.S.C. § 78u-4(a)(3)(B).

4. Activest also proposes the substitution of Société Générale as Lead Plaintiff pursuant to Fed. R. Civ. P. 25(c), as Société Générale will continue to serve as the manager and director for the account of the PT-Master fund and therefore also has the largest financial interest in the relief sought by this class. 15 U.S.C. § 78u-4(a)(3)(B).

5. Additionally, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Activest previously selected and this Court previously approved Motley Rice LLC as lead counsel to represent the class of shareholders.

6. Motley Rice LLC represents Société Générale in the same capacity in which it represented Activest in its responsibilities as the manager and director of the PT-Master Fund account.

7. Motley Rice LLC's representation of Société Générale and this Court's pre-approval of this firm further supports the ease with which Société Générale may be substituted for Activest as Lead Plaintiff.

8. Pursuant to L.R. 7.1.1, counsel for plaintiffs have conferred with counsel for defendants and defendants have agreed not to oppose this motion based on the following representations from Société Générale, Activest, and Motley Rice LLC: (a) discovery produced by or taken from Activest is complete and binding on Société Générale and all discovery produced by or taken from Activest prior to substitution will be treated as if it were produced by or taken from Société Générale; (b) the substitution of Société Générale for Activest provides no basis for reopening fact discovery in this case or for otherwise altering any of the deadlines set forth in the schedule agreed upon by the parties and approved by the Court; (c) by agreeing not to oppose this motion, defendants are not waiving any rights or arguments that might otherwise be available to them and no argument will be made that defendants waived any rights or arguments, including the right to oppose class certification or make any argument in opposition to class certification; and (d) the sole purpose of this motion is to substitute Société Générale for Activest as Lead Plaintiff and this motion (and any order granting this motion) will not be used for any other purpose, including in support of a motion for class certification.

Therefore, Activest and Société Générale respectfully request an Order, in the form attached hereto, approving the substitution of Société Générale as Lead Plaintiff in this action together with such other and further relief as the Court deems just and proper.

Dated: June 30, 2008                               Respectfully Submitted,

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
    Seth D. Rigrodsky (#3147)
    Brian D. Long (#4347)
    919 North Market Street, Suite 980
    Wilmington, Delaware 19801
    Tel.: (302) 295-5310
    Fax: (302) 654-7530
    E-Mail: sdr@rigrodskylong.com
            bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*

**MOTLEY RICE LLC**
William E. Applegate, IV
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Tel.: (843) 216-9000
Fax: (843) 216-9450
E-Mail: wapplegate@motleyrice.com

*Lead Counsel for Plaintiffs*