**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE MBNA CORP.<br>SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS<br>CONSOLIDATED |

**[PROPOSED] ORDER**

Upon consideration of Lead Plaintiff Activest Investmentgesellschaft mbH ("Activest") and Société Générale Securities Services Kapitalanlagegesellschaft mbH's ("Société Générale") Uncontested Motion to Substitute Lead Plaintiff and good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Uncontested Motion to Substitute Lead Plaintiff by Lead Plaintiff Activest and Société Générale to approve their request to substitute Société Générale as Lead Plaintiff for Activest, which the Court previously appointed as Lead Plaintiff on October 13, 2005, in the above-captioned action is hereby **GRANTED**; and

2. The Court hereby appoints Société Générale as Lead Plaintiff in substitution of Activest, which has withdrawn as a party to the above-captioned action.

**SO ORDERED.**

Dated: _____, 2008

_____
Gregory M. Sleet, U.S.D.J.