IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br>SECURITIES LITIGATION | Case No. 05-00272-GMS<br>CONSOLIDATED |

**[PROPOSED] ORDER**

WHEREAS on July 11, 2008, this Court conducted a telephonic discovery conference to address plaintiffs' request that the Court set a schedule for briefing regarding the sufficiency or insufficiency of defendants' privilege and redaction logs; and

WHEREAS the Court heard arguments presented by both sides during the discovery teleconference and concluded that the parties should undertake additional efforts to resolve their dispute before seeking judicial intervention;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' request that the Court set a schedule for briefing is denied.

2. On or before August 1, 2008, plaintiffs shall provide defendants with a list, in writing, of the specific assertions of privilege to which they object by identifying the relevant entries on defendants' privilege and redaction logs, describing the nature of their objection to the assertion of privilege with respect to each such entry, and providing any case law or other authorities that they believe support their objections.

3. On or before August 22, 2008, defendants shall respond in writing to plaintiffs' objections and shall provide plaintiffs with any declarations or other competent evidence to support their assertions of privilege with respect to the challenged documents, as well as any case law or other authorities that they believe support their positions.

4.     Within seven days after plaintiffs receive defendants' response, plaintiffs and defendants shall meet and confer in an attempt to resolve any remaining disputes they may have as to defendants' assertion of privilege.

5.     If any disputes remain following the above-described meet-and-confer process, the parties shall submit to the Court a joint, non-argumentative, letter briefly requesting either: (1) leave to submit brief letters to the Court on the remaining privilege disputes, or (2) referral of the privilege disputes to either a special master to be paid for by the parties or a United States Magistrate Judge.

SO ORDERED, this ____ day of July, 2008.

_____
Chief United States District Judge