IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS<br>CONSOLIDATED |

## **PLAINTIFFS' EXPERT DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Court's June 24, 2008 Order, Plaintiffs identify the following expert witnesses:

Steven L. Henning
Marks, Paneth & Shron LLP
622 Third Avenue
New York, NY  10017-6701

Gary J. Kopff
Heritage Management Ltd.
2939 Newark Street, NW
Washington, DC  20008

Frank C. Torchio
Forensic Economics, Inc.
95 Allens Creek Road
Building 2
Rochester, NY  14618

Pursuant to the Court's June 24, 2008 Order, Plaintiffs have served on Defendants a written report for each of these experts.

Dated:  July 15, 2008

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
**RIGRODSKY & LONG, P.A.**
919 N. Market Street, Suite 980
Wilmington, Delaware 19801
Tel.:  (302) 295-5310
Fax:  (302) 654-7530
E-Mail:  sdr@rigrodskylong.com
             bdl@rigrodskylong.com

*Plaintiffs' Local Counsel*

William E. Applegate IV
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Tel.: (843) 216-9000
Fax: (843) 216-9450
E-Mail: wapplegate@motleyrice.com

*Plaintiffs' Lead Counsel*