UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br>SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS<br>CONSOLIDATED |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE
CONSOLIDATED AMENDED COMPLAINT PURSUANT TO RULE 15(a)**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Lead Plaintiff Société Général Securities Services Kapitalangegesellschaft mbH ("Société Générale") for account of the PT-Master Fund, by its counsel and on behalf of all plaintiffs, hereby respectfully moves for leave to amend the Consolidated Amended Complaint Pursuant, D.I. 37.  The bases for this motion are set forth in the accompanying Opening Brief and supported by the Affidavit of Meghan Oliver and the exhibits thereto.

2

Pursuant to Local Rule 7.1.1, counsel have made reasonable efforts to reach agreement on the matters set forth in this Motion and the accompanying Opening Brief, and have been unable to do so.

Dated: August 1, 2008                                                    Respectfully submitted,

/s/  Brian D. Long
Seth D. Rigrodsky (#3147)
sdr@rigrodskylong.com
Brian D. Long (#4347)
bdl@rigrodskylong.com
**RIGRODSKY & LONG, P.A.**
919 North Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310

*Plaintiffs' Liaison Counsel*

**MOTLEY RICE LLC**

William H. Narwold (admitted *pro hac vice*)
Robert T. Haefele (admitted *pro hac vice*)
William E. Applegate, IV (admitted *pro hac vice*)
Meghan S. B. Oliver (admitted *pro hac vice*)
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9000
E-mail:  bnarwold@motleyrice.com
           rhaefele@motleyrice.com
           wapplegate@motleyrice.com
           moliver@motleyrice.com

*Plaintiffs' Lead Counsel*