UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS CONSOLIDATED |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE CONSOLIDATED AMENDED COMPLAINT PURSUANT TO RULE 15(a)

Having considered the motion of Lead Plaintiff, Société Général Securities Services Kapitalangegesellschaft mbH, for leave to amend the Consolidated Amended Complaint pursuant to Rule 15(a) and the Memorandum of Law and Affidavit in support thereof, and good cause appearing therefore:

1. Plaintiff's motion for leave to amend the consolidated amended complaint is hereby **GRANTED**;

2. The Clerk shall enter Plaintiffs' First Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws attached as Exhibit A to the Affidavit of Meghan S.B. Oliver filed in support of Plaintiffs' Motion for Leave to Amend.

**IT IS SO ORDERED:**

**DATED:**_____      _____
**THE HONORABLE GREGORY M. SLEET**
**UNITED STATES DISTRICT JUDGE**