IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS CONSOLIDATED |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, the undersigned hereby states that counsel have made reasonable and good faith efforts to reach agreement on the matters set forth in this Motion and the accompanying Opening Brief, and have been unable to do so.

Dated: August 1, 2008

Respectfully submitted,

/s/ *Brian D. Long*
Seth D. Rigrodsky (#3147)
sdr@rigrodskylong.com
Brian D. Long (#4347)
bdl@rigrodskylong.com
**RIGRODSKY & LONG, P.A.**
919 North Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310

*Plaintiffs' Liaison Counsel*

**MOTLEY RICE LLC**

William H. Narwold (admitted *pro hac vice*)
bnarwold@motleyrice.com
Robert T. Haefele (admitted *pro hac vice*)
rhaefele@motleyrice.com
William E. Applegate, IV (admitted *pro hac vice*)
wapplegate@motleyrice.com
Meghan S. B. Oliver (admitted *pro hac vice*)
moliver@motleyrice.com
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9000

*Plaintiffs' Lead Counsel*