UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS CONSOLIDATED |
|---|---|

### COMPENDIUM OF UNREPORTED OPINIONS

Dated: August 1, 2008

/s/ Brian D. Long_____
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
**RIGRODSKY & LONG, P.A.**
919 North Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530
E-mail:  sdr@rigrodskylong.com
             bdl@rigrodskylong.com

*Plaintiffs' Liaison Counsel*

**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Tel.: (843) 216-9000
Fax: (843) 216-9450
E-mail:  bnarwold@motleyrice.com
             rhaefele@motleyrice.com
             wapplegate@motleyrice.com
             moliver@motleyrice.com

*Plaintiffs' Lead Counsel*

**INDEX**                                                                                           **TAB**

*Khan v. Park Capital Sec. LLC*, No. C 03 00574,
        2004 U.S. Dist. WL 1753385 (N.D. Cal. Aug. 5, 2004)……………………………..1

*Smithkline Beecham Corp. v. Apotex Corp.,* No. 98 C 3952,
        2000 U.S. Dist. WL 116082 (N.D. Ill. Jan. 24, 2000)…………...……………..2

*In Re Digital Island Sec. Litig.,* No. Civ. A. 02-57-GMS
        2002 U.S. Dist. WL 31667863 (D. Del. Nov. 25, 2002).......................................3

*Payne v. Deluca,* No. 2:02-CV-1927
        2006 U.S. Dist. WL 3590014 (W.D. Pa. Dec. 11, 2006)…………………………..4