UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS CONSOLIDATED |

### AFFIDAVIT OF MEGHAN S. B. OLIVER

STATE OF SOUTH CAROLINA ) 
                        ) ss.
COUNTY OF CHARLESTON    )

MEGHAN S. B. OLIVER, being duly sworn, deposes and says:

1. I am a member of the Bar of the Commonwealth of Virginia and the District of Columbia and an associate of Motley Rice LLC, Lead Plaintiff's Counsel in this action. I submit this affidavit to provide the Court with materials cited in Plaintiffs' Opening Brief in Support of Their Motion for Leave to Amend Pursuant to Rule 15(a).

2. Attached hereto as Exhibit A is the Plaintiffs' Proposed Amended Consolidated Complaint.

3. Attached hereto as Exhibit B is a true and correct copy of a November 22, 2004 presentation entitled "2005 Plan Review" with handwritten notes, bates stamped MBNA 0049225-55.

4. Attached hereto as Exhibit C is a true and correct copy of a July 16, 2004 NIBT Update of MBNA, bates stamped MBNA 0337750-58.

5. Attached hereto as Exhibit D is a true and correct copy of a September 9, 2004 Financial Update of MBNA, bates stamped MBNA 0051110-19.

6. Attached hereto as Exhibit E is a true and correct copy of an October 4, 2004 Third Quarter 2004 Financial Review of MBNA, bates stamped MBNA 0050993-1005.

7. Attached hereto as Exhibit F is a true and correct copy of a November 29, 2004 Financial Update of MBNA, bates stamped MBNA 0050909-12.

8. Attached hereto as Exhibit G is a true and correct copy of an April 21, 2005 Cover Memorandum from Ken Vecchione to Bruce Hammonds, John Cochran, Lance Weaver, and Ric Struthers forwarding a Memorandum from T. Wren to K. Vecchione regarding Payment Rate Mortgage Refi. analysis of MBNA, bates stamped MBNA 0344414-18.

9. Attached hereto as Exhibit H is a true and correct copy of an April 26, 2005 2004-2007 Strategic Plan Review of MBNA, bates stamped MBNA 0116779-818.

10. Attached hereto as Exhibit I is a true and correct copy of a January 10, 2005 MBNA Compensation and Stock Option Committee Materials, bates stamped MBNA 0300840-68.

*[signature]*
Meghan S. B. Oliver

SWORN TO AND SUBSCRIBED
BEFORE ME this 29 day of July, 2008.

*[signature]*
Notary Public

My Commission Expires: 10/23/10

2