# EXHIBIT C

NIBT Update
7/16/04

CONFIDENTIAL

MBNA 0337750

### NIBT/EXPENSE CHALLENGE UPDATE

<table>
<tr><td></td><td><strong>Friday<br>7/16/04<br>9:00 – 10:00<br>Sun Room</strong></td></tr>
</table>

**ATTENDEES:**

Senior Management:
- ~~John Cochran~~ - Cleveland
- ~~Gregg Bacchieri~~ – PTO (Chip Rossi will attend in his place)
- Ken Boehl o|C
- ~~Frank Bramble~~ - NO
- Becky Cahill o|C
- Doug Denton o|C
- Robert DeSantis
- ~~Gene Kaulak~~ - traveling
- ~~Val McGarry~~ - NO (Matt Murphy will attend in her place)
- ~~Ed Plummer~~
- Michael Rhodes
- Chip Rossi
- Craig Schroeder
- Ric Struthers
- Ken Vecchione o|C
- ~~Lance Weaver~~ - traveling
- ~~Vernon Wright~~ - PTO

Corp. BFO
- Bob LaMantia o|C
- ~~Jerry Plush~~ - PTO

Technology BFO
- Karen Corder o|C

UK
- ~~Sal DeAngelo~~ - attending a mtg.
- Shane Flynn
- Michele Greene
- Rik Chichester

Canada
- Joe DeSantis o|C
- Terry Blake NO
- Mark Janicki o|C

Cons. Fin./Bus. Lending
- Jack Hewes – ~~attending in Wilm.~~ o|C
- Nayan Kisnadwala NC
- John Balzarini oᵛ
- ~~Adam Block~~ PTO

USCC
- Greg Shishko o|C

Admin. BFO
- Hugh Curran o|C

Accounting
- Randy Black o|C

---

**VTC SESSIONS**

Canada – CEO Conf. Room
VTCDOT108EXEC

Sun Room – Wilm.
VTDEBB103-SUN

Dallas – Info. Security VTC
VTTXHM201INFO

Deerfield - Jack/Nayan/John
VTDEDF503EXEC

UK – Audio Add-In
302-457-

Additional Add-In
302-457-

---

Additional Attendees:

Matt Murphy

---

CONFIDENTIAL

MBNA 0337751



# Financial Update
## July 16, 2004

Review of:
- Targets
- 2nd Quarter Earnings
- 2nd Half Outlook

CONFIDENTIAL

MBNA 0337752



# 2004 Targets

| | 1Q Plan | 1Q Actual | 2Q Target | 2Q Actual | 3Q | 4Q | Full Year Plan | Full Year Target |
|---|---|---|---|---|---|---|---|---|
| Loans - ($B) * | $119.1 | $117.6 | $123.5 | $118.2 | $126.7 | $131.2 | $131.2 | $131.2 |
| % Growth | 12% | 11% | 12% | 7% | 12% | 11% | 11% | 11% |
| NIBT ($MM) ** | | $803 | $958 | $970 | $1,176 | $1,246 | | $4,196 |
| % Growth | | 19% | 13% | 14% | 14% | 13% | | 15% |
| *Plan Targets* | *$775* | | *$976* | | *$1,184* | *$1,258* | *$4,194* | |
| Net Income | $433 | $520 | $626 | $660 | $752 | $797 | $2,680 | $2,729 |
| % Growth | | 20% | 15% | 22% | 14% | 13% | 15% | 17% |
| EPS | $0.38 | $0.40 | $0.48 | $0.51 | $0.58 | $0.61 | $2.04 | $2.09 |
| % Growth | 21% | 15% | 14% | 21% | 14% | 13% | 14% | 17% |

\* UK FX rate planned at $1.75, Canada planned at $0.75.

\*\* NIBT & NI targets for 2Q, 3Q, and 4Q have been adjusted from Plan to reflect a lower corporate tax rate and lower shares.

Page 2

CONFIDENTIAL

MBNA 0337753

## NIBT Status

| | 2Q |
|---|---|
| Variance to NIBT Target on 6/28/04 | ($0.6) |
| • Revised estimate of UK Systems write-off \ SSE | $1.0 |
| • Revised corporate estimates - Additional Provision, FAS 140, FAS 133 | ($2.0) |
| • US Card revised June Outlook | $3.7 |
| $2MM APR, $1MM Late Fees, Visa comp. $2MM & ($1MM) Expense | |
| Variance to NIBT Target @ 6/30/04 | $2.2 |

Page 3

CONFIDENTIAL

MBNA 0337754

## 2Q Earnings Status

**Variance to NIBT Target @ 6/30/04**

|  | | 2Q |
|---|---|---|
| | | **$22.2** |

- Business Line Updates
  - Europe - Expense $9MM, COF $6MM, offset by Yield ($4MM) and Fees ($3MM)

  | | |
  |---|---|
  | | $8.5 |

  $13.3

  - US Card - primarily Late fees and Expense

  | | |
  |---|---|
  | | $3.0 |

  - Consumer Finance - favorable Expense and RBIF

  | | |
  |---|---|
  | | $1.8 |

- Corporate Items - Additional Provision, Discounting, FAS 133    $0.7

- PCL - Changes to PCCR and Intangibles    ($4.0)

**Final Variance to NIBT Target**    **$12.2**

| | NI | EPS | Rounded |
|---|---|---|---|
| Net Income and EPS before tax change | $634.1 | $0.486 | $0.49 |
| Impact of accelerating tax rate benefit<br>[2Q tax rate of 31.96% vs. June Forecast of 34.66%] | $22.7 | $0.020 | $0.02 |
| **Final Net Income and EPS** | **$656.8** | **$0.506** | **$0.51** |

Page 4

CONFIDENTIAL

MBNA 0337755

# 1st Half NIBT Review – Performance vs. 2004 Plan

| | 1st Quarter | | | 2nd Quarter | | | 1st Half | | |
|---|---|---|---|---|---|---|---|---|---|
| | Actual | Plan | B/(W) | Actual | Plan | B/(W) | Actual | Plan | B/(W) |
| **Product Direct Contribution** | | | | | | | | | |
| US Card | $908 | $1,010 | ($102) | $983 | $1,148 | ($165) | $1,891 | $2,158 | ($267) |
| Consumer Finance | $91 | $81 | $10 | $124 | $118 | $6 | $215 | $199 | $16 |
| Europe | $95 | $97 | ($2) | $48 | $145 | ($97) | $144 | $242 | ($99) |
| Business Lending | $34 | $27 | $6 | $32 | $35 | ($3) | $66 | $62 | $3 |
| Canada | $36 | $30 | $7 | $35 | $47 | ($12) | $72 | $77 | ($5) |
| Total Product Contribution | $1,165 | $1,245 | ($80) | $1,222 | $1,493 | ($270) | $2,387 | $2,738 | ($351) |
| | | | | | | | | | |
| SIF | $0 | ($75) | $75 | $0 | ($183) | $183 | $0 | ($257) | $257 |
| Additional Provision | ($6) | ($34) | $29 | $88 | ($1) | $89 | $82 | ($35) | $118 |
| FAS 140 | ($22) | ($1) | ($21) | ($27) | $15 | ($42) | ($49) | $15 | ($63) |
| Administration and Technology | ($274) | ($290) | $16 | ($249) | ($268) | $19 | ($523) | ($558) | $35 |
| Other | ($59) | ($70) | $11 | ($64) | ($81) | $17 | ($123) | ($150) | $28 |
| **Managed NIBT** | $804 | $775 | $29 | $970 | $976 | ($6) | $1,774 | $1,751 | $23 |
| | | | | | | | | | |
| EPS @ Plan Tax Rate and Shares | $0.392 | $0.38 | $0.01 | $0.472 | $0.48 | ($0.01) | $0.865 | $0.853 | $0.01 |
| Benefit of Reduced tax rate | $0.005 | | $0.00 | $0.031 | | $0.03 | $0.036 | | $0.04 |
| Benefit of lower shares | $0.003 | | | $0.003 | | $0.00 | $0.003 | | $0.00 |
| **Earnings per Share** | $0.40 | $0.38 | $0.02 | $0.51 | $0.48 | $0.03 | $0.90 | $0.85 | $0.05 |

