# EXHIBIT F



CONFIDENTIAL

MBNA 0050909



# Financial Update
# November 29, 2004

Presented to : BLH  CcK
OTRC  RKs
L.F

Review of:
- Loan Growth
- 4Q NIBT Status

CONFIDENTIAL

MBNA 0050910

# 4Q 2004 Loan Growth

| | Ending Loans | Growth | | | | | | | |
| | Estimate based on current Fx rate | 4Q 2004 | | | | 4Q 2003 | | | |
| | | Developed | Acquired | FX | Total | Developed | Acquired | FX | Total |
| US Card | $81,562 | $1,317 | $543 | | $1,860 | $3,521 | $459 | | $3,980 |
| Consumer Finance | $13,155 | $101 | $140 | | $241 | ($335) | $402 | $0 | $66 |
| Europe w/ FX | $21,723 | $637 | $297 | $1,046 | $1,980 | $290 | $0 | $1,137 | $1,427 |
| Canada w/ FX | $3,938 | ($16) | $47 | $297 | $328 | $100 | $0 | $142 | $242 |
| Business Lending | $1,927 | $41 | $41 | | $82 | $23 | $0 | $0 | $23 |
| Total | $122,304 | $2,080 | $1,068 | $1,343 | $4,491 | $3,598 | $860 | $1,279 | $5,737 |

- Loan growth of $4.5B is ($1.2B) below 4Q'03
- Developed growth of $2.1B is ($1.5B) below 4Q'03
- Foreign exchange impact of $1,343MM assumes Fx rates remain at November 26th rates
- US Card loan outlook declined ($2.2B) versus the Sept. Update, despite addition of AmSouth acquisition @ $500MM. Variance results primarily from September shortfall of ($452MM), October variance of ($979MM), and unfavorable November/December growth of ($763MM).

| FX Assumptions: | 3Q 2004 | 4Q - Sep Upd | Nov 26th | | 3Q 2003 | 4Q 2003 |
| UK | 1.806 | 1.750 | 1.897 | | 1.672 | 1.792 |
| Canada | 0.787 | 0.750 | 0.851 | | 0.742 | 0.773 |

2

CONFIDENTIAL

MBNA 0050911

## 4Q NIBT Status

GAP vs. NIBT Target ($0.58 EPS) - 11/22/04 ............... ($89.7)

JS Card

Estimated November interest adjustment   $1.6   $1.6

Europe   ($9)

November yield risk (22bp)   ($3.5)

November Credit Protection risk   ($2.6)

November interchange & other fee risk   ($2.6)

December yield & fee risk   TBD

Corporate Items \ Estimates:

Cost of Funds - ALCO mid month projection lower than 11/11 update estimate   $0.9

FX income statement-Impact - based on Flash Fx rate assumption   $5.7

Other fees - Key employee life insurance benefit   $1.3

FAS 140 - Impact of Europe yield & fee outlook   TBD

GAP vs. NIBT Target ($0.58 EPS) - 11/29/04 ............... ($89.0)

3.

**CONFIDENTIAL**

MBNA 0050912

# EXHIBIT G

**DATE:**     April 21, 2005

**TO:**     Bruce Hammonds
John Cochran
Lance Weaver
Ric Struthers

**FROM:**     Ken Vecchione

Please take a moment to review Chart 5…indicates lower payments may be ahead of us.

KAV:gsd

c: Brian Dalphon
Greg Shishko
Rich Fucci
Tom Wren (top page)

CONFIDENTIAL

MBNA 0344414



**INTERNAL MEMORANDUM**

| | | | |
|---|---|---|---|
| **To:** | K. Vecchione | **Phone:** | 70466 |
| **From:** | T. Wren | **Fax:** | 26430 |
| **Date:** | April 21, 2005 | **Department:** | Treasury |
| **Subject:** | Payment Rate/Mortgage Refi. Analysis | **Mailstop:** | 0314 |

Ken,

Thought you might be interested in the attached.

