# EXHIBIT H

**FINAL DRAFT**

mbna

# 2004-2007 Strategic Plan Review

*Team A - Situational Assessment*

**April 26, 2005**

MBNA 0116779

CONFIDENTIAL

# Situational Assessment Executive Summary

**Objective:** when comparing 2005 March Update to the Strategic Plan (6/04) determine whether the $1.5B NIBT and $25B loan gaps are driven by external factors or internal factors.

**Summary Findings:** external factors significantly impacted MBNA, but internal decisions in face of the environment impacted MBNA's ability to grow. Since 2001, earnings growth has come from sources other than loan growth. Actions in 2004 significantly limited the company's ability to grow in 2005.

### External Changes Definitely Impacted MBNA

– High quality consumers slowed credit card borrowing and shifted to HELOCs

– Customers became less committed to credit cards as differentiation became less distinct; rewards programs and low pricing became standard

– To attract new customers competition drove prices lower and extended promotional rate durations, kept mail volumes high, and sustained aggressive TV advertising

– Competition has a broader suite of products and can afford to discount credit cards to gain access to the customer

– Competitors leveraged technology – pricing capabilities, target marketing, customer self-service while driving toward low cost operations – reliant on off-shoring, outsourcing, automation

– Consumer perception of the industry dramatically declined

– Regulations increased -- do not call lists, SOX

### Internal Decisions Compounded the Impacts

– In 2001, began to deliver short term earnings far in excess of loan growth, rather than investing in business growth

– With rates declining and increased competition, continued to re-price (both APR and penalty fees) -- driving many good quality customers to APRs >20%

– Started reducing business development spend

– Current new account product offering is 88% rewards which is not attracting a revolving base of profitable customers

– Value proposition is not clear and probably does not justify a significant price premium to competitors and HELOCs

– No recognition or response to shifting consumer borrowing to home equity products – MBNA was particularly exposed given high quality customers with ~78% home ownership

– Lacked significant product diversification

– No disciplined cost management program to drive efficiency and fuel business re-investment

---

**As a result MBNA's ability to grow earnings has stalled.**

1 | Strategic Planning Task Force.
Situational Assessment



CONFIDENTIAL

# Strategic Plan Update

mbna

2 | Strategic Planning Task Force
Situational Assessment

CONFIDENTIAL

MBNA 0116781

Progress Against Strategic Plan

## MBNA has made significant progress against the strategic initiatives laid out in June 04 plan, however...

| Strategic highlights from June 04 Strategic Plan | Where we are today |
|---|---|
| ■ **MBNA will dramatically raise the performance of its U.S. Cards by**<br>  – Reinventing its Group strategy (e.g., refocusing on top Groups)<br>  – Developing a **sophisticated marketing platform** (e.g., prospect database)<br>  – Introducing **new products** (e.g., Amex) and developing **product rotation capabilities** (based on PCE capabilities)<br>  – Penetrating **underserved segments** (e.g., Hispanic)<br>  – Continuing to serve its Customers with **world-class service**<br>  – Revising organizational and resource deployment<br><br>■ **Consumer Finance and Small Business Lending will grow significantly by**<br>  – Investing in **new products** (e.g., student lending)<br>  – Addressing **new Customer segments** (e.g., medical practices)<br>  – Entering **new distribution channels** (e.g., retail channel for home equity)<br>  – Leveraging existing affinity relationships<br><br>■ **MBNA will materially expand its presence internationally by**<br>  – Continuing to grow its share in existing markets (e.g., credit card and consumer finance in U.K.)<br>  – **Entering large new markets in the medium term** (e.g., Germany, Italy)<br>  – **Seeding investments in countries/regions** that offer longer-term potential (e.g., China)<br><br>■ Revise approach to **expenses and efficiency**, while reinvesting part of savings into new growth opportunities | ■ **US Credit Card**<br>  – Created Major Groups which focused on the top 35 endorsing organizations<br>  – In the process of developing best in class Marketing database environment (e.g. on-demand, channel automation, Marketing Resource Management)<br>  – Introduced Amex, VISA Signature and is the process of developing PCE capabilities<br>  – Successfully launched Hispanic initiative and is quickly ramping up in the student segment (500K accounts in '05)<br>  – Have gone through organizational restructuring to better align resources and accountability<br><br>■ **Consumer Finance and Small Business Lending**<br>  – Acquisition targets are being investigated in new products (e.g. student lending)<br>  – Entered medical practices through acquisition of Sky Financial<br>  – Acquired Nexstar which provides innovative, efficient home equity processing platform<br>  – In the process of increasing # of products endorsed by affinity partners and enhancing internal cross-selling capabilities<br><br>■ **International**<br>  – Maintain strong market share in UK & Canada, and double O/S in Spain in 05<br>  – Will enter Mexico in 2005 through JV<br>  – In the process of evaluating / prioritizing top markets (incl. Germany, Italy, China, India etc.)<br><br>■ Launched a series of efficiency programs -- purchasing (SSI), VSP/ERP, facility closings, divest non-earning assets, etc. |



mbna

3 | Strategic Planning Task Force
Situational Assessment

CONFIDENTIAL

## 2005 Strategic Plan gap by business

**2004 financial projections fell short of the strategic plan. Current projections of 2005 show the gap widening; most of the NIBT gap is USCC related**

