# EXHIBIT I



# MBNA Corporation
## Compensation Committee and
## Stock Option Committee

**January 10, 2005**

I.  2004 Executive Bonuses ................................................................................ 2

    A.  Framework for 2004 Bonuses ........................................................ 3

    B.  Corporate Performance and 2004 Bonuses ................................... 5

    C.  Restricted Stock in Lieu of a Portion of 2004 Cash Bonuses ............ 12

Appendix ............................................................................................................ 14

    A.  Excerpt from the Minutes of the March 25, 2004 Meeting of the
        Compensation Committee and the Stock Option Committee ............ i

    B.  Senior Executive Performance Plan .............................................. iii

    C.  2004 Form of Certification for Compensation Committee ................. v

    D.  2004 Companywide Objectives vs. 2004 Results ............................ vi

    E.  2004 Year in Review ..................................................................... viii

    F.  Performance Evaluations ................................................................ xv

CONFIDENTIAL



---

I. 2004 Executive Bonuses

---

CONFIDENTIAL

MBNA 0300841



## 2004 Executive Bonuses

### A. Framework for 2004 Bonuses

#### Annual Incentives

Pursuant to the framework approved by the Compensation Committee in March 2004 (attached for your reference as Appendix A is an excerpt from the minutes of the March 25, 2004 meeting of the Compensation Committee approving the framework), 2004 annual incentives are to be determined based on corporate and individual performance and be structured as follows:

- Corporate performance will be measured by achievement of net income growth and other financial objectives.

- The Committee established a range of potential annual incentives for net income growth from 13% to 17% as follows:

|  | Vice Chair (Executive Committee) | Group Executives (Management Committee) |
|---|---|---|
| Below 13% | 0 | 0 |
| 13% | 100 | 75 |
| 14% | 112 | 87 |
| 15% | 125 | 100 |
| 16% | 137 | 112 |
| 17% or more | 150 | 125 |

The maximum bonus for 2004 would be the percentage of salary determined by the net income growth for 2004 over 2003 and the 2004 salary and Committee membership of the executive. The maximum bonus may be reduced based on corporate and individual performance as set forth below.

The target amounts for 15% net income growth for 2004 represent reductions from 2003 target amounts from 150% to 125% of salary for Vice Chair and from 125% to 100% of salary for Group Executives.

- The Committee established the 5 additional 2004 financial goals set forth below. These goals are those included in the Corporation's 2004 financial plan. If the Corporation does not achieve these goals, the maximum bonus levels are to be reduced by up to 40% as determined by the Committee. These goals are intended to ensure that achievement of the net income objective for the year is based on the key performance drivers for our business and does not compromise future performance. Specific bonus amounts are not linked to specific levels of achievement of these additional goals, and achievement of the goals is evaluated in the aggregate rather than individually, to provide management flexibility to do what is best for the Corporation based on economic, market, regulatory, competitive and other conditions encountered during the year. The CEO will report in writing to the Committee on achievement of the goals, individually and in the aggregate, and to the extent any goal is not achieved, include an assessment of the reasons why and the impact on our plan for subsequent years. The CEO will recommend to the Committee the appropriate reduction in maximum bonus levels, if any, and the Committee will determine

3

CONFIDENTIAL

MBNA 0300842

mbna

the reduction based on corporate achievement of these additional financial goals and the CEO's recommendation.

Additional 2004 Financial Goals:

| | |
|---|---|
| Loans | $131.2 billion |
| New accounts | 10.5 million |
| Net interest margin | 8.44% |
| Net credit losses | 4.74% |
| Operating and Overhead expenses | 2.65% |

- The Committee will evaluate the CEO's individual performance and the CEO will evaluate each other executive's individual performance for 2004 based on evaluation criteria to be established and approved by the Committee. The CEO and each other executive will receive a percentage of the annual incentive for which the executive is eligible based on corporate achievement of the net income growth objective and the other financial objectives as determined above. The percentages will vary depending on the individual performance rating as follows:

| | |
|---|---|
| Superior (Significantly Exceeds) | 100% |
| Excellent (Exceeds) | 80% |
| Satisfactory (Meets) | 60% |
| Unsatisfactory (Below / Significantly Below) | None |

- The Committee will approve payment of annual incentives 50% in cash and 50% in restricted shares. The restricted shares will vest 20% each year beginning December 1, 2005, and on each of the next four anniversaries or sooner upon death, disability, retirement at or after age 65 or change of control of the Corporation. The restricted shares that have not vested will be forfeited if the executive's employment ends for any other reason.

- Bonuses paid to the top 5 executives under a performance based plan approved by stockholders are not subject to the IRC Section 162(m) limitations on deductibility for federal income tax purposes on compensation in excess of $1 million. In 2001, stockholders approved such a plan for the Corporation (the Senior Executive Performance Plan, a copy of which is attached for your reference as Appendix B). The Plan permits bonuses equal to 200% of 2001 base salary if the Corporation achieves a certain net income objective. The net income objective must be established by the 162(m) subcommittee of the Compensation Committee. For 2004, the net income objective under the Plan will be a minimum 13% increase over 2003 net income. The bonus amounts based on a percentage of 2004 salaries will generally be below 200% of 2001 base salary for the top 5 executives. The subcommittee has the discretion to reduce bonuses otherwise to be paid under the 162(m) Plan notwithstanding achievement of the net income objective.

4

CONFIDENTIAL

MBNA 0300843

**mbna**

## B. Corporate Performance and 2004 Bonuses

This section sets forth the recommended bonus amounts for senior executives based on the framework discussed above. Mr. Hammonds has recommended bonus amounts for senior executives based on the Corporation's increase in net income in 2004 and financial performance compared to five financial goals set for 2004. These bonus amounts are subject to reduction on an individual basis based on the evaluation of each executive's performance.

### Corporate Performance and Target Bonuses

Net Income

Net income for 2004 is estimated to be $[2.664] billion in accordance with GAAP (confirmation of results will be provided at the Compensation Committee meeting). This amount represents a [14]% increase in net income over 2003.

The Compensation Committee must certify that the net income target for the year has been attained before bonuses may be paid under the plan. Attached as Appendix C is the form of certification to be signed by the Compensation Committee.

When determining net income under our bonus plan, we are to exclude extraordinary items and accounting changes occurring during the year. In 2004 certain accounting adjustments, such as accelerating the time when accounts of deceased customers are charged off, reduced income before taxes by approximately $87 million. However, we have not excluded these accounting adjustments for the net income.

This produces a target bonus of 112% for Vice Chair and 87% for Group Executives, subject to further adjustment as described below.

Additional Financial Goals

The additional financial goals and actual results are estimated to be as follows (confirmation of results will be provided at the Compensation Committee meeting):

|  | Goal | Actual |
|---|---|---|
| Loans | $131.2 billion | $[121.5] billion |
| New accounts | 10.5 million | [11.6] million |
| Net interest margin | 8.44% | [7.98]% |
| Net credit losses | 4.74% | [4.74]% |
| Operating and overhead expenses | 2.65% | [2.53]% |

Mr. Hammonds' report on the achievement of the Corporation's financial goals, individually and in the aggregate, is attached as Appendix D.

5

CONFIDENTIAL

MBNA 0300844



Based on the five additional performance measures set forth above and in accordance with the framework for 2004 bonuses, management recommends the following reductions to bonuses for senior management, expressed as a percentage of salary:

|  | Reduction to Bonuses Based on Additional Financial Goals | Bonuses (Based on Net Income and Additional Financial Goals) |
|---|---|---|
| Vice Chair: | 15% | 95% |
| Group Executives: | 15% | 74% |

Management's explanation of the percentages is included in Appendix D. Also attached as Appendix E is the "2004 Year in Review" that summarizes significant achievements in 2004.

