**RIGRODSKY & LONG, P.A.**
ATTORNEYS AT LAW

919 NORTH MARKET STREET, SUITE 980
WILMINGTON, DELAWARE 19801

SETH D. RIGRODSKY*
BRIAN D. LONG**

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN PA

TELEPHONE (302) 295-5310
FACSIMILE (302) 654-7530
WWW.RIGRODSKYLONG.COM

August 5, 2008

**Via Electronic Filing**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
District of Delaware
844 N. King Street
Lock Box 19
Wilmington, DE 19801

      RE: *In re MBNA Corp. Securities Litigation No. 05-272 (GMS)*

Dear Chief Judge Sleet:

      I write on behalf of plaintiffs in the above captioned matter to provide deposition testimony cited on page 10 of Plaintiffs' Opening Brief in Support of Their Motion for Leave to Amend Pursuant to Rule 15(a), filed August 1, 2008. The excerpt cited is attached as Exhibit A to the Affidavit of Robert T. Haefele. This exhibit was inadvertently omitted from the original filing.

      I apologize for any inconvenience this may have caused the Court. As always, should Your Honor have any questions, I am available at the Court's convenience.

      Respectfully,

      Brian D. Long (#4347)

BDL/ceh
Encl.

cc:    Clerk of Court (via electronic filing)
         Robert T. Haefele, Esq. (via electronic filing)
         Richard H. Morse, Esq. (via electronic filing)