UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS CONSOLIDATED |
|---|---|

### AFFIDAVIT OF ROBERT T. HAEFELE

STATE OF SOUTH CAROLINA   )
                          ) ss.
COUNTY OF CHARLESTON      )

ROBERT T. HAEFELE, being duly sworn, deposes and says:

1. I am a member of the Bars of the State of South Carolina, the Commonwealth of Pennsylvania and the State of New Jersey and am an attorney in the offices of Motley Rice LLC, Lead Plaintiff's Counsel in this action. I submit this affidavit to provide the Court with materials cited in Plaintiffs' Opening Brief in Support of Their Motion for Leave to Amend Pursuant to Rule 15(a).

2. Attached hereto as Exhibit A is an excerpt of the deposition testimony of Robert W. Lamantia taken on April 17, 2008 as referenced on page 10 of the Opening Brief in Support of Plaintiffs' Motion for Leave to Amend the Consolidated Amended Complaint Pursuant to Rule 15(a).

_____
Robert T. Haefele

SWORN TO AND SUBSCRIBED
BEFORE ME this 5 day of August, 2008.

_____
Notary Public for S.C.

My Commission Expires: 10-23-10