# Exhibit A



**WILCOX & FETZER LTD.**

In The Matter Of:

# MBNA Corp. Securities Litigation

Case No. 1:05-CV-00272-GMS

Robert W. Lamantia

April 17, 2008

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com

MBNA Corp. Securities Litigation
Robert W. LaMantia

Page 214

1    Q.  Do you know how far into the future the
2    results of the roll-off from the zero percent
3    promo were anticipated to affect MBNA's business?
4    A.  No.  Typically we would run financial
5    analyses out a year or two as a rule of thumb.
6         (LaMantia Deposition Exhibit No. 16
7    was marked for identification.)
8    BY MR. HAEFELE:
9    Q.  Sir, I'm showing you what's been marked
10   as LaMantia 16.  It's MBNA 0049225.
11         Have you seen this document before,
12   sir?
13   A.  I produced -- my group produced the
14   document and it's my notes on top of it.
15   Q.  So these are your handwriting on here?
16   A.  Yes, sir.
17   Q.  When is the last time you saw this
18   document?
19   A.  November, around November of 2004, I
20   think.  I have not seen it recently, if that's
21   what you're asking.
22   Q.  What is it?
23   A.  This would have been a plan, a 2005 plan
24   review document that was used to review the 2005

Page 218

1  negative, for U.S. credit card from negative 3.7
2  to positive 4.5, which is a swing of 8.2 billion,
3  what was that based on?
4      A.  I'd have to go back.  I don't recall at
5  this point.  I would have to go back and see if
6  the assumptions are in here.
7      Q.  Do you recall what your answer was with
8  regard to "Can developed growth improve
9  substantially while NIM is maintained," the
10 second point?
11     A.  No.  What I would say is these were posed
12 as questions for discussion with the executive
13 group.
14     Q.  You don't recall what the answer was?
15     A.  No.
16     Q.  That's for all of your questions, 1
17 through 5?
18     A.  Yes.
19     Q.  Look at the next page.
20         What do the various columns represent
21 in 2004 Estimate, 2005 Plan Submitted and 2005
22 C&SP Sensitivity?  In particular, I want to know
23 what is the distinction between the middle two
24 columns.

MBNA Corp. Securities Litigation
Robert W. LaMantia

Page 219

1    A.    Okay. Just for reference the '04, as we
2    stated before, would have been the forecast as of
3    that November time frame for the total year 2004.
4           The 2005 plan submitted would have
5    been what all of the business lines submitted as
6    far as their expectations for the 2005 time
7    period.
8           And the 2005 C&SP/corporate and
9    sensitivity plan sensitivity would have been a
10   sensitivity that my department ran on a possible
11   plan for 2005.
12   Q.    And as of November 19, 2004 based on what
13   all the business groups submitted for the 2005
14   plan, the earnings per share growth rate was
15   forecasted at negative 5 percent, correct?
16   A.    That's correct.
17           MS. BUDICAK: Objection.
18   A.    Sorry.
19   Q.    And based on what your group worked up
20   for the sensitivity for the 2005, well, for 2005,
21   the earnings per share growth rate on your
22   sensitivity analysis was minus 14 percent,
23   correct?
24   A.    The sensitivity showed a negative 14

MBNA Corp. Securities Litigation
Robert W. LaMantia

Page 220

1    percent.
2        Q.  And if you flip to the next page, one of
3    the key assumptions included here is that U.S.
4    credit card will stabilize net interest margin,
5    right?
6        A.  Yes.  Well, what it says here is it will
7    be challenged to stabilize interest margin.
8        Q.  Meaning what?
9        A.  Meaning that that will be -- it's in the
10   realm of reasonableness but it would be a
11   challenge, meaning it has difficulty or will need
12   some attention by management to make that happen.
13       Q.  And that it would also have to stop
14   portfolio runoff, correct?
15       A.  Yes.
16       Q.  And for these key assumptions, these key
17   assumptions were based on, were part of C&SP's
18   sensitivity analysis?
19       A.  That's correct.
20       Q.  So if you apply these assumptions
21   throughout the calculations, that is part of what
22   resulted in your negative 14 percent sensitivity
23   finding, correct?
24              MS. BUDICAK:  Objection.