IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Master Docket No. 05-272-GMS |

### NOTICE OF DEPOSITIONS

TO:  Seth D. Rigrodsky, Esquire  
     Rigrodsky & Long, P.A.  
     919 N. Market Street, Suite 980  
     Wilmington, DE 19801

Robert T. Haefele, Esquire  
William E. Applegate, IV, Esquire  
Meagan Oliver, Esquire  
Motley Rice, LLC  
28 Bridgeside Boulevard  
Mount Pleasant, South Carolina 29464

PLEASE TAKE NOTICE THAT undersigned counsel will take oral depositions as follows:

Gary J. Kopff on Tuesday, September 16, 2008 beginning at 9:00 a.m. at the offices of Sullivan & Cromwell, LLP, 1701 Pennsylvania Avenue, N.W., Washington, DC, or at such other time as agreed upon by the parties.

Steven L. Henning, Friday, September 19, 2008 beginning at 9:00 a.m. at the offices of Sullivan & Cromwell, LLP, 125 Broad Street, New York, New York 10004, or at such other time as agreed upon by the parties.

Frank C. Torchio, Thursday, September 25, 2008 beginning at 9:00 a.m. at Jane Rose Reporting, 16 West Main Street, Rochester, New York, or at such other time as agreed upon by the parties.

Dated: August 21, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*

Richard H. Morse (I.D. No. 531)
Michele Sherretta Budicak (I.D. No. No. 4651)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6651
rmorse@ycst.com
Attorneys for Defendants

Of Counsel:
Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006-5805

## CERTIFICATE OF SERVICE

The attached Notice of Deposition was caused to be served upon the following counsel of record by e-mail and hand delivery:

    Seth D. Rigrodsky, Esquire (By email and hand delivery)
    Rigrodsky & Long, P.A.
    919 N. Market Street, Suite 980
    Wilmington, DE 19801

    William E. Applegate, IV, Esquire (By email)
    Meagan Oliver, Esquire
    Motley Rice, LLC
    28 Bridgeside Boulevard
    Mount Pleasant, South Carolina 29464

and on August 21, 2008 a true and correct copy of the attached Notice of Depositions was caused to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

*Of Counsel*:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Dated: August 21, 2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Richard H. Morse

Richard H. Morse (No. 531)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6651
rmorse@ycst.com
*Attorney for Defendants*