IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Case No. 05-00272-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of the August 21, 2008 expert reports of John E. Ellingsen, A. Sami Saddiqui and Lassaad Turki were served on counsel for plaintiffs as follows:

by email on August 21, 2008 and Federal Express on August 25, 2008 upon

Robert T. Haefele, Esquire
William E. Applegate, IV, Esquire
Meagan Oliver, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464

and by email on August 21, 2008 and hand delivery on August 25, 2008 upon

Seth D. Rigrodsky, Esquire
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801

and that on August 25, 2008 a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

| | |
|---|---|
| *Of Counsel*:<br><br>Richard J. Urowsky<br>Richard C. Pepperman, II<br>Stacey R. Friedman<br>Ryan C. Williams<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br><br>Dated: August 25, 2008 | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br><br>*/s/ Richard H. Morse*<br>Richard H. Morse (No. 531)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>Telephone: (302) 571-6651<br>*rmorse@ycst.com*<br>*Attorney for Defendants* |