IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. SECURITIES LITIGATION | Master Docket No. 05-272-GMS |

**NOTICE OF DEPOSITIONS**

TO:  Seth D. Rigrodsky, Esquire                Robert T. Haefele, Esquire
     Rigrodsky & Long, P.A.                    William E. Applegate, IV, Esquire
     919 N. Market Street, Suite 980           Meagan Oliver, Esquire
     Wilmington, DE 19801                      Motley Rice, LLC
                                               28 Bridgeside Boulevard
                                               Mount Pleasant, South Carolina 29464

PLEASE TAKE NOTICE THAT undersigned counsel will take oral depositions as follows:

Gary J. Kopff on Thursday, September 25, 2008 beginning at 10:00 a.m. at the offices of Sullivan & Cromwell, LLP, 1701 Pennsylvania Avenue, N.W., Washington, DC.

Steven L. Henning, Thursday, October 2, 2008 beginning at 10:00 a.m. at the offices of Sullivan & Cromwell, LLP, 125 Broad Street, New York, New York 10004.

Frank C. Torchio, Wednesday, October 8, 2008 beginning at 9:00 a.m. at the offices of Sullivan & Cromwell, LLP, 125 Broad Street, New York, New York 10004.

Dated: September 9, 2008

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Richard H. Morse*

Richard H. Morse (I.D. No. 531)
Michele Sherretta Budicak (I.D. No. No. 4651)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6651
rmorse@ycst.com
Attorneys for Defendants

Of Counsel:
Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

## CERTIFICATE OF SERVICE

The attached Notice of Depositions was caused to be served upon the following counsel of record by e-mail and hand delivery:

>Seth D. Rigrodsky, Esquire (By email and hand delivery)
>Rigrodsky & Long, P.A.
>919 N. Market Street, Suite 980
>Wilmington, DE 19801
>
>William E. Applegate, IV, Esquire (By email)
>Meagan Oliver, Esquire
>Motley Rice, LLC
>28 Bridgeside Boulevard
>Mount Pleasant, South Carolina 29464

and on September 9, 2008 a true and correct copy of the attached Notice of Depositions was caused to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

*Of Counsel:*

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Dated: September 9, 2008

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ Richard H. Morse

Richard H. Morse (No. 531)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6651
rmorse@ycst.com
*Attorney for Defendants*