# RIGRODSKY & LONG, P.A.
### ATTORNEYS AT LAW

919 NORTH MARKET STREET, SUITE 980
WILMINGTON, DELAWARE 19801

SETH D. RIGRODSKY*
BRIAN D. LONG**

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN PA

TELEPHONE (302) 295-5310
FACSIMILE (302) 654-7530
WWW.RIGRODSKYLONG.COM

September 15, 2008

**VIA ELECTRONIC FILING**

The Honorable Chief Judge Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 19
Wilmington, Delaware 19801

Re: *In re MBNA Corp. Securities Litigation*, Case No. 1:05-cv-00272-GMS

Dear Chief Judge Sleet:

We write to request the appointment of a Special Master pursuant to the Court's Order of July 11, 2008. The parties have exchanged letters detailing each party's positions on the remaining disputed claims of privilege and the case law in support thereof, and defendants have provided plaintiffs with declarations in support of their assertions of privilege. The parties met and conferred via teleconference on September 3, 2008 to discuss the issues remaining after the exchange of letters and defendants' proffer of evidentiary support for a number of the disputed claims of privilege. The parties have either reached an agreement on or plaintiffs have decided not to pursue roughly three quarters of the documents that were in dispute as of July 11.

After exchanging a second set of correspondence setting forth the parties' positions on the issues remaining after the meet and confer, the parties have been unable to reach a resolution on the remaining documents in dispute. Therefore, the parties hereby respectfully request the appointment of a Special Master to consider

The Honorable Chief Judge Sleet
September 15, 2008
Page 2

and resolve the remaining disputed issues in accordance with the Court's July 11th Order.

    Thank you in advance for your consideration.

| | |
|---|---|
| /s/   Brian D. Long | /s/   Richard H. Morse |
| Seth D. Rigrodsky (# 4347) | Richard H. Morse (# 531) |
| Brian D. Long (# 3147) | Michele Sherretta Budicak (# 4651) |
| RIGRODSKY & LONG, P.A | YOUNG CONAWAY STARGATT |
| 919 Market Street, Suite 980 | & TAYLOR, LLP |
| Wilmington, DE  19801 | The Brandywine Building |
| 302-295-5310 | 1000 West Street, 17th Floor |
| bdl@rigrodskylong.com | 302-571-6600 |
| *Liaison Counsel for Plaintiffs* | mbudicak@ycst.com |
| | |
| | *Of Counsel* |
| | |
| | Richard J. Urowsky |
| | Richard C. Pepperman, II |
| | Stacey R. Friedman |
| | Ryan C. Williams |
| | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, New York 10004 |
| | 212-558-4000 |
| | |
| | *Attorneys for Defendants* |