IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. | Civ. Action No.: 05-CV-00272-GMS |
| SECURITIES LITIGATION | CONSOLIDATED |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Martha Rhodes hereby withdraws as one of the counsel for plaintiff Société Générale Securities Services Kapitalanlagegesellschaft mbH ("Société Générale") in this case. Furthermore, Ms. Rhodes is no longer associated with the law firm of Motley Rice LLC, and does not represent any party in this matter. This withdrawal will leave members of the Bar of this Court as counsel of record.

Dated: November 26, 2008

_____
Martha Rhodes
2250 Highland Ave., South
Birmingham, AL 35205
Tel: (843) 364-6353
e-mail marthahartrhodes@yahoo.com

RIGRODSKY & LONG, P.A.

By: _____
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs and the Class*