UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP.<br>SECURITIES LITIGATION | Case No. 1:05-CV-00272-GMS<br>CONSOLIDATED |

### [~~PROPOSED~~] ORDER

WHEREAS, on June 5, 2009, the Court entered a Preliminary Order Approving Plaintiff's Motion for (i) Preliminary Approval of Settlement; (ii) Preliminary Class Certification; (iii) Approval of Form and Manner of Notice; and (iv) Scheduling a Final Approval Hearing in Connection with Settlement Proceedings;

WHEREAS, that Order did not set a "Notice Date" or due date for Proofs of Claim;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, subject to the Order of the Court, the Notice Date shall be June 22, 2009, and Proofs of Claim shall be submitted, pursuant to the terms of the Court's June 5, 2009 Order, to the Claims Administrator, postmarked not later than September 22, 2009.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

June 12, 2009

/s/ Brian D. Long

Brian D. Long (#4347)
bdl@rigrodskylong.com
**RIGRODSKY & LONG, P.A.**
919 North Market Street
Suite 980
Wilmington, DE 19801
(302) 295-5310

*Plaintiffs' Liaison Counsel*

William H. Narwold (admitted *pro hac vice*)
bnarwold@motleyrice.com
Robert T. Haefele (admitted *pro hac vice*)
rhaefele@motleyrice.com
William E. Applegate, IV (admitted *pro hac vice*)
wapplegate@motleyrice.com
Meghan S.B. Oliver (admitted *pro hac vice*)
moliver@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9450 (fax)

*Plaintiffs' Lead Counsel*

/s/ Richard H. Morse

Richard H. Morse (No. 531)
rmorse@ycst.com
**YOUNG, CONAWAY, STARGATT
& TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Defendants*

SO ORDERED, this 16th day of June, 2009.

Chief United States District Judge