IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MBNA CORP. <br><br> SECURITIES LITIGATION | ) Civ. Action No.: 05-CV-00272-GMS <br> ) <br> ) CONSOLIDATED <br> ) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Ann Kimmel Ritter hereby withdraws as one of the counsel for plaintiff Société Générale Securities Services Kapitalanlagegesellschaft mbH ("Société Générale") in this case because she is retiring from Motley Rice LLC. This withdrawal will leave members of the Bar of this Court as counsel of record.

Dated: August 7, 2009

_____
Ann Kimmel Ritter
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel:  (843) 216-9000
Fax:  (843) 216-9450
Email: aritter@motleyrice.com

RIGRODSKY & LONG, P.A.

By: _____
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel:  (302) 295-5310
Fax:  (302) 654-7530
Email: sdr@rigrodskylong.com
bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs and the Class*