5

CONFIDENTIAL

MBNA 0337756

## 2nd Half NIBT Status

| | 3rd Quarter | 4th Quarter | 2nd Half |
|---|---|---|---|
| June Forecast NBT Target | $1,155 | $1,225 | $2,381 |
| NIBT to offset Increased tax rate (from 34.95% to 36.1%) | $20 | $21 | $41 |
| Revised NIBT Target | $1,176 | $1,246 | $2,422 |
| June Forecast Submissions | $1,034 | $1,126 | $2,161 |
| Variance (GAP) | ($141) | ($120) | ($261) |
| | | | |
| Expense Management Challenge (in June Forecast submissions) | ($75) | ($41) | ($116) |

6

CONFIDENTIAL

MBNA 0337757

## 2nd Half NIBT Review - vs. Plan

| Product Direct Contribution | 3rd Quarter | | | 4th Quarter | | | 2nd Half | | |
|---|---|---|---|---|---|---|---|---|---|
| | June Fcst | Plan | B/(W) | June Fcst | Plan | B/(W) | June Fcst | Plan | B/(W) |
| US Card | $1,032 | $1,192 | ($160) | $1,133 | $1,230 | ($97) | $2,165 | $2,422 | ($257) |
| Consumer Finance | $127 | $124 | $3 | $126 | $112 | $15 | $253 | $235 | $18 |
| Europe | $148 | $179 | ($31) | $283 | $249 | $34 | $431 | $428 | $3 |
| Business Lending | $32 | $35 | ($2) | $35 | $37 | ($3) | $67 | $72 | ($5) |
| Canada | $44 | $61 | ($17) | $68 | $69 | ($1) | $112 | $130 | ($18) |
| Total Product Contribution | $1,383 | $1,590 | ($207) | $1,646 | $1,698 | ($52) | $3,028 | $3,288 | ($260) |

Observations:

- 3rd Quarter projections are ($207MM) off of Plan - US Card ($160MM or 16%), Europe ($31MM or 17%), and Canada ($17MM or 28%)

- All businesses except Bus. Lending are projecting substantial improvement in the 4th Quarter relative to Plan

- For all businesses except Europe, the June Forecast 2nd Half performance relative to Plan is generally consistent with 1st Half actual results

- Europe projects contribution NBT of $431MM in the 2nd half compared to 1st Half actual results of $145MM. Europe's 2nd quarter contribution NIBT was unfavorable to Plan by ($97MM), while the 2nd half is projected to be $3MM favorable to Plan.

7

CONFIDENTIAL

MBNA 0337758

# EXHIBIT D

Financial Update
September 9, 2004



DEPOSITION
EXHIBIT
Vecchione 24
5/5/08 JP

CONFIDENTIAL

MBNA 0051110



o opportunity
- R.o. - just rate
- Allocated

Reviewed @ NIBT meeting by Rob Fleck

Review individually w/ BLH (RKS on CIP - retaining more from U.K. now 9/10/04)

Reviewed and discussed @ 9/10/04 individual meeting with BLH, STRE, RKS, FB, CKL, LLH, DWS

# Financial Update
## September 9, 2004

Review of:
- Targets
- Loan Growth
- 3Q NIBT Status
- Next Steps
- Appendix

**CONFIDENTIAL**

## 2004 Targets



| | 1Q | | 2Q | | | | Full Year | |
|---|---|---|---|---|---|---|---|---|
| | Plan | Actual | Target | Actual | 3Q | 4Q | Plan | Target |
| Loans - ($B) * | $119.1 | $117.6 | $123.5 | $118.2 | $126.7 | $131.2 | $131.2 | $131.2 |
| % Growth | 12% | 11% | 12% | 7% | 12% | 11% | 11% | 11% |
| NIBT ($MM) ** | | $803 | $958 | $970 | $1,181 | $1,249 | | $4,204 |
| % Growth | | 19% | 13% | 14% | 15% | 13% | | 15% |
| Plan Targets | $775 | | $976 | | $1,184 | $1,258 | $4,194 | |
| Net Income | $495 | $520 | $626 | $660 | $755 | $799 | $2,680 | $2,735 |
| % Growth | | 20% | 15% | 22% | 15% | 14% | 15% | 17% |
| EPS | $0.38 | $0.40 | $0.48 | $0.51 | $0.58 | $0.61 | $2.04 | $2.09 |
| % Growth | 15% | 21% | 14% | 21% | 14% | 13% | 14% | 17% |

\* UK FX rate planned at $1.75, Canada planned at $0.75.

\*\* NIBT & NI targets for 3Q and 4Q have been adjusted from Plan to reflect lower primary shares.

Note - 3Q and 4Q loans per August Update expected to be $118.3B ($8.4B unfav) and $123.0B ($8.2B unfav), respectively.

CONFIDENTIAL

MBNA 0051112

# 3Q 2004 Loan Growth

| | Ending Loans | Growth | | | | | | | |
| | 9/2/04 Estimate | 3Q 2004 (9/2/04 Estimate) | | | | 3Q 2003 | | | |
| | | Developed | Acquired | FX | Total | Developed | Acquired | FX | Total |
|---|---|---|---|---|---|---|---|---|---|
| US Card | $80,264 | ($1,482) | $68 | | ($1,414) | $867 | $95 | | $961 |
| Consumer Finance | $12,918 | $193 | $0 | | $193 | ($203) | $0 | | ($203) |
| Europe w/ FX | $19,724 | $1,071 | $207 | ($147) | $1,130 | $951 | $56 | $214 | $1,222 |
| Canada w/ FX | $3,613 | $102 | $45 | $82 | $229 | $185 | $0 | $5 | $190 |
| Business Card | $1,827 | ($3) | $0 | | ($3) | $76 | $0 | | $76 |
| Total | $118,346 | ($119) | $320 | ($65) | $136 | $1,877 | $151 | $219 | $2,247 |

- Total growth of $136MM is relatively flat to August Update
- Projected developed growth of ($119MM) is ($475MM) below August Update of $356MM
- Acquisitions of $320MM are ($94MM) below the August Update of $414MM
- Foreign exchange impact of ($65MM) is $586MM favorable to August Update.

| FX Assumptions: | 2Q 2004 | 3Q - Aug Upd | 3Q - 9/2 Estimate | 3Q - 9/8 Estimate |
|---|---|---|---|---|
| UK | 1.812 | 1.750 | 1.793 | 1.783 |
| Canada | 0.742 | 0.750 | 0.760 | 0.769 |

CONFIDENTIAL

MBNA 0051113

# 3Q NIBT Status – Solve Strategies

GAP to NIBT Target - 9/02/04      ($135.2)

US Card

| | | |
|---|---|---|
| Lost Expense opportunity - replacement hiring \ other | ($5.0) | |
| Elimination of move to 6.9% promo strategy | ($1.0) | |
| Favorable August Fee variance (lower points & higher cash fees) | $6.8 | $0.8 |

Consumer Finance & Business Lending

| | | |
|---|---|---|
| Hold mail | $1.3 | $1.3 |

Europe

| | | |
|---|---|---|
| FAS 140 risk - expected 4th quarter revenue shortfall (Corp. Est.) | ($34.0) | ($34.0) |

Corporate Items

| | | |
|---|---|---|
| Reduced Admin expense opportunity | ($0.4) | ($0.4) |

GAP to NIBT Target - 9/09/04      ($167.5)

CONFIDENTIAL

MBNA 0051114

# Next Steps

- Validate and analyze August Actuals

- Determine any impacts resulting from September 21st FOMC meeting

- Finalize US Card repricing strategies, determine date that decision needs to be made for ATB repricing

- Quantify any new revenue generating ideas

- Validate C&SP's UK revenue projection for FAS 140

- Assess potential opportunities to reduce LLR funding

- Validate process and data is available to support Mid Cycle over limit accrual

CONFIDENTIAL

MBNA 0051115

# Appendix

- NIBT Update 8/26
- NIBT Update 9/12



CONFIDENTIAL

MBNA 0051116

# 3Q NIBT Status - Solve Strategies

GAP to NIBT Target - August Update ........................................... ($171.4)