Tom Zorab & Ken Fischbach produced this, which maps MBNA's payment rate against both the industry and some refinancing statistics.

I think two things are noteworthy. Firstly, our payment rate seems to be moving in lock step with the industry as a whole, as well as tracking the reduction in 30-year mortgage rates (Charts 1 and 2). Secondly, a correlation appears to be evident when comparing our payment rate with the Lehman refinancing index (Chart 5).

Although this correlation is not statistically significant, it bears examination on an anecdotal basis, as MBNA's payment rate moves higher as the index increases. Of course, other factors such as the pay-down of 0 percent promotional rates, and an increase in spend driven by Rewards programs, also have significant effects on the payment rate. Indeed, both these factors would have to be considered to effectively isolate the absolute effect of refinancing on the payment rate. Nevertheless, I thought you might be interested.

cc. G. Shishko

1

CONFIDENTIAL

MBNA 0344415

### Is There a Correlation between Mortgage Refinancing and Payment Rates?

*The Impact of Mortgage Refinancing on Credit Card Payment Rates*

MBNA has seen the payment rate for MT II increase steadily over the past decade with the rate of increase gradually becoming steeper. Anecdotally this increase coincided with the reduction in interest rates experienced since the onset of recession in early 2001. However, this has not occurred in isolation, as MBNA's payment rate has moved in lockstep with the industry as a whole (Chart 1).

**Chart 1  MBNA payment rate vs. industry**



As mortgage rates have steadily decreased from 2001-2004 from their highs at the end of the decade, MBNA's payment rate has also increased (Chart 2).

**Chart 2  MBNA payment rate vs. macro variables**



CONFIDENTIAL

MBNA 0344416

When MBNA's payment rate is compared with mortgage refinancing activity in the Alt-A cohort of borrowers a marginally positive correlation is evident (Chart 3). The Alt-A population has been identified for this comparison as they best represent creditworthy borrowers, who are most likely to borrow periodically using unsecured consumer lending products.

The traditional definition of an Alt-A borrower is an individual who meets Fannie Mae and Freddie Mac standards for credit score, but do not meet the standard agency guidelines for documentation requirements, property type, debt ratio or loan-to-value ratio. Typical FICO's for Alt-A borrowers range from 670 to 730.

**Chart 3  MBNA payment rate vs. Alt-A percentage of applicants**



**Chart 4  MBNA payment rate vs. Alt-A refi. amount ($)**



2

CONFIDENTIAL

MBNA 0344417

Given the current interest rate environment, the total refinancing cohort sees a marked increase in applications in 2002 and 2003. Typically a six-month lag can be anticipated between application, acceptance and pay-down of outstanding debt, given documentation and application timeframes. Mapping the absolute number of applications on a lagged basis against MBNA's payment rate produces a positive correlation co-efficient of 0.46. Although not definitive this appears to suggest a measured correlation between applications and repayment of MBNA card obligations. In addition, the population willing or able to refinance their secured obligations is finite. This, coupled with a now rising rate environment, may explain the marked drop off in refinancing applications in 2004 (Chart 5).

**Chart 5  MBNA payment rate vs. six month lagged Lehman refi. index**



*Caveats*

Although it is apparent that the interest rate environment that has prevailed in the US over the past 4 years has afforded consumers with the opportunity to refinance some or all of their unsecured debt—through home mortgage refinancing, cash-out refinancing and the availability of home equity loan products—the conclusion that this has increased MBNA's balance repayment rates cannot be viewed from that perspective alone.

Significant additional factors must also be considered. For example:

- MBNA's move from zero percent promotional rates has resulted in higher payment rates, as balances are shifted to competitors at the end of promotional periods in one payment
- The shift to rewards propositions for card product by definition brings higher payment rates, a factor that has been self-evident historically for issuers with large airline programs. Consumers use the card more to earn and accumulate points and pay-down balances—often in full—to create additional open-to-buy for additional usage, and further point accumulation

Data source for Charts 1-5:  Lehman Brothers

3

CONFIDENTIAL

MBNA 0344418