### Some business areas are below plan leading to gaps of $25B in O/S

2005 Managed Gap Summary Outstanding Loans ($B)



(9.5)   (13.7)   (1.3)   $25B 2005 Gap ($15B Starting Point Gap)

152B   /52B   March Update

| | USCC | CF/BL | Int'l | March Update |
|---|---|---|---|---|
| 2005 Strategic Plan % Below Strategic Plan | (10%) | (43%) | (5%) | |

### ...and $1.5B in NIBT

NIBT ($B)

(0.8)   0   (0.3)   (0.4)   $1.5B 2005 Gap ($0.3B Starting Point Gap)

0.3B   March Update

| | USCC | CF/BL | Int'l | Unallocated Mgmt Challenge | March Update |
|---|---|---|---|---|---|
| 2005 Strategic Plan % Below Strategic Plan | (22%) | (3%) | (29%) | NA | |

### O/S Gap Observations

- Strategic initiatives contribute $17B or 66% of the shortfall:
  - Acquisition delays:
    - Student lending $6B;
    - Mortgage lending $4B; (purchased platform not loans);
    - Insurance premium finance $2.4B
  - Organic growth in mortgage and small business lending: $2B
  - American Express: $1.2B
  - Other = $1.4B
- USCC underperformance contributed $8B or 33%

### NIBT Gap Observations

- Core business underperformance 90% of the shortfall ...
  - USCC 22% under plan or $0.8B ($1.1B with allocated management challenge)
  - International is 29% under strategic plan or $0.4B
- $400MM challenge was not allocated / communicated to the business areas





CONFIDENTIAL

MBNA 0116783

## Historical Earnings and Growth Performance

### Since 2001, earnings growth has come from sources other than loan growth. This is evident in the net income to loan growth ratio.



Net income to loan growth began increasing significantly in 2001, reaching 5.6 in 2004 and targeting 10 in 2005.

Note: Net Income Growth Rates for 2002 and 2003 exclude impact of FFIEC adjustment.

MBNA offset lower loan growth by increasing ROL by over 50% since 1998.

**Observations**

- Over a six year period, 1994-2000, MBNA's earnings grew 5% faster than loans and in the last four years, 2001-2004, **earnings grew 280% faster than loans.**

- Earnings targets were achieved by **increasing ROL over 50% since 1998**; the 2005 plan called for another 7% improvement above 2004 levels.

- **ROL improvement is driven by …**
  – Pricing initiatives (repricing and fees)
  – Asset quality improvement and provision reduction
  – Reduced 0% promotions to sustain NIM
  – Tax rate benefit
  – FAS 140
  – Foreign exchange benefit




5 | Strategic Planning Task Force
Situational Assessment

MBNA 0116784

CONFIDENTIAL

# Focus on USCC "Underperformance"

mbna

MBNA 0116785

CONFIDENTIAL

USCC Challenge Summary



### 2004 USCC Actions & External Factors

- We recognized that the Credit Card Industry's 'race to the bottom' was unsustainable
- We pulled out of the 'race' by eliminating 0% offers to reduce unprofitable loans
    - However 0% seems to have become the 'threshold' price to gain customer consideration
    - Our strategy led to fewer new accounts as our competition did not follow suit and the overall growth in the industry declined
    - We also experienced a high run-off on our balances, in part due to growth in mortgages and HELOCs

- We accelerated customer re-pricing to account for a higher cost of funds and to meet our earnings target. This strategy although acceptable for short term profitability and ROL improvement – may have reduced customer satisfaction and driven good customers to our competition
- We also reduced our marketing spend over the course of the year to meet our earnings forecast
    - This resulted in our meeting the 4Q 2004 target but had a significant impact on 2005 earnings
    - It also decreased our new account balance growth

### 2005-2007 USCC Opportunities

- We need to modify our new account marketing strategy to replace run-off with profitable new customers
    - Need to substantially increase marketing spend and volume of new accounts
    - Improve product value propositions
    - Enhance target marketing – ensuring the right product is offered to prospects; target revolvers
    - Reduce marketing to our existing customers – need to increase number of unique new customers
    - Increase cross sell of other MBNA products to enhance customer relationship
- We also need to focus on cost management – rising CTA and more competitive pricing requires operational efficiency

7  | Strategic Planning Task Force
   | Situational Assessment

CONFIDENTIAL

MBNA 0116786

During 2004, MBNA USCC acquired fewer new accounts and balances, and experienced a significant decrease on existing balances.