**Individual Performance Reviews and Recommended Individual Bonus Amounts**

Individual bonuses for senior executives are subject to a further reduction based on individual performance evaluations. The Committee evaluates the CEO's individual performance and the CEO evaluates each other executive's individual performance for 2004. At the request of Mr. Hammonds, a new performance assessment was designed with help from Zenger Folkman, an organizational consulting firm that specializes in leadership development and 360 degree feedback. The goal of working with the consultant was to identify the critical competencies necessary for effective leadership. The resulting competencies will form the foundation for a significant focus on leadership development going forward. At the conclusion of the research, a 360 degree survey was developed based on the critical competencies, as well as the new performance appraisal that was used for every senior manager in the company. Included in appendix F is the summary of compiled responses to the survey from eight direct reports to Mr. Hammonds. The performance assessments for all executive committee members are also included in appendix F.

The CEO and each other executive will receive a percentage of the annual incentive for which the executive is eligible based on corporate achievement of the net income growth objective and the other financial objectives as determined above. The percentages will vary depending on the individual performance rating as follows:

| Superior (Significantly Exceeds) | 100% |
|---|---|
| Excellent (Exceeds) | 80% |
| Satisfactory (Meets) | 60% |
| Unsatisfactory (Below / Significantly Below) | None |

**CONFIDENTIAL**

**MBNA 0300845**



## Summary—Payment of Bonuses

Set forth below is a summary of the recommended bonus amounts based on the above framework, as well as the final bonuses as recommended by Mr. Hammonds:

| Executive | Salary | Target % Based on Net Income | % After Reduction Based on Financial Goals | % After Reduction Based on Individual Performance | Total Bonus % as Recommended by CEO | Recommended Total Bonus (% x Salary) |
|---|---|---|---|---|---|---|
| B. Hammonds | $2,400,000 | 112 | 95 | | | |
| J. Cochran | 2,350,000 | 112 | 95 | 76 | | 1,790,000 |
| **Vice Chair** | | | | | | |
| D. Denton | 1,330,000 | 112 | 95 | 95 | | 1,266,000 |
| L. Freeh | 1,330,000 | 112 | 95 | 76 | | 1,013,000 |
| C. Krulak | 1,330,000 | 112 | 95 | 76 | | 1,013,000 |
| R. Struthers | 1,900,000 | 112 | 95 | 76 | | 1,447,000 |
| K. Vecchione | 1,520,000 | 112 | 95 | 76 | | 1,158,000 |
| L. Weaver | 1,900,000 | 112 | 95 | 76 | | 1,447,000 |
| **Group Executives** | | | | | | |
| G. Bacchieri | 1,520,000 | 87 | 74 | 59 | | 899,000 |
| A. Balthis[1] | 450,000 | 81 | 81 | 63 | | 283,500 |
| K. Boehl | 1,330,000 | 87 | 74 | 59 | | 787,000 |
| J. DePaulo[1] | 540,000 | 81 | 81 | 53 | | 283,500 |
| S. Flynn | 1,330,000 | 87 | 74 | 59 | | 787,000 |
| J. Hewes | 1,045,000 | 87 | 74 | 59 | | 618,000 |
| J. Marrone | 1,188,000 | 87 | 74 | 44 | | 527,000 |
| T. Murphy[2] | 950,000 | 87 | 74 | 59 | | 187,000 |
| M. Rhodes[3] | 1,710,000 | 87 | 74 | 44 | 33.8 | 578,000 |
| J. Scheflen | 1,330,000 | 87 | 74 | 59 | | 787,000 |
| M. Shepherd | 1,188,000 | 87 | 74 | 44 | | 527,000 |
| D. Turner1 | 500,000 | 54 | 54 | 41 | | 204,800 |
| T. Wren | 1,188,000 | 87 | 74 | 74 | | 879,000 |
| **TOTAL:** | **$29,279,000** | | | | | |

1. These officers were recently promoted from Senior Executive Vice President; bonuses will be paid based on the factors communicated to them in early 2004 (net income and individual performance, but not the additional financial goals). Sunil Antani, Frank Bramble, Vernon Wright, William Esposito, David Spartin and Kevin Wren are no longer included in the current senior management group, but were included in last year's senior management group and thus will be paid bonuses consistent with the above framework (except that the portion of Vernon Wright's bonus that would have been paid in restricted shares will be reduced by 50% and paid in cash because of his recent retirement).

2. Prorated for 4 months.

3. Mr. Hammonds has reduced Mr. Rhodes' bonus to an amount that makes his salary and bonus for the year equal to Mr. Bacchieri's.

7



**Restricted Stock Terms**

Bonuses will be paid 50% in cash and 50% in restricted shares. The restricted shares will vest 20% each year beginning December 1, 2005, and on each of the next four anniversaries or sooner upon death, disability, retirement at or after age 65 or change of control of the Corporation. The restricted shares that have not vested will be forfeited if the executive's employment ends for any other reason. (See Part C below.)

**2005 Proxy Statement**

Set forth on the following pages is a draft of the summary compensation table for the 2005 Proxy Statement reflecting bonuses awarded as described above and other executive compensation for 2004.

CONFIDENTIAL

MBNA 0300847



## EXECUTIVE COMPENSATION

The following table sets forth information concerning compensation paid or accrued to the Chief Executive Officer and the four other most highly compensated executives for services to the Corporation in 2002, 2003 and 2004.

The Committee approved changes to executive compensation that will further reduce executive compensation in 2005 and beyond. These changes are discussed in the Compensation Committee Report on Executive Compensation beginning on page ____ of this Proxy Statement.

**Summary Compensation Table [ASSUMES RECOMMENDED BONUS AMOUNTS, PAID 50% IN CASH AND 50% IN RESTRICTED STOCK; DOES NOT REFLECT REDUCTIONS DUE TO PERFORMANCE APPRAISALS; TABLE WITH TOTAL AMOUNTS FOLLOWS PROXY DISCLOSURE]**

| Name and Principal Position | Year | Salary(1) | Bonus(2) | Total Annual Cash Compensation(3) | Other Annual Compensation(4) | Restricted Shares(5,6) | Number of Securities Underlying Options | All Other Compensation(7) |
|---|---|---|---|---|---|---|---|---|
| Bruce L. Hammonds............... | 2004 | $2,461,539 | $ 1,140,000 | $3,601,539 | 0 | $5,515,000 | 0 | $163,422 |
| Chief Executive Officer and | 2003 | 2,500,000 | 2,125,000 | 4,625,000 | 0 | 5,740,996 | 500,000 | 164,383 |
| President of the Corporation | 2002 | 2,394,213 | 2,500,000 | 4,894,213 | 0 | 9,540,000 | 450,000 | 201,188 |
| John R. Cochran III ............... | 2004 | 2,442,308 | 1,116,250 | 3,558,558 | 0 | 5,053,750 | 0 | 135,902 |
| Executive Vice Chairman of the Corporation; | 2003 | 2,500,000 | 2,125,000 | 4,625,000 | 0 | 5,740,996 | 500,000 | 145,203 |
| Chairman, President and Chief Executive Officer of the Bank | 2002 | 2,394,213 | 2,500,000 | 4,894,213 | 0 | 9,540,000 | 450,000 | 190,458 |
| Lance L. Weaver ............... | 2004 | 1,961,538 | 902,500 | 2,864,038 | 0 | 3,527,500 | 0 | 113,044 |
| Vice Chairman of the Corporation | 2003 | 2,000,000 | 1,700,000 | 3,700,000 | 0 | 4,386,975 | 300,000 | 128,546 |
| and Vice Chairman of the Bank | 2002 | 1,915,375 | 2,000,000 | 3,915,375 | 77,848 | 7,280,000 | 300,000 | 162,985 |
| Richard K. Struthers............... | 2004 | 1,961,538 | 902,500 | 2,864,038 | 0 | 3,527,500 | 0 | 79,966 |
| Vice Chairman of the Corporation | 2003 | 2,000,000 | 1,700,000 | 3,700,000 | 0 | 4,386,975 | 300,000 | 114,947 |
| and Vice Chairman and Chief Loan Officer of the Bank | 2002 | 1,915,375 | 2,000,000 | 3,915,375 | 2,183 | 7,280,000 | 300,000 | 153,280 |
| Kenneth A. Vecchione............... | 2004 | 1,569,231 | 722,000 | 2,291,231 | 0 | 2,822,000 | 0 | 56,885 |
| Vice Chairman and Chief Financial Officer of the | 2003 | 1,599,988 | 1,360,000 | 2,959,988 | 7,484 | 2,069,000 | 250,000 | 179,332 |
| Corporation (since 10/01/04) and Vice Chairman and Chief Financial Officer of the Bank | 2002 | 1,515,376 | 1,600,000 | 3,115,376 | 352 | 3,359,992 | 900,000 | 148,520 |