USCC Strategies
Pricing - FAS 140 ............................................................ $17.0 ........... $34.0
    (200bp repricings - Across the Board/Fixed Variable "clean-up")
Technology Projects - FAS 140 .............................................. $10.0
Expense Strategies ........................................................... $7.0
    (Reduce Marketing/Eliminate Replacement hiring)

Diversified Lending Strategies ............................................................ $9.0
Lower 4Q Losses (3Q LLR impact) ........................................... $5.0
Delayed Marketing .......................................................... $4.0

Balance Sheet review (primarily the release of tax reserves, etc) ............................... $15.7

GAP to NIBT Target - With Strategies (8/26/04) ................................................ ($112.7)

7

**CONFIDENTIAL**

MBNA 0051117

# 3Q NIBT Status – Solve Strategies

GAP to NIBT Target - With Strategies as of 8/26/04 ............ ($112.7)

| | | |
|---|---:|---:|
| US Card | | (26.4) |
| Lower fees - interchange ($2.6MM) and cash fees ($1.3MM) | ($3.9) | |
| Lower yield - full rate ($4.0MM) partially offset by favorable mix | ($2.0) | |
| Cash loan growth strategies - revenue $1.2MM, expense ($2.8MM) | ($1.6) | |
| Higher Expenses | ($2.0) | |
| FAS 140 Impacts/Strategies: | | |
| • Reduced opportunity from technology projects | ($4.0) | |
| • Full rate APR risk | ($6.0) | |
| • Cash loan growth strategies | ($6.9) | |
| | | |
| Consumer Finance | | ($4.0) |
| Shortfall in Delayed Marketing opportunity | ($4.0) | |
| | | |
| Europe | | ($3.3) |
| Yield risk | ($3.3) | |
| | | |
| Corporate Items | | $11.2 |
| Companywide August losses | $2.3 | |
| Admin expense opportunity | $4.1 | |
| Bankwide expense - CRG, Visa/MC assessments, eliminations | $4.8 | |
| FAS 140 - UK yield risk | TBD | |
| | | |
| GAP to NIBT Target - 9/02/04 | | ($135.2) |

8

CONFIDENTIAL

MBNA 0051118

NIBT Roll up
September 3, 2004

*Check 1 week Dec is Nontins or* (handwritten)

NIBT Shortfall as presented to JRC 9/3/04                          ($135.2)

Items discussed:
- Elimination of move to 6.9% promo strategy                        ($1.0)
- Lost Expense opportunity                                          ($5.0)
- Estimate of UK FAS 140 from reduced yields                       ($22.0) *C.54* (handwritten)
- Hold CF/BL mall                                                    $1.3
  - Fee Income Opportunity in August                                $6.8    Primarily from: Points favorable $4.8MM - from unfavorable retail volume and favorable AAA gsa rebates, and Cash Fees favorable $2.4MM - from favorable impact from pricing changes (uncapped fees, OTC fee floor increase) partially offset by lower volumes

Total                                                             ($154.1) *(61 MM^* (handwritten)

Path to Solve
- EPS to .56¢                                                       $40.0
- Bonus                                                             $50.0

Subtotal                                                           ($64.1)

Other Initiatives to Solve
- LLR                                                               ($30.0)   Incremental to items needed to substitute for eliminating ATB repricing; including additional technology
- Other USCC Initiatives                                           ($20.0)   projects, and other non-technology related revenue ideas (raise APS fees, change fee break points)
- Mid Cycle over limit                                              $6.5
- EPS Round                                                         $6.6

Net Gap                                                             $0.0

Other Items:
- VAT accrual from 19% to 32%                                       TBD
- Consumer reserves from 12 to 9 months                            TBD

Next steps
- LLR estimate (aggressive, conservative and most likely by end of week) - - - RGF to Call Greg B
- Last day to decide incremental ATB repricing to determine whether not we can pull it and find a substitute revenue opportunity - - - Michael to provide date
- Communicate Holding of CF / BL mall - - - Done
- Develop strategy for bonus reduction of $50MM with additional scenarios increasing in $10MM increments up to max available - - - RGF to Call CCK
- Size UK risk - - - RGF to call Sal; KAV in Europe next week
- Follow up on VAT Accrual - - - RGF message into Randy
- Consumer reserves to 9 months - - - RGF to call Greg B

CONFIDENTIAL

MBNA 0051119

# EXHIBIT E

MBNA 0050993

CONFIDENTIAL

Presented on 10/4/04
by Rich Fucci to
niw FB
RKS
STRC

Additionally discussed
by KHV on 10/5/04
@ executive committee

Include 4th QTR Preview

**mbna**

# 3rd Quarter 2004
# Financial Review
## October 4, 2004

- Current NIBT Status
- Estimated 3Q P&L
- Key Assumptions

CONFIDENTIAL

MBNA 0050994

# 3Q NIBT Status – Solve Strategies

**GAP to NIBT Target ($.66 EPS) - 9/30/04** — **($72.6)**

US Card
- Revised loss estimate $5.6MM and related purification $1.1MM — $6.7
- Mid Cycle Overlimit - estimate revised from $2.5MM to $3.3MM — $0.8
- Revised revenues - Interest Inc $3.4MM, Fees ($3.9MM) — ($0.5)

$7.0

Europe - Revised loss estimate $1.6MM; related purification $0.3MM — $1.9

Canada - Favorable expenses $0.9MM, MCO revised estimate $0.3MM, Other ($0.3MM) — $0.9

Corporate Items
FAS 140:
- Revised loss outlook (reduced by $9.8MM in 4Q, $1.6MM in 1Q) — $6.3
- UK change in repricing timing from January to February — ($2.7)

$3.6

LLR - Revised losses $2.4, purchased reserves ($2.1), FX $1.3, CRA ($0.3) — $1.3

Admin - Revised separations $0.3 and RSA $0.4; consulting $1.3, other $2.6 — $4.6

CRA losses — ($1.3)