### Observations

**New Accounts**

- 2004 impacted by delays/reductions in marketing spend as well as shift in pricing offers

**Existing Accounts**

- Experienced a $7.2B decline in balances in 2004, attributed to:
  - 0% cash pullback
  - ATB repricing run-off
  - Impact of transactors

Strategic Planning Task Force
Situational Assessment

8

CONFIDENTIAL

MBNA 0116787

# New Accounts

**MBNA's reduced USCC marketing expenditure in 2004 coupled with more intense competition led to a sharp decrease in new accounts. In 4Q04, our competition mailed 4X our mail volume.**



## Observations

- To meet 2004 earnings targets drastically reduced marketing expenditures in Q3 and Q4

- Led to a sharp decrease in new accounts acquired in Q4 '04 and Q1 '05

- Competitors continued to fill mail boxes at a significantly greater volume than MBNA

**We reduced marketing spend while our competitors did not ...**

| | Q1 '04 | Q2 '04 | Q3 '04 | Q4 '04 | Q1 '05 |
|---|---|---|---|---|---|
| Marketing Spend | $129.4MM | $113.80 | $88.70 | $76.70 | $102.1 |
| Multiple of Avg Peer Mail Volume / MBNA Mail Volume | 0.9 | 1.3 | 1.7 | 3.9 | |

**... while cost to acquire continued to rise.**

Cost to Acquire

| 2002 | 2003 | 2004 | 2005 March Update |
|---|---|---|---|
| $125 | $139 | $165 | $154 |

9 | Strategic Planning Task Force
Situational Assessment

mbna

CONFIDENTIAL

MBNA 0116788

## New Accounts

# MBNA's USCC new account offer contributed to lower NCRs and a higher cost to acquire...

### Industry is marketing aggressive promotional rates with longer durations. . .



Jan 2005 Mail Vol (MM): MBNA 7, CHASE 112, CAP ONE 74, CITI 72, AMEX 44, HSBC 44, DISC. 44, BofA 15

Avg APR (%): MBNA 8.2, CHASE 9.6, CAP ONE 13.0, CITI 10.6, AMEX 9.9, HSBC 10.2, DISC. 8.8, BofA 9.7

**Balance Transfer**

Avg. BT Promo APR (%): MBNA 2.2, CHASE 0.2, CAP ONE 0.5, CITI 0.0, AMEX 1.6, HSBC 0.3, DISC. 0.0, BofA 0.4

BT Promo Duration (months): MBNA 10.4, CHASE 13.2, CAP ONE 7.4, CITI 12.3, AMEX 10.7, HSBC 11.4, DISC. 12.5, BofA 10.1

% with Rewards (%): MBNA 88, CHASE 29, CAP ONE 48, CITI 73, AMEX 100, HSBC 64, DISC. 100, BofA 23

Strategic Planning Task Force    Source: January 2005 Mail Monitor – MBNA Competitive Research
Situational Assessment

10

mbna

CONFIDENTIAL

MBNA 0116789



New Accounts

... and the impact of an 18% decrease in new accounts from 2003 to 2004 was exacerbated by an increase in new account convenience use.

CONFIDENTIAL

Existing Accounts

**Balance growth on existing accounts declined by over $8.5B from 2003 to 2004 due to higher payments from transactors and reduced cash volume.**



### Observations

**Spend**
- Retail balances on existing accounts grew $13B from 2003 to 2004
- Cash balances on existing accounts decreased ~$5B from 2003 to 2004. Driven by 0% pullback

**Payments**
- Overall payments increased by $16.3B from 2003
- Increased run-off was the key driver of decreased net growth as,
  - Payments by transactors increased by $14.7B or 27%
  - ATB re-pricing caused an additional $1.6B in run-off
- $21B of the $75B non-transactor volume was balance transfers
  - 53% to competitors
  - 41% to mortgage products



12 | Strategic Planning Task Force
Situational Assessment

MBNA 0116791

CONFIDENTIAL

# Existing Accounts

## For the first time, MBNA's payment rate is higher than competitors. MBNA's risk adjusted pricing is 25% higher than our peers



**MBNA is now experiencing higher payments...**

Monthly Payment Rates [a]
Quarterly Avg (%)