(1) Salaries were reduced effective August 2004—the reductions are discussed in the Compensation Committee Report on Executive Compensation beginning on page ____ of this Proxy Statement. The Corporation had 27 pay periods in 2004 including an early January 2004 pay that covered primarily a late December 2003 pay period. Annual salaries are based on 26 pay periods. The annual salaries presented in table for 2004 do not include amounts paid for the 27th pay period in 2004. Including the 27th pay period, salaries actually paid in the 2004 calendar year were as follows: Mr. Hammonds – $2,553,847; Mr. Cochran – $2,532,693; Mr. Weaver – $2,034,615; Mr. Struthers – $2,034,615; and Mr. Vecchione – $1,627,693.

(2) Includes cash bonuses paid. Does not include 50% of 2004 bonuses, 43.3% of 2003 bonuses and 50% of 2002 bonuses paid in restricted shares of the Corporation's common stock, which are included under the "Restricted Shares" column.

(3) Consists of all annual cash compensation included in the "Salary" and "Bonus" columns.

(4) Pursuant to SEC rules, does not include perquisites and other personal benefits if the aggregate amount of such compensation for an executive is less than $50,000 for the given year. For 2004, the executives reimbursed the Corporation for its aggregate incremental cost related to their personal airplane use. Aggregate incremental cost includes fuel, landing fees, airport taxes and fees, customs fees and in-flight food. Includes for Mr. Weaver $77,848 for airplane use for 2002.

9

CONFIDENTIAL

MBNA 0300848



(5) The total number of restricted shares held at December 31, 2004 and the value of these shares calculated by multiplying the number of shares held by the closing price of the common stock by each of the named executive officers on December 31, 2004, were:

| | Number of Restricted Shares | Value of Restricted Shares |
|---|---|---|
| Bruce L. Hammonds... | 1,997,588 | $56,312,005 |
| John R. Cochran III .... | 1,981,035 | 55,845,376 |
| Lance L. Weaver.......... | 1,383,305 | 38,995,367 |
| Richard K. Struthers ... | 1,309,390 | 36,911,704 |
| Kenneth A. Vecchione | 366,893 | 10,342,713 |

(6) Includes restricted shares granted during each year for each of the named executive officers. Also includes restricted shares granted during 2004, 2003 and 2002 in lieu of a portion of cash bonuses as indicated in footnote 2 above. For 2004, the restricted stock in lieu of cash bonuses (based on the market price on the grant date) were as follows: Mr. Hammonds, $1,140,000; Mr. Cochran, $1,116,250; Mr. Weaver, $902,500; Mr. Struthers, $902,500; and Mr. Vecchione, $722,000. Restricted shares vest in the event of retirement, death or disability, or a change in control. The restricted shares granted in lieu of a portion of 2004 cash bonuses vest 20% on December 1, 2005 and 20% on December 1 of each of the following four years, or sooner in the event of retirement, death or disability, or a change in control. The restricted shares granted in lieu of a portion of 2003 cash bonuses vest 40% on December 1, 2005 and 20% on December 1 of each of the following three years, or sooner in the event of retirement, death or disability, or a change in control. The restricted shares granted in lieu of a portion of 2002 cash bonuses vested 40% on December 1, 2004 and will vest 20% on December 1 of each of the following three years, or sooner in the event of retirement, death or disability, or a change in control.

(7) Includes amounts paid or accrued by the Corporation in 2004 as set forth below.

| | Term Life Insurance Premiums | Whole Life Insurance Premiums | Above-Market Earnings On Deferred Compensation |
|---|---|---|---|
| Bruce L Hammonds..... | $9,374 | $147,331 | $ 6,717 |
| John R. Cochran III........ | 8,074 | 120,181 | 7,647 |
| Lance L. Weaver.......... | 7,364 | 105,680 | 0 |
| Richard K. Struthers..... | 4,524 | 57,475 | 17,967 |
| Kenneth A. Vecchione . | 4,524 | 52,361 | 0 |

Under the whole life insurance program the Corporation pays the premiums on policies owned by the executives and pays the executives a gross-up amount to cover the taxes incurred by the executives as a result of the premium payment. The Corporation is funding the costs of the premiums and the tax gross ups from increases in cash values of the corporate owned life insurance policies that the Corporation retained when it terminated an earlier executive life insurance program. The above amounts include premiums and the tax gross ups.

10

CONFIDENTIAL

MBNA 0300849



ASSUMES RECOMMENDED BONUS AMOUNTS PAID 50% IN CASH AND 50% IN RESTRICTED STOCK; DOES NOT REFLECT REDUCTIONS DUE TO PERFORMANCE APPRAISALS; INCLUDES BREAKOUT OF RESTRICTED SHARES ("IN LIEU OF BONUS" AND "OTHER") AND TOTAL AMOUNTS IN FINAL COLUMN:

| Name and Principal Position | Year | Annual Compensation | | | | Awards | Long Term Compensation Awards | | All Other Compensation[7] | Total |
| | | Salary | Bonus | Total Annual Cash Compensation | Other Annual Compensation | Restricted Shares In Lieu of Cash Bonus | Other Restricted Shares | Number of Securities Underlying Options | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Bruce L. Hammonds, Chief Executive Officer and President of the Corporation | 2004 | $2,461,539 | $ 1,140,000 | $3,601,539 | 0 | $ 1,140,000 | $4,375,000 | 0 | $163,422 | $9,279,961 |
| | 2003 | 2,500,000 | 2,125,000 | 4,625,000 | 0 | 1,625,000 | 4,115,996 | 500,000 | 164,383 | 14,060,379 |
| | 2002 | 2,394,213 | 2,500,000 | 4,894,213 | 0 | 2,500,000 | 7,041,000 | 450,000 | 201,188 | 18,474,901 |
| John R. Cochran III, Executive Vice Chairman of the Corporation; Chairman, President and Chief Executive Officer of the Bank | 2004 | 2,442,308 | 1,116,250 | 3,558,558 | 0 | 1,116,250 | 3,937,500 | 0 | 135,902 | 8,748,210 |
| | 2003 | 2,500,000 | 2,125,000 | 4,625,000 | 0 | 1,625,000 | 4,115,996 | 500,000 | 145,203 | 14,041,199 |
| | 2002 | 2,394,213 | 2,500,000 | 4,894,213 | 0 | 2,500,000 | 7,041,000 | 450,000 | 190,458 | 18,464,171 |
| Lance L. Weaver, Vice Chairman of the Corporation and Vice Chairman of the Bank | 2004 | 1,961,538 | 902,500 | 2,864,038 | 0 | 902,500 | 2,625,000 | 0 | 113,044 | 6,504,582 |
| | 2003 | 2,000,000 | 1,700,000 | 3,700,000 | 0 | 1,300,000 | 3,086,975 | 300,000 | 128,546 | 10,333,521 |
| | 2002 | 1,915,375 | 2,000,000 | 3,915,375 | 77,848 | 2,000,000 | 5,280,750 | 300,000 | 162,985 | 13,995,958 |
| Richard K. Struthers, Vice Chairman of the Corporation and Vice Chairman and Chief Loan Officer of the Bank | 2004 | 1,961,538 | 902,500 | 2,864,038 | 0 | 902,500 | 2,625,000 | 0 | 79,966 | 6,471,504 |
| | 2003 | 2,000,000 | 1,700,000 | 3,700,000 | 0 | 1,300,000 | 3,086,975 | 300,000 | 114,947 | 10,319,922 |
| | 2002 | 1,915,375 | 2,000,000 | 3,915,375 | 2,183 | 2,000,000 | 5,280,750 | 300,000 | 153,280 | 13,910,588 |
| Kenneth A. Vecchione, Vice Chairman and Chief Financial Officer of the Corporation (since 10/01/04) and Vice Chairman and Chief Financial Officer of the Bank | 2004 | 1,569,231 | 722,000 | 2,291,231 | 0 | 722,000 | 2,100,000 | 0 | 56,885 | 5,170,116 |
| | 2003 | 1,599,988 | 1,360,000 | 2,959,988 | 7,484 | 1,040,000 | 1,029,000 | 250,000 | 179,332 | 6,980,804 |
| | 2002 | 1,515,376 | 1,600,000 | 3,115,376 | 552 | 1,600,000 | 1,760,250 | 900,000 | 148,520 | 14,301,498 |