Revised Effective Tax Rate estimate — $1.0

**GAP to NIBT Target ($.66 EPS) = 10/1/04 4:00 PM** — **($53.6)**

*double write up*

2

CONFIDENTIAL

MBNA 0050995

# Key Assumptions

## October 4, 2004

CONFIDENTIAL

## MBNA MANAGED

10/01/04 16:28

| $ In Thousand | 2003 Actuals 3rd QTR | | 2004 Actuals 2nd QTR | | 3rd QTR | | 3rd QTR vs 2nd QTR Var Inc/(Dec) | | 3rd QTR vs 3rd QTR 2003 Var Inc/(Dec) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ending Loans | 112,756,076 | | 118,209,891 | | 118,265,660 | | 53,769 | 0% | 5,507,584 | 5% |
| Average Outstanding | 110,994,317 | | 117,102,375 | | 118,553,631 | | 1,451,256 | 1% | 7,559,313 | 7% |
| Average Investments | 12,143,628 | | 13,393,414 | | 12,245,432 | | (1,147,982) | (9%) | 101,803 | 1% |
| Average Earning Assets | 123,137,946 | | 130,495,789 | | 130,799,062 | | 303,273 | 0% | 7,661,147 | 6% |
| | | | | | | | | | | |
| Interest Income - Loans | 3,311,407 | 11.84% | 3,310,725 | 11.37% | 3,398,059 | 11.40% | 87,335 | 3% | 86,653 | 3% |
| Interest Income - Investments | 54,174 | 1.77% | 59,422 | 1.79% | 67,226 | 2.18% | 7,804 | 13% | 13,052 | 24% |
| Total Interest Income | 3,365,581 | 10.84% | 3,370,147 | 10.35% | 3,465,285 | 10.54% | 95,139 | 3% | 99,704 | 3% |
| | | | | | | | | | | |
| Net Interest Expense | 770,650 | 2.48% | 801,605 | 2.47% | 898,918 | 2.73% | 97,313 | 12% | 128,267 | 17% |
| | | | | | | | | | | |
| Net Interest Income | 2,594,931 | 8.36% | 2,568,541 | 7.92% | 2,566,367 | 7.81% | (2,174) | (0%) | (28,563) | (1%) |
| | | | | | | | | | | |
| Interchange | 394,277 | 1.41% | 406,141 | 1.39% | 424,658 | 1.43% | 18,517 | 5% | 30,381 | 8% |
| Late Fees | 239,810 | 0.86% | 283,291 | 0.97% | 270,493 | 0.91% | (12,798) | (5%) | 30,683 | 13% |
| Credit Protection | 148,930 | 0.53% | 140,607 | 0.48% | 151,118 | 0.51% | 10,512 | 7% | 2,188 | 1% |
| Overlimit Fees | 128,572 | 0.46% | 109,130 | 0.37% | 118,567 | 0.40% | 9,437 | 9% | (10,000) | (8%) |
| Other Fees | 59,781 | 0.21% | 76,997 | 0.26% | 73,390 | 0.25% | (3,607) | (5%) | 13,609 | 23% |
| Cash Advance Fees | 166,814 | 0.60% | 186,028 | 0.64% | 196,626 | 0.66% | 10,598 | 6% | 29,812 | 18% |
| Gain on Securitization | 23,515 | 0.08% | (26,405) | (0.09%) | 27,175 | 0.09% | 53,581 | 201% | 3,661 | 16% |
| FASB 91 | (35,309) | (0.13%) | (41,296) | (0.14%) | (39,841) | (0.13%) | 1,455 | 4% | (4,532) | (13%) |
| Total Fees | 1,126,390 | 4.03% | 1,134,092 | 3.50% | 1,222,187 | 4.10% | 88,095 | 8% | 95,797 | 9% |
| | | | | | | | | | | |
| Total Revenue | 3,721,321 | 13.30% | 3,702,634 | 11.42% | 3,788,554 | 12.71% | 85,921 | 2% | 67,234 | 2% |
| | | | | | | | | | | |
| Business Development | 561,167 | 2.01% | 613,155 | 2.11% | 582,984 | 1.96% | (30,171) | (5%) | 21,817 | 4% |
| Operating | 524,939 | 1.88% | 553,839 | 1.90% | 591,129 | 1.98% | 37,291 | 7% | 66,191 | 13% |
| Overhead | 146,227 | 0.52% | 171,294 | 0.59% | 176,360 | 0.59% | 5,067 | 3% | 30,134 | 21% |
| Fraud | 35,057 | 0.13% | 33,578 | 0.12% | 38,721 | 0.13% | 5,143 | 15% | 3,664 | 10% |
| | | | | | | | | | | |
| Total Expense | 1,267,389 | 4.53% | 1,371,866 | 4.71% | 1,389,195 | 4.66% | 17,329 | 1% | 121,806 | 10% |
| | | | | | | | | | | |
| Net Credit Loss | 1,422,518 | 5.13% | 1,448,277 | 4.55% | 1,365,808 | 4.61% | (62,469) | (5%) | (56,770) | (4%) |
| Additional Provision | 426 | 0.00% | (87,951) | (0.30%) | (61,032) | (0.20%) | 26,918 | | (61,458) | |
| SIF | | 0.00% | | 0.00% | (53,630) | (0.18%) | | | (53,630) | |
| | | | | | | | | | | |
| Net Income Before Tax | 1,030,928 | 3.69% | 970,441 | 3.33% | 1,148,314 | 3.85% | 177,773 | 18% | 117,286 | 11% |
| Taxes | 372,165 | 1.33% | 310,107 | 1.07% | 420,706 | 1.41% | 110,599 | 36% | 48,541 | 13% |
| Net Income | 658,763 | 2.35% | 660,334 | 2.27% | 727,608 | 2.44% | 67,174 | 10% | 68,745 | 10% |
| Preferred Stock Dividend | 3,516 | 0.01% | 3,516 | 0.01% | 3,519 | 0.01% | 3 | 0% | 3 | 0% |
| Net Income to CS | 655,247 | 2.34% | 656,818 | 2.26% | 723,990 | 2.43% | 67,171 | 10% | 68,743 | 10% |
| Earnings per Share (Diluted) | 0.51 | | 0.51 | | 0.56 | | 0.05 | 10% | 0.05 | 10% |
| Average Shares (Diluted) | 1,295,312 | | 1,297,054 | | 1,259,970 | | (3,084) | (0%) | (2,342) | (0%) |

CONFIDENTIAL

MBNA 0050997

**MBNA MANAGED**

**3rd QTR NIBT Status**
Adjustments To
2004 September Update
10/41 1637

| $ In Thousands | 2004 September Update | | Prior Adj. Not in Update | Adjustments - H2S | Adjustments - H2S | Adjustments - 10/1 | Subtotal Before Bonus Adjustment | | Bonus | Current NIBT Status | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ending Loans | 118,263,660 | | | | | | 118,263,660 | | | 118,263,660 | |
| Average Outstanding | 118,553,631 | | | | | | 118,553,631 | | | 118,553,631 | |
| Average Investments | 12,245,432 | | | | | | 12,245,432 | | | 12,245,432 | |
| Average Earning Assets | 130,799,062 | | | | | | 130,799,062 | | | 130,799,062 | |
| Interest Income - Loans | 3,390,479 | 11.38% | 2,180 | 2,000 | | 3,400 | 3,398,059 | 11.40% | | 3,398,059 | 11.40% |
| Interest Income - Investments | 67,226 | 2.19% | | | | | 67,226 | 2.18% | | 67,226 | 2.18% |
| Total Interest Income | 3,457,705 | 10.52% | 2,180 | 2,000 | | 3,400 | 3,465,285 | 10.54% | | 3,465,285 | 10.54% |
| Net Interest Expense | 898,918 | 2.73% | | | | | 898,918 | 2.73% | | 898,918 | 2.73% |
| Net Interest Income | 2,558,787 | 7.78% | 2,180 | 2,000 | | 3,400 | 2,566,367 | 7.81% | | 2,566,367 | 7.81% |
| Interchange | 425,658 | 1.43% | | | | | 424,658 | 1.43% | | 424,658 | 1.43% |
| Late Fees | 276,073 | 0.93% | (1,680) | (1,000) | | (3,900) | 270,493 | 0.91% | | 270,493 | 0.91% |
| Credit Protection | 151,118 | 0.51% | | | | | 151,118 | 0.51% | | 151,118 | 0.51% |
| Overlimit Fees | 115,267 | 0.39% | 2,500 | | 800 | | 118,567 | 0.40% | | 118,567 | 0.40% |
| Other Fees | 74,340 | 0.25% | | | | (950) | 73,390 | 0.25% | | 73,390 | 0.25% |
| Cash Advance Fees | 197,626 | 0.66% | (1,000) | | | | 196,626 | 0.66% | | 196,626 | 0.66% |
| Gain on Securitization | 27,175 | 0.09% | | | | | 27,175 | 0.09% | | 27,175 | 0.09% |
| FAS8 91 | (39,841) | (0.13%) | | | | | (39,841) | (0.13%) | | (39,841) | (0.13%) |
| Total Fees | 1,227,417 | 4.12% | (180) | (1,000) | 1,000 | (4,050) | 1,222,187 | 4.10% | | 1,222,187 | 4.10% |
| Total Revenue | 3,786,204 | 12.71% | 2,000 | 1,000 | 2,000 | (650) | 3,788,554 | 12.71% | | 3,788,554 | 12.71% |
| Business Development | 591,184 | 1.98% | (4,600) | (2,700) | | (900) | 592,984 | 1.96% | | 592,984 | 1.96% |
| Operating | 591,129 | 1.98% | | 1,200 | | (3,300) | 591,129 | 1.98% | | 591,129 | 1.98% |
| Overhead | 178,461 | 0.60% | | | | | 176,361 | 0.59% | | 176,361 | 0.59% |
| Fraud | 38,721 | 0.13% | | | | | 38,721 | 0.13% | | 38,721 | 0.13% |
| Total Expense | 1,399,495 | 4.70% | (4,600) | (1,500) | | (4,200) | 1,389,195 | 4.66% | | 1,389,195 | 4.66% |
| Net Credit Loss | 1,365,708 | 4.61% | | | | 100 | 1,365,808 | 4.61% | | 1,365,808 | 4.61% |
| Additional Provision | (61,032) | (0.21%) | | | | | (61,032) | (0.20%) | | (61,032) | (0.20%) |
| BIF | (67,180) | (0.23%) | 6,600 | 2,600 | | 4,450 | (53,630) | (0.18%) | | (53,630) | (0.18%) |
| Net Income Before Tax | 1,148,214 | 3.86% | | | (1,000) | | 1,148,214 | 3.85% | | 1,148,214 | 3.83% |
| Taxes | 421,072 | 1.41% | | | (386) | | 420,706 | 1.41% | | 420,706 | 1.41% |
| Net Income | 728,142 | 2.44% | | | (634) | | 727,508 | 2.44% | | 727,508 | 2.44% |
| Preferred Stock Dividend | 3,519 | 0.01% | | | | | 3,519 | 0.01% | | 3,519 | 0.01% |
| Net Income To CS | 724,623 | 2.43% | | | (634) | | 723,990 | 2.43% | | 723,990 | 2.43% |
| Earnings Per Share | 0.56 | | | | | | 0.56 | | | 0.56 | |
| Average Shares (Diluted) | 1,293,970 | | | | | | 1,293,970 | | | 1,293,970 | |