...and pricing premium over peers has increased

Risk Adjusted Yield (Portfolio Yield - Charge Offs) [c]
% by quarter

(a) Peers: Visa IRKI Summary, February 2005; MBNA: 2005 Plan book and 2003/2004 Actuals
(b) Peer is defined as all Non-Amex, & Discover issuers with outstandings greater then $10B.
(c) Source: "Master Trust Monthly" Prudential, Mar 22,2005 – Interest and Fees
(d) Includes Citigroup, JPM/First USA, B of A, Cap One, and Providian

13 | Strategic Planning Task Force
Situational Assessment



**Observations**

**Portfolio Risk Adjusted Yield**
- Our premium over our peers is ~200 bps (25%)

**Payment Rates**
- The Industry has experienced increasing payment rate trends for the past eight quarters
- MBNA's payment rate increased sharply in 2004
- Our peers saw similar payment rate trends through Q3, 2004; however, the trend stopped in Q4, 2004



## Existing Accounts

**MBNA's portfolio polarization has shifted over the last few years, leading to higher proportion of balances priced below the cost of funds, while simultaneously increasing the proportion of balances at a very high premium**



### MBNA's portfolio pricing mix has changed ...

APR Premium over Cost of Funds

| | Dec 2000 | Dec 2004[a] | Change in Receivables 0% |
|---|---|---|---|
| <0% | 6.4% | 14.6% | 8.2% |
| 0-5% | 7.3% | 9.7% | 2.4% |
| 5-10% | 30.6% | 17.5% | -13.2% |
| 10-15% | 33.3% | 22.5% | -10.8% |
| 15-20% | 22.4% | 10.5% | -5.9% |
| 20%+ | 0.0% | 18.1% | 18.1% |

In the past 9 months accounts with FICO >720 and APR >20% have increased from 20% to 35%

### Observations

- Since 2000 MBNA's portfolio polarization has undergone a shift with
  - higher % of balances below our cost of funds
  - simultaneously percentage of our balances above 20% premium has climbed from 0% to over 18%
- This polarization occurred in an improving asset quality environment

14 | Strategic Planning Task Force
Situational Assessment

(a) Information available for 99% of receivables

mbna

CONFIDENTIAL

Profitability

**If we hadn't changed pricing strategies in 2004, our outstandings would be $10.3B higher today. However, 2004 NIBT would also have been lower by $400MM (Q1 2005 NIBT would have been $125MM lower).**



If we hadn't changed our strategy, our outstandings would have been $10.3B higher...

**Loan Outstandings**
Q1 '03 – Q1 '05, $B

...but cumulative NIBT would have been $525MM lower.

**Portfolio NIBT**
Q1 '03 – Q1 '05, $MM

15 | Strategic Planning Task Force
Situational Assessment

mbna

CONFIDENTIAL

MBNA 0116794

Profitability

# USCC account profitability increased 17% from 2003 to 2004, but is projected to drop by 17% in 2005 driven by increased expense per AAA.





**Observations**

- In 2004, increased net revenue $13 / AAA or $275MM driving a 17% NIBT increase over 2003

- **We expect an 800M AAA decrease in 2005.** Although, revenue / AAA will remain stable – the **inability to reduce costs drives a 17% decline in NIBT / AAA.**

- Operating unit has risen from $36 in 2002 to $49 in 2005 – $13 or 35%

- Had operating expense stayed flat to 2002 an incremental $260MM in NIBT would be realized

(a) Other expenses for 2002-2005 are -1.8, 2.6, -6.6, and 3.8, respectively.

16 | Strategic Planning Task Force
Situational Assessment

CONFIDENTIAL

MBNA 0116795

# Focus on External Factors

mbna

Strategic Planning Task Force
Situational Assessment

MBNA 0116796

CONFIDENTIAL

# External Factors: Customer Perception of Industry and MBNA

## Industry perception has declined, but MBNA's perception has declined even more drastically.



### Continued unfavorable customer perception.

- Favorability towards industry

  Tobacco   Credit   Life   Financial &
            Card Cos. Insurance  Invst. Svcs.

  Unfavorable (0)  1  2  3  4  5  6  7  8  9  Very Favorable (10)

- Change in % of favorable consumers

  Jul '02  50%
  Sep '03  25%

  64% of respondents say their opinion worsened last year

- Drivers of customer perception

  Act in interest   Are open &   Treat cardholder   Share responsibility
  of cardholders     honest        fairly              for fraud...