CONFIDENTIAL

MBNA 0300850



**C. Restricted Stock in Lieu of a Portion of 2004 Cash Bonuses**

As discussed in Part B above, bonuses for Vice Chair and Group Executives will be paid 50% in cash and 50% in restricted shares. In addition, Senior Executive Vice Presidents were advised in early 2004 that a portion (20%-50% depending on their level of responsibility) of their 2004 bonuses would be paid in restricted shares. Management requests that on January 10, 2005, the Stock Option Committee approve in principle the payment of a portion of bonuses to Senior Executive Vice Presidents in restricted shares. Following this approval and once the specific bonus amounts (and resulting restricted share grants) for Senior Executive Vice Presidents are determined, we will circulate a written consent whereby the Stock Option Committee may approve the specific restricted share grants. The written consent will include a list of officers, the amount of the bonus for each officer to be paid in restricted shares, and a formula for determining the number of shares to be awarded. We propose to use the closing price on January 25, 2005 to allow the market to absorb the impact of the Corporation's announcement on January 20, 2005 of its earnings for 2004 and other matters discussed separately with the Committee. We propose that the restricted shares be issued on January 28, 2005.

*Availability under the 1997 Long Term Incentive Plan*

Restricted shares are issued under the MBNA Corporation 1997 Long Term Incentive Plan approved by stockholders, and the Policies adopted by the Board of Directors for this Plan. Since 1999 the Plan has included an "evergreen provision" that provides for grants of stock options and restricted shares for an indefinite number of shares of stock, so long as immediately after the grants the sum of the number of outstanding stock options and restricted shares does not exceed 10% of fully diluted shares outstanding. Fully diluted shares outstanding, for this purpose, includes shares of common stock issued and outstanding (including restricted shares) and outstanding stock options. As of December 31, 2004, there were approximately 39 million shares available for issuance under the Plan. Under the Plan the maximum number of restricted shares that may be granted in any calendar year is 3 million.

However, for purposes of the evergreen formula and restricted share limit, the Plan expressly provides that restricted shares do not include restricted shares issued in lieu of payment of cash bonuses under the Corporation's Senior Executive Performance Plan or other annual bonus plans.

*Restricted Stock Terms*

Participation in the Plan is limited to officers, directors, key employees, consultants and advisors of the Corporation and its subsidiaries. The Stock Option Committee administers the Plan and determines the amount and terms of stock awards, including any restrictions. The Committee may waive or modify any restriction.

The restricted shares paid in lieu of a portion of cash bonuses to all Vice Chair, Group Executives and Senior Executive Vice Presidents will vest 20% each year beginning December 1, 2005, and on each of the next four anniversaries or sooner upon death, disability, retirement at or after age 65 or change of control of the Corporation. The restricted shares that have not vested will be forfeited if the officer's employment ends for any other reason.

12

MBNA 0300851



The restricted shares will be issued in the name of the officer and the officer will have all the rights of a stockholder with respect to the shares, including the right to vote the shares and receive dividends, subject to the restrictions on transfer. The Corporation holds the shares in book entry form until the restricted shares vest or are forfeited. As the shares vest, the shares are transferred to the officer and may be sold by the officer. Participants may deliver the restricted shares or other shares of MBNA Corporation common stock to pay any taxes required to be withheld as a result of vesting of shares of restricted stock.

When restricted shares are issued, the Corporation, pursuant to a long standing policy, repurchases a like number of shares in the open market or in privately negotiated transactions to eliminate any dilution to existing stockholders that may result from the issuance of restricted shares.

When issuing restricted shares, the Stock Option Committee must determine there is adequate consideration for the shares. Consideration may be in the form of past services to the Corporation. When issuing shares in consideration of past services, the Committee must determine that the value of the past service exceeds the sum of the prior compensation paid for such service and the value of the restricted shares being issued. When presenting the recommended bonus amounts for Senior Executive Vice Presidents, management will advise on the adequacy of consideration.

13

**CONFIDENTIAL**

MBNA 0300852



**Appendix**

CONFIDENTIAL

MBNA 0300853



Appendix A

**Excerpt from the Minutes of the March 25, 2004 Meeting of the
Compensation Committee and the Stock Option Committee**

**2004 Compensation Program**

Before the meeting each member of the Committee received a binder containing materials for review in connection with the meeting. Mr. Berick confirmed that each Committee member received the binder.

Mr. Berick described the prior interactions among the Committee members, management and the Committee's independent consultant. The Committee engaged the consultant to assist the Committee in evaluating changes to executive compensation. The Committee's goals included linking executive compensation more closely to performance, increasing objectivity in evaluating performance, increasing the portion of compensation based on long term performance and material, continuing reductions in executive compensation. Mr. Civiletti and Mr. Berick worked with management and the consultant to develop a compensation program for senior management that reflected these goals. Management developed the proposal presented to the Committee and the consultant reviewed and evaluated it. The current proposal is the fourth or fifth version. The discussions with management and the consultant have been constructive and respectful.

Mr. Berick reviewed the management proposal with particular attention to the manner in which it addressed and met the Committee's objectives. The annual incentive will be based on achievement of a net income objective of a 13% to 17% increase. The potential bonus will be a percentage of salary that will depend on the net income increase. The target potential bonus for a 15% increase in net income is 125% of salary for Executive Committee members and 100% of salary for Management Committee members. The potential bonus may be reduced by the Committee by up to 40% depending on achievement of five other corporate financial objectives. In addition, the Committee will evaluate Mr. Hammonds, Mr. Hammonds will evaluate each other executive, and the Committee may further reduce bonuses based on individual performance. These arrangements will emphasize performance and increase objectivity.

Mr. Berick described the terms of proposed restricted stock awards. The restricted stock will vest at the end of 10 years if the executive remains employed by the Corporation. It will vest sooner, up to 20% each year, based on the Corporation's achievement of increases in net income ranging from 12% to 15%. The consultant recommended this approach and Mr. Hammonds embraced it. It focuses on long-term performance.

Mr. Berick emphasized that the proposed program reduced cost of executive compensation for the most senior executives significantly from $110 million in 2002 to $62 million in 2004.