CONFIDENTIAL

MBNA 0050998

3rd Quarter 2004
Key Assumptions supporting FAS 140 and Loan Loss Reserve

### Loans

| | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 | FY 04 | FY 05 |
|---|---|---|---|---|---|---|---|---|
| **Ending Loans** | | | | | | | | |
| US Card | 80,154 | 83,796 | 81,181 | 83,592 | 85,255 | 90,796 | 83,796 | 90,796 |
| Consumer Finance | 12,901 | 13,031 | 13,490 | 13,813 | 14,204 | 14,452 | 13,031 | 14,452 |
| Europe | 19,862 | 20,319 | 20,604 | 21,051 | 21,577 | 22,159 | 20,319 | 22,159 |
| Canada | 3,520 | 3,598 | 3,512 | 3,539 | 3,788 | 3,976 | 3,598 | 3,976 |
| Business Lending | 1,827 | 1,848 | 1,911 | 1,999 | 2,070 | 2,122 | 1,848 | 2,122 |
| Total | 118,264 | 122,593 | 120,698 | 124,095 | 128,893 | 133,504 | 122,593 | 133,504 |
| | | | | | | | | |
| **Developed Growth** | | | | | | | | |
| US Card | (1,591) | 3,562 | (2,840) | 2,196 | 1,373 | 5,271 | (1,023) | 6,000 |
| Consumer Finance | 176 | 130 | 459 | 323 | 391 | 248 | 282 | 1,421 |
| Europe | 1,056 | 382 | 285 | 447 | 526 | 582 | 1,181 | 1,840 |
| Canada | 136 | 33 | (67) | 28 | 98 | 188 | (107) | 227 |
| Business Lending | (3) | 22 | 63 | 88 | 71 | 52 | 109 | 273 |
| Total | (226) | 4,129 | (2,120) | 3,082 | 2,459 | 6,341 | 442 | 9,761 |
| | | | | | | | | |
| **Acquired Growth** | | | | | | | | |
| US Card | 68 | 80 | 225 | 315 | 190 | 270 | 672 | 1,000 |
| Consumer Finance | 0 | 0 | 0 | 0 | 0 | 0 | 893 | 0 |
| Europe | 212 | 75 | 0 | 0 | 0 | 0 | 1,977 | 0 |
| Canada | 0 | 45 | 0 | 0 | 150 | 0 | 66 | 150 |
| Business Lending | 0 | 0 | 0 | 0 | 0 | 0 | 49 | 0 |
| Total | 280 | 200 | 225 | 315 | 340 | 270 | 3,657 | 1,150 |
| | | | | | | | | |
| **Payment Rate** | | | | | | | | |
| US Card | 16.37% | 15.81% | 16.44% | 16.48% | 17.03% | 16.45% | 15.89% | 16.60% |
| Consumer Finance | 5.52% | 5.48% | 5.32% | 5.37% | 5.28% | 5.14% | 5.54% | 5.28% |
| Europe | 14.55% | 13.80% | 13.95% | 14.66% | 15.05% | 14.74% | 14.50% | 14.61% |
| Canada | 14.48% | 13.19% | 13.55% | 13.85% | 13.49% | 12.52% | 13.84% | 13.34% |
| Business Lending | 39.98% | 39.63% | 39.77% | 40.10% | 41.52% | 42.95% | 39.35% | 41.14% |
| Total | 15.21% | 14.64% | 15.08% | 15.23% | 15.66% | 15.21% | 14.87% | 15.30% |

**US Card**
- US Card 4Q' 04 developed loan growth forecast of $3.6B is flat to 4Q'03, while the components of developed loan growth have changed significantly. Cash volume is ($2.6B) lower than 2003, payments are ($1.9B) higher, and retail volume is better by $4.4B. Component changes from 2003 reflect strategic business decision to pull back from 0% APR and a higher mix of rewards customers.
- US Card 1Q' 05 developed loan runoff forecast of ($2.8B) is $3B favorable to 1Q' 04. The increased rewards mix is expected to increase retail volume by $3.4B or 14%. The favorable retail volume is offset by lower cash ($1.7B) or 11% and higher payments ($2B) or 5% driven by rewards mix and the January 2005 impact of FDD cycle minus-10.

**Consumer Finance**
- Consumer Finance 4Q' 04 developed loan growth forecast of $130MM compares to a developed loan decline of ($335MM) during 4Q' 03. The variance from last year reflects the strategic business decisions to reduce marketing of the Sales Finance product and entering the Practice Finance business.
- Consumer Finance 1Q' 05 developed loan growth forecast of $459MM compares to a developed loan decline of ($115MM) during 1Q' 04. The growth is driven by a 16% increase in loan advances.

**Europe**
- Europe 4Q' 04 local currency developed loan growth forecast of £531MM represents a 267% increase in developed growth over 4Q' 03. Strong retail and cash growth over 4Q' 03 (17% and 12%, respectively) is the primary growth driver. Payments are expected to increase 6% over 4Q'03. US$ developed loan growth of $382MM includes a negative impact of moving from the 3Q' 04 FX rate assumption of 1.80 back to the Plan rate of 1.75.
- Europe 1Q' 05 local currency loan growth forecast of £163MM compares to 1Q' 04 loan runoff of (£337). Continued strong retail and cash growth over 1Q' 04 (11% and 22%, respectively) is the primary growth driver. Payments are expected to increase 5% over 1Q'04. US$ developed growth of $285MM assumes a 1.75 FX rate for 4Q' 04 and 1Q' 05.

**Canada**
- Canada 4Q' 04 local currency developed loan growth forecast of CDN$150MM represents a 22% increase in developed growth over 4Q' 03. A forecasted 9.5% increase in retail volume is the primary developed loan growth driver. US$ developed loan growth of $33MM reflected above includes the impact of moving the 3Q' 04 FX rate assumption from .77 back to the Plan rate of .75.
- Canada 1Q' 05 local currency loan runoff forecast of (CDN$116MM) represents a 18% improvement over 1Q' 04 loan runoff. A forecasted 7.6% increase in retail volume is the primary developed loan growth driver. US$ developed runoff of ($87MM) assumes a .75 FX rate for 4Q' 04 and 1Q' 05.

**Business Lending**
- Business Lending 4Q' 04 developed loan growth forecast of $22MM compares to $23MM for 4Q' 03.
- Business Lending 1Q' 05 developed loan growth forecast of $63MM compares favorably to 1Q' 04 developed loan growth of $44MM.