  Does not describe  1  2  3  4  5  6  7  8  9  Describes credit card
  credit card cos.                                    cos. extremely well

- Views on regulation

  Not Enough   Right Amount   Too Much
  47%          30%  23%

### ...perception of MBNA is also unfavorable.

- Based on internal studies, Customer perceptions of MBNA rank lower than almost all competitors*
- Brand studies from 2003 rate MBNA significantly lower than World Class in areas like empathetic, friendly and caring

### Observations

**Industry Perception**

- Favorability towards the industry remains low
- Media coverage reinforces negative attitudes
- Majority perceive credit card companies as dishonest and self-serving entities

**MBNA Perception**

- Decline in customer opinion
- Brand investments may be needed to improve perception
- Customer Satisfaction and Customer Loyalty reached all-time low in 3Q '04
  – Among MBNA Revolvers reached low point in 1Q '05



18 | Strategic Planning Task Force
     Situational Assessment

* Satisfaction, Continue to use, Would recommend to others, Consider another card

MBNA 0116797

CONFIDENTIAL

# External Factors: Customer Perception of Industry and MBNA

## MBNA Customer satisfaction remained low throughout 2004 and declined further in the 4th quarter.

### Satisfaction amongst Revolvers with MBNA and Competitor Cards



**Observations**

- Satisfaction for revolvers remained below most of our competitors in 2004
- Experienced a further decline in the 4th quarter

Possible causes …

- Majority of accounts moved from fixed to variable
- Forced customer conversions to American Express and received negative publicity
- Limited promotional rate re-offers

Strategic Planning Task Force — Source: MBNA Research and Development, *Overall Customer Satisfaction Research, 1Q03 through 1Q05* Situational Assessment

19

**External Factors: Industry-wide loan growth & Economic trends**

**Overall credit card industry growth has declined sharply, while HELOC and cash-out refinancing increased to unprecedented levels.**



Unprecedented growth for US HELOC...

- HELOC Outstanding ($Bn)
- Total Re-Fi Cashed Out ($Bn)

US Revolving Credit Growth Rate

...slowing growth in US Credit Card market...

US Revolving Credit Growth Rate

USCC Loan Growth Rate

Growth Rate

...MBNA's USCC market share has decreased

% of Loan Receivables[b]

2001 — 15.4%
2004 — 14.5%
↓ (0.96) bps

### Observations

- HELOC and cash-out refinancing market remains strong
- As a result credit card borrowing remains slow
- More than 40% of MBNA balances transferred out are due to home equity and cash-out refinances
- MBNA's market share has decreased for first time since inception




mbna

20 | Strategic Planning Task Force    (a) Source: Federal Reserve, Freddie Mac (b) Top 50 issuers, Nilson Report, Volumes 756, 826
Situational Assessment

CONFIDENTIAL

# Focus on Expenses

mbna

Strategic Planning Task Force
Situational Assessment

21

CONFIDENTIAL

MBNA 0116800

Internal Factors: Expenses per Existing Account

## Our 2005 total expenses would have been $640MM lower, if we had maintained 2002 unit cost.



**Observations**

- Over the last 3 years, total expense per AAA increased 12.4%

- **Operating and overhead spend drove the increase** contributing $0.8 B of the $1.1 B increase in total expense since 2002 — with the **OP/OH unit cost increasing 18%** from $103 in 2002 to $122 in 2005.




mbna

22 | Strategic Planning Task Force
Situational Assessment

MBNA 0116801

CONFIDENTIAL

# Conclusions

mbna

MBNA 0116802

CONFIDENTIAL

Observed Challenges

## These key themes explain our recent business performance and point us towards potential solutions

| Observed Challenge | Description |
|---|---|
| **1. Business Decisions** | ▪ Business strategy focused on short term NIBT growth objectives, as evidenced by earnings growth far outpacing business re-investment / growth.<br><br>▪ Historically, we have not made "big, bold" decisions (major acquisition, rapid growth into new business, accept more credit risk – priced appropriately, significant outsourcing / off-shoring) |
| **2. Lack of Diversification** | ▪ As the credit card market matured, we were not positioned to take advantage of growth in related lending businesses<br><br>   – Did not diversify as planned into mortgages, HELOCs and other types of secured lending<br><br>   – Did not diversify and invest into untapped higher growth, international markets |
| **3. Lack of Product and Service Differentiation** | ▪ As credit cards become more competitive and similar, we need to continue to create a perceived premium value and differentiate our brand :<br><br>   – More creatively leverage the competitive advantage of the affinity model<br><br>   – Address recent service level challenges and competitively position our self-service technologies to sustain service differentiation<br><br>   – Fair pricing is a base requirement to attract and retain the right Customers |