The Committee discussed whether the net income and other financial goals are sufficiently challenging and changes to the goals recommended by management since management initially presented 2004 financial goals in the fall of 2003. The Committee concluded that the goals appeared to be challenging but that it is difficult to determine whether they are sufficiently challenging. It asked Mr. Scheflen to provide more information for the Committee to consider in future years, including comparisons to actual results for two or three years.

i

MBNA 0300854

CONFIDENTIAL



The Committee also discussed whether it would consider changes in accounting principles and extraordinary items in evaluating the Corporation's achievement of the net income objective. Mr. Scheflen said the Senior Executive Performance Plan, which governed bonuses for the top five executives, provided that the Committee would consider these items in evaluating the increase in net income. The Committee expressed a preference for comparing GAAP to GAAP numbers, as it had in determining 2003 bonuses. Mr. Berick confirmed that Mr. Hammonds agreed with this approach.

Dr. Rosenthal questioned the subjectivity for achievement of additional financial goals. He believed that the language on how the achievement of the goals is to be determined is too vague. Mr. Civiletti said the goals are not tied to specific percentages to give the Committee flexibility because the results may not reflect performance. Mr. Scheflen noted that the achievement of one goal could adversely affect the achievement of another goal. He provided examples. He said that achievement of the goals is proposed to be evaluated in the aggregate for this reason. Dr. Rosenthal agreed that the goals should not be tied to specific percentages but said the wording of how achievement of the goals is measured is too vague. The Committee agreed that the language should be modified by striking the words "if any" in the last sentence of the applicable paragraph. Several directors expressed confidence that the Committee could do what is appropriate in the circumstances.

Dr. Rosenthal asked why the range for early vesting of restricted stock is a 12% to 15% increase in net income when the range for determining bonuses is a 13% to 17% increase in net income. Mr. Civiletti responded that the bonus range is short term for 2004 and the restricted stock vesting range is for long-term performance.

Dr. Rosenthal asked what the consultant's view is on vesting of the restricted stock after 10 years. Mr. Civiletti replied that the consultant preferred performance rather than service based vesting and is pleased with accelerated vesting based on performance. Mr. Scheflen described accounting considerations with performance-based vesting and said that vesting at the end of 10 years avoided variable accounting for the restricted stock grants.

Mr. Milstead asked if the consultant had any criticisms of the proposal. Mr. Civiletti responded that the consultant had two criticisms. First, the consultant's analysis suggested that many executives below Mr. Hammonds are compensated two or three times higher than executives at other companies with similar responsibilities. Mr. Hammonds' proposal reduced these amounts some but cannot bring them down to the peer level all at once. Mr. Hammonds agreed with the Committee that compensation remains too high, and committed to bring the compensation down further in future years. Second, the formula for restricted stock grants, which basically provides for grants valued at three times salary, is too high and should be reduced so that incentive compensation is lower as a percentage of salary. Mr. Berick agreed that the consultant made these comments but said the consultant overall is very supportive of the proposal and agrees that the reduction in overall compensation is sufficient for 2004. The consultant is also very complimentary about the Committee's attention and participation. Several members commented about the high quality of the materials provided to the Committee.

Following further discussion, the Committee unanimously approved the proposal for 2004 executive compensation as presented with the change in wording described. The 162(m) subcommittee of the Compensation Committee, acting separately, established a minimum net income increase objective for 2004 bonuses of a 13% increase over 2003 GAAP net income. It approved the other terms of the annual bonus plan as proposed.

ii

CONFIDENTIAL

MBNA 0300855



**Appendix B**

# MBNA CORPORATION

## SENIOR EXECUTIVE PERFORMANCE PLAN

### Purpose

The purpose of the Senior Executive Performance Plan (the "Plan") is to set forth the terms on which annual bonuses will be paid to participating senior executives of MBNA Corporation and MBNA America Bank, N.A. and their subsidiaries (collectively the "Corporation"). The Plan is intended to permit the Corporation to deduct fully annual bonuses paid to senior executives in determining its federal income taxes in accordance with Section 162(m) of the Internal Revenue Code of 1986, as amended.

### Administration

The Plan has been approved by and shall be administered by the Compensation Committee of the Board of Directors of the Corporation or a subcommittee of the Compensation Committee composed of two or more "outside directors" as defined in Section 162(m) and the regulations thereunder (the "Committee"). The Committee shall interpret the Plan and shall have the authority and duties set forth in the Plan.

### Covered Officers

The Plan applies each year to those officers of the Corporation whose compensation would be subject to the limitations of Section 162(m) or the regulations thereunder for that year.

### Bonuses

Each covered officer who is employed by the Corporation during a calendar year while this Plan is in effect will be eligible to receive a bonus, if the Corporation achieves the net income target for that year established or to be established by the Committee, in an amount equal to 200% of the covered officer's 2001 base salary. No bonus will be paid for any year pursuant to the Plan unless the net income objective for that year has been attained. The Committee may reduce or eliminate bonuses for any reason in its sole discretion notwithstanding attainment of the net income objective for that year.

The Committee will determine the net income objective for each year's bonuses not later than 90 days after the commencement of each year, provided that the net income objective for such year is substantially uncertain. Net income for purposes of the Plan means consolidated net income of the Corporation before extraordinary items and the cumulative net effect of accounting changes occurring or adopted following approval of the net income objective by the Committee. The Committee shall make appropriate adjustments in net income objectives to reflect any changes in federal or applicable state income tax rates.

MBNA 0300856

CONFIDENTIAL



No bonus shall be paid pursuant to this Plan for any year until the Committee has certified that the net income target for that year has been attained. Bonuses shall be paid promptly following the Committee's certification that the net income objective for that year has been attained. Annual bonuses payable pursuant to the Plan may be paid in cash, restricted or unrestricted shares of Common Stock, or both, as determined by the Committee.

<u>Miscellaneous</u>

No covered officer may assign the right to receive any benefit under the Plan. The Committee may approve payment of any amount which a disabled or deceased covered officer would have earned under the Plan to the covered officer's spouse or estate.

The Plan shall be submitted to the Corporation's stockholders for approval in accordance with Section 162(m).

The Committee may amend or change the Plan at any time and in any manner. After the Plan has been approved by the Corporation's stockholders, the Plan may not be amended or changed without stockholder approval if the amendment or change would limit the deductibility of bonuses paid pursuant to the Plan under Section 162(m).

The Plan will be effective beginning with bonuses for 2001. The Plan will continue in effect without further stockholder approval until terminated by the Committee. The Committee may terminate the Plan at any time.

CONFIDENTIAL

MBNA 0300857



<u>**Appendix C**</u>

**MBNA CORPORATION**

**Compensation Committee**

<u>**Certificate**</u>

A subcommittee of the Compensation Committee, consisting of those members of the Compensation Committee authorized to act with respect to matters to be approved pursuant to Section 162(m) of the Internal Revenue Code of 1986, as amended, acting pursuant to the Senior Executive Performance Plan (the "Plan"), certifies that the net income objective for 2004 previously established by the Compensation Committee for 2004 bonus payments made pursuant to the Plan, and all other material conditions to the payment of 2004 bonuses pursuant to the Plan, have been in fact satisfied.

January 10, 2005

_____
James H. Berick

_____
Mary M. Boies

_____
William L. Jews

_____
Stuart L. Markowitz, M.D.

_____
William B. Milstead

_____
Thomas G. Murdough, Jr.

Approved by the other member of the Compensation Committee.

_____
Benjamin R. Civiletti

v

**CONFIDENTIAL**



<u>**Appendix D**</u>

**2004 Companywide Objectives vs. 2004 Results**

- Increase managed loan outstandings to $131.2 billion
  *Actual: Outstanding loans increased to $121.5 billion*

  MBNA ended 2004 with $121.5 billion in total managed loans, up $3.0 billion, or 3%, from year-end 2003. Industry experts indicated increased competition from home equity lines of credit and cash-out mortgage refinancing continued to put pressure on loan growth in the credit card industry. Additionally, MBNA made a strategic decision early in the year to reduce its reliance on 0% balance transfer offers to new and existing Customers. MBNA's 0% loan balances in the U.S. decreased by $4 billion in 2004 as a result of this decision. Instead, MBNA offered Customers a variety of rewards-based programs, such as WorldPoints, Merrill Lynch, NFL Extra Points, and most recently, the partnership with American Express. These accounts typically take longer to develop balances than an account generated through a 0% balance transfer offer; however, spending on these accounts has been strong in 2004 with total retail sales volume up 17% from 2003.