**CONFIDENTIAL**

MBNA 0050999



### 3rd Quarter 2004
### Key Assumptions supporting FAS 140 and Loan Loss Reserve

## Loan Yield

|  |  | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 | FY 04 | FY 05 |
|---|---|---|---|---|---|---|---|---|---|
| **Loan Yield** | | | | | | | | | |
| US Card | | 11.19% | 11.75% | 12.33% | 12.33% | 12.31% | 12.22% | 11.40% | 12.30% |
| Consumer Finance | | 13.05% | 13.17% | 13.15% | 13.04% | 13.07% | 13.18% | 13.24% | 13.11% |
| Europe | | 11.06% | 11.66% | 11.94% | 11.93% | 11.78% | 11.73% | 10.94% | 11.84% |
| Canada | | 13.44% | 13.97% | 14.19% | 14.63% | 15.00% | 14.65% | 13.76% | 14.63% |
| Business Lending | | 8.61% | 8.58% | 8.60% | 8.93% | 9.05% | 9.14% | 8.74% | 8.94% |
| Total | | 11.38% | 11.90% | 12.35% | 12.35% | 12.33% | 12.26% | 11.54% | 12.32% |
| | | | | | | | | | |
| **Change from Prior Period** | | | | | | | | | |
| US Card | | (0.09%) | 0.56% | 0.58% | 0.00% | (0.03%) | (0.09%) | (0.39%) | 0.90% |
| Consumer Finance | | (0.12%) | 0.12% | (0.02%) | (0.11%) | 0.03% | 0.11% | (0.78%) | (0.13%) |
| Europe | | 0.69% | 0.60% | 0.28% | (0.01%) | (0.14%) | (0.05%) | 0.04% | 0.90% |
| Canada | | (0.41%) | 0.54% | 0.22% | 0.43% | 0.38% | (0.35%) | (0.55%) | 0.87% |
| Business Lending | | (0.07%) | (0.04%) | 0.02% | 0.33% | 0.12% | 0.09% | 0.30% | 0.20% |
| Total | | 0.01% | 0.52% | 0.45% | 0.00% | (0.02%) | (0.06%) | (0.39%) | 0.78% |
| | | | | | | | | | |
| **Repricing (USD)** | | | | | | | | | |
| US Card | O/S | 20,900 | 20,174 | 15,208 | 5,696 | 14,335 | 3,408 | 54,080 | 38,646 |
| | bp | 3.49% | 2.43% | 4.08% | 6.76% | 3.44% | 6.76% | 3.94% | 4.48% |
| Cons. Finance | O/S | 205 | 411 | 361 | 601 | 361 | 361 | 1,729 | 1,684 |
| | bp | 4.87% | 4.59% | 4.80% | 4.80% | 4.80% | 4.80% | 4.59% | 4.80% |
| Europe | O/S | 10,215 | 0 | 6,364 | 9,625 | 9,269 | 9,063 | 10,735 | 34,321 |
| | bp | 2.56% | 0.00% | 2.94% | 2.94% | 2.94% | 2.94% | 2.70% | 2.94% |
| Canada | O/S | 0 | 1,172 | 0 | 1,275 | 113 | 1,200 | 1,359 | 2,588 |
| | bp | 0.00% | 2.03% | 0.00% | 1.69% | 5.00% | 0.95% | 2.51% | 1.49% |
| Bus. Lending | O/S | 79 | 59 | 825 | 51 | 76 | 71 | 225 | 1,023 |
| | bp | 9.78% | 9.57% | 2.11% | 9.07% | 8.99% | 8.49% | 9.54% | 3.41% |
| Total | O/S | 31,399 | 21,815 | 21,933 | 15,922 | 23,965 | 12,832 | 68,128 | 74,651 |
| | bp | 3.21% | 2.47% | 3.76% | 4.38% | 3.27% | 4.01% | 3.75% | 3.78% |

**US Card:**
- New account pricing shifting from 5.9% in 4Q '04 to 6.9% (Variable) in January 2005, increasing to 7.9% (V) in July 2005. AMEX pricing to blend to 7.9% (V) in 2004 and 2005..
- Significant ATB repricing impacts in 3Q and 4Q 2004 and 1Q 2005.
- Variable Rate loans will increase from $3B in January to $41B by December 2004, benefiting from 25bp FED increase in December 2004.

**Cons. Finance**
- Growth in Mortgage Lending business of $0.5B from Sep '04 to Jun '05 offsets runoff of Sales Finance of ($0.5B) over same period (approximately (14.00%) lower net APR spread between products).

**Europe**
- Full QTR impact of July repricing , £5.0B, (impacting August billings) reflected in 4Q '04 yield

**Canada**
- Dec '04 COF repricing forecasted to generate $700MM in interest by impacting $1B in Loans
- Higher yield also impacted by accelerated promo turnoffs and lower re-instatement rate, reducing promo mix.

**Business Lending**
- $83.7MM of loans selected for Risk-Based repricing @ 976bps; total 2005 repricing of $225MM @ 954 bps.
- No FED Contingency repricings forecasted.

**CONFIDENTIAL**

MBNA 0051000



### 3rd Quarter 2004
### Key Assumptions supporting FAS 140 and Loan Loss Reserve
#### ($MM)
### Rates and Securitizations

| | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 |
|---|---|---|---|---|---|---|
| **Coupon Rates** | | | | | | |
| US Card (Excl. GCI ) | 1.89% | 2.31% | 2.55% | 2.71% | 2.97% | 3.37% |
| Consumer Finance (CLMT) | 3.41% | 3.58% | 3.65% | 3.71% | 3.81% | 3.96% |
| UK Card | 4.87% | 5.26% | 5.33% | 5.42% | 5.56% | 5.53% |
| Canada Card | 2.96% | 3.31% | 3.59% | 3.87% | 3.92% | 4.17% |
| Business Card | 1.76% | 2.18% | 2.46% | 2.59% | 2.85% | 3.43% |
| Total | 2.37% | 2.85% | 3.08% | 3.18% | 3.40% | 3.71% |
| | | | | | | |
| **Key Market Rates** | | | | | | |
| US Fed Funds | | 1.83% | 2.00% | 2.17% | 2.50% | 2.92% |
| US 1-Mth LIBOR | | 2.00% | 2.18% | 2.37% | 2.69% | 3.08% |
| UK Base Rate | | 4.92% | 5.00% | 5.08% | 5.25% | 5.25% |
| UK 3-Mth LIBOR | | 5.10% | 5.12% | 5.30% | 5.30% | 5.25% |
| Canada Bank Rate | | 2.58% | 2.83% | 3.17% | 3.33% | 3.58% |
| | | | | | | |
| **Securitization Transaction Volume** | | | | | | |
| US Card (Excl. GCI ) | | 1,000 | 2,000 | 3,500 | 4,750 | 5,250 |
| Consumer Finance (CLMT) | | - | - | - | - | - |
| UK Card | | 875 | - | 438 | 875 | 525 |
| Canada Card | | - | - | - | 263 | 225 |
| Business Card | | - | - | - | - | 500 |
| Total | | 1,875 | 2,000 | 3,938 | 5,888 | 6,500 |
| | | | | | | |
| **Securitization Mix** | | | | | | |
| US Card (Excl. GCI ) | 83.21% | 82.66% | 81.60% | 82.82% | 81.81% | 82.04% |
| Consumer Finance (CLMT) | 52.11% | 51.96% | 52.43% | 52.21% | 51.96% | 51.80% |
| UK Card | 80.88% | 79.03% | 79.95% | 81.86% | 85.76% | 88.61% |
| Canada Card | 87.55% | 86.56% | 85.88% | 87.55% | 83.59% | 81.83% |
| Business Card | 59.14% | 58.29% | 57.00% | 54.91% | 52.79% | 63.55% |
| Total Securitized Products | 78.82% | 78.04% | 77.29% | 78.21% | 77.88% | 78.60% |
| | | | | | | |
| Total Managed | 73.66% | 73.35% | 72.28% | 72.70% | 72.08% | 72.48% |