mbna

MBNA 0116803

CONFIDENTIAL

Observed Challenges

| Observed Challenge | Description |
|---|---|
| **4. New Customer Acquisition Model** | ▪ We reduced marketing expenditure and migrated away from promotional rates, leading to fewer new customers and a higher proportion of transactors<br>▪ To counter declining acquisitions, we need to improve unique new customers marketing and acquisition:<br>  – Focus on attracting revolvers<br>  – Attract transactors to a fee-based product with a unique product proposition |
| **5. Pricing Strategy** | ▪ We aggressively re-priced our portfolio to achieve earnings in 2004 (and in previous years). The combined effect of re-pricing and higher cost of funds has temporarily "stalled" USCC earnings growth<br>  – Our portfolio polarization has significantly changed over the last few years, resulting in a large proportion of high-priced accounts<br>  – Re-pricing run-off and increased payments reduced existing USCC balance<br>▪ MBNA fee strategy is punitive and compounds a customer dissatisfaction<br>▪ Customer does not have a clear cure strategy available |
| **6. Cost Management** | ▪ We did not aggressively reengineer & invest for growth<br>▪ Our cost efficiency has substantially deteriorated over the last 3 years, in spite of increased scale<br>▪ Improving our operational efficiency and building a flexible business model can result in a significant NIBT impact |

mbna

25 | Strategic Planning Task Force
     Situational Assessment

MBNA 0116804

CONFIDENTIAL

# Strengths to build upon

## The key to addressing our challenges is to further leverage and develop our existing strengths.

- We need to take immediate action to reverse our current situation ... (Team A recommendations)
- And we need to transform the business so that we can be successful in the current and future environment (Team B transformation)

---

- **Affinity Relationships**
  - Highest market share
  - Strong group relationships
  - Higher loyalty Customers
  - Multiple brands

- **Service/ People**
  - Higher quality people ( hiring, education)
  - Deep ethic of Customer focus
  - Reps empowered to make decisions
  - Highest authorization levels in the industry

- **Products**
  - Easy to use
  - 24 hour service

- **Large, high quality, diversified Customer base**
  - Better Customer demographics
  - Higher customer spending
  - More information about them ( affinity)

- **Excellent Asset Quality**
  - Lower delinquency and loss rate
  - Better quality control in risk management

- **Caring, Customer and People-oriented culture**

- **Strong balance sheet and investment resources**



CONFIDENTIAL

MBNA 0116805

# Appendix 1: Focus on USCC

mbna

27 | Strategic Planning Task Force
Situational Assessment

MBNA 0116806

CONFIDENTIAL



# 2004 Strategic Plan Gap by Business

USCC & CF/BL contributed significantly to the O/S gap, while gaps in USCC and International led to the NIBT gap. This is a significant start point gap for the 2005 plan.

CONFIDENTIAL

New Accounts

Since 2000, MBNA pricing has not been able to stem the decline of US loan growth, and the 2005 pricing strategy is based on two key assumptions that have not occurred.



**Pricing Strategy and US Loan Growth (2000-2005)**

2000: USCC moved accounts from variable to fixed rate in response to rising interest rates.

2001: Prime drops in half by year-end; Pricing focuses on new accounts and inactive existing accounts

2002: 0% Promotional offers used for 1st time by year-end. Existing acct contract rates remain unchanged

2003: Extensive use of 0% for new and existing accounts (Inactives, Convenience); Relationship repricing installed on lower risk accts

2005:
• Competitor pricing unchanged; HE and Mortgages still competitive; High APRs on existing MBNA accounts

2004: Reduce 0% offers on both new and existing accts; Convert existing accts from fixed to variable+200bp in response to Fed

$11.21 — 2000
$4.14 — 2001
$4.31 — 2002
$6.06 — 2003
($3.97) — 2004
$2.09 — 2005 March Update

**Observations**

- Pricing strategy in 2000 was not able to maintain loan growth in the face of rising interest rates and slowing economy
- Loan growth flat in 2001-2002, despite promos to new and existing customers
- Marketing efforts, including 0%, push loan growth higher in 2003
- As rates begin rising in 2004, MBNA limits 0% marketing and redesigns variable rates for immediate increases, and loan growth goes negative
- 2005 plan is based on two key assumptions (competition pushes rate higher and improved payment rates) that have not occurred



29  |  Strategic Planning Task Force
       Situational Assessment

CONFIDENTIAL

MBNA 0116808

**Existing Accounts**







**Notes**

- Over 35% of accounts with APR>20% have FICOs in excess of 720, compared to just 20% in April 2004.
- It would be very difficult to stimulate balances and/or usage with these 1.6MM Customers without a corresponding rate change

**Notes**

- Rates on high FICO customers have drifted above 20% given Relationship strategies and fixed to variable conversions with corresponding Fed moves

mbna

30  Strategic Planning Task Force
Situational Assessment

MBNA 0116809

CONFIDENTIAL

Existing Accounts: US Card Payment Components

Understanding where MBNA balances are attriting will allow us to enhance our acquisition and proactive retention strategies.