- Acquire 10.5 million new accounts
  *Actual: 11.6 million new accounts added*

  MBNA added 9.1 million new accounts organically and 2.5 million through portfolio acquisition. Included in these figures are 2.4 million new accounts that were acquired during the PCL purchase. These new accounts are not included in the publicly reported new account number but they are included in our internal results. Although they were not contemplated in setting the original goal, they are included because they were a new business acquisition that took the place of other new accounts that were in the original goal. MBNA achieved its new account goal despite offering less 0% marketing. Additionally, competition in the credit card industry was strong in 2004, with mail volume up more than 20% from 2003 to approximately 5.7 billion mailpieces.

- Maintain net interest margin at 8.44%
  *Actual: 7.98%*

  MBNA's net interest margin in 2004 was 7.98%, down 41 bps from 2003. This decline in net interest margin was more than originally expected as a result of various items including a lower yield on loans driven partially by a shift in payment mix towards accounts with higher APR's. The company also reduced its risk-based repricing because of potential adverse Customer and reputational impacts. Additionally, the investment portfolio, which has a lower yield, was a higher percentage of loan balances than planned and reduced the NIM by 17 basis points compared to the original objective. The investment portfolio increased during the year as less loan growth than anticipated decreased MBNA's funding needs, resulting in a mix shift towards more investments as a percent of interest earning assets.

**CONFIDENTIAL**

**MBNA 0300859**



- Control loan losses at 4.74% of outstandings
  *Actual:  Loan losses controlled at 4.74% of outstandings*

  Net credit loss expense was more than $200 million lower than the objective, finishing the year at $5.6 billion. While the company's dollar losses were lower than goal, the percentage loss rate was 4.74%, consistent with the objective as a result of the denominator impact of slower loan growth.  These results were driven by continued improvement in industry bankruptcies and the credit quality environment, the quality of the corporation's Customer base, MBNA's personalized approach to judgmental lending, the effectiveness of collection and recovery efforts, and increasing use of rewards-based offers to attract new Customers.

- Control operating and overhead expense as a percentage of loans at 2.65%
  *Actual:  Operating and overhead expense was 2.53% of outstanding loans*

  Operating and overhead expenses ended the year at $3.0 billion, or 2.53% of average managed loans, more than $250 million better than plan and far exceeding the goal of 2.65% of average managed loans.  The successful implementation of a number of cost saving initiatives, efficiency improvements, and a reduction in the bonus accrual for 2004 drove these results.

- Increase net income by 15% to $2,680 million
  (EPS of $2.04 at 1,300 million average shares outstanding)
  *Actual:  Net income increased by 14% over 2004 to $2,660 million*

  ---

- Do nothing to jeopardize achievement of long term goals

- Manage company to prevent need for involuntary, across the board layoffs and to preserve acceptable levels of Customer satisfaction

  ---

**Recommendation**

Despite the growth challenges faced by the credit card industry in 2004, the company increased earnings and made significant progress towards achieving other financial goals.  While loan growth was not as strong as expected, much of the trend can be attributed to the decision to move away from 0% balance transfer offers.  The net interest margin was lower than expected due to a lower loan yield and a larger investment portfolio, and net credit losses ended the year significantly better than plan. New accounts also exceeded their objective primarily as a result of the PCL acquisition.  Operating and overhead expenses were more than $250 million better than expected. Management believes the actions taken by the company in 2004, including a shift away from 0% marketing and continued investment in innovation and new products, strengthened the company's long-term prospects and positioned MBNA for the future.  Based on management's achievement of a number of its financial goals in 2004, management recommends a 15% reduction to the bonus level for 2004.

CONFIDENTIAL

MBNA 0300860



# 2004 YEAR IN REVIEW

|  | **Goal** | **Actual** |
|---|---|---|
| Ending Loans | $131.2 billion | $121.5 billion |
| New Accounts | 10.5 million | 11.6 million[1] |
| Loan Losses (% of outstandings) | 4.74% | 4.74% |
| Operating and Overhead (% of outstandings) | 2.65% | 2.53% |
| Net Income | $2,680 million | $2,660 million |
| Earnings per Share | $2.04 | $2.04 |

|  | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|
| Managed Loans (billions) | $88.8 | $97.5 | $107.3 | $118.5 | | |
| Charge Volume (billions) | $125.7 | $142.3 | $160.0 | $184.3 | | |
| Avg. Bal./Avg. Account | $3,447 | $3,555 | $3,671 | $3,865 | | |
| Loan Losses | 3.94% | 4.74% | 4.99% | 5.22% | | |
| New Accounts (millions) | 13.7 | 9.3 | 12.0 | 10.7 | | |
| Net Income (millions) | $1,313 | $1,694 | $2,002* | $2,338 | | |

## Summary

In its fourteenth year as a public company, MBNA increased earnings and reduced credit losses amid intense competition and a moderate U.S. economy. Net income increased 14% to $2.7 billion and earnings per share increased 14% to $2.04. Credit losses decreased 48 basis points to 4.74% and remain well below industry averages. MBNA ended 2004 with $121.5 billion in total managed loans, up $3.0 billion, or 3%. Year-over-year U.S. revolving consumer credit continued its slow growth increasing 4% through October 2004 as home-equity refinancing levels remained high (volumes from 2001 through 2004 are estimated at $480 billion compared to $270 billion for the eleven previous years). Competition continued to be strong with industry mail volume exceeding 2003 volume by more than 20% with 5.8 billion solicitations. In this environment, MBNA produced another year of earnings growth through increased retail spending, expanded product offerings, continued commitment to credit quality and tighter cost controls. These achievements during the past year are a direct result of the efforts and the attitude of the people who work here.

## 2004 Highlights

### Loan Growth

MBNA ended 2004 with $121.5 billion in total managed loans, up $3.0 billion, or 3%, from year-end 2003. Industry experts indicated increased competition from home equity lines of credit and cash-out mortgage refinancing put pressure on growth in the credit card industry. Additionally, MBNA made a strategic decision to reduce its reliance on 0% balance transfer offers to new and existing Customers. MBNA's 0% loan balances in the U.S. decreased nearly $4 billion in 2004 as a result of this decision.    Instead, MBNA offered Customers rewards-based programs, such as WorldPoints, Merrill Lynch, NFL Extra Points, and American Express cards.  These accounts typically take longer to develop balances than an account generated through a 0% balance transfer offer; however, spending on these accounts has been strong in 2004 with total retail sales volume up 17% from 2003.

[1] *Included in these figures are 2.4 million new accounts that were acquired during the PCL purchase. These new accounts are not included in the publicly reported new account number but they are included in our internal results. Although they were not contemplated in setting the original goal, they are included because they were a new business acquisition that took the place of other new accounts that were in the original goal.*

CONFIDENTIAL

MBNA 0300861



### New Accounts
MBNA added 9.1 million new accounts organically and 2.5 million through portfolio acquisition. While new, organic accounts added this year are less than originally expected, the results were impacted by the decision to offer significantly fewer 0% balance transfer solicitations, which typically have a higher response rate. Additionally, competition in the credit card industry was strong in 2004, with mail volume up more than 20% from 2003 to approximately 5.8 billion mail pieces.