**CONFIDENTIAL**

### 3rd Quarter 2004
### Key Assumptions supporting FAS 140 and Loan Loss Reserve

#### Fees

|  | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 | FY 04 | FY 05 |
|---|---|---|---|---|---|---|---|---|
| **Late Fees** | | | | | | | | |
| US Card | 206 | 227 | 213 | 195 | 210 | 216 | 832 | 835 |
| Consumer Finance | 24 | 23 | 22 | 21 | 21 | 20 | 98 | 84 |
| Europe | 37 | 47 | 50 | 51 | 52 | 53 | 171 | 205 |
| Canada | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Business Lending | 8 | 9 | 8 | 9 | 9 | 10 | 33 | 36 |
| Total | 276 | 305 | 293 | 276 | 291 | 299 | 1,134 | 1,160 |
| | | | | | | | | |
| **Late Fees as % of Avg O/S** | | | | | | | | |
| US Card | 1.01% | 1.11% | 1.05% | 0.95% | 0.98% | 0.99% | 1.02% | 0.99% |
| Consumer Finance | 0.76% | 0.71% | 0.66% | 0.62% | 0.58% | 0.55% | 0.78% | 0.60% |
| Europe | 0.77% | 0.94% | 0.99% | 0.99% | 0.96% | 0.96% | 0.90% | 0.98% |
| Canada | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Business Lending | 1.79% | 1.84% | 1.80% | 1.79% | 1.80% | 1.80% | 1.84% | 1.80% |
| Total | 0.93% | 1.02% | 0.98% | 0.90% | 0.92% | 0.92% | 0.96% | 0.93% |
| | | | | | | | | |
| **APS and NSF Fees** | | | | | | | | |
| US Card | 26 | 27 | 25 | 24 | 25 | 27 | 102 | 100 |
| Consumer Finance | 3 | 3 | 3 | 3 | 3 | 3 | 12 | 11 |
| Europe | 4 | 5 | 6 | 6 | 6 | 5 | 15 | 23 |
| Canada | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Business Lending | 2 | 2 | 2 | 2 | 2 | 2 | 6 | 8 |
| Total | 35 | 37 | 35 | 35 | 36 | 37 | 136 | 142 |
| | | | | | | | | |
| **APS/NSF as % Avg O/S** | | | | | | | | |
| US Card | 0.13% | 0.13% | 0.12% | 0.12% | 0.12% | 0.12% | 0.13% | 0.12% |
| Consumer Finance | 0.09% | 0.09% | 0.08% | 0.08% | 0.07% | 0.07% | 0.10% | 0.08% |
| Europe | 0.08% | 0.11% | 0.11% | 0.12% | 0.12% | 0.09% | 0.08% | 0.11% |
| Canada | 0.02% | 0.02% | 0.01% | 0.01% | 0.01% | 0.01% | 0.02% | 0.01% |
| Business Lending | 0.33% | 0.33% | 0.36% | 0.37% | 0.40% | 0.40% | 0.33% | 0.39% |
| Total | 0.12% | 0.12% | 0.12% | 0.11% | 0.11% | 0.11% | 0.12% | 0.11% |

US Card
 • Late Fee assessments as a % of actives are anticipated to continue to decline through 2005.
Cons. Finance
 • Late Fee per Avg OS diminishes with the runoff of Sales Finance loans.
 • APS / NSF fees expected to remain flat to 2004 levels
Europe
 • Late fee assessment rate forecasted to improve versus 2004 trend.

**CONFIDENTIAL**

MBNA 0051002

### 3rd Quarter 2004
### Key Assumptions supporting FAS 140 and Loan Loss Reserve

### Loan Losses

| | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 | FY 04 | FY 05 |
|---|---|---|---|---|---|---|---|---|
| **Net Charge Offs** | | | | | | | | |
| US Card | 954 | 932 | 946 | 910 | 888 | 897 | 3,964 | 3,641 |
| Consumer Finance | 213 | 219 | 217 | 214 | 213 | 213 | 897 | 856 |
| Europe | 143 | 140 | 149 | 147 | 157 | 154 | 549 | 608 |
| Canada | 35 | 35 | 37 | 41 | 40 | 41 | 140 | 158 |
| Business Lending | 21 | 20 | 21 | 21 | 22 | 24 | 80 | 88 |
| Total | 1,366 | 1,346 | 1,369 | 1,333 | 1,320 | 1,329 | 5,630 | 5,351 |
| | | | | | | | | |
| **Net Charge Off Rate** | | | | | | | | |
| US Card | 4.70% | 4.61% | 4.60% | 4.40% | 4.19% | 4.13% | 4.87% | 4.33% |
| Consumer Finance | 6.62% | 6.71% | 6.48% | 6.23% | 6.03% | 5.88% | 7.12% | 6.15% |
| Europe | 2.97% | 2.82% | 2.92% | 2.84% | 2.97% | 2.83% | 2.89% | 2.89% |
| Canada | 4.06% | 4.01% | 4.13% | 4.68% | 4.28% | 4.25% | 4.05% | 4.33% |
| Business Lending | 4.54% | 4.41% | 4.42% | 4.34% | 4.36% | 4.50% | 4.48% | 4.40% |
| Total | 4.61% | 4.52% | 4.51% | 4.35% | 4.20% | 4.12% | 4.77% | 4.29% |
| | | | | | | | | |
| **Bankruptcy** | | | | | | | | |
| US Card | 378.7 | 376.2 | 348.9 | 374.2 | 355.0 | 385.8 | 1,535.1 | 1,463.9 |
| Consumer Finance | 101.7 | 104.3 | 100.7 | 108.3 | 103.5 | 107.9 | 422.6 | 420.4 |
| Europe | 29.4 | 32.3 | 36.4 | 39.6 | 44.4 | 47.6 | 112.7 | 168.0 |
| Canada | 24.1 | 22.7 | 23.0 | 28.0 | 25.8 | 25.9 | 94.7 | 102.6 |
| Business Lending | 5.7 | 6.4 | 6.3 | 6.2 | 6.3 | 6.8 | 24.0 | 25.6 |
| Total | 539.6 | 541.8 | 515.3 | 556.3 | 534.9 | 574.1 | 2,189.1 | 2,180.5 |
| | | | | | | | | |
| **Bankruptcy %** | | | | | | | | |
| US Card | 1.87% | 1.86% | 1.70% | 1.81% | 1.68% | 1.78% | 1.89% | 1.74% |
| Consumer Finance | 3.17% | 3.20% | 3.01% | 3.16% | 2.94% | 2.99% | 3.35% | 3.02% |
| Europe | 0.61% | 0.65% | 0.71% | 0.76% | 0.84% | 0.87% | 0.59% | 0.80% |
| Canada | 2.77% | 2.60% | 2.59% | 3.18% | 2.79% | 2.68% | 2.74% | 2.81% |
| Business Lending | 1.26% | 1.38% | 1.34% | 1.26% | 1.24% | 1.30% | 1.35% | 1.28% |
| Total | 1.82% | 1.82% | 1.70% | 1.82% | 1.70% | 1.78% | 1.85% | 1.75% |
| | | | | | | | | |
| **30-Day Flow Rates** | | | | | | | | |
| US Card | 6.95% | 7.19% | 7.65% | 7.19% | 6.89% | 6.97% | 7.18% | 7.17% |
| Consumer Finance | 8.12% | 8.79% | 8.82% | 8.21% | 7.82% | 7.46% | 8.52% | 8.08% |
| Europe | 6.43% | 6.48% | 6.25% | 5.84% | 5.89% | 5.62% | 6.48% | 5.90% |
| Canada | 2.02% | 2.45% | 2.63% | 2.61% | 2.48% | 2.73% | 2.17% | 2.61% |
| Business Lending | 6.50% | 6.94% | 6.47% | 6.30% | 6.42% | 7.28% | 6.38% | 6.62% |