MBNA USC Payment Components
January – July 2004; $ Millions

MBNA Balance Transfer Components ($ Millions)

31 | Strategic Planning Source: Credit Bureau data analysis
Situational Assessment*Other includes bank installment trades and finance installment / revolving trades (i.e. sales finance)

mbna

CONFIDENTIAL

# New Accounts: Rewards Market space in Q4, 2004

## The market space has become increasingly crowded in the last two years; in parallel, the range of value offered has expanded, supported by a number of innovative products



1. Based on an airline ticket in the 48 contiguous states as the redemption item
2. Higher than World Points due to pure miles offering and high redemption bar with increased restrictions
3. Double miles can be earned on all travel giving a value dependent on travel spend
4. Airline co-brands have a value range dependent on cost of ticket purchased and spending type attracting additional

Sources: Inductis Analysis, Web Survey, The Nilson Report, JP Morgan Estimates, Consumer Expenditure Survey

Strategic Planning Task Force, Situational Assessment

32

CONFIDENTIAL

MBNA 0116811

# Appendix 2: Focus on External Factors

mbna

33 | Strategic Planning Task Force
Situational Assessment

MBNA 0116812

CONFIDENTIAL

External Factors: Industry-wide Loan Growth & Economic Trends (Home Equity Monetization)

A low interest rate environment continues to prevails the house prices have appreciated, consumers have tapped into the home equity to pay other debts





34 | Strategic Planning Task Force: Situational Assessment

Source: Federal Reserve, Mortgage Bankers Association, and OFHEO

CONFIDENTIAL

MBNA 0116813

**External Factors: Intensity of competition (Global Credit Card Markets)**

**The US and UK credit card markets are intensely competitive; Lower intensity of competition in Canada and Spain**

**The size of the total market is growing moderately...**



**...and market consolidation in the US has led to increased competition...**



**...while other markets are less competitive**



## Observations

- **US**
  - Very highly developed credit market with moderate incremental demand
  - Intense price competition among increasingly concentrated select group
- **Canada**
  - Highly developed credit market, like the US, but with stronger demand and less of a threat from mortgages
  - Price competition is limited as major banks appear to behave in an oligopolistic manner
- **UK**
  - Highly developed consumer credit market, future growth expected to be in line with economy
  - Intense competition may lead to price wars
- **Spain**
  - Moderately developed market with strong growth potential (due to economy and developing credit market)
  - Local banks are market share leaders, but foreign banks expected to carve out substantial business over time

(a) Source: "Consumer Credit and Credit Cards: A Global Perspective," Morgan Stanley Research, Feb 5, 2004
(b) Credit card receivables CAGR expected to be 5%
(c) Source: "Specialty Finance: 2004 Outlook," Credit Suisse First Boston Research, January 11, 2005

35 | Strategic Planning Task Force
Situational Assessment

mbna

CONFIDENTIAL

MBNA 0116814



# External Factors: Intensity of competition (US Credit Card Competitive Analysis)

## Observations

**MBNA**
Stagnant loan growth, with increasing yield and higher charge-offs

**JP Morgan Chase**
Continued moderate loan growth, with increasing yield and higher charge-offs

**Citigroup**
Continued strong growth, reduced yields and no change in credit quality

**Bank of America**
Continued strong loan growth, with substantial higher yield and lower credit quality

**Capital One**
Continued strong loan growth, with a slight decrease in pricing and higher charge-offs

**American Express**
Continued loan growth with higher yields and reduced charge-offs

**Providian**
Turnaround with higher loan growth, with a sharp drop in yield and moderate improvement in credit quality

**Discover**
Stagnant, declining loan growth, with slightly lower yield and no improvement in credit quality

(a) Source: "Credit Cards", JP Morgan Chase Research Report, Jan 31, 2005,
(b) Source: "Master Trust Monthly" Prudential, Mar 22,2005
(c) BOA figure does not include Fleet master trust
(d) Only includes First USA Portfolio

36  Strategic Planning Task Force
Situational Assessment

MBNA 0116815

## External Factors: Intensity of competition (US Credit Card Competitive Analysis)

# Competitors have not moved from aggressive promotional rates on cash and retail despite Fed movement over the same time period