### New Group Endorsements and Contract Renewals
In 2004, MBNA gained the endorsements of 265 new groups. New endorsements in 2004 included AG Edwards, Starwood Hotels & Resort (Canada), Churchill Downs, Arsenal Football Club (U.K.), Charles Schwab, Viajes Marsans (Spain), Scarborough Building Society (U.K.) and the American Nurses Association of California. Throughout 2004, we continued to successfully take away a number of prominent groups from competitors, including Churchill Downs, Philadelphia Phillies, and Massachusetts Institute of Technology.

MBNA renewed the contracts of 1,300 endorsements in 2004. Key groups include the American College of Physicians, Johns Hopkins Alumni Association, Chicago Cubs, Air Force Academy, University of Liverpool, American Association of University Professors and the Association of International Cancer Research. During the past year, we signed renewals with nearly all of the groups we targeted. In total, more than 5,000 groups and financial institutions now endorse MBNA's products and services.

### Credit Quality
Credit quality in the industry continued to improve in 2004 with average unemployment dropping to 5.5% vs 6.0% in 2003 and bankruptcy filings down by 3.5%. MBNA's loan losses were controlled at 4.74%, 166 basis points below the industry average of nearly 6.40% (as of September 2004). Additionally, net credit losses declined by more than $100 million in 2004 to $5.6 billion from $5.7 billion in 2003. Delinquent dollars also declined during 2004 to $5.0 billion (4.14% of ending loans) from $5.2 billion at the end of 2003 (4.39% of ending loans). These results can be attributed to the improving economy, the quality of the corporation's Customers, MBNA's approach to judgmental lending, effective collection efforts, and increased use of rewards programs.

### Competitive Environment
The business environment continued to be competitive throughout 2004. In 2004, overall mail volume was at record levels of approximately 5.8 billion pieces, up 23% from 2003. Through September 2004, the top 5 mailers made up approximately 60% of total mailings, flat with 2003. Strong competition and continued low funding costs reduced industry pricing in 2004. Zero-percent balance transfer promotions were used on 65% of total industry offers while 0% promotions on purchases were included on over 40% of all offers. During 2004, MBNA reduced the number of offers with 0% promotions to approximately 34% of mail volume from 95% of MBNA's mail in 2003. Average "go-to" interest rates on new industry mailings also declined, falling to 9.2% in 2004 from 10.1% in 2003. Despite this competitive environment, Customers continue to use their MBNA accounts more with higher average balances ($4,047 vs $2,583 Industry Average) and larger average transactions ($124 vs $101 Industry Average).

### New Products and Innovation
*American Express*
In January 2004, MBNA and American Express reached a milestone agreement for MBNA to be the first U.S. bank to issue credit cards accepted on the American Express network. In October, the U.S. Supreme Court cleared the way for MBNA to begin issuing American Express cards. MBNA launched the new product to members of more than 1,000 affinity groups, and succeeded in booking 965,000 accounts in 2004. With an American Express card from MBNA, the Customer can now choose a product based on brand preference, participate in a robust rewards program, and receive value through targeted premium merchant offers.

MBNA 0300862

CONFIDENTIAL



*Insurance Premium Financing*

In January 2004, MBNA entered the insurance premium financing market with the acquisition of Premium Credit Limited (PCL), Britain's largest insurance premium financing company. PCL makes loans to businesses, including professionals and small business owners, to pay premiums on property, general liability, and other types of insurance. PCL also provides loans to retail consumers for financing of insurance products. PCL is a good strategic fit with MBNA's marketing strategy and assets generated in this business have excellent credit quality. PCL currently has nearly 50% market share in the U.K. insurance premium finance market and it continues to experience strong growth, with additional opportunities for growing the business in the U.S.

*Practice Financing*

MBNA entered the practice financing market with the acquisition of Sky Financial Solutions (SFS) in March 2004. SFS markets financial products to dental professionals, including financing for practice acquisition, equipment, and working capital. Similar to PCL, the acquisition of SFS is a good fit with MBNA's affinity marketing strategy. MBNA's credit card products are endorsed by 39 dental associations, including most of those that also endorse SFS. In addition, many dental associations also endorse MBNA's other financial products and services. Nearly three-quarters of all dentists in the U.S. carry an MBNA card and many of them have their own practice. SFS business generates assets with excellent credit quality, low losses, good returns, and excellent long-term growth prospects.

*Other Innovations*

MBNA's Product Development area created value for Customers and increased company revenue by supporting new group signings, new association products, and new product enhancements. Among these are two major new endorsements – Merrill Lynch and Charles Schwab. New functionality included instant online decisioning, custom branding, service levels based on asset tiering, and fraud special handling for travel. These two programs already have 200,000 accounts with $600 million in loans and by 2008 will have over $3 billion in loans. Additional opportunities include the launch of MasterCard World and Visa Signature, programs designed for affluent, high spending Customers.

## Financial Results

### Profitability

Net income for 2004 was $2.7 billion or $2.04 per common share, up 14% over 2003. Return on average managed loans increased reaching 2.26%, up 13 bps from 2003.

|  | **2000** | **2001** | **2002** | **2003** | **2004** |
|---|---|---|---|---|---|
| Return on Average Managed Loans | 1.69% | 1.86% | 1.93% | 2.13% | 2.26% |
| Net Income per Average Active Account | $58.43 | $66.26 | $70.93 | $82.24 | $91.09 |

### Revenue

Managed net interest income grew 2% or $212 million from the prior year driven primarily by 7% growth in average earning assets. Partially offsetting the volume increase was a 41 bps decline in managed net interest margin to 7.98%. The decline in net interest margin reflects a 38 bps decline in yield on earning assets, as loan yields declined, along with a 10 bps increase in funding cost.

Other operating income increased $297 million, or 7% to $4.6 billion in 2004. Total sales volume rose 12% to $206 billion, driven by a 17% increase in <u>retail</u> spending. This volume drove growth in card fees (up 12.5%), interchange (up 12%), and insurance income. Partially offsetting these increases, MBNA recognized a $102 million loss on securitization income in 2004, compared to a $113 million gain on securitization in 2003. Without the FAS 140 loss, total fee income increased 12%.

X

CONFIDENTIAL

MBNA 0300863



## Provision for Loan Losses

Based on improving asset quality, the provision for possible credit losses dropped 6% from 2003, or $342 million. The decrease in the provision reflects: 1) 48 bps decrease in the managed charge off rate to 4.74%, 2) 7% growth in average managed loans and 3) change in the additional provision $204 million ($175 million reduction in 2004 vs. $29 million addition in 2003). The lower provisioning is reflective of an improved economic environment in 2004 and favorable asset quality expectations into 2005.

## Expenses

Total expenses were $5.5 billion, an increase of $389 million or 8% over 2003, reflecting the continued investment in attracting, servicing, and retaining domestic and foreign credit card and other consumer loan Customers. Expense increases in 2004 were driven in part by the completion of the Strategic Systems Extension (SSE), the launch of the American Express relationship, and the development of MBNA's branding efforts.

|  | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|
| Expenses / Average Managed Loans | 4.92% | 4.70% | 4.66% | 4.67% |
| Expenses / Managed Net Revenue | 38.0% | 37.1% | 35.2% | 36.6% |

Operating and overhead expenses ended 2004 at $3.0 billion, or 2.53% of average managed loans, $277 million better than plan and far exceeding the goal of 2.65% of average managed loans. The successful implementation of a number of cost saving initiatives, the disposition of certain assets, efficiency improvements, and a reduction in the bonus accrual for 2004 drove these results.

## Capital

As a regulated banking institution, MBNA is subject to the risk-based capital guidelines, adopted by the federal agencies that regulate our business. Under capital adequacy guidelines, the Corporation and the Bank maintain capital ratios well in excess of all minimum regulatory requirements. The Corporation and Bank level regulatory risk based capital ratios have been allowed to grow in part to provide for the additional regulatory capital that will be required before 2008 for the new Basel II rules.