**CONFIDENTIAL**

MBNA 0051003

## NIBT Reconciliation - 10/1/04 Essbase P&l position to 10/1/04 NIBT Walk Down

|  |  |  | From 10/1 P&L |
|---|---|---|---|
| Essbase P&L Position @ 10/1/04 |  |  | (67.2) |
| **Items in 9/24 Walkdown but not in 10/1 P&L** |  |  |  |
| US Card | Fees |  | (6.0) |
|  | Expense (from 9/24 EOD update) |  | 5.0 |
|  | Mid-Cycle Overlimit estimate |  | 2.5 |
| Canada | Expense (from 9/24 EOD update) |  | 0.7 |
| Cons Fin. | FAS 91 deferral (on 9/24 EOD update) |  | (1.1) |
|  | RBIF (on 9/24 EOD update) |  | 1.6 |
| Corp Items | Other fees |  | (1.0) |
| **Subtotal - 9/24 Items** |  |  | 1.7 |
| **Items in 9/28 Walkdown but not in 10/1 P&L** |  |  |  |
| US Card | Fees (original risk of $6MM reduced to $3MM) |  | 3.0 |
| Canada | RBIF (labeled expense on 9/28 update) |  | 0.9 |
| **Subtotal - 9/28 Items** |  |  | 3.9 |
| **Items in 9/30 Walkdown but not in 10/1 P&L** |  |  |  |
| US Card | Favorable revenue |  | 1.0 |
|  | Favorable expense |  | 1.0 |
| Cons. Fin | Delayed marketing expenses in Unsecured |  | 1.1 |
|  | FAS 91 Deferral - Unit cost change for Practice Finance |  | 0.6 |
| Admin | Deerfield separations |  | (0.8) |
|  | RSA |  | (0.4) |
| **Subtotal - 9/30 items** |  |  | 2.6 |
| **Items in 10/1 Walkdown, but not in 10/1 P&L** |  |  |  |
| US Card |  |  | 0.3 |
|  | • Mid Cycle Overlimit - estimate revised from $2.5MM to $3.3MM | $0.8 |  |
|  | • Revised revenues - Interest Inc $3.4MM, Fees ($3.9MM) | ($0.5) |  |
| Canada - Favorable expenses $0.9MM, MCO revised estimate $0.3MM, Other ($0.3MM) |  |  | $0.9 |
| Corporate Items |  |  |  |
|  | Admin - Revised separations $0.3 and RSA $0.4; consulting $1.3, other $2.6 |  | 4.6 |
|  | CRA losses |  | (1.3) |
|  | Revised Effective Tax Rate estimate |  | 1.0 |
| Losses | CF opp was $1.3MM in walkdown, actual 9/30 submission was $1.2 |  | (0.1) |
| **Subtotal - 10/1 Items** |  |  | 5.4 |
| **GAP as of 10/1/04** |  |  | **(53.6)** |

CONFIDENTIAL

MBNA 0051004

## MBNA MANAGED

**4th QTR**
10/04/04 7:40
$ In Thousand

| | 2003 Actuals | | 2004 June Forecast | | 2004 September Update | | 2004 September Update vs 2004 June Forecast (Var Fav/(Unfav)) | | 2004 September Update vs 2003 Actuals (Var Inc/(Dec)) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ending Loans | 118,493,560 | | 124,228,156 | | 122,592,976 | | (1,635,180) | (1%) | 4,099,417 | 3% |
| Average Outstanding | 113,771,583 | | 121,092,884 | | 119,128,074 | | (1,964,810) | (2%) | 5,356,490 | 5% |
| Average Investments | 12,552,294 | | 12,028,021 | | 13,396,872 | | 1,368,852 | 11% | 844,579 | 7% |
| Average Earning Assets | 126,323,877 | | 133,120,904 | | 132,524,946 | | (595,959) | (0%) | 6,201,069 | 5% |
| Interest Income - Loans | 3,365,467 | 11.74% | 3,743,650 | 12.30% | 3,563,494 | 11.90% | (180,157) | (5%) | 198,027 | 6% |
| Interest Income - Investment | 55,977 | 1.78% | 69,838 | 2.31% | 77,790 | 2.31% | 7,952 | 11% | 21,813 | 39% |
| Total Interest Income | 3,421,444 | 10.75% | 3,813,488 | 11.40% | 3,641,283 | 10.93% | (172,105) | (5%) | 219,839 | 6% |
| Net Interest Expense | 779,334 | 2.45% | 1,115,840 | 3.33% | 1,016,938 | 3.05% | 98,902 | 9% | 237,604 | 30% |
| Net Interest Income | 2,642,110 | 8.30% | 2,697,648 | 8.06% | 2,624,345 | 7.88% | (73,302) | (3%) | (17,765) | (1%) |
| Interchange | 428,904 | 1.50% | 475,835 | 1.56% | 460,336 | 1.54% | (15,499) | (3%) | 31,432 | 7% |
| Late Fees | 253,987 | 0.89% | 317,834 | 1.04% | 305,292 | 1.02% | (12,552) | (4%) | 51,304 | 20% |
| Credit Protection | 158,348 | 0.55% | 168,260 | 0.55% | 158,982 | 0.53% | (9,278) | (6%) | 634 | 0% |
| Overlimit Fees | 131,046 | 0.46% | 117,394 | 0.39% | 106,019 | 0.35% | (11,374) | (10%) | (25,026) | (19%) |
| Other Fees | 49,271 | 0.17% | 49,528 | 0.16% | 78,193 | 0.26% | 28,665 | 58% | 28,922 | 59% |
| Cash Advance Fees | 174,013 | 0.61% | 198,672 | 0.65% | 197,333 | 0.66% | (1,339) | (1%) | 23,320 | 13% |
| Gain on Securitization | 44,386 | 0.15% | (95,538) | (0.31%) | (1,045) | (0.00%) | 94,492 | 99% | (45,432) | (102%) |
| FASB 91 | (38,040) | (0.13%) | (37,577) | (0.12%) | (36,948) | (0.12%) | 629 | 2% | 1,092 | 3% |
| Total Fees | 1,201,915 | 4.19% | 1,194,459 | 3.92% | 1,268,162 | 4.24% | 73,703 | 6% | 66,247 | 6% |
| Total Revenue | 3,844,025 | 13.40% | 3,892,106 | 12.79% | 3,892,507 | 13.00% | 401 | 0% | 48,482 | 1% |
| Business Development | 554,594 | 1.93% | 517,755 | 1.70% | 561,734 | 1.88% | (43,979) | (8%) | 7,140 | 1% |
| Operating | 499,430 | 1.74% | 519,595 | 1.71% | 557,051 | 1.86% | (37,056) | (7%) | 57,621 | 12% |
| Overhead | 242,704 | 0.85% | 296,494 | 0.97% | 276,568 | 0.92% | 19,926 | 7% | 33,864 | 14% |
| Fraud | 37,088 | 0.13% | 33,475 | 0.11% | 32,717 | 0.11% | 758 | 2% | (4,371) | (12%) |
| Total Expense | 1,335,815 | 4.65% | 1,367,719 | 4.49% | 1,428,069 | 4.77% | (60,350) | (4%) | 94,254 | 7% |
| Net Credit Loss | 1,413,677 | 4.97% | 1,392,937 | 4.60% | 1,345,782 | 4.52% | 47,155 | 3% | (67,896) | (5%) |
| Additional Provision | (4,390) | (0.02%) | 5,021 | 0.02% | 4,050 | 0.01% | 971 | 19% | 8,441 | 192% |
| SIF | 0 | | (98,742) | (0.33%) | (118,600) | (0.40%) | 19,857 | 20% | (118,600) | 12% |
| Net Income Before Tax | 1,100,923 | 3.84% | 1,225,172 | 4.03% | 1,333,206 | 4.12% | 8,034 | 1% | 132,283 | 12% |
| Taxes | 397,433 | 1.39% | 428,198 | 1.41% | 447,161 | 1.49% | (18,963) | (4%) | 49,727 | 13% |
| Net Income | 703,490 | 2.45% | 796,974 | 2.62% | 786,046 | 2.62% | (10,929) | (1%) | 82,555 | 12% |
| Preferred Stock Dividend | 3,516 | 0.01% | 3,524 | 0.01% | 3,524 | 0.01% | | | 8 | 0% |
| Net Income to CS | 699,974 | 2.44% | 793,450 | 2.61% | 782,521 | 2.61% | (10,929) | (1%) | 82,547 | 12% |
| Earnings per Share | 0.54 | | 0.61 | | 0.60 | | (0.01) | (2%) | 0.06 | 11% |
| Average Shares (Diluted) | 1,297,300 | | 1,304,202 | | 1,304,202 | | 401 | | 6,903 | 1% |

CONFIDENTIAL

MBNA 0051005