| | MBNA | Amex | B of A | Bank One | Capital One | Chase | Citibank | Discover |
|---|---|---|---|---|---|---|---|---|
| **August 2004** | | | | | | | | |
| Total Volume (MM) | 46 | 14 | 39 | 103 | 53 | 27 | 85 | 35 |
| % Rewards | 72% | 100% | 9% | 69% | 19% | 19% | 73% | 100% |
| Promo (Retail/Cash) | --/0% | 0.4%/2.6% | 1.2%/1.2% | 0.4%/0.4% | 0%/1.1% | 0%/0.1% | 0%/0% | 0%/0% |
| Duration (Retail/Cash) | --/10.5 | 11.1/10.2 | 9.0/9.7 | 11.5/11.5 | 6.1/6.6 | 13.9/13 | 11.2/12.6 | 6.4/11.8 |
| Avg Contract | 7.10% | 9.70% | 9.40% | 10.20% | 10.80% | 8.60% | 9.00% | 10.30% |
| **December 2004** | | | | | | | | |
| Total Volume (MM) | 18 | 28 | 47 | 61 | 72 | 23 | 63 | 24 |
| % Rewards | 81% | 98% | 15% | 60% | 36% | 19% | 74% | 100% |
| Promo (Retail/Cash) | --/2.6% | 0.4%/2.3% | 0.4%/0.4% | 0.3%/0.3% | 0%/1.4% | 0%/0.2% | 0%/0% | 0%/0% |
| Duration (Retail/Cash) | --/8.4 | 10.2/9.6 | 10.5/10.7 | 11.8/11.8 | 6.1/8.7 | 13.6/13.1 | 11.7/12.0 | 8.2/14.1 |
| Avg Contract | 7.90% | 10.00% | 9.10% | 9.80% | 12.30% | 9.40% | 10.30% | 9.20% |
| **January 2005** | | | | | | | | |
| Total Volume (MM) | 7 | 34 | 15 | ---- | 74 | 112 | 72 | 44 |
| % Rewards | 88% | 100% | 23% | ---- | 48% | 29% | 73% | 100% |
| Promo (Retail/Cash) | --/2.2% | 0.2%/1.6% | 0.4%/0.4% | ---- | 0%/0.5% | 0.2%/0.2% | 0%/0% | 0%/0% |
| Duration (Retail/Cash) | --/10.4 | 10/10.7 | 10.1/10.1 | ---- | 6.3/7.4 | 13.2/13.2 | 12.3/12.3 | 7.6/12.5 |
| Avg Contract | 8.20% | 9.90% | 9.70% | ---- | 13.00% | 9.60% | 10.60% | 8.80% |



37 | Strategic Planning Task Force
Situational Assessment

CONFIDENTIAL

# External Factors: Customer Perception of Industry and MBNA

## Loyalty to MBNA and Competitors - Revolvers on MBNA and competitor card



Source: MBNA Research and Development. *Overall Customer Satisfaction Research, 1Q03 through 1Q05*

Strategic Planning Task Force
Situational Assessment

38

CONFIDENTIAL

MBNA 0116817

# External Factors: Customer Perception of Industry and MBNA

## Rising global consumer confidence is contributing to growth opportunities in consumer finance markets



**US consumers are regaining their optimism after a shallow recession...**

US Consumer Confidence Index[a]
Jan 1991 – Jan 2004

▭ Recession

**...similarly, Canadian consumers are more optimistic...**

Canada Consumer Confidence Index[b]
Feb 2001 – Aug 2004

90 — 88.4   87   88.4   93.4   86.5   86.6
73.4
80
70   65.5
60
Sep-01   Mar-02   Sep-02   Mar-03   Sep-03   Mar-04

Trendline has been upward sloping since Q4 01
87.6

**...as are Europeans**

**Spanish Consumer Confidence**
■ Spanish GDP growth is expected to be 6% CAGR till 2007 due to strong household spending and expansionary monetary conditions

**UK Consumer Confidence[d]**
■ Monique Hellel, Director of Financial Services at Martin Hamblin stated, "Consumer sentiment has been quite buoyant for the first quarter of 2005 and the headline index currently stands four points higher than the annual average,"

Notes:
(a) Source: "Specialty Finance, 4[th] Quarter Earning Review" CSFB, Feb 2, 2004, University of Michigan Survey
(b) Source: Investors Group Website Dec 21, 2004. Based on Conference Board Survey for Canada
(c) Source: "Consumer Credit and Credit Cards: A Global Perspective", Morgan Stanley Research, Feb 5, 2004
(d) Source: "UK March Consumer Confidence Index rises +1" Mabiloc Financial Company, Mar 31, 2005

39 | Strategic Planning Task Force
Situational Assessment

## Observations

**US Consumer Confidence**
■ Measured increase in optimism after recession
■ US consumer sentiment has rebounded to pre-recessionary period

**Canadian Consumer Confidence**
□ Canadian confidence levels are also rebounding

**Spanish Consumer Confidence**
□ Spain's economy is buoyant due to increasing domestic personal spending

**UK Consumer Confidence**
□ Confidence currently exceeds the annual average
■ UK GDP growth is expected to exceed 4% and rise moderately in 2007 and unemployment is at its lowest since 1975



mbna

MBNA 0116818