### Capital Ratios

|  | 1999 | 2000 | 2001 | 2002 | 2003 | 3Q04 | Minimum Requirements | Well Capitalized |
|---|---|---|---|---|---|---|---|---|
| **MBNA Corp** |  |  |  |  |  |  |  |  |
| Tier 1 | 14.72% | 14.98% | 15.99% | 15.73% | 18.47% | 20.69% | 4.00% | N/A |
| Total | 17.02% | 16.61% | 17.97% | 19.65% | 22.18% | 24.30% | 8.00% | N/A |
| Leverage | 14.90% | 17.30% | 18.12% | 18.55% | 20.52% | 21.55% | 4.00% | N/A |
| **MBNA America** |  |  |  |  |  |  |  |  |
| Tier 1 | 11.06% | 10.78% | 13.14% | 12.58% | 16.38% | 20.04% | 4.00% | 6.00% |
| Total | 13.44% | 12.44% | 15.13% | 16.41% | 20.13% | 23.81% | 8.00% | 10.00% |
| Leverage | 11.61% | 12.79% | 15.00% | 15.81% | 18.52% | 20.49% | 4.00% | 5.00% |

In the third quarter of 2004, S&P changed its outlook for MBNA from "Stable" to "Positive", recognizing MBNA's ability to maintain solid operating performance through economic downturns, the improved leverage position of the balance sheet and the significant loan loss reduction experienced throughout 2003 and 2004. MBNA increased its tangible equity ratio to 7.89% at the end of 2004 from 7.16% at the end of 2003. This ratio has nearly doubled in the past 5 years and now is at a level that provides additional flexibility for MBNA's capital management strategies.

CONFIDENTIAL

MBNA 0300864



## Other Issues and Accomplishments

### Regulatory Environment
The Fair and Accurate Credit Transactions Act (FACT Act) was passed into law in 2004, extending the exemptions under the Fair Credit Reporting Act enabling financial institutions to operate under existing rules, with some exceptions. Federal Regulators continue to focus on Management Information Systems and Board Oversight. Sarbanes Oxley certification requirements continue to be a focus for financial institutions. The Basel Accord II impact is being assessed across the industry related to capital requirements and operational risk controls

### Regulatory Examinations
The Office of the Comptroller of the Currency (OCC) released the Annual Report of Examination on April 26, 2004. There were no matters requiring the attention of the Board of Directors or management. Asset Quality rating was increased from "3" (Less Than Satisfactory) to "2" (Satisfactory). The Composite Rating remained unchanged at "2."

During 2004, the OCC completed examinations related to Mortgage Lending Compliance, Credit Line Management, Regulation Z-Consumer Finance Unsecured Products, Credit Acquisition for US Credit Card and Consumer Finance, Information Security, Liquidity, Interest Rate Risk, USA Patriot Act, and BIS/Technology. For each exam there were no matters requiring the attention of the Board of Directors or management. The OCC is currently examining MBNA's Compliance Program and Management and evaluating MBNA's reserve practices and methodology for establishing the appropriate loan loss reserve. At this time, no issues or concerns have been identified.

The Federal Reserve Board (FRB) released its Annual Report of Bank Holding Company Inspection in December. There are no matters requiring Board of Director attention. The FRB specifically noted that management has effectively addressed the supervisory issues and risk management concerns identified in their previous report. The Report contains three minor recommendations, which have been or are in the process of being addressed. The FRB also conducted a Corporate Profitability Inspection, the results of which are incorporated in the Annual Report of Bank Holding Company Inspection. There were no significant recommendations arising from this inspection.

As discussed last year, the Financial Consumer Agency of Canada (FCAC) issued a notice of violation for Rates As Low As (RALA) direct mail offers. The FCAC then followed with a penalty for the alleged violation. MBNA challenged the decision and appealed in Federal Court. The Federal Court recently ruled that the FCAC violated its own rules when it penalized MBNA Canada Bank and found that the FCAC "breached the rules of natural justice".

Management has taken a more proactive approach to managing the Corporation's relationship with its bank regulators and to better anticipating their concerns. For example, MBNA was the only major issuer in 2004 to assist chronic overlimit customers by waiving their overlimit fees and reallocating their payment so that a larger portion of the payment would go toward principal reduction. MBNA was also the first major issuer to address the concerns outlined in the OCC's recent Advisory Letter on credit card marketing practices by changing its marketing materials in order to minimize Customers confusion and provide greater clarity to consumers regarding product offers. In addition, management made changes to MBNA's charge off policy for deceased accounts. Effective first quarter of 2004, deceased accounts were charged off at 30 days delinquent and within 90 days since the deceased notification.

### Corporate Governance
Delivering on a commitment to continually improve its corporate governance policies and practices, MBNA made several significant governance improvements in 2004. First, the board named three new independent directors, increasing the total number of directors to 10, eight of whom are independent of management. The new directors are Mary Boies, Laura Unger, and Thomas Murdough. Notably, the appointment of Ms. Boies and Ms. Unger ensures that females now comprise 20% of the company's directors. Second, the board initiated an executive search for an additional independent director, which will increase the board to a total of 11 directors, more than 80% of whom will be independent of management. It is expected that this search will be completed in the first half of 2005. Third, the board implemented additional reductions in executive compensation in 2004 by lowering executive salaries, reducing

CONFIDENTIAL

MBNA 0300865



bonus amounts, and by not granting stock options during the year. And finally, the Governance Committee reviewed all of MBNA's governance policies and practices and ensured that these comply with NYSE rules.

## People

As a result of the company's superior people benefits and services, MBNA ranked among FORTUNE magazine's top 100 companies to work for in the United States for the seventh consecutive year. MBNA is one of only 24 companies who have appeared in the top 100 listing since its inception. In addition, MBNA Ireland was named in the 100 Best Places to Work in the European Union survey. Working Mother magazine also listed MBNA as one of the top companies for family and work policies for the thirteenth consecutive year.

In June, 25,000 people in all countries participated in a companywide satisfaction survey. MBNA people indicated that they are proud to work at the company and value MBNA's focus on people. Additionally, it was clear from the survey that there are several actions the company can take to improve the work environment. During the last several months of the year, a number of steps were taken including: a companywide initiative to improve communication among managers and people; the establishment of working groups to address specific issues in their departments; the creation of the Pricing Strategy Development group to address the challenge of balancing Customer satisfaction and pricing initiatives. The goal in this ongoing effort is to continue to be a "Great Place to Work" for all people.

CONFIDENTIAL

MBNA 0300866



## Statistical Rankings

MBNA's strong, consistent financial performance has attracted national attention in several published rankings:

> - *Business Week*: MBNA was named the #1 Best Bank and #19 Best Company in the United States in *Business Week's* Performance Rankings of S&P 500 companies.
> - *FORTUNE:* MBNA was one of the most profitable U.S. companies, ranking 168th in revenues, 52nd in profits, 65th in assets, 67th in market value, and 26th in 10-year total return to investors. MBNA had the highest return on assets and 10-year annual EPS growth among banks and was the 9th most profitable bank and the 9th largest bank in terms of revenue.
> - *American Banker*: MBNA ranked 2nd in return on assets and 23rd in total reported assets among U.S. banks.
> - *Forbes:* #125 of 2000 Leading Companies worldwide measured by sales, profits, assets, and market value.
> - *Working Mother:* MBNA ranked among the top companies for working mothers for the thirteenth consecutive year.
> - *Sunday Times:* MBNA Europe was named as one of the "Best Companies to Work For" in the U.K. for the fourth consecutive year.
> - *Great Places to Work Institute:* MBNA Ireland named the best workplace in the European Union, topping more than 1,000 companies from 15 countries.





xiv

**CONFIDENTIAL**



<u>**Appendix F**</u>

**[Performance evaluations to be distributed under separate cover.]**

**CONFIDENTIAL**

MBNA